**Barry P. Caplan, OSB No. 650178**
barry@sussmanshank.com
**Jeffrey C. Misley, OSB No. 850674**
jeffm@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Receiver Edward Hostmann, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| OAKWOOD HOMES CORPORATION, Et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case NO. 02-13396 (PJW) Jointly Administered **LANDMARK BUILDING PRODUCTS INC.'S RESPONSE TO MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW CLAIMS** |

Edward Hostmann, Inc., the duly appointed receiver (the "Receiver") for North Pacific Group, Inc. hereby files this Response to the *MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY*

Page 1 – **LANDMARK BUILDING PRODUCTS INC.'S RESPONSE TO MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW CLAIMS**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

*UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW THE CLAIMS OF, AND DENY DISTRIBUTIONS TO, HOLDERS OF ALLOWED CLAIMS THAT HAVE FAILED TO PROVIDE TAXPAYER IDENTIFICATION INFORMATION* (the "Motion").

<u>Receiver's Appointment</u>

1. On January 20, 2010, Edward Hostmann, Inc. was appointed Receiver of North Pacific Group, Inc., Nor Pac Enterprises, Inc., RTH Lumber Co., and Burns Holdings, Inc. by order of the United States District Court for the District of Oregon in Case No. 3:10-CV-65 (collectively, the "Receivership Estates".)

<u>Receiver's Response</u>

2. Landmark Building Products, Inc. ("Landmark") is a creditor of Oakwood Homes Corporation. Landmark was an Oregon Domestic Business Corporation doing business in California, and was a wholly owned subsidiary of North Pacific Group, Inc.

3. A Notice of Reclamation was filed in this bankruptcy case on November 25, 2002 by North Pacific Group, Inc. on behalf of Landmark [Dkt 93]. A copy of the Reclamation Demand has been provided to Curtis Miller at Morris, Nichols, Arsht & Tunnell, LLP as requested by letter.

4. Landmark merged with North Pacific Group, Inc. on or about December 27, 2004. Copies of the Oregon Secretary of State Corporation Division Business Entity Data Report and Merger Transaction Data Report are attached hereto.

5. The monies owing to Landmark are the property of North Pacific Group, Inc., constitute property of the Receivership Estate, and should be remitted to the Receiver for North Pacific Group, Inc. There is no basis to disallow this claim, and it appears that the distribution check was issued and sent to an address which is no longer valid.

Page 2 – **LANDMARK BUILDING PRODUCTS INC.'S RESPONSE TO MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW CLAIMS**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

6. Accordingly, the Receiver requests the Court enter an order: 1) denying the Motion to Disallow the Claim of Landmark; and 2) directing that the payments due to Landmark be sent to North Pacific Group, Inc., c/o Edward Hostmann, Inc., c/o Edward Hostmann, Inc., Receiver, P. O. Box 3915, Portland, OR 97208-3915.

Dated this 15th day of April, 2010.

SUSSMAN SHANK LLP

By /s/Jeffrey C. Misley
_____
Barry P. Caplan, OSB No. 650178
Jeffrey C. Misley, OSB No. 85067
(503) 227-1111
Attorneys for Receiver Edward Hostmann, Inc.

F:\CLIENTS\20692\002\PLEADINGS\P-RECEIVER RESPONSE TO OAKWOOD HOMES CORP MOTION TO DISALLOW 2.DOC

Page 3 – **LANDMARK BUILDING PRODUCTS INC.'S RESPONSE TO MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW CLAIMS**

## OREGON SECRETARY OF STATE
## ▶ Corporation Division

HOME

business information center | business name search | oregon business guide
referral list | business registry/renewal | forms/fees | notary public
uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

New Search   Printer Friendly   **Business Entity Data**   04-15-2010 14:12

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 638527-85 | DBC | INA | OREGON | 06-12-1998 | | |
| **Entity Name** | LANDMARK BUILDING PRODUCTS, INC. | | | | | |
| **Foreign Name** | | | | | | |

New Search   Printer Friendly   **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 815 NE DAVIS | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97232 | 0000 | Country | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 06-09-1999 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | TACY | A | LIND | | | | |
| Addr 1 | 815 NE DAVIS ST | | | | | | |
| Addr 2 | PO BOX 3915 | | | | | | |
| CSZ | PORTLAND | OR | 97208 | | Country | UNITED STATES OF AMERICA | |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | JAY | | ROSS | | | |
| Addr 1 | 815 NE DAVIS ST | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97208 | | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | TACY | A | LIND | | | |
| Addr 1 | 815 NE DAVIS ST | | | | | |
| Addr 2 | | | | | | |

| CSZ | PORTLAND | OR | 97208 | | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly    Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| LANDMARK BUILDING PRODUCTS, INC. | EN | CUR | 06-05-2000 | |
| FOREST PRODUCTS WAREHOUSING, LLC | EN | PRE | 06-12-1998 | 06-05-2000 |

Please read before ordering Copies.

