April 14, 2010

FILED

2010 APR 19 AM 9:00

Bourdeau Construction LLC
3310 Woodsway Drive
St. Charles MO 63303

Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Morris, Nichols, Arsht & Tunnell, L.L.P
Robert J. Dehney (No . 3578)
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
1201 North Market Street
P.O. Box 1347
Willimgton, Delaware 19899-1347

RE: Case NO 02-13396 (PJW)
    Chapter 11
    Jointly Administered

"File an Objection":

I, James M Bourdeau, object and wish to oppose and file and objection to the entry of an order approving the motion of the OHC Liquidation trust for Authorization to (1) deem certain property unclaimed and redistributable under the plan and (11) disallow the claims of, and deny distribution to, holders of allowed claims that have failed to provide taxpayer identification information (the Motion).

On the bases of (1) the attorneys listed above are engaged in fraud by stating that I have never provided my TIN # after multiple requests. I have never received notification of requests of this nature. I have been receiving checks periodically and would get 1099's under my SS number. I was doing business as James Bourdeau and using my SS number when I provided work for Oakwood Homes, and (2) Oakwood Homes owes me for services rendered for which I still have not been paid for. Oakwood Homes collected on the loans issued for this work.

My TIN number is: 20-1126472 and my SS number is: 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.

POC # 3863
Schedule # 6558

Please retain all of the above information for your files.

If you need any further information that I might provide, please contact me at the following:

James M. Bourdeau
3310 Woodsway Drive
St. Charles, MO. 63301
Phone: 636-244-2303
Cell: 314-565-2620

Sincerely,

James M Bourdeau
Owner
Bourdeau Construction L.L.C.