FILED
2010 APR 20 PM 12: 14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

R. Brad Malone
P.O. Box 1118
309 Juanita Lane
Taos, NM 87571

April 19, 2010

United States Bankruptcy Court
ATTN: PJW / Claims
824 Market Street, 3rd Floor
Wilmington, DE 19801

*Emergency Change of Address for Payment of Unclaimed Funds*

RE: Change of Address for Claimant
Bankruptcy of Oakwood Homes Corporation, et.al.
Case #02-13396 PJW
Claim #: 3452

To Whom It May Concern,

Due to a clerical error, the address of the claimant, R. Brad Malone, was not correctly changed with the court. Please accept this letter as a change of address for the claimant to:

R. Brad Malone
P.O. Box 1118
309 Juanita Lane
Taos, NM 87571

A revised Proof of Claim Form is being submitted with this letter in case the Court requires such documentation.

Sincerely,

R. Brad Malone
Claimant

Cc: Epiq Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017

B 10 (Official Form 10) (04/10)

# UNITED STATES BANKRUPTCY COURT

**PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor: Oakwood Homes Corporation, et.al. | Case Number: 02-13396 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**R. Brad Malone**

☑ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
R. Brad Malone
P.O. Box 1118 / 309 Juanita Lane
Taos, NM 87571

Court Claim Number: **3452**
(if known)

Telephone number:
(575) 758-8164

Filed on: **03/11/2003**

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **34,797.50**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Arbitrator's Award 10/2002**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   
   Value of Property: $_____  Annual Interest Rate ____%
   
   Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____
   
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim.
   
   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
   
   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).
   
   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
   
   ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
   
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
   
   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).
   
   Amount entitled to priority:
   $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date:
**04/18/2010**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signed]* R. BRAD MALONE

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.