# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORPORATION, et al., | ) ) | Case No. 02-13396 (PJW) |
| Debtors. | ) ) | Jointly Administered |
| | ) ) | |
| | ) | Re: D.I. 9002 |

## FINAL DECREE

Upon the motion (the "Motion")[1] of the OHC Liquidation Trust (the "Trust"), by and through its undersigned counsel, for entry of an order pursuant to, inter alia, section 350 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 5009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for a final decree closing the case of Debtor Oakwood Homes Corporation ("OHC") and the Court finding that the estate of OHC has been fully administered;

IT IS HEREBY ORDERED that:

1. The Chapter 11 case of Oakwood Homes Corporation, Case No. 02-13396, is closed.

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion.

2. The Trustee is authorized to distribute any remaining funds, net of expenses, to holders of Allowed Claims pursuant to the terms of the Plan, and to take any further actions required under the Plan, Liquidation Trust Agreement, or other order of this Court.

Dated: Wilmington, Delaware
Jan. 24, 2011

HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

3525764

2