New Search    Printer Friendly    Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 12-27-2004 | ARTICLES OF MERGER | 12-27-2004 | 12-31-2004 | FI | | |
| 05-14-2004 | ANNUAL REPORT PAYMENT | 05-14-2004 | | SYS | | |
| 05-08-2003 | ANNUAL REPORT PAYMENT | 05-08-2003 | | SYS | | |
| 05-15-2002 | ANNUAL REPORT PAYMENT | 05-15-2002 | | SYS | | |
| 05-11-2001 | ANNUAL REPORT PAYMENT | 05-11-2001 | | SYS | | |
| 07-06-2000 | STRAIGHT RENEWAL | 07-06-2000 | | FI | | |
| 06-16-2000 | NOTICE | 06-19-2000 | | SYS | | |
| 06-05-2000 | ARTICLES OF CONVERSION | 06-05-2000 | | FI | | |
| 06-05-2000 | ENTITY NAME CHANGE | 06-05-2000 | | FI | | |
| 06-09-1999 | CHANGED RENEWAL | 06-09-1999 | | FI | | |
| 06-09-1999 | AGENT/AUTH REP CHNG | 06-09-1999 | | FI | | |
| 06-04-1999 | STRAIGHT RENEWAL | 05-26-1999 | | FI | | |
| 06-12-1998 | NEW FILING | 06-12-1998 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback
Site Map | Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : businessregistry.sos@state.or.us



© 2010 Oregon Secretary of State. All Rights Reserved.



# OREGON SECRETARY OF STATE
## ▶ Corporation Division

HOME | business information center | business name search | oregon business guide | referral list | business registry/renewal | forms/fees | notary public | uniform commercial code | uniform commercial code search | documents & data services

## Business Name Search

New Search    Printer Friendly

### Merger Transaction Data

| Image Date | Action | Transaction Date | Effective Date | Status | | |
|---|---|---|---|---|---|---|
| 12-27-2004 | ARTICLES OF MERGER | 12-27-2004 | 12-31-2004 | FI | | |

New Search    Printer Friendly

### Merger Survivor

| Registry Number | Name Status | Name | Entity Type | Jurisdiction |
|---|---|---|---|---|
| 055168-85 | CUR | NORTH PACIFIC GROUP, INC. | DBC | OREGON |

New Search    Printer Friendly

### Merger Non Survivor

| Registry Number | Name Status | Name | Entity Type | Jurisdiction |
|---|---|---|---|---|
| 638527-85 | CUR | LANDMARK BUILDING PRODUCTS, INC. | DBC | OREGON |

New Search    Printer Friendly

### Merger Correspondent

No Correspondent found.

---

About Us | Announcements | Laws & Rules | Feedback
Site Map | Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : businessregistry.sos@state.or.us



© 2010 Oregon Secretary of State. All Rights Reserved.

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I, Kathy A. Moody, declare as follows:

I am employed in the County of Multnomah, State of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said County and State.

I certify that on April 15, 2010, I served, via first class mail, a full and correct copy of the foregoing **LANDMARK BUILDING PRODUCTS INC.'S RESPONSE TO MOTION OF THE OHC LIQUIDATION TRUST FOR AUTHORIZATION TO (1) DEEM CERTAIN PROPERTY UNCLAIMED AND REDISTRIBUTABLE UNDER THE PLAN AND (II) DISALLOW CLAIMS** , to the parties of record, addressed as follows:

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell, LLP
P O Box 1347
Wilmington, DE  19899-1347

I also certify that on April 15, 2010, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 15, 2010.


/s/ Kathy A. Moody
_____
Kathy A. Moody, Paralegal

F:\CLIENTS\20692\002\MISCELLANEOUS\CERTMASTER (KATHYM).DOC

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130