| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 8048 |
| | Claim Date: 11/13/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM 6178 VOIDED BY AGENT*** | Claim Number: 6178 |
| | Claim Date: 03/28/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM 6179 VOIDED BY AGENT*** | Claim Number: 6179 |
| | Claim Date: 03/28/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM NUMBER VOIDED BY AGENT*** | Claim Number: 961 |
| | Claim Date: 02/28/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM NUMBER VOIDED BY AGENT*** | Claim Number: 1640 |
| | Claim Date: 03/06/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM NUMBER VOIDED BY AGENT*** | Claim Number: 1657 |
| | Claim Date: 02/24/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM NUMBER VOIDED BY AGENT*** | Claim Number: 327 |
| | Claim Date: 03/12/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

| ***CLAIM NUMBER VOIDED BY AGENT*** | Claim Number: 3392 |
| | Claim Date: 03/14/2003 |
| | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

---

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 2892
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 5257
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6462
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6478
Claim Date: 04/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6479
Claim Date: 04/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6480
Claim Date: 04/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6481
Claim Date: 04/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6859
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 6860
Claim Date: 07/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 7330
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 3131
Claim Date: 06/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 8905
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 9336
Claim Date: 12/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 UNDET |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 9318
Claim Date: 02/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 |
|---|---|---|

***CLAIM NUMBER VOIDED BY AGENT***

Claim Number: 9325
Claim Date: 02/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| TOTAL | Claimed: | $0.00 |
|---|---|---|

***CLAIM VOIDED BY CLAIMS AGENT***

Claim Number: 9008
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

| ***CLAIM VOIDED BY CLAIMS AGENT*** | | | Claim Number: 10521 |
| | | | Claim Date: 08/03/2004 |
| | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |

---

| TOTAL | Claimed: | $0.00 | |
|---|---|---|---|

---

| ***NO NAME & ADDRESS PROVIDED*** | | | Claim Number: 10283 |
| | | | Claim Date: 06/08/2004 |
| | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| | | | DOCKET: 4653 (10/08/2004) |

---

| UNSECURED | Claimed: | $0.00 UNDET | |
|---|---|---|---|

---

| ***NO NAME*** | | | Claim Number: 10546 |
| ***NO ADDRESS*** | | | Claim Date: 07/22/2004 |
| | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| | | | DOCKET: 7331 (11/17/2004) |

---

| ADMINISTRATIVE | Claimed: | $200.00 | |
|---|---|---|---|

---

| 21ST MORTGAGE CORP. | | | Claim Number: 4726 |
| C/O BRUCE B. JOHNSON, PC | | | Claim Date: 03/25/2003 |
| 5550 LBJ FREEWAY, SUITE 550 | | | Debtor: OAKWOOD HOMES CORPORATION |
| DALLAS, TX 75240 | | | Comments: EXPUNGED |
| | | | DOCKET: 3980 (04/16/2004) |

---

| SECURED | Claimed: | $0.00 CONT | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 CONT | |

---

| 242 LAND TRUST | | | Claim Number: 504 |
| 2806 W. US90 | | | Claim Date: 02/13/2003 |
| SUITE 101 | | | Debtor: OAKWOOD HOMES CORPORATION |
| LAKE CITY, FL 32055 | | | Comments: EXPUNGED |

---

| PRIORITY | Claimed: | $2967.02 | |
|---|---|---|---|

---

| 242 LAND TRUST | | | Claim Number: 2437 |
| 2806 W. US90 | | | Claim Date: 02/20/2003 |
| SUITE 101 | | | Debtor: OAKWOOD HOMES CORPORATION |
| LAKE CITY, FL 32055 | | | Comments: ALLOWED |
| | | | DOCKET: 7431 (12/15/2004) |

---

| PRIORITY | Claimed: | $2967.02 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2092.02 |

---

| 3-D PACKAGAING LLC, | | | Claim Number: 3625 |
| PO BOX 1921 | | | Claim Date: 03/11/2003 |
| ASHEBORO, NC 27204 | | | Debtor: PREFERRED HOUSING SERVICES, LP |

---

| UNSECURED | Claimed: | $376.83 | Scheduled: | $376.83 | Allowed: | $376.83 |
|---|---|---|---|---|---|---|

| 3G'S SET & SERV<br>1472 AIRPORT ROAD<br>WEISER, ID 83672 | | | Claim Number: 4753<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3263.47 | | | | | |
| UNSECURED | Claimed: | $4737.58 | | | | Allowed: | $8001.05 |

| 3V CAPITAL MANAGEMENT LLC<br>TRANSFEROR: ATLANTIC SERVICE & SUPPLY,<br>51 WEAVER STREET<br>GREENWICH, CT 06831 | | | Claim Number: 5014<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments:<br>docket 7987 | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $184589.21 | | Scheduled: | $217961.79 | | |

| 3V CAPITAL MANAGEMENT LLC<br>TRANSFEROR: ATLANTIC SERVICE & SUPPLY IN<br>51 EAST WEAVER STREET<br>GREENWICH, CT 06831 | | | Claim Number: 5012<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 7967 (09/23/2004) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $122764.38 | | Scheduled: | $140575.42 | | |

| 3V CAPITAL MASTER FUND LTD<br>TRANSFEROR: UNIVERSAL FOREST PRODUCTS,<br>51 EAST WEAVER STREET<br>GREENWICH, CT 06831 | | | Claim Number: 1376<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1081494.44 | | | | Allowed: | $851833.27 |

| 3V CAPITAL MASTER FUND LTD<br>TRANSFEROR: RICKENBAUGH BUILDING SUPPLY<br>51 EAST WEAVER STREET<br>GREENWICH, CT 06831 | | | Claim Number: 150<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $62182.82 | | | | | |
| UNSECURED | Claimed: | $106089.78 | | | | Allowed: | $145592.60 |

| 4-STAR INVESTMENT GROUP LTD<br>DBA MARATHON EXPRESS<br>35130 23 MILE<br>NEW BALTIMORE, MI 48047 | | | Claim Number: 1681<br>Claim Date: 02/24/2003<br>Debtor: SUBURBAN HOME SALES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $266.20 | | Scheduled: | $277.20 | Allowed: | $266.20 |

| 40 WEST BUILD<br>PO BOX 478<br>ROCKY MOUNT, VA 24151 | | | Claim Number: 2280<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $318.30 | | | | Allowed: | $318.30 |

| 4D MOBILE HOME ESTATES<br>DBA 4D MOBILE HOME ESTATES<br>1809 STANDISH LOT #23<br>FLORESVILLE, TX 78114 | Claim Number: 5599<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| SECURED | Claimed: | $401.50 |
|---|---|---|

| 548 MOBILE HOME PARK<br>1057 HWY 548<br>CONWAY, SC 29527 | Claim Number: 10250<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $250.00 |
|---|---|---|

| A & B INVESTMENTS<br>PO BOX 1269<br>MCALLEN, TX 78502 | Claim Number: 8749<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $250.00 UNLIQ |
|---|---|---|

| A & B INVESTMENTS,<br>PO BOX 1269<br>MCALLEN, TX 78502 | Claim Number: 6234<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1050.00 |
|---|---|---|

| A & B MOBILE HOME SERVICE,<br>3930 CR 315<br>OGLESBY, TX 76561 | Claim Number: 8454<br>Claim Date: 11/13/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1979.90 |
|---|---|---|

| A & D MOBILE HOME SETTING,<br>1239 S SANTA FE ST<br>WICHITA, KS 672113222 | Claim Number: 1692<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $7750.00 | Scheduled: | $7750.00 | Allowed: | $7750.00 |
|---|---|---|---|---|---|---|

| A & E WATER CONDITIONING,<br>3329 BRENTWILLOW DR<br>FUQUAY VARINA, NC 27526 | Claim Number: 1550<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
|---|---|---|---|---|---|---|

| A & J BOBCAT AND CONCRETE<br>3403 STEAMBOAT ISLAND RD #523<br>OLYMPIA, WA 98502 | Claim Number: 6736<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $199.80 | | | Allowed: | $199.80 |
|---|---|---|---|---|---|---|

| A & O CONSTRUCTION<br>DBA A & O CONSTRUCTION<br>9404 SANFORD DR<br>AUSTIN, TX 78748 | Claim Number: 8243<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $21150.00 |
|---|---|---|

| A 1 DISCOUNT MH SERVICE INC<br>4739 LANGRIDGE DR<br>CHARLESTON, SC 29405 | Claim Number: 4695<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $16305.00 |
|---|---|---|

| A 1 ELECTRIC<br>P O BOX 2465<br>HARKER HEIGHTS, TX 76548 | Claim Number: 9395<br>Claim Date: 02/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2658.73 UNLIQ |
|---|---|---|

| A 1 ELECTRIC<br>PO BOX 2465<br>HARKER HEIGHTS, TX 76548 | Claim Number: 10248<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2658.73 |
|---|---|---|

| A 1 SECURITY<br>917 S FIRST ST<br>LAS VEGAS, NV 89101 | Claim Number: 3153<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $60.00 | | Allowed: | $60.00 |
|---|---|---|---|---|---|

| A 1 SECURITY,<br>917 S FIRST ST<br>LAS VEGAS, NV 89101 | Claim Number: 3137<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $72.55 | Scheduled: | $127.55 | Allowed: | $72.55 |
|---|---|---|---|---|---|---|

| A ACCUAIRE HVAC<br>PO BOX 171182<br>SALT LAKE CITY, UT 84117 | Claim Number: 2194<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $499.61 | | Allowed: | $499.61 |
|---|---|---|---|---|---|

| A C GLASS COMPA,<br>11112 WASHINGTON HWY<br>GLEN ALLEN, VA 23059 | Claim Number: 6518<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $48.53 |
|---|---|---|

A FOREVER GUTTER LLC
PO BOX 1837
DICKINSON, TX 77589

Claim Number: 3687
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
Claim out of balance

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $650.00 | | | | |
| SECURED | Claimed: | $650.00 | | | | |
| UNSECURED | | | | | Allowed: | $650.00 |
| TOTAL | Claimed: | $650.00 | | | | |

A H ENTERPRISES,
DBA A H ENTERPRISES
PO BOX 25576
RALEIGH, NC 27611

Claim Number: 8601
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $480.00 |

A K DAVIES MH SERVICE INC
8620 COPPER KNOLL
LAS VEGAS, NV 89129

Claim Number: 1068
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $425.00 | | | | |
| UNSECURED | | | | | Allowed: | $425.00 |

A PLUS CONNECTORS
TRANSFEROR: REVENUE MANAGEMENT
PO BOX 1259
HERMISTON, OR 97838

Claim Number: 1955
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2310 (11/06/2003)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1318.64 | Scheduled: | $1318.64 | Allowed: | $1318.64 |

A PLUS TURFCARE
141 OAK RIDGE RD
FRANKLINTON, NC 27525

Claim Number: 3810
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $690.00 |

A TECH APPLIANCE SERVICE INC
5573 ELM SPRINGS RD
SPRINGDALE, AR 72762

Claim Number: 8368
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $123.71 |

A TO Z APPL CO
DBA A TO Z APPL CO
710 PILAR BOX 178
GAMERCO, NM 87317

Claim Number: 9275
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $243.00 |

| A&A CLEANING<br>PO BOX 91056<br>HENDERSON, NV 89009 | Claim Number: 4611<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $905.00 | Scheduled: | $905.00 | Allowed: | $905.00 |
|---|---|---|---|---|---|---|

| A&A CLEANING<br>PO BOX 91056<br>HENDERSON, NV 89009 | Claim Number: 4423<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1590.02 |
|---|---|---|

| A&A CONTRACTING INC,<br>PO BOX 416<br>EAST LYNN, WV 25512 | Claim Number: 2908<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| UNSECURED | Claimed: | $25720.00 | Scheduled: | $10310.00 | Allowed: | $21085.00 |
|---|---|---|---|---|---|---|

| A&B INVESTMENTS<br>PO BOX 1269<br>MCALLEN, TX 78502 | Claim Number: 6466<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| A&B INVESTMENTS<br>PO BOX 1269<br>MCALLEN, TX 78502 | Claim Number: 6467<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1050.00 |
|---|---|---|

| A&B MOBILE HOME SERVICES<br>3930 C R 315<br>OGLESBY, TX 76561 | Claim Number: 9737<br>Claim Date: 05/06/2004<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1979.90 |
|---|---|---|

| A&R OFFICE<br>3804 ACADEMY PKWY NO NE<br>ALBUQUERQUE, NM 87109 | Claim Number: 1440<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $158.72 |
|---|---|---|

| A&V COMPANY,<br>4238 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | Claim Number: 1484<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1022.40 | Scheduled: $1022.40 | Allowed: | $1022.40 |

| A-1 KEY & LOCK<br>1875 S.W. 4TH AVE.<br>ONTARIO, OR 97914 | Claim Number: 1833<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $186.00 | | Allowed: | $186.00 |

| A-ABC APPLIANCE COMPANY<br>2990 S MAJOR DR<br>BEAUMONT, TX 77707 | Claim Number: 1832<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $537.01 | Scheduled: $229.61 | Allowed: | $537.01 |

| A-ABC APPLIANCE COMPANY<br>2990 S MAJOR DR<br>BEAUMONT, TX 77707 | Claim Number: 8204<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $537.01 | |

| A-ATLANTIC COAS<br>7250-A MARKET ST<br>WILMINGTON, NC 28411 | Claim Number: 2563<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | Scheduled: $75.00 | Allowed: | $75.00 |

| A.C.E. (AMERICA'S CASH EXPRESS)<br>MONA AVEY, MANAGER<br>L & L INC.<br>808 SOUTH BIG SPRING<br>MIDLAND, TX 79701 | Claim Number: 4420<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Allowed: | $200.00 |

| A1 HEATING & COOLING<br>63 EXECUTIVE CENTER DR<br>CHILLICOTHE, OH 45601-8087 | Claim Number: 7988<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2013.83 |

---

AAA ACTION DRY WALL
JOHN D. LEE
3921 E. DECATUR ST
MESA, AZ 85205

Claim Number: 4064
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $925.00 | | Allowed: | $925.00 |
|---|---|---|---|---|---|

---

AAA ACTION DRY WALL
JOHN D. LEE
3921 E. DECATUR ST
MESA, AZ 85205

Claim Number: 7997
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $925.00 |
|---|---|---|

---

AAA ACTION DRYWALL
JOHN D. LEE OWNER
3921 E. DECATUR ST.
MESA, AZ 85205

Claim Number: 10152
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $925.00 |
|---|---|---|

---

AAA SELF STORAGE
P.O. BOX 1080
TOMBALL, TX 77377

Claim Number: 10235
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $1145.00 |
|---|---|---|

---

AAA SELF STORAGE ROSEHILL
PO BOX 1080
TOMBALL, TX 77377

Claim Number: 8287
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $245.00 |
|---|---|---|

---

AAREAS INTERACTIVE INC
SUITE 300
1120 FINCH AVE W
TORONTO ONTARIO, M3J3H7
CANADA

Claim Number: 1859
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $20010.00 | | Allowed: | $5002.50 |
|---|---|---|---|---|---|

---

AARON LOCK CO,
DBA AARON LOCK CO
PO BOX 1628
WELCOME, NC 27374

Claim Number: 3105
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $70.00 | Scheduled: | $70.00 | Allowed: | $70.00 |
|---|---|---|---|---|---|---|

AARON, GEORGE
PO BOX 472
SMITHVILLE, MS 38870-0472

Claim Number: 3227
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5000.00 | | | | | |
| UNSECURED | | | | | | Allowed: | $1742.06 |

AB DICK PRODUCTS OF ABILENE CO INC,
AUTOMATED COPY SYSTEMS, INC.
PO BOX 6604
ABILENE, TX 79608

Claim Number: 2813
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $3115.22 | | | |
| UNSECURED | | | Scheduled: | $591.50 | |

ABBOTT EXCAVATING
DBA ABBOTT EXCAVATING
14 ABBOTT LANE
ALKOL, WV 25501

Claim Number: 8794
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6000.00 |

ABBOTT, ANGELA D.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7043
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

ABBOTT, CECIL & KEVIN & DIXIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6910
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

ABBOTT, FLOYD
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7044
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

ABC ALL AMERICAN TRANSPORT L L C
DBA ABC ALL AMERICAN TRANSPORT L L
C 15522 FM 1485
CONROE, TX 77306

Claim Number: 3682
Claim Date: 03/12/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13200.00 | Scheduled: | $700.00 | Allowed: | $12350.00 |

---

ABC ALL AMERICAN TRANSPORT L L C,
DBA ABC ALL AMERICAN TRANSPORT L L
C 15522 FM 1485
CONROE, TX 77306

Claim Number: 3683
Claim Date: 03/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $113408.33 | Scheduled: | $85901.33 | Allowed: | $109276.30 |
|---|---|---|---|---|---|---|

ABC ELECTRICAL CONTRACTORS LLC,
814 CHIPLEY ST
BAKER, LA 707144314

Claim Number: 2464
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1700.00 | Scheduled: | $1700.00 | Allowed: | $1700.00 |
|---|---|---|---|---|---|---|

ABC MOBILE HOME TRANSPORT,
PO BOX 128
BOYCE, LA 714090128

Claim Number: 2785
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $2231.18 | Scheduled: | $2231.18 | Allowed: | $2231.18 |
|---|---|---|---|---|---|---|

ABC MOBILE HOME TRANSPORT,
61 KISATCHIE LANE
BOYCE, LA 71409

Claim Number: 2779
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $403.49 | Scheduled: | $403.49 | Allowed: | $403.49 |
|---|---|---|---|---|---|---|

ABEL'S MOVILE HOME SERVICE, INC.
8900 JACKSBORO HWY
FORT WORTH, TX 76135

Claim Number: 3948
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $14195.69 |
|---|---|---|

ABER GOLDLUST BAKER & OVER
C/O JOANNE A SHALLCROSS
FOR JOHN & LOUETTA CROSSAN
PO BOX 1675
WILMINGTON, DE 19899

Claim Number: 10769
Claim Date: 08/12/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $15500.00 |
|---|---|---|

ABF FREIGHT SYSTEM, INC.
P.O. BOX 10048
FORT SMITH, AR 72917-0048

Claim Number: 2399
Claim Date: 02/20/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $354.27 | | | Allowed: | $354.27 |
|---|---|---|---|---|---|---|

ABITIBI CONSOLIDATED-PA,
DEPT 1070
CHICAGO, IL 60674

Claim Number: 3551
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $24684.40 | Allowed: | $24684.40 |
|---|---|---|---|---|---|---|

---

ABOVE GRADE REMODELING INC
1423 E SOUTH MOUNTAIN AVE
PHOENIX, AZ 85042

Claim Number: 1634
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1650.41 | | | |
| UNSECURED | | | | Allowed: | $1650.41 |

---

ABOVE GRADE REMODELING INC,
1423 E SOUTH MOUNTAIN AVE
PHOENIX, AZ 85042

Claim Number: 1635
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2069.00 | | | | |
| UNSECURED | | | Scheduled: | $2069.00 | Allowed: | $2069.00 |

---

ABOVE GRADE REMODELING INC,
1423 E SOUTH MOUNTAIN AVE
PHOENIX, AZ 85042

Claim Number: 1636
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2786.91 | | | | |
| UNSECURED | | | Scheduled: | $2786.91 | Allowed: | $2786.91 |

---

ABRAM HEAT AC & ELECTRICAL
307 RHODES ST
EARLE, AR 72331

Claim Number: 9251
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2100.00 |

---

ABRAM HEAT AC & ELECTRICAL,
307 RHODES ST
EARLE, AR 72331

Claim Number: 6340
Claim Date: 04/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

ABREGO, DANIEL
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5656
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

ABREGO, DANIEL, ET AL.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5836
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7440000.00 UNLIQ |
| UNSECURED | Claimed: | $2747082.56 UNLIQ |

---

| ABREGO, JONAS<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5657<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| ABREU, JUSTINO<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5658<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| ABREV, JUSTINO<br>413 ABERNATHY<br>HILLSBORO, TX 76645 | Claim Number: 8786<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6018.75 |

| ABRIGO, JAMES<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5659<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2662.50 UNLIQ |

| ABROCK PEST MANAGEMENT<br>2842 MARK TWAIN DR<br>DALLAS, TX 75234 | Claim Number: 8003<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $361.28 |

| ABROCK PEST MANAGEMENT,<br>2842 MARK TWAIN DR<br>DALLAS, TX 75234 | Claim Number: 10400<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $61.28 |

| ABROCK PEST MANAGMENT,<br>2842 MARK TWAIN DR<br>DALLAS, TX 75234 | Claim Number: 951<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $313.02 | | | | |
| UNSECURED | | | Scheduled: | $313.02 | Allowed: | $313.02 |

| ABRUSLEY, JUDI F.<br>130 N. TENTH ST.<br>OAKDALE, LA 71463 | Claim Number: 2776<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2250.00 | | | |
| | | | | Allowed: | $2500.00 |

| ABSOLUTE CLEANING INC,<br>PMB 12<br>13909 NACOGDOCHES RD 105<br>SAN ANTONIO, TX 782171296 | Claim Number: 984<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $80.91 | Scheduled: | $80.91 | Allowed: | $80.91 |
|---|---|---|---|---|---|---|

| ACCENT SIGNS & GRAPHICS,<br>DBA ACCENT SIGNS & GRAPHICS<br>PO BOX 644<br>HILDEBRAN, NC 28637 | Claim Number: 2483<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $319.18 | Scheduled: | $319.18 | Allowed: | $319.18 |
|---|---|---|---|---|---|---|

| ACCESS KEY SERVICE<br>8806 TRADEWAY ST<br>SAN ANTONIO, TX 78217 | Claim Number: 3908<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $402.12 | | | |
|---|---|---|---|---|---|
| | | | | Allowed: | $402.12 |

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>50 CALIFORNIA ST 10TH FLOOR<br>10TH FLOOR<br>SAN FRANCISCO, CA 94111-4624 | Claim Number: 2400<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2893.61 |
|---|---|---|

| ACCT 272820<br>PO BOX 100<br>FORT MORGAN, CO 80701 | Claim Number: 3329<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $22.08 | | | |
|---|---|---|---|---|---|
| | | | | Allowed: | $15.92 |

| ACCU-APPRAISALS<br>DEBORAH B. TRUSTY<br>226 FREEMAN ST<br>MOUNT PLEASANT, SC 29464 | Claim Number: 9575<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $950.00 |
|---|---|---|

| ACCULINE SURVEYING<br>2555 CAPITOL DRIVE STE D<br>CREEDMOOR, NC 27522 | Claim Number: 2917<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $3520.00 |
|---|---|---|

| ACCULINE SURVEYING<br>2555 CAPITOL DRIVE STE D<br>CREEDMOOR, NC 27522 | Claim Number: 8178<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $400.00 |
|---|---|---|

| ACCULINE SURVEYING,<br>2555 CAPITOL DRIVE STE D<br>CREEDMOOR, NC 27522 | Claim Number: 2916<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $3520.00 | Scheduled: | $2170.00 | Allowed: | $2170.00 |
|---|---|---|---|---|---|---|

| ACE AWNING,<br>6822 S.42ND STREET<br>PHOENIX, AZ 85040 | Claim Number: 3726<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $6463.50 | Scheduled: | $6463.50 | Allowed: | $6463.50 |
|---|---|---|---|---|---|---|

| ACE EXTERMINATORS INC,<br>PO BOX 877<br>BELINGTON, WV 26250 | Claim Number: 4448<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $371.00 | Scheduled: | $371.00 | Allowed: | $371.00 |
|---|---|---|---|---|---|---|

| ACE HARDWARE<br>PO BOX 9<br>REDWOOD FALLS, MN 56283 | Claim Number: 2711<br>Claim Date: 03/03/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $866.08 | Scheduled: | $866.08 | Allowed: | $866.08 |
|---|---|---|---|---|---|---|

| ACE HOME CENTER C/I/D,<br>425 WEST THIRD ST<br>JUNCTION CITY, OR 97448 | Claim Number: 3763<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $586.98 | Scheduled: | $585.30 |
|---|---|---|---|---|

| ACE SUPPLY CO INC<br>PO BOX 1036<br>ELIZABETH CITY, NC 27906 | Claim Number: 1172<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $330.00 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| ACE TIRE & AXLE, INC.<br>P.O. BOX 96<br>VAN, TX 75790 | | | Claim Number: 16<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $179141.67 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACE TIRE & AXLE, INC.<br>P.O. BOX 96<br>VAN, TX 75790 | | | Claim Number: 19<br>Claim Date: 12/02/2002<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $179141.67 | Scheduled: | $168898.00 | | Allowed: | $179141.67 |

| | | | | | |
|---|---|---|---|---|---|
| ACE TIRE & AXLE, INC.<br>P.O. BOX 96<br>VAN, TX 75790 | | | Claim Number: 31<br>Claim Date: 12/06/2002<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | |
| SECURED | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $179141.67 UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ACE TIRE & AXLE-TN<br>P O BOX 96<br>VAN, TX 75790 | | | Claim Number: 8915<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
| ADMINISTRATIVE | Claimed: | $28512.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| ACRES OF SHADE MHP<br>DBA ACRES OF SHADE MHP<br>7166 N FARM RD #209<br>STRAFFORD, MO 65757 | | | Claim Number: 2135<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| UNSECURED | Claimed: | $580.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACRES OF SHADE MHP,<br>DBA ACRES OF SHADE MHP<br>7166 N FARM RD #209<br>STRAFFORD, MO 65757 | | | Claim Number: 2144<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| UNSECURED | Claimed: | $580.00 | Scheduled: | $580.00 DISP | Allowed: | $580.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AD ONE ADVERTISING SPECIALTIES,<br>DBA:AD ONE ADVERTISING SPECIALTIES<br>301 MARKET ST<br>SUNBURY, PA 17801 | | | Claim Number: 1030<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $679.31 | Scheduled: | $679.31 | Allowed: | $679.31 |

---

AD PAK 3
DBA: AD-PAK
25 NORTH KERR AVE
WILMINGTON, NC 28405

Claim Number: 748
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED          Claimed:          $1510.97

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 356
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

SECURED          Claimed:          $1089.32 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 357
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 753 (01/22/2003)

---

SECURED          Claimed:          $335.87 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 358
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

SECURED          Claimed:          $127.05 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 414
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

SECURED          Claimed:          $1089.32 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 415
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

SECURED          Claimed:          $335.87 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 416
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

SECURED          Claimed:          $127.05 UNLIQ

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 6731
Claim Date: 04/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

---

SECURED          Claimed:          $1105.69                    Allowed:          $1074.82

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 6732
Claim Date: 04/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $112.67 | | Allowed: | $112.67 |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 6794
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $112.67 |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 6795
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1105.69 |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 8475
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $457.36 |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 8476
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| SECURED | Claimed: | $1076.16 |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 8657
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $457.36 UNLIQ |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 8658
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3494 (01/29/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $1076.16 UNLIQ |

---

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 10637
Claim Date: 11/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $204.21 UNLIQ |
|---------|----------|---------------|

ADA COUNTY TREASURER
P.O. BOX 2868
BOISE, ID 83701

Claim Number: 10641
Claim Date: 11/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

| SECURED | Claimed: | $204.21 |
|---------|----------|---------|

ADAIR SALVAGE
8086 ST. CLAIR HWY.
CASCO, MI 48064

Claim Number: 706
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $982.20 | | Allowed: | $982.20 |
|-----------|----------|---------|--|----------|---------|

ADAIR SALVAGE
8086 ST. CLAIR HWY.
CASCO, MI 48064

Claim Number: 8463
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $982.20 |
|----------------|----------|---------|

ADAM M. SPENCE, ESQ.
LAW OFFICES OF ADAM M. SPENCE, P.C.
105 W. CHESAPEAKE AVE
SUITE 400
TOWSON, MD 21204

Claim Number: 4096
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1019.00 |
|-----------|----------|----------|

ADAMS & ASSOCIATES,
DBA ADAMS & ASSOCIATES
P O BOX 51575
LAFAYETTE, LA 70505

Claim Number: 1816
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $10775.49 | Scheduled: | $10715.49 DISP CONT | Allowed: | $10775.49 |
|-----------|----------|-----------|------------|---------------------|----------|-----------|

ADAMS & ASSOCIATES,
DBA ADAMS & ASSOCIATES
P O BOX 51575
LAFAYETTE, LA 70505

Claim Number: 1815
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $39.61 | Scheduled: | $39.61 | Allowed: | $39.61 |
|-----------|----------|--------|------------|--------|----------|--------|

ADAMS & ASSOCIATES,
DBA ADAMS & ASSOCIATES
P O BOX 51575
LAFAYETTE, LA 70505

Claim Number: 1817
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4626.48 | Scheduled: | $4626.48 | Allowed: | $4626.48 |
|-----------|----------|----------|------------|----------|----------|----------|

---

ADAMS COUNTY
TREASURER
P.O. BOX 869
BRIGHTON, CO 80601

Claim Number: 6283
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $904.11 |
|---|---|---|

---

ADAMS COUNTY,
TREASURER
P.O. BOX 869
BRIGHTON, CO 80601

Claim Number: 6453
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $904.11 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ADAMS KLEEMEIER HAGAN HANNAH &
FOUTS PLC
701 GREEN VALLEY RD, SUITE 100
ATTN: CHRISTINE L. MYATT
GREENSBORO, NC 27408

Claim Number: 2572
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2853 (12/24/2003)
transfer reversed

| UNSECURED | Claimed: | $2894.38 |
|---|---|---|

---

ADAMS THOMAS L
PO BOX 125
FORT DEPOSIT, AL 36032

Claim Number: 7654
Claim Date: 07/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $350.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $350.00 | Allowed: | $350.00 |

---

ADAMS, DEBRA & TINA SHUPP
C/O HELEN R. VANSTON, ATTORNEY
70 HOLLOWCREST RD.
TUNKHANNOCK, PA 18657

Claim Number: 7819
Claim Date: 10/22/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $4500.00 | | Allowed: | $4500.00 |
|---|---|---|---|---|---|

---

ADAMS, FRANCHESSIA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3226
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $50000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $14517.16 |

---

ADAMS, FRANCHESSIA
PO BOX 2178
FAYETTE, MS 39069

Claim Number: 8152
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $50000.00 |
|---|---|---|

---

ADAMS, THOMAS
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10730
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2903.43 | | | Allowed: | $2903.43 |

ADCOCK RENTAL MANAGEMENT INC,
1111 S HORNER BLVD
SANFORD, NC 27331

Claim Number: 2891
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 DISP | Allowed: | $350.00 |

ADECCO EMPLOYMENT SERVICES,
175 BROADHOLLOW ROAD
MELVILLE, NY 11747-8905

Claim Number: 4327
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2835.53 |

ADKINS KIM
261 LAKE RD
SUMMERFIELD, NC 27358

Claim Number: 2340
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

ADKINS MOBILE HOME PARK,
1724 AIRBASE ROAD
LOUISVILLE, TN 37777

Claim Number: 3904
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 DISP | Allowed: | $375.00 |

ADKINS, FARRELL
6755 S 615 E
MIDVALE, UT 840471319

Claim Number: 9718
Claim Date: 05/05/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75.69 |

ADKINS, FARRELL
6523 ANDESWAY
WEST JORDAN, UT 84084

Claim Number: 9719
Claim Date: 05/05/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $690.00 |

ADKINS, FARRELL
6523 ANDESWAY
WEST JORDAN, UT 84084

Claim Number: 9720
Claim Date: 05/05/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3150.00 |

ADVANCE NEWSPAPERS,
2141 PORT SHELDON
P.O. BXO 9
JENISON, MI 48429

Claim Number: 2544
Claim Date: 02/28/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $830.92 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $863.02 | Allowed: | $830.92 |

ADVANCED CONCRETE FOUNDATIONS INC
197 CROSSROADS CENTER
TROY, VA 22974

Claim Number: 10068
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7009.53 |
|---|---|---|

ADVANCED ELECTRONICS INC
1310 19TH ST
LUBBOCK, TX 79401

Claim Number: 1700
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $4.92 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $4.92 |

ADVANCED EMBROIDERY INC,
306 SUNRISE DR
GRANBURY, TX 76049

Claim Number: 4957
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4207.66 | Scheduled: | $4207.66 | Allowed: | $4207.66 |
|---|---|---|---|---|---|---|

ADVANCED FILTER & MECHANICAL,
418 VALLEY AVE NW B-115
PUYALLUP, WA 98371

Claim Number: 1320
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1372.08 | Scheduled: | $1372.08 |
|---|---|---|---|---|

ADVANCED LOCK & KEY SERVICE,
4160 N 1ST AVE #100
TUCSON, AZ 85719

Claim Number: 3094
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $466.00 | Scheduled: | $34.00 | Allowed: | $466.00 |
|---|---|---|---|---|---|---|

ADVANCED PERSONNEL RESOURCES
PO BOX 4923
GREENSBORO, NC 27404

Claim Number: 5084
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $21482.65 | | | Allowed: | $19646.06 |
|---|---|---|---|---|---|---|

---

ADVANCED TELCOM
PO BOX 12039
SALEM, OR 97309

Claim Number: 1718
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $103.89 |
| --- | --- | --- |

---

ADVANTA BANK CORP.
ATTN: GLORIA HERNANDEZ, BANKRUPTCY
ANALYST
1020 LAUREL OAK ROAD
VOORHEES, NJ 08043

Claim Number: 101
Claim Date: 01/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $6316.00 |
| --- | --- | --- |

---

ADVANTA BANK CORP.
ATTN: GLORIA HERNANDEZ, BANKRUPTCY
ANALYST
1020 LAUREL OAK ROAD
VOORHEES, NJ 08043

Claim Number: 166
Claim Date: 12/30/2002
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $6316.00 |
| --- | --- | --- |

---

ADVANTAGE AIR
P O BOX 5296
NAVARRE, FL 32566

Claim Number: 6255
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $3666.00 |
| --- | --- | --- |

---

ADVANTAGE ELECTRICAL CONTRACTING & MTNC,
PO BOX 72356
CORPUS CHRISTI, TX 78472

Claim Number: 2774
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

ADVANTAGE TRANSPORT,
DBA ADVANTAGE TRANSPORT
PO BOX 1878
ZILLAH, WA 98953

Claim Number: 5037
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $8375.00 UNLIQ | Scheduled: | $4700.00 | Allowed: | $5900.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

ADVERTISING CONSULTANTS,
428 MOULTONBORO AVE
WAKE FOREST, NC 275875529

Claim Number: 1906
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $313.40 | Scheduled: | $313.40 | Allowed: | $313.40 |
| --- | --- | --- | --- | --- | --- | --- |

---

ADVERTISING CONSULTANTS,
PO BOX 909
ATLANTIC BEACH, NC 28512

Claim Number: 1907
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $220.64 | Scheduled: | $220.64 | Allowed: | $220.64 |
| --- | --- | --- | --- | --- | --- | --- |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| ADVO, INC.<br>1 UNIVAC LN<br>WINDSOR, CT 06095 | | | Claim Number: 3032<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
| UNSECURED | Claimed: | $422315.87 | | | | |
| ADVO, INC.<br>1 UNIVAC LN<br>WINDSOR, CT 06095 | | | Claim Number: 9259<br>Claim Date: 12/08/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $50000.00 | | | Allowed: | $50000.00 |
| ADVOCATE MESSENGER<br>PO BOX 149<br>DANVILLE, KY 404230149 | | | Claim Number: 4089<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $186.56 | | | Allowed: | $186.56 |
| AFB LIGHTING & NEON<br>PO BOX 173<br>JEFFERSON, OR 97352 | | | Claim Number: 1713<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $242.10 | Scheduled: | $242.10 | Allowed: | $242.10 |
| AFFORDABLE I, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | | Claim Number: 9457<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | |
| SECURED | Claimed: | $200.00 | | | | |
| AFFORDABLE I, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | | Claim Number: 9458<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) | | | |
| SECURED | Claimed: | $200.00 | | | | |
| AFFORDABLE I, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | | Claim Number: 4949<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | |
| SECURED | Claimed: | $200.00 | | | | |
| AFFORDABLE I, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | | Claim Number: 4950<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | |
| SECURED | Claimed: | $200.00 | | | | |

AFFORDABLE I, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8864
Claim Date: 11/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $933.64 UNLIQ |

AFFORDABLE I, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8865
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $933.64 UNLIQ |

AFFORDABLE I, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8866
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $933.64 UNLIQ |

AFFORDABLE I, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8867
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $933.64 UNLIQ |

AFFORDABLE III, L.L.C.
C/O SCOTT GESELL, VICE PRESIDENT
600 GRANT STREET, STE 900
DENVER, CO 80203

Claim Number: 9455
Claim Date: 03/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $875.40 |

AFFORDABLE III, L.L.C.
C/O SCOTT GESELL, VICE PRESIDENT
600 GRANT STREET, STE 900
DENVER, CO 80203

Claim Number: 9456
Claim Date: 03/23/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $875.40 |

AFFORDABLE III, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 5171
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $875.40 |

AFFORDABLE III, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 5172
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $875.40 |

| AFFORDABLE III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 8860<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4335.16 UNLIQ |
|---|---|---|

| AFFORDABLE III, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8861<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4335.16 UNLIQ |
|---|---|---|

| AFFORDABLE III, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8862<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4335.16 UNLIQ |
|---|---|---|

| AFFORDABLE III, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8863<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4335.16 UNLIQ |
|---|---|---|

| AFFORDABLE MOBILE HOMES INC<br>P O BOX 515<br>CRANDALL, TX 75114 | Claim Number: 4721<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $14650.00 | | Allowed: | $14650.00 |
|---|---|---|---|---|---|

| AFFORDABLE RESIDENTIAL COMMUNITIES<br>600 GRANT ST., SUITE 900<br>DENVER, CO 802003 | Claim Number: 10364<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1154.75 |
|---|---|---|

| AFFORDABLE RESIDENTIAL COMMUNITIES, LP<br>7887 E BELLEVIEW AVE   STE 200<br>ENGLEWOOD, CO 801116076 | Claim Number: 9467<br>Claim Date: 03/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7000.00 |
|---|---|---|

| AFFORDABLE RESIDENTIAL COMMUNITIES,LP,II<br>ARC COMMUNITIES I LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT STREET, SUITE 900<br>DENVER, CO 80203 | Claim Number: 5651<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 4116 (06/02/2004) |
|---|---|

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

AFFORDABLE RESIDENTIAL COMMUNITIES,LP,II
ARC COMMUNITIES I LLC
C/O SCOTT GESLL, VP
600 GRANT STREET, SUITE 900
DENVER, CO 80203

Claim Number: 5652
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 4116 (06/02/2004)

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

AFFORDABLE RESIDENTIAL COMMUNITIES,LP,II
ARC COMMUNITIES I LLC
C/O SCOTT GESLL, VP
600 GRANT STREET, SUITE 900
DENVER, CO 80203

Claim Number: 5653
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

AGUILAR, ARMANDO
11200 LOMAS BLVD NE STE 210
ALBUQUERQUE, NM 871125573

Claim Number: 9247
Claim Date: 12/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $13000.00 | | Allowed: | $13000.00 |
|---|---|---|---|---|---|

---

AGUILAR, ELFREN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5660
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

AGWAY ENERGY PRODUCTS
AGWAY INC
5790 WIDEWATERS PKWY STE 220
SYRACUSE, NY 132141850

Claim Number: 5569
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3026.90 | | Allowed: | $3026.90 |
|---|---|---|---|---|---|

---

AGWAY ENERGY PRODUCTS
333 BUTTERNUT DRIVE
DEWITT, NY 13214

Claim Number: 5570
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $4506.46 |
|---|---|---|

---

AGWAY ENERGY PRODUCTS LLC
C/O ALI, PAPPAS & COX, P.C.
614 JAMES STREET
SUITE 100
SYRACUSE, NY 13203

Claim Number: 2262
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2560.23 | Scheduled: | $262.90 | Allowed: | $2560.23 |
|---|---|---|---|---|---|---|

---

| AIKEN COUNTY<br>P O BOX 873<br>AIKEN, SC 29802 | Claim Number: 4019<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $255.12 | | Allowed: | $49.40 |

| AIKEN, ST. LOUIS & SILJEG<br>ATTN: DAVID HANSEN<br>801 2ND AVENUE<br>1200 NORTON BLDG.<br>SEATTLE, WA 98104 | Claim Number: 7619<br>Claim Date: 07/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4113.89 | Scheduled: | $0.00 UNLIQ |

| AIKEN, ST. LOUIS & SILJEG<br>ATTN: DAVID HANSEN<br>801 2ND AVENUE<br>1200 NORTON BLDG.<br>SEATTLE, WA 98104 | Claim Number: 8841<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $175.28 |

| AINSWORTH CONSTRUCTION SERVICES, INC.<br>1204 N. CLVER STREET<br>GLADEWATER, TX 75647 | Claim Number: 6271<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |
|---|---|---|
| UNSECURED | Claimed: | $1900.00 |

| AIR FILTER & EQUIPMENT INC<br>4110 S 9TH ST<br>KALAMAZOO, MI 49009 | Claim Number: 4757<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $91.68 | Allowed: | $91.68 |

| AIR TECHNOLOGIES,<br>6880 SHENANDOAH RIVER CT NE<br>RIO RANCHO, NM 87144 | Claim Number: 3643<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1285.89 | | | |
| UNSECURED | Claimed: | $459.59 | Scheduled: | $1746.48 | Allowed: $1745.48 |

| AIRE SERV<br>435 GREENHOUSE RD<br>RUSTBURG, VA 24588 | Claim Number: 966<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $215.00 | |
| UNSECURED | | | Allowed: $215.00 |

---

AIRGAS DIRECT INDUSTRIAL-PA,
IPCO SAFETY DIVISION
128 WHARTON RD
BRISTOL, PA 19007

Claim Number: 7680
Claim Date: 08/05/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1490.13 | Scheduled: | $581.84 |
|---|---|---|---|---|

---

AIRGAS EAST-PA,
1200 SULLIVAN ST.
ELMIRA, NY 14901

Claim Number: 6237
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $7890.35 |
|---|---|---|

---

AIRGAS SOUTH INC-GA
PO BOX 532609
ATLANTA, GA 30353

Claim Number: 3409
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $15092.00 |
|---|---|---|

---

AIRPORT VILLAGE LLC
318 N 40TH ST
NAMPA, ID 83687

Claim Number: 2886
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $6380.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $440.00 |

---

AIRPORT VILLAGE LLC
318 N 40TH ST
NAMPA, ID 83687

Claim Number: 9027
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $1200.00 |
|---|---|---|

---

AJILON FINANCE
FKA AOC
ATTN: LINDA SONDEY
PARK 80W. PLAZA 2, 9TH FLOOR
SADDLE BROOK, NJ 07663

Claim Number: 497
Claim Date: 02/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $678.26 | Scheduled: | $678.26 | Allowed: | $678.26 |
|---|---|---|---|---|---|---|

---

AJILON FINANCE
FKA AOC
ATTN: LINDA SONDEY
PARK 80W. PLAZA 2, 9TH FLOOR
SADDLE BROOK, NJ 07663

Claim Number: 498
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1516.16 |
|---|---|---|

---

---

AJILON FINANCE
FKA AOC
ATTN: LINDA SONDEY
PARK 80W. PLAZA 2, 9TH FLOOR
SADDLE BROOK, NJ 07663

Claim Number: 8953
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $1885.00 |
| --- | --- | --- |

---

AJILON OFFICE
F/K/A MILLENNIUM STAFFING
ATTN: LINDA SONDY
PARK 80W. PLAZA 2, 9TH FLOOR
SADDLE BROOK, NJ 07663

Claim Number: 8952
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $546.00 |
| --- | --- | --- |

---

AL-HY PROPERTIES
DBA AL-HY PROPERTIES
12121 CHIGGER RIDGE RD
BROOKWOOD, AL 35444

Claim Number: 4280
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $14000.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $7320.00 |

---

AL-HY PROPERTIES
DBA AL-HY PROPERTIES
12121 CHIGGER RIDGE RD
BROOKWOOD, AL 35444

Claim Number: 6743
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $14000.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $7320.00 |

---

ALABAMA POWER COMPANY
PO BOX 12465
BIRMINGHAM, AL 36202

Claim Number: 2439
Claim Date: 02/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $682.79 |
| --- | --- | --- |

---

ALABAMA POWER COMPANY
PO BOX 12465
BIRMINGHAM, AL 36202-2465

Claim Number: 9965
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| PRIORITY | Claimed: | $294.31 |
| --- | --- | --- |

---

ALACHUA TODAY,
PO BOX 2135
ALACHUA, FL 32616

Claim Number: 4462
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $144.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $144.00 | Allowed: | $144.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALAMANCE CO TAX<br>124 W ELM STREET<br>GRAHAM, NC 27253 | | | Claim Number: 1028<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| SECURED | Claimed: | $868.83 | | | | | |
| ALAMANCE CO TAX<br>124 W ELM STREET<br>GRAHAM, NC 27253 | | | Claim Number: 8189<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $2097.17 | | | | | |
| ALAMANCE COUNTY<br>124 W. ELM STREET<br>GRAHAM, NC 27253 | | | Claim Number: 1029<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| PRIORITY | Claimed: | $0.00 | | | | | |
| SECURED | Claimed: | $114.41 | | | | | |
| ALAMANCE COUNTY<br>124 W. ELM STREET<br>GRAHAM, NC 27253 | | | Claim Number: 8188<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7328 (11/16/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3133.22 | | | | | |
| ALAMANCE COUNTY,<br>124 W. ELM STREET<br>GRAHAM, NC 27253 | | | Claim Number: 1027<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $0.00 UNLIQ | | | |
| SECURED | Claimed: | $439.76 | | | | | |
| UNSECURED | | | Scheduled: | $90.00 UNLIQ | | | |
| ALAMO CITY MAID SERVICE II<br>DBA ALAMO CITY MAID SERVICE II<br>12405 KELLY RD<br>ATASCOSA, TX 78002 | | | Claim Number: 2731<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $250.00 | | | | | |
| ALAMO CITY MAID SERVICE II,<br>DBA ALAMO CITY MAID SERVICE II<br>12405 KELLY RD<br>ATASCOSA, TX 78002 | | | Claim Number: 2732<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $250.00 | | | | | |
| UNSECURED | | | Scheduled: | $250.00 | Allowed: | $250.00 | |

---

ALBANY HERALD P,
PO BOX 48
ALBANY, GA 31702-0048

Claim Number: 1979
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $369.96 | Scheduled: | $490.16 | Allowed: | $369.96 |

---

ALBANY LOCK & KEY SERVICE
217 MAIN ST
ALBANY, OR 97321

Claim Number: 1715
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $47.00 | | | |
| UNSECURED | | | Allowed: | $47.00 |

---

ALBANY-LEBANON SANITATION CO
1214 MONTGOMERY ST SE
ALBANY, OR 97322

Claim Number: 10429
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $557.00 |

---

ALBANY-LEBANON SANITATION CO
1214 MONTGOMERY ST SE
ALBANY, OR 97322

Claim Number: 10430
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $17213.63 |

---

ALBANY-LEBANON SANITATION CO
1214 MONTGOMERY ST SE
ALBANY, OR 97322

Claim Number: 10431
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2400.00 |

---

ALBUQUERQUE PUB
P O BOX 95777
ALBUQUERQUE, NM 87199-5777

Claim Number: 2639
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $122.76 | | Allowed: | $122.76 |

---

ALBUQUERQUE PUB,
P O BOX 95777
ALBUQUERQUE, NM 87199-5777

Claim Number: 2909
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3757.76 | Scheduled: | $3564.77 | Allowed: | $3757.76 |

---

---

ALCANTARA, FRANCISCO
236 LAZY BEAR RD.
NORMAN PARK, GA 31771

Claim Number: 9055
Claim Date: 11/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ALCANTARA, JOSE M
240 SLEEPY BEAR RD
NORMAN PARK, GA 31771

Claim Number: 8760
Claim Date: 11/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ALCANTARA, JUAN M.
161 BIG BEAR BLVD.
NORMAN PARK, GA 31771

Claim Number: 9061
Claim Date: 11/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ALCANTARA, RUBEN
240 SLEEPY BEAR RD
NORMAN PARK, GA 31771

Claim Number: 8750
Claim Date: 11/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ALCO GLASS, INC,
1250 US HWY 80 EAST
MESQUITE, TX 75149

Claim Number: 836
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP

---

| UNSECURED | Claimed: | $522.00 | Scheduled: | $522.00 | Allowed: | $522.00 |
|---|---|---|---|---|---|---|

ALCO GLASS, INC,
1250 US HWY 80 EAST
MESQUITE, TX 75149

Claim Number: 866
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $185.00 | Scheduled: | $185.00 | Allowed: | $185.00 |
|---|---|---|---|---|---|---|

ALDABA, HERIBERTO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5661
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

ALDERSON, PHYLLIS
C/O JAMES M. ZADELL (ATTORNEY)
358 CAMPBELL AVE SW
ROANOKE, VA 24016

Claim Number: 7825
Claim Date: 10/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2300.00 | | Allowed: | $2300.00 |
|---|---|---|---|---|---|

---

ALDINE I.S.D.
14909 ADINE WESTFIELD RD.
HOUSTON, TX 77032-3027

Claim Number: 10262
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $18928.27 |
|---|---|---|

---

ALDINE ISD TAX OFFICE
14909 ALDINE WESTFIELD RD
HOUSTON, TX 77032

Claim Number: 8407
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $16535.55 |
|---|---|---|

---

ALDRIDGE, DRAPER
2183 HOLLY GROVE MEEKS RD
CRUGER, MS 389243836

Claim Number: 3225
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
|---|---|---|---|---|---|

---

ALERT CLEAN SAFE TECHNOLOGIES INC
1200 KIRKLAND DR
101
RALEIGH, NC 27603

Claim Number: 7480
Claim Date: 06/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $352.00 |
|---|---|---|

---

ALEXANDER CO. TAX OFFICE
PO BOX 38
TAYLORSVILLE, NC 28681

Claim Number: 7862
Claim Date: 11/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $3900.76 |
|---|---|---|

---

ALEXANDER COUNTY TAX OFFICE
P O BOX 38
TAYLORSVILLE, NC 28681

Claim Number: 6300
Claim Date: 03/31/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| SECURED | Claimed: | $1625.68 |
|---|---|---|

---

---

ALEXANDER PAINTING & RENOVATIONS
WILMAN ALEXANDER
130 BARTON PLACE
BREAUX BRIDGE, LA 70517

Claim Number: 10298
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 | | |
|---|---|---|---|---|

---

ALEXANDER, CARL W., JR.
PO. BOX 113
ROCKWELL, NC 28138

Claim Number: 3950
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

ALEXANDER, LINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7046
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

ALEXANDER, VICKI
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7045
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

ALEXANDERS PAINTING & RENOVATIONS
1000 NELLA JEANNE RD
BREAUX BRIDGE, LA 705176667

Claim Number: 3564
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $850.00 | Allowed: | $850.00 |
|---|---|---|---|---|

---

ALEXANDERS PAINTING & RENOVATIONS
1056L JIM SELL RD
BREAUX BRIDGE, LA 705177000

Claim Number: 8536
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1000.00 | | |
|---|---|---|---|---|

---

ALEXANDRIA ALL STARS
PO BOX 6048
ALEXANDRIA, LA 71307

Claim Number: 8077
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1300.00 | | |
|---|---|---|---|---|

---

ALFARO, MARIA A.
403 VICTORIA
NAVASOTA, TX 77868

Claim Number: 3845
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $984.00 | Allowed: | $984.00 |
|---|---|---|---|---|

---

| ALFORD APPRAISAL SERVICES<br>PO BOX 1153<br>BRUNSWICK, GA 315211153 | Claim Number: 2589<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | | | Allowed: | $450.00 |

| ALL ABOUT CONSTRUCTION INC,<br>18723 WOODRIDGE DR<br>CONROE, TX 77302 | Claim Number: 2290<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49289.00 | Scheduled: | $39239.53 | Allowed: | $49289.00 |

| ALL ABOUT CONSTRUCTION INC,<br>18723 WOODRIDGE DR<br>CONROE, TX 77302 | Claim Number: 2291<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10560.00 | Scheduled: | $6480.00 | Allowed: | $6480.00 |

| ALL ABOUT PARTIES INC,<br>PO BOX 91508<br>LAKELAND, FL 33804 | Claim Number: 1567<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $183.44 | Scheduled: | $183.44 | Allowed: | $183.44 |
|---|---|---|---|---|---|---|

| ALL AMERICAN MH SALES & SERVICE<br>PO BOX 176<br>SPRING LAKE, NC 28390 | Claim Number: 5097<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $16885.00 |
|---|---|---|

| ALL AMERICAN MH SALES & SERVICE,<br>PO BOX 176<br>SPRING LAKE, NC 28390 | Claim Number: 5100<br>Claim Date: 03/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $23214.52 | Scheduled: | $23214.52 |
|---|---|---|---|---|

| ALL AMERICAN MH SALES & SERVICE,<br>PO BOX 176<br>SPRING LAKE, NC 28390 | Claim Number: 5098<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $16369.19 | Scheduled: | $16369.19 |
|---|---|---|---|---|

---

ALL AMERICAN MH SALES & SERVICE,
PO BOX 176
SPRING LAKE, NC 28390

Claim Number: 5099
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $21957.05 | Scheduled: | $21957.05 | | |
|---|---|---|---|---|---|---|

ALL AMERICAN MH SALES & SERVICE,
PO BOX 176
SPRING LAKE, NC 28390

Claim Number: 10748
Claim Date: 05/18/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $16885.00 | | | | |
|---|---|---|---|---|---|---|

ALL COAST EXTERMINATORS COM
ALL COAST EXTERMINATORS COM
3956 SEEMAN RD
VIRGINIA BEACH, VA 23452

Claim Number: 3613
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $981.60 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $981.60 |

ALL IN ONE SERVICE & REPAIR,
DBA ALL IN ONE SERVICE & REPAIR
469 COOPER ST
WINTERVILLE, NC 28590

Claim Number: 6625
Claim Date: 04/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $2291.73 | | | | |
|---|---|---|---|---|---|---|

ALL PHASE ELECTRIC SUPPLY CO (BENTON)-IN
PO BOX 450
LIMA, OH 458020450

Claim Number: 1987
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $176.25 | | | Allowed: | $176.25 |
|---|---|---|---|---|---|---|

ALL PHASE ELECTRIC SUPPLY CO (WYOMING)IN
PO  BOX 7
BENTON HARBOR, MI 490230007

Claim Number: 1193
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2219.33 | | | | |
|---|---|---|---|---|---|---|

ALL STAR SERVICE INC
5 A LAKEVIEW TERRACE
BARBOURSVILLE, WV 25504

Claim Number: 686
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1385.00 | | | | |
|---|---|---|---|---|---|---|

| ALL STATE MH SERVICE INC<br>P O BOX 1681<br>LYTLE, TX 78052 | Claim Number: 4691<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| UNSECURED    Claimed:    $7072.00 | | Allowed:    $7072.00 |

| ALLEGHANY CAMPGROUND INC,<br>DBA ALLEGHANY CAMPGROUND INC<br>932 ACACIA AVE<br>CLIFTON FORGE, VA 24422 | Claim Number: 4531<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|
| UNSECURED    Claimed:    $990.00    Scheduled:    $330.00 DISP | |

| ALLEGHANY COUNTY TAX OFFICE<br>PO BOX 1027<br>SPARTA, NC 28675 | Claim Number: 7622<br>Claim Date: 07/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|
| PRIORITY    Claimed:    $974.48 UNLIQ<br>UNSECURED    Scheduled:    $927.19 | |

| ALLEGHENY POWER<br>PO BOX 1392<br>FAIRMONT, WV 26555-1392 | Claim Number: 177<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED    Claimed:    $2073.42 | |

| ALLEMAN, SONYA M.<br>C/O CHARLES M. RUSH<br>P.O. BOX 53713<br>LAFAYETTE, LA 70505 | Claim Number: 10665<br>Claim Date: 12/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED    Claimed:    $2000.00 | |

| ALLEMAN, SONYA MARIE<br>C/O CHARLES RUSH<br>ATTN: RUSH, RUSH & CALOGER<br>P.O. BOX 53713<br>LAFAYETTE, LA 70505 | Claim Number: 4141<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7448 (01/28/2005) |
|---|---|
| UNSECURED    Claimed:    $50000.00 | |

| ALLEN & GOOCH<br>ATTN: BRENT MAGGIO<br>3900 N. CAUSEWAY BLVD.<br>METAIRIE, LA 70002 | Claim Number: 7547<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |
|---|---|---|
| SECURED    Claimed:    $3064.41<br>UNSECURED | | Allowed:    $2539.83 |

---

ALLEN CONSTRUCTION,
DBA: ALLEN CONSTRUCTION
1304 GA HWY 33 S
MOULTRIE, GA 31768

Claim Number: 2773
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $14888.87 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $13441.54 | Allowed: | $14888.87 |

---

ALLEN COUNTY TREASURER
1 EAST MAIN STREET ROOM 100
FORT WAYNE, IN 46802-1888

Claim Number: 345
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $7374.16 | | Allowed: | $211.31 |
|---|---|---|---|---|---|

---

ALLEN COUNTY TREASURER
1 EAST MAIN STREET, ROOM 100
FORT WAYNE, IN 46802-1888

Claim Number: 8986
Claim Date: 11/25/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $558.59 UNLIQ |
|---|---|---|

---

ALLEN ELECTRIC,
DBA ALLEN ELECTRIC
805 W WORDAN ST
WEST FRANKFORT, IL 62896

Claim Number: 3585
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $689.50 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $689.50 | Allowed: | $689.50 |

---

ALLEN FLORA
4217 PREACHER HOLMES RD
GRAHAM, NC 27253

Claim Number: 1603
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $700.00 | Scheduled: | $300.00 DISP | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

---

ALLEN FLORA
4217 PREACHER HOLMES RD
GRAHAM, NC 27253

Claim Number: 7917
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $700.00 |
|---|---|---|

---

ALLEN SIGN CO.
2408 CHAPMAN HWY
KNOXVILLE, TN 37920

Claim Number: 10374
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $462.56 |
|---|---|---|

---

---

ALLEN'S MOBILE HOME VILLAGE
BOYCE H. ALLEN
19 ALLENDALE CIRCLE
RUSTBURG, VA 24588

Claim Number: 9480
Claim Date: 04/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7000.00 |

---

ALLEN'S MOBILE HOME VILLAGE,
BOYCE H. ALLEN
19 ALLENDALE CIRCLE
RUSTBURG, VA 24588

Claim Number: 10171
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7000.00 |

---

ALLEN, CLEANCY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5662
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

ALLEN, JAMES B. JR.
P.O. BOX 5092
ATHENS, GA 30604-5092

Claim Number: 4600
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6154.63 |

---

ALLEN, KENNETH & ELIZABETH
BRUCE W. MCCULLOUGH, ESQ.
824 MARKET ST
PO BOX 397
WILMINGTON, DE 19899

Claim Number: 4960
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $97031.00 |

---

ALLEN, KENNETH & ELIZABETH
10055 EAST GRAY HAWK DRIVE
TUCSON, AZ 85730

Claim Number: 10757
Claim Date: 07/11/2005
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9000.00 |

---

ALLEN, STEVEN R.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5663
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

---

ALLEN, TOMMY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6596
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $7258.58 |

---

ALLEN, TOMMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6992
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

ALLEX LORI
306 FRONT STREET
REDWOOD FALLS, MN 56283

Claim Number: 9198
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $600.00 UNLIQ |
|---|---|---|

---

ALLIANCEONE
P.O. BOX 2449
GIG HARBOR, WA 98335

Claim Number: 7209
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $211.67 | Allowed: | $211.67 |
|---|---|---|---|---|

---

ALLIE SYSTEMS
10299 AIRLINE HIGHWAY
BATON ROUGE, LA 70816

Claim Number: 9745
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $87.25 |
|---|---|---|

---

ALLIED CONCRETE CO.
P.O. BOX 1647
CHARLOTTESVILLE, VA 22902

Claim Number: 10190
Claim Date: 06/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $11051.39 |
|---|---|---|

---

ALLIED CONCRETE PRODUCTS INC
3900 SHANNON ST
CHESAPEAKE, VA 23324

Claim Number: 1118
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

ALLIED CONCRETE PRODUCTS INC,
3900 SHANNON ST
CHESAPEAKE, VA 23324

Claim Number: 1119
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $293.83 | Allowed: | $293.83 |
|---|---|---|---|---|---|---|

---

ALLIED SYSTEMS INC
10299 AIRLINE HWY
BATON ROUGE, LA 70816

Claim Number: 7956
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $87.25 |
|---|---|---|

---

ALLIED WASTE/BFI NASSC
18500 N. ALLIED WAY
PHOENIX, AZ 85054

Claim Number: 315
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $22681.08 | | | Allowed: | $22681.08 |
|---|---|---|---|---|---|---|

---

ALLISON, ROBERT
45 SUNNYCREST DRIVE
ASHEVILLE, NC 28805

Claim Number: 9490
Claim Date: 04/09/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

---

ALLSTATE INS CO
SUBROGEE OF BENIGNO LOPEZ
3800 ELECTRIC RD
STE 301
ROANOKE, VA 24108

Claim Number: 2441
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1020.26 | | | Allowed: | $1020.26 |
|---|---|---|---|---|---|---|

---

ALLSTATE INS CO
3800 ELECTRIC RD
ROANOKE, VA 24108

Claim Number: 2451
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $4934.65 | | | Allowed: | $4934.65 |
|---|---|---|---|---|---|---|

---

ALLSTATE INS CO AS SUBROGEE OF HENRY
PRIVETT
3800 ELECTRIC RD STE 301
ROANOKE, VA 24018

Claim Number: 570
Claim Date: 02/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $2775.51 | | | Allowed: | $2775.51 |
|---|---|---|---|---|---|---|

| ALLSTATE INSURANCE<br>C/O PATTERSON BOYD & LOWERY PC<br>2101 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 2877<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY          Claimed:          $6269.31 | | | |

| ALLSTATE INSURANCE<br>C/O PATTERSON BOYD & LOWERY PC<br>2101 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 8092<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED          Claimed:          $3000.00 | | Allowed:          $3000.00 | |

| ALLSTATE INSURANCE<br>C/O CAROLYN SMALL GRANT<br>6419 CARROLLTON AVENUE<br>INDIANAPOLIS, IN 46220 | Claim Number: 10617<br>Claim Date: 10/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $19039.68 | | | |

| ALLSTATE INSURANCE A/S/O JONATHON SELLON<br>C/O BRIAN FRENGER<br>YOST & BAILL, LLP<br>120 SOUTH SIXTH STREET, #2350<br>MINNEAPOLIS, MN 55402 | Claim Number: 573<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $27365.51 | | | |

| ALLSTATE INSURANCE A/S/O JONATHON SELLON<br>C/O BRIAN FRENGER<br>YOST & BAILL, LLP<br>120 SOUTH SIXTH STREET, #2350<br>MINNEAPOLIS, MN 55402 | Claim Number: 7343<br>Claim Date: 05/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $27365.51 | | | |

| ALLSTATE INSURANCE COMPANY<br>C/O WILLIAM C. BOYD<br>2101 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 204<br>Claim Date: 01/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $4702.37 | | | |

| ALLSTATE INSURANCE COMPANY<br>C/O WILLIAM C. BOYD<br>2101 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 242<br>Claim Date: 01/08/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED          Claimed:          $4702.37 | | | |

| ALLSTATE INSURANCE COMPANY<br>3800 ELECTRIC ROAD<br>ROANOKE, VA 24018 | Claim Number: 2450<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY          Claimed:          $1933.94<br>UNSECURED | | Allowed:          $1933.94 | |

| ALLSTATE INSURANCE COMPANY<br>3800 ELECTRIC RD<br>ROANOKE, VA 24018 | Claim Number: 7753<br>Claim Date: 08/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2882.00 | | | |
|---|---|---|---|---|---|

| ALPERT & BARR, APLC<br>6345 BALBOA BLVD.<br>STE I-300<br>ENCINO, CA 91316 | Claim Number: 8184<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1781.26 UNLIQ |
|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 3915<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1511.38 | | Allowed: | $1511.38 |
|---|---|---|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 4340<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1511.38 |
|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 6754<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1511.38 |
|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 10341<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $3255.83 |
|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 10376<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3255.83 |
|---|---|---|

| ALPERT & BARR, APLC.<br>6345 BALBOA BLVD.<br>SUITE I-300<br>ENCINO, CA 91316 | Claim Number: 10438<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3255.83 |
|---|---|---|

---

| ALPHA GRAPHICS | Claim Number: 970 |
| DBA ALPHA GRAPHICS | Claim Date: 02/19/2003 |
| 120 RACINE DRIVE | Debtor: OAKWOOD HOMES CORPORATION |
| WILMINGTON, NC 28403 | |

| UNSECURED | Claimed: | $446.96 |

---

| ALPINE ELECTRIC | Claim Number: 3160 |
| 8500 MOUNTAIN ASH DR | Claim Date: 03/06/2003 |
| EL PASO, TX 799042442 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $161.21 |

---

| ALPINE ELECTRIC | Claim Number: 8738 |
| 8500 MOUNTAIN ASH DR | Claim Date: 11/19/2003 |
| EL PASO, TX 79904-2442 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1000.00 |

---

| ALPINE SERVICES | Claim Number: 387 |
| 778 WILLOW BEND PL | Claim Date: 01/22/2003 |
| FENTON, MO 63026 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $112.00 |

---

| ALSCO | Claim Number: 2276 |
| PO BOX 17337 | Claim Date: 02/28/2003 |
| PORTLAND, OR 97217 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $211.00 |

---

| ALTMAN, SAMMIE A. | Claim Number: 2612 |
| 3251 NEW RD | Claim Date: 02/28/2003 |
| CONWAY, SC 295276055 | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| | Comments: ALLOWED |

| SECURED | Claimed: | $0.00 |
| UNSECURED | | | Scheduled: | $314.00 DISP | Allowed: | $314.00 |

---

| ALTMAN, SAMMIE A. | Claim Number: 8374 |
| 3251 NEW RD | Claim Date: 11/12/2003 |
| CONWAY, SC 295276055 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 6751 (11/09/2004) |

| ADMINISTRATIVE | Claimed: | $5474.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ALVARADO INDEPENDENT SCHOOL DISTRICT<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | | | Claim Number: 9155<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| SECURED | Claimed: | $2191.64 | | | | | |
| ALVARADO, OSCAR<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5664<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $412.50 UNLIQ | | | | | |
| ALVAREZ CLARA JEANNETTE<br>C/O JEANETTE E HOOVER<br>PO BOX 1186<br>BUNNELL, FL 32110 | | | Claim Number: 3933<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $71780.00 | | | Allowed: | $57780.00 | |
| ALVAREZ MOBILE HOME TRANSPORTING,<br>653 PASEO DEL MAR<br>EL PASO, TX 79928 | | | Claim Number: 4610<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $16260.00 | Scheduled: | $16260.00 | Allowed: | $16260.00 | |
| ALVAREZ, DISMER P<br>1012 11TH AVE SE<br>MOULTRIE, GA 31768 | | | Claim Number: 8225<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $4000.00 | | | | | |
| ALVERSON TAYLOR MORTENSEN<br>NELSON & SANDERS<br>7401 W CHARLESTON BLVD<br>LAS VEGAS, NV 89117 | | | Claim Number: 2814<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $11999.60 | | | Allowed: | $11999.60 | |
| AM/PM TOWING & REPAIR<br>3605 E INDUSTRIAL DR<br>FLAGSTAFF, AZ 860049456 | | | Claim Number: 7511<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $45.00 | Allowed: | $45.00 | |

AMANDA G. SCOTT, CPA
REVENUE COMMISSIONER MORGAN CO.
P.O. BOX 696
DECATUR, AL 35602

Claim Number: 2876
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $23.63 | | | Allowed: | $23.63 |
|---|---|---|---|---|---|---|

AMARILLO HARDWA,
P O BOX 90501
AMARILLO, TX 79105-4001

Claim Number: 2205
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $4211.69 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $129.59 | | |

AMAZING GRACE APPRAISALS,
DBA AMAZING GRACE APPRAISALS
PO BOX 3
JACKSON, NC 27845

Claim Number: 3010
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $2850.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

AMBOREE, ARTHUR LEE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5665
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

AMEN OBADAGBONYI
AMEN OBADABONYI LAW OFFICE
10039 BISSONNET ST STE 224
HOUSTON, TX 770367838

Claim Number: 4890
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $78500.00 |
|---|---|---|

AMEREN UE
PO BOX 66881, MC 310
SAINT LOUIS, MO 63166-6881

Claim Number: 400
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3112.90 |
|---|---|---|

AMERICAN AIR SYSTEMS,
DBA AMERICAN AIR SYSTEMS
1609 TERRAPIN BRANCH RD
MOUNT PLEASANT, TN 38474

Claim Number: 1923
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $323.28 | Scheduled: | $323.28 | Allowed: | $323.28 |
|---|---|---|---|---|---|---|

AMERICAN BACKGROUND,
PO BOX 2055
WINCHESTER, VA 22604

Claim Number: 6399
Claim Date: 03/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $617.50 | Scheduled: | $1725.95 | Allowed: | $617.50 |
|---|---|---|---|---|---|---|

AMERICAN BACKGROUND,
PO BOX 2055
WINCHESTER, VA 22604

Claim Number: 5102
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $19.55 | Scheduled: | $19.55 | Allowed: | $19.55 |
|---|---|---|---|---|---|---|

AMERICAN BACKGROUND,
PO BOX 2055
WINCHESTER, VA 22604

Claim Number: 6400
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2780.45 | Scheduled: | $450.00 | Allowed: | $2780.45 |
|---|---|---|---|---|---|---|

AMERICAN BANKERS INS. CO. OF FLORIDA,
AMERICAN BANKERS INS. GRP, FORTIS, ET AL
C/O JORDEN BURT, LLP
777 BRICKELL AVE, SUITE 500
MIAMI, FL 33131

Claim Number: 48
Claim Date: 12/17/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

AMERICAN BANKERS INSURANCE CO., ET AL.
RAUL A. CUERVO, ESQ.
JORDON BURT LLP
1025 THOMAS JEFFERSON ST. NW, SUITE 400E
WASHINGTON, DC 20007

Claim Number: 10119
Claim Date: 05/28/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $1447719.14 |
|---|---|---|

AMERICAN BAYRIDGE CORP
EULER/AMERICAN CREDIT INDEMNITY
AGENT OF AMERICAN BAYRIDGE CORP
100 E. PRATT STREET, 5TH FL.
BALTIMORE, MD 21202

Claim Number: 574
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $31172.06 |
|---|---|---|

AMERICAN BUILDING & MAINTENANCE,
9916 EAST 43RD STREET
TULSA, OK 74146

Claim Number: 3309
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $262.41 | Scheduled: | $262.41 | Allowed: | $262.41 |
|---|---|---|---|---|---|---|

---

AMERICAN BUILDING MAINT.
9916 E 43RD ST
TULSA, OK 74146

Claim Number: 9620
Claim Date: 04/20/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $262.41 |
|---|---|---|

---

AMERICAN BUILDING MAINT.
9916 E 43RD ST
TULSA, OK 74146

Claim Number: 9887
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $262.41 |
|---|---|---|

---

AMERICAN BUSINESS LEASING INC.
AMERICAN BUSINESS FINANCIAL
100 E PENN SQ 7TH FL
PHILADELPHIA, PA 191073323

Claim Number: 289
Claim Date: 01/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $8610.85 UNLIQ |
|---|---|---|

---

AMERICAN CHECK CASHING,
740 D MACARTHUR DR
ALEXANDRIA, LA 71303

Claim Number: 908
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

---

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 234
Claim Date: 01/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5859.87 |
|---|---|---|

---

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 633
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $9131.20 |
|---|---|---|

---

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 2413
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1427.97 | | Allowed: | $1427.97 |
|---|---|---|---|---|---|

---

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 6364
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $107.61 | | Allowed: | $107.61 |
|---|---|---|---|---|---|

---

---

AMERICAN FAMILY HOME INSURANCE CO.    Claim Number: 4559
7000 MIDLAND BLVD                     Claim Date: 03/24/2003
AMELIA, OH 45102-2607                 Debtor: OAKWOOD HOMES CORPORATION
                                      Comments: WITHDRAWN
                                      DOCKET: 7356 (11/10/2004)

| UNSECURED | Claimed: | $63085.00 | | | | |

---

AMERICAN FAMILY HOMES LLC,            Claim Number: 3772
POB 583                               Claim Date: 03/14/2003
SWEETWATER, TN 378740583              Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $18073.03 | Scheduled: | $30389.15 DISP | Allowed: | $18073.03 |

---

AMERICAN FAMILY HOMES LLC,            Claim Number: 3771
P.O. BOX 583                          Claim Date: 03/14/2003
SWEETWATER, TN 37874                  Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $2643.78 | Scheduled: | $2643.78 | Allowed: | $2643.78 |

---

AMERICAN FAMILY HOMES LLC,            Claim Number: 3773
P.O. BOX 583                          Claim Date: 03/14/2003
SWEETWATER, TN 37874                  Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3242.82 | Scheduled: | $4742.82 | Allowed: | $3242.82 |

---

AMERICAN FORECLOSURE SERVICES INC     Claim Number: 8768
C/O SUTTRELL & ASSOCIATES             Claim Date: 11/20/2003
7525 SE 24TH ST 310                   Debtor: OAKWOOD HOMES CORPORATION
MERCER ISLAND, WA 98040               Comments: EXPUNGED
                                      DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1242.73 | | | | |

---

AMERICAN HOME SALES,                  Claim Number: 2770
1450 GRASS VALLEY HWY                 Claim Date: 03/03/2003
AUBURN, CA 95602                      Debtor: PREFERRED HOUSING SERVICES, LP
                                      Comments: ALLOWED

| UNSECURED | Claimed: | $1049.00 | Scheduled: | $1049.00 | Allowed: | $250.00 |

---

AMERICAN HOMES TRANSPORT-OR           Claim Number: 4366
PO BOX 1630                           Claim Date: 03/21/2003
REDMOND, OR 97756                     Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $664.00 | | | | |

---

AMERICAN HOMESTEAD LIMITED            Claim Number: 4751
600 MEANDERING WAY                    Claim Date: 03/25/2003
JIM POLLARD                           Debtor: OAKWOOD HOMES CORPORATION
FAIRVIEW, TX 75069                    Comments: ALLOWED

| SECURED | Claimed: | $950.00 | | | | |
| UNSECURED | | | | | Allowed: | $950.00 |

---

---

AMERICAN LINEN,
DBA: AMERICAN LINEN
PO BOX 3084
SPOKANE, WA 99220

Claim Number: 1798
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $101.73 | Scheduled: | $49.51 | Allowed: | $101.73 |
|---|---|---|---|---|---|---|

AMERICAN LINEN,
DBA:AMERICAN LINEN
PO BOX 7545
BOISE, ID 83707

Claim Number: 2738
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $204.33 | | |
|---|---|---|---|---|---|---|

AMERICAN MACHINERY WORKS INC,
DBA AMERICAN MACHINERY WORKS INC
4415 SOUTH 32ND STREET
PHOENIX, AZ 85040

Claim Number: 1610
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $106.65 | Allowed: | $106.65 |
|---|---|---|---|---|---|---|

AMERICAN MH
5431 MURCHISON RD
FAYETTEVILLE, NC 28311

Claim Number: 4114
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1803.23 | Scheduled: | $4010.59 | Allowed: | $1803.23 |
|---|---|---|---|---|---|---|

AMERICAN MOBILE HOME SERVICE
PO BOX 397
PAOLI, OK 730740397

Claim Number: 5217
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

AMERICAN MOBILE HOME SERVICE,
PO BOX 397
PAOLI, OK 730740397

Claim Number: 5218
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1308.30 | Allowed: | $1308.30 |

AMERICAN MOBILE HOME SERVICE,
PO BOX 397
PAOLI, OK 730740397

Claim Number: 5216
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMERICAN MOBILE HOME SERVICE,<br>PO BOX 397<br>PAOLI, OK 730740397 | | | Claim Number: 5219<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | | | |
| UNSECURED | | | Scheduled: | $2300.00 | | Allowed: | $2300.00 |
| AMERICAN MODERN HOME INS CO<br>ATTN: DAN RYAN<br>PO BOX 5323<br>CINCINNATI, OH 45201-5323 | | | Claim Number: 10800<br>Claim Date: 01/12/2006<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $10000.00 | | | | | |
| AMERICAN PRIDE INC-IN<br>PO BOX 751882<br>CHARLOTTE, NC 28275 | | | Claim Number: 2567<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $254.40 | | | | | |
| UNSECURED | | | Scheduled: | $254.40 | | Allowed: | $254.40 |
| AMERICAN SELECT INSURANCE COMPANY<br>C/O JAVITCH, BLOCK & RATHBONE LLP<br>1300 EAST 9TH ST.<br>14TH FLOOR<br>CLEVELAND, OH 44114-1503 | | | Claim Number: 9338<br>Claim Date: 01/05/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
| UNSECURED | Claimed: | $3463.71 | | | | | |
| AMERICAN TAX FUNDING, LLC<br>TADGH MACAULAY, SERVICING MANAGER<br>630 US HWY 1, SUITE 300<br>NORTH PALM BEACH, FL 33408 | | | Claim Number: 9963<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | | | |
| SECURED | Claimed: | $1488.27 UNLIQ | | | | | |
| AMERICAN TAX FUNDING, LLC<br>TADGH MACAULAY, SERVICING MANAGER<br>630 US HWY1, SUITE 300<br>NORTH PALM BEACH, FL 33408 | | | Claim Number: 9964<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| SECURED | Claimed: | $1286.07 UNLIQ | | | | | |
| AMERICAN VALLIATIONS, INC.<br>P.O. BOX 594<br>WILSONVILLE, OR 97070 | | | Claim Number: 9808<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $550.00 | | | | | |

| AMERICAN VALUATION INC<br>PO BOX 594<br>WILSONVILLE, OR 97070 | Claim Number: 7971<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:          $550.00 | | | |

| AMERICAN VALUATIONS INC<br>PO BOX 594<br>WILSONVILLE, OR 97070 | Claim Number: 4865<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED     Claimed:          $125.00 | | Allowed:          $125.00 | |

| AMERICAN VALUATIONS INC,<br>PO BOX 594<br>WILSONVILLE, OR 97070 | Claim Number: 4867<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED     Claimed:          $125.00 | Scheduled:          $125.00 | Allowed:          $125.00 | |

| AMERICAN VALUATIONS INC,<br>PO BOX 594<br>WILSONVILLE, OR 97070 | Claim Number: 4866<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED     Claimed:          $300.00 | Scheduled:          $300.00 | Allowed:          $300.00 | |

| AMERIDOOR CABINETRY COMPONENTS LLC-KS,<br>PO BOX 430<br>CORDELE, GA 31010 | Claim Number: 9971<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:          $15048.69 | | | |

| AMERIDOOR CABINETRY COMPONENTS LLC-KS,<br>PO BOX 430<br>CORDELE, GA 31010 | Claim Number: 9972<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:          $65.16 UNDET | | | |

| AMERIDOOR CABINETRY COMPONENTS LLC-KS,<br>PO BOX 430<br>CORDELE, GA 31010 | Claim Number: 9973<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:          $12737.55 | | | |

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9974<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

ADMINISTRATIVE          Claimed:          $29.16

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9975<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

ADMINISTRATIVE          Claimed:          $3705.71

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9976<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE          Claimed:          $2789.54

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9977<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE          Claimed:          $65.16

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9978<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE          Claimed:          $15048.69

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9979<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE          Claimed:          $12737.55

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9981<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE          Claimed:          $3705.71

| AMERIDOOR CABINETRY COMPONENTS LLC-KS, PO BOX 430 CORDELE, GA 31010 | Claim Number: 9982<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

ADMINISTRATIVE          Claimed:          $2789.54

---

AMERIDOOR CABINETRY COMPONENTS LLC-KS,
PO BOX 430
CORDELE, GA 31010

Claim Number: 9980
Claim Date: 05/20/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $29.16 |
| --- | --- | --- |

---

AMERIGAS PROPANE CO,
P.O. BOX 965
VALLEY FORGE, PA 19482

Claim Number: 2199
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2602.77 | Scheduled: | $2612.77 | Allowed: | $2602.77 |
| --- | --- | --- | --- | --- | --- | --- |

---

AMERIMAX BUILDING PRODUCTS, INC.
C/O KRISTIN H. JAIN
BAKER & MCKENZIE
2001 ROSS AVE., STE. 2300
DALLAS, TX 75201

Claim Number: 6075
Claim Date: 03/27/2003
Debtor: HOME SERVICE CONTRACT, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2447.58 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289259.46 |

---

AMERIMAX BUILDING PRODUCTS, INC.
C/O KRISTIN H. JAIN
BAKER & MCKENZIE
2001 ROSS AVE., STE. 2300
DALLAS, TX 75201

Claim Number: 6076
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2447.58 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289259.46 |

---

AMERIMAX BUILDING PRODUCTS, INC.
C/O KRISTIN H. JAIN
BAKER & MCKENZIE
2001 ROSS AVE., STE. 2300
DALLAS, TX 75201

Claim Number: 6077
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2447.58 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289259.46 |

---

AMERIMAX BUILDING PRODUCTS, INC.
C/O KRISTIN H. JAIN
BAKER & MCKENZIE
2001 ROSS AVE., STE. 2300
DALLAS, TX 75201

Claim Number: 6078
Claim Date: 03/27/2003
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2447.58 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289259.46 |

---

AMERIMAX BUILDING PRODUCTS, INC.
C/O KRISTIN H. JAIN
BAKER & MCKENZIE
2001 ROSS AVE., STE. 2300
DALLAS, TX 75201

Claim Number: 6079
Claim Date: 03/27/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2447.58 |
| --- | --- | --- |
| UNSECURED | Claimed: | $289259.46 |

---

| AMERIMAX BUILDING PRODUCTS, INC. C/O KRISTIN H. JAIN BAKER & MCKENZIE 2001 ROSS AVE., STE. 2300 DALLAS, TX 75201 | Claim Number: 6080 Claim Date: 03/27/2003 Debtor: OAKWOOD MDH4, LLC Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $2447.58 |
|---|---|---|
| UNSECURED | Claimed: | $289259.46 |

| AMERIMAX BUILDING PRODUCTS, INC. C/O KRISTIN H. JAIN BAKER & MCKENZIE 2001 ROSS AVE., STE. 2300 DALLAS, TX 75201 | Claim Number: 6081 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $2447.58 |
|---|---|---|
| UNSECURED | Claimed: | $289259.46 |

| AMERIMAX BUILDING PRODUCTS, INC. C/O KRISTIN H. JAIN BAKER & MCKENZIE 2001 ROSS AVE., STE. 2300 DALLAS, TX 75201 | Claim Number: 6082 Claim Date: 03/27/2003 Debtor: SUBURBAN HOME SALES, INC. Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $2447.58 |
|---|---|---|
| UNSECURED | Claimed: | $289259.46 |

| AMERIMAX BUILDING PRODUCTS, INC. C/O KRISTIN H. JAIN BAKER & MCKENZIE 2001 ROSS AVE., STE. 2300 DALLAS, TX 75201 | Claim Number: 6083 Claim Date: 03/27/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $2447.58 |
|---|---|---|
| UNSECURED | Claimed: | $289259.46 |

| AMERITECH CORPORATION P.O. BOX 981268 WEST SACRAMENTO, CA 95798 | Claim Number: 6641 Claim Date: 04/08/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $23193.32 UNLIQ |
|---|---|---|

| AMERIWASTE DBA AMERIWASTE 2710 E 800 S CLAYPOOL, IN 46510 | Claim Number: 2501 Claim Date: 02/28/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $4480.00 |
|---|---|---|

| AMERIWASTE DBA AMERIWASTE 2710 E 800 S CLAYPOOL, IN 46510 | Claim Number: 9626 Claim Date: 04/21/2004 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4480.00 |
|---|---|---|

---

AMERIWASTE,
DBA AMERIWASTE
2710 E 800 S
CLAYPOOL, IN 46510

Claim Number: 2502
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $4480.00 | Scheduled: | $5100.00 | Allowed: | $4480.00 |
|---|---|---|---|---|---|---|

AMISH RIDGE ENTERPRISES
DBA AMISH RIDGE ENTERPRISES
11801 AMISH RIDGE RD
MOUNT PERRY, OH 43760

Claim Number: 2228
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1695.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1695.00 |

AMISH RIDGE ENTERPRISES,
262 JAMISON RD
FRANKFORT, OH 456289594

Claim Number: 2227
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY | Claimed: | $7325.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7325.00 | Allowed: | $7325.00 |

AMITE TANGI DIGEST,
P O BOX 698
AMITE, LA 70422

Claim Number: 1789
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $92.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $93.80 | Allowed: | $92.00 |

AMOS, DALE
370 N 300 E
PAYSON, UT 84651

Claim Number: 9038
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $625.00 | | | | |
|---|---|---|---|---|---|---|

AMOS, PATRICIA
PO BOX 4455
APACHE JUNCTION, AZ 85278

Claim Number: 8362
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|

AMS OF PENNSYLVANIA-PA,
PO BOX 117
SELINSGROVE, PA 17870

Claim Number: 2780
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $25.42 | Scheduled: | $24.67 | Allowed: | $25.42 |
|---|---|---|---|---|---|---|

| ANCI-OR CONSTRUCTION & EXCAVATION CO INC<br>6580 VALLEY CENTER DRIVE BOX 2<br>RADFORD, VA 24141 | Claim Number: 8932<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1350.00 |
|---|---|---|

| ANDERSON & MONSON, P.C.<br>10700 SW BEAVERTON-HILLSIDE HWY.<br>SUITE 460<br>BEAVERTON, OR 97005 | Claim Number: 311<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $292.25 | | Allowed: | $292.25 |
|---|---|---|---|---|---|

| ANDERSON & MONSON, P.C.<br>10700 SW BEAVERTON-HILLSIDE HWY.<br>SUITE 460<br>BEAVERTON, OR 97005 | Claim Number: 312<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $37511.80 |
|---|---|---|

| ANDERSON & MONSON, P.C.<br>10700 SW BEAVERTON-HILLSIDE HWY.<br>SUITE 460<br>BEAVERTON, OR 97005 | Claim Number: 10343<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $20578.76 |
|---|---|---|

| ANDERSON COUNTY TREASURER<br>100 EAST 4TH ST<br>GARNETT, KS 66032 | Claim Number: 2936<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $406.42 |
|---|---|---|

| ANDERSON COUNTY TREASURER<br>COURTHOUESE<br>GARNETT, KS 66032 | Claim Number: 9285<br>Claim Date: 12/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $527.08 |
|---|---|---|

| ANDERSON COUNTY TREASURER<br>100 E 4TH AVE<br>GARNETT, KS 66032 | Claim Number: 10439<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1096.41 |
|---|---|---|

| ANDERSON COUNTY TREASURER<br>P O BOX 8002<br>ANDERSON, SC 29622 | Claim Number: 10720<br>Claim Date: 04/22/2005<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8292 (11/03/2005) |
|---|---|

| PRIORITY | Claimed: | $441.35 |
|---|---|---|

---

ANDERSON FORD LINCOLN MERCURY,
120 DIERS AVE
GRAND ISLAND, NE 68803

Claim Number: 4513
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1544.82 | Scheduled: | $1544.82 | Allowed: | $1544.82 |
|-----------|----------|----------|------------|----------|----------|----------|

---

ANDERSON MANUFACTURED HOMES INC
PO BOX 274
ELEPHANT BUTTE, NM 87935

Claim Number: 4709
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $28295.29 |
|-----------|----------|-----------|

---

ANDERSON MFD HOMES INC.
PO BOX 274
ELEPHANT BUTTE, NM 87935

Claim Number: 4708
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7660 (04/05/2005)

| UNSECURED | Claimed: | $28295.29 |
|-----------|----------|-----------|

---

ANDERSON MFD HOMES INC.,
PO BOX 274
ELEPHANT BUTTE, NM 87935

Claim Number: 4804
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $28295.29 |
|-----------|----------|-----------|

---

ANDERSON WELL DRILLING, INC.
PO BOX 358
9601 MILITARY RD
AMELIA COURT HOUSE, VA 23002

Claim Number: 5451
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $3100.00 | | | Allowed: | $3100.00 |
|--------------------|----------|----------|---|---|----------|----------|

---

ANDERSON, BRIAN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5666
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

ANDERSON, CARDELL M.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5667
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $5131.38 UNLIQ |

---

---

ANDERSON, CATHRYN L.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5668
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

ANDERSON, DAN
1866 BUSCHREEK DR
FRANKLINVILLE, NC 27248

Claim Number: 8801
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

ANDERSON, DENNIS
6684 SUMMIT ROAD
PURLEAR, NC 28665

Claim Number: 9491
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $800.00 |

---

ANDERSON, LARRY C.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5669
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

ANDERSON, SHERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6993
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

ANDERSON, YOLANDA
P.O. BOX 803
MEADVILLE, MS 39653

Claim Number: 6677
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $5000.00 |

---

ANDERSON, YOLANDA
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10732
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $1742.06 | Allowed: | $1742.06 |

---

---

ANDOVER COMMUNITY,
1000 CAMBRY CIRCLE
GRASS LAKE, MI 49240

Claim Number: 2189
Claim Date: 02/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $372.95 DISP | Allowed: | $372.95 |

---

ANDRADE, JOSE ANTONIO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5670
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

---

ANDREW DAVIDSON & CO., INC.
520 BROADWAY
8TH FLOOR
NEW YORK, NY 10012

Claim Number: 7255
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23675.00 |

---

ANDREW O. AND MERLE W. MCARTHUR,
PO BOX 2100
SAINT GEORGE, UT 847712100

Claim Number: 4766
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6859.02 | | Allowed: | $5089.02 |

---

ANDREWS COUNTY TAX
201 N MAIN ST COURTHOUSE
ANDREWS, TX 79714

Claim Number: 4630
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $46.87 |

---

ANDREWS COUNTY TAX OFFICE
LAURA J. MONROE
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 817
LUBBOCK, TX 79408-0817

Claim Number: 9821
Claim Date: 05/10/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48.32 |

---

ANDREWS INDEPENDENT SCHOOL DIST
600 NORTH MAIN
ANDREWS, TX 79714

Claim Number: 4629
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| SECURED | Claimed: | $193.62 |

---

| ANDREWS INDEPENDENT SCHOOL DISTRICT<br>LAURA J. MONROE<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 817<br>LUBBOCK, TX 79408-0817 | Claim Number: 9820<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $197.31 | | | | |
|---|---|---|---|---|---|---|

| ANDREWS, JAY<br>427 PARK AVENUE<br>LEBANON, TN 37087 | Claim Number: 1693<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $875.00 | Scheduled: | $700.00 | Allowed: | $875.00 |
|---|---|---|---|---|---|---|

| ANDREWS, JAY<br>SOIL CONSULTANT<br>427 PARK AVENUE<br>LEBANON, TN 37087 | Claim Number: 10292<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $875.00 | | | | |
|---|---|---|---|---|---|---|

| ANDREWS, JAY<br>SOIL CONSULTANT<br>427 PARK AVENUE<br>LEBANON, TN 37087 | Claim Number: 10344<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $875.00 | | | | |
|---|---|---|---|---|---|---|

| ANDY OXY CO INC<br>P O BOX 6389<br>ASHEVILLE, NC 28816 | Claim Number: 1767<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $119.90 | | | Allowed: | $119.90 |
|---|---|---|---|---|---|---|

| ANGELES, JUAN R.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5671<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| ANGELINA COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 576<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $3966.62 UNLIQ |
|---|---|---|

| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9212<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1251.14 | Allowed: | $1078.85 |

| ANGELINA COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9417<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|
| SECURED | Claimed: | $3792.54 |

| ANGELLE CONCRET<br>PO BOX 186<br>JENNINGS, LA 70546 | Claim Number: 3803<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $415.72 | Allowed: | $415.72 |

| ANGUIANO, ISIDRO<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5672<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

| ANHALT EMMANUEL,<br>1533 BISHOP RD<br>CHEHALIS, WA 985328710 | Claim Number: 4891<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1100.00 | | | | |
| UNSECURED | | | Scheduled: | $1100.00 | Allowed: | $1100.00 |

| ANIMADU, ODOZI<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5673<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| ANIMAS MOBILE HOME PARK,<br>DBA ANIMAS MOBILE HOME PARK<br>4633 GILA ST SP 24<br>FARMINGTON, NM 87401 | Claim Number: 4283<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | | | Scheduled: | $520.40 DISP | Allowed: | $520.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ANKEAH, ROGER & PATTY<br>PO BOX 1243<br>SHIPROCK, NM 87420 | | | Claim Number: 10842<br>Claim Date: 05/03/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8709 (10/30/2006) | | | |
| SECURED | Claimed: | $39000.00 | | | | |
| ANN FEAR<br>PO BOX 979<br>PINEDALE, WY 82941 | | | Claim Number: 2174<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
| ANNS CLEANING & REMODELING,<br>113 SNOOZING PINES LANE<br>ABERDEEN, NC 28315 | | | Claim Number: 1115<br>Claim Date: 02/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3229.28 | | |
| ANSLEY, RICHARD S<br>PO BOX 156<br>MEIGS, GA 31765 | | | Claim Number: 8810<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | | |
| ADMINISTRATIVE | Claimed: | $4365.00 | | | | |
| ANTHONY MAZZA,<br>P.O. BOX 315<br>KALAMA, WA 98625 | | | Claim Number: 7604<br>Claim Date: 07/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | Allowed: | $40.00 |
| ANTHONY, IRVING<br>8852 GREEN LOWER CHURCH RD<br>APEX, NC 27502 | | | Claim Number: 1527<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| SECURED | Claimed: | $3000.00 | | | | |
| ANTHONY, IRVING<br>8852 GREEN LOWER CHURCH RD<br>APEX, NC 27502 | | | Claim Number: 9101<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | | |
| ADMINISTRATIVE | Claimed: | $3000.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANTHONY, IRVING<br>8852 GREEN LOWER CHURCH RD<br>CARY, NC 27502 | | | Claim Number: 10413<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3000.00 | | | | | |
| ANTOINETTE REGNIER<br>2761 LOWER WALKERS CREEK RD.<br>GOODLETTSVILLE, TN 37072 | | | Claim Number: 5193<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | | | |
| UNSECURED | Claimed: | $200000.00 | | | | | |
| ANYTHING FIBERGLASSED<br>DOUGLAS WALLACE<br>635 FIFTH ST<br>MARIETTA, OH 45750 | | | Claim Number: 9644<br>Claim Date: 04/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $115.00 | | | | | |
| APACHE BANNER & SIGN INC.<br>555 W 2ND AVE #A7<br>MESA, AZ 85210 | | | Claim Number: 2251<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $689.92 | Scheduled: | $689.92 | Allowed: | $689.92 | |
| APACHE COUNTY TREASURER<br>PO BOX 699<br>SAINT JOHNS, AZ 85936 | | | Claim Number: 8563<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1079.16 | | | | | |
| APACHE COUNTY TREASURER<br>PO BOX 699<br>SAINT JOHNS, AZ 85936 | | | Claim Number: 10367<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $474.18 | | | | | |
| APACHE LANE,<br>BOX 44<br>CHRISTOVAL, TX 76935 | | | Claim Number: 1256<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $5775.00 | Scheduled: | $5775.00 | Allowed: | $5775.00 | |
| APACHE LANE,<br>BOX 44<br>CHRISTOVAL, TX 76935 | | | Claim Number: 1257<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $5550.00 | Scheduled: | $5000.00 | Allowed: | $5550.00 | |

APACHE TRAILER SALES, INC.
PO BOX 65176
TUCSON, AZ 857285176

Claim Number: 4153
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7804 (05/20/2005)

| UNSECURED | Claimed: | $1200000.00 |
|---|---|---|

APACHE TRAILER SALES, INC.
C/O CARY SANDMAN
WATERFALL, ECONOMIDIS, CALDWELL ET AL.
WILLIAMS CENTRE 8TH FL 5210 E WILIAMS CR
TUCSON, AZ 85711

Claim Number: 10710
Claim Date: 03/11/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $91000.00 |
|---|---|---|

APODACA MICHELLE M
3140 HWY 47
LOS LUNAS, NM 87031

Claim Number: 4149
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $770.00 |
|---|---|---|

APOLLO WOOD RECOVERY INC,
8640 CHERRY AVE
FONTANA, CA 92335

Claim Number: 1660
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3150.00 | Scheduled: | $3150.00 | Allowed: | $3150.00 |
|---|---|---|---|---|---|---|

APPALACHIAN MOBILE HOMES
11598 GOOSE CREEK ROAD
BRISTOL, VA 24202

Claim Number: 9750
Claim Date: 05/07/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

APPLE FLAG & FLAGPOLE
3140 E. 26TH STREET
TULSA, OK 74114

Claim Number: 9558
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $367.25 |
|---|---|---|

APPLE FLAG & FLAGPOLE,
3140 E 26TH ST
TULSA, OK 74114

Claim Number: 5439
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $367.25 | Scheduled: | $367.25 | Allowed: | $367.25 |
|---|---|---|---|---|---|---|

| APPLE LAND PEST CONTROL, | Claim Number: 3882 |
|---|---|
| 2423 CASCADE AVE NW | Claim Date: 03/15/2003 |
| EAST WENATCHE, WA 988023929 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $83.11 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $83.11 | Allowed: | $83.11 |

| APPLE ONE EMPLOYMENT SERVICES, | Claim Number: 1468 |
|---|---|
| P O BOX 29048 | Claim Date: 02/24/2003 |
| GLENDALE, CA 91209 | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $11310.20 | Scheduled: | $10194.60 | Allowed: | $11310.20 |
|---|---|---|---|---|---|---|

| APPLEONE | Claim Number: 1467 |
|---|---|
| P O BOX 29048 | Claim Date: 02/24/2003 |
| GLENDALE, CA 91209 | Debtor: GOLDEN WEST LEASING, LLC |

| UNSECURED | Claimed: | $8536.97 |
|---|---|---|

| APPLETON, WILLIAM W | Claim Number: 8754 |
|---|---|
| APPLETON | Claim Date: 11/20/2003 |
| 521 MARIETTA ST | Debtor: OAKWOOD HOMES CORPORATION |
| PULASKI, TN 38478 | Comments: EXPUNGED |
| | DOCKET: 3830 (03/16/2004) |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| APPLIANCE SERVICE COMPANY | Claim Number: 2258 |
|---|---|
| 2235 CAROLINA BEACH ROAD | Claim Date: 02/28/2003 |
| WILMINGTON, NC 28401 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $183.00 | Scheduled: | $183.00 | Allowed: | $183.00 |
|---|---|---|---|---|---|---|

| APPLIED BUSINESS AND SYSTEM SOLUTIONS | Claim Number: 1863 |
|---|---|
| 9213 FAIR OAK DR. | Claim Date: 02/26/2003 |
| SHERRILS FORD, NC 28673 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| APPLIED INDUSTRIAL TECHNOLOGIES, INC. | Claim Number: 4103 |
|---|---|
| ONE APPLIED PLAZA | Claim Date: 03/18/2003 |
| ATTN: BETCH ARVAI | Debtor: HBOS MANUFACTURING, LP |
| EAST 36TH STREET & EUCLID AVENUE | |
| CLEVELAND, OH 44115-5056 | |

| UNSECURED | Claimed: | $1092.73 |
|---|---|---|

---

APPLIED INDUSTRIAL TECHNOLOGIES-TX LP
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 4104
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $628.00 | | | | Allowed: | $628.00 |

APPLIED RESIDENTIAL TECHNICAL SERVICES,
DBA APPLIED RESIDENTIAL TECHNICAL
SVC 8609 ACKEY AVENUE
RICHMOND, VA 23228

Claim Number: 1019
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2046.32 | Scheduled: | $1756.32 | | Allowed: | $2046.32 |

APPOMATTOX COUNTY TREASURER
PO BOX 689
APPOMATTOX, VA 24522

Claim Number: 1041
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $43.38 |

APPOMATTOX COUNTY TREASURER
PO BOX 689
APPOMATTOX, VA 24522

Claim Number: 6832
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $43.38 |

APPRAISAL ASSOCIATES
DBA APPRAISAL ASSOCIATES
17 CLUB HOUSE DR
NEW LONDON, NC 28127

Claim Number: 2748
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $576.84 | | | | Allowed: | $576.84 |

APPRAISAL GROUP OF FREDRICKSBERG
NORTHERN VIRGINIA INC
11930 CHERRY RD
FREDERICKSBURG, VA 22407

Claim Number: 6328
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.00 |

AQUA TERRA ENVIRON CONSULTANTS,
213 SAWYER STREET
AUBURN, CA 95603

Claim Number: 1362
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | Allowed: | $350.00 |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10393<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $93.44 | | | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10394<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $121.47 | | | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10395<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $26.20 | | | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10396<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $75.54 | | | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10397<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7734 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $116.18 | | Allowed:  $90.56 | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10398<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $6758.66 | | | |

| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | Claim Number: 10399<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $72.02 | | | |

| ARAGON ALVIN<br>410 PINON ST<br>LAS VEGAS, NM 87701 | Claim Number: 821<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED  Claimed:  $375.00 | | Allowed:  $375.00 | |

---

ARAMARK UNIFORM SERVICES-NC
115 N FIRST ST
BURBANK, CA 91502

Claim Number: 4961
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6664.12 |
|---|---|---|

---

ARAPAHOE COUNTY TREASURER
5334 S. PRINCE ST.
LITTLETON, CO 80166

Claim Number: 6850
Claim Date: 05/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $18946.79 UNLIQ |
|---|---|---|

---

ARBOGAST CONSTRUCTION
DBA: ARBOGAST CONSTRUCTION
RT 1 BOX 73
KERENS, WV 26276

Claim Number: 2638
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $4460.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4460.00 | Allowed: | $4460.00 |

---

ARBORLIFE PROFESSIONAL TREE CARE, INC.
P.O. BOX 748
CROZET, VA 22932

Claim Number: 4399
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $257.56 | Allowed: | $257.56 |
|---|---|---|---|---|

---

ARC COMM 2, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8892
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $13725.95 UNLIQ |
|---|---|---|

---

ARC COMM 2, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8893
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $13725.95 UNLIQ |
|---|---|---|

---

ARC COMM 2, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8894
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $13725.95 UNLIQ |
|---|---|---|

---

| ARC COMM 2, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8895<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $13725.95 UNLIQ

| ARC COMM 3, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8888<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $6637.62 UNLIQ

| ARC COMM 3, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8889<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $6637.62 UNLIQ

| ARC COMM 3, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8890<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $6637.62 UNLIQ

| ARC COMM 3, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8891<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $6637.62 UNLIQ

| ARC COMM 4, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8884<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $5792.89 UNLIQ

| ARC COMM 4, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8885<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $5792.89 UNLIQ

| ARC COMM 4, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8886<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $5792.89 UNLIQ

---

ARC COMM 4, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8887
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $5792.89 UNLIQ |
|---|---|---|

---

ARC COMM 5, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8880
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $4773.15 UNLIQ |
|---|---|---|

---

ARC COMM 5, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8881
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $4773.15 UNLIQ |
|---|---|---|

---

ARC COMM 5, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8882
Claim Date: 11/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $4773.15 UNLIQ |
|---|---|---|

---

ARC COMM 5, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8883
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $4773.15 UNLIQ |
|---|---|---|

---

ARC COMM 6, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8876
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $2097.94 UNLIQ |
|---|---|---|

---

ARC COMM 6, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8877
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $2097.94 UNLIQ |
|---|---|---|

---

ARC COMM 6, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8878
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $2097.94 UNLIQ |
|---|---|---|

---

| | |
|---|---|
| ARC COMM 6, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8879<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $2097.94 UNLIQ

| | |
|---|---|
| ARC COMM 7, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8872<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $1535.21 UNLIQ

| | |
|---|---|
| ARC COMM 7, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8873<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $1535.21 UNLIQ

| | |
|---|---|
| ARC COMM 7, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8874<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $1535.21 UNLIQ

| | |
|---|---|
| ARC COMM 7, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8875<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |

ADMINISTRATIVE        Claimed:        $1535.21 UNLIQ

| | |
|---|---|
| ARC COMM 8, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8868<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $4697.51 UNLIQ

| | |
|---|---|
| ARC COMM 8, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8869<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |

ADMINISTRATIVE        Claimed:        $4697.51 UNLIQ

| | |
|---|---|
| ARC COMM 8, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8870<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

ADMINISTRATIVE        Claimed:        $4697.51 UNLIQ

| ARC COMM 8, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8871<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4697.51 UNLIQ |
|---|---|---|

| ARC COMM I, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8896<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7679.58 UNLIQ |
|---|---|---|

| ARC COMM I, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8897<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7679.58 UNLIQ |
|---|---|---|

| ARC COMM I, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | Claim Number: 8898<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7679.58 UNLIQ |
|---|---|---|

| ARC COMMUNITIES 1 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4947<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $703.31 |
|---|---|---|

| ARC COMMUNITIES 1 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4948<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $703.31 |
|---|---|---|

| ARC COMMUNITIES 1, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9449<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $703.31 |
|---|---|---|

| ARC COMMUNITIES 1, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9450<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
|---|---|

| SECURED | Claimed: | $703.31 |
|---|---|---|

| ARC COMMUNITIES 2 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4945<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed:          $599.39 | |

| ARC COMMUNITIES 2 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4946<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|
| SECURED          Claimed:          $599.39 | |

| ARC COMMUNITIES 2, LLLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9448<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
|---|---|
| SECURED          Claimed:          $599.39 | |

| ARC COMMUNITIES 2, LLLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9451<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed:          $599.39 | |

| ARC COMMUNITIES 3 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4943<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed:          $2169.15 | |

| ARC COMMUNITIES 3 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4944<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|
| SECURED          Claimed:          $2169.15 | |

| ARC COMMUNITIES 3, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9447<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
|---|---|
| SECURED          Claimed:          $2169.15 | |

| ARC COMMUNITIES 3, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | Claim Number: 9452<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed:          $2169.15 | |

| | | |
|---|---|---|
| ARC COMMUNITIES 4 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4941<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $1556.30 |
| ARC COMMUNITIES 4 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4942<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $1556.30 |
| ARC COMMUNITIES 4, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9445<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $1556.30 |
| ARC COMMUNITIES 4, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9446<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $1556.30 |
| ARC COMMUNITIES 6 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4937<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $610.68 |
| ARC COMMUNITIES 6 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4938<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $610.68 |
| ARC COMMUNITIES 6 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4939<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $1018.03 |
| ARC COMMUNITIES 6 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4940<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $1018.03 |

| | | |
|---|---|---|
| ARC COMMUNITIES 6, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9440<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $1018.03 |
| ARC COMMUNITIES 6, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9442<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $610.68 |
| ARC COMMUNITIES 6, LLC<br>7887 E BELLEVIEW AVE    STE 200<br>ENGLEWOOD, CO 801116076 | | Claim Number: 9443<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $610.68 |
| ARC COMMUNITIES 6, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9444<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $1018.03 |
| ARC COMMUNITIES 7 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4935<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $75.95 |
| ARC COMMUNITIES 7 LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4936<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $75.95 |
| ARC COMMUNITIES 7, LLC<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9439<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $75.95 |
| ARC COMMUNITIES 7, LLC<br>7887 E BELLEVIEW AVE    STE 200<br>ENGLEWOOD, CO 801116076 | | Claim Number: 9441<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $75.95 |

---

ARC COMMUNITIES 8 LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4933
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $76.47 |
|---|---|---|

---

ARC COMMUNITIES 8 LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4934
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $76.47 |
|---|---|---|

---

ARC COMMUNITIES 8 LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 9437
Claim Date: 03/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $76.47 |
|---|---|---|

---

ARC COMMUNITIES 8 LLC
7887 E BELLEVIEW AVE   STE 200
ENGLEWOOD, CO 801118076

Claim Number: 9438
Claim Date: 03/23/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $76.47 |
|---|---|---|

---

ARC DEALERSHIP, INC.
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4916
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7448 (01/28/2005)

| UNSECURED | Claimed: | $75000.00 UNLIQ | Scheduled: | $20856.74 DISP |
|---|---|---|---|---|

---

ARC DEALERSHIP, INC.
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4917
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $75000.00 UNLIQ | Scheduled: | $81456.93 |
|---|---|---|---|---|

---

ARC DEALERSHIP, INC.
7887 E BELLEVIEW AVE   STE 200
ENGLEWOOD, CO 801116076

Claim Number: 4918
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $107397.00 | Scheduled: | $186497.73 | Allowed: | $39403.16 |
|---|---|---|---|---|---|---|

---

ARC DEALERSHIP, INC.
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4919
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $22338.98 |
|---|---|---|

---

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4920<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $1044.24 |
|---|---|---|

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4923<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4924<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 5649<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $5000.00 UNLIQ |
|---|---|---|

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 5650<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $5000.00 UNLIQ |
|---|---|---|

| ARC DEALERSHIP, INC.<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 10681<br>Claim Date: 12/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

| ARC HOUSING LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4921<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 CONT |
|---|---|---|

| ARC HOUSING LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | Claim Number: 4922<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 CONT | Scheduled: | $21980.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ARC III, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9454<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET 7431 (12/15/2004) |
| SECURED | Claimed: | $7569.10 |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4931<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $7569.10 |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4932<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $7569.10 |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8856<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $46473.65 UNLIQ |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8857<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $46473.65 UNLIQ |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8858<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $46473.65 UNLIQ |
| ARC III, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8859<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
| ADMINISTRATIVE | Claimed: | $46473.65 UNLIQ |
| ARC SPEI I, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 9433<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $751.50 |

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4929
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $751.50 |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 4930
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $751.50 |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 8849
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $8883.66 UNLIQ |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 8850
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $8883.66 UNLIQ |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 8851
Claim Date: 11/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $8883.66 UNLIQ |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 9434
Claim Date: 03/23/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $751.50 |
|---|---|---|

---

ARC SPEI I, LLC
C/O SCOTT GESELL, VP
600 GRANT ST, SUITE 900
DENVER, CO 80203

Claim Number: 9453
Claim Date: 03/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $7569.10 |
|---|---|---|

---

ARC SPEI II, L.L.C.
C/O SCOTT GESELL, VICE PRESIDENT
600 GRANT STREET, STE 900
DENVER, CO 80203

Claim Number: 9431
Claim Date: 03/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $447.66 |
|---|---|---|

---

| | | |
|---|---|---|
| ARC SPEI II, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9432<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $447.66 |
| ARC SPEI II, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4925<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $447.66 |
| ARC SPEI II, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4926<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $447.66 |
| ARC3NC, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8852<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $1604.10 UNLIQ |
| ARC3NC, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8853<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $1604.10 UNLIQ |
| ARC3NC, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8854<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $1604.10 UNLIQ |
| ARC3NC, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8855<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
| ADMINISTRATIVE | Claimed: | $1604.10 UNLIQ |
| ARC4BFND, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9435<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $818.35 |

| | | |
|---|---|---|
| ARC4BFND, L.L.C.<br>C/O SCOTT GESELL, VICE PRESIDENT<br>600 GRANT STREET, STE 900<br>DENVER, CO 80203 | | Claim Number: 9436<br>Claim Date: 03/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: | $818.35 |
| ARC4BFND, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4927<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $818.35 |
| ARC4BFND, LLC<br>C/O SCOTT GESELL, VP<br>600 GRANT ST, SUITE 900<br>DENVER, CO 80203 | | Claim Number: 4928<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $818.35 |
| ARCHER GUY<br>1725 FAIRFIELD AVE<br>RENO, NV 89509 | | Claim Number: 1629<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
| SECURED | Claimed: | $1050.00 |
| ARCNBFND, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8844<br>Claim Date: 11/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $6904.74 UNLIQ |
| ARCNBFND, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8845<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $6904.74 UNLIQ |
| ARCNBFND, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8847<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $6904.74 UNLIQ |
| ARCSPEI I, LLC<br>C/O SCOTT L. GESELL, VP<br>600 GRANT STREET<br>SUITE 900<br>DENVER, CO 80203 | | Claim Number: 8848<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| ADMINISTRATIVE | Claimed: | $8883.66 UNLIQ |

---

ARCTIC COOLING & HEATING
ARCTIC COOLING & HEATING
1801 I70 BUSINESS LOOP SE B8
GRAND JCT, CO 815018002

Claim Number: 9278
Claim Date: 12/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $1971.00 |
|---|---|---|

---

ARCTIC COOLING & HEATING,
502 28 1/2 RD
GRAND JCT, CO 815014943

Claim Number: 6229
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1971.00 |
|---|---|---|

---

ARGO PARTNERS
TRANSFEROR: WOODS HOYLE, INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3097
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 1306

| PRIORITY | Claimed: | $11300.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $11305.00 | Allowed: | $11300.00 |

---

ARGO PARTNERS
TRANSFEROR: AIRBORNE EXPRESS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4320
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $23639.85 |
|---|---|---|

---

ARIZONA BAG COMPANY-AZ
PO BOX 6650
PHOENIX, AZ 85005

Claim Number: 1606
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $432.26 |
|---|---|---|

---

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 WEST MONROE
PHOENIX, AZ 85007

Claim Number: 7412
Claim Date: 06/16/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $694735.22 | | | Allowed: | $26368.32 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53623.76 | | | | |

---

ARIZONA PUBLIC SERVICE CO.
PO BOX 53933
MAIL STATION 3209
PHOENIX, AZ 85072-3933

Claim Number: 118
Claim Date: 12/18/2002
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $18324.39 | Scheduled: | $19243.33 | Allowed: | $18324.39 |
|---|---|---|---|---|---|---|

---

| ARIZONA PUBLIC SERVICE CO.<br>PO BOX 53933<br>MAIL SATAION 3209<br>PHOENIX, AZ 85072-3933 | Claim Number: 149<br>Claim Date: 12/23/2002<br>Debtor: HBOS MANUFACTURING, LP | | |
|---|---|---|---|
| UNSECURED Claimed: $2954.98 | | | |

| ARIZONA PUBLIC SERVICE CO.<br>PO BOX 53933<br>MAIL STATION 3209<br>PHOENIX, AZ 85072-3933 | Claim Number: 352<br>Claim Date: 02/03/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED Claimed: $18324.39 | | | |

| ARIZONA PUBLIC SERVICE CO.<br>PO BOX 53933<br>MAIL STATION 3209<br>PHOENIX, AZ 85072-3933 | Claim Number: 360<br>Claim Date: 02/03/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED Claimed: $2954.98 | | | |

| ARIZONA REPUBLIC, THE<br>PO BOX 200<br>PHOENIX, AZ 85001 | Claim Number: 268<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED Claimed: $372.60 | | Allowed: | $372.60 |

| ARIZONA REPUBLIC, THE<br>PO BOX 200<br>PHOENIX, AZ 85001 | Claim Number: 269<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED Claimed: $484.80 | | | |

| ARIZONA REPUBLIC, THE<br>PO BOX 200<br>PHOENIX, AZ 85001 | Claim Number: 270<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED Claimed: $2534.56 | | | |

| ARK-LA-TEX COMM<br>417 WATTS ROAD<br>SHREVEPORT, LA 71106 | Claim Number: 1231<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED Claimed: $0.00 | | Allowed: | $251.00 |

| ARKANSAS AIR, I,<br>10510 INTERSTATE 30 STE 4<br>LITTLE ROCK, AR 722095803 | Claim Number: 3552<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED Claimed: $7277.83 | Scheduled: $5276.95 | Allowed: | $7277.83 |

---

ARLINGTON APPRAISAL SERVICES INC
124 N WEST AVE
ARLINGTON, WA 98223

Claim Number: 1664
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $625.00 | | Allowed: | $625.00 |

ARLINGTON ISD
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 13430
ARLINGTON, TX 76094

Claim Number: 10034
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6946.25 |

---

ARLINGTON PARK COURT
PO BOX 4014
ROCKY MOUNT, NC 27803

Claim Number: 6729
Claim Date: 04/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2077.50 |

ARMADA CORP
PO BOX 709
WENATCHEE, WA 98807

Claim Number: 3849
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $639.55 |

ARMCHEM INTERNATIONAL CORP
3563 NW 53RD CT
FORT LAUDERDALE, FL 33309

Claim Number: 7909
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $586.39 |

---

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4666
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $97.96 | Scheduled: | $97.96 | Allowed: | $97.96 |

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4665
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $5846.10 |
| UNSECURED | Claimed: | $22139.18 | Scheduled: | $22139.18 | Allowed: | $16293.08 |

---

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4664
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $9099.94 | Scheduled: | $9099.94 | Allowed: | $9099.94 |

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4663
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $321.03 | Scheduled: | $321.03 | Allowed: | $321.03 |

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4662
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $10099.68 | Scheduled: | $10099.68 | Allowed: | $10099.68 |

ARMSTRONG WORLD IND INC
ATTN: S.K. WENGER, IC B5B
PO BOX 3001
LANCASTER, PA 17604-3001

Claim Number: 4661
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3140.45 | Scheduled: | $3140.45 | Allowed: | $3140.45 |

ARMSTRONG, ALFREDA
PO BOX 133
DUE WEST, SC 29639

Claim Number: 8904
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $593.60 UNLIQ |

ARMSTRONG, ALFREDA
PO BOX 133
DUE WEST, SC 29639

Claim Number: 10371
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $1156.10 | | | | |
| UNSECURED | | | | | Allowed: | $1156.10 |

ARMSTRONG, CARL AND TONI
C/O SUSAN WARREN
300 CENTRAL AVENUE, S.W.
ALBUQUERQUE, NM 87101

Claim Number: 10625
Claim Date: 10/12/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $10764.42 |

---

---

ARNCBFND, LLC
C/O SCOTT L. GESELL, VP
600 GRANT STREET
SUITE 900
DENVER, CO 80203

Claim Number: 8846
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

---

ADMINISTRATIVE        Claimed:        $6904.74 UNLIQ

---

ARNOLD ENGINEERING INC
5511 PARKCREST DRIVE #107
AUSTIN, TX 78731

Claim Number: 2781
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED        Claimed:        $1000.00

---

ARNOLD FOSTER, MACY
MACY FOSTER
970 MEADOW LN
HENDERSON, NC 275363853

Claim Number: 9402
Claim Date: 03/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| UNSECURED | Claimed: | $330000.00 | | | Allowed: | $110000.00 |

---

ARNOLD TRANSPORTATION SERVICES INC,
451 FREIGHT STREET
CAMP HILL, PA 17011

Claim Number: 639
Claim Date: 02/18/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $3193.96 | Scheduled: | $3193.96 | Allowed: | $3193.96 |

---

ARNOLD'S APPRAISAL SERVICE
18851 CAD-CLARAWY
VOLCANO, CA 95689

Claim Number: 10220
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

ADMINISTRATIVE        Claimed:        $200.00

---

ARNOLD, CYNTHIA SUE
3616 CRYSTAL CREEK DRIVE
KNIGHTDALE, NC 27545

Claim Number: 9649
Claim Date: 04/26/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

ADMINISTRATIVE        Claimed:        $4065.34

---

ARNOLD, CYNTHIA SUE
3616 CRYSTAL CREEK DRIVE
KNIGHTDALE, NC 27545

Claim Number: 10318
Claim Date: 06/10/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

ADMINISTRATIVE        Claimed:        $4065.34

---

ARNOLD, CYNTHIA SUE
3616 CRYSTAL CREEK DRIVE
KNIGHTDALE, NC 27545

Claim Number: 10322
Claim Date: 06/10/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

ADMINISTRATIVE        Claimed:        $4065.34

---

---

ARNOLDS APPRAISAL SERVICE
DBA ARNOLDS APPRAISAL SERVICE
18851 CAD CLARA WAY
VOLCANO, CA 95689

Claim Number: 8753
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

---

ARNOLDS SEPTIC TANK SERVICE
DNA ARNOLDS SEPTIC TANK SERVICE
3466 HIGHTOWER TRL
CONYERS, GA 30012

Claim Number: 9204
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $11052.00 |
|---|---|---|

---

ARONSON & WALSH PC
PO BOX 5907
VERNON HILLS, IL 60061

Claim Number: 8743
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $525.00 | | Allowed: | $450.00 |
|---|---|---|---|---|---|

---

ARONSON & WALSH PC
PO BOX 5907
VERNON HILLS, IL 60061

Claim Number: 8755
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $525.00 |
|---|---|---|

---

ARRAS, KENNETH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6994
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

ARRAZCAETA, RAMON
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5674
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

ARROW DISTRIBUTING INC
11819 I STREET
OMAHA, NE 68137

Claim Number: 1501
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $804.80 | | Allowed: | $804.80 |
|---|---|---|---|---|---|

---

ARROW SECURITY INC.
6402 W. PARKSIDE LN
GLENDALE, AZ 85310

Claim Number: 374
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7075.10 | | | | | |
|---|---|---|---|---|---|---|---|

---

ARROYO, GRICELDA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5675
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

ARTHUR J. REDDEN, JR.
COUNSEL FOR ANITA ROBERTS
PO BOX 2197
HENDERSONVILLE, NC 28793

Claim Number: 10715
Claim Date: 03/29/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

ARTHUR, LISA D
136 SW CRAVEN MIDDLE SCHOOL RD
NEW BERN, NC 28562-9309

Claim Number: 8112
Claim Date: 11/07/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

---

ARTISAN INTERIORS INC
PO BOX 701
MIDDLEBURY, IN 46540

Claim Number: 793
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | | | | | | Allowed: | $7395.48 |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $47645.06 | Scheduled: | $49534.91 | | Allowed: | $40249.58 |

---

ARTZ & ASSOCIATES PLC,
16 EAST PICADILLY ST
WINCHESTER, VA 22601

Claim Number: 1514
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $324.80 | Scheduled: | $320.00 | Allowed: | $324.80 |
|---|---|---|---|---|---|---|

---

ASBY MICHAEL L JR,
12120 NC HWY 33 EAST
CHOCOWINITY, NC 27817

Claim Number: 3704
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7487 (01/28/2005)

| UNSECURED | Claimed: | $4000.00 UNLIQ | Scheduled: | $1595.00 DISP |
|---|---|---|---|---|

---

| ASBY, MICHAEL L, JR<br>12120 NC HWY 33 E<br>CHOCOWINITY, NC 27817 | Claim Number: 10846<br>Claim Date: 06/05/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8709 (10/30/2006) |
|---|---|

| UNSECURED | Claimed: | $12500.00 UNLIQ | | | |
|---|---|---|---|---|---|

| ASCOT ENTERPRISES, INC<br>ELZUFON AUSTIN REARDON TARLOVE & MONDELL<br>C/O CHARLES J BROWN III<br>300 DELAWARE AVE, STE 1700<br>WILMINGTON, DE 19806 | Claim Number: 10825<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $17008.67 | | | |
|---|---|---|---|---|---|

| ASCOT ENTERPRISES, INC.<br>C/O WILLIAM D. SULLIVAN, ESQ.<br>ELZUFON AUSTIN REARDON TARLOVE & MONDELL<br>300 DELAWARE AVE., SUITE 1700<br>WILMINGTON, DE 19806 | Claim Number: 6239<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70043.21 | | Allowed: | $218978.78 |

| ASCOT ENTERPRISES, INC.<br>C/O WILLIAM D. SULLIVAN, ESQ.<br>ELZUFON AUSTIN REARDON TARLOVE & MONDELL<br>300 DELAWARE AVE., SUITE 1700<br>WILMINGTON, DE 19806 | Claim Number: 6469<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70043.21 | | | |

| ASHE COUNTY REG OF DEEDS<br>150 GOVERNMENT CIRCLE #2300<br>JEFFERSON, NC 28640 | Claim Number: 2772<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $34.00 | | Allowed: | $34.00 |
|---|---|---|---|---|---|

| ASHEVILLE CITIZ,<br>P O BOX 2090<br>ASHEVILLE, NC 28802 | Claim Number: 2989<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2901.49 | Scheduled: | $3882.75 | Allowed: | $2901.49 |
|---|---|---|---|---|---|---|

| ASHEVILLE TRIBUNE,<br>PO BOX 5615<br>ASHEVILLE, NC 28813 | Claim Number: 1895<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1212.15 | Scheduled: | $1212.15 | Allowed: | $1212.15 |
|---|---|---|---|---|---|---|

---

ASHLAND MANAGEMENT
DBA ASHLAND MANAGEMENT
204 N QUEEN ST
CHESTERTOWN, MD 21620

Claim Number: 4609
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $420.00 | | | Allowed: | $420.00 |

---

ASHLAND OFFICE,
2100 29TH ST
ASHLAND, KY 41101

Claim Number: 2901
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $845.67 | Scheduled: | $202.59 | Allowed: | $845.67 |

---

ASHLAND PUBLISH
DBA:ASHLAND PUBLISHING
PO BOX 311
ASHLAND, KY 41105-0311

Claim Number: 8319
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

ASHLAND SIMPLY STORAGE
423A SOUTH WASHINGTON HWY
ASHLAND, VA 23005

Claim Number: 8502
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $488.90 |

---

ASHLEY FURNITURE INC.
1 ASHLEY WAY
ARCADIA, WI 54612

Claim Number: 6525
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $109273.72 |

---

ASHLEY FURNITURE IND INC,
EULER/AMERICAN CREDIT INDEMNITY
100 E PRATT ST, 5TH FL
BALTIMORE, MD 21202

Claim Number: 5474
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $109273.72 | | | Allowed: | $109273.72 |

---

ASHLEY OFFICE SYSTEMS,
3500 NEW BOSTON ROAD
TEXARKANA, TX 75501

Claim Number: 684
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $676.11 | Scheduled: | $644.44 | Allowed: | $676.11 |

---

ASI DESIGN
1017 UNDERWOOD RD
OLYPHANT, PA 18447

Claim Number: 7930
Claim Date: 11/04/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1011.61 |

---

---

ASI DESIGN,
1017 UNDERWOOD RD
OLYPHANT, PA 18447

Claim Number: 723
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1011.61 | Scheduled: | $1011.61 | Allowed: | $1011.61 |
|---|---|---|---|---|---|---|

ASKREN, LONNIE
P.O. BOX 503
FOUNTAIN, NC 27829

Claim Number: 7526
Claim Date: 07/01/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $2500.00 |
|---|---|---|---|---|---|---|

ASLETT ELECTRIC
P O BOX 64
TWIN FALLS, ID 83303

Claim Number: 8323
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: FACKRELL
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 657
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 1595 (07/16/2003)

| PRIORITY UNSECURED | Claimed: | $14108.59 | Scheduled: | $14108.59 | Allowed: | $14108.59 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: STATEWIDE ELECTRIC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4644
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 1678 (07/30/2003)

| UNSECURED | Claimed: | $2700.00 | Scheduled: | $69441.13 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: STATEWIDE ELECTRIC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4645
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 1679 (07/30/2003)

| UNSECURED | Claimed: | $9637.02 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: STATEWIDE ELECTRIC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4646
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 1680 (07/30/2003)

| UNSECURED | Claimed: | $6120.00 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4647<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1681 (07/30/2003) | |

| UNSECURED | Claimed: | $5081.54 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4648<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1682 (07/30/2003) | |

| UNSECURED | Claimed: | $3250.00 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4649<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | |

| UNSECURED | Claimed: | $34833.13 | | Allowed: | $29247.09 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4650<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1684 (07/30/2003) | |

| UNSECURED | Claimed: | $2400.00 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4651<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1685 (07/30/2003) | |

| UNSECURED | Claimed: | $3150.00 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4652<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1686 (07/30/2003) | |

| UNSECURED | Claimed: | $9346.60 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4659<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1687 (07/30/2003) | |

| UNSECURED | Claimed: | $6898.52 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4660<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1688 (07/30/2003) | |

| UNSECURED | Claimed: | $11402.89 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 4679<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1689 (07/30/2003) | | | | |
| UNSECURED | Claimed: | $4500.00 | | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 4680<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
| UNSECURED | Claimed: | $27855.00 | | | | Allowed: | $22865.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: STATEWIDE ELECTRIC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 4715<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1691 (07/30/2003) | | | | |
| UNSECURED | Claimed: | $15495.55 | | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: LAH LLC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 4163<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1696 (07/30/2003) | | | | |
| UNSECURED | Claimed: | $6596.38 | Scheduled: | $6596.38 | | Allowed: | $6596.38 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: EASTLAND CRANE SERVICE<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 1357<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1728 (08/06/2003) | | | | |
| UNSECURED | Claimed: | $1560.00 | Scheduled: | $5810.00 | | Allowed: | $1560.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: RENTCH ENTERPRISES<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 983<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 1809 (08/18/2003) | | | | |
| PRIORITY | Claimed: | $5518.00 | | | | | |
| UNSECURED | Claimed: | $16276.97 | Scheduled: | $21794.97 | | Allowed: | $21794.97 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: B CREATIVE<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | | | Claim Number: 5128<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 1852 (08/27/2003) | | | | |
| UNSECURED | Claimed: | $6683.44 | Scheduled: | $6683.44 | | Allowed: | $6683.44 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: SMITH LARRY<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4484<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 2090 (10/08/2003) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11550.00 | | |
| UNSECURED | | | | Allowed: $11550.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: PONDERS MOBILE HOME TOWNING<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 1475<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8773 (03/06/2007) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19390.00 | | |
| UNSECURED | | | Scheduled: $19390.00 | Allowed: $19390.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: REY RUBEN ORTIZ<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 7778<br>Claim Date: 09/16/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 2115 (10/13/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $61799.96 | Scheduled: $54834.00 | Allowed: $54834.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: REY RUBEN ORTIZ<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 7776<br>Claim Date: 09/16/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: DOCKET: 2116 (10/13/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17076.10 | Scheduled: $17060.12 | Allowed: $17060.12 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: REY RUBEN ORTIZ<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 7777<br>Claim Date: 09/16/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 2116 (10/13/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1467.00 | Scheduled: $1476.39 | Allowed: $1476.39 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: THIRD COAST MOBILE HOME SVC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3475<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 2117 (10/13/2003) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42737.74 | | |
| UNSECURED | | | Scheduled: $27667.42 | Allowed: $27667.42 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: OLIGSCHLAEGER KEVIN<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3635<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 2119 (10/13/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14605.00 | Scheduled: $14605.00 | Allowed: $14605.00 |

ASM CAPITAL, L.P.
TRANSFEROR: THIRD COAST MOBILE HOME SVC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3476
Claim Date: 03/11/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| PRIORITY | Claimed: | $2530.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2530.00 | Allowed: | $2530.00 |

ASM CAPITAL, L.P.
TRANSFEROR: SOUTHERN HOME SERVICE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 1757
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $6220.18 | Scheduled: | $6250.18 | Allowed: | $6220.18 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: MOBILE HOME SERVICE&TRANSPOR
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2915
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8775 (03/06/2007)

| UNSECURED | Claimed: | $15530.00 | Scheduled: | $15205.00 | Allowed: | $15530.00 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: MOBILE HOME SERVICE & TRANSP
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2914
Claim Date: 03/04/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 2260 (10/31/2003)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2890.00 | Allowed: | $2890.00 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CIRCLE E DEVELOPMENT
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2514
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 2275 (11/04/2003)

| UNSECURED | Claimed: | $10943.60 | Scheduled: | $11363.60 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CIRCLE E DEVELOPMENT
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2512
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 2276 (11/04/2003)

| UNSECURED | Claimed: | $1521.86 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CHRISTIAN MOBIL
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2569
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2277 (11/04/2003)

| UNSECURED | Claimed: | $20276.15 | Scheduled: | $18989.65 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: APPLIED BUSINESS & SYTEM SOL
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 1861
Claim Date: 02/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: DOCKET: 2278 (11/04/2003)

| UNSECURED | Claimed: | $47657.34 | Scheduled: | $47656.78 | Allowed: | $47657.34 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR:APPLIED BUSINESS & SYSTEM SOL
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 1862
Claim Date: 02/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2279 (11/04/2003)

| UNSECURED | Claimed: | $8276.06 | Scheduled: | $8276.06 | Allowed: | $8276.00 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: BREWER LINDSEY WAYNE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3085
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2280 (11/04/2003)

| UNSECURED | Claimed: | $8001.69 | Scheduled: | $5873.49 | Allowed: | $8001.69 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: DANIEL UPTON & PERRY PC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2893
Claim Date: 03/04/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2284 (11/05/2003)

| UNSECURED | Claimed: | $19154.39 | Scheduled: | $19154.39 | Allowed: | $19154.39 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: REVELS LEROY
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2295
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 2290 (11/05/2003)

| PRIORITY | Claimed: | $20192.46 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20192.46 | Allowed: | $20192.46 |

ASM CAPITAL, L.P.
TRANSFEROR: DANIEL UPTON & PERRY PC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2895
Claim Date: 03/04/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: DOCKET: 2297 (11/05/2003)

| UNSECURED | Claimed: | $12622.69 | Scheduled: | $12622.69 | Allowed: | $12622.69 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: DANIEL UPTON & PERRY PC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2894
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2298 (11/05/2003)

| UNSECURED | Claimed: | $1889.97 | Scheduled: | $1889.97 | Allowed: | $1889.97 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: HERRONS MOBILE HOME SERVICE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 790
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2325 (11/06/2003)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $5210.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: BROWN KENNETH L
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4682
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2343 (11/10/2003)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $10020.00 | Allowed: | $10060.00 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KRUIS JOHN D SR
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 7546
Claim Date: 07/07/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| UNSECURED | Claimed: | $10745.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: SCOTT HULSE MARSHALL FEUILLE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 5255
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2350 (11/11/2003)

| UNSECURED | Claimed: | $18556.79 | Scheduled: | $10345.42 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: CHAMBERS, SONIA
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 500
Claim Date: 02/12/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2372 (11/13/2003)

| UNSECURED | Claimed: | $1550.00 | Scheduled: | $1300.00 | Allowed: | $1550.00 |
|---|---|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: STIENIKE CONSTRUCTION INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 5321
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2427 (11/20/2003)

| UNSECURED | Claimed: | $12248.10 | Scheduled: | $11339.70 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: WJF CONSTRUCTION COMPANY
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 7574
Claim Date: 07/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2463 (11/24/2003)

| PRIORITY UNSECURED | Claimed: | $5566.25 | Scheduled: | $5566.25 | Allowed: | $5566.25 |
|---|---|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: WJF CONSTRUCTION COMPANY<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 7575<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 2464 (11/24/2003) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $380.00 | | |
| UNSECURED | | | Scheduled: $380.00 | Allowed: $380.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: C H BRIGGS HOWE CO-PA<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4491<br>Claim Date: 03/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 2485 (11/25/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $13971.61 | Scheduled: $13937.36 | Allowed: $13971.61 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DEPENDABLE MOBILE HOME SVCS.<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3983<br>Claim Date: 03/17/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 2498 (11/26/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $1562.71 | Scheduled: $1562.71 | Allowed: $1562.71 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DEPENDABLE MOBILE HOME SVCS.<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3984<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: DOCKET: 2499 (11/26/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $13593.90 | Scheduled: $13593.90 | Allowed: $13593.90 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DEPENDABLE MOBILE HOME SVCS.<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3985<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 2499 (11/26/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $10191.17 | Scheduled: $10191.17 | Allowed: $10191.17 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DEPENDABLE MOBILE HOME SVCS.<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3986<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 2499 (11/26/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $9752.20 | Scheduled: $9752.20 | Allowed: $9752.20 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DEPENDABLE MOBILE HOME SVCS<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3982<br>Claim Date: 03/17/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: DOCKET: 2578 (12/10/2003) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $80341.96 | Scheduled: $80341.96 | Allowed: $80341.96 |

---

ASM CAPITAL, L.P.
TRANSFEROR: FONTANA WOOD PRODUCTS INC-OR
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 7639
Claim Date: 07/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 2602 (12/11/2003)

| UNSECURED | Claimed: | $510932.68 |

---

ASM CAPITAL, L.P.
TRANSFEROR: EMERALD HOME FURNISHINGS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4719
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 2683 (12/17/2003)

| UNSECURED | Claimed: | $54443.55 |

---

ASM CAPITAL, L.P.
TRANSFEROR: NEAE, THOMAS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 6193
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET 1752 (08/12/2003)

| PRIORITY | Claimed: | $17000.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ANDRES BRIBIESCA MOBILE HOME
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 6542
Claim Date: 04/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET 2580 (12/10/2003)

| UNSECURED | Claimed: | $17560.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: EXPORT DEVELOPMENT CANADA
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 6266
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET 2685 (12/17/2003)

| UNSECURED | Claimed: | $69431.08 |

---

ASM CAPITAL, L.P.
TRANSFEROR: NEW IMAGE CONTRACTING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 9168
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $17080.60 |

---

ASM CAPITAL, L.P.
TRANSFEROR:  CORBELL BACKHOE SERVICE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2061
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $17600.00 | | Allowed: | $13600.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: HARTON SERVICES
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 554
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 2930 (01/07/2004)

| UNSECURED | Claimed: | $8019.52 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: WAYNE'S MH SERV<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 2077<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 2933 (01/07/2004) |
|---|---|

| SECURED | Claimed: | $11220.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10935.00 | Allowed: | $11220.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: GARY MICHEL<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 3422<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 2939 (01/07/2004) |
|---|---|

| UNSECURED | Claimed: | $6490.00 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: LAWSON MOBILE HOME MOVING CO<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4022<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8773 (03/06/2007) |
|---|---|

| UNSECURED | Claimed: | $20075.00 | | Scheduled: | $16425.00 | Allowed: | $16425.00 |
|---|---|---|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: MCGOUGH'T MOBILE HOME TRANS.<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 8230<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2943 (01/07/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13450.00 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: CHEIFTAIN MH MOVERS INC<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 2727<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 3329 (01/14/2004) |
|---|---|

| UNSECURED | Claimed: | $8300.00 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: PG ENERGY<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 259<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 3352 (01/16/2004) |
|---|---|

| UNSECURED | Claimed: | $2402.37 | Scheduled: | $4951.34 |
|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: SPELL'S MECHANICAL SERV<br>SUITE 302<br>7600 JERICHO TURNPIKE<br>WOODBURY, NY 11797 | Claim Number: 4906<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8773 (03/06/2007) |
|---|---|

| UNSECURED | Claimed: | $11977.40 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: LARRY A BOWDEN
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2537
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 3354 (01/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7248.40 | Scheduled: | $7248.40 | Allowed: | $7248.40 |

ASM CAPITAL, L.P.
TRANSFEROR: HOMEWOOD SUITES
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 444
Claim Date: 01/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3357 (01/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23630.53 |

---

ASM CAPITAL, L.P.
TRANSFEROR: LA HOLT DESIGN INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3790
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3359 (01/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11770.00 | Scheduled: | $11770.00 | Allowed: | $11770.00 |

ASM CAPITAL, L.P.
TRANSFEROR: BJ CORLEY
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 303
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3360 (01/16/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19195.00 | | |
| UNSECURED | | | Allowed: | $17795.00 |

ASM CAPITAL, L.P.
TRANSFEROR: A1 DISCOUNT MH SERV INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4694
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16305.00 | Scheduled: | $12485.00 | Allowed: | $10210.00 |

ASM CAPITAL, L.P.
TRANSFEROR: LANE MCDUFF SAL
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3406
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3485 (01/29/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17055.07 | Scheduled: | $16678.54 | Allowed: | $17055.07 |

ASM CAPITAL, L.P.
TRANSFEROR: TRIM OUT
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 8410
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3505 (02/02/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10894.00 |

ASM CAPITAL, L.P.
TRANSFEROR: AMERIMAX BUILDING PRODUCTS..
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 6084
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 3520 (02/04/2004)

| | | | | | Allowed: | $2447.58 |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | | |
| SECURED | Claimed: | $2447.58 | | | | |
| UNSECURED | Claimed: | $289259.46 | Scheduled: | $298091.21 | Allowed: | $289259.46 |

ASM CAPITAL, L.P.
TRANSFEROR: BAY KING WARDROBE DOOR
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2171
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 3548 (02/09/2004)

| | | | | | Allowed: | $713.59 |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2123.19 | Allowed: | $1409.60 |

ASM CAPITAL, L.P.
TRANSFEROR: WOODS, ROGERS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4588
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET 3682 (03/01/2004)

| UNSECURED | Claimed: | $37884.32 | Scheduled: | $3335.67 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: WOODS, ROGERS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4589
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3683 (03/01/2004)

| UNSECURED | Claimed: | $2181.43 | Scheduled: | $11881.52 | Allowed: | $2181.43 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: WOODS, ROGERS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4590
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3685 (03/01/2004)

| UNSECURED | Claimed: | $6533.50 | | | Allowed: | $6533.50 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ADORN LLC-GA,IN,KS,MN,NC,OR,
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2697
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3728 (03/09/2004)

| UNSECURED | Claimed: | $958174.95 | | | Allowed: | $813525.07 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: SCHNEE MOREHEAD INC-TN
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 5137
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3738 (03/09/2004)

| UNSECURED | Claimed: | $32291.09 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: PORT CITY MOBILE HOMES INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2333
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 3740 (03/09/2004)

| UNSECURED | Claimed: | $7553.33 | Scheduled: | $7553.33 | Allowed: | $7553.33 |

---

ASM CAPITAL, L.P.
TRANSFEROR: WATKINS & EAGER PLLC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4847
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $44420.19 |

---

ASM CAPITAL, L.P.
TRANSFEROR: WATKINS & EAGER PLLC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4848
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $44420.19 |

---

ASM CAPITAL, L.P.
TRANSFEROR: WATKINS & EAGER PLLC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4846
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3739 (03/09/2004)

| UNSECURED | Claimed: | $44420.19 |

---

ASM CAPITAL, L.P.
TRANSFEROR: B & C CONTRACTING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 835
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3741 (03/09/2004)

| PRIORITY | Claimed: | $9675.00 | | | | |
| UNSECURED | | | Scheduled: | $9675.00 | Allowed: | $9675.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: B & C CONTRACTING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 834
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $9675.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: SUPERIOR COUNTERTOPS INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2387
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 3742 (03/09/2004)

| UNSECURED | Claimed: | $16125.00 | Scheduled: | $16125.00 | Allowed: | $16125.00 |

---

---

| ASM CAPITAL, L.P. | Claim Number: 4452 |
| TRANSFEROR: FRASER PACIFIC LUMBER CO | Claim Date: 03/24/2003 |
| SUITE 302 | Debtor: OAKWOOD HOMES CORPORATION |
| 7600 JERICHO TURNPIKE | Comments: DOCKET: 3744 (03/09/2004) |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $12507.26 |

---

| ASM CAPITAL, L.P. | Claim Number: 310 |
| TRANSFEROR: NEVAMOR COMPANY LLC | Claim Date: 01/21/2003 |
| SUITE 302 | Debtor: OAKWOOD HOMES CORPORATION |
| 7600 JERICHO TURNPIKE | Comments: DOCKET: 3786 (03/12/2004) |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $158199.16 |

---

ASM CAPITAL, L.P.
TRANSFEROR: AIR PRO
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4714
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3815 (03/16/2004)

| UNSECURED | Claimed: | $38740.87 | | Scheduled: | $24647.56 | | Allowed: | $24862.56 |

---

ASM CAPITAL, L.P.
TRANSFEROR: INTEGRITY CONSULTING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 7538
Claim Date: 07/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3853 (03/19/2004)

| UNSECURED | Claimed: | $12400.00 | | | | | Allowed: | $12400.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: INTEGRITY CONSULTING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3556
Claim Date: 03/11/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: DOCKET: 3854 (03/19/2004)

| UNSECURED | Claimed: | $59242.50 | | Scheduled: | $59242.50 | | Allowed: | $59242.50 |

---

ASM CAPITAL, L.P.
TRANSFEROR: HUMMEL DAVID A
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2513
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3909 (03/26/2004)

| UNSECURED | Claimed: | $11707.02 |

---

ASM CAPITAL, L.P.
TRANSFEROR: UWHARRIE HOME WORKS
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3789
Claim Date: 03/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 3911 (03/26/2004)

| PRIORITY | Claimed: | $12221.38 | | | | | | |
| UNSECURED | | | | Scheduled: | $11555.24 | | Allowed: | $12221.38 |

ASM CAPITAL, L.P.
TRANSFEROR: HERRONS MOBILE HOME SERVICE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 715
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $8510.00 | Scheduled: | $3300.00 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: SCOTT HULSE MARSHALL ET AL.
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 5253
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 4007 (04/26/2004)

| UNSECURED | Claimed: | $5486.87 | Scheduled: | $1086.04 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: RANDY E OLIVER
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2958
Claim Date: 03/07/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 4004 (04/26/2004)

| PRIORITY | Claimed: | $9732.91 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9732.91 | Allowed: | $9732.91 |

ASM CAPITAL, L.P.
TRANSFEROR: SHEDS & MORE
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3158
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $9838.13 | Scheduled: | $9838.13 | Allowed: | $9838.13 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: VAULT CONSTRUCTION
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4154
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2098 (10/07/2003)

| UNSECURED | Claimed: | $9515.00 | Scheduled: | $9515.00 | Allowed: | $6600.00 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: MAPOTHER & MAPOTHER, P.S.C.
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 7367
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3787 (03/12/2004)

| SECURED | Claimed: | $44099.81 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | Allowed: | $44099.81 |

ASM CAPITAL, L.P.
TRANSFEROR: WELDWOOD OF CANADA-IN CO
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 3980
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $307412.77 | | | Allowed: | $181575.51 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: FAIR HARBOR/BORING SMITH
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4607
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $193803.32 | | Allowed: | $175962.87 |

ASM CAPITAL, L.P.
TRANSFEROR: AVERETT SEPTIC TANK CO., INC
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 922
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $5008.00 | | | | |
| UNSECURED | | | Scheduled: | $5008.00 | Allowed: | $5080.00 |

ASM CAPITAL, L.P.
TRANSFEROR: KRUIS JOHN D SR
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 4136
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 7424 (12/15/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $10745.00 | |

ASM CAPITAL, L.P.
TRANSFEROR: MILLER CONST
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 653
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10054.21 | | | |
| UNSECURED | | | | Allowed: | $7774.58 |

ASM CAPITAL, L.P.
TRANSFEROR: FB&L EXCAVATING
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2405
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11338.00 |

ASM CAPITAL, L.P.
TRANSFEROR: U.S.DEPARTMENT OF LABOR O.S.
SUITE 302
7600 JERICHO TURNPIKE
WOODBURY, NY 11797

Claim Number: 2337
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9600.00 | | | | |
| UNSECURED | | | Scheduled: | $2400.00 | Allowed: | $9600.00 |

ASPEN GROVE LLC
PO BOX 1265
NORTH BEND, WA 98045

Claim Number: 2132
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $789.65 | | | | |
| UNSECURED | | | Scheduled: | $351.61 | Allowed: | $554.53 |

---

ASPEN GROVE LLC
PO BOX 1265
NORTH BEND, WA 98045

Claim Number: 9067
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $2021.29 |
|---|---|---|

---

ASPEN GROVE LLC,
PO BOX 1265
NORTH BEND, WA 98045

Claim Number: 2133
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1231.64 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $59.95 | Allowed: | $485.14 |

---

ASPEN PROPERTIES, LLC
DBA MEDFORD ESTATES
3555 S PACIFIC HWY
MEDFORD, OR 97501

Claim Number: 255
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $912.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $912.50 |

---

ASSOC RESEARCH, INC
DEPT 77-52220
CHICAGO, IL 60678-2220

Claim Number: 5152
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $118.44 |
|---|---|---|

---

ASSOCIATED DESE
DBA:WHITE SHEET-GREEN SHEET
73-400 HWY 111
PALM DESERT, CA 92260

Claim Number: 2750
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $321.60 | | |
|---|---|---|---|---|
| | | | Allowed: | $321.60 |

---

ASSOCIATED DESERT SHOPPERS INC.
DBA: WHITE SHEET - GREEN SHEET
73400 HIGHWAY 111
PALM DESERT, CA 92260

Claim Number: 9818
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $321.60 |
|---|---|---|

---

ASSOCIATED PROPERTY MANAGEMENT
MEADOWS MOBILE HOME PARK
1075 W 6 SOUTH
MOUNTAIN HOME, ID 83647

Claim Number: 3103
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $640.00 |
|---|---|---|

| ASSOCIATES HOUSING FINANCE, DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET STREET, SUITE 1600, POB 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6348 Claim Date: 03/27/2003 Debtor: CREST CAPITAL, LLC Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, DAVID B STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST, STE 1600/PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 9335 Claim Date: 01/16/2004 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $65000.00 |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6131 Claim Date: 03/27/2003 Debtor: GOLDEN WEST LEASING, LLC Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6132 Claim Date: 03/27/2003 Debtor: TRI-STATE INSURANCE AGENCY, INC. Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6133 Claim Date: 03/27/2003 Debtor: HOME SERVICE CONTRACT, INC. Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6134 Claim Date: 03/27/2003 Debtor: NEW DIMENSION HOMES, INC Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6135 Claim Date: 03/27/2003 Debtor: FSI FINANCIAL SERVICES, INC. Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC DAVID B. STRATTON, ESQ. PEPPER HAMILTON LLP 1201 MARKET ST #1600, PO BOX 1709 WILMINGTON, DE 19899-1709 | Claim Number: 6136 Claim Date: 03/27/2003 Debtor: DREAMSTREET COMPANY, LLC Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6137<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6138<br>Claim Date: 03/27/2003<br>Debtor: CREST CAPITAL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNDET |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6140<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6141<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6142<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6143<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 7811 (05/20/2005) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6144<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6145<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| SECURED          Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6146<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| SECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6147<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6148<br>Claim Date: 03/27/2003<br>Debtor: GOLDEN WEST LEASING, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6149<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6150<br>Claim Date: 03/27/2003<br>Debtor: HOME SERVICE CONTRACT, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6151<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6152<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6153<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6154<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6155<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6156<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 7811 (05/20/2005) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6157<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6158<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6159<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6160<br>Claim Date: 03/27/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6161<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed: | $0.00 UNLIQ |

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6162<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6163<br>Claim Date: 03/27/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6164<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6165<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6166<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6167<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 7811 (05/20/2006) |

UNSECURED          Claimed:          $0.00 UNLIQ          Scheduled:          $3793783.00 UNLIQ DISP

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6168<br>Claim Date: 03/27/2003<br>Debtor: GOLDEN WEST LEASING, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

| | |
|---|---|
| ASSOCIATES HOUSING FINANCE, LLC<br>DAVID B. STRATTON, ESQ.<br>PEPPER HAMILTON LLP<br>1201 MARKET ST #1600, PO BOX 1709<br>WILMINGTON, DE 19899-1709 | Claim Number: 6169<br>Claim Date: 03/27/2003<br>Debtor: CREST CAPITAL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED          Claimed:          $0.00 UNLIQ

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6170
Claim Date: 03/27/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6171
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6172
Claim Date: 03/27/2003
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6173
Claim Date: 03/27/2003
Debtor: HOME SERVICE CONTRACT, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6174
Claim Date: 03/27/2003
Debtor: OAKWOOD MDH4, LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
DAVID B. STRATTON, ESQ.
PEPPER HAMILTON LLP
1201 MARKET ST #1600, PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 6175
Claim Date: 03/27/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

ASSOCIATES HOUSING FINANCE, LLC
ROBERT S. FETNER
4650 REGENT BLVD.
IRVING, TX 75063

Claim Number: 9109
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 7811 (05/20/2005)

| ADMINISTRATIVE | Claimed: | $25000.00 UNLIQ |
|----------------|----------|-----------------|

---

ASSOCIATES HOUSING FINANCE, LLC
ROBERT S. FETNER
4650 REGENT BLVD
IRVING, TX 75063

Claim Number: 9592
Claim Date: 04/16/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 7811 (05/20/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|----------------|----------|-------------|

---

---

ASSOCIATES HOUSING FINANCE, LLC
JAMES C CARIGNAN ESQ PEPPER HAMILTON LLP
HERCULES PLAZA STE 5100
1313 MARKET STREET PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 10878
Claim Date: 09/21/2007
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $290000.00 |
|---|---|---|

---

ASSURANT GROUP
MITCHELL WILLIAMS SELIG GATES & WOODYARD
DERRICK SMITH
425 W CAPITOL AVE, STE 1800
LITTLE ROCK, AR 72201

Claim Number: 7536
Claim Date: 06/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ASSURANT GROUP
MITCHELL WILLIAMS SELIG GATES & WOODYARD
DERRICK SMITH
425 W CAPITOL AVE, STE 1800
LITTLE ROCK, AR 72201

Claim Number: 7477
Claim Date: 06/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ASSURANT GROUP
MITCHELL WILLIAMS SELIG GATES & WOODYARD
DERRICK SMITH
425 W CAPITOL AVE, STE 1800
LITTLE ROCK, AR 72201

Claim Number: 7537
Claim Date: 06/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ | Allowed: | $800000.00 |
|---|---|---|---|---|---|---|

---

ASSURANT GROUP
MITCHELL WILLIAMS SELIG GATES & WOODYARD
DERRICK SMITH
425 W CAPITOL AVE, STE 1800
LITTLE ROCK, AR 72201

Claim Number: 7478
Claim Date: 06/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

AT SYSTEMS SECURITY INC,
2400 W. DUNLAP AVE #225
PHOENIX, AZ 85021

Claim Number: 1633
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7968.00 | Scheduled: | $3440.00 |
|---|---|---|---|---|

---

AT YOUR SERVICE TODAY
PO BOX 1846
HIGH POINT, NC 27261

Claim Number: 3383
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2299.23 | Scheduled: | $1393.97 | Allowed: | $2299.23 |
|---|---|---|---|---|---|---|

---

AT&T WIRELESS
NATIONAL BUSINESS SERVICES
PO BOX 78405
PHOENIX, AZ 85062

Claim Number: 8235
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $123896.56 |
|---|---|---|

---

---

AT&T WIRELESS
NATIONAL BUSINESS SERVICES
PO BOX 78405
PHOENIX, AZ 85062

Claim Number: 8523
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $123896.56 | | | |

---

ATCHLEYS MOBILE HOME SERVICE
DBA ATCHLEYS MOBILE HOME SERVICE
3504 HIGH RIDGE BLVD
HIGH RIDGE, MO 63049

Claim Number: 923
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

---

| UNSECURED | Claimed: | $26122.30 | | Allowed: | $21189.84 |

---

ATLANTIC ADV
DBA:THE ATLANTIC ADVERTIS
P O BOX 17359
CLEARWATER, FL 33762

Claim Number: 1266
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $700.00 | | Allowed: | $700.00 |

---

ATLANTIC AERO,
6423 BRYAN BLVD
GREENSBORO, NC 27409

Claim Number: 838
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

---

| UNSECURED | Claimed: | $40012.18 | Scheduled: | $42474.33 | Allowed: | $40012.18 |

---

ATLANTIC CLOSING SERVICES,
ATLANTIC ASSURANCE
8215 FOREST POINT BLVD STE 100
CHARLOTTE, NC 282735509

Claim Number: 1073
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

---

| UNSECURED | Claimed: | $53456.80 | | Allowed: | $32645.02 |

---

ATLANTIC FOREST PRODUCTS
AKA: CONTINENTAL CASUALTY CO.
PO BOX 905
ATTN: DEBUSE FIRELLI
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 6566
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $23915.61 |

---

ATLANTIC FOREST PRODUCTS LLC
C/O CONTINENTAL CASUALTY CO.
PO BOX 905
ATTN: DENISE FIRELLI
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 437
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $16734.81 |

---

ATLANTIC FOREST PRODUCTS LLC
C/O CONTINENTAL CASUALTY CO.
PO BOX 905
ATTN: DENISE FIRELLI
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 6556
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $23915.61 |

---

| ATLANTIC REALTY MANAGEMENT, LLC<br>31052 SHADY ACRES LANE<br>LAUREL, DE 19956 | Claim Number: 6397<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $3094.25 | | | Allowed: | $3094.25 |
|---|---|---|---|---|---|---|

| ATLANTIC REALTY MANAGEMENT, LLC<br>31052 SHADY ACRES LANE<br>LAUREL, DE 19956 | Claim Number: 6398<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $3094.25 |
|---|---|---|

| ATLANTIC RESOURCE MANAGEMENT INC<br>PO BOX 869<br>OCEAN VIEW, DE 19970 | Claim Number: 993<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $506.77 | | | Allowed: | $506.77 |
|---|---|---|---|---|---|---|

| ATLANTIC SERVICE & SUPPLY<br>6525 BAKER BLVD<br>FORT WORTH, TX 76118 | Claim Number: 5013<br>Claim Date: 03/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $173.81 | Scheduled: | $213.44 |
|---|---|---|---|---|

| ATLANTIC SERVICE & SUPPLY INC<br>DRAWER CS 198087<br>ATLANTA, GA 30384 | Claim Number: 5105<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

| ATLANTIC SERVICE & SUPPLY,<br>DRAWER CS 198087<br>ATLANTA, GA 30384 | Claim Number: 5106<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $815.00 |
|---|---|---|

| ATLAS DISTRIBUTING COMPANY,<br>P O BOX 1152<br>SUNLAND PARK, NM 88063 | Claim Number: 2296<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $8249.50 | | | | |
|---|---|---|---|---|---|---|
| | | | Scheduled: | $2415.50 | Allowed: | $2415.50 |

| ATLED ENTERPRISES<br>P.O. BOX 1110<br>SUMNER, WA 98390 | Claim Number: 6642<br>Claim Date: 04/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $400.00 | | | |
|---|---|---|---|---|---|

| ATTERBERRY, DARRELL L.<br>7410 COUNTY RD., 417<br>FULTON, MO 65251 | Claim Number: 2456<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $20000.00 UNDET |
|---|---|---|

| ATTERBERRY, DARRELL L.<br>25 BREEZY LANE<br>FAYETTEVILLE, TN 37334 | Claim Number: 9394<br>Claim Date: 02/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

| AUG MAINT FEE- FT MORGAN<br>425 STANFORD ST<br>BRUSH, CO 80723 | Claim Number: 3806<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| AUGUST QUALIFIED SETTLEMENT FUND<br>C/O KAREN D. MEYERS, ADMIN<br>2651 OBSERVATORY AVENUE<br>CINCINNATI, OH 45208 | Claim Number: 10595<br>Claim Date: 09/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $20000.00 |
|---|---|---|

| AUGUST QUALIFIED SETTLEMENT FUND<br>C/O KAREN D. MEYERS, ADMIN<br>2651 OBSERVATORY AVENUE<br>CINCINNATI, OH 45208 | Claim Number: 10596<br>Claim Date: 09/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $20000.00 |
|---|---|---|

| AUGUST QUALIFIED SETTLEMENT FUND<br>C/O KAREN D. MEYERS, ADMIN<br>2651 OBSERVATORY AVENUE<br>CINCINNATI, OH 45208 | Claim Number: 10597<br>Claim Date: 09/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

| AURAWOOD PLUMBING CO,<br>1505 MONTEREY AVE<br>KINGSPORT, TN 37664 | Claim Number: 2767<br>Claim Date: 03/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $305.50 | Scheduled: | $205.50 | Allowed: | $305.50 |
|---|---|---|---|---|---|---|

| AURAWOOD PLUMBING CO, 1505 MONTEREY AVE KINGSPORT, TN 37664 | Claim Number: 2768<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $705.50 | Scheduled: | $705.50 | Allowed: | $705.50 |
|---|---|---|---|---|---|---|

| AUSTIN ROGER A 796 SPEIDEN ROAD PULASKI, TN 38478 | Claim Number: 4620<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $3312.00 |
|---|---|---|

| AUSTIN WELL DRILLING INC 1913 FISH HATCHERY RD. WEST COLUMBIA, SC 29172 | Claim Number: 8593<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3200.00 |
|---|---|---|

| AUSTIN, CHERRIE STEVEN K. KORTANEK, ESQ. 919 N. MARKET STREET, STE. 1000 WILMINGTON, DE 19801 | Claim Number: 5676<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| AUTERY, CURTIS L. C/O BYRD AND ASSOCIATES, PLLC ATTN: SUZANNE KEYS P.O. BOX 19 JACKSON, MS 39205-0019 | Claim Number: 3534<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

| AUTOMATED BUILDER REPRINT DEPT 1445 DONLON ST STE 16 VENTURA, CA 93003 | Claim Number: 9007<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

| AUTUMN HILLS MOBILE HOME PARK PO BOX 1867 SAINT PETERS, MO 63376 | Claim Number: 4772<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2800.00 | | Allowed: | $2800.00 |
|---|---|---|---|---|---|

| AVANT, DERRICK L.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5677<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

| AVARY GEORGE R<br>1905 NANCY LEE ST<br>BONHAM, TX 75418 | Claim Number: 2990<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1375.08 | | Allowed: | $1375.08 |

| AVARY GEORGE R,<br>1905 NANCY LEE ST<br>BONHAM, TX 75418 | Claim Number: 2991<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $1375.08 | Scheduled: | $0.00 UNDET DISP |

| AVARY, GEORGE R<br>1905 NANCY LEE ST<br>BONHAM, TX 75418 | Claim Number: 8686<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1375.08 |

| AVARY, GEORGE R.<br>1905 NANCY LEE STREET<br>BONHAM, TX 75418 | Claim Number: 2992<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1375.08 |

| AVARY, GEORGE R.<br>1905 NANCY LEE STREET<br>BONHAM, TX 75418 | Claim Number: 8687<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1375.08 |

| AVAYA FKA LUCENT TECHNOLOGIES<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 126<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| UNSECURED | Claimed: | $141928.18 | | Allowed: | $71544.33 |

---

| AVERITT EXPRESS, INC,<br>P O BOX 3166<br>COOKEVILLE, TN 38502 | Claim Number: 4346<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1487.25 | Allowed: $1487.25 |

---

| AVERITT EXPRESS, INC,<br>P O BOX 3166<br>COOKEVILLE, TN 38502 | Claim Number: 9357<br>Claim Date: 01/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED | Claimed: $5400.38 |

---

| AVERITT EXPRESS, INC,<br>P O BOX 3166<br>COOKEVILLE, TN 38502 | Claim Number: 9358<br>Claim Date: 01/29/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|
| UNSECURED | Claimed: $1526.29 |

---

| AVERITT EXPRESS, INC.<br>P O BOX 3166<br>COOKEVILLE, TN 38502 | Claim Number: 643<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED | Claimed: $1639.72 |

---

| AVERY JR, RONNIE<br>134 PATSTOWN RD<br>HOLLY SPRINGS, NC 27540 | Claim Number: 394<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED | Claimed: $3625.00 |

---

| AVILA FAUSTO E,<br>255 EAST DAWSON<br>SLATON, TX 79364 | Claim Number: 5588<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5066.63 | |
| UNSECURED | | Scheduled: $5066.63 | Allowed: $5066.63 |

---

| AVILA, LUZ A.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5678<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY | Claimed: $4650.00 UNLIQ |
| UNSECURED | Claimed: $1368.75 UNLIQ |

---

| AVILES, ARMANDO G.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5679<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| AVISTA UTILITIES<br>1411 E MISSION AVE<br>SPOKANE, WA 99252 | Claim Number: 2416<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $714.55 |
|---|---|---|

| AZLE INDEPENDENT SCHOOL DISTRICT<br>JAMES E. LOBERT<br>519 E. BORDER STREET<br>ARLINGTON, TX 76010-7402 | Claim Number: 4415<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $8596.66 | | Allowed: | $2892.77 |
|---|---|---|---|---|---|

| AZLE INDEPENDENT SCHOOL DISTRICT<br>JAMES E. LOBERT<br>519 E. BORDER STREET<br>ARLINGTON, TX 76010-7402 | Claim Number: 6676<br>Claim Date: 04/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $8596.66 |
|---|---|---|

| AZTEC RENTAL CT,<br>6602 N. NAVARRO<br>VICTORIA, TX 77904 | Claim Number: 3140<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $68.21 | Scheduled: | $68.21 | Allowed: | $68.21 |
|---|---|---|---|---|---|---|

| B & A ENGINEERS, INC.<br>5505 W. FRANKLIN ROAD<br>BOISE, ID 83705 | Claim Number: 10163<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1059.23 |
|---|---|---|

| B & B MOBILE HOME MOVERS,<br>DBA B & B MOBILE HOME MOVERS<br>110 EUCHARIST RD<br>LAFAYETTE, LA 70507 | Claim Number: 1252<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $26395.00 | Scheduled: | $24545.00 |
|---|---|---|---|---|

---

B & B OIL INC,
PO BOX 185
RICHFIELD, NC 28137

Claim Number: 1671
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1245.05 | Scheduled: | $1235.75 | Allowed: | $1245.05 |
|-----------|----------|----------|------------|----------|----------|----------|

---

B & D MOBILE HOME SERVICE,
P O BOX 103
MATHISTON, MS 39752

Claim Number: 2207
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $275.00 | | | | |
|----------|----------|---------|------------|---------|----------|---------|
| UNSECURED | | | Scheduled: | $275.00 | Allowed: | $275.00 |

---

B & K WELL DRILLING INC
132 MT MOURNE LOOP
MOORESVILLE, NC 28115

Claim Number: 1004
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $3500.00 | | | | |
|----------|----------|----------|----------|---------|----------|----------|
| UNSECURED | | | | | Allowed: | $3500.00 |

---

B & K WELL DRILLING INC,
132 MT MOURNE LOOP
MOORESVILLE, NC 28115

Claim Number: 1003
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $7000.00 | | | | |
|----------|----------|----------|------------|----------|----------|----------|
| UNSECURED | | | Scheduled: | $7000.00 | Allowed: | $7000.00 |

---

B & L MOBILE HOME SERVICE, INC.
ATTN: RODNEY J. STEVENS
11 NORTH SEVENTH STREET
COLUMBIA, MO 65201

Claim Number: 36
Claim Date: 12/13/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17417.73 |
|-----------|----------|-----------|

---

B & L MOBILE HOME SERVICE, INC.
ATTN: RODNEY J. STEVENS
11 NORTH SEVENTH STREET
COLUMBIA, MO 65201

Claim Number: 1650
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $17417.73 |
|-----------|----------|-----------|

---

B & T SERVICES,
151 TUCKER RD
EASLEY, SC 29642

Claim Number: 823
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 | Allowed: | $150.00 |
|-----------|----------|---------|------------|---------|----------|---------|

---

B BROTHERS CONSTRUCTION
PO BOX 894
MARKSVILLE, LA 71351

Claim Number: 2521
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4900.00 |
|---|---|---|

B K'S APPLIANCES & USED FURNITURE
DBA B K'S APPLIANCES & USED
FURNITURE P O BOX 1533
BELTON, TX 76513

Claim Number: 8683
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
POC UNSIGNED

| ADMINISTRATIVE | Claimed: | $860.00 |
|---|---|---|

B K'S APPLIANCES & USED FURNITURE,
DBA B K'S APPLIANCES & USED
FURNITURE P O BOX 1533
BELTON, TX 76513

Claim Number: 2801
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $893.17 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $920.13 | Allowed: | $893.17 |

B S CARROLL
DBA:B S CARROLL HTG/AC
1282 MERCER MILL RD
ELIZABETHTOWN, NC 28337

Claim Number: 6742
Claim Date: 04/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $8110.00 |
|---|---|---|

B&A ENGINEERS INC
5505 FRANKLIN RD
BOISE, ID 83705

Claim Number: 4466
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $7477.95 |
|---|---|---|

B&R WATER WELL & SEPTIC INC,
40619 FM 149
MAGNOLIA, TX 77354

Claim Number: 9224
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3000.00 |
|---|---|---|

B&T GLASS CO INC
2421 N 4TH ST
FLAGSTAFF, AZ 86004

Claim Number: 2492
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $125.69 | | Allowed: | $125.69 |
|---|---|---|---|---|---|

---

| B.J.'S LOCKS<br>PO BOX 1176<br>BLACK CANYON CITY, AZ 85324 | Claim Number: 9548<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40.00 | | | | | |

---

| B.K. MECHANICAL SERVICES, INC.<br>P.O. BOX 2190<br>SILSBEE, TX 77656 | Claim Number: 9485<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1424.95 | | | | | |

---

| B.W. WILSON PAPER COMPANY,<br>PO BOX 11248<br>RICHMOND, VA 23230 | Claim Number: 861<br>Claim Date: 02/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1625.19 | Scheduled: | $1625.19 | Allowed: | $1625.19 |

---

| B.W. WILSON PAPER COMPANY,<br>PO BOX 11248<br>RICHMOND, VA 23230 | Claim Number: 860<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $714.62 | Scheduled: | $714.62 | Allowed: | $714.62 |

---

| B.W. WILSON PAPER COMPANY,<br>PO BOX 11248<br>RICHMOND, VA 23230 | Claim Number: 862<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2321.70 | Scheduled: | $2321.70 | Allowed: | $2321.70 |

---

| B2 INCOPORATED,<br>PO BOX 157<br>SIMPSONVILLE, SC 296810157 | Claim Number: 1966<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $12000.00 | Scheduled: | $12000.00 | Allowed: | $12000.00 |

---

| BABCOCK, LEROY<br>4045 PIONEER RD<br>HOMEDALE, ID 83628 | Claim Number: 3588<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $496.00 | Allowed: | $666.00 |

---

---

BABCOCK, LEROY
PO BOX 1106
HOMEDALE, ID 83628

Claim Number: 8545
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $752.58 | | | | |
|---|---|---|---|---|---|---|

---

BABSCO SUPPLY INC-IN,
PO BOX 1447
ELKHART, IN 46515-1447

Claim Number: 1359
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $133.83 | Allowed: | $133.83 |
|---|---|---|---|---|---|---|

---

BAC SERVICES
1902 HUNTINGTON DRIVE
GRAND PRAIRIE, TX 75051

Claim Number: 1149
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $205.00 | | | Allowed: | $205.00 |
|---|---|---|---|---|---|---|

---

BACHE, BARBARA,
28105 EASTERLING ST
S. LYON, MI 48178

Claim Number: 3318
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $10800.00 | | | Allowed: | $9600.00 |
|---|---|---|---|---|---|---|

---

BACK SURVEYING INC
DBA BACK SURVEYING INC
36 BLACKFOOT LANE
GRAYSON, KY 41143

Claim Number: 7260
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1610.00 | | | | |
|---|---|---|---|---|---|---|

---

BACKMAN, BOB
DBA SEPTIC SOLUTIONS
5100 SELLE RD
SANDPOINT, ID 83864

Claim Number: 3265
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3163.99 | |
|---|---|---|---|---|---|

---

BACKYARD HIDEAWAY
DBA BACKYARD HIDEAWAY
6851 MT PLEASANT RD S
CONCORD, NC 28025

Claim Number: 3432
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10666.42 | | | |
|---|---|---|---|---|---|

---

BAILEY CO., INC., THE
PO BOX 280565
NASHVILLE, TN 37228

Claim Number: 3270
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1017.42 | Scheduled: | $896.60 | |
|---|---|---|---|---|---|

---

---

BAILEY, ANDREW
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5680
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

BAILEY, BARBARA M.
14604 254 AVE SE, UNIT B
MONROE, WA 98272

Claim Number: 10632
Claim Date: 10/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $177600.00 |

---

BAILEY, ETHEL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6995
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

BAILEY, SHELVEY D
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6996
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

BAILLIO'S INC.
5301 MENAUL NE
ALBUQUERQUE, NM 87110

Claim Number: 1244
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $676.77 |

---

BAILLIO'S INC.,
5301 MENAUL NE
ALBUQUERQUE, NM 87110

Claim Number: 1243
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5059.39 | Scheduled: | $4058.74 |

---

BAINS & TERRY
1813 3RD AVE NORTH
BESSEMER, AL 35020

Claim Number: 3959
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8790.82 | Allowed: | $4775.95 |

---

| BAINS & TERRY<br>1813 3RD AVE NORTH<br>BESSEMER, AL 35020 | Claim Number: 8202<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $9036.66 | | | |
|---|---|---|---|---|---|

| BAINS & TERRY<br>1813 3RD AVE NORTH<br>BESSEMER, AL 35020 | Claim Number: 10060<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3590.00 | | | |
|---|---|---|---|---|---|

| BAIRD ENGINEERING INC<br>3219 BAIRD ROAD<br>CLOVER, SC 29710 | Claim Number: 1399<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1577.09 | | | |
|---|---|---|---|---|---|

| BAKER & DANIELS<br>317 W FRANKLIN ST<br>PO BOX 507<br>ATTN: CHRISTOPHER J. SPATARO<br>ELKHART, IN 46515 | Claim Number: 2304<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $310.40 | | Allowed: | $310.40 |
|---|---|---|---|---|---|

| BAKER & DANIELS<br>317 W FRANKLIN ST<br>PO BOX 507<br>ATTN: CHRISTOPHER J. SPATARO<br>ELKHART, IN 46515 | Claim Number: 2305<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $16385.62 | Scheduled: | $5867.58 | |
|---|---|---|---|---|---|

| BAKER & SONS LLC,<br>17303 US HIGHWAY 31<br>HOPE HULL, AL 36043 | Claim Number: 5583<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1300.00 | Scheduled: | $1300.00 | Allowed: | $1300.00 |
|---|---|---|---|---|---|---|

| BAKER & SONS LLC,<br>17303 US HIGHWAY 31<br>HOPE HULL, AL 36043 | Claim Number: 5582<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $4100.00 | Scheduled: | $4100.00 | Allowed: | $4100.00 |
|---|---|---|---|---|---|---|

| BAKER DONELSON<br>PO BOX 190613<br>ATTN: JOHN S. HICHS<br>NASHVILLE, TN 37219 | Claim Number: 5573<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $125501.71 | Scheduled: | $2701.32 |
|---|---|---|---|---|

| BAKER, CHRISTIE<br>C/O W.D. MASTERSON<br>KILGORE & KILGORE, PLLC<br>3109 CARLISLE ST., STE 200<br>DALLAS, TX 75204 | Claim Number: 9636<br>Claim Date: 04/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| BAKER, CHRISTIE Q.<br>C/O KILGORE & KILGORE<br>3109 CARLISLE, SUITE 200<br>DALLAS, TX 75204 | Claim Number: 307<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $500000.00 |
|---|---|---|

| BAKER, CHRISTIE Q.<br>C/O KILGORE & KILGORE<br>3109 CARLISLE, SUITE 200<br>DALLAS, TX 75204 | Claim Number: 4805<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $500000.00 |
|---|---|---|

| BAKER, CHRISTIE Q.<br>C/O KILGORE & KILGORE<br>3109 CARLISLE, SUITE 200<br>DALLAS, TX 75204 | Claim Number: 9347<br>Claim Date: 02/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $200000.00 UNLIQ |
|---|---|---|

| BAKER, DEBBIE K<br>1301 VAWTER CORNER RD<br>LOUISA, VA 23093 | Claim Number: 8605<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1135.00 |
|---|---|---|

| BAKER, LARRY<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5681<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| BAKER, MATT<br>75057 OMO<br>ARMADA, MI 48005 | Claim Number: 9268<br>Claim Date: 12/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $58000.00 |
|---|---|---|

| BAKER, QUINTON<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 6176<br>Claim Date: 03/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1650.00 UNLIQ |

| BAKER, RONALD & LINDA<br>HC13 BOX 300-54<br>FAIRVIEW, UT 84629 | Claim Number: 7781<br>Claim Date: 09/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| SECURED | Claimed: | $148000.00 |
|---|---|---|

| BAKER, RONALD DEE<br>9710 E 34900 N<br>HC 13 BOX 300-54<br>FAIRVIEW, UT 84629 | Claim Number: 10485<br>Claim Date: 06/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

| BAKER, SEAN AND HELEN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6997<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

| BALDWIN CO TAX COMMISIONER<br>121 N WILKINSON ST STE 112<br>MILLEDGEVILLE, GA 31061 | Claim Number: 1786<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $815.17 |
|---|---|---|

| BALDWIN COUNTY TAX COMMISSIONER<br>CATHY FREEMAN SETTLE<br>121 N WILKINSON ST, SUITE 112<br>MILLEDGEVILLE, GA 31061 | Claim Number: 7773<br>Claim Date: 09/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1512.27 |
|---|---|---|

---

BALDWIN COUNTY, AL
TAX DEPT
PO BOX 1549
BAY MINETTE, AL 36507

Claim Number: 3802
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $218.24 | Allowed: | $218.24 |

---

BALDWIN, JOHN & RHONDA
911 CARSON BRIDGE RD
LONOKE, AR 72086

Claim Number: 5498
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75000.00 |

---

BALDWIN, JOHN & RHONDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6903
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

BALDWIN, JOHN & RHONDA
911 CARSON BRIDGE RD
LONOKE, AR 72086

Claim Number: 9169
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75000.00 |

---

BALDWIN, ROBERT
866 W. LA COLONDRIA
GREEN VALLEY, AZ 85614-1103

Claim Number: 7214
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

BALL, PATRICIA
PO BOX 311412
NEW BRAUNFELS, TX 78131

Claim Number: 8470
Claim Date: 11/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $925.00 |

---

BALL, PATRICIA R
DBA:PATRICIA BALL REAL ES
P.O. BOX 311412
NEW BRAUNFELS, TX 78131

Claim Number: 8469
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $925.00 |

---

BALLAGH, JANE W.
8254 LONGRIDGE RD.
CHARLESTON, SC 29418

Claim Number: 3905
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7736 (04/28/2005)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $945.00 |

---

---

BALLARD, MATTIE M.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6597
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | | | | |
| UNSECURED | | | | Allowed: | | $2903.43 |

---

BALLARD, VIRGINIA
C/O JOSEPH E. BROADUS, ESQ.
915 BLACKWOOD AVE
TALLAHASSEE, FL 32303

Claim Number: 4654
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $169346.00 UNLIQ |

---

BALLESTEROS, GERARDO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5682
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

BALLESTEROS, IGNACIO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5683
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $3225.00 UNLIQ |

---

BALLINGER JAMES S,
PO BOX 661
ELLENBORO, NC 28040

Claim Number: 761
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

BALLINGER, JAMES M
1005 CLOVERDALE DR.
HUTCHINSON, KS 67501

Claim Number: 4129
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

BALLOON WORLD
2421 CHUKAR RD
KNOXVILLE, TN 37923

Claim Number: 1593
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $214.60 | Scheduled: | $288.84 | Allowed: | $214.60 |

---

---

BANCOM, GLENN AND PAULETTE
133 ERB ANTNEY LANE
BONNEAU, SC 29431

Claim Number: 9648
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4478 (09/02/2004)

| ADMINISTRATIVE | Claimed: | $8125.00 |
| --- | --- | --- |

---

BANDERA COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5387
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1032.84 |
| --- | --- | --- |

---

BANDERA COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6308
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1032.84 |
| --- | --- | --- |

---

BANDERA COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6752
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1032.84 |
| --- | --- | --- |

---

BANDERA INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5386
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $2336.00 |
| --- | --- | --- |

---

BANDERA INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6307
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $2336.00 |
| --- | --- | --- |

---

BANDERA INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6753
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $2336.00 |
| --- | --- | --- |

---

BANFI, PAMELA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3533
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |
| --- | --- | --- | --- | --- | --- |

---

---

BANK OF AMERICA, NA
FIA CARD SERVICES
P.O. BOX 15733
WILMINGTON, DE 19850-5733

Claim Number: 4735
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8542 (04/25/2006)

| UNSECURED | Claimed: | $77488067.80 UNLIQ | | Allowed: | $2550000.00 |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6107
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6108
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6109
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6110
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6104
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6105
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

BANK OF NEW YORK, AS TRUSTEE
JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
1 SPEEDWELL AVE, HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

Claim Number: 6106
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET |

---

---

BANK OF NEW YORK, THE; AS TRUSTEE
C/O JOSEPH L. SCHWARTZ, ESQ.
RIKER DANZIG SCHERER HYLAND & PERRETTI
ONE SPEEDWELL AVENUE, P.O. BOX 1981
MORRISTOWN, NJ 07962

Claim Number: 9126
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $88138.94 |
|---|---|---|

---

BANK OF NEW YORK, THE; AS TRUSTEE
C/O DENNIS J. O'GRADY
RIKER DANZIG SCHERER HYLAND & PERRETTI
ONE SPEEDWELL AVENUE, P.O. BOX 1981
MORRISTOWN, NJ 07962

Claim Number: 10017
Claim Date: 05/20/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 4513 (09/08/2004)

| ADMINISTRATIVE | Claimed: | $108273.06 UNLIQ | | Allowed: | $103633.06 |
|---|---|---|---|---|---|

---

BANK OF NEW YORK, THE; AS TRUSTEE
C/O DENNIS J. O'GRADY
RIKER DANZIG SCHERER HYLAND & PERRETTI
ONE SPEEDWELL AVENUE, P.O. BOX 1981
MORRISTOWN, NJ 07962

Claim Number: 10018
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES OAKWOOD SERVICING HOLDINGS CO. LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $108273.06 UNLIQ |
|---|---|---|

---

BANK OF WEST BATON ROUGE
% JOHN D. BRADY
3301 NORTH BOULEVARD
BATON ROUGE, LA 70806

Claim Number: 119
Claim Date: 12/18/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2000.00 | Scheduled: | $2000.00 | Allowed: | $2000.00 |
|---|---|---|---|---|---|---|

---

BANK ONE RETAIL LENDING AUTOMOTIVE
8620 N 22ND AVE APT 103DW
PHOENIX, AZ 85021-4251

Claim Number: 6636
Claim Date: 04/07/2003
Debtor: SUBURBAN HOME SALES, INC.

| SECURED | Claimed: | $554.13 UNLIQ | Scheduled: | $1624.80 |
|---|---|---|---|---|

---

BANKS CORPORATION
C/O BAKER & DANIELS
317 W. FRANKLIN STREET,
P.O. BOX 507 ATTN CHRISTOPHER J. SPATARO
ELKHART, IN 46515

Claim Number: 705
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $7967.70 |
|---|---|---|
| UNSECURED | Claimed: | $50663.72 |

---

BANKS CORPORATION
C/O BAKER & DANIELS
317 W. FRANKLIN STREET,
P.O. BOX 507 ATTN CHRISTOPHER J. SPATARO
ELKHART, IN 46515

Claim Number: 5224
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $58631.42 | | Allowed: | $52631.42 |
|---|---|---|---|---|---|

---

| BANKS CORPORATION<br>C/O BAKER & DANIELS<br>317 W. FRANKLIN STREET,<br>P.O. BOX 507 ATTN CHRISTOPHER J. SPATARO<br>ELKHART, IN 46515 | Claim Number: 10009<br>Claim Date: 05/20/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| ADMINISTRATIVE | Claimed: | $26741.00 |

---

| BANKS, MICHAEL W.<br>103 N. RUSSELL ST.<br>GASTON, NC 27832 | Claim Number: 10541<br>Claim Date: 07/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1000.00 |

---

| BANNISTER, DAVEN A<br>1184 5TH ST SW<br>MOULTRIE, GA 31768 | Claim Number: 8551<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| BAR AN MOBILE HOME TRANSPORT SETUP,<br>BAR-AN-TRUCKING<br>PO BOX 274<br>ELEPHANT BUTT, NM 879350274 | Claim Number: 4774<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8609 (07/19/2006) |
|---|---|

| UNSECURED | Claimed: | $28295.29 | Scheduled: | $20835.00 |

---

| BAR HL RANCH<br>DBA BAR HL RANCH<br>HC 61 BOX 210<br>WENDOVER, UT 84083 | Claim Number: 8299<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $300.00 |

---

| BAR, JIRI & BECKY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6904<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

| BARBER & BARBER<br>20 S STATE STREET<br>LINDON, UT 84042 | Claim Number: 3914<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1618.75 | Scheduled: | $280.00 | Allowed: | $1618.75 |

---

---

BARBER REGINALD K
619 9TH ST NW
MOULTRIE, GA 31768

Claim Number: 1388
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

BARBER, REGINALD K
619 9TH ST NW
MOULTRIE, GA 31768

Claim Number: 8379
Claim Date: 11/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BARBERERA, HOMERO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5684
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1650.00 UNLIQ |

BARBERS HILL INDEPENDENT SCHOOL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 104
Claim Date: 01/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| SECURED | Claimed: | $4132.99 |
|---|---|---|

BARBERS HILL INDEPENDENT SCHOOL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 127
Claim Date: 12/19/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| SECURED | Claimed: | $4132.99 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $870.44 |

BARBERS HILL INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10130
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $1883.70 UNLIQ |
|---|---|---|

BARBERS HILL ISD
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7269
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| SECURED | Claimed: | $4132.99 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BARBERS HILL ISD<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | | | Claim Number: 7288<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| SECURED | Claimed: | $4132.99 | | | | | |
| BARBERS HILL ISD, ET AL<br>ELIZABETH BANDA & BRUCE MEDLEY<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | | | Claim Number: 10867<br>Claim Date: 02/01/2007<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>copy | | | | |
| SECURED | Claimed: | $6803.05 | | | | | |
| BARBERS HILL ISD, ET AL<br>ELIZABETH BANDA & BRUCE MEDLEY<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | | | Claim Number: 10868<br>Claim Date: 02/06/2007<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8878 (02/19/2008) | | | | |
| SECURED | Claimed: | $6803.05 | | | | | |
| BARBERS HILL ISD, ET AL<br>ELIZABETH BANDA & BRUCE MEDLEY<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | | | Claim Number: 10871<br>Claim Date: 02/07/2007<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (02/19/2008) | | | | |
| SECURED | Claimed: | $6803.05 | | | | | |
| BARBO MACHINERY CO INC-OR,<br>4617 SE MILWAUKIE AVE<br>PORTLAND, OR 97202 | | | Claim Number: 2172<br>Claim Date: 02/26/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $258.86 | Scheduled: | $258.86 | Allowed: | $258.86 | |
| BARBO MACHINERY CO. INC.<br>4617 S E MILWAUKIE AVENUE<br>PORTLAND, OR 97202 | | | Claim Number: 9494<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $258.86 | | | | | |
| BARBOUR, DAVID<br>DONALD D. BROWN<br>803 STUBENVILLE AVE<br>CAMBRIDGE, OH 43725 | | | Claim Number: 7531<br>Claim Date: 07/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7250.00 | Scheduled: | $0.00 UNLIQ | | | |

---

BARBOUR, DAVID
DONALD D. BROWN
803 STUBENVILLE AVE
CAMBRIDGE, OH 43725

Claim Number: 7530
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7250.00 | Scheduled: | $0.00 UNLIQ | | |

---

BARBOUR, JANETLEE & PAUL
4448 IRVING ROAD
JACKSONVILLE, FL 32226

Claim Number: 6441
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7275.00 | | Allowed: | $7275.00 |

---

BARDSTOWN IND SCHOOL
308 NORTH 5TH ST
BARDSTOWN, KY 40004

Claim Number: 3604
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $326.48 |

---

BAREFOOT OIL CO
PO BOX 1173
ALBEMARLE, NC 28002-1173

Claim Number: 1392
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1201.60 |
| UNSECURED | Claimed: | $599.60 |

---

BAREFOOT OIL CO,
PO BOX 1173
ALBEMARLE, NC 28002-1173

Claim Number: 1389
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1201.60 | | | | |
| UNSECURED | Claimed: | $599.60 | Scheduled: | $1201.60 | Allowed: | $1801.20 |

---

BAREFOOT OIL CO,
PO BOX 1173
ALBEMARLE, NC 28002-1173

Claim Number: 7840
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1201.60 |

---

BAREFORD GARY S,
2508 BRANCH RD
RALEIGH, NC 27610

Claim Number: 5104
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3210.00 | | | |
| UNSECURED | | | Scheduled: | $905.00 | |

---

| BARENBERG, JAMES<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6998<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| BARFIELD, ADA EVETTE<br>C/O BYRD AND ASSOCIATES, PLLC<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 6598<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1742.06 |

| BARNES JOHN N<br>521 FIFTH ST<br>LAWRENCEBURG, TN 38464 | Claim Number: 4901<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $3312.00 |
|---|---|---|

| BARNES PRESTON SCOTT,<br>3208 AMHERST DRIVE<br>FLORENCE, SC 29506 | Claim Number: 1533<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $250.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $250.00 | Allowed: | $250.00 |

| BARNES, DANNY/BETTY<br>P.O. BOX 626<br>BASSFIELD, MS 39421 | Claim Number: 598<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7744 (05/09/2005) |
|---|---|

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

| BARNES, DARRYL & SUSAN<br>C/O LAWRENCE B. VOIT<br>SILVER, VOIT & THOMPSON<br>4317 -A MIDMOST DRIVE<br>MOBILE, AL 36609-5589 | Claim Number: 1225<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7448 (01/28/2005) |
|---|---|

| UNSECURED | Claimed: | $2500000.00 |
|---|---|---|

| BARNES, DARRYL & SUSAN<br>C/O JOHN W. PARKER<br>4332-D BOULEVARD PARK SOUTH<br>MOBILE, AL 36609 | Claim Number: 10658<br>Claim Date: 12/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $23767.00 |
|---|---|---|

---

BARNES, DONALD W. & ALVENA
40887 N. CHISOLM TRAIL
QUEEN CREEK, AZ 85242

Claim Number: 4035
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $3200.00 | | | |
|---|---|---|---|---|---|

---

BARNES, DOROTHY E.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3514
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

---

BARNES, JULIAN G
239 W CARROLLTON AVE
SALEM, VA 241532641

Claim Number: 2165
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $400.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: $400.00 | Allowed: | $400.00 |

---

BARNES, RUBY L
PO BOX 1531
PITTSBURG, CA 94565

Claim Number: 9006
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $3420.42 | |
|---|---|---|---|

---

BARNES, RUBY L. & WILLIE C.
10874 KNOLL DRIVE
VALLEY SPRINGS, CA 95252

Claim Number: 4800
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $3260.42 | |
|---|---|---|---|
| UNSECURED | | | Scheduled: $560.95 |

---

BARNES, RUBY L. & WILLIE C.
PO BOX 1531
PITTSBURG, CA 94565

Claim Number: 4799
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $3260.42 | |
|---|---|---|---|

---

BARNES, RUBY L. & WILLIE C.
PO BOX 1531
PITTSBURG, CA 94565

Claim Number: 8934
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $3420.42 | |
|---|---|---|---|

---

BARNES, RUBY L. & WILLIE C.
10874 KNOLL DRIVE
VALLEY SPRINGS, CA 95252

Claim Number: 9005
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $3420.42 | | | |
|---|---|---|---|---|---|

BARNETT, JAMES & DEBRA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6905
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

BARNEYS SUPPLY
109 MUNHOLLON DR
NIXA, MO 65714

Claim Number: 7553
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $418.95 | Scheduled: | $418.95 | Allowed: | $418.95 |
|---|---|---|---|---|---|---|

BARNEYS SUPPLY
109 MUNHOLLON DR
NIXA, MO 65714

Claim Number: 8354
Claim Date: 11/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $418.95 | | | |
|---|---|---|---|---|---|

BARNHILL LARRY
2950 SAM POTTS HWY
HALLSBORO, NC 28442

Claim Number: 6837
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $100.00 | | | |
|---|---|---|---|---|---|

BARNHILL LARRY
2950 SAM POTTS HWY
HALLSBORO, NC 28442

Claim Number: 9379
Claim Date: 02/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4165 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $100.00 | | | |
|---|---|---|---|---|---|

BARNHILL LARRY,
2950 SAM POTTS HWY
HALLSBORO, NC 28442

Claim Number: 6836
Claim Date: 05/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $100.50 | Scheduled: | $100.00 DISP | Allowed: | $100.50 |
|---|---|---|---|---|---|---|

---

BARNWELL & COMPANY LLC,
3475 LENOX RD
SUITE 710
ATLANTA, GA 30326

Claim Number: 832
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $9615.00 | Scheduled: | $9615.00 | Allowed: | $9615.00 |
|---|---|---|---|---|---|---|

BARNWELL & COMPANY, LLC
3475 LENOX ROAD, STE 710
ATLANTA, GA 30326

Claim Number: 10590
Claim Date: 09/16/2004
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $17057.00 |
|---|---|---|

BARNWELL COUNTY TAX COLLECTOR
57 WALL STREET RM 221
BARNWELL, SC 29812

Claim Number: 7904
Claim Date: 11/04/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $430.30 |
|---|---|---|

BARON TELECOMMUNICATIONS
1204 RAILROAD AVE, #101
BELLINGHAM, WA 98225

Claim Number: 8555
Claim Date: 11/17/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $506.66 |
|---|---|---|

BARR REMODELING & CONTRACTING INC-AZ,
PO BOX 1050
LITCHFIELD PARK, AZ 85340

Claim Number: 1401
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1527.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $690.00 | Scheduled: | $2217.00 | Allowed: | $2217.00 |

BARRETT & DEACON, P.C.
ATTN: D.P. MARSHALL, JR.
P.O. BOX 1700
JONESBORO, AR 72403

Claim Number: 279
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2158.41 UNLIQ |
|---|---|---|

BARRETT APPLIANCE DISTRIBUTORS INC,
PO BOX 5317
BOSSIER CITY, LA 71171

Claim Number: 3700
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2723.24 | Scheduled: | $2723.54 | Allowed: | $2723.24 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| BARRIENTOS, MAURA<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5685<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| BARRINGTON, CAROLYN<br>2000 5TH ST SE<br>MOULTRIE, GA 31768 | | Claim Number: 8589<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.00 |

| | | |
|---|---|---|
| BARRON IRENE<br>6905 POINT NORTH DR<br>AUSTIN, TX 78724 | | Claim Number: 2220<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $875.00 |

| | | |
|---|---|---|
| BARRON, ALAN<br>188 OLD STEWART RD<br>FORSYTH, GA 31029 | | Claim Number: 8591<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $800.00 |

| | | |
|---|---|---|
| BARRON, IRENE<br>6905 POINT NORTH DR<br>AUSTIN, TX 78724 | | Claim Number: 2221<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $875.00 | | | |
| UNSECURED | | | Scheduled: $875.00 | Allowed: | $875.00 |

| | | |
|---|---|---|
| BARRY COUNTY RECORDERS OFFICE,<br>700 MAIN ST STE 6<br>CASSVILLE, MO 65625 | | Claim Number: 1409<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26.00 | Scheduled: $26.00 | Allowed: | $26.00 |

| | | |
|---|---|---|
| BARRY E. CHAFFIN ELECTRIC CO.<br>P.O. BOX 2543<br>SALISBURY, NC 28145-2543 | | Claim Number: 10326<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1284.30 |

---

BARRYS MOBILE HOME SERVICE,
119 N 125TH EAST AVE
TULSA, OK 74116

Claim Number: 2180
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1825.00 | Scheduled: | $1825.00 | Allowed: | $1825.00 |

---

BARTLESVILLE EXAMINER ENTERPRISE,
DBA BARTLESVILLE EXAMINER
ENTERPRISE P O BOX 1278
BARTLESVILLE, OK 74005

Claim Number: 5487
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $343.20 | Scheduled: | $342.40 | Allowed: | $343.20 |

---

BARTLEY, ALAN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5686
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

BARTOSH, DIANNA K.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5687
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

BARTOSH, RICHARD
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5688
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $6167.31 UNLIQ |

---

BARTOW COUNTY TAX COMMISIONER
135 W CHEROKEE AVE #217 A
CARTERSVILLE, GA 30120

Claim Number: 4065
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $172.72 |

---

BARTS, R C
2633 OLD MINTZ HWY
ROSEBORO, NC 28382

Claim Number: 8148
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100.00 |

---

---

BASIC COMPONENETS, INC.
1201 S. SECOND AVENUE
MANSFIELD, TX 76063

Claim Number: 10067
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $47804.65 |
| --- | --- | --- |

---

BASIC COMPONENTS, INC,
1201 S. SECOND AVE.
MONSFIELD, TX 76063

Claim Number: 10339
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $9228.57 |
| --- | --- | --- |

---

BASS EARL,
1050 BASS ROAD
NASHVILLE, NC 27856

Claim Number: 1121
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $380.00 | Scheduled: | $380.00 DISP | Allowed: | $380.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

BASTROP COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5385
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $4160.57 |
| --- | --- | --- |

---

BASTROP COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6306
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $4160.57 |
| --- | --- | --- |

---

BASTROP COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6751
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $4160.57 |
| --- | --- | --- |

---

BASTROP INDENPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6750
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $7989.25 |
| --- | --- | --- |

---

BASTROP INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5384
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $7989.25 |
| --- | --- | --- |

---

| | | |
|---|---|---|
| BASTROP INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF HENRY G. STEEN, JR., P.C.<br>STEEN BUILDING, SUITE 306<br>3001 N. LAMAR BLVD.<br>AUSTIN, TX 78705 | Claim Number: 6305<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

SECURED          Claimed:          $7989.25

| | | |
|---|---|---|
| BATCHELOR SUPPLY, INC<br>DURWOOD BATCHELOR<br>143 HEIN DR<br>GARNER, NC 27529 | Claim Number: 10766<br>Claim Date: 08/05/2005<br>Debtor: OAKWOOD HOMES CORPORATION | |

UNSECURED          Claimed:          $37000.00

| | | |
|---|---|---|
| BATCHELOR SUPPLY, INC.<br>143 HEIN DRIVE<br>GARNER, NC 27529 | Claim Number: 9853<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

ADMINISTRATIVE          Claimed:          $26356.72

| | | |
|---|---|---|
| BATCHELOR SUPPLY, INC.<br>143 HEIN DRIVE<br>GARNER, NC 27529 | Claim Number: 9854<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | |

ADMINISTRATIVE          Claimed:          $26356.72

| | | |
|---|---|---|
| BATES, BURT & RUBY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6906<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

UNSECURED          Claimed:          $74999.00          Allowed:          $74999.00

| | | |
|---|---|---|
| BATES, MICHAEL & SHEILA<br>C/O BRIAN MCDANIEL<br>MCDANIEL & GESS<br>P.O. BOX 2085<br>BEAUFORT, SC 29901 | Claim Number: 2152<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7448 (01/28/2005) | |

UNSECURED          Claimed:          $195000.00 UNLIQ

| | | |
|---|---|---|
| BATES, MICHAEL & SHEILA<br>C/O BRIAN MCDANIEL<br>MCDANIEL & GESS<br>P.O. BOX 2085<br>BEAUFORT, SC 29901 | Claim Number: 2153<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

UNSECURED          Claimed:          $195000.00 UNLIQ

| | | |
|---|---|---|
| BATES, MICHAEL & SHEILA<br>C/O BRIAN MCDANIEL<br>MCDANIEL & GESS<br>P.O. BOX 2085<br>BEAUFORT, SC 29901 | Claim Number: 1846<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

UNSECURED          Claimed:          $195000.00 UNLIQ

---

BATES, MICHAEL & SHEILA
C/O BRIAN MCDANIEL, ATTY
MCDANIEL & GESS
P.O. BOX 2085
BEAUFORT, SC 29901

Claim Number: 10683
Claim Date: 12/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17500.00 |
|---|---|---|

---

BATHCREST OF SOUTHERN OREGON INC
4426 DENVER AVE
KLAMATH FALLS, OR 97603

Claim Number: 3395
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $90.00 |
|---|---|---|

---

BATHCREST OF SOUTHERN OREGON INC,
606 S 6TH ST
KLAMATH FALLS, OR 97603

Claim Number: 3396
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $90.00 | Scheduled: | $90.00 | Allowed: | $90.00 |
|---|---|---|---|---|---|---|

---

BATMAN SIGN ART
PO BOX 667
SAINT ALBANS, WV 25177

Claim Number: 4894
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $143.10 | Scheduled: | $143.10 | Allowed: | $143.10 |
|---|---|---|---|---|---|---|

---

BATTERTON, LINDA
NICHOLAS C. WISEMAN
LONCAR & ASSOCIATES
10440 N.CENTRAL EXPY
DALLAS, TX 75231

Claim Number: 9145
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3830 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $300000.00 |
|---|---|---|

---

BAUER RANDY,
17568 S DUPONT HWY
EAST HARRINGTON, DE 19952

Claim Number: 1096
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $796.95 | Scheduled: | $526.95 | Allowed: | $796.95 |
|---|---|---|---|---|---|---|

---

BAUMGARTE, TERRY
1879 BENDER LN
ARNOLD, MO 630101269

Claim Number: 4986
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN
DOCKET: 2495 (11/26/2003)

| SECURED | Claimed: | $135724.00 |
|---|---|---|

---

BAXLEYS BESTWAY TRANSPORTATION,
1775 NORTH PIKE EAST
SUMTER, SC 29150

Claim Number: 4032
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1980.00 | Scheduled: | $1980.00 | Allowed: | $1980.00 |
|---|---|---|---|---|---|---|

---

---

| BAXTER OIL-GA,<br>PO BOX 694<br>MOULTRIE, GA 31776 | Claim Number: 1395<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $1086.71 | Scheduled: | $1086.71 | Allowed: | $1086.71 |

---

| BAXTER, SHEILAH & DAVID<br>170 BAXTER DR<br>LA FAYETTE, GA 30728 | Claim Number: 10860<br>Claim Date: 11/24/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

| SECURED | Claimed: | $5408.87 |

---

| BAXTER, SHEILAH & DAVID<br>170 BAXTER DR<br>LA FAYETTE, GA 30728 | Claim Number: 10869<br>Claim Date: 02/09/2007<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1000.00 |

---

| BAXTER, ULYSSES A. & EVA<br>148 INDIAN RUNNER ROAD<br>FELTON, DE 19943 | Claim Number: 9862<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1700.00 |

---

| BAXTER, ULYSSES A. & EVA<br>148 INDIAN RUNNER ROAD<br>FELTON, DE 19943 | Claim Number: 10528<br>Claim Date: 07/08/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1700.00 |

---

| BAY COUNTY TAX COLLECTOR<br>PEGGY C. BRANNON<br>C/O JERRY W. GERDE, ESQ.<br>239 E. 4TH STREET<br>PANAMA CITY, FL 32401 | Claim Number: 9875<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $2542.41 |

---

| BAY KING WARDROBE DOOR<br>PO BOX 402856<br>HESPERIA, CA 92340 | Claim Number: 2178<br>Claim Date: 02/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| BAY KING WARDROBE DOOR<br>PO BOX 402856<br>HESPERIA, CA 92340 | Claim Number: 8673<br>Claim Date: 11/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $2123.19 |

---

---

| BAY LAND DEVELOPMENT INC<br>P O BOX 8002<br>PANAMA CITY, FL 32409 | Claim Number: 8383<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $2540.72<br>UNSECURED | | Allowed:  $781.76<br>Allowed:  $1758.96 | |

---

| BAYTOWN LOCK SERVICE<br>PO BOX 2533<br>BAYTOWN, TX 77522 | Claim Number: 1590<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED  Claimed:  $47.99 | Scheduled:  $47.99 | Allowed:  $47.99 | |

---

| BB MOBILE HOMES<br>116 MIDNIGHT SUN DR.<br>EL PASO, TX 79927 | Claim Number: 10643<br>Claim Date: 11/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
|---|---|---|---|
| ADMINISTRATIVE  Claimed:  $1487.50 | | | |

---

| BB'S LAWN CARE<br>DBA BB'S LAWN CARE<br>1113 N SPRING GARDEN CIRCLE<br>RALEIGH, NC 27603 | Claim Number: 6761<br>Claim Date: 04/29/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED  Claimed:  $1025.00 | | | |

---

| BBC DISTRIBUTION, LLC<br>C/O BAKER & DANIELS<br>317 W. FRANKLIN STREET, P.O. BOX 507<br>ATTN: CHRISTOPHER J. SPATARO<br>ELKHART, IN 46515 | Claim Number: 845<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY  Claimed:  $105508.27<br>UNSECURED  Claimed:  $215.92 | | | |

---

| BBC DISTRIBUTION, LLC<br>BAKER & DANIELS<br>205 W JEFFERSON BLVD., #250<br>SOUTH BEND, IN 46601 | Claim Number: 5212<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED  Claimed:  $105084.53 | Scheduled:  $104228.16 | Allowed:  $40084.53 | |

---

| BBC DISTRIBUTION, LLC<br>C/O BAKER & DANIELS<br>317 W. FRANKLIN STREET, P.O. BOX 507<br>ATTN: CHRISTOPHER J. SPATARO<br>ELKHART, IN 46515 | Claim Number: 5213<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | |
|---|---|---|---|
| UNSECURED  Claimed:  $639.66 | Scheduled:  $981.12 | Allowed:  $639.66 | |

---

BBC DISTRIBUTION, LLC
C/O BAKER & DANIELS
317 W. FRANKLIN STREET, P.O. BOX 507
ATTN: CHRISTOPHER J. SPATARO
ELKHART, IN 46515

Claim Number: 10010
Claim Date: 05/20/2004
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $195932.46 | | Allowed: | $98616.44 |
|---|---|---|---|---|---|

---

BC SALES COMPANY-INC.
2395 SW 1ST AVE
FRUITLAND, ID 83619

Claim Number: 1699
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $642.42 |
|---|---|---|

---

BD MORGAN INC
PO BOX 579
BATTLEBORO, NC 27809

Claim Number: 3428
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $417.50 |

---

BEALE MICHAELS & SLACK, P.C.
ATTN: NORMAN HALL
1440 E. MISSOURI AVE
PHOENIX, AZ 85014

Claim Number: 7561
Claim Date: 07/07/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2234.38 |
|---|---|---|

---

BEAR CARE INC,
P O BOX 441
GARDNER, KS 66030

Claim Number: 4481
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $2067.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $810.75 |

---

BEAR CREEK VALLEY SANITARY AUT
P O BOX 3130
CENTRAL POINT, OR 975020005

Claim Number: 1722
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $20.74 |
|---|---|---|

---

BEAUFORT COUNTY TAX COLLECTOR
P.O. BOX 487
BEAUFORT, SC 29901

Claim Number: 547
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $263.30 | | Allowed: | $223.41 |
|---|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| BEAUFORT GAZETT<br>PO BOX 399<br>1556 SALEM RD<br>BEAUFORT, SC 29901 | | | Claim Number: 1199<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $879.68 | | | |
| BEAVERS HOME SERVICE<br>41420 DIXON DRIVE<br>HEMET, CA 92544 | | | Claim Number: 10253<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4653 (10/08/2004) | | |
| ADMINISTRATIVE | Claimed: | $2086.25 | | | |
| BECK & CASSINIS, P.C.<br>3025 S PARKER ROAD #200<br>AURORA, CO 80014 | | | Claim Number: 6347<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $3987.80 | Scheduled: | $3865.36 | |
| BECK AND CASSINIS P C,<br>3025 S PARKER RD STE 200<br>AURORA, CO 80014 | | | Claim Number: 4734<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | |
| UNSECURED | Claimed: | $10340.70 | Scheduled: | $6760.34 DISP CONT | |
| BECKELHEIMER, AGNES A.<br>632 POPLAR DRIVE<br>CROSSVILLE, TN 38571 | | | Claim Number: 7403<br>Claim Date: 06/16/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3365 (01/16/2004) | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |
| BECKELHEIMER, AGNES A.<br>632 POPLAR DR<br>CROSSVILLE, TN 38571 | | | Claim Number: 7254<br>Claim Date: 05/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| BECKELHEIMER, AGNES A.<br>632 POPLAR DR<br>CROSSVILLE, TN 38571 | | | Claim Number: 9011<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | |
| ADMINISTRATIVE | Claimed: | $7500.00 | | | |
| BECKELHEIMER, AGNES A.<br>632 POPLAR DRIVE<br>CROSSVILLE, TN 38571 | | | Claim Number: 9295<br>Claim Date: 12/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $7500.00 | | Allowed: | $7500.00 |

| | | | |
|---|---|---|---|
| BECKER, FRANK AND TINA<br>D NEIL HARRIES & ASSOCIATES PA<br>P O BOX 306<br>PASCAGOULA, MS 39568 | | | Claim Number: 4977<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| UNSECURED | Claimed: | $150000.00 | |
| BECKER, FRANK AND TINA<br>C/O D. NEIL HARRIS & ASSOCIATES PA<br>P.O. BOX 306<br>PASCAGOULA, MS 39568 | | | Claim Number: 10623<br>Claim Date: 10/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $8500.00 | |
| BECKHAM BROTHERS,<br>P. O. DRAWER X<br>PERRY, GA 31069 | | | Claim Number: 4158<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $170405.22 | |
| BECKHAM FAMILY LTD PARTNERSHIP<br>P.O. DRAWER X<br>PERRY, GA 31069 | | | Claim Number: 4157<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $170405.22 | |
| BECKLEY NEWSPAP<br>BOX 2398<br>BECKLEY, WV 25802 | | | Claim Number: 7994<br>Claim Date: 11/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $1074.73 | |
| BECKLEY NEWSPAP,<br>BOX 2398<br>BECKLEY, WV 25802 | | | Claim Number: 1106<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
| SECURED<br>UNSECURED | Claimed: | $1074.73 | |
| | | Scheduled: $2201.91 | Allowed: $1074.73 |
| BECKNER CONST<br>8553 OLD MILL DRIVE<br>ROANOKE, VA 24019 | | | Claim Number: 3671<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $2800.00 | |

| | | | | |
|---|---|---|---|---|
| BECKNER CONSTRUCTION<br>8553 OLD MILL DRIVE<br>ROANOKE, VA 24019 | | | Claim Number: 9823<br>Claim Date: 05/11/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
| ADMINISTRATIVE | Claimed: | $2800.00 | | |

| | | | | |
|---|---|---|---|---|
| BECKNER CONSTRUCTION<br>8553 OLD MILL DRIVE<br>ROANOKE, VA 24019 | | | Claim Number: 10372<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |
| ADMINISTRATIVE | Claimed: | $3300.00 | | |

| | | | | |
|---|---|---|---|---|
| BECKUM, LAV-TORSHA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3224<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
| PRIORITY<br>UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

| | | | | |
|---|---|---|---|---|
| BECKUM, LAV-TORSHA<br>C/O ROY A. PERKINS, ESQ.<br>82 PLAZA - SUITE 104<br>PO BOX 678<br>STARKVILLE, MS 39760-0678 | | | Claim Number: 5379<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7833 (05/31/2005) | |
| UNSECURED | Claimed: | $15000.00 | | |

| | | | | |
|---|---|---|---|---|
| BECQUER, RAYMOND<br>3121 AZLE AVE.<br>FORT WORTH, TX 76106 | | | Claim Number: 10505<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | |
| ADMINISTRATIVE | Claimed: | $8469.44 | | |

| | | | | |
|---|---|---|---|---|
| BEDFORD MOBILE HOMES, INC.<br>2685 BIG ISLAND HIGHWAY<br>BEDFORD, VA 24523 | | | Claim Number: 10237<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |
| ADMINISTRATIVE | Claimed: | $15740.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEDFORD READYD,<br>PO BOX 10066<br>LYNCHBURG, VA 24506-0066 | | | Claim Number: 965<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $618.56 | Scheduled: | $584.00 | Allowed: | $618.56 |

| BEHMER SUE,<br>PO BOX 405<br>OLIVIA, NC 28368 | | | Claim Number: 1406<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 | Allowed: | $340.00 |

| BEHMER, SUE<br>PO BOX 405<br>OLIVIA, NC 28368 | | | Claim Number: 8427<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $340.00 | | | | |

| BELCHER MOBILE HOME MOVING<br>PO BOX 2559<br>PIKEVILLE, KY 41502 | | | Claim Number: 9133<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5225.00 | | | | |

| BELCHER MOBILE HOME MOVING,<br>PO BOX 2559<br>PIKEVILLE, KY 41502 | | | Claim Number: 3401<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5225.00 | Scheduled: | $5225.00 | Allowed: | $5225.00 |

| BELFAIR BOBS LOCKSMITH SERVICE,<br>DBA BELFAIR BOBS LOCKSMITH SERVICE<br>PO BOX 2210<br>BELFAIR, WA 98528 | | | Claim Number: 854<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $278.87 | Allowed: | $278.87 |

| BELL COUNTRY HOMES PAGOSA SPRINGS INC<br>55 MEADOWS DRIVE<br>PAGOSA SPRINGS, CO 81147 | | | Claim Number: 5394<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | Allowed: | $125.00 |

| BELL COUNTY, KENTUCKY<br>NEIL WARD, BELL COUNTY ATTORNEY<br>P.O. BOX 220<br>PINEVILLE, KY 40977 | | | Claim Number: 520<br>Claim Date: 02/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $318.58 | | | | |
| UNSECURED | Claimed: | $13.97 | | | | |

---

BELL LINDA
1542 SHILLINGS BRIDGE RD
ORANGEBURG, SC 29115

Claim Number: 2000
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $1200.00 | |
|---|---|---|---|

---

BELL ORR AYERS & MOORE PSC
P O BOX 738
BOWLING GREEN, KY 42102

Claim Number: 8917
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $86.25 | |
|---|---|---|---|

---

BELL ORR AYERS & MOORE PSC
P O BOX 738
BOWLING GREEN, KY 42102

Claim Number: 8918
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $229.50 | |
|---|---|---|---|

---

BELL, BOBBY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4268
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |
|---|---|---|---|---|

---

BELL, DOMINIQUE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5689
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

BELL, JR., WILLIE H.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5690
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2662.50 UNLIQ |

---

BELL, STEPHEN L
858 JASON RD
LA GRANGE, NC 28551

Claim Number: 9244
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $140.00 | |
|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| BELLSOUTH<br>CONSOLIDATED BNKRPTCY CENTER<br>301 W BAY ST<br>ROOM 29EF1<br>JACKSONVILLE, FL 32202 | | | Claim Number: 3997<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $29763.30 | | | |
| BELLSOUTH<br>CONSOLIDATED BNKRPTCY CENTER<br>301 W BAY ST<br>ROOM 29DF1<br>JACKSONVILLE, FL 32202 | | | Claim Number: 3999<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $1931.21 | | Allowed: | $1931.21 |
| BELLSOUTH<br>REGIONAL BANKRUPTCY CENTER<br>29EF1-301 W. BAY STREET<br>JACKSONVILLE, FL 32202 | | | Claim Number: 4333<br>Claim Date: 03/18/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | |
| UNSECURED | Claimed: | $118.19 | | Allowed: | $118.19 |
| BELLSOUTH<br>REGIONAL BANKRUPTCY CENTER<br>29EF1-301 W. BAY STREET<br>JACKSONVILLE, FL 32202 | | | Claim Number: 4334<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $29564.22 | | Allowed: | $29564.22 |
| BELLSOUTH<br>REGIONAL BANKRUPTCY CENTER<br>29EF1-301 W. BAY STREET<br>JACKSONVILLE, FL 32202 | | | Claim Number: 4335<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $80.89 | | Allowed: | $80.89 |
| BELLSOUTH COMMUNICATION SYSTEM, LLC<br>PO BOX 5455<br>ROANOKE, VA 24012 | | | Claim Number: 2883<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $33952.47 | | Allowed: | $33952.47 |
| BELTON MOBILE HOME ESTATES<br>373 SWIFT CREEK RD<br>RAEFORD, NC 28376 | | | Claim Number: 425<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $400.00 | | | |
| BELZ, DAVID<br>CASCADE NATURAL GAS CORPORATION<br>222 FARIVIEW AVENUE NORTH<br>SEATTLE, WA 98109 | | | Claim Number: 3365<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $870.67 | | | |

---

BEMIS APPL                              Claim Number: 688
1423 SO. 1ST STREET                     Claim Date: 02/18/2003
YAKIMA, WA 98901                        Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1159.49 |
|---|---|---|

---

BEN BOLT - PALITO BLANCO ISD            Claim Number: 8654
LORI ROBERTSON                          Claim Date: 11/18/2003
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  Debtor: OAKWOOD HOMES CORPORATION
1949 SOUTH IH 35 (78741) PO BOX 17428   Comments: ALLOWED
AUSTIN, TX 78760-7428                   DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $459.87 |
|---|---|---|

---

BEN BOLT - PALITO BLANCO ISD            Claim Number: 8655
LORI ROBERTSON                          Claim Date: 11/18/2003
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  Debtor: OAKWOOD HOMES CORPORATION
1949 SOUTH IH 35 (78741) PO BOX 17428   Comments: ALLOWED
AUSTIN, TX 78760-7428                   DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $467.33 |
|---|---|---|

---

BENAVIDES, CRISTOBAL A.                  Claim Number: 5691
STEVEN K. KORTANEK, ESQ.                 Claim Date: 03/27/2003
919 N. MARKET STREET, STE. 1000          Debtor: OAKWOOD HOMES CORPORATION
WILMINGTON, DE 19801                     Comments: EXPUNGED
                                         DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

BENNAMAN, JOHN W.                        Claim Number: 3515
C/O BYRD AND ASSOCIATES, PLLC            Claim Date: 05/27/2005
ATTN: SUZANNE KEYS                       Debtor: OAKWOOD HOMES CORPORATION
P.O. BOX 19                              Comments: ALLOWED
JACKSON, MS 39205-0019                   DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

---

BENNETT JAMES R                          Claim Number: 4591
48828 A CLODFELTER RD                    Claim Date: 03/24/2003
ALBEMARLE, NC 28001                      Debtor: OAKWOOD HOMES CORPORATION
                                         Comments: ALLOWED

| PRIORITY | Claimed: | $4525.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $4525.00 |

---

BENNETT TECHNOLOGY GROUP LLC,            Claim Number: 4382
PO BOX 569                               Claim Date: 03/21/2003
MCDONOUGH, GA 30253                      Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $10000.00 | Scheduled: | $10000.00 | Allowed: | $10000.00 |
|---|---|---|---|---|---|---|

---

| | | |
|---|---|---|
| BENNETT TRUCK TRANSPORT<br>1001 INDUSTRIAL PARKWAY<br>PO BOX 569<br>MCDONOUGH, GA 30253 | | Claim Number: 10327<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
| ADMINISTRATIVE | Claimed: | $1157446.60 |

| | | |
|---|---|---|
| BENNETT TRUCK TRANSPORT<br>P.O. BOX 569<br>1001 INDUSTRIAL PARKWAY<br>MCDONOUGH, GA 30253 | | Claim Number: 10426<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $49238.05 |

| | | |
|---|---|---|
| BENNETT, JAMES<br>48828A CLODFELTER ROAD<br>ALBEMARLE, NC 28001 | | Claim Number: 9741<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $4525.00 |

| | | |
|---|---|---|
| BENNETT, LEROY<br>9256 HINES VALLEY ROAD<br>LENOIR CITY, TN 37771 | | Claim Number: 9759<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $199.93 |

| | | |
|---|---|---|
| BENNETTS TRAILER PARK<br>1706 WEST END CTS<br>OPELIKA, AL 36801 | | Claim Number: 8396<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| ADMINISTRATIVE | Claimed: | $90.00 UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| BENNIE'S T.V. &,<br>2501 NW LOOP 410 STE A<br>SAN ANTONIO, TX 782305369 | | | Claim Number: 3951<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY | Claimed: | $8084.11 | | | | |
| UNSECURED | | | Scheduled: | $6226.66 | Allowed: | $8084.11 |

| | | | | |
|---|---|---|---|---|
| BENOIT, TROY<br>BARRY DOMINIQUE<br>SIMON LAW OFFICES<br>PO BOX 52242<br>LAFAYETTE, LA 70505 | | | Claim Number: 7390<br>Claim Date: 06/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

| BENOIT, TROY<br>BARRY DOMINIQUE<br>SIMON LAW OFFICES<br>PO BOX 52242<br>LAFAYETTE, LA 70505 | Claim Number: 7391<br>Claim Date: 06/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 4235 (07/06/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| BENSON PROPERTIES INC,<br>755 SUMMIT DRIVE<br>SHELBYVILLE, KY 40065 | Claim Number: 2391<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1120.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $448.00 DISP |

---

| BENTON COUNTY COLLECTOR<br>215 E CENTRAL<br>BENTONVILLE, AR 72712-5270 | Claim Number: 8554<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | Claimed: | $14248.13 | Allowed: | $11072.13 |
|---|---|---|---|---|

---

| BENTON COUNTY TREASURER,<br>BENTON COUNTY PROSECUTING ATTORNEY<br>7320 WEST QUNAULT<br>KENNEWICK, WA 99336 | Claim Number: 3707<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $6839.00 |

---

| BENTON COUNTY TREASURER,<br>PO BOX 630<br>PROSSER, WA 99350 | Claim Number: 7647<br>Claim Date: 07/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

| BENTONO COUNTY COLLECTOR<br>215 E. CENTRAL<br>BENTONVILLE, AR 72712 | Claim Number: 10585<br>Claim Date: 09/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $12622.97 |
|---|---|---|

---

| BERDING & WEIL LLC,<br>IN TRUST FOR PAUL GREEN ET.AL.<br>3240 STONE VALLEY RD<br>DANVILLE, CA 94507-1558 | Claim Number: 10633<br>Claim Date: 10/26/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $30000.00 |
|---|---|---|

---

---

BERKELEY ELECTRIC COOP INC,
P O BOX 1234
MONCKS CORNER, SC 29461-1234

Claim Number: 2500
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $864.92 | | | | | |
| UNSECURED | | | Scheduled: | $362.71 | | Allowed: | $864.92 |

---

BERMEA, MARK
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5692
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

BERNALILLO COUNTY
P O BOX 269
ALBUQUERQUE, NM 871030269

Claim Number: 2142
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1048.68 |
| UNSECURED | Claimed: | $50.04 |

---

BERNALILLO COUNTY TREASURER
PO BOX 627
ALBURQUERQUE, NM 87103-0627

Claim Number: 431
Claim Date: 02/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $230.75 |

---

BERNALILLO COUNTY TREASURER
PO BOX 627
ALBURQUERQUE, NM 87103-0627

Claim Number: 432
Claim Date: 02/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $606.98 | | |
| UNSECURED | | | Scheduled: | $235.84 |

---

BERNALILLO COUNTY TREASURER
PO BOX 627
ALBURQUERQUE, NM 87103-0627

Claim Number: 433
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $393.46 |

---

BERNARD HODES GROUP
PO BOX 751741
CHARLOTTE, NC 28275

Claim Number: 2098
Claim Date: 02/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18445.39 | Scheduled: | $11221.44 | | Allowed: | $18445.39 |

---

BERNARD, DIANNE
C/O CHARLES RUSH
P.O. 53713
ATTN: RUSH, RUSH & CALOGER
LAFAYETTE, LA 70505

Claim Number: 4145
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7448 (01/28/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125000.00 |

BERNARD, DIANNE
C/O CHARLES M. RUSH
P.O. 53713
LAFAYETTE, LA 70505

Claim Number: 10664
Claim Date: 12/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6000.00 |

BERNARDS HOME SERVICE
DBA:BERNARDS HOME SERVICE
4198 NC HWY 10 WEST
HICKORY, NC 28602

Claim Number: 1578
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2366.66 | Scheduled: | $2366.66 | Allowed: | $2366.66 |

BERNARDS HOME SERVICE
DBA:BERNARDS HOME SERVICE
4198 NC HWY 10 WEST
HICKORY, NC 28602

Claim Number: 1577
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2366.66 |

BERRY & HEDRICK, OWNER
358 KIMBROUGH RD
CLARKSVILLE, TN 37043

Claim Number: 505
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $317.00 | Allowed: | $317.00 |

BERRY, CHERYL BETH
55 CITY HALL STREET
NAUGATUCK, CT 06770

Claim Number: 9409
Claim Date: 03/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $91376.66 |

BERTINO, VIRGINIA A.
12540 W. EASTER PLACE
TUCSON, AZ 85736

Claim Number: 10007
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $42270.00 |

---

BERTINO, VIRGINIA A.
C/O LISA ANNE SMITH
DECONCINI, MCDONALD, YETWIN ET AL
2525 E. BROADWAY BLVD.
TUCSON, AZ 85716

Claim Number: 10726
Claim Date: 04/27/2005
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $5500.00 |
| --- | --- | --- |

---

BESI INC
BRAGG
522 BRADSHAW RD
AUSTIN, KY 421239767

Claim Number: 8081
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1025.00 |
| --- | --- | --- |

---

BESI, INC.
620 BRADSHAW ROAD
AUSTIN, KY 42123

Claim Number: 10493
Claim Date: 06/25/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $1025.00 |
| --- | --- | --- |

---

BEST DISTRIBUTING CO
PO BOX 128
GOLDSBORO, NC 27533

Claim Number: 3823
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $4862.85 |
| --- | --- | --- |

---

BEST LINE LEASING INC,
140 HAWBAKER INDUSTRIAL DRIVE
STATE COLLEGE, PA 16803

Claim Number: 4553
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $858.60 | Scheduled: | $439.04 | Allowed: | $858.60 |
| --- | --- | --- | --- | --- | --- | --- |

BEST WESTERN COLLEGE WAY INN
300 W COLLEGE WAY
MOUNT VERNON, WA 98273

Claim Number: 7954
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $2810.26 |
| --- | --- | --- |

---

BEST WESTERN COLLEGE WAY INN,
300 W COLLEGE WAY
MOUNT VERNON, WA 98273

Claim Number: 413
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $2810.26 |
| --- | --- | --- |

---

BEST WESTERN CONCORDE INN,
44315 GRATIOT AVE.
CLINTON TWP., MI 48036

Claim Number: 4701
Claim Date: 03/25/2003
Debtor: SUBURBAN HOME SALES, INC.

---

| UNSECURED | Claimed: | $854.13 | Scheduled: | $854.13 | Allowed: | $854.13 |
| --- | --- | --- | --- | --- | --- | --- |

| BEST WESTERN COUNTRY CUPBOARD INC.<br>PO BOX 46<br>LEWISBURG, PA 17837 | Claim Number: 1876<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | Allowed: | $450.00 |
|---|---|---|---|---|---|---|

| BEST WESTERN INN<br>11506 NE 3RD ST<br>VANCOUVER, WA 98684 | Claim Number: 8813<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $318.80 |
|---|---|---|

| BEST WESTERN INN & SUITES<br>DBA BEST WESTERN INN & SUITES<br>1493 IH 35 N<br>NEW BRAUNFELS, TX 78130 | Claim Number: 3373<br>Claim Date: 03/05/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $736.72 | | | Allowed: | $736.72 |
|---|---|---|---|---|---|---|

| BEST WESTERN INN & SUITES,<br>DBA BEST WESTERN INN & SUITES<br>1493 IH 35 N<br>NEW BRAUNFELS, TX 78130 | Claim Number: 3072<br>Claim Date: 03/05/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $313.33 | Scheduled: | $313.33 | Allowed: | $313.33 |
|---|---|---|---|---|---|---|

| BEST WESTERN INN & SUITES,<br>1493 IH 35 N<br>NEW BRAUNFELS, TX 78130 | Claim Number: 7354<br>Claim Date: 06/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| BEST WESTERN OF WALTERBORO<br>1428 SNIDERS HWY<br>WALTERBORO, SC 29488 | Claim Number: 8739<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1107.48 |
|---|---|---|

| BEST WESTERN PARK PLAZA,<br>DBA: BEST WESTERN PARK PLAZA<br>620 SOUTH HILL PARK DR<br>PUYALLUP, WA 98373 | Claim Number: 853<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $742.30 | Scheduled: | $2125.80 | Allowed: | $742.30 |
|---|---|---|---|---|---|---|

| BEST WESTERN PEPPERTREE<br>LIBERTY LAKE INN<br>1816 N PEPPER LANE<br>LIBERTY LAKE, WA 99019 | Claim Number: 2469<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $71.50 | | | Allowed: | $71.50 |
|---|---|---|---|---|---|---|

BEST WESTERN PIER POINT INN,          Claim Number: 2181
PO BOX 2235                           Claim Date: 02/26/2003
FLORENCE, OR 97439                    Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $85.60 | Scheduled: | $85.60 | Allowed: | $85.60 |

BEST WESTERN-TACOMA INN               Claim Number: 852
8726 SO HOSMER                        Claim Date: 02/19/2003
TACOMA, WA 98444                      Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $384.64 | | | Allowed: | $384.64 |

BEST WESTERN-WILLIS                   Claim Number: 3266
12323 INTERSTATE HWY.45 N.            Claim Date: 03/10/2003
WILLIS, TX 77318                      Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $422.40 | | | Allowed: | $422.40 |

BETHEL LANDFILL,                      Claim Number: 2593
100 NORTH PARK LANE                   Claim Date: 02/28/2003
HAMPTON, VA 23666                     Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1346.66 | Scheduled: | $602.70 | Allowed: | $1346.66 |

BETTER BATH COMPONENTS INC-MN,        Claim Number: 4830
PO BOX 911457                         Claim Date: 03/26/2003
DALLAS, TX 75391                      Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $26120.74 | Scheduled: | $26120.74 | Allowed: | $26120.74 |

BETTER BATH COMPONENTS INC-TX,        Claim Number: 4827
PO BOX 911457                         Claim Date: 03/26/2003
DALLAS, TX 75391                      Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | Allowed: | $125.00 |

BETTER MOBILE LIVING LLC              Claim Number: 1690
3190 PAYNEVILLE RD                    Claim Date: 02/24/2003
BRANDENBURG, KY 40108                 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $116.00 | Scheduled: | $116.00 DISP | Allowed: | $116.00 |

BEXAR COUNTY                          Claim Number: 41
DAVID G. AEVOET                       Claim Date: 12/16/2002
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP   Debtor: OAKWOOD HOMES CORPORATION
711 NAVARRO, SUITE 300                Comments: ALLOWED
SAN ANTONIO, TX 78205                 DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $55420.21 | | | Allowed: | $4354.88 |

BEXAR COUNTY
DAVID G. AEVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 72
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $55420.21 UNLIQ |
|---|---|---|

BEXAR COUNTY
DAVID G. AEVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 9161
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $27845.54 UNLIQ |
|---|---|---|

BEXAR COUNTY
DAVID G. AEVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 9861
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $34063.14 UNLIQ |
|---|---|---|

BFI - ITASCA LANDFILL,
PO BOX 538105
ATLANTA, GA 30353-8105

Claim Number: 3787
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $11250.00 | Scheduled: | $11250.00 | Allowed: | $11250.00 |
|---|---|---|---|---|---|---|

BFI WASTE SERVICES OF IN
57820 CHARLOTTE AVENUE
ELKHART, IN 46517

Claim Number: 10337
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 6751 (11/08/2004)

| ADMINISTRATIVE | Claimed: | $12946.02 | | | Allowed: | $1092.18 |
|---|---|---|---|---|---|---|

BFI-TX
TEMPLE TEXAS DISTRICT
PO BOX 78722
PHOENIX, AZ 85062

Claim Number: 4287
Claim Date: 03/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $33681.81 | | | Allowed: | $33681.81 |
|---|---|---|---|---|---|---|

BIEBER JR., HAROLD
1991 W. HILL RD
LINCOLNTON, GA 30817

Claim Number: 10540
Claim Date: 07/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $930.00 |
|---|---|---|

BIG 5 TRANSPORT INC
440 E WILSON RD
PAHRUMP, NV 89048

Claim Number: 6745
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1300.00 | | | Allowed: | $1300.00 |
|---|---|---|---|---|---|---|

| BIG 5 TRANSPORT INC | Claim Number: 8356 |
|---|---|
| 440 E WILSON RD | Claim Date: 11/12/2003 |
| PAHRUMP, NV 89048 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1300.00 |
|---|---|---|

| BIG BOYS MOBILE HOME MOVERS | Claim Number: 2015 |
|---|---|
| 868 E STADIUM DRIVE | Claim Date: 02/25/2003 |
| EDEN, NC 27288 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $3420.00 |
|---|---|---|

| BIG CAT 105.5 WLVK, | Claim Number: 3609 |
|---|---|
| DBA BIG CAT 105.5 WLVK | Claim Date: 03/11/2003 |
| PO BOX 2087 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ELIZABETHTOWN, KY 42702 | |

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | Allowed: | $750.00 |
|---|---|---|---|---|---|---|

| BIG CHIEF DIST, | Claim Number: 776 |
|---|---|
| PO BOX 85 | Claim Date: 02/19/2003 |
| KILLEEN, TX 76540 | Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $280.65 | Scheduled: | $280.65 | Allowed: | $280.65 |
|---|---|---|---|---|---|---|

| BIG COUNTRY MOBILE HOME PARK | Claim Number: 8047 |
|---|---|
| DBA BIG COUNTRY MOBILE HOME PARK | Claim Date: 11/07/2003 |
| PO BOX 226 | Debtor: OAKWOOD HOMES CORPORATION |
| GASTON, SC 29053 | Comments: EXPUNGED |
| | DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1120.00 |
|---|---|---|

| BIG STATE INDUSTRIAL SUPPLY INC, | Claim Number: 10516 |
|---|---|
| P O BOX 5410 | Claim Date: 07/06/2004 |
| RIVERSIDE, CA 925175410 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4491 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $106.46 |
|---|---|---|

| BIG TREE MOBILE HOME PARK | Claim Number: 8351 |
|---|---|
| DBA BIG TREE MOBILE HOME PARK | Claim Date: 11/12/2003 |
| 225 ARNOLD BLVD | Debtor: OAKWOOD HOMES CORPORATION |
| ABILENE, TX 79605 | Comments: EXPUNGED |
| | DOCKET: 7661 (04/05/2005) |

| ADMINISTRATIVE | Claimed: | $575.00 |
|---|---|---|

| BILLINGSLEY SEPTIC TANK | Claim Number: 1732 |
|---|---|
| 149 PENN RD | Claim Date: 02/24/2003 |
| REIDSVILLE, NC 27320 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $2250.00 | Scheduled: | $2250.00 | Allowed: | $2250.00 |
|---|---|---|---|---|---|---|

| BILLIONS DENNIS W<br>PO BOX 531<br>ARDMORE, TN 38449 | | | Claim Number: 1416<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $16759.55 | | | |
| TOTAL | Claimed: | $5973.24 | | | |

| BILLS REFRIGERATION SERVICE<br>22878 GRAPEVINE RD<br>PAXICO, KS 66526 | | | Claim Number: 718<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $150.43 | | Allowed: | $150.43 |

| BILLS REFRIGERATION SERVICE<br>22878 GRAPEVINE RD<br>PAXICO, KS 66526 | | | Claim Number: 8128<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $150.43 | | | |

| BILLY (KANDACE MATHEWS SULLIVANT<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 6922<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| BILLY LEE LOCK<br>DBA: BILLY LEE LOCKSMITH<br>500 E FRANK<br>LUFKIN, TX 75901 | | | Claim Number: 6622<br>Claim Date: 04/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $115.35 | | | |

| BILLY R. HOBBS<br>C/O ROSS E. MURRAY, ESQ.<br>PO BOX 5151<br>LONDON, KY 40745 | | | Claim Number: 5041<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26130.72 | | | |

| BILLY SEAL APPRAISALS,<br>PO BOX 341<br>EAGLE CREEK, OR 97022 | | | Claim Number: 5529<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2000.00 | Scheduled: | $500.00 | |

---

BIRCHWOOD ESTATES
4335 24TH AVE
FORT GRATIOT, MI 48059

Claim Number: 8057
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $335.00 | | |
|---|---|---|---|---|

---

BIRDSONG, GEORGE & CAROLYN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6907
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

BISHOP & CAPPS
PO BOX 417
EAST FLAT ROCK, NC 28726

Claim Number: 1680
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $425.00 | Allowed: | $425.00 |
|---|---|---|---|---|

---

BISHOP CAPITANO & ABNER PA
4521 SHARON RD STE 350
CHARLOTTE, NC 28211

Claim Number: 4601
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $526.50 | Allowed: | $526.50 |
|---|---|---|---|---|

---

BISHOP CAPITANO & ABNER PA,
4521 SHARON RD STE 350
CHARLOTTE, NC 28211

Claim Number: 4603
Claim Date: 03/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $148.00 |
|---|---|---|---|---|

---

BISHOP CAPITANO & ABNER PA,
4521 SHARON RD STE 350
CHARLOTTE, NC 28211

Claim Number: 4602
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $616.00 |
|---|---|---|---|---|

---

BISHOP CAPITANO & ABNER PA,
4521 SHARON RD STE 350
CHARLOTTE, NC 28211

Claim Number: 4604
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3142.21 |
|---|---|---|---|---|

---

BIZZELL, MICHELLE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5693
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

BJ LOCKS,
DBA BJ LOCKS
PO BOX 1176
BLACK CANYON CITY, AZ 85324

Claim Number: 3293
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | Allowed: | $40.00 |
|---|---|---|---|---|---|---|

BJ WAREHOUSE INC,
1605 HWY 190 E
HAMMOND, LA 70401

Claim Number: 739
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $284.00 | Scheduled: | $1567.00 DISP | Allowed: | $284.00 |
|---|---|---|---|---|---|---|

BJ'S WAREHOUSE
1605 SOUTH HWY 190E
HAMMOND, LA 70401

Claim Number: 716
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $673.00 | | | Allowed: | $673.00 |
|---|---|---|---|---|---|---|

BK MECHANICAL SERVICE
PO BOX 2190
SILSBEE, TX 77656

Claim Number: 7958
Claim Date: 11/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1424.95 |
|---|---|---|

BK MECHANICAL SERVICE,
PO BOX 2190
SILSBEE, TX 77656

Claim Number: 2049
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1424.95 | Scheduled: | $1424.95 | Allowed: | $1424.95 |
|---|---|---|---|---|---|---|

BKM INVESTMENTS, INC.
D/B/A GOLDEN AGE ESTATES
C/O MR. MAURICE A. NERNBERG
301 SMITHFIELD STREET
PITTSBURGH, PA 15222

Claim Number: 10682
Claim Date: 12/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $15000.00 |
|---|---|---|

BKM INVESTMENTS, INC. T/D/B/A GOLDEN
AGE ESTATES, C/O J. KERRINGTON LEWIS ESQ
LEWIS LEWIS & REILLY, PC
1040 5TH AVE
PITTSBURGH, PA 15219

Claim Number: 5032
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7448 (01/28/2005)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

BLACK, ARETHA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6999
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BLACK, LINDA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 6908<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| | | | |
|---|---|---|---|
| BLACKBURN, MICHAEL<br>MICHAEL LUCAS<br>MILLER KENT CARTER & MICHAEL LUCAS, PLLC<br>131 DIVISION ST.; POB 852<br>PIKEVILLE, KY 41502 | | | Claim Number: 7401<br>Claim Date: 06/16/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 2495 (11/26/2003) |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: $0.00 UNLIQ |

| | | | |
|---|---|---|---|
| BLACKER'S<br>223 SECOND AVE E<br>TWIN FALLS, ID 83301 | | | Claim Number: 9170<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
| ADMINISTRATIVE | Claimed: | $963.28 | |

| | | | |
|---|---|---|---|
| BLADEN CO. TAX DEPT.<br>P.O. BOX 385<br>ELIZABETHTOWN, NC 28337 | | | Claim Number: 10351<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $371.23 | |

| | | | |
|---|---|---|---|
| BLADEN COUNTY SHERIFF<br>166 COURTHOUSE DRIVE<br>ELIZABETHTOWN, NC 28337 | | | Claim Number: 9696<br>Claim Date: 04/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $366.38 | |

| | | | |
|---|---|---|---|
| BLAIR & SONS WELDING SHOP<br>DBA BLAIR & SONS WELDING SHOP<br>379 MANNING AVE<br>SUMTER, SC 29150 | | | Claim Number: 8308<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $425.00 | |

| | | | | | |
|---|---|---|---|---|---|
| BLAIR, PENELOPE A.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6599<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $2500.00 | | Allowed: | $1016.20 |

BLAKE, BETTY
C/O DAVID J. FULTON, ATTORNEY
707 MARKET ST.
STE 620
CHATTANOOGA, TN 37402

| Claim Number: 4777 |
| Claim Date: 03/25/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |

| UNSECURED | Claimed: | $70000.00 UNLIQ |

BLAKE, BETTY R.
C/O DAVID J. FULTON, ATTORNEY
737 MARKET ST., SUITE 620
CHATTANOOGA, TN 37402

| Claim Number: 7791 |
| Claim Date: 09/22/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $7000.00 | | Allowed: | $7000.00 |

BLAKE, BETTY R.
C/O DAVID J. FULTON, ATTORNEY
737 MARKET ST., SUITE 620
CHATTANOOGA, TN 37402

| Claim Number: 7810 |
| Claim Date: 10/15/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |

| UNSECURED | Claimed: | $7000.00 |

BLAKE, JOHN
PO BOX 185
MIDDLEPORT, OH 45760

| Claim Number: 8719 |
| Claim Date: 11/19/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |
| DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1115.00 |

BLAKELY AND HOUT INC
1685 N NATIONAL AVE
CHEHALIS, WA 98532

| Claim Number: 6285 |
| Claim Date: 03/31/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |

| UNSECURED | Claimed: | $775.02 |

BLAKELY AND HOUT INC
1685 N NATIONAL AVE
CHEHALIS, WA 98532

| Claim Number: 8909 |
| Claim Date: 11/24/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $775.02 |

BLAKELY, BARBARA & SHARK, JACK
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

| Claim Number: 6909 |
| Claim Date: 05/13/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: WITHDRAWN |

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

BLANCA SAN MIGUEL
C/O DOUGLAS J MARSTON, ATTORNEY
P.O. BOX 591
FORT MORGAN, CO 80701

| Claim Number: 5326 |
| Claim Date: 03/26/2003 |
| Debtor: OAKWOOD HOMES CORPORATION |
| Comments: EXPUNGED |
| DOCKET: 7446 (12/21/2004) |

| UNSECURED | Claimed: | $100000.00 |

---

BLAND, SARAH
WILBUR COLOM
PO BOX 866
COLUMBUS, MS 39703

Claim Number: 7514
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $100000.00 | | | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | | | |

---

BLANKS, ANDREA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7000
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

BLANT, ANDREA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7201
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

BLARCOM WILLIAM VAN,
2273 ESTRELLA ROAD
GOLDEN VALLEY, AZ 86440

Claim Number: 4712
Claim Date: 03/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4790.07 | Scheduled: | $1500.00 | |

---

BLAS INC
20 LESLIE LANE
ROANOKE, VA 24019

Claim Number: 7924
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $475.00 |

---

BLASER SORENSEN & HANSEN
P O BOX 1047
BLACKFOOT, ID 83221

Claim Number: 7742
Claim Date: 08/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5026.89 | | | |
| UNSECURED | | | | Allowed: | $5026.89 |

---

BLEDSOE RENTALS,
1300 NE DOUGLAS ST
LEES SUMMIT, MO 64086

Claim Number: 1064
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $414.96 | Scheduled: | $107.61 | Allowed: | $414.96 |

---

---

BLEDSOE, STEPHEN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5694
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2212.50 UNLIQ |

---

BLEVINS INC-PA,
421 HART LANE
P.O. BOX 160387
NASHVILLE, TN 37216

Claim Number: 4641
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $730462.91 | Scheduled: | $699831.36 | Allowed: | $729069.53 |

---

BLEVINS RANDY
915 WOODLAND DR
OLIVE HILL, KY 41164

Claim Number: 3159
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80.00 | Allowed: | $80.00 |

---

BLEVINS, INC.
421 HART LANE
PO BOX 160387
NASHVILLE, TN 37216

Claim Number: 4626
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1353.43 | Allowed: | $1353.43 |

---

BLEVINS, INC.
P.O. BOX 160387
NASHVILLE, TN 37216

Claim Number: 9919
Claim Date: 05/19/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $211799.43 | Allowed: | $145803.70 |

---

BLEVINS, NOVA DENNY
2806 S. TUCKER ROAD
HARLINGEN, TX 78552

Claim Number: 9695
Claim Date: 04/30/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.00 UNLIQ |

---

BLEVINS, WILLIAM J.
C/O GOLDMAN SACHS
100 CRESCENT CT., STE 1000
DALLAS, TX 75201

Claim Number: 4056
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12900.00 |

---

---

BLIND HOG CORP,
PO BOX 118
SANFORD, NC 27331

Claim Number: 4550
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $430.00 DISP |
|---|---|---|---|---|

BLOCH LUMBER CO
CONTINENTAL CASUALTY CO
ATTN: DENISE FIRELLI
PO BOX 905
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 10763
Claim Date: 07/12/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8416 (01/30/2006)

---

UNSECURED          Claimed:          $28430.00

BLOCH LUMBER CO.
CONTINENTAL CASUALTY CO.
PO BOX 905
ATTN: DENISE FIRELLI
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 3029
Claim Date: 02/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| PRIORITY | Claimed: | $113720.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $113720.00 |

BLOCH LUMBER CO.
CONTINENTAL CASUALTY COMPANY
ATTN: DENISE FIRELLI
PO BOX 905
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 10753
Claim Date: 07/05/2005
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED          Claimed:          $28430.00

BLOCK, DAVID & NANCY
IRA M. LEVEE, ESQ.
LOWESNTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6888
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

BLUE ACRES MHP,
DBA BLUE ACRES MHP
4001 PONDEROSA
COLUMBIA, MO 65201

Claim Number: 3288
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

---

| PRIORITY | Claimed: | $900.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $950.00 DISP | Allowed: | $900.00 |

BLUE APPLE APPRAISALS,
1414 W GARLAND STE 105
SPOKANE, WA 99205

Claim Number: 9767
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

ADMINISTRATIVE          Claimed:          $375.00

| BLUE RIBBON STEEL BUILDINGS INC<br>47 ALDER LANE<br>MOUNT VERNON, WA 98273 | Claim Number: 4616<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $12555.72 | | | | |
|---|---|---|---|---|---|---|

| BLUE RIDGE HAND CRAFTED QUILTS,<br>DBA BLUE RIDGE HAND CRAFTED QUILTS<br>156 CHERRYBROOK DR<br>WILKESBORO, NC 28697 | Claim Number: 1456<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1950.00 DISP |
|---|---|---|---|---|

| BLUE SKY MAILING SERVICE<br>EDWARD P. FITCH<br>BRYANT, EMERSON & FITCH<br>P.O. BOX 457<br>REDMOND, OR 97756 | Claim Number: 2115<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1509.10 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1235.00 |

| BLUE SKY MAILING SERVICE<br>DBA BLUE SKY MAILING SERVICE<br>1804 SE 1ST ST STE Q<br>REDMOND, OR 97756 | Claim Number: 8498<br>Claim Date: 11/14/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1235.00 |
|---|---|---|

| BLUE SKY MAILING SERVICE,<br>EDWARD P. FITCH<br>BRYANT, EMERSON & FITCH<br>P.O. BOX 457<br>REDMOND, OR 97756 | Claim Number: 2442<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1034.63 |
|---|---|---|

| BLUE SKY MAILING SERVICE,<br>DBA BLUE SKY MAILING SERVICE<br>1804 SE 1ST ST STE<br>REDMOND, OR 97756 | Claim Number: 9511<br>Claim Date: 04/12/2004<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1509.10 |
|---|---|---|

| BLUE SKY MAILING SERVICE,<br>DBA BLUE SKY MAILING SERVICE<br>1804 SE 1ST ST STE Q<br>REDMOND, OR 97756 | Claim Number: 9832<br>Claim Date: 05/13/2004<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1509.10 |
|---|---|---|

| BLUE SPRINGS MHP,<br>DBA BLUE SPRINGS MHP<br>GREG D. TREADWAY, OWNER<br>312 EAST 1 STREET<br>ELIZABETHTON, TN 37643 | Claim Number: 4529<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1045.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $562.50 DISP | |

| BLUEBONNET MANUFACTURED HOMES,<br>PO BOX 7387<br>WACO, TX 76714 | Claim Number: 2699<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $4485.00 | Scheduled: | $4485.00 | Allowed: | $4485.00 |
|---|---|---|---|---|---|---|

| BLUEFIELD BUSINESS MACHINES,<br>327 NORTH ST<br>BLUEFIELD, WV 24701 | Claim Number: 3665<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $305.67 | Scheduled: | $305.67 | Allowed: | $305.67 |
|---|---|---|---|---|---|---|

| BOARD OF CO. COMMSNRS OF JOHNSON CO, KS<br>JOHNSON COUNTY LEGAL DEPARTMENT<br>JOHNSON COUNTY ADMINISTRATION BLDG<br>111 SOUTH CHERRY STREET, SUITE 3200<br>OLATHE, KS 66061-3441 | Claim Number: 4077<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $670.30 | | | Allowed: | $585.71 |
|---|---|---|---|---|---|---|

| BOARD OF CTY COMMSNRS OF JOHNSON CTY KS<br>R. TARBUTTON, ASST COUNTY COUNSELOR<br>JOHNSON COUNTY ADMINISTRATION BLDG<br>111 SOUTH CHERRY STREET, SUITE 3200<br>OLATHE, KS 66061-3441 | Claim Number: 8789<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $476.18 |
|---|---|---|

| BOARD OF PUBLIC UTILITIES<br>BOARD OF PUBLIC UTILITIES<br>PO BOX 219661<br>KANSAS CITY, KS 64121 | Claim Number: 2334<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $37.59 | | | Allowed: | $37.59 |
|---|---|---|---|---|---|---|

| BOATWRIGHT, JOHN W<br>P. O. BOX 756<br>NORMAN PARK, GA 31771 | Claim Number: 8228<br>Claim Date: 11/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB LAKE APPRAISAL<br>2070 MOSELEY RD<br>MOSELEY, VA 23120 | | | Claim Number: 7568<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1250.00 | Scheduled: | $775.00 | Allowed: | | $1250.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB SMITH CO,<br>P O BOX 2864<br>SAVANNAH, GA 31402 | | | Claim Number: 2873<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $360.00 | | | | | |
| UNSECURED | | | Scheduled: | $360.00 | Allowed: | | $360.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB VICK & ASSOCIATES INC<br>PO BOX 2244<br>COOKEVILLE, TN 38502 | | | Claim Number: 3352<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1000.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB VICK & ASSOCIATES INC,<br>PO BOX 2244<br>COOKEVILLE, TN 38502 | | | Claim Number: 9618<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $350.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB'S ENTERPRISES, INC<br>1212  72ND STREET<br>TACOMA, WA 98408 | | | Claim Number: 9705<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $100.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB'S HANDYMAN<br>DBA BOB'S HANDYMAN SERV<br>145 FINLEY ROAD<br>BELTON, SC 29627 | | | Claim Number: 2111<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $9451.50 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOB'S HANDYMAN,<br>DBA BOB'S HANDYMAN SERV<br>145 FINLEY ROAD<br>BELTON, SC 29627 | | | Claim Number: 2112<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
| PRIORITY | Claimed: | $9451.50 | | | | | |
| UNSECURED | | | Scheduled: | $9451.50 | Allowed: | | $9451.50 |

---

BOB'S MOBILE HOMES INC-IN
W8126 S US 2
IRON MOUNTAIN, MI 49801

Claim Number: 5485
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2960.54 | | Allowed: | $2960.54 |
|---|---|---|---|---|---|

---

BOB'S MOBILE HOMES INC-IN
W8126 S US 2
IRON MOUNTAIN, MI 49801

Claim Number: 8729
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3200.45 |
|---|---|---|

---

BOBO, CURTIS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7001
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

BOBS CURB MARKET INC
2620 PHOENIX DR.
GREENSBORO, NC 27406

Claim Number: 9984
Claim Date: 05/20/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1455.52 |
|---|---|---|

---

BOBS ENTERPRISES
1212 S 72ND ST
TACOMA, WA 98408

Claim Number: 8908
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $100.00 |
|---|---|---|

---

BOBS HEATING-KS
DBA:BOBS HEATING & AIR CO
8900 W 50TH AVE
ARVADA, CO 80002

Claim Number: 9147
Claim Date: 11/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $953.00 |
|---|---|---|

---

BOBS HEATING-KS,
DBA:BOBS HEATING & AIR CO
8900 W 50TH AVE
ARVADA, CO 80002

Claim Number: 1417
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1790.00 | Scheduled: | $1790.00 | Allowed: | $1790.00 |
|---|---|---|---|---|---|---|

---

BOBS HOMES INC
W8126 SO US 2
IRON MOUNTAIN, MI 49801

Claim Number: 9632
Claim Date: 04/23/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $800.00 UNLIQ |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BOBS HOMES INC<br>W8126 SO US 2<br>IRON MOUNTAIN, MI 49801 | | Claim Number: 9788<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $800.00 UNLIQ | | | | | |
| BOBS HOMES-IN<br>600 MAPLE ST<br>PESHTIGO, WI 54157 | | Claim Number: 9029<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $2214.29 | | | | | |
| BODIE NATE,<br>114 SQUIRE ST<br>AIKEN, SC 298038719 | | Claim Number: 3302<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | | |
| UNSECURED | Claimed: | $3050.00 | Scheduled: | $2315.00 | Allowed: | $3050.00 | |
| BOGANTES, JOHANNA P<br>1200 SOUTH MAY'S APT #191<br>ROUND ROCK, TX 78664 | | Claim Number: 8395<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4486 (09/03/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $12705.65 | | | | | |
| BOGER ENGINEERING,<br>DBA BOGER ENGINEERING<br>608 CLOVERHILL PLACE<br>CONCORD, NC 28027 | | Claim Number: 2547<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1050.00<br>$750.00 | Scheduled: | $600.00 | Allowed: | $1800.00 | |
| BOGGERO'S SERVICES<br>P.O. BOX 783<br>GREENWOOD, SC 29646 | | Claim Number: 10501<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $160.00 | | | | | |
| BOHANNON, WANDA<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | Claim Number: 3223<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $50000.00 | | | Allowed: | $14517.16 | |

---

| BOIS DAAQUAM, INC.<br>C/O JEFFREY T. PIAMPIANO, ESQ.<br>DRUMMOND WOODSUM & MACMAHON<br>245 COMMERCIAL ST., P.O. BOX 9701<br>PORTLAND, ME 04104-5081 | Claim Number: 2823<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | | | Allowed: | $15634.50 |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15634.50 | | |
| UNSECURED | Claimed: | $61725.93 | Allowed: | $61725.93 |

---

| BOIS DAAQUAM, INC.<br>C/O JEFFREY T. PIAMPIANO, ESQ.<br>DRUMMOND WOODSUM & MACMAHON<br>245 COMMERCIAL ST, PO BOX 9781<br>PORTLAND, ME 04104-5081 | Claim Number: 8203<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15634.50 |
|---|---|---|

---

| BOIS DAAQUAM, INC.<br>C/O JEFFREY T. PIAMPIANO, ESQ.<br>DRUMMOND WOODSUM & MACMAHON<br>245 COMMERCIAL ST, PO BOX 9781<br>PORTLAND, ME 04104-5081 | Claim Number: 8954<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15634.50 |
|---|---|---|

---

| BOIS DAAQUAM, INC.<br>C/O JEFFREY T. PIAMPIANO, ESQ.<br>DRUMMOND WOODSUM & MACMAHON<br>245 COMMERCIAL ST, PO BOX 9781<br>PORTLAND, ME 04104-5081 | Claim Number: 8978<br>Claim Date: 11/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15634.50 |
|---|---|---|

---

| BOIS DAAQUAM, INC.<br>C/O JEFFREY T. PIAMPIANO, ESQ.<br>DRUMMOND WOODSUM & MACMAHON<br>245 COMMERCIAL ST, PO BOX 9781<br>PORTLAND, ME 04104-5081 | Claim Number: 8979<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15634.50 |
|---|---|---|

---

| BOISE COUNTY TAX COLLECTOR<br>PO BOX 1300<br>IDAHO CITY, ID 83631 | Claim Number: 4503<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $281.42 |
|---|---|---|

---

| BOISE COUNTY TREASURER/TAX COLLECTOR<br>P.O. BOX 1300<br>IDAHO CITY, ID 83631 | Claim Number: 9847<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $887.44 |
|---|---|---|

---

---

BOLDEN, ORA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4245
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |
|---|---|---|---|---|---|---|

---

BOLDIZAR, GREG
22100 MOUNTAIN AVE.
PERRIS, CA 92570

Claim Number: 8974
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $10000.00 |
|---|---|---|

---

BOLTEN, RHONDA
6433 STORMY CREEK RD
LAS VEGAS, NV 89108

Claim Number: 10584
Claim Date: 09/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $6785.35 |
|---|---|---|

---

BOMAR, JODIE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5695
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5004.45 UNLIQ |

---

BONER, PATRICIA
43 SANDSTONE DR
JOHNSTOWN, CO 805347804

Claim Number: 2611
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $550.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $550.00 | Allowed: | $550.00 |

---

BONESTHER MOORE
1046 HEMPSTEAD 185
WASHINGTON, AR 71862

Claim Number: 10638
Claim Date: 11/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

BONHAM INDEPENDENT SCHOOL DISTRICT
1410 WEST 6TH STREET
AUSTIN, TX 78703

Claim Number: 6821
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $865.35 |
|---|---|---|

---

---

BONNER, DAVID/CHARLENE OLDEN
C/O KIRK A. MUSACCHIO, ESQ.
MUSACCHIO & MONTANARI, P.C.
500 YGNACIO VALLEY RD, STE. 328
WALNUT CREEK, CA 94596

Claim Number: 10417
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7134 (11/10/2004)

| ADMINISTRATIVE | Claimed: | $10000.00 |
|---|---|---|

---

BONNEVILLE COUNTY
605 N CAPITAL AVENUE
MARK R. HANSEN, TREASURER
IDAHO FALLS, ID 83402

Claim Number: 3016
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1895.00 |
|---|---|---|

---

BONNEVILLE COUNTY
605 N CAPITAL AVENUE
MRK R. HANSEN, TREASURER
IDAHO FALLS, ID 83402

Claim Number: 7422
Claim Date: 06/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| SECURED | Claimed: | $4902.80 | | Allowed: | $2387.68 |
|---|---|---|---|---|---|

---

BOOKER RONNIE
1391 BOOKER LOOP RD
MANSFIELD, LA 71052

Claim Number: 3064
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $40000.00 |
|---|---|---|

---

BOOKER, RONNY
1391 BOOKER LOOP ROAD
MANSFIELD, LA 71052

Claim Number: 10718
Claim Date: 04/12/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $12175.00 |
|---|---|---|

---

BOOKOUT EXCAVATING
5422 EVERGREEN FARMS LN
GREENBACK, TN 37742

Claim Number: 3605
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1859.00 |
|---|---|---|

---

BOONE COUNTY COLLECTOR
801 EAST WALNUT
COLUMBIA, MO 65201-7727

Claim Number: 6230
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $422.48 | | Allowed: | $422.48 |
|---|---|---|---|---|---|

---

BOONE COUNTY COLLECTOR
801 EAST WALNUT
COLUMBIA, MO 65201-7727

Claim Number: 9082
Claim Date: 11/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $496.71 |
|---|---|---|

---

---

BOONE ELECTRIC
1413 RANGELINE STREET
PO BOX 797
COLUMBIA, MO 65205-0797

Claim Number: 937
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1517.70 | Scheduled: | $1467.44 | Allowed: | $1517.70 |

---

BORAL BRICKS
P O BOX 1957
AUGUSTA, GA 30903

Claim Number: 4537
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $397.28 |

---

BORAL BRICKS INC
PO BOX 1957
AUGUSTA, GA 30903

Claim Number: 4536
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2373.60 |

---

BORAL BRICKS,
P O BOX 1957
AUGUSTA, GA 30903

Claim Number: 4519
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1448.12 | Scheduled: | $1490.60 |

---

BORDEN PEST CONTROL INC,
311 BORDEN RD
NORTH AUGUSTA, SC 29841

Claim Number: 1378
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $110.73 | Scheduled: | $97.86 | Allowed: | $110.73 |

---

BOREL BUILDERS-PA
RD 2 BOX 269C
MESHOPPEN, PA 18630

Claim Number: 2139
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $2589.00 |

---

BORICH, JOSEPH III
4601 COLLEGE BLVD., SUITE 200
ATTN: JOSEPH BORICH III ATTORNEY AT LAW
LEAWOOD, KS 66211

Claim Number: 4290
Claim Date: 03/20/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $155339.87 |

---

BOROFF GLORIA L & JOYCE
1203 MACKAY COURT
DACONO, CO 80514

Claim Number: 5201
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7671 (04/07/2005)

| UNSECURED | Claimed: | $20000.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| BOROFF, GLORIA L. AND JOYCE<br>C/O MICHAEL P. DUGAN<br>710 ELEVENTH AVENUE, SUITE 204<br>GREELEY, CO 80631 | | | Claim Number: 10696<br>Claim Date: 01/31/2005<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $8200.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 3124<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $4727.99 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 3125<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| PRIORITY | Claimed: | $178.85 | | Allowed: | $178.85 |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 3126<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $11955.85 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 6650<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $11955.85 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 6651<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $4727.99 | | | |

| | | | | | |
|---|---|---|---|---|---|
| BOSSIER PARISH SHERIFF'S DEPT.<br>LARRY C. DEEN<br>SHERIFF & EX-OFFICIO TAX COLLECTOR<br>PO BOX 850<br>BENTON, LA 71006-0850 | | | Claim Number: 6652<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 2156 (10/17/2003) | | |
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $178.85 | | | |

---

BOSSIER PARISH SHERIFF'S DEPT.
LARRY C. DEEN
SHERIFF & EX-OFFICIO TAX COLLECTOR
PO BOX 850
BENTON, LA 71006-0850

Claim Number: 6653
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $178.85 |

---

BOSTICK, LEE/VIVIAN
10635 CEMETERY ROAD
BOWLING GREEN, KY 42103

Claim Number: 597
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

BOSTICK, LEE/VIVIAN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2868
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1742.06 |

---

BOUCHER, HUTTON, KELLY AND GRAHAM P.C.
ATTORNEYS AT LAW
131 EAST VALLEY STREET
ABINGDON, VA 24210

Claim Number: 8349
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $763.00 |
|---|---|---|

---

BOURDEAU JAMES M,
3310 WOODSWAY DRIVE
SAINT CHARLES, MO 63303

Claim Number: 3862
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5200.00 | Scheduled: | $5200.00 | Allowed: | $5200.00 |
|---|---|---|---|---|---|---|

---

BOURDEAU, JAMES M
#7 DEBORAH
SAINT PETERS, MO 63376

Claim Number: 8355
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1600.00 |
|---|---|---|

---

BOURDEAU, JAMES M.
3310 WOODSWAY DR
ST CHARLES, MO 63303

Claim Number: 3863
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1600.00 | | | Allowed: | $1600.00 |
|---|---|---|---|---|---|---|

---

BOURNE SPECIALISTS-IN,
PO BOX 297
EDWARDSBURG, MI 49112

Claim Number: 2574
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2879.50 | Scheduled: | $2879.50 | Allowed: | $2879.50 |
|---|---|---|---|---|---|---|

BOUTIN, WAYNE E.
127 COUNTY ROAD 426
DAYTON, TX 77535

Claim Number: 9045
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BOVARD, CONNIE S.
544 COHUTA BEAURDALE RD
COHUTTA, GA 30710

Claim Number: 10470
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BOW, DARRELL
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5696
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $8330.77 UNLIQ |

BOWDEN MOBILE HOME SVC
DBA:BOWDEN MOBILE HOME SVC
586 PATESTINE RD
LINDEN, NC 28356

Claim Number: 8529
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1226.38 |
|---|---|---|

BOWDEN STEPHEN G
PO BOX 382
ELLERBE, NC 28338

Claim Number: 6879
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $5880.00 |
|---|---|---|

BOWDEN, LARRY A
929 TITAN ROBERTS RD
LILLINGTON, NC 27546

Claim Number: 8629
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $7248.40 UNDET |
|---|---|---|

BOWDEN, MARILYN
PO BOX 467
HOUSTON, MS 388510467

Claim Number: 3516
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |
|---|---|---|---|---|---|

BOWEN JR BILLY R
2310 GA HWY 111
MOULTRIE, GA 31768

Claim Number: 2318
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $5600.00 |
|---|---|---|

BOWEN TAMMY M
2310 GA. HWY 111
MOULTRIE, GA 31768

Claim Number: 2317
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $6160.00 |
|---|---|---|

BOWEN, JR BILLY R
2310 GA HWY 111
MOULTRIE, GA 31768

Claim Number: 8504
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $4000.00 |
|---|---|---|

BOWEN, KENNY
PO BOX 886
SPRINGDALE, AR 72765

Claim Number: 8759
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $75000.00 UNLIQ |
|---|---|---|

BOWEN, SHAWNA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6890
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

BOWEN, TAMMY M
2310 GA. HWY 111
MOULTRIE, GA 31768

Claim Number: 8503
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $2640.00 |
|---|---|---|

BOWIE CENTRAL APPRAISAL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 108
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $2907.71 |
|---|---|---|

---

| BOWIE CENTRAL APPRAISAL DISTRICT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 217<br>Claim Date: 01/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $5953.65 | | |
| UNSECURED | | | Allowed: | $182.23 |

---

| BOWIE CENTRAL APPRAISAL DISTRICT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 140<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $2907.71 |

---

| BOWIE CENTRAL APPRAISAL DISTRICT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7267<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $5953.65 |

---

| BOWIE CENTRAL APPRAISAL DISTRICT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7286<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $5953.65 |

---

| BOWIE CENTRAL APPRAISAL DISTRICT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10186<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | Claimed: | $5270.52 |
| SECURED | Claimed: | $0.00 |

---

| BOWLINE, MICHAEL & AMY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6891<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

| BOWMAN, BENNY J.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5697<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

BOWMAN, JACK R.
752 HUNT MEADOW DRIVE
DAUPHIN, PA 17018-9486

Claim Number: 8926
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $25000.00 |
|---|---|---|

---

BOYD COUNTY
C/O DANIEL KING, III
P.O. BOX 425
CATLETTSBURG, KY 41129

Claim Number: 4528
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $96.96 |
|---|---|---|

---

BOYD TISDALE
ESTATE ADMINISTRATOR FOR TURNER ET AL.
C/O DAVID SHAEV ESQ.
350 FIFTH AVE, SUITE 7210
NEW YORK, NY 10118

Claim Number: 10436
Claim Date: 06/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

BOYD, CHARLES
P.O. BOX 8486
ATTN: RHEA, BOYD & RHEA
GADSDEN, AL 35901

Claim Number: 6232
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $3828.00 |
|---|---|---|

---

BOYD, DUKE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5698
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $8465.99 UNLIQ |

---

BOYD, OTIS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6892
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

BOYD, STEPHANIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7002
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

BOYER ELECTRIC,
830A NORTH 127TH ST
SEATTLE, WA 98133

Claim Number: 3098
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $446.08 | Scheduled: | $446.08 | | |

---

BOYETTE, BRENDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7003
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

BQ ENTERPRISES LLC
4444 ANSON DRIVE
JACKSONVILLE, FL 32246

Claim Number: 8585
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $768.89 | | | | |

---

BRACKEN & ASSOCIATES PA
PO BOX 532
SANFORD, NC 27330

Claim Number: 2812
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| UNSECURED | Claimed: | $1550.00 | | | | |

---

BRACKEN & ASSOCIATES PA,
PO BOX 532
SANFORD, NC 27330

Claim Number: 3058
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $1550.00 | Scheduled: | $1550.00 | Allowed: | $1550.00 |

---

BRACKETT MOBILE HOME TRANSPORT, INC.
9374 NORTH US HWY 119
VIRGIL BRACKETT (OWNER)
TOTZ, KY 40870

Claim Number: 9579
Claim Date: 04/15/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $17550.00 | | | | |

---

BRACKETT, VIRGIL
BRACKETT MOBILE HOME TRANSPORT
9374 N. U.S. HIGHWAY 119
TOTZ, KY 40870

Claim Number: 9776
Claim Date: 05/10/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $17550.00 | | | | |

---

BRADLEY & ASSOCIATES
DBA BRADLEY & ASSOCIATES
2015 WEST F STREET
NAPA, CA 94558

Claim Number: 7754
Claim Date: 08/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| PRIORITY UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

---

BRADLEY & CAIN LLC,
13 E. HENDERSON STREET
CLEBURNE, TX 76031

Claim Number: 2428
Claim Date: 02/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $8000.00 | Scheduled: | $8000.00 | | |

---

BRADLEY & CAIN, LLC
13 E. HENDERSON STREET
CLEBURNE, TX 76031

Claim Number: 2435
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8000.00 | | | Allowed: | $8000.00 |

---

BRADLEY EQUIPMENT RENTALS,
336 GROVE AVE SW
CLEVELAND, IN 373115719

Claim Number: 1297
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $767.24 | Scheduled: | $1070.20 | Allowed: | $767.24 |

---

BRADLEY GLENDA PENDERGRAPH
3745 GRAHAM SMITH DR
HAW RIVER, NC 27258

Claim Number: 4203
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $2450.75 | | | | |

---

BRADLEY, EARNEST W. & CAROL E.
24 JOHN B DRIVE
MILLSBORO, DE 19966

Claim Number: 5272
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $140000.00 | | | | |
| UNSECURED | | | | | Allowed: | $9600.00 |

---

BRADT, MARY & EARL
C/O R. FLAY CABINESS, II, PC
PO BOX 2381
BRUNSWICK, GA 31521

Claim Number: 7812
Claim Date: 10/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10538.34 | | | Allowed: | $10538.34 |

---

BRADT, MARY AND EARL
C/O ROBERT M. CUNNINGHAM, P.C.
1519 GLYNN AVE.
BRUNSWICK, GA 31520

Claim Number: 3946
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $60000.00 | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BRADT, MARY AND EARL<br>C/O R. FLAY CABINESS, II, P.C.<br>P.O. BOX 2381<br>BRUNSWICK, GA 31521 | | | Claim Number: 7789<br>Claim Date: 09/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $10538.34 | | Allowed: | $10538.34 |

| | | | | | |
|---|---|---|---|---|---|
| BRAFFORD MOBILE HOME SERVICE & REPAIR,<br>DBA BRAFFORD MH SERVICE & REPAIR<br>296 BOYD BRAFFORD DR<br>SANFORD, NC 27330 | | | Claim Number: 3560<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $2100.00 | | | |
| UNSECURED | | | Scheduled: $2100.00 | Allowed: | $2100.00 |

| | | | | | |
|---|---|---|---|---|---|
| BRAME SPECIALTY CO INC,<br>PO BOX 271<br>DURHAM, NC 27702 | | | Claim Number: 3370<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
| UNSECURED | Claimed: | $5260.56 | Scheduled: $4790.18 | Allowed: | $5260.56 |

| | | | |
|---|---|---|---|
| BRANCH JERRY L<br>208 BYRD RD<br>LAWRENCEBURG, TN 38464 | | | Claim Number: 3825<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $2000.00 | |

| | | | |
|---|---|---|---|
| BRANCH, CHARLES G.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5699<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

| | | | |
|---|---|---|---|
| BRANNON DOOR<br>5014 S.R. 103 N<br>LEWISTOWN, PA 17044 | | | Claim Number: 9600<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $654.80 | |

| | | | |
|---|---|---|---|
| BRANNON DOOR SERVICE<br>DBA BRANNON DOOR SERVICE<br>5014 SR 103 N<br>LEWISTOWN, PA 17044 | | | Claim Number: 7945<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $654.80 | |

---

BRANNON MH PARK
475 BRANNON PARK CIR
CUMMING, GA 30041

Claim Number: 6338
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | |

---

BRANNON MH PARK
475 BRANNON PARK CIR
CUMMING, GA 30041

Claim Number: 7869
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 | | |

---

BRANNON'S DOOR SERVICE
REPAIRS AND INSTALLATIONS
5014 S.R. 103 N
LEWISTOWN, PA 17044

Claim Number: 3667
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $654.80 | Allowed: | $654.80 |

---

BRANNON, PEGGY
BAY CO. TAX COLLECTOR
JERRY W. GERDE, ESQ.
239 E. 4TH ST.
PANAMA CITY, FL 32401

Claim Number: 6715
Claim Date: 04/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2817.59 | Allowed: | $268.57 |

---

BRATTEN GRIZZLE, LOUELLA
C/O SUSAN E. KAUFMAN
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DE 19801

Claim Number: 10593
Claim Date: 09/20/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7740.00 |

---

BRATTEN-GRIZZLE
GRIZZLE
PO BOX 3882
OCEAN CITY, MD 218433882

Claim Number: 7940
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $15480.00 |

---

BRAUNSCHEIDEL, WILLIAM
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5700
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $975.00 UNLIQ |

---

---

BRAZEAU, DOROTHY I
2233 HWY 37 EAST
MOULTRIE, GA 31768

Claim Number: 8508
Claim Date: 11/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

BRAZEAU, WAYNE L
2233 HWY 37 E
MOULTRIE, GA 31768

Claim Number: 8509
Claim Date: 11/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

BRAZORIA COUNTY
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10123
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $16248.05 UNLIQ |
| --- | --- | --- |

---

BRAZORIA COUNTY ET AL
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 7223
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $12167.17 |
| --- | --- | --- |

---

BREINHOL, COBY R
326 SPRINGDALE AVE
BONNER SPRINGS, KS 66012

Claim Number: 8610
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $3810.00 |
| --- | --- | --- |

---

BREINHOLT, COBY R
326 SPRINGDALE AVE
BONNER SPRINGS, KS 66012

Claim Number: 8609
Claim Date: 11/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $16000.00 |
| --- | --- | --- |

---

BREINHOLT, COBY R
326 SPRINGDALE AVE
BONNER SPRINGS, KS 66012

Claim Number: 8608
Claim Date: 11/17/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $655.00 |
| --- | --- | --- |

---

BRENDER SERV
271 N HANFORD
EAST WENATCHEE, WA 98802

Claim Number: 1889
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $170.88 |
| --- | --- | --- |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BREWER, JAN<br>101 CEDARWOOD ST<br>HOT SPRINGS NATIONAL PARK, AR 71901 | | Claim Number: 8706<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $100.00 | | | | | |
| BREWER, LARRY AND TAMMY<br>1500 CR 101<br>WALNUT, MS 38683 | | Claim Number: 4910<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | | |
| UNSECURED | Claimed: | $35947.00 | | | | | |
| BREWER, TIM<br>210 CELY RD<br>EASLEY, SC 29642 | | Claim Number: 1571<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $575.00 | Scheduled: | $125.00 DISP | Allowed: | $575.00 | |
| BRIAN ROACH<br>428 W. SHOSHONE<br>PASCO, WA 99301 | | Claim Number: 6524<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | | |
| UNSECURED | Claimed: | $150000.00 UNLIQ | | | | | |
| BRIAN TURNER<br>PO DRAWER 2688<br>ATTN: TURNER & TURNER<br>TUSCALOOSA, AL 35403 | | Claim Number: 2633<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $250000.00 | | | | | |
| BRICE, BRANDI<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5701<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $1678.13 UNLIQ | | | | | |
| BRICKWORKS<br>P.O. BOX 1517<br>MONROE, NC 28111-1517 | | Claim Number: 490<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | | |
| PRIORITY | Claimed: | $4052.53 | | | | | |

BRIDGEPORT INDEX
P O BOX 1150
BRIDGEPORT, TX 76426

Claim Number: 770
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $140.00 | | Allowed: | $140.00 |

BRIDLE CREEK SUBDIVISION
DBA BRIDLE CREEK SUBDIVISION
2915 PROVIDENCE CHURCH RD
CLIMAX, NC 27233

Claim Number: 1434
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | Allowed: | $330.00 |

BRIGHT TAMMY A
545 N HWY 123
OZARK, AL 36360

Claim Number: 6807
Claim Date: 05/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $475.00 |

BRIGHT, LUKE
PO BOX 13
MADISONVILLE, TN 37354

Claim Number: 2729
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2250.00 | Scheduled: | $562.50 DISP | Allowed: | $787.50 |

BRIGHTER HOMES STORE-MN
502 S MILL
REDWOOD FALLS, MN 56283

Claim Number: 7981
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59.34 |

BRIGMAN, WAYNE
RICHARD SINCLAIR
PO BOX 1628
OAKDALE, CA 95361

Claim Number: 9127
Claim Date: 11/26/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $10500.00 | | Allowed: | $10500.00 |

BRIGMAN, WAYNE
RICHARD SINCLAIR
PO BOX 1628
OAKDALE, CA 95361

Claim Number: 9128
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10500.00 |

| | | |
|---|---|---|
| BRILEY, KAREN S.<br>502 HALFWAY-HALIFAX RD<br>SCOTTSVILLE, KY 42164 | Claim Number: 4851<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

PRIORITY          Claimed:          $0.00

| | | |
|---|---|---|
| BRINSON, THERESA L<br>1706 4TH STREET SE<br>MOULTRIE, GA 31768 | Claim Number: 8809<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | |

ADMINISTRATIVE     Claimed:          $3040.00

| | | |
|---|---|---|
| BRISCOLL ELECTRICAL SERVICES<br>DBA BRISCOLL ELECTRICAL SERVICES<br>703 LIBERTY CHURCH RD<br>KINGSPORT, TN 37663 | Claim Number: 5438<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $1800.00

| | | |
|---|---|---|
| BRISKI WELL DRILLING<br>PO BOX 1539<br>SAN ANDREAS, CA 95249 | Claim Number: 3617<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

PRIORITY          Claimed:          $6463.01

| | | |
|---|---|---|
| BRISTOL FLORAL CO<br>P O BOX 5187<br>KINGSPORT, TN 376630187 | Claim Number: 3271<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

PRIORITY          Claimed:          $79.16
UNSECURED                                                Allowed:          $79.16

| | | |
|---|---|---|
| BRISTOW, DOROTHY<br>ROYDERA HACKWORTH<br>2500 BRANDT FOREST COURT<br>GREENSBORO, NC 27455 | Claim Number: 8968<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | |

ADMINISTRATIVE     Claimed:          $1500.00

| | | |
|---|---|---|
| BRITT, GLEN<br>510 MANLEY GROVE CHURCH RD<br>MOUNT OLIVE, NC 28365 | Claim Number: 7259<br>Claim Date: 05/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | |

SECURED          Claimed:          $800.00

---

BROADUS, JOSEPH & DAVID ALTRAS
915 BLACKWOOD AVE
TALLAHASSEE, FL 32303

Claim Number: 4655
Claim Date: 03/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| SECURED | Claimed: | $22000.00 |
|---------|----------|-----------|

---

BROCKS SEPTIC TANK SERVICE INC
2899 SUMMERLIN CROSSROADS
MOUNT OLIVE, NC 28365

Claim Number: 2075
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1895.00 |
|-----------|----------|----------|

---

BROOKGREEN MANOR INC
P.O. BOX 23068
COLUMBIA, SC 29224

Claim Number: 9493
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $315.00 |
|----------------|----------|---------|

---

BROOKGREEN MANOR, INC.
PO BOX 23068
COLUMBIA, SC 29224

Claim Number: 1926
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $160.00 | Scheduled: | $77.28 DISP | Allowed: | $160.00 |
|-----------|----------|---------|------------|-------------|----------|---------|

---

BROOKGREEN MANOR, INC.
PO BOX 23068
COLUMBIA, SC 29224

Claim Number: 1925
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $155.00 | | | Allowed: | $155.00 |
|-----------|----------|---------|--|--|----------|---------|

---

BROOKGREEN MANOR, INC.
PO BOX 23068
COLUMBIA, SC 29224

Claim Number: 8156
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $315.00 |
|----------------|----------|---------|

---

BROOKGREEN MANOR, INC.
P.O. BOX 23068
COLUMBIA, SC 29224

Claim Number: 9742
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $315.00 |
|----------------|----------|---------|

---

BROOKGREEN MANOR, INC.
PO BOX 23068
COLUMBIA, SC 29224

Claim Number: 10230
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $315.00 |
|----------------|----------|---------|

---

---

BROOKGREEN MANOR, INC.
PO BOX 23068
COLUMBIA, SC 29224

Claim Number: 10257
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $315.00 |
|---|---|---|

---

BROOKOVER, KENNETH & TERESA
C/O ROBERT E. GIFFIN
4924 B. REED ROAD
COLUMBUS, OH 43220

Claim Number: 4888
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7446 (12/21/2004)

| UNSECURED | Claimed: | $151684.00 | | | Allowed: | $70624.53 |
|---|---|---|---|---|---|---|

---

BROOKS AUTO REPAIR
700 N FIRST ST
PULASKI, TN 38478

Claim Number: 4908
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: PAID
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $5205.42 UNLIQ | Scheduled: | $4173.57 | Allowed: | $4173.57 |

---

BROOKS AUTO REPAIR
700 N FIRST ST
PULASKI, TN 38478

Claim Number: 5189
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $5205.42 UNLIQ |
|---|---|---|

---

BROOKS AUTO REPAIR
700 N FIRST ST
PULASKI, TN 38478

Claim Number: 5115
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $1740.64 |
|---|---|---|

---

BROOKS AUTO REPAIR,
700 N FIRST ST
PULASKI, TN 38478

Claim Number: 5114
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: PAID

| PRIORITY | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1740.64 | Scheduled: | $1235.39 | Allowed: | $1664.59 |

---

BROOKS, ANTONIO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5702
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

BROOKS, DE ANNA S
****NO ADDRESS PROVIDED****

Claim Number: 3628
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $0.00 | UNDET |

---

BROOKS, THOMAS E.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5703
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | | $4650.00 | UNLIQ |
| UNSECURED | | $1256.25 | UNLIQ |

---

BROOKSIDE GRAPHIC DESIGN
DBA: BROOKSIDE GRAPHIC DESIGN
4206C S PEORIA
TULSA, OK 74105

Claim Number: 8046
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $1115.00 |

---

BROSSETT SR., PATRICK & SADIE GRIMES
C/O D. NEIL HARRIS & ASSOCIATES PA
P.O. BOX 306
PASCAGOULA, MS 39568

Claim Number: 10659
Claim Date: 12/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 7488 (01/28/2005)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5000.00 |

---

BROSSETT, PATRICK AND GRIMES, SADIE
D NEIL HARRIES & ASSOCIATES PA
P O BOX306
PASCAGOULA, MS 39568

Claim Number: 4979
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $150000.00 |

---

BROWN CARLTON
PO BOX 706
NORMAN PARK, GA 31771

Claim Number: 2540
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 |

---

BROWN CARLTON
PO BOX 706
NORMAN PARK, GA 31771

Claim Number: 8296
Claim Date: 11/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| | Claimed: | | |
|---|---|---|---|
| ADMINISTRATIVE | | $0.00 | UNDET |

---

| BROWN COUNTY TREASURER, ATTN GAIL DECLAIRE 800 MT ORAB PIKE RM 171 GEORGETOWN, OH 45121 | Claim Number: 4498 Claim Date: 03/24/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: WITHDRAWN |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| SECURED | Claimed: | $1344.73 | | |

| BROWN EXTERMINATING P O BOX 5515 ROANOKE, VA 24012 | Claim Number: 1971 Claim Date: 02/25/2003 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1600.00 |
|---|---|---|

| BROWN JR JERRY R 4052 ST CHRISTOPHER LN DALLAS, TX 75287 | Claim Number: 4989 Claim Date: 03/26/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 7664 (04/05/2005) |
|---|---|

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|
| UNSECURED | Claimed: | $295350.00 |

| BROWN RICHARD, PO BOX 1577 WHITNEY, TX 76692 | Claim Number: 3834 Claim Date: 03/14/2003 Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $53.38 | Scheduled: | $53.38 | Allowed: | $53.38 |
|---|---|---|---|---|---|---|

| BROWN RUDNICK BERLACK ISRAELS LLP PETER J ANTOSZYK ESQ ONE FINANCIAL CENTER BOSTON, MA 02111 | Claim Number: 10872 Claim Date: 02/27/2007 Debtor: OAKWOOD HOMES CORPORATION Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $61500.00 |
|---|---|---|
| UNSECURED | Claimed: | $183571.08 |

| BROWN, ALBERT (DORIS VAN BUREN) JR. IRA M. LEVEE, ESQ. LOWENSTEIN SANDLER, P.C. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 6893 Claim Date: 05/13/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| BROWN, ANTHONY STEVEN K. KORTANEK, ESQ. 919 N. MARKET STREET, STE. 1000 WILMINGTON, DE 19801 | Claim Number: 5704 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

BROWN, BARBARA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4244
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |

---

BROWN, CECIL G,
67 SPRING HILL TER
BRISTAL, VA 24201

Claim Number: 1689
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $410.00 | Scheduled: | $410.00 DISP | Allowed: | $410.00 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7581
Claim Date: 07/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1523.10 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7582
Claim Date: 07/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1523.10 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7583
Claim Date: 07/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1523.10 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7585
Claim Date: 07/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $1523.10 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7586
Claim Date: 07/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $1523.10 |

---

BROWN, CRUMP, VANORE
ATTN: DEREK CRUMP
421 FAYETTEVILLE ST., STE. 1203
RALEIGH, NC 27601

Claim Number: 7587
Claim Date: 07/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $1523.10 |

---

---

BROWN, DAVID & LINDA
TODD W. GRANT, ESQ.
6230 ORCHARD LAKE ROAD, SUITE 294
WEST BLOOMFIELD, MI 48322

Claim Number: 586
Claim Date: 02/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $8000.00 |
|---|---|---|

---

BROWN, DAVID AND LINDA
TODD W. GRANT, ESQ.
6230 ORCHARD LAKE ROAD, SUITE 294
WEST BLOOMFIELD, MI 48322

Claim Number: 380
Claim Date: 01/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $8000.00 | | Allowed: | $8000.00 |
|---|---|---|---|---|---|

---

BROWN, DEBORAH
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5705
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1931.25 UNLIQ |

---

BROWN, GREGORY
24301 TANARACK CR
SOUTHFIELD, MI 48075

Claim Number: 8556
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

---

BROWN, IMA GENE
BETTY K. JEANIS
6739 TERRELL ST.
GROVES, TX 77619

Claim Number: 3852
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| PRIORITY | Claimed: | $20000.00 |
|---|---|---|

---

BROWN, LOUISE
640 S. JEFFORDS STREET
FLORENCE, SC 29506

Claim Number: 10086
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1500.00 UNLIQ |
|---|---|---|

---

BROWN, MICHAEL S
17279 SE 15TH
CHOCTAW, OK 73020

Claim Number: 8245
Claim Date: 11/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| ADMINISTRATIVE | Claimed: | $3498.00 |
|---|---|---|

---

BROWN, MICHAEL S.
P.O. BOX 364
NICOMA PARK, OK 73066

Claim Number: 10679
Claim Date: 12/15/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

BROWN, MIKE
17279 SE 15TH
CHOCTAW, OK 73020

Claim Number: 8244
Claim Date: 11/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7422 (12/15/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BROWN, MIKE
17279 SE 15TH
CHOCTOW, OK 73020

Claim Number: 8246
Claim Date: 11/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7423 (12/15/2004)

---

| ADMINISTRATIVE | Claimed: | $365.11 |
|---|---|---|

BROWN, MILES
PO BOX 483
THOREAU, NM 87323

Claim Number: 8447
Claim Date: 11/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| ADMINISTRATIVE | Claimed: | $125.00 UNLIQ |
|---|---|---|

BROWN, RICHARD
PO BOX 1577
WHITNEY, TX 76692

Claim Number: 8033
Claim Date: 11/07/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $53.38 |
|---|---|---|

BROWN, TERRY
2097 FOUNTAINTOWN RD
CHINQUAPIN, NC 28521

Claim Number: 8217
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $980.93 |
|---|---|---|

BROWN, TONY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5706
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

BROWN, VALINDA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5707
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

---

BROWNING FERRIS IND
ATTN: ROBERT H. DAVIS
5757A OATES RD
HOUSTON, TX 77078

Claim Number: 288
Claim Date: 01/16/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3365.59 | | | |
| UNSECURED | | | | Allowed: | $3365.59 |

---

BROWNING PROP
3266 CHESTER HWY
YORK, SC 29745

Claim Number: 5444
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $875.00 | | Allowed: | $875.00 |

---

BROWNING PROP,
3266 CHESTER HWY
YORK, SC 29745

Claim Number: 5443
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 DISP | Allowed: | $750.00 |

---

BROWNLEE, HUNTER J.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3517
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7500.00 | | Allowed: | $2467.92 |

---

BROWNS DITCHING SERVICE,
DBA BROWNS DITCHING SERVICE
PO BOX 248
MORAVIAN FALLS, NC 28654

Claim Number: 8920
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $400.00 |

---

BROWNS MH SUPPLY,
2814 MOUNTAIN VIEW RD
VINTON, VA 24179

Claim Number: 1315
Claim Date: 02/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $184.24 | Scheduled: | $183.10 | Allowed: | $184.24 |

---

---

BROYHILL RON,
PO BOX 642
MILLERS CREEK, NC 28651

Claim Number: 2145
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1940.00 | Scheduled: | $1940.00 | Allowed: | $1940.00 |
|---|---|---|---|---|---|---|

BROYHILL, RON
PO BOX 642
MILLERS CREEK, NC 28651

Claim Number: 8093
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1840.00 |
|---|---|---|

BRUCE S. WALLACE
108 S. HIGH STREET
MT. ORAB, OH 45154

Claim Number: 1549
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

BRUMMETT, MARK & SHERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6894
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

BRUNSON, JERRY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5708
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $3787.50 UNLIQ |

BRUNSON, RHONDA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5709
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2735.63 UNLIQ |

BRUNSWICK COUNTY TREASURER
228 N MAIN ST., ROOM 104
LAWRENCEVILLE, VA 23868

Claim Number: 1122
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| PRIORITY | Claimed: | $221.29 |
|---|---|---|

---

BRUNSWICK COUNTY,
PO BOX 29
BOLIVIA, NC 28422

Claim Number: 3285
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1072.89 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8.00 | | |

---

BRUNSWICK NEWS
P O BOX 1557
BRUNSWICK, GA 31521

Claim Number: 1733
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $483.14 |
|---|---|---|

---

BRYAN & SONS LOCKSMITH INC.
1012 DALLAS DR
DENTON, TX 76205-5278

Claim Number: 9571
Claim Date: 04/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $281.17 |
|---|---|---|

---

BRYAN & SONS LOCKSMITHS,
1012 DALLAS DR
DENTON, TX 76205

Claim Number: 1813
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $281.17 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $177.79 | Allowed: | $281.17 |

---

BRYAN SCHMID
680 S. CRAYCROFT
ATTN: HAROLD HYAMS & ASSOC.
ATTORNEY FOR CLAIMANT REBA GRAF
TUCSON, AZ 85711

Claim Number: 4724
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BRYANT CLARK DUKES BLAKESLEE ET AL,
PO BOX 16567
HATTIESBURG, MS 39404

Claim Number: 3367
Claim Date: 03/05/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $1114.74 | Scheduled: | $1114.74 | Allowed: | $1114.74 |
|---|---|---|---|---|---|---|

---

BRYANT WILLIAM
PO BOX 15158
LYNCHBURG, VA 24502

Claim Number: 2292
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $800.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $800.00 |

---

---

BRYANT, BRENDA
3501 BIRMINGHAM HIGHWAY
APARTMENT 604
OPELIKA, AL 36801

Claim Number: 5080
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4393 (08/12/2004)

| UNSECURED | Claimed: | $1000000.00 |
|---|---|---|

---

BRYANT, CRAIG
3501 BIRMINGHAM HIGHWAY
APARTMENT 604
OPELIKA, AL 36801

Claim Number: 5077
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4387 (08/12/2004)

| UNSECURED | Claimed: | $1000000.00 |
|---|---|---|

---

BRYANT, LARRY
PO BOX 41
IRVINGTON, AL 36544

Claim Number: 10809
Claim Date: 02/01/2006
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $53956.20 |
|---|---|---|

---

BRYANT, LEROY & TONYA
P.O. BOX 723
CARROLLTON, AL 35447

Claim Number: 9645
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $8900.00 |
|---|---|---|

---

BRYANT, ROCHELLE/JENINS, TERRY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3518
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $20000.00 | | Allowed: | $5806.86 |
|---|---|---|---|---|---|

---

BRYANT, TONYA & LEROY
P.O. BOX 723
CARROLLTON, AL 35447

Claim Number: 10084
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $7900.00 |
|---|---|---|

---

BRYNE, BENESCH & VILLARREAL,
PO BOX 6446
YUMA, AZ 85366-6446

Claim Number: 4353
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $3581.06 | Scheduled: | $2593.11 DISP CONT | Allowed: | $3581.06 |
|---|---|---|---|---|---|---|

---

BRYSON, CARY
217 W. UNIVERSITY AVE
LAFAYETTE, LA 70506

Claim Number: 4720
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $67929.00 | | Allowed: | $5000.00 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BUCHANON, TIM<br>106 ARCHER AVE<br>MARYVILLE, TN 37804 | | | Claim Number: 7964<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $440.00 | | | |
| BUCKEYE BUILDERS & EXCAVATING<br>2381 OAKDALE DRIVE<br>MARION, OH 43302 | | | Claim Number: 5190<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $3807.33 | | Allowed: | $3807.33 |
| BUCKEYE READY MIX LLC,<br>PO BOX 71-0772<br>COLUMBUS, OH 43271 | | | Claim Number: 4117<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $987.45 | Scheduled: $987.45 | Allowed: | $987.45 |
| BUCKINGHAM PLACE CHURCH OF GOD,<br>103 BUCKINGHAM PLACE<br>BRUNSWICK, GA 31525 | | | Claim Number: 5248<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $8000.00 | | Allowed: | $8000.00 |
| BUCUS, RICKY<br>591 MT VALLEY CH RD<br>MILLERS CREEK, NC 28651 | | | Claim Number: 9615<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | |
| ADMINISTRATIVE | Claimed: | $500.00 | | | |
| BUD BARTONS GLASS CO<br>805 CEDAR AVE<br>MARYSVILLE, WA 98270 | | | Claim Number: 1988<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| SECURED<br>UNSECURED | Claimed:<br>Claimed: | $98.00<br>$19.48 | | Allowed: | $117.48 |
| BUD JONES TRUCKING INC<br>PO BOX 348<br>JEFFERSON, OR 97352 | | | Claim Number: 8500<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
| ADMINISTRATIVE | Claimed: | $6250.00 | | | |

---

| BUDGET COPIERS INC. | Claim Number: 8331 |
| BUDGET COPIER | Claim Date: 11/12/2003 |
| PMB 311 | Debtor: OAKWOOD HOMES CORPORATION |
| 7301 BURNET RD STE 102 | Comments: EXPUNGED |
| AUSTIN, TX 787572255 | |

---

| ADMINISTRATIVE | Claimed: | $224.08 |

---

| BUDGET PRINTING CENTER | Claim Number: 3596 |
| 1366 BLOUNTSTOWN HWY | Claim Date: 03/11/2003 |
| TALLAHASSEE, FL 323042732 | Debtor: OAKWOOD HOMES CORPORATION |

---

| UNSECURED | Claimed: | $98.44 | | | Allowed: | $98.44 |

---

| BUFFALO RIDGE MOBILE ESTATES | Claim Number: 7957 |
| 18216 N 21ST PLACE | Claim Date: 11/04/2003 |
| PHOENIX, AZ 85022 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |

---

| ADMINISTRATIVE | Claimed: | $435.83 |

---

| BUFFALO RIDGE MOBILE ESTATES | Claim Number: 9871 |
| 18216 N 21ST PLACE | Claim Date: 05/17/2004 |
| PHOENIX, AZ 85022 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

---

| ADMINISTRATIVE | Claimed: | $435.83 |

---

| BUFFALO RIDGE MOBILE ESTATES | Claim Number: 10200 |
| 18216 N 21ST PLACE | Claim Date: 06/04/2004 |
| PHOENIX, AZ 85022 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4492 (09/03/2004) |

---

| ADMINISTRATIVE | Claimed: | $435.83 |

---

| BUFFALO RIDGE MOBILE ESTATES, | Claim Number: 4878 |
| 18216 N 21ST PLACE | Claim Date: 03/26/2003 |
| PHOENIX, AZ 85022 | Debtor: OAKWOOD MOBILE HOMES, INC. |

---

| UNSECURED | Claimed: | $435.83 | Scheduled: | $676.71 DISP | Allowed: | $330.86 |

---

| BUFFAMOYER, MARK | Claim Number: 7004 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

| BUFORD, BAN | Claim Number: 5710 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| 919 N. MARKET STREET, STE. 1000 | Debtor: OAKWOOD HOMES CORPORATION |
| WILMINGTON, DE 19801 | Comments: EXPUNGED |
| | DOCKET: 3827 (03/16/2004) |

---

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

| BUG-N-A-RUG 254-9443<br>670 WELLINGTON AVE<br>WILMINGTON, NC 28401 | Claim Number: 9896<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| ADMINISTRATIVE | Claimed: | $1475.00 | | |

---

| BUGGS, ARTHUR<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX<br>JACKSON, MS 39205-0019 | Claim Number: 3217<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |

| PRIORITY | Claimed: | $5000.00 | | |
| UNSECURED | | | Allowed: | $1742.06 |

---

| BUGMAN INC.<br>BOX 951<br>WEIMAR, TX 78962 | Claim Number: 10155<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |

| ADMINISTRATIVE | Claimed: | $320.74 | | |

---

| BUHLINGER, ROMA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7005<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

| BUILDERS MART 1<br>137 COX STREET<br>EDEN, NC 27288 | Claim Number: 1259<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $398.72 | | |

---

| BULLARD INC<br>PO BOX 1291<br>LUMBERTON, NC 28359 | Claim Number: 8779<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |

| ADMINISTRATIVE | Claimed: | $980.00 | | |

---

| BULLDOG FOR HIRE<br>DBA BULLDOG FOR HIRE<br>1311 WILSON RD<br>LINWOOD, NC 27299 | Claim Number: 9047<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| ADMINISTRATIVE | Claimed: | $8682.70 | | |

---

BULLINGER, ROMA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7006
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

BULLIS RICKEY G,
591 MTN VALLEY CH RD
MILLERS CREEK, NC 28651

Claim Number: 2910
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

BULLIS, RICKEY
591 MTN VALLEY CH ROAD
MILLERS CREEK, NC 28651

Claim Number: 9813
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

BULLIS, RICKEY G
591 MTN VALLEY CH RD
MILLERS CREEK, NC 28651

Claim Number: 8388
Claim Date: 11/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

BULLIVANT HOUSER BAILEY
300 PIONEER TOWER
888 SW FIFTH AVE
PORTLAND, OR 97204

Claim Number: 3639
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6673.11 | | | Allowed: | $6673.11 |
|---|---|---|---|---|---|---|

BULLOCKS OF HENDERSON
CORBITT HILL CENTER
630 DABNEY DR
HENDERSON, NC 27536

Claim Number: 4549
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $22.37 | | | Allowed: | $22.37 |
|---|---|---|---|---|---|---|

BULLOCKS OF HENDERSON
CORBITT HILL CENTER
630 DABNEY DR
HENDERSON, NC 27536

Claim Number: 8282
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $47.93 |
|---|---|---|

BULLOCKS OF HENDERSON,
CORBITT HILL CENTER
630 DABNEY DR
HENDERSON, NC 27536

Claim Number: 4526
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $25.56 | Scheduled: | $47.93 | Allowed: | $25.56 |
|---|---|---|---|---|---|---|

---

BULLOCKS, LUVERTA A.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7007
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

BUNA'S BEACON
P O BOX 1557
BUNA, TX 77612

Claim Number: 8304
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $124.50 |
|---|---|---|

---

BUNCOMBE CO TAX
BUNCOMBE COUNTY TAX OFFICE
60 COURT PLAZA, ROOM 320
ASHEVILLE,, NC 28801

Claim Number: 2506
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

| PRIORITY | Claimed: | $7133.62 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $486.00 |

---

BUNCOMBE COUNTY TAX COLLECTOR
60 COURT ROOM PLAZA RM 320
ASHEVILLE, NC 2880-3572

Claim Number: 9408
Claim Date: 03/09/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $747.44 |
|---|---|---|

---

BUNCOMEBE COUNTY TAX COLLECTOR
60 COURT ROOM PLAZA ROOM 320
ASHEVILLE, NC 28801-3572

Claim Number: 9202
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $7616.09 | | | Allowed: | $6726.04 |
|---|---|---|---|---|---|---|

---

BUNDY APPRAISAL & MANAGEMENT
P O BOX 1225
BEAUFORT, SC 29901

Claim Number: 754
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $1450.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1250.00 DISP | Allowed: | $1450.00 |

---

BUNNER, DAN & ONALEE
11853 HENDY HOLLOW RD
CORNING, NY 14830

Claim Number: 3334
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $68669.00 | | Scheduled: | $0.00 UNLIQ DISP |
|---|---|---|---|---|---|

---

---

BUNNER, DAN & ONALEE
1157 RIFF ROAD
CORNING, NY 14830

Claim Number: 9659
Claim Date: 04/28/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $42472.32 |
| --- | --- | --- |

---

BUNNER, DANIEL & ONALEE
11853 HENDY HOLLOW RD
CORNING, NY 14830

Claim Number: 251
Claim Date: 01/10/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: WITHDRAWN
DOCKET: 4110 (06/02/2004)

| UNSECURED | Claimed: | $80000.00 |
| --- | --- | --- |

---

BUNTING, BRANDON & RENEE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6895
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

BURCH, ALVIN
HC 60 BOX 1
RANGE, AL 36473

Claim Number: 9042
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $225.00 |
| --- | --- | --- |

---

BURCH, ALVIN
HC 60 BOX 1
RANGE, AL 36473

Claim Number: 10267
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $375.00 |
| --- | --- | --- |

---

BURDESS, DEBRA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7008
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

BURDETTE MATTHEW W
134 N OLD MILITARY RD
SUMMERTOWN, TN 38483

Claim Number: 4506
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $3312.00 |
| --- | --- | --- |

---

BURFORD BROTHERS PRINTING INC,
1781 E. AZALEA CIRCLE
GREENVILLE, MS 38702

Claim Number: 1183
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $37.45 |
| --- | --- | --- | --- | --- |

---

---

| BURGESS FEED & FARM SUPPLY | Claim Number: 3623 |
| P O BOX 440  HWY 411 S | Claim Date: 03/11/2003 |
| BENTON, TN 37307 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $922.23 | | | Allowed: | $922.23 |

| BURGESS, CAROLYN | Claim Number: 7010 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTONE AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| BURGESS, NANCY | Claim Number: 7009 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTONE AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| BURGON, SUSAN | Claim Number: 3673 |
| 8941 PHILADELPHIAN COURT | Claim Date: 03/12/2003 |
| WEST VALLEY, UT 84088 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $2252.42 | | | | |
| UNSECURED | | | Scheduled: | $2252.42 | Allowed: | $2252.42 |

| BURKE CO TAX COLLECTOR | Claim Number: 8393 |
| PO BOX 219 | Claim Date: 11/12/2003 |
| MORGANTAN, NC 28680 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| UNSECURED | Claimed: | $689.62 |

| BURKETT, KENNETH | Claim Number: 9625 |
| 202 LAZY LANE | Claim Date: 04/21/2004 |
| RED OAK, TX 75154 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $2614.80 | Scheduled: | $2614.80 | Allowed: | $2614.80 |

| BURKETT, KENNETH | Claim Number: 9829 |
| 202 LAZY LANE | Claim Date: 05/12/2004 |
| RED OAK, TX 75154 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4214 (07/30/2004) |

| ADMINISTRATIVE | Claimed: | $2600.00 |

---

BURKHOLDER, TERRY & DEBORAH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6896
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|
| UNSECURED | | | | | |

---

BURKHOLDER, TERY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7011
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|
| UNSECURED | | | | | |

---

BURKHOLDER, TONY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6897
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|
| UNSECURED | | | | | |

---

BURKS SERVICE,
7601 N HWY VV #102
COLUMBIA, MO 65202

Claim Number: 2737
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | Claimed: | $220.00 | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | | | Scheduled: | $220.00 | | Allowed: | $220.00 |

---

BURKS, PAUL
140 TARA
LANCASTER, TX 75146

Claim Number: 8684
Claim Date: 11/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | Claimed: | $1200.00 |
|---|---|---|
| ADMINISTRATIVE | | |

---

BURLESON INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
ATTORNEY FOR CLAIMANT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 4018
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | $4302.66 |
|---|---|---|
| SECURED | | |

---

BURLEY, DONALD
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5711
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

---

BURNETT, ALLEN
C/O GREGG A. KNUTSON
KNUTSON LAW FIRM
111 CENTER ST., SUITE 1200
LITTLE ROCK, AR 72201

Claim Number: 5134
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| UNSECURED | Claimed: | $8935.41 | | Allowed: | $1000.00 |

---

BURNEY HARDWARE CO
PO BOX 457
ABERDEEN, NC 28315 0457

Claim Number: 9220
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3967.61 |

---

BURNEY HARDWARE CO,
PO BOX 457
ABERDEEN, NC 28315 0457

Claim Number: 1367
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $304.50 | Scheduled: | $303.18 | Allowed: | $304.50 |

---

BURNS INTERNATIONAL SECURITY SERVICES
2 CAMPUS DRIVE
PARSIPPANY, NJ 07054

Claim Number: 61
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $3159.00 | | Allowed: | $1899.00 |

---

BURNS, EUGENE F
6101 MAXWELL ST
PINEVILLE, LA 71360

Claim Number: 9010
Claim Date: 11/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| PRIORITY | Claimed: | $1552.46 |

---

BURNS, EUGENE F.
6101 MAXWELL ST.
PINEVILLE, LA 71360

Claim Number: 348
Claim Date: 02/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $7728.28 |

---

BURNS, EUGENE F.
6101 MAXWELL ST.
PINEVILLE, LA 71360

Claim Number: 8994
Claim Date: 11/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| ADMINISTRATIVE | Claimed: | $1552.46 |

---

BURNS, RUBEN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5712
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

---

| BURNS, WILLIAM<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3218<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5000.00 | | | |
| | | | | Allowed: | $1742.06 |

| BURNSTINES DISTRIBUTING CORP<br>22365 ELKHART E BLVD<br>ELKHART, IN 465140144 | Claim Number: 3784<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $171.60 | | Allowed: | $171.60 |

| BURNSTINES DISTRIBUTING CORP-IN,<br>22365 ELKHART E BLVD<br>ELKHART, IN 465140144 | Claim Number: 3786<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2286.85 | Scheduled: $2498.08 | Allowed: | $2286.85 |

| BURNSTINES DISTRIBUTING CORP-PA,<br>22365 ELKHART E BLVD<br>ELKHART, IN 465140144 | Claim Number: 3785<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $129.53 | Scheduled: $129.53 | Allowed: | $129.53 |

| BURRIS CHAD DRYMAN<br>48232 HWY 731<br>NORWOOD, NC 28128 | Claim Number: 4456<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $4500.00 | | Allowed: | $4500.00 |

| BURROWS SANDRA K,<br>552 BRETHERN CHURCH RD<br>JONESBOROUGH, TN 37659 | Claim Number: 4204<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $425.00 | Scheduled: $425.00 | Allowed: | $425.00 |

| BURROWS, SANDRA K<br>552 BRETHERN CHURCH RD<br>JONESBOROUGH, TN 37659 | Claim Number: 4205<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | | Allowed: | $900.00 |

---

BURTON, ELIZABETH
1416 ELM STREET
OPELIKA, AL 36801

Claim Number: 5078
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4387 (08/12/2004)

| UNSECURED | Claimed: | $1000000.00 |
|---|---|---|

---

BUSBY, CHARLEY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5713
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1959.38 UNLIQ |

---

BUSBY, II, CHARLIE W.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5714
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

BUSH, VINCENT L.
C/O ROY A. PERKINS, ESQ.
82 PLAZA - SUITE 104
PO BOX 678
STARKVILLE, MS 39760-0678

Claim Number: 5377
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

BUSH, VINCENT L.
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6600
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2903.43 |

---

BUSHONG, CARLEE & SHIRLEY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6898
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

BUSINESS INTERI,
STORR OFFICE ENVIRONMENTS
496 GALLIMORE DAIRY RD STE A
GREENSBORO, NC 274099202

Claim Number: 1641
Claim Date: 02/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $10502.28 | Scheduled: | $10502.28 | Allowed: | $10502.28 |
|---|---|---|---|---|---|---|

---

BUSINESS INTERI,
STORR OFFICE ENVIRONMENTS
496 GALLIMORE DAIRY RD STE A
GREENSBORO, NC 274099202

Claim Number: 1639
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 | Allowed: | $625.00 |
|---|---|---|---|---|---|---|

BUSINESS TECHNOLOGY ALIGNMENT,
GROUP LLC
14 MADISON AVE STE 201
VALHALLA, NY 10595

Claim Number: 791
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $29373.23 | Scheduled: | $29373.23 | Allowed: | $29373.23 |
|---|---|---|---|---|---|---|

BUSTER'S MOBILE HOME PARK
RT 1  BOX 167
4010 E FM 1581
SLATON, TX 79364

Claim Number: 9708
Claim Date: 05/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1160.00 UNLIQ |
|---|---|---|

BUSTERS MOBILE HOME PARK
4010 E FM 1585
RT 1 BOX 167
SLATON, TX 79364

Claim Number: 9988
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $1860.00 |
|---|---|---|

BUTLER CO TREAS
205 W CENTRAL
RM 207
EL DORADO, KS 67042

Claim Number: 2515
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1275.92 |
|---|---|---|

BUTLER, KAREN & DOUGLAS HENRY, JR.
7419 N HAYES RD
BALDWINSVILLE, NY 13027

Claim Number: 10874
Claim Date: 03/26/2007
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1000.00 |
|---|---|---|

BUTLER, KAREN & HENRY, DOUGLAS, JR.
7419 N HAYES RD
BALDWINSVILLE, NY 13027

Claim Number: 10857
Claim Date: 10/23/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $11275.00 |
|---|---|---|

BUTLER, REX G.
5001 BOONSBORO RD
APT 412
LYNCHBURG, VA 24503-1836

Claim Number: 9987
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/17/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BUTLER, SAMUEL L
P.O. BOX 2751
MOULTRIE, GA 31776

Claim Number: 8696
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

BYRD SANDRA
392 SAWYER ROAD
HAYS, NC 28635

Claim Number: 3629
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $160.00 |
|---|---|---|

---

BYRD, JASON
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 5246
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |
|---|---|---|---|---|---|---|

---

BYRD, THOMAS & KARI
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6899
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

C & D CLEANING SERVICES
SIMMONS
311 WILLIAMS BLVD NW
ORTING, WA 98360

Claim Number: 8731
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
POC NOT SIGNED

| ADMINISTRATIVE | Claimed: | $975.00 |
|---|---|---|

---

C & D CLEANING SERVICES,
SIMMONS
17612 109TH ST CT E
BONNEY LAKE, WA 983905123

Claim Number: 2185
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $975.00 | Scheduled: | $975.00 | Allowed: | $975.00 |
|---|---|---|---|---|---|---|

---

C & F AUTO ELECTRIC, INC,
PO BOX 1395
ROCKWELL, NC 28138

Claim Number: 1781
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $261.81 | Scheduled: | $261.81 | Allowed: | $261.81 |
|---|---|---|---|---|---|---|

---

C & G PUBLISHING,
13650 ELEVEN MILE RD.
WARREN, MI 48089

Claim Number: 8418
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $5632.00 |
|---|---|---|

---

---

C & J ENTERPRISE
1230 FAYE STREET
KINGSPORT, TN 37660

Claim Number: 5351
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $1644.25 | | |

---

C & J ENTERPRISE,
1230 FAYE STREET
KINGSPORT, TN 37660

Claim Number: 5352
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1644.25 | Scheduled: | $1602.90 |

---

C & J MOBILE HOMES
C/O JOHN P. HARRINGTON, ATTORNEY
P O DRAWER 130
EASTMAN, GA 31023

Claim Number: 5269
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/16/2003)

| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 |

---

C & J MOBILE HOMES
C/O JOHN P. HARRINGTON, ATTORNEY
PO DRAWER 130
EASTMAN, GA 31023

Claim Number: 5266
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $698.55 | | |

---

C & J MOBILE HOMES
JOHN P. HARRINGTON, ATTORNEY
P O DRAWER 130
EASTMAN, GA 31023

Claim Number: 5267
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/16/2006)

| UNSECURED | Claimed: | $1356.51 | | |

---

C & J MOBILE HOMES
JOHN P. HARRINGTON, ATTORNEY
P O DRAWER 130
EASTMAN, GA 31023

Claim Number: 5268
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $2000.00 | | |

---

C & J MOBILE HOMES,
C/O JOHN JP. HARRINGTON, ATTORNEY
PO DRAWER 130
EASTMAN, GA 31023

Claim Number: 5265
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $6083.64 | Scheduled: | $6083.64 |

---

C & S DEVELOPMENT INC
PO BOX 468
MCKENNA, WA 98558

Claim Number: 2356
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 | UNDET | |

---

C & S DEVELOPMENT INC,
PO BOX 468
MCKENNA, WA 98558

Claim Number: 2357
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $25025.00 | Scheduled: | $25025.00 | Allowed: | $1450.00 |

C & W ASSET ACQUISITION, LLC
THE CADLE COMPANY
100 NORTH CENTER STREET
NEWTON FALLS, OH 44444

Claim Number: 451
Claim Date: 01/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41700.20 |

C C MASONRY,
DBA:C C MASONRY
3111 MARYSVILLE RD
ALTAVISTA, VA 24517

Claim Number: 4587
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7350.00 | Scheduled: | $11850.00 | Allowed: | $7350.00 |

C E COTTON TRUST
RT 1 BOX 586
POINT PLEASANT, WV 25550

Claim Number: 4874
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14850.00 |

C EDGAR THOMAN-PA
227-229 VALLEY ST
LEWISTOWN, PA 17044

Claim Number: 892
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4.50 | | Allowed: | $4.50 |

C EDGAR THOMAN-PA,
227-229 VALLEY ST
LEWISTOWN, PA 17044

Claim Number: 893
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41.94 | Scheduled: | $41.94 | Allowed: | $41.94 |

C G ENGINEERING PLLC
250 4TH AVE S STE 200
EDMONDS, WA 98020

Claim Number: 5550
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3960.00 |

C M WIRING LTD
1274 SHERWOOD DOWNS RD. WEST
NEWARK, OH 43055

Claim Number: 2176
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $335.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $335.00 |

C R MILLER SECURITY SERVIES
DBA C R MILLER SECURITY SERVICES
PO BOX 361
DUNDEE, OR 97115

Claim Number: 2532
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $70.00 | | Allowed: | $70.00 |
|---|---|---|---|---|---|

C&C PAINTING
DBA: C&C PAINTING
425 E HANOVER RD
GRAHAM, NC 27253

Claim Number: 6539
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $470.00 |
|---|---|---|

C&C PAINTING,
DBA: C&C PAINTING
425 E HANOVER RD
GRAHAM, NC 27253

Claim Number: 6540
Claim Date: 04/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $470.00 |
|---|---|---|

C&C SERVICES INC,
PO BOX 7082
LOVELAND, CO 805370082

Claim Number: 2183
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| PRIORITY | Claimed: | $880.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $880.00 |

C&C SURVEYING INC
7424 FM 1488 STE A
MAGNOLIA, TX 77354

Claim Number: 7524
Claim Date: 07/01/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1195.31 | Scheduled: | $1195.31 | Allowed: | $1195.31 |
|---|---|---|---|---|---|---|

C&J ENTERPRISE
1230 FAYE STREET
KINGSPORT, TN 37660

Claim Number: 5350
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1644.25 | | Allowed: | $1644.25 |
|---|---|---|---|---|---|

---

C&K TRUCKING CO., INC.
73 ROBINSON DR
LYNCHBURG, VA 24502

Claim Number: 3253
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $667.65 |
|---|---|---|

---

C-DECKS DECKING
113 ASHLAND DRIVE
GREENEVILLE, TN 37743

Claim Number: 4220
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $2980.00 |
|---|---|---|

---

C. GREGORY MCNAIR
DBA WESTERN WORLD ENTERPRISES
1185 BALTIMORE AVE. SE
P.O. BOX 248
BANDON, OR 97411-0248

Claim Number: 2415
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $164.53 | Allowed: | $164.53 |
|---|---|---|---|---|

---

C. GREGORY MCNAIR,
DBA WESTERN WORLD ENTERPRISES
P.O. BOX 248
1185 BALTIMORE AVE. SE
BANDON, OR 97411-0248

Claim Number: 342
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $273.62 |
|---|---|---|

---

C. MIKE MOULTON AND  LYNN TAYLOR LONG
MOULTON AND LONG, PLLC
RE: SHERRIE SPROWLS
58 PUBLIC SQUARE
ELIZABETHTOWN, KY 42701

Claim Number: 5513
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7636 (03/31/2005)

| UNSECURED | Claimed: | $1300000.00 UNLIQ |
|---|---|---|

---

C.R. MILLER SECURITY SERVICES
PO BOX 361
DUNDEE, OR 97115

Claim Number: 9513
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $70.00 |
|---|---|---|

---

C/O PAUL L. BILLINGSLEY, LTD.
C/O PAUL BILLINGSLEY
1000 N. JEFFERSON CT.
HAMMOND, LA 70401

Claim Number: 6868
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $70000.00 UNLIQ |
|---|---|---|

---

CA DEPT. OF INSURANCE
320 CAPITAL MALL
SACRAMENTO, CA 95814

Claim Number: 7230
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| CA SUPPLY<br>1040 GENIE ST SE<br>SALEM, OR 97306 | Claim Number: 680<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1282.50 |
|---|---|---|

| CA SUPPLY,<br>1040 GENIE ST SE<br>SALEM, OR 97306 | Claim Number: 7871<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1282.50 |
|---|---|---|

| CABARRUS COUNTY TAX COLLECTOR<br>PO BOX 707<br>CONCORD, NC 28028 | Claim Number: 7821<br>Claim Date: 10/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $2065.46 |
|---|---|---|

| CABARRUS COUNTY TAX COLLECTOR<br>PO BOX 707<br>CONCORD, NC 28026-0707 | Claim Number: 9758<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1740.43 |
|---|---|---|

| CABELL COUNTY SHERIFF'S OFFICE<br>P.O. BOX 2114<br>HUNTINGTON, WV 25721 | Claim Number: 10601<br>Claim Date: 09/24/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5023.35 |
|---|---|---|

| CABINISS, WILLIAM PAUL<br>251 TIRZAH ROAD<br>YORK, SC 29745 | Claim Number: 8132<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $250.00 |
|---|---|---|

| CABLE & WIRELESS, INC.<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 9353<br>Claim Date: 01/27/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $6296.43 |
|---|---|---|

| CABLE ONE INC<br>CABLEONE ADVERTISING<br>8450 WESTPARK ST<br>BOISE, ID 837048365 | Claim Number: 2043<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1000.50 |
|---|---|---|

---

CABLE, EVELYN
2370 CAPTAINS WHEEL AVENUE, SW
SUPPLY, NC 28462

Claim Number: 1875
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

CABLE, EVELYN
2370 CAPTAINS WHEEL AVENUE, SW
SUPPLY, NC 28462

Claim Number: 8271
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $300000.00 |

---

CABLE, EVELYN & CARLES
2370 CAPTAINS WHEEL AVENUE, SW
SUPPLY, NC 28462

Claim Number: 9312
Claim Date: 01/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7446 (12/21/2004)

| UNSECURED | Claimed: | $299000.00 |

---

CABLER, RICHARD & JO
C/O STEVEN C. JAMES, ATTORNEY
521 TEXAS AVE
EL PASO, TX 79901

Claim Number: 7659
Claim Date: 07/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8033.50 | Allowed: | $8033.50 |

---

CADDELL, GROVER C., JR.
2100 CADDELL RD
HOFFMAN, NC 28347

Claim Number: 9538
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $375.00 |

---

CADDO COUNTY TREASURER
P O BOX 278
ANADARKO, OK 73005

Claim Number: 1519
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $0.00 UNDET |

---

CADWALADER, WICKERSHAM & TAFT
ROBERT LOMMITZ TRUST/PAUL MOURNING, TTEE
100 MAIDEN LANE
NEW YORK, NY 10038

Claim Number: 1656
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

CAIN PHILIP
C/O CARRIE J. NIXON ESQ.
BARBER, KAPER, STAMM & ROBINSON
124 N. FULTON ST. PO BOX 531
WAUSEON, OH 43567-8833

Claim Number: 9476
Claim Date: 04/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $15449.10 |

---

---

CAKOUROS, DEMETRIUS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7012
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

CALCASIEU PARISH & SHERIFF & TAX COLL.
PO BOX 1787
LAKE CHARLES, LA 70602

Claim Number: 5450
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| PRIORITY | Claimed: | $22436.74 |
|---|---|---|

---

CALCASIEU PARISH SHERIFF & TAX COLLECTOR
KRISTY MANUEL, DEPUTY TAX COLLECTOR
P.O. BOX 1787
LAKE CHARLES, LA 70602

Claim Number: 10670
Claim Date: 12/06/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7658 (04/05/2005)

| PRIORITY | Claimed: | $850.02 |
|---|---|---|

---

CALCO HEATING & COOLING
A/K/A DAN'S MOBILE HOME SERVICE
415 SOUTH STATE STREET
DESLOGE, MO 63601

Claim Number: 7410
Claim Date: 06/17/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $8423.82 |
|---|---|---|

---

CALDERON CONTRACTOR INC.
DBA:CALDERON CONSTRUCTION
9200 CORRALITOS
EL PASO, TX 79907

Claim Number: 4615
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1600.00 |
|---|---|---|

---

CALDERON, CHRISTINA SUYAPA
136 MAEGAN LN
CEDAR CREEK, TX 78612

Claim Number: 6213
Claim Date: 03/31/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY | Claimed: | $280.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $280.00 | Allowed: | $280.00 |

---

CALDERON, CHRISTINA SUYAPA
136 MAEGAN LN
CEDAR CREEK, TX 78612

Claim Number: 6214
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $305.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $305.00 | Allowed: | $305.00 |

---

CALDERON, CHRISTINA SUYAPA
136 MAEGAN LN
CEDAR CREEK, TX 78612

Claim Number: 6215
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY UNSECURED | Claimed: | $1100.00 | | Allowed: | $1100.00 |
|---|---|---|---|---|---|

CALDWELL CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 223
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $6251.27 |
|---|---|---|

CALDWELL CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 256
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $3222.35 |
|---|---|---|

CALDWELL CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8666
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $1770.29 UNLIQ |
|---|---|---|

CALDWELL COUNTY TAX COLLECTOR
P O BOX 2200
LENOIR, NC 28645

Claim Number: 3023
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $9.95 |
|---|---|---|

CALDWELL KARON
720 7TH STREET SE
MOULTRIE, GA 31768

Claim Number: 3063
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

CALDWELL SELECT HOMES INC
3266 CHESTER HWY
YORK, SC 29745

Claim Number: 5441
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $125.00 | | Allowed: | $125.00 |
|---|---|---|---|---|---|

---

CALDWELL, RENEE
6564 CYNTHIA DRIVE
MOBILE, AL 36608

Claim Number: 1526
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $820.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $820.00 DISP | Allowed: | $820.00 |

---

CALDWELL, RICHARD & BILLYE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6900
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

CALDWELL, RUDOLPH M
903 SALEM AVE
NEW CASTLE, VA 24127

Claim Number: 8515
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4077.50 |
|---|---|---|

---

CALHOUN, LORETTA
C/F BYRON CALHOUN
DECEASED IRA - BENEFICIARY ACCOUNT
3812 MADISON AVENUE
GREENSBORO, NC 27403

Claim Number: 6206
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CALHOUN, LORETTA
C/F BYRON CALHOUN
DECEASED IRA - BENEFICIARY ACCOUNT
3812 MADISON AVENUE
GREENSBORO, NC 27403

Claim Number: 8111
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3844.50 |
|---|---|---|

---

CALIFORNIA MANUFACTURE HOUSING INSTITUTE
10630 TOWN CENTER DR STE 120
RANCHO CUCAMONGA, CA 91730

Claim Number: 527
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $9900.00 |
|---|---|---|

---

CALIFORNIA MANUFACTURE HOUSING INSTITUTE
10630 TOWN CENTER DR STE 120
RANCHO CUCAMONGA, CA 91730

Claim Number: 528
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10650.00 |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CALINGAERT, ISABEL<br>110 ESSEX DR<br>CHAPEL HILL, NC 27514 | | | Claim Number: 4463<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| CALLENDER, HERVIEL N.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5715<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | | |
| CALLIGAN, MICHAEL,<br>P O BOX 2147<br>SHINGLE SPRINGS, CA 95682 | | | Claim Number: 2539<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $2510.00 | | | | | |
| UNSECURED | | | Scheduled: | $2510.00 | Allowed: | $2510.00 | |
| CALLOWAY, ANNIE<br>C/O CHRISTINA D. CROW, ESQ.<br>219 NORTH PRAIRIE STREET<br>PO BOX 350<br>UNION SPRINGS, AL 36089 | | | Claim Number: 4596<br>Claim Date: 03/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | | |
| UNSECURED | Claimed: | $100000.00 | | | | | |
| CALLOWAY, ANNIE<br>C/O CHRISTINA D. CROW, ESQ.<br>P.O. BOX 350<br>UNION SPRINGS, AL 36089 | | | Claim Number: 9637<br>Claim Date: 04/26/2004<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $10000.00 | | | | | |
| CALPLY<br>CALIFORNIA WHOLESALE SUPPLY<br>FILE #81977<br>LOS ANGELES, CA 90074 | | | Claim Number: 2212<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1086.51 | | | | | |
| CAMACHO GRACIELA<br>1955 TRAWOOD CONDO #22<br>EL PASO, TX 79935 | | | Claim Number: 2117<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $334.00 | Scheduled: | $334.00 | Allowed: | $334.00 | |

CAMACHO GRACIELA
1955 TRAWOOD CONDO #22
EL PASO, TX 79935

Claim Number: 2118
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $334.00 |
|---|---|---|

CAMARILLO, RITA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5716
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

CAMDEN NEWS
PO BOX 1137
CAMDEN, SC 29020

Claim Number: 8153
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $261.80 |
|---|---|---|

CAMELOT VILLA
17111 HALL ROAD
MACOMB, MI 48044

Claim Number: 8824
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $125.00 |
|---|---|---|

CAMELOT VILLA MANUFACTURED HOME COMM
17111 HALL ROAD
MACOMB, MI 48044

Claim Number: 9505
Claim Date: 04/12/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1471.00 |
|---|---|---|

CAMERON PHILLIPS
924 SHERMAN AVE.
ATTN: CAMERON PHILLIPS, P.A.
COEUR D' ALENE, ID 83814

Claim Number: 3947
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $400000.00 UNLIQ |
|---|---|---|

CAMERON, JAMES M.
3293 NC HWY 87 N.
SANFORD, NC 27332

Claim Number: 10520
Claim Date: 07/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $750.00 |
|---|---|---|

---

CAMPAGNA, NICK
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5717
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

CAMPBELL COUNTY TREASURER'S OFFICE
PO BOX 37
RUSTBURG, VA 24588

Claim Number: 10645
Claim Date: 11/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

| ADMINISTRATIVE | Claimed: | $2553.42 |

---

CAMPBELL'S LAWN,
DBA:CAMPBELL'S LAWN CARE
PO BOX 1505
FAIRVIEW, NC 28730

Claim Number: 2802
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $342.50 | Scheduled: | $342.50 | Allowed: | $342.50 |

---

CAMPBELL, EULESTINE
19 COCKRUM LN #19
ROUND O, SC 29474

Claim Number: 8236
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

CAMPBELL, EUTESTINE
19 COCKRUM LN #19
ROUND O, SC 29474

Claim Number: 10621
Claim Date: 10/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

CAMPBELLS TRUCKING & MOBILE HOME MOVER,
CAMPBELLS TRUCKING & MOBILE HOME
MOVER PO BOX 26
CHERAW, SC 29520

Claim Number: 3944
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $2660.00 | | | | |
| UNSECURED | | | Scheduled: | $2660.00 | Allowed: | $2660.00 |

---

CAMPBELLS TRUCKING & MOBILE HOME MOVER,
CAMPBELLS TRUCKING & MOBILE HOME
MOVER PO BOX 26
CHERAW, SC 29520

Claim Number: 3945
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2675.00 | | | | |
| UNSECURED | | | Scheduled: | $2675.00 | Allowed: | $2675.00 |

---

---

CAMPOS, APOLONIA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5718
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

---

CAMPOS, JUAN JAVIER
STEVEN J. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 6768
Claim Date: 04/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

---

CANON FINANCIAL SERVICES,
JILL M. HAMMERSTEDT, ESQUIRE
SKLAR & PAUL, P.C.
701 WHITE HORSE ROAD
VOORHEES, NJ 08043

Claim Number: 4341
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: POSSIBLY AMENDED BY 9173

| | | |
|---|---|---|
| SECURED | Claimed: | $6409.03 |

---

CANON FINANCIAL SERVICES, INC.
JILL M. HAMMERSTEDT, ESQ.
SKLAR & PAUL, PC
701 WHITE HORSE RD
VOORHEES, NJ 08043

Claim Number: 4439
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $6409.03 |

---

CANON FINANCIAL SERVICES, INC.
ANDREW SKLAR, ESQ.
701 WHITE HORSE ROAD, SUITE 5
VOORHEES, NJ 08043

Claim Number: 6633
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: POSSIBLY AMENDED BY 9173

| | | |
|---|---|---|
| SECURED | Claimed: | $6462.96 |

---

CANON FINANCIAL SERVICES, INC.
ANDREW SKLAR, ESQUIRE
701 WHITE HORSE ROAD, SUITE 5
VOORHEES, NJ 08043

Claim Number: 6630
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: POSSIBLY AMENDED BY 9173

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4755.88 |

---

CANON FINANCIAL SERVICES, INC.
ANDREW SKLAR, ESQ.
701 WHITE HORSE ROAD, SUITE 5
VOORHEES, NJ 08043

Claim Number: 9021
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6414.22 | Allowed: | $2448.24 |

---

---

CANON FINANCIAL SERVICES, INC.
SKLAR ~MARKIND
102 BROWNING LANE
BLDG B - SUITE 1
CHERRY HILL, NJ 08003

Claim Number: 9173
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $13876.82 | | | | |
| UNSECURED | Claimed: | $1554.53 | | | Allowed: | $5170.72 |

---

CANTRELL'S CUST,
DBA: CANTRELL'S CUSTOM SK
10720 N FARM RD 167
FAIR GROVE, MO 65648

Claim Number: 1147
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2550.00 | | | | |
| UNSECURED | | | Scheduled: | $1580.00 | Allowed: | $2550.00 |

---

CANYON CITY LIQUOR,
424 WEST FOOTHILL BLVD
AZUSA, CA 91702

Claim Number: 3614
Claim Date: 03/11/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $685.00 | Scheduled: | $665.00 | Allowed: | $685.00 |

---

CANYON COUNTY
P.O. BOX 1010
CALDWELL, ID 83606

Claim Number: 6707
Claim Date: 04/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $5950.13 | | | Allowed: | $2041.08 |

---

CANYON COUNTY TREASURER
TRACIE LLOYD
PO BOX 1010
CALDWELL, ID 83605

Claim Number: 6670
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $6911.09 | |

---

CAPITAL COUPON MAGAZINE
3123 LAFFERTY
PASADENA, TX 77504

Claim Number: 7613
Claim Date: 07/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7000.00 | |

---

CAPITAL COUPON MAGAZINE
3123 LAFFERTY
PASADENA, TX 77504

Claim Number: 8484
Claim Date: 11/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7000.00 | |

---

---

| CAPITAL PRESS PRESS PUBLISHING,<br>PO BOX 2048<br>SALEM, OR 97308 | Claim Number: 2644<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $6763.84 | Scheduled: | $2312.10 |

---

| CAPITOL COFFEE<br>301 F POMONA DR<br>GREENSBORO, NC 27407 | Claim Number: 411<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $14087.39 |

---

| CAPITOL SERV,<br>PO BOX 1831<br>AUSTIN, TX 78767 | Claim Number: 3154<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $150.00 | Scheduled: | $215.00 | Allowed: | $150.00 |

---

| CAPLES, JOHN & EVANGELINE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6901<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

| CARABALLO, WILLIE<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5719<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

| CARDINAL DOWNS HOMEOWNERS ASSOC<br>C/O PRESTIGE MGMT. GROUP, INC.<br>PO BOX 9336<br>GREENSBORO, NC 27429 | Claim Number: 1752<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |

| SECURED | Claimed: | $172.00 |
| UNSECURED | | | | | Allowed: | $172.00 |

---

| CARDINAL POINT SERVICES INC,<br>5185 PETERS CREEK RD., SUITE 200<br>ROANOKE, VA 24019 | Claim Number: 328<br>Claim Date: 01/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $850.00 |

---

---

CARDINAL TIMBER PRODUCTS, LLC
KAREN M. EHRLICH, MANAGING MEMBER
715 N. 4TH STREET
COEUR D'ALENE, ID 83814

Claim Number: 10686
Claim Date: 12/27/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $16000.00 |
|---|---|---|

---

CARE-FREE M/H,
6210 NORTH DIXIE
ELIZABETHTOWN, KY 42701

Claim Number: 5516
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $6400.50 | Scheduled: | $2712.75 | Allowed: | $6400.50 |
|---|---|---|---|---|---|---|

---

CAREFREE COUNTRY MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6187
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2132.59 |
|---|---|---|

---

CAREFREE COUNTRY MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6456
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2132.59 |
|---|---|---|

---

CAREFREE COUNTRY MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6360
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $2132.59 |
|---|---|---|

---

CAREFREE MANOR
19602 N 32ND ST
PHOENIX, AZ 85050

Claim Number: 5230
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $1085.53 |
|---|---|---|

---

CARLSON, ERK
19104 APPLESPRING DR
LEANDER, TX 78641

Claim Number: 6066
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7451 (12/15/2004)

| UNSECURED | Claimed: | $14270.00 | Scheduled: | $7270.00 |
|---|---|---|---|---|

---

CARLSON, FROD J.
7906 NORTH KEDVALE AVE
SKOKIE, IL 60076

Claim Number: 7229
Claim Date: 05/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $2324.00 |
|---|---|---|

---

---

| CARMAX INC<br>P.O. BOX 2002<br>GREENWOOD, DE 19950 | Claim Number: 913<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $417.30 | | | Allowed: | $417.30 |
|---|---|---|---|---|---|---|

---

| CARMICHAEL INC-KS<br>PO BOX 146<br>PLAINVILLE, KS 67663 | Claim Number: 8733<br>Claim Date: 11/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $393.34 |
|---|---|---|

---

| CARMONA, EFREN<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5720<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| CAROLINA CRUSHER<br>P O BOX 181<br>WADESBORO, NC 28170 | Claim Number: 1773<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

---

| CAROLINA DISPOSAL INC,<br>P O BOX 396<br>WALTERBORO, SC 29488 | Claim Number: 1569<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $375.55 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $386.91 | Allowed: | $375.00 |

---

| CAROLINA ENVIRONMENTAL LABORATORIES LLC<br>1229 NORTH HORNER BLVD<br>SANFORD, NC 27330 | Claim Number: 7935<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $130.00 |
|---|---|---|

---

| CAROLINA ENVIRONMENTAL LABORATORIES LLC<br>1229 NORTH HORNER BLVD<br>SANFORD, NC 27330 | Claim Number: 8113<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CAROLINA FIRST BANK<br>WEYMAN C. CARTER, ESQ.<br>MCNAIR LAW FIRM, P.A.<br>POST OFFICE BOX 447<br>GREENVILLE, SC 29602 | Claim Number: 6733<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $807555.55 |

| | | |
|---|---|---|
| CAROLINA LANDSCAPING & LAWN<br>DBA CAROLINA LANDSCAPING & LAWN<br>2480 FOSTER ROAD<br>INMAN, SC 29349 | Claim Number: 8436<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $550.00 |

| | | |
|---|---|---|
| CAROLINA MANUFACTURED HOME REPAIRS<br>1927 EAST PALMETTO ST<br>FLORENCE, SC 29506 | Claim Number: 2106<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2061.71 | Scheduled: | $2061.71 | Allowed: | $2061.71 |

| | | |
|---|---|---|
| CAROLINA MANUFACTURED HOME REPAIRS<br>1927 EAST PALMETTO ST<br>FLORENCE, SC 29506 | Claim Number: 2107<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6424.38 |

| | | |
|---|---|---|
| CAROLINA OIL CO, INC<br>PO BOX 1173<br>ALBEMARLE, NC 28002 | Claim Number: 1390<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3250.76 |

| | | |
|---|---|---|
| CAROLINA OIL CO, INC,<br>PO BOX 1173<br>ALBEMARLE, NC 28002 | Claim Number: 1391<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $3250.00 | Scheduled: | $3250.76 | Allowed: | $3250.00 |

| | | |
|---|---|---|
| CAROLINA OIL CO, INC,<br>PO BOX 1173<br>ALBEMARLE, NC 28002 | Claim Number: 7828<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3250.76 |

---

CAROLINA POWER & LIGHT CO
DBA PROGRESS ENERGY CAROLINAS, INC.
CENTRAL REMITTANCE
P.O. BOX 2041
RALEIGH, NC 27602

Claim Number: 5333
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $15369.61 |
|---|---|---|

---

CAROLINA POWER & LIGHT COMPANY
DBA PROGRESS ENERGY CAROLINAS, INC.
P.O. BOX 2041
RALEIGH, NC 27602

Claim Number: 5334
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6907.22 | Scheduled: | $6506.59 |
|---|---|---|---|---|

---

CAROLINA TRACTOR & EQUIPMENT
ATTN: J.M. BEATTY
P.O. BOX 1095
CHARLOTTE, NC 28201-1095

Claim Number: 332
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $145.32 | Scheduled: | $145.32 | Allowed: | $145.32 |
|---|---|---|---|---|---|---|

---

CAROLINA TRADER
P O BOX 3036
FAYETTEVILLE, NC 26302

Claim Number: 2309
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $326.70 | | | Allowed: | $326.70 |
|---|---|---|---|---|---|---|

---

CAROLINA TRADER,
P O BOX 849
FAYETTEVILLE, NC 283020849

Claim Number: 2307
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $189.00 | Scheduled: | $484.22 | Allowed: | $189.00 |
|---|---|---|---|---|---|---|

---

CAROLYNS TRAILER PARK
DBA CAROLYNS TRAILER PARK
12435 PRAVATA LANE
TICKFAW, LA 70466

Claim Number: 729
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $120.00 |
|---|---|---|

---

CARPENTER CO-PA
5016 MONUMENT AVENUE
RICHMOND, VA 23230

Claim Number: 1006
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $18706.80 | | | Allowed: | $16938.00 |
|---|---|---|---|---|---|---|

---

CARPENTER RALPH,
TRIPLE M MOBILE HOME SERVICE
9219 GARDEN RIDGE DR
SAN ANTONIO, TX 78266

Claim Number: 4843
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $52574.74 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7806.87 | Scheduled: | $14690.19 |

---

---

| CARPENTER, ROBERT W. | Claim Number: 5721 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| 919 N. MARKET STREET, STE. 1000 | Debtor: OAKWOOD HOMES CORPORATION |
| WILMINGTON, DE 19801 | Comments: EXPUNGED |
| | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

---

| CARPENTER, TAMMY | Claim Number: 8971 |
| ROYDERA HACKWOTH | Claim Date: 11/25/2003 |
| 2500 BRANDT FOREST COURT | Debtor: OAKWOOD HOMES CORPORATION |
| GREENSBORO, NC 27455 | Comments: EXPUNGED |
| | DOCKET: 3677 (02/27/2004) |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| CARPET DISCOUNT WAREHOUSE | Claim Number: 9289 |
| DBA CARPET DISCOUNT WAREHOUSE | Claim Date: 12/17/2003 |
| 100 W SOUTH LAKE BLVD STE 142-650 | Debtor: OAKWOOD HOMES CORPORATION |
| SOUTHLAKE, TX 76092 | Comments: EXPUNGED |
| | DOCKET: 3829 (03/16/2004) |

| ADMINISTRATIVE | Claimed: | $3500.00 |

---

| CARPET DOCTORS, | Claim Number: 6325 |
| DBA CARPET DOCTORS | Claim Date: 04/02/2003 |
| RT 2 53 C | Debtor: OAKWOOD MOBILE HOMES, INC. |
| MILTON, WV 25541 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $254.40 |

---

| CARPETMAN | Claim Number: 7936 |
| 670 SOUTH FRONT ST | Claim Date: 11/04/2003 |
| MILTON, PA 17847 | Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $645.00 |

---

| CARQUEST AUTO PARTS | Claim Number: 2723 |
| CARQUEST DIST. CNTR. | Claim Date: 03/03/2003 |
| 508 MC GRAW | Debtor: OAKWOOD HOMES CORPORATION |
| BAY CITY, MI 48708 | |

| UNSECURED | Claimed: | $572.83 |

---

| CARQUEST AUTO PARTS | Claim Number: 3439 |
| CARQUEST DIST. CNTR. | Claim Date: 03/03/2003 |
| 508 MCGRAW | Debtor: OAKWOOD HOMES CORPORATION |
| BAY CITY, MI 48708 | |

| UNSECURED | Claimed: | $410.58 | | Allowed: | $410.58 |

---

---

CARR, SHELIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7013
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

CARRIAGE INDUSTRIES, INC.
2208 SOUTH HAMILTON STREET
ATTN: GENER LASSITER
DALTON, GA 30721-4974

Claim Number: 5601
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1611348.81 |
|---|---|---|

---

CARRIAGE VILLAGE, LLC
715 N 96TH EAST PL
TULSA, OK 74115

Claim Number: 4718
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $2040.48 |
|---|---|---|

---

CARRICK, MARJORIE W
27773 AVALON DRIVE
GEORGETOWN, DE 19947

Claim Number: 9252
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $3000.00 |
|---|---|---|

---

CARRICK, MARJORIE W,
27773 AVALON DRIVE
GEORGETOWN, DE 19947

Claim Number: 5446
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| PRIORITY UNSECURED | Claimed: | $3000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

CARRICK, MARJORIE W.
27773 AVALON DRIVE
GEORGETOWN, DE 19947

Claim Number: 9466
Claim Date: 03/30/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2000.00 |
|---|---|---|

---

CARRIERE CONSTRUCTION, LLC
1079 CASTILLE HIGHWAY
CHURCH POINT, LA 70525

Claim Number: 699
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $26315.00 | Scheduled: | $24715.00 | Allowed: | $24715.00 |
|---|---|---|---|---|---|---|

---

---

CARRILLO, ALEXIS & EVELYN
C/O PAUL M. LEVINE
MCCARTHY HOLTHUS & LEVINE
3636 N CENTRAL AEV, SUITE 1100
PHOENIX, AZ 85012

Claim Number: 9593
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $9125.00 |
| --- | --- | --- |

---

CARRIZO SPRINGS CONSOLIDATED ISD
JAMES E. CABELLO
P.O. BOX 6158
SAN ANTONIO, TX 78209

Claim Number: 4782
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/16/2004)

| SECURED | Claimed: | $1271.39 |
| --- | --- | --- |

---

CARROL LOUIS
PO BOX 164
WALSENBURG, CO 81089

Claim Number: 7875
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

CARROLL COUNTY
423 COLLEGE STREET ROOM 401
CARROLLTON, GA 30117-3142

Claim Number: 1751
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $11927.40 | Scheduled: | $292.00 UNLIQ |

---

CARROLL, MARK & AUDREY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6902
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- |

---

CARROLL, R. ALLEN
120 GUNN ROAD
REIDSVILLE, NC 27320

Claim Number: 3859
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $20658.21 |
| --- | --- | --- |

---

CARSON COUNTY APPRAISAL DISTRICT
C/O PERDUE BRANDON FIELDER ET AL
P.O. BOX 9132
AMARILLO, TX 79105

Claim Number: 4584
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $195.21 |
| --- | --- | --- |

---

---

CARSON COUNTY APPRASIAL DISTRICT
C/O PERDUE BRANDON
FIELDER COLLINS & MOTT
PO BOX 9132
AMARILLO, TX 79105

Claim Number: 4583
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $520.61 |
|---|---|---|

---

CARSON PLUMBING
DBA CARSON PLUMBING
467 DILLINGHAM RD
BARNARDSVILLE, NC 28709

Claim Number: 8912
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $257.50 |
|---|---|---|

---

CARSON, JASON
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5722
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

CARSON, WAYNE T.
467 DILLINGHAM ROAD
BARNARDSVILLE, NC 28709

Claim Number: 10071
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $257.50 |
|---|---|---|

---

CARTER CHARLIE,
BROWN SHINGLES MHP
5619 NE 772 HWY
MADISON, NC 27025

Claim Number: 731
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 DISP | Allowed: | $450.00 |
|---|---|---|---|---|---|---|

---

CARTER LUMBER
JOHN A. DAILY
LANDMARK BLDG, STUIE 604
7 W BOWERY ST
AKRON, OH 44308

Claim Number: 3034
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2651.23 |
|---|---|---|

---

CARTER MORRIS L,
5400 MORRIS CARTER ROAD
CONWAY, SC 29527

Claim Number: 6833
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 DISP | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

---

---

CARTER, CAROL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6974
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

CARTER, DONALD W.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5723
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

CARTER, DONALD W.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE 1000
WILMINGTON, DE 19801

Claim Number: 7660
Claim Date: 08/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $412.50 |

---

CARTER, JERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7014
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

CARTER, LISA K.
732 WESTOVER AVENUE
WINSTON SALEM, NC 27104

Claim Number: 5418
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

CARTER, LISA K.
732 WESTOVER AVENUE
WINSTON SALEM, NC 27104

Claim Number: 5624
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

CARTER, LISA K.
732 WESTOVER AVENUE
WINSTON SALEM, NC 27104

Claim Number: 6370
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| CARTERET PUBLIS<br>P.O. BOX 1679<br>MOREHEAD CITY, NC 28557 | | | Claim Number: 7860<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $218.37 | | | | |
| CARTERS PLUMBING INC,<br>98 PINE STREET<br>GALLIPOLIS, OH 45631 | | | Claim Number: 1823<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $111.69 | Scheduled: | $111.69 | Allowed: | $111.69 |
| CARTERS PLUMBING INC,<br>98 PINE STREET<br>GALLIPOLIS, OH 45631 | | | Claim Number: 8169<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $111.69 | | | | |
| CASADOS, DANIEL & MICHELLE<br>1731 SIERRA PL<br>PUEBLO, CO 810043200 | | | Claim Number: 5512<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | | | |
| PRIORITY | Claimed: | $25000.00 | | | | |
| CASAS, RAUL<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5724<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |
| CASCADE NATURAL GAS CORP<br>222 FAIRVIEW AVE NORTH<br>SEATTLE, WA 98109 | | | Claim Number: 188<br>Claim Date: 01/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $13032.84 | | | | |
| CASCADE NATURAL GAS-OR<br>222 FAIRVIEW AVENUE NO.<br>SEATTLE, WA 98109 | | | Claim Number: 2988<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $12650.46 | | | | |

CASCADE SERVICES INC
DBA SHOWCASE HOMES
16826 MERIDIAN E
PUYALLUP, WA 98375

Claim Number: 3252
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $335.00 | | | | |
| UNSECURED | | | | | Allowed: | $335.00 |

CASCADE WATER QUALITY,
DBA CASCADE WATER QUALITY
PO BOX 2199
WENATCHEE, WA 98807

Claim Number: 1009
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $64.84 | Scheduled: | $64.84 | Allowed: | $64.84 |

CASKIE AND FROS,
P O BOX 6360
2306 ATHERHOLT ROAD
LYNCHBURG, VA 24505-6360

Claim Number: 3724
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $720.00 | Scheduled: | $720.00 | Allowed: | $720.00 |

CASON, DERRICK V.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5725
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

CASS COUNTY
TAB BEALL, ATTORNEY FOR CLAIMANT
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
PO BOX 1530
TYLER, TX 75710

Claim Number: 49
Claim Date: 12/17/2002
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $254.78 |
| SECURED | Claimed: | $0.00 |

CASS COUNTY
TAB BEALL
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
PO BOX 2007
TYLER, TX 75710-2007

Claim Number: 10056
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $340.49 |

CASS, SHELIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7015
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| CAST PRODUCTS CORP<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255-5894 | Claim Number: 6263<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORP-AZ,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6258<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORP-IN,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6257<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $11253.91 | |

| CAST PRODUCTS CORP-MN,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6259<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORP-NC,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6262<br>Claim Date: 03/31/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORP-NC,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6260<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORP-SCHULT TX<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6265<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| CAST PRODUCTS CORPORATION - PA<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | Claim Number: 6264<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | |

| | | | | |
|---|---|---|---|---|
| CAST PRODUCTS CORPORATION - PA,<br>PO BOX 5894<br>INDIANAPOLIS, IN 46255 | | Claim Number: 6261<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CASTER TECHNOLOGY CORPORATION,<br>11552 MARKON DRIVE<br>GARDEN GROVE, CA 92841 | | Claim Number: 856<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $1074.92 | Scheduled: | $1074.92 | Allowed: | $1074.92 |

| | | | | |
|---|---|---|---|---|
| CASTLE, PAMELA A.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | Claim Number: 3220<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY | Claimed: | $100000.00 | | |
| UNSECURED | | | Allowed: | $29034.31 |

| | | | | |
|---|---|---|---|---|
| CASTRO, ALFONSO & SANDRA<br>C/O JUDITH LURIE<br>NORTHWEST JUSTICE PROJECT<br>300 S OKANOGAN AVE, SUITE 3A<br>WENATCHEE, WA 98801 | | Claim Number: 4817<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $13870.00 |

| | | |
|---|---|---|
| CASTRO, ALFONSO & SANDRA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | | Claim Number: 6486<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| CASTRO, OSCAR<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5726<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| CASWELL JR, JAMES J<br>PO BOX 3195<br>CANUTILLO, TX 79835 | | Claim Number: 8791<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $6992.65 |

| | | |
|---|---|---|
| CASWELL, JAMES J.<br>490 FM 259<br>CANUTILLO, TX 798356211 | | Claim Number: 10486<br>Claim Date: 06/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8000.00 | | |

| | | |
|---|---|---|
| CASWELL, JAMES J.<br>490 FARM ROAD 259<br>CANUTILLO, TX 79835 | | Claim Number: 10727<br>Claim Date: 04/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4200.00 |

| | | |
|---|---|---|
| CATAWBA CO TAX<br>P O BOX 368<br>NEWTON, NC 28658 | | Claim Number: 1574<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1728.15 | Allowed: | $329.01 |

| | | |
|---|---|---|
| CATAWBA CO. TAX COLLECTOR<br>PO BOX 368<br>NEWTON, NC 28658 | | Claim Number: 7861<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $553.74 |

| | | |
|---|---|---|
| CATAWBA COUNTY TAX COLLECTOR<br>PO BOX 368<br>NEWTON, NC 28658-0368 | | Claim Number: 10338<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7328 (11/17/2004) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3663.18 |

| | | |
|---|---|---|
| CATHERN, ALBERTA<br>3147 JOYCE LN<br>MEMPHIS, TN 38116 | | Claim Number: 3219<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |

| | | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

| | | |
|---|---|---|
| CATHY DUMAS,<br>129 OAK STREET<br>MONTGOMERY, LA 71454 | | Claim Number: 1835<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $216.94 | Scheduled: | $216.94 | Allowed: | $216.94 |

| CATO'S MOBILE HOME SERVICE<br>2748 GUN CLUB RD<br>TEXARKANA, TX 75501 | Claim Number: 7404<br>Claim Date: 06/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | Allowed: | $20478.81 |
|---|---|---|---|---|---|---|

| CATOOSA COUNTY TAX COMMISSIONER<br>93 ROBIN ROAD<br>ATTN: SANDRA SELF<br>RINGGOLD, GA 30736 | Claim Number: 10712<br>Claim Date: 03/15/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8292 (11/03/2005) |
|---|---|

| SECURED | Claimed: | $1085.19 |
|---|---|---|

| CAUDILL'S COMME<br>ELECTRIC CO.,INC<br>208 BODHAMER ST.<br>KERNERSVILLE, NC 27284 | Claim Number: 8106<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $495.00 UNLIQ |
|---|---|---|

| CDI OFFICE 1<br>PO BOX 1681<br>WILLMAR, MN 56201 | Claim Number: 1287<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $2884.81 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $116.77 | | | Allowed: | $3001.58 |

| CDW COMPUTER CENTERS, INC.<br>ATTN: TINA RACHUY/RECOVERY SERVICES<br>200 N. MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 | Claim Number: 17<br>Claim Date: 11/29/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $63726.44 |
|---|---|---|

| CDW, INC.<br>ATTN: VIDA KRUG<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | Claim Number: 3992<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $65863.43 |
|---|---|---|

| CECIL, RONNIE<br>6417 US HWY 70<br>MEBANE, NC 27302 | Claim Number: 7918<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1500.00 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CECIL, RONNIE<br>6417 U.S. 70<br>MEBANE, NC 27302 | | | Claim Number: 9537<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3380.00 | | | | | |
| CED<br>P O BOX 2820<br>ISSAQUAH, WA 980270129 | | | Claim Number: 10147<br>Claim Date: 06/01/2004<br>Debtor: GOLDEN WEST LEASING, LLC | | | | |
| ADMINISTRATIVE | Claimed: | $924.54 | | | | | |
| CEDAR HILL ESTATES MHC<br>PO BOX 1500<br>HIGH RIDGE, MO 63049 | | | Claim Number: 5463<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $390.00 | | | Allowed: | $390.00 | |
| CEDAR HILL ESTATES MHC<br>PO BOX 1500<br>HIGH RIDGE, MO 63049 | | | Claim Number: 5464<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $780.00 | | | Allowed: | $780.00 | |
| CEDAR MTN HEATING & AC<br>DBA"CEDAR MOUNTAIN HEATING & AC<br>9548 GREENVILLE HWY<br>BREVARD, NC 28712 | | | Claim Number: 1366<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $460.00 | | | Allowed: | $460.00 | |
| CEDILLO PAUL JR,<br>2319 AVE H<br>ROSENBERG, TX 77471 | | | Claim Number: 2545<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1000.00 | Scheduled: | $1000.00 | Allowed: | $1000.00 | |
| CENTENNIAL FARMS,<br>1065 PEACH BLOSSOM CIRCLE<br>BURTON, MI 48509 | | | Claim Number: 3427<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $2520.00 | Scheduled: | $1522.00 DISP | Allowed: | $2520.00 | |

CENTENNIAL WIRELESS
3811 ILLINOIS RD., SUITE 212
FORT WAYNE, IN 46804

Claim Number: 3721
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $8625.38 | Scheduled: | $7636.97 | Allowed: | $5154.00 |
|---|---|---|---|---|---|---|

CENTENNIAL WIRELESS
3811 ILLINOIS RD., SUITE 212
FORT WAYNE, IN 46804

Claim Number: 3722
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $2460.49 | | | Allowed: | $1272.39 |
|---|---|---|---|---|---|---|

CENTENNIAL WIRELESS-IN,
PO BOX 9001094
LOUISVILLE, KY 40290-1094

Claim Number: 3723
Claim Date: 03/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1492.99 | Scheduled: | $1154.00 | Allowed: | $1492.99 |
|---|---|---|---|---|---|---|

CENTER COMMUNICATIONS INC,
PO BOX 119
BELLEFONTE, PA 16823

Claim Number: 3020
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $88.93 | Scheduled: | $88.93 | Allowed: | $88.93 |
|---|---|---|---|---|---|---|

CENTER SEAL, INC.
2714 K-VILLE AVE
AUBURNDALE, FL 33823

Claim Number: 4451
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $603.00 | | | | |
|---|---|---|---|---|---|---|

CENTER SEAL, INC.
2714 K-VILLE AVE
AUBURNDALE, FL 33823

Claim Number: 4460
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $152.00 | | | Allowed: | $152.00 |
|---|---|---|---|---|---|---|

CENTER, BRENDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7016
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

CENTER, LLOYD & TAMMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6975
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CENTRAL FREIGHT LINES INC.<br>PO BOX 2638<br>WACO, TX 76702-2638 | | | Claim Number: 7796<br>Claim Date: 09/29/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| UNSECURED | Claimed: | $3325.42 | | | | | |
| CENTRAL POWER AND LIGHT<br>AEP<br>PO BOX 24400<br>CANTON, OH 447014400 | | | Claim Number: 1314<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| SECURED<br>UNSECURED | Claimed: | $2329.00 | | | Allowed: | $2329.00 |
| CENTRAL RECORD<br>PO BOX 800<br>LANCASTER, KY 40444 | | | Claim Number: 1819<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $161.90 | | | Allowed: | $161.90 |
| CENTRAL RECORD,<br>PO BOX 800<br>LANCASTER, KY 40444 | | | Claim Number: 1818<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $20.00 | Scheduled: | $181.90 | Allowed: | $20.00 |
| CENTRAL TEXAS REFUSE INC,<br>P O BOX 18685<br>AUSTIN, TX 78760 | | | Claim Number: 2191<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $100.95 | Scheduled: | $433.72 | Allowed: | $100.95 |
| CENTRAL TRAILER SUPPLY<br>8225 CENTRAL AVE NE<br>ALBUQUERQUE, NM 87198 | | | Claim Number: 1205<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1775.22 | | | | |
| CENTRAL WELDING & IND SUPPLY<br>1510 HAWKINS AVE<br>SANFORD, NC 27330 | | | Claim Number: 2017<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $496.80<br>$2351.44 | Scheduled: | $2125.49 | Allowed: | $2848.24 |

---

CENTRE COMMUNICATIONS INC-PA,
PO BOX 119
BELLEFONTE, PA 16823

Claim Number: 3019
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $570.18 | Scheduled: | $570.18 | Allowed: | $570.18 |
|---|---|---|---|---|---|---|

CENTRE HEALTH NETWORK LLC,
501 ROLLING RIDGE DR
STATE COLLEGE, PA 16801

Claim Number: 1117
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $54.00 | Scheduled: | $54.00 | Allowed: | $54.00 |
|---|---|---|---|---|---|---|

CENTURY LABS II CORP-IN
2802-G CONGRESSIONAL PKWY
FORT WAYNE, IN 46808

Claim Number: 1697
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $341.98 |
|---|---|---|

CENTURY SERVICE
P O BOX 9067
HICKORY, NC 28603

Claim Number: 3458
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $11883.83 | | | Allowed: | $11883.83 |
|---|---|---|---|---|---|---|

CENTURYTEL, INC.
REX D. RAINACH
A PROFESSIONAL LAW CORPORATION
3622 GOVERNMENT STREET
BATON ROUGE, LA 70806-5720

Claim Number: 4310
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1088.61 |
|---|---|---|

CERCAS, JUAN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5727
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1790.63 UNLIQ |

CERCAS, JULIO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5728
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| CGR PRODUCTS<br>CGR PRODUCTS INC<br>4655 US HWY 29 N<br>GREENSBORO, NC 274059446 | Claim Number: 4500<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3185.35 |
|---|---|---|

| CHACON, THOMAS R.<br>621 E. OAK STREET<br>WINSLOW, AZ 86047 | Claim Number: 10083<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

| CHADBOURN LIONS CLUB<br>P O BOX 334<br>CHADBOURN, NC 28431 | Claim Number: 8253<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $220.00 |
|---|---|---|

| CHADBOURN TOWN,<br>208 EAST FIRST AVE.<br>CHADBOURN, NC 28431 | Claim Number: 654<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>SECURED | Claimed: | $25.74 | Scheduled: | $0.00 UNLIQ | Allowed: | $21.89 |
|---|---|---|---|---|---|---|

| CHAFEY BACKHOE<br>19029 W ARLINGTON RD<br>BUCKEYE, AZ 85326 | Claim Number: 2681<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $9125.00 |
|---|---|---|

| CHAFEY BACKHOE,<br>19029 W ARLINGTON RD<br>BUCKEYE, AZ 85326 | Claim Number: 2682<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $9125.00 | Scheduled: | $11850.00 | Allowed: | $8875.50 |
|---|---|---|---|---|---|---|

| CHALES MONNETT III<br>200 QUEENS ROAD<br>CHARLOTTE, NC 28237 | Claim Number: 5225<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $1000000.00 UNLIQ |
|---|---|---|

CHAMBERS COUNTY MUNICIPAL UTILITY
DISTRICT NO. 1
YOUNG & BROOKS
1415 LOUISIANA AVE, 5TH FLOOR
HOUSTON, TX 77002

Claim Number: 10608
Claim Date: 09/24/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $638.42 UNLIQ |
|---------|----------|---------------|

CHAMBERS, HELEN
568 RIGGS RD
PO BOX 399
HUBERT, NC 28539

Claim Number: 10848
Claim Date: 07/06/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8685 (09/26/2006)

| UNSECURED | Claimed: | $2500.00 UNLIQ |
|-----------|----------|----------------|

CHAMPAGNE APPRAISAL INC,
130 N WATER STREET
OLATHE, KS 66061

Claim Number: 2724
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1600.00 | Scheduled: | $800.00 | Allowed: | $1600.00 |
|-----------|----------|----------|------------|---------|----------|----------|

CHAMPION ENGINEERING INC,
1829 WESCOTT DRIVE
RALEIGH, NC 27614

Claim Number: 9516
Claim Date: 04/12/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2578.00 |
|-----------|----------|----------|

CHAMPION ENGINEERING INC,
1829 WESCOTT DRIVE
RALEIGH, NC 27614-8609

Claim Number: 9519
Claim Date: 04/12/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1425.00 |
|----------------|----------|----------|

CHANCE CONSTRUCTION
P.O. BOX 454
ASHLAND, MO 65010

Claim Number: 5130
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $460.00 | | | Allowed: | $460.00 |
|-----------|----------|---------|--|--|----------|---------|

CHANCE CONSTRUCTION,
P.O. BOX 454
ASHLAND, MO 65010

Claim Number: 5129
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $2700.98 | Scheduled: | $2700.98 | Allowed: | $2700.98 |
|-----------|----------|----------|------------|----------|----------|----------|

CHANCE CONSTRUCTION,
P.O. BOX 454
ASHLAND, MO 65010

Claim Number: 5132
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1122.60 | Scheduled: | $1122.60 | Allowed: | $1122.60 |
|-----------|----------|----------|------------|----------|----------|----------|

---

CHANDLER, DEBBIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3221
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $50000.00 | | |
| UNSECURED | | | Allowed: | $14517.16 |

---

CHANDLER, DEBBIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6976
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

CHANDLER, JIM
P.O. BOX 1120
HELOTES, TX 78023

Claim Number: 649
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $4742.00 |

---

CHANDLER, JIM
P.O. BOX 1120
HELOTES, TX 78023

Claim Number: 650
Claim Date: 02/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $9683.00 |

---

CHANNEL VIEW INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE BRANDON FIELDER COLLINS & MOTT
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 10104
Claim Date: 05/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4487 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $24387.06 UNLIQ |

---

CHANNELVIEW INDEPENDENT SCHOOL DISTRICT
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 6884
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $12760.63 | Allowed: | $9871.46 |

---

CHAPARRAL STEEL
300 WARD RD
MIDLOTHIAN, TX 76065

Claim Number: 3898
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $67579.94 | Scheduled: | $44458.69 | Allowed: | $67579.94 |

---

CHAPARRAL STEEL
300 WARD RD
MIDLOTHIAN, TX 76065

Claim Number: 3899
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $32581.51 | Scheduled: | $72508.84 | Allowed: | $32581.51 |

CHAPARRAL STEEL
300 WARD RD.
MIDLOTHIAN, TX 76065

Claim Number: 3900
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| ADMINISTRATIVE | | | | | Allowed: | $12451.38 |
| UNSECURED | Claimed: | $24836.10 | Scheduled: | $16680.96 | Allowed: | $4226.58 |

CHAPARRAL STEEL
300 WARD RD
MIDLOTHIAN, TX 76065

Claim Number: 3901
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $26737.60 | Scheduled: | $26737.60 | Allowed: | $26737.60 |

CHAPARRAL STEEL
300 WARD RD
MIDLOTHIAN, TX 76065

Claim Number: 3902
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $16809.08 | | | Allowed: | $16809.08 |

CHAPARRAL STEEL
300 WARD RD
MIDLOTHIAN, TX 76065

Claim Number: 3903
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $15690.43 | Scheduled: | $15690.43 | Allowed: | $15690.43 |

CHAPMAN KELLEY
PO BOX 230
CROSBY, TX 77532

Claim Number: 6656
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1980.00 |

CHAPMAN SHANE,
450 OLD POST RD
WAYNESVILLE, GA 31566

Claim Number: 7793
Claim Date: 09/29/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 DISP |

---

| CHAPMAN SHANE,<br>450 OLD POST RD<br>WAYNESVILLE, GA 31566 | | | Claim Number: 9261<br>Claim Date: 12/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $790.00 | |

| CHAPMAN STEVE<br>1373 BATES RD<br>LEBANON, TN 37087 | | | Claim Number: 7851<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $100.00 | |

| CHAPMAN STEVE,<br>1373 BATES RD<br>LEBANON, TN 37087 | | | Claim Number: 1462<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $100.00 | Scheduled: $50.00     Allowed: $100.00 |

| CHAPMAN, DONALD<br>809 6TH AVE, SE<br>DECATUR, AL 35601 | | | Claim Number: 3761<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8421 (01/31/2006) |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: $20000.00 |

| CHAPMAN, STEVE<br>1373 BATES ROAD<br>LEBANON, TN 37087 | | | Claim Number: 9555<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $100.00 | |

| CHAPMAN, W.L. JR.<br>390 CEDAR CREEK DR.<br>ATHENS, GA 30605 | | | Claim Number: 4599<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|---|---|
| UNSECURED | Claimed: | $4518.72 | |

| CHAPTER 13 TRUSTEE<br>600 UNIVERSITY ST.#2200<br>SEATTLE, WA 98101-4100 | | | Claim Number: 3031<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: $225.00 |

| CHARBUKA PAMELA KAY,<br>1118 1/2 S 13TH ST<br>TEMPLE, TX 765045644 | Claim Number: 4702<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $150.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150.00 | Allowed: | $150.00 |

| CHARLES HERRING, JR.<br>343 N. WASHINGTON ST.<br>ATTY. FOR PATSY LYNN & JOHNNY LEBRUN<br>BASTROP, LA 71220 | Claim Number: 3123<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $92232.07 |
|---|---|---|

| CHARLES ROWE MASONRY,<br>592 LOCK HOLLOW<br>ARGILLITE, KY 41121 | Claim Number: 4067<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $5700.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5700.00 | Allowed: | $5700.00 |

| CHARLES W. "BUZZ" KNOLES,<br>5605 U.S. ROUTE 23<br>CHILLICOTHE, OH 45601 | Claim Number: 3701<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| CHARLES W. "BUZZ" KNOLES,<br>5605 U.S. ROUTE 23<br>CHILLICOTHE, OH 45601 | Claim Number: 9460<br>Claim Date: 03/25/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| CHARLES W. ROGAN TEST. TRUST<br>ROGAN MOBILE HOME COURT<br>1203 N 3RD ST<br>BARDSTOWN, KY 40004 | Claim Number: 9577<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

| CHARLES W. TRIPP, SR.<br>6187 N. CLUBVIEW CR.<br>BESSEMER, AL 35022 | Claim Number: 10153<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $17582.25 |
|---|---|---|

| CHARLES, CARLOS R<br>206 DEAN MATTHEWS ROAD<br>MOULTRIE, GA 31768 | Claim Number: 8535<br>Claim Date: 11/17/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| CHARLES, RAUL<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5729<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| CHARLES, RICHARD<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5730<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1650.00 UNLIQ |

| CHARLESTON BUSINESS MACHINES INC<br>309 WASHINGTON STREET WEST<br>CHARLESTON, WV 25302 | Claim Number: 784<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $371.41 |
|---|---|---|

| CHARLESTON BUSINESS MACHINES INC<br>309 WASHINGTON STREET WEST<br>CHARLESTON, WV 25302 | Claim Number: 8213<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $371.41 |
|---|---|---|

| CHARLESTON NEWS<br>PO BOX 2993<br>CHARLESTON, WV 25330 | Claim Number: 3788<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5493.58 |
|---|---|---|

| CHARLIE "D" ELECTRIC<br>5826 FM 1374<br>NEW WAVERLY, TX 77358 | Claim Number: 5346<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $3000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3000.00 | Allowed: | $3000.00 |

---

CHARLIES LOCK & KEY
2771 PLEASANT RD
FORT MILL, SC 29708

Claim Number: 6294
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $105.00 |

---

CHARLOTTE COPY DATA INC
4404-A STUART ANDREW BLVD
CHARLOTTE, NC 28217

Claim Number: 2675
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $123.61 |

---

CHARLOTTE OBSERVER
PO BOX 32188
CHARLOTTE, NC 28232 2188

Claim Number: 2081
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4602.48 |

---

CHARLOTTE SAW & KNIFE, INC,
420 W PALMER ST
CHARLOTTE, NC 28203

Claim Number: 2471
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $598.86 | Scheduled: | $983.11 | Allowed: | $983.11 |

---

CHARTER MEDIA
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 4010
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $675.00 |

---

CHARTER MEDIA #4153
C/O SZABO ASSOCIATES, INC.
3355 LENOX ROAD, 9TH FLOOR
ATLANTA, GA 30326

Claim Number: 7409
Claim Date: 06/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1662.00 | | Allowed: | $1662.00 |

---

CHARTER, JOAN M.
NORTHRIDGE PARK
19120 NORDHOFF ST. SPC #5-5 MAYFAIR
NORTHRIDGE, CA 91324

Claim Number: 439
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | |
|---|---|---|
| SECURED | Claimed: | $5000.00 |

---

CHARTIER, AARION
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5731
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

CHASE, IRENE
725 W THARTER #98
HEMET, CA 92543

Claim Number: 10277
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8423 (01/31/2005)

| ADMINISTRATIVE | Claimed: | $3345.00 |
|---|---|---|

CHASE, IRENE
725 W THORNTON AVE
SPACE NO 98
HEMET, CA 92543

Claim Number: 10808
Claim Date: 01/30/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3345.00 |
|---|---|---|

CHATEAU  RANCHETTES
11868 CHATEAU DR NE
WOODBURN, OR 97071

Claim Number: 6570
Claim Date: 04/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $110.00 |
|---|---|---|

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5045
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| SECURED | Claimed: | $64369.32 | | Allowed: | $2000.00 |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12709.86 | | | |

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5046
Claim Date: 03/26/2003
Debtor: CREST CAPITAL, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $64369.32 |
|---|---|---|
| UNSECURED | Claimed: | $12709.86 |

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5047
Claim Date: 03/26/2003
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $64369.32 |
|---|---|---|
| UNSECURED | Claimed: | $12709.86 |

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5048
Claim Date: 03/26/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $64369.32 |
|---|---|---|
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5056
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5050
Claim Date: 03/26/2003
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5051
Claim Date: 03/26/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5052
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5053
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5055
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

CHATEAU COMMUNITIES
KEVIN Y. PAK
BELL, BOYD & LLOYD LLC
70 WEST MADISON STREET, SUITE 3300
CHICAGO, IL 60602

Claim Number: 5057
Claim Date: 03/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

---

| CHATEAU COMMUNITIES<br>KEVIN Y. PAK<br>BELL, BOYD & LLOYD LLC<br>70 WEST MADISON STREET, SUITE 3300<br>CHICAGO, IL 60602 | Claim Number: 5058<br>Claim Date: 03/26/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

| CHATEAU COMMUNITIES<br>KEVIN Y. PAK<br>BELL, BOYD & LLOYD LLC<br>70 WEST MADISON STREET, SUITE 3300<br>CHICAGO, IL 60602 | Claim Number: 5049<br>Claim Date: 03/26/2003<br>Debtor: HOME SERVICE CONTRACT, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

| CHATEAU COMMUNITIES<br>KEVIN Y. PAK<br>BELL, BOYD & LLOYD LLC<br>70 WEST MADISON STREET, SUITE 3300<br>CHICAGO, IL 60602 | Claim Number: 5054<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

| CHATEAU COMMUNITIES<br>KEVIN Y. PAK<br>BELL, BOYD & LLOYD LLC<br>70 WEST MADISON STREET, SUITE 3300<br>CHICAGO, IL 60602 | Claim Number: 5059<br>Claim Date: 03/26/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $64369.32 |
| UNSECURED | Claimed: | $12709.86 |

| CHATHAM CO TAX<br>P O BOX 697<br>PITTSBORO, NC 27312 | Claim Number: 7899<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $264.12 |

| CHATHAM CO TAX<br>P O BOX 697<br>PITTSBORO, NC 27312 | Claim Number: 7900<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $683.71 |

| CHATHAM COUNTY TAX COLLECTOR<br>PO BOX 697<br>PITTSBORO, NC 27312 | Claim Number: 10373<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $859.54 |

---

CHATHAM COUNTY TAX COMMISSIONER
PO BOX 8092
SAVANNAH, GA 31412

Claim Number: 191
Claim Date: 01/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1857.90 | | Allowed: | $1578.64 |

---

CHATHAM, RONALD D.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5732
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

CHATTANOOGA PUB
PO BOX 1447
CHATTANOOGA, TN 37401

Claim Number: 4152
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1386.47 | Scheduled: | $1413.95 |

---

CHATTANOOGA PUB
PO BOX 1447
CHATTANOOGA, TN 37401

Claim Number: 4151
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1107.21 |

---

CHAVEZ, ELPIDIO
15265 CACTUS FLEVER
EL PASO, TX 79938

Claim Number: 6573
Claim Date: 04/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

CHAVEZ, MARICELA
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5733
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

CHAVEZ, SERGIO
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3222
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5000.00 | | | |
| UNSECURED | | | | Allowed: | $1742.06 |

---

---

CHEEK COLON
302 N MARLBORO ST
MC COLL, SC 29570

Claim Number: 8076
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $897.49 |
|---|---|---|

---

CHELAN COUNTY TREASURER
PO BOX 1441
WENATCHEE, WA 98807

Claim Number: 429
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $15658.24 |
|---|---|---|

---

CHELAN COUNTY TREASURER
P.O. BOX 1441
WENATCHEE, WA 98807

Claim Number: 491
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $15658.24 |
|---|---|---|

---

CHENEY, PETER
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5734
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

CHEROKEE CHRONICLE
PO BOX 729
GAFFNEY, SC 29542

Claim Number: 8191
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $300.47 |
|---|---|---|

---

CHEROKEE COUNTY
100 NORTH ST #150
CANTON, GA 30114

Claim Number: 8260
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $253.16 |
|---|---|---|

---

CHERRY CITY ELECTRIC
1596 22ND ST SE
SALEM, OR 97302

Claim Number: 2177
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $167.00 |
|---|---|---|

---

CHERRY FARMS, LLC
ATTN: CATHY ROSE HICKLIN
326 W. OAKLAND AVENUE
ROCK HILL, SC 29730

Claim Number: 6831
Claim Date: 05/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| PRIORITY | Claimed: | $7045.54 | | | |
|----------|----------|----------|--|--|--|
| UNSECURED | Claimed: | $4092.00 | | Allowed: | $4092.00 |

CHESAPEAKE HARDWOOD PROD-GA,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4634
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $9017.60 | Scheduled: | $9017.60 | Allowed: | $9017.60 |
|-----------|----------|----------|------------|----------|----------|----------|

CHESAPEAKE HARDWOOD PROD-IN,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4636
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1305.60 | Scheduled: | $1305.60 | Allowed: | $1305.60 |
|-----------|----------|----------|------------|----------|----------|----------|

CHESAPEAKE HARDWOOD PROD-NC,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4637
Claim Date: 03/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1459.20 | Scheduled: | $1459.20 | Allowed: | $1459.20 |
|-----------|----------|----------|------------|----------|----------|----------|

CHESAPEAKE HARDWOOD PROD-NC,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4638
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $43736.96 | Scheduled: | $43736.96 | Allowed: | $43736.96 |
|-----------|----------|-----------|------------|-----------|----------|-----------|

CHESAPEAKE HARDWOOD PROD-TN,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4635
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3860.80 | Scheduled: | $3860.80 | Allowed: | $3860.80 |
|-----------|----------|----------|------------|----------|----------|----------|

CHESAPEAKE HARDWOOD PROD-TX,
201 DEXTER ST W
CHESAPEAKE, VA 23324

Claim Number: 4633
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6969.60 | Scheduled: | $6969.60 | Allowed: | $6969.60 |
|-----------|----------|----------|------------|----------|----------|----------|

---

**CHESSON, STEPHEN & BRENDA**
RT 1 BOX 32H
CALL, TX 75933

Claim Number: 9605
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $750.00 |
| --- | --- | --- |

---

**CHEVEZ, JOSE LUIS**
6840 DAY ST
DALLAS, TX 75227

Claim Number: 1662
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $120.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $120.00 | Allowed: | $120.00 |

---

**CHICKSAW COUNTY TAX COLLECTOR**
1 PENSION SQUARE RM 3
HOUSTON, MS 38851

Claim Number: 9040
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $488.17 |
| --- | --- | --- |

---

**CHILDRESS, CALVIN M.**
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5735
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

**CHILKAT ENTERPRISE INC,**
PO BOX 535
WARM SPRINGS, OR 97761

Claim Number: 3880
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $2650.00 | Scheduled: | $2650.00 | Allowed: | $2650.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

**CHILLICOTHE TELEPHONE**
P O BOX 480
CHILLICOTHE, OH 45601

Claim Number: 8507
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $282.12 |
| --- | --- | --- |

---

**CHILLICOTHE TELEPHONE**
P O BOX 480
CHILLICOTHE, OH 45601

Claim Number: 9793
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $282.12 |
| --- | --- | --- |

---

---

CHILTON COUNTY
P.O. BOX 1760
CLANTON, AL 35046

Claim Number: 645
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $23.54 | Scheduled: | $0.00 UNLIQ | Allowed: | $23.54 |
|---|---|---|---|---|---|---|

CHISM, MARVIN AND SUE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTONE AVENUE
ROSELAND, NJ 07068

Claim Number: 7017
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

CHITTAM & COLLIER
PO BOX 1439
ATHENS, AL 35612

Claim Number: 6249
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1800.00 | | | | |
|---|---|---|---|---|---|---|

CHITTAM & COLLIER
PO BOX 1439
ATHENS, AL 35612

Claim Number: 6250
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1800.00 | | | | |
|---|---|---|---|---|---|---|

CHITTAM & COLLIER
PO BOX 1439
ATHENS, AL 35612

Claim Number: 6251
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1800.00 | | | | |
|---|---|---|---|---|---|---|

CHOO CHOO DECOR
383 MACK SMITH RD
ROSSVILLE, GA 30741

Claim Number: 4211
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $247437.50 | | | Allowed: | $247437.50 |
|---|---|---|---|---|---|---|

CHOO CHOO DECOR INC
383 MACK SMITH RD
ROSSVILLE, GA 30741

Claim Number: 4135
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $247437.50 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| CHOO CHOO DECOR, INC.<br>383 MACK SMITH RD<br>ROSSVILLE, GA 30741 | | | Claim Number: 10758<br>Claim Date: 07/12/2005<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $232437.50 | | | | |
| CHOO-CHOO DECOR, INC<br>383 MACK SMITH ROAD<br>ROSSVILLE, GA 30741 | | | Claim Number: 9412<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $264612.50 | | | Allowed: | $17175.00 |
| CHOO-CHOO DECOR, INC<br>383 MACK SMITH ROAD<br>ROSSVILLE, GA 30741 | | | Claim Number: 10047<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $7978.00 | | | | |
| CHORN, WES<br>C/O ERIC J. DAVIS<br>1314 TEXAS AVENUE<br>SUITE 1218<br>HOUSTON, TX 77022 | | | Claim Number: 8981<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | | |
| ADMINISTRATIVE | Claimed: | $250000.00 | | | | |
| CHRIS HUGHES, OKALOOSA COUNTY TAX<br>COLLECTOR<br>C/O MR. PHILIP BATES<br>P.O. BOX 1423<br>PENSACOLA, FL 32596 | | | Claim Number: 2<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| SECURED | Claimed: | $203.41 | | | Allowed: | $177.77 |
| CHRIS HUGHES, OKALOOSA COUNTY TAX<br>COLLECTOR<br>BY KATHY MURRAY, DIR. OF TAX & LICENSES<br>151C EGLIN PARKWY NE<br>FORT WALTON BEACH, FL 32548-4488 | | | Claim Number: 8993<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $170.84 | | | | |
| CHRIS STAHLMAN,<br>6082 US HWY 322<br>MILROY, PA 17063 | | | Claim Number: 1834<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $310.93 | Scheduled: | $310.93 | Allowed: | $310.93 |

CHRISTIAN & BARTON, LLP
C/O MICHAEL D. MUELLER
909 E. MAIN ST., SUITE 1200
RICHMOND, VA 23219

Claim Number: 642
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1187.35 | | Allowed: | $1187.35 |

CHRISTIAN CONCTRUCTION COMPANY,
RT 2 BOX 246
PURCELL, OK 73080

Claim Number: 3110
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2993.08 | Scheduled: | $1862.68 |

CHRISTIAN MOBIL
DBA:CHRISTIAN MH SERVICES
319 E DON DRIVE
PUEBLO WEST, CO 81007

Claim Number: 2570
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20276.15 |

CHRISTIAN, JAMES & MELISA
3009 C.R. 405
ALVARADO, TX 76009

Claim Number: 5435
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

CHRISTIANSBURG TOWN
100 EAST MAIN STREET
CHRISTIANSBURG, VA 240733029

Claim Number: 678
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $40.60 | | Allowed: | $31.73 |

CHRONICLE
801 TEXAS AVE
HOUSTON, TX 77002

Claim Number: 9273
Claim Date: 12/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2756.21 |

CHRONICLE,
801 TEXAS AVE
HOUSTON, TX 77002

Claim Number: 2361
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2756.21 | Scheduled: | $1403.55 |

CHURCH, CHARLES & DORIS
DON HALL
224 WESTOVER CIRCLE
HARPERSVILLE, AL 35078

Claim Number: 10075
Claim Date: 05/24/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $350000.00 |

| | | |
|---|---|---|
| CHURCH, CHARLES & DORIS<br>224 WESTOVER CIRCLE<br>HARPERSVILLE, AL 35078 | | Claim Number: 10330<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $350000.00 |
| CHURCH, CHARLES & DORIS<br>224 WESTOVER CIRCLE<br>HARPERSVILLE, AL 35078 | | Claim Number: 10572<br>Claim Date: 09/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $12500.00 |
| CIMARRON VILLAGE<br>12205 N PERRY STREET<br>BROOMFIELD, CO 80020 | | Claim Number: 5232<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| PRIORITY | Claimed: | $503.00 |
| CINCINNATI BELL DIRECTORY<br>312 PLUM ST., SUITE 900<br>CINCINNATI, OH 45202 | | Claim Number: 6634<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $286.00 |
| CINCINNATI BELL TELEPHONE COMPANY<br>201 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | | Claim Number: 8417<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| UNSECURED | Claimed: | $806.08 |
| CINCINNATI ENQU<br>DBA:CINCINNATI ENQUIRER<br>P O BOX 0097<br>CINCINNATI, OH 452740097 | | Claim Number: 3769<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $2328.89 |
| CINCINNATI ENQUIRER<br>312 ELM STREET<br>CINCINNATI, OH 45202 | | Claim Number: 10482<br>Claim Date: 06/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |
| UNSECURED | Claimed: | $2328.89 |
| CINCINNATI GAS & ELECTRIC CO/CINERGY THE<br>CINERGY<br>PO BOX 960<br>CINCINNATI, OH 452010960 | | Claim Number: 39<br>Claim Date: 12/16/2002<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $1600.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CINGULAR WIRELESS<br>P.O. BOX 740933<br>DALLAS, TX 75374 | | | Claim Number: 564<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $357.08 | | | | |
| CINGULAR WIRELESS<br>P.O. BOX 5082<br>SAGINAW, MI 48605-5082 | | | Claim Number: 7315<br>Claim Date: 05/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $336.36 | | | Allowed: | $336.36 |
| CIRCLE B HOMES,<br>5300 S SCOUT ISLAND CIR<br>AUSTIN, TX 787313379 | | | Claim Number: 2760<br>Claim Date: 03/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | |
| UNSECURED | Claimed: | $156.00 | Scheduled: | $156.00 | Allowed: | $156.00 |
| CIRCLE B HOMES,<br>6610 E BEN WHITE<br>AUSTIN, TX 78741 | | | Claim Number: 2761<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $375.00 | | |
| CIRCLE HA MHP<br>DBA CIRCLE HA MHP<br>PO BOX 1576<br>MUKILTEO, WA 98275 | | | Claim Number: 8380<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $4624.47 | | | | |
| CIRCLE HA MHP,<br>DBA CIRCLE HA MHP<br>PO BOX 1576<br>MUKILTEO, WA 98275 | | | Claim Number: 1939<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| UNSECURED | Claimed: | $4180.00 | Scheduled: | $4180.00 DISP | Allowed: | $4180.00 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>L. SCHWAB, ESQ. & G. HECK, ESQ.<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO ROAD, SUITE 300<br>PALO ALTO, CA 94306 | | | Claim Number: 5264<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | |
| UNSECURED | Claimed: | $735845.40 | Scheduled: | $2739.53 | | |
| CISCO SYSTEMS CAPITAL CORPORATION<br>C/O BIALSON BERGEN & SCHWAB<br>LAWRENCE M. SCHWAB & THOMAS M. GAA, ESQS<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | | | Claim Number: 10012<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $235888.00 | | | | |

---

| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE M. SCHWAB, ESQ.<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 10112<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $215689.07 | |

---

| CIT COMMUNICATIONS FINANCE CORPORATION<br>F/K/A NEWCOURT COMM. FINANCE CORP<br>1 CIT DRIVE<br>BANKRUPTCY DEPARTMENT<br>LIVINGSTON, NJ 07039 | Claim Number: 5558<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7912 (07/13/2005) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6010.83 UNLIQ | Allowed: $2654.13 |

---

| CIT COMMUNICATIONS FINANCE CORPORATION<br>F/K/A NEWCOURT COMM. FINANCE CORP<br>1 CIT DRIVE<br>BANKRUPTCY DEPARTMENT<br>LIVINGSTON, NJ 07049 | Claim Number: 9256<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1116.77 | Allowed: $776.25 |

---

| CIT GROUP, THE<br>ATTN: KARL REED<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 | Claim Number: 563<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
|---|---|---|---|
| SECURED | Claimed: | $11209.42 UNLIQ | |
| UNSECURED | Claimed: | $80000.00 UNLIQ | |

---

| CIT GROUP, THE<br>ATTN: KARL REED<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 | Claim Number: 5261<br>Claim Date: 03/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7912 (07/13/2005) | | |
|---|---|---|---|
| SECURED | Claimed: | $8500.00 UNLIQ | |
| UNSECURED | Claimed: | $1242.32 UNLIQ | Allowed: $475.83 |

---

| CIT GROUP, THE<br>ATTN: KARL REED<br>1540 W. FOUNTAINHEAD PKWY<br>TEMPE, AZ 85282 | Claim Number: 8053<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37556.82 | |

---

| CIT GROUP, THE/EQUIPMENT FINANCING, INC.<br>P.O. BOX 27248<br>TEMPE, AZ 85285-7248 | Claim Number: 9835<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $38450.96 | Allowed: $20387.84 |

| | | |
|---|---|---|
| CIT TECHNOLOGY FINANCING<br>C/O WELTMAN, WEINBERG & REIS CO.<br>175 SOUTH THIRD STREET, SUITE 900<br>COLUMBUS, OH 43215 | Claim Number: 6773<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED          Claimed:          $331.44 | | |
| CIT TECHNOLOGY FINANCING<br>C/O WELTMAN, WEINBERG & REIS CO., L.P.A.<br>175 SOUTH THIRD STREET, SUITE 900<br>COLUMBUS, OH 43215 | Claim Number: 6774<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7811 (05/20/2005) | |
| UNSECURED          Claimed:          $8374.56 | | |
| CIT TECHNOLOGY FINANCING<br>WELTMAN, WEINBERG AND REIS, CO.<br>175 S. THIRD ST SUITE 900<br>COLUMBUS, OH 43215 | Claim Number: 7761<br>Claim Date: 08/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED          Claimed:          $8621.72 | | |
| CITIBANK (SOUTH DAKOTA) N.A.<br>NEVADA PAYMENTS<br>8725 W SAHARA, DEPT 1125<br>THE LAKES, NV 89163 | Claim Number: 2303<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED          Claimed:          $223.64 | | Allowed:          $223.64 |
| CITIBANK (USA). N.A.<br>ASSOC./BP AMOCO PAYMENT CENTER<br>4300 WESTOWN PARKWAY<br>WEST DES MOINES, IA 50266 | Claim Number: 6779<br>Claim Date: 04/21/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED | |
| UNSECURED          Claimed:          $112.56 | | |
| CITIBANK USA, N.A.<br>DBA: DELL 22.99%-26.99%<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6363<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED          Claimed:          $1585.63 | | |
| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6639<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED          Claimed:          $3069.92 | | |
| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6775<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED          Claimed:          $245.15 | | |

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6776<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $420.35 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6777<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $173.28 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6778<br>Claim Date: 04/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $126.90 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 6786<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $131.27 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES CREDIT UNIT 20217<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 7237<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1489.32 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 7238<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $72.83 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPLES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 7239<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $656.91 |
|---|---|---|

| CITIBANK USA, N.A.<br>DBA: STAPES REGULAR REVOLVE<br>PO BOX 9025<br>DES MOINES, IA 50368 | Claim Number: 7240<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $872.41 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: STAPLES REGULAR REVOLVE
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7241
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $843.54 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: STAPLES REGULAR REVOLVE
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7242
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1167.93 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: STAPLES REGULAR REVOLVE
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7243
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $449.00 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: STAPLES REGULAR REVOLVE
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7244
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $194.51 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: OFFICEMAX COM REV REG ACCTS
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7308
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $83.64 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: STAPLES REGULAR REVOLVE
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7375
Claim Date: 06/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3414.47 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: OFFICEMAX COM REV REG ACCTS
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7376
Claim Date: 06/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $240.54 |
|---|---|---|

---

CITIBANK USA, N.A.
DBA: OFFICE DEPOT COMREV REG ACCTS
PO BOX 9025
DES MOINES, IA 50368

Claim Number: 7377
Claim Date: 06/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $583.66 |
|---|---|---|

---

CITIBANK USA, N.A.                    Claim Number: 7378
DBA: STAPLES REGULAR REVOLVE          Claim Date: 06/10/2003
PO BOX 9025                           Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED

| UNSECURED | Claimed: | $652.77 |
|---|---|---|

CITIBANK USA, N.A.                    Claim Number: 9321
DBA: STAPLE REGULAR REVOLVE           Claim Date: 01/05/2004
PO BOX 9025                           Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED
                                      DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $795.11 |
|---|---|---|

CITIBANK USA, N.A.                    Claim Number: 9322
DBA:STAPLES REGULAR REVOLVE           Claim Date: 01/05/2004
PO BOX 9025                           Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED
                                      DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $342.17 |
|---|---|---|

CITIBANK USA, N.A.                    Claim Number: 9323
DBA: STAPLES REGULAR REVOLVE          Claim Date: 01/05/2004
PO BOX 9025                           Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED
                                      DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $215.96 |
|---|---|---|

CITIBANK USA, N.A.                    Claim Number: 9324
DBA: STAPLES REGULAR REVOLVE          Claim Date: 01/05/2004
PO BOX 9025                           Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED
                                      DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $59.72 |
|---|---|---|

CITIBANK USA., N.A.                   Claim Number: 9313
DBA: STAPLES REGULAR REVOLVE          Claim Date: 01/05/2004
P.O. BOX 9025                         Debtor: OAKWOOD HOMES CORPORATION
DES MOINES, IA 50368                  Comments: EXPUNGED
                                      DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $56.68 |
|---|---|---|

CITICAPITAL                           Claim Number: 2411
CITICAPITAL TECHNOLOGY FINANCE INC    Claim Date: 02/25/2003
ATTN: TINA BROZOVICH                  Debtor: OAKWOOD HOMES CORPORATION
1800 OVERCENTER DR.                   Comments: ALLOWED
MOBERLY, MO 65270                     DOCKET: 7912 (07/13/2005)

| UNSECURED | Claimed: | $2435.09 | | Allowed: | $1348.50 |
|---|---|---|---|---|---|

CITICAPITAL COMMERCIAL LEASING        Claim Number: 9135
CORP-CO                               Claim Date: 11/26/2003
C/O WILLIAM G. WRIGHT, ESQ.           Debtor: HBOS MANUFACTURING, LP
211 BENIGNO BLVD.                     Comments: EXPUNGED
BELLMAWR, NJ 08031                    DOCKET: 4653 (10/12/2004)

| ADMINISTRATIVE | Claimed: | $12927.23 |
|---|---|---|

---

CITICAPITAL COMMERCIAL LEASING CORP
FARR, BURKE, GAMBACORTA & WRIGHT
1000 ATRIUM WAY
STE 401
MT LAUREL, NJ 08054

Claim Number: 10830
Claim Date: 02/13/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $37500.00 |
|-----------|----------|-----------|

---

CITICAPITAL COMMERCIAL LEASING CORP.
C/O WILLIAM G. WRIGHT, ESQ.
211 BENIGNO BLVD
PO BOX 788
BELLMAWR, NJ 08099-0788

Claim Number: 7746
Claim Date: 08/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $303917.19 | | |
|----------|----------|------------|----------|-----------|
| UNSECURED | | | Allowed: | $110063.68 |

---

CITICAPITAL COMMERCIAL LEASING CORP.
C/O WILLIAM G. WRIGHT, ESQ.
211 BENIGNO BLVD
PO BOX 788
BELLMAWR, NJ 08099-0788

Claim Number: 9120
Claim Date: 11/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $615557.22 | | | Allowed: | $151512.57 |
|----------------|----------|------------|------------|-----------|----------|-----------|
| UNSECURED | | | Scheduled: | $68188.12 | | |

---

CITICAPITAL COMMERCIAL LEASING CORP. FKA
ASSOCIATES LEASING, INC. C/O W. WRIGHT
FARR BURKE GAMBACORTA & WRIGHT
211 BENIGNO BLVD #201, PO BOX 788
BELLMAWR, NJ 08099-0788

Claim Number: 5535
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $209824.07 |
|-----------|----------|------------|

---

CITICAPITAL COMMERCIAL LEASING CORP. FKA
ASSOCIATES LEASING, INC. C/O W. WRIGHT
FARR BURKE GAMBACORTA & WRIGHT
211 BENIGNO BLVD #201, PO BOX 788
BELLMAWR, NJ 08099-0788

Claim Number: 5536
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

CITICAPITAL COMMERCIAL LEASING CORP. FKA
ASSOCIATES LEASING, INC. C/O W. WRIGHT
FARR BURKE GAMBACORTA & WRIGHT
211 BENIGNO BLVD #201, PO BOX 788
BELLMAWR, NJ 08099-0788

Claim Number: 5537
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 |
|-----------|----------|-------|

---

CITICORP VENDOR FINANCE, INC.
AS ASSIGNEE OF FITA FINANCIAL SERVICES
1800 OVERCENTER DRIVE
MOBERLY, MO 65270

Claim Number: 313
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $3297.16 |
|-----------|----------|----------|

---

---

CITICORP VENDOR FINANCE, INC.
FKA COPELCO CAPITAL
ATTN: KATIE NANNEMAN
1800 OVERCENTER DR
MOBERLY, MO 65270

Claim Number: 388
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8738 (01/18/2007)

| UNSECURED | Claimed: | $41699.96 | | Allowed: | $9007.00 |

---

CITICORP VENDOR FINANCE, INC.
FKA COPELCO CAPITAL
ATTN: KATIE NANNEMAN
1800 OVERCENTER DR
MOBERLY, MO 65270

Claim Number: 389
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8738 (01/18/2007)

| UNSECURED | Claimed: | $8518.13 | | Allowed: | $2378.71 |

---

CITICORP VENDOR FINANCE, INC.
FKA COPELCO CAPITAL
ATTN: KATIE NANNEMAN
1800 OVERCENTER DR
MOBERLY, MO 65270

Claim Number: 390
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1580.26 |

---

CITICORP VENDOR FINANCE, INC.
100 CITIBANK DRIVE BLDG, 3 FLOOR 2
SAN ANTONIO, TX 78245

Claim Number: 9391
Claim Date: 02/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8738 (01/18/2007)

| UNSECURED | Claimed: | $31229.15 | | Allowed: | $31229.15 |

---

CITY AND COUNTY OF DENVER/TREASURY
MCNICHOLS CIVIC CENTER BUILDING
144 W. COLFAX AVENUE, ROOM 384
ATTN: LEOLA HARRIS, BANKRUPTCY ANALYST
DENVER, CO 80202

Claim Number: 5
Claim Date: 11/29/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 1534 (07/01/2003)

| PRIORITY | Claimed: | $10415.99 |
| SECURED | Claimed: | $10415.99 |
| TOTAL | Claimed: | $10415.99 |

---

CITY AUTO PARTS, INC
11028 HWY 15-501
ABERDEEN, NC 28315

Claim Number: 3709
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $67.64 |

---

CITY DIRECTORY
PO BOX 265
BELMAND, IA 50421

Claim Number: 1645
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $164.18 | | | |
| UNSECURED | | | Scheduled: | $107.14 | Allowed: | $164.18 |

---

| CITY DIRECTORY<br>PO BOX 265<br>BELMOND, IA 50421 | Claim Number: 6344<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $113.98 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $113.98 |

---

| CITY LUMBER AND WHOLESALE INC<br>P O BOX 1002<br>SAN ANGELO, TX 76902 | Claim Number: 858<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $303.19 | Allowed: | $303.19 |
|---|---|---|---|---|

---

| CITY OF ALBEMARLE<br>PO BOX 160<br>ALBEMARLE, NC 28002 | Claim Number: 33<br>Claim Date: 12/12/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $6730.39 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $6730.39 |

---

| CITY OF ASHEBORO<br>P O BOX 1106<br>ASHEBORO, NC 27204 | Claim Number: 2457<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $123.04 | Allowed: | $123.04 |
|---|---|---|---|---|

---

| CITY OF AUSTIN<br>DON V. PLOEGER, ASSISTANT CITY ATTORNEY<br>ATTN: FRED D. DESOTO<br>P.O. BOX 2267<br>AUSTIN, TX 78783 | Claim Number: 6202<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $6960.83 |
|---|---|---|

---

| CITY OF AUSTIN<br>DON V. PLOEGER, ASS'T CITY ATTORNEY<br>ATTN: FRED D. DESOTO<br>P.O. BOX 2267<br>AUSTIN, TX 78783 | Claim Number: 6461<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $6960.83 |
|---|---|---|

---

| CITY OF AUSTIN<br>PAYMENT PROCESSING<br>PO BOX 2267<br>AUSTIN, TX 78768 | Claim Number: 9227<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $3934.76 |
|---|---|---|

---

---

CITY OF BAY MIN UTILITIES BOARD
P O BOX 1207
BAY MINETTE, AL 36507

Claim Number: 1470
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $519.77 | | Allowed: | $519.77 |

CITY OF BOSSIER CITY
TAX DEPARTMENT
P.O. BOX 5337
BOSSIER CITY, LA 71171

Claim Number: 465
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4567.19 |
| UNSECURED | Scheduled: | $60.87 |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 521
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 522
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 523
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 524
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 525
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $41.01 | | Allowed: | $41.01 |

---

CITY OF BOWLING GREEN KY
CITY TREASURER
P.O. BOX 430
BOWLING GREEN, KY 42102-0430

Claim Number: 526
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $62.29 | | Allowed: | $62.29 |
|---|---|---|---|---|---|

CITY OF BURLINGTON
PO BOX 1358
BURLINGTON, NC 27216

Claim Number: 6471
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $16.41 | | Allowed: | $16.41 |
|---|---|---|---|---|---|

CITY OF CLARKSVILLE
PO BOX 387
CLARKSVILLE, TN 37041-0387

Claim Number: 7993
Claim Date: 11/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $60.82 |
|---|---|---|

CITY OF CLARKSVILLE, TN
DEPT OF FINANCE & REVENUE
PO BOX 928
CLARKSVILLE, TN 37041-0928

Claim Number: 6510
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $901.02 | | Allowed: | $901.02 |
|---|---|---|---|---|---|

CITY OF CLEVELAND, TENNESSEE
P.O. BOX 1519
CLEVELAND, TN 37364-1519

Claim Number: 529
Claim Date: 02/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $54.00 | | Allowed: | $47.19 |
|---|---|---|---|---|---|

CITY OF CLEVELAND, TENNESSEE
P.O. BOX 1519
CLEVELAND, TN 37364-1519

Claim Number: 531
Claim Date: 02/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $2807.41 |
|---|---|---|

CITY OF COOKEVI
P O BOX 998
COOKEVILLE, TN 38503

Claim Number: 7344
Claim Date: 06/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $20.10 |
|---|---|---|

CITY OF COOKEVILLE
PO BOX 998
COOKEVILLE, TN 38503

Claim Number: 7345
Claim Date: 06/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $826.62 |
|---|---|---|

---

CITY OF DANVILL,
DIV OF CENTRAL COLL.
PO BOX 3308
DANVILLE, VA 24543-3308

Claim Number: 1473
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $421.70 | Scheduled: | $943.81 | Allowed: | $421.70 |
|---|---|---|---|---|---|---|

CITY OF DENTON
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST 1720 UNIVSION CTR
DALLAS, TX 75201

Claim Number: 63
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $509.16 | | | Allowed: | $104.05 |
|---|---|---|---|---|---|---|

CITY OF DENTON
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST 1720 UNIVSION CTR
DALLAS, TX 75201

Claim Number: 74
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $509.16 UNLIQ |
|---|---|---|

CITY OF DENTON
E. WELLER, S.K. KNIGHTON, L.A. SPINDLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

Claim Number: 10827
Claim Date: 02/08/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $1514.27 UNLIQ |
|---|---|---|

CITY OF DURHAM
PO BOX 289
DURHAM, NC 27702

Claim Number: 7925
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $14.48 |
|---|---|---|

CITY OF EDEN
WATER & SEWER DEPT
308 E STADIUM DR
EDEN, NC 27288

Claim Number: 9629
Claim Date: 04/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $195.46 |
|---|---|---|

CITY OF EL PASO
DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 40
Claim Date: 12/16/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $28028.90 | | | Allowed: | $1945.63 |
|---|---|---|---|---|---|---|

CITY OF EL PASO
DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 73
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $28028.90 UNLIQ |
|---|---|---|

---

CITY OF EL PASO
DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 9158
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2955.55 UNLIQ |
|---|---|---|

---

CITY OF EL PASO
DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 9860
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $5803.26 UNLIQ |
|---|---|---|

---

CITY OF ELIZABE,
DEPARTMENT OF PUBLIC UTIL
PO BOX 347
ELIZABETH CITY, NC 27907-0347

Claim Number: 4057
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $542.10 | Scheduled: | $523.01 | Allowed: | $542.10 |
|---|---|---|---|---|---|---|

---

CITY OF ENNIS
ELIZABETH BANDA
ATTORNEY FOR CLAIMANT
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 6798
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $9984.13 |
|---|---|---|

---

CITY OF FARMINGTON
800 MUNICIPAL DRIVE
ATTN: CITY ATTORNEY'S OFFICE
FARMINGTON, NM 87401

Claim Number: 6735
Claim Date: 04/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2087.05 | Allowed: | $2087.05 |
|---|---|---|---|---|

---

CITY OF FARMINGTON,
800 MUNICIPAL DRIVE
ATTN: CITY ATTORNEY'S OFFICE
FARMINGTON, NM 87401

Claim Number: 3824
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $800.05 | Scheduled: | $2230.53 |
|---|---|---|---|---|

---

CITY OF FLORENCE
180 N IRBY ST
FLORENCE, SC 29501

Claim Number: 4476
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $183.26 |
|---|---|---|

---

CITY OF FORT MORGAN
PO BOX 100
FORT MORGAN, CO 80701

Claim Number: 3328
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $44.78 | Allowed: | $33.47 |
|---|---|---|---|---|

---

---

CITY OF FORT MORGAN,
PO BOX 100
FORT MORGAN, CO 80701

Claim Number: 3327
Claim Date: 03/06/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9621.55 | Scheduled: | $2248.44 | Allowed: | $5035.43 |

CITY OF FORT MORGAN,
PO BOX 100
FORT MORGAN, CO 80701

Claim Number: 3326
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $255.41 | Scheduled: | $71.10 | Allowed: | $71.10 |

CITY OF FORT WORTH
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 2440
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $6675.51 | | | | |
| UNSECURED | | | Scheduled: | $968.37 | Allowed: | $1261.41 |

CITY OF FORT WORTH
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3026
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $3676.76 | | | | |
| UNSECURED | | | Scheduled: | $209.59 | Allowed: | $1252.02 |

CITY OF FORT WORTH
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3037
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $2597.33 | | | | |

CITY OF FORT WORTH
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 9350
Claim Date: 01/26/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2914.94 | | | | |

CITY OF FORT WORTH
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 9351
Claim Date: 01/26/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
ALLOWED AT $0.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $612.42 | | | | |

CITY OF FORT WORTH
ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 10134
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $21398.70 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $3676.75 |

CITY OF FT. MORGAN
PO BOX 100
FORT MORGAN, CO 80701

Claim Number: 9578
Claim Date: 04/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $65.49 |
|---|---|---|

CITY OF GASTONI
PO BOX 8600
GASTONIA, NC 28053 8600

Claim Number: 6696
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $835.18 | Scheduled: | $1886.77 |
|---|---|---|---|---|

CITY OF GLENNS FERRY,
PO BOX 910
GLENNS FERRY, ID 83623

Claim Number: 1254
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $86.25 | Scheduled: | $82.00 DISP | Allowed: | $86.25 |
|---|---|---|---|---|---|---|

CITY OF GREAT FALLS,
UTILITY BILLING DEPT
PO BOX 5021
GREAT FALLS, MT 59403

Claim Number: 745
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $9.09 | Scheduled: | $1.51 | Allowed: | $9.09 |
|---|---|---|---|---|---|---|

CITY OF GREENSBORO
P.O. BOX 3136
GREENSBORO, NC 27402-3136

Claim Number: 285
Claim Date: 01/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $4178.36 |
|---|---|---|

CITY OF GREENSBORO
P.O. BOX 3136
GREENSBORO, NC 27402-3136

Claim Number: 4325
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| SECURED | Claimed: | $4306.30 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3588.31 | Allowed: | $4306.30 |

| CITY OF GREENSBORO, NORTH CAROLINA<br>P.O. BOX 3136<br>CONNIE C. HUDGINS<br>GREENSBORO, NC 27402-3136 | Claim Number: 536<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $4199.14 |
|---|---|---|

| CITY OF HENDERS<br>P O BOX 1434<br>HENDERSON, NC 27536 | Claim Number: 2028<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $147.63 |
|---|---|---|

| CITY OF HENDERSON<br>P O BOX 1434<br>HENDERSON, NC 27536 | Claim Number: 7912<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $217.78 |
|---|---|---|

| CITY OF HERMISTON<br>180 NE 2ND STREET<br>HERMISTON, OR 97838 | Claim Number: 4122<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1173.92 |
|---|---|---|

| CITY OF HOUSTON DEPT OF PUBLIC<br>WORKS & ENGINEERING<br>ATTN: IRENE DOMINGUEZ<br>4200 LEELAND<br>HOUSTON, TX 77023 | Claim Number: 4329<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $29.88 | Scheduled: | $43.22 | Allowed: | $29.88 |
|---|---|---|---|---|---|---|

| CITY OF ITASCA<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 2447<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $4405.37 |
|---|---|---|

| CITY OF ITASCA<br>ELIZABETH BANDA<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 10136<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2295.43 |
|---|---|---|

| CITY OF JACKSBORO<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 10033<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25.62 |
|---|---|---|

---

| CITY OF JACKSONVILLE<br>P O BOX 128<br>JACKSONVILLE, NC 28541-0128 | Claim Number: 6852<br>Claim Date: 05/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $157.93 | Allowed: | $5.56 |
|---|---|---|---|---|---|---|

| CITY OF JACKSONVILLE<br>UTILITY SERVICES<br>BOX 128<br>JACKSONVILLE, NC 28541 0128 | Claim Number: 6826<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $107.59 | | | Allowed: | $107.59 |
|---|---|---|---|---|---|---|

| CITY OF KILGORE<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | Claim Number: 363<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $1165.61 UNLIQ |
|---|---|---|

| CITY OF KILGORE<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10819<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1272.22 UNLIQ |
|---|---|---|

| CITY OF KILLEEN<br>KATHRYN H. DAVIS, DEPUTY CITY ATTORNEY<br>PO BOX 1329<br>KILLEEN, TX 76540-1329 | Claim Number: 4437<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2396.07 | | | Allowed: | $2396.07 |
|---|---|---|---|---|---|---|

| CITY OF LACEY,<br>PO BOX 3400<br>LACEY, WA 98509-3400 | Claim Number: 2762<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $503.05 | Scheduled: | $523.77 UNLIQ | Allowed: | $503.05 |

| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, LLP<br>1100 DALLAS DR, SUITE 100<br>DENTON, TX 76205 | Claim Number: 6688<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $201.87 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, LLP<br>1100 DALLAS DR, SUITE 100<br>DENTON, TX 76205 | | | Claim Number: 6790<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $201.87 | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LEXINGT,<br>UTILITIES DEPT<br>28 W CENTER ST<br>LEXINGTON, NC 27292 | | | Claim Number: 1133<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1256.37 | Scheduled: | $1333.40 | Allowed: | $1256.37 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LEXINGTON<br>UTILITIES DEPT<br>28 W CENTER ST<br>LEXINGTON, NC 27292 | | | Claim Number: 7926<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1256.37 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LIVINGSTON TX,<br>200 W CHURCH STREET<br>LIVINGSTON, TX 77351-3281 | | | Claim Number: 4345<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $2140.89 | Scheduled: | $2368.51 | Allowed: | $2140.89 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LIVINSTON TX<br>200 W CHURCH STREET<br>LIVINGSTON, TX 77351-3281 | | | Claim Number: 8080<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1555.24 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF LYNN<br>825 OHIO AVE<br>LYNN HAVEN, FL 32444-2348 | | | Claim Number: 1563<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $43.93 | Scheduled: | $40.62 | Allowed: | $43.93 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITY OF MESQUITE & MESQUITE INDEPENDENT<br>SCHOOL DISTRICT<br>GARY ALLMON GRIMES, SCHURENBERG & GRIMES<br>711 N. GALLOWAY<br>MESQUITE, TX 75149 | | | Claim Number: 1853<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| SECURED | Claimed: | $20497.31 | | | | | |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 1854 Claim Date: 02/26/2003 Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| SECURED | Claimed: $12191.18 | | |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 1855 Claim Date: 02/26/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | | |
|---|---|---|---|
| SECURED | Claimed: $5678.64 | Allowed: | $3522.26 |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 1856 Claim Date: 02/26/2003 Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| SECURED | Claimed: $1675.36 | | |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 1857 Claim Date: 02/26/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | | |
|---|---|---|---|
| SECURED | Claimed: $337.19 | Allowed: | $294.69 |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 1858 Claim Date: 02/26/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | | |
|---|---|---|---|
| SECURED | Claimed: $661.31 | Allowed: | $577.97 |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 9072 Claim Date: 11/25/2003 Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $3453.89 | | |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 9073 Claim Date: 11/25/2003 Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $282.85 | | |

| CITY OF MESQUITE & MESQUITE INDEPENDENT SCHOOL DISTRICT GARY ALLMON GRIMES, SCHURENBERG & GRIMES 711 N. GALLOWAY MESQUITE, TX 75149 | Claim Number: 9074 Claim Date: 11/25/2003 Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $3349.73 | | |

| CITY OF NAVASOTA-TX<br>PO BOX 910<br>NAVASOTA, TX 77868 | Claim Number: 8721<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $26550.04 | | | |

| CITY OF NAVASOTA-TX<br>PO BOX 910<br>NAVASOTA, TX 77868 | Claim Number: 8724<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $26550.04 | | | |

| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 284<br>Claim Date: 01/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | |
|---|---|---|---|
| SECURED        Claimed:    $5011.98<br>UNSECURED    Claimed:      $85.38 | | Allowed:    $214.90<br>Allowed:      $60.60 | |

| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 10334<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $785.28 | | | |

| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 10335<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7445 (12/21/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $534.86 | | | |

| CITY OF NEWPORT NEWS, VIRGINIA<br>CITY ATTORNEY'S OFFICE<br>2400 WASHINGTON AVENUE<br>NEWPORT NEWS, VA 23607 | Claim Number: 10336<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $5718.49 | | | |

| CITY OF OREGON CITY<br>UTILITY BILLING OFFICE<br>PO BOX 3040<br>OREGON CITY, OR 97045-0304 | Claim Number: 1932<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| UNSECURED    Claimed:    $185.77 | | | |

---

CITY OF OREGON CITY,
UTILITY BILLING OFFICE
PO BOX 3040
OREGON CITY, OR 97045-0304

Claim Number: 1933
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $185.77 | Scheduled: | $195.77 | Allowed: | $185.77 |

CITY OF PERRY
PO BOX 2030
PERRY, GA 31069

Claim Number: 6517
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $16000.78 | | | Allowed: | $15534.74 |
| UNSECURED | | | Scheduled: | $201.24 | | |

CITY OF PORT OR
216 PROSPECT
PORT ORCHARD, WA 98366

Claim Number: 6293
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $35.52 | | | Allowed: | $35.52 |
| UNSECURED | | | Scheduled: | $114.00 | | |

CITY OF RICHMON
BOX 68
RICHMOND, KY 40475

Claim Number: 4502
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $690.58 | | Allowed: | $603.54 |

CITY OF ROCKY MOUNT
UTILITY BILLING OFFICE
ATTN: JANELLE FOGLEMAN
P.O. BOX 1180
ROCKY MOUNT, NC 27802-1180

Claim Number: 6660
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $545.36 |

CITY OF ROSENBERG
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 6885
Claim Date: 05/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| SECURED | Claimed: | $607.10 |

CITY OF ROXBORO
POST OFFICE BOX 128
ROXBORO, NC 27573

Claim Number: 1293
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58.39 |

---

CITY OF SAN ANTONIO
LETIE WAWRZYNIAK
P.O. BOX 839975
SAN ANTONIO, TX 78283-3975

Claim Number: 508
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

---

CITY OF SAN ANTONIO, DIV. OF TREASURY
P.O. BOX 839975
SAN ANTONIO, TX 78283-3975

Claim Number: 470
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $250.00 | | Allowed: | $250.00 |
|---|---|---|---|---|---|

---

CITY OF SAN MARCOS
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 88
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $112.99 UNLIQ |
|---|---|---|

---

CITY OF SAN MARCOS
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 156
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/1900)

| SECURED | Claimed: | $112.99 |
|---|---|---|

---

CITY OF SAN MARCOS
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8645
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE SECURED | Claimed: | $91.37 UNLIQ | | Allowed: | $91.37 |
|---|---|---|---|---|---|

---

CITY OF SWEETWATER
PO BOX 267
SWEETWATER, TN 37874

Claim Number: 6706
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $347.55 | | Allowed: | $347.55 |
|---|---|---|---|---|---|

---

CITY OF TACOMA
DEPT. OF PUBLIC UTILITIES
PO BOX 11007
TACOMA, WA 98411-0007

Claim Number: 2935
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $582.35 |
|---|---|---|

---

CITY OF TOMBALL
MICHAL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 6886
Claim Date: 05/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $182.61 | | Allowed: | $182.61 |
|---|---|---|---|---|---|

---

CITY OF TOMBALL
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10124
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $989.36 UNLIQ |
|---|---|---|

---

CITY OF TOMBALL,
401 MARKET ST. STE. C
TOMBALL, TX 77375

Claim Number: 843
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1613.19 | Scheduled: | $693.45 | Allowed: | $1613.19 |
|---|---|---|---|---|---|---|

---

CITY OF TUPELO
PO BOX 588
TUPELO, MS 38802

Claim Number: 9396
Claim Date: 02/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE UNSECURED | Claimed: | $550.00 | | Allowed: | $500.00 |
|---|---|---|---|---|---|

---

CITY OF WALTERBORO,
P O DRAWER 109
WALTERBORO, SC 29488

Claim Number: 2739
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $152.26 | Scheduled: | $152.26 | Allowed: | $152.26 |
|---|---|---|---|---|---|---|

---

CITY OF WICHITA
WATER & SEWER DEPT
CITY HALL-EIGHTH FLOOR
WICHITA, KS 67202

Claim Number: 9291
Claim Date: 12/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $58.79 |
|---|---|---|

---

CITY OF WICHITA
WATER & SEWER DEPT
CITY HALL-EIGHTH FLOOR
WICHITA, KS 67202

Claim Number: 9564
Claim Date: 04/13/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $58.79 |
|---|---|---|

---

---

CITY OF WILLIS
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 7226
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $399.30 |
|---|---|---|

---

CITY OF WILLIS
YOLANDA M. HUMPHREY
PERDUE BRANDON FIELDER COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10103
Claim Date: 05/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $817.96 UNLIQ |

---

CITY OF YELM
P O BOX 479
YELM, WA 98597

Claim Number: 10089
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $46.00 |
|---|---|---|

---

CITY OF YELM,
P O BOX 479
YELM, WA 98597

Claim Number: 2210
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $181.77 DISP | Allowed: | $181.77 |
|---|---|---|---|---|---|---|

---

CITY OF YELM,
P O BOX 479
YELM, WA 98597

Claim Number: 2209
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $50.78 | Scheduled: | $168.79 | Allowed: | $50.78 |
|---|---|---|---|---|---|---|

---

CITY PUBLISHING,
CITY PUBLISHING CO
PO BOX 14417
TAMPA, FL 33690-4417

Claim Number: 7874
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $105.08 |
|---|---|---|

---

CJ QUALITY CONTRACTORS
11335 HIGHLINE DR
NORTHGLENN, CO 802333042

Claim Number: 9598
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $325.00 |
|---|---|---|

---

| CJ QUALITY CONTRACTORS,<br>11335 HIGHLINE DR<br>NORTHGLENN, CO 802333042 | Claim Number: 7888<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $325.00 |
|---|---|---|

| CKAPPRAISALS, LLC<br>129 VALLEYVIEW DR<br>JOPLIN, MO 648045232 | Claim Number: 286<br>Claim Date: 01/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $275.00 | | Allowed: | $275.00 |
|---|---|---|---|---|---|

| CLACKAMAS COUNTY TAX COLLECTOR<br>168 WARNER MILNE RD<br>OREGON CITY, OR 97045 | Claim Number: 7328<br>Claim Date: 05/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $513.22 UNLIQ |
|---|---|---|

| CLACKAMAS COUNTY TAX COLLECTOR<br>168 WARNER MILNE RD<br>OREGON CITY, OR 97045 | Claim Number: 7329<br>Claim Date: 05/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $3908.53 UNLIQ |
|---|---|---|

| CLAIRE, ROBERT<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | Claim Number: 5108<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

| CLARENDON COUNTY TAX OFFICE<br>PO BOX 486<br>MANNING, SC 29102 | Claim Number: 1739<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $254.49 |
|---|---|---|

| CLARK A. FULLER<br>6452 CASPER DRIVE N<br>KEIZER, OR 97303 | Claim Number: 1655<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7664 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $125067.60 |
|---|---|---|

| CLARK CO TREASURER<br>BANKRUPTCY CLAIMS<br>PO BOX 5000<br>VANCOUVER, WA 98668 | Claim Number: 3382<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $2124.36 |
|---|---|---|

CLARK COUNTY ASSESSOR
MARK W SCHOFIELD
500 S GRAND CENTRAL PARKWAY
LAS VEGAS, NV 89155

Claim Number: 7655
Claim Date: 07/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1654.90 |

CLARK COUNTY ASSESSOR
MARK W SCHOFIELD
500 S GRAND CENTRAL PARKWAY
LAS VEGAS, NV 89155

Claim Number: 10882
Claim Date: 10/07/2008
Debtor: OAKWOOD HOMES CORPORATION
Comments:
Claim out of balance

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19.92 |
| SECURED | Claimed: | $19.92 |
| TOTAL | Claimed: | $19.92 |

CLARK COUNTY ASSESSOR
MARK W SCHOFIELD
500 S GRAND CENTRAL PARKWAY
LAS VEGAS, NV 89155

Claim Number: 10883
Claim Date: 10/07/2008
Debtor: OAKWOOD HOMES CORPORATION
Comments:
Claim out of balance

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19.92 |
| SECURED | Claimed: | $19.92 |
| TOTAL | Claimed: | $19.92 |

CLARK, LAWRENCE T.
355 HYDE LN
SALISBURY, NC 28146

Claim Number: 10434
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $400.00 |

CLARKSVILLE DEPT OF ELECTRICIT
P O BOX 31509
CLARKSVILLE, TN 37040

Claim Number: 1427
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1601.00 |

CLARKSVILLE DEPT OF ELECTRICITY
P O BOX 31509
CLARKSVILLE, TN 37040

Claim Number: 1428
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1601.00 |

CLARKSVILLE/MONTGOMERY COUNTY AIRPORT
AUTHORITY  DBA AMERICAN VILLAGE M.H.P.
GREGORY D. SMITH, ESQ.
331 FRANKLIN STREET
CLARKSVILLE, TN 37040

Claim Number: 9403
Claim Date: 03/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $6933.23 |

CLARY, HARLAN AND BETSY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7018
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

CLASSIC LAWNS,
DBA CLASSIC LAWNS
6930 6TH AVE SW
OLYMPIA, WA 98501

Claim Number: 855
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $32.40 | Scheduled: | $32.40 | Allowed: | $32.40 |
|---|---|---|---|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9899
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2770.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9900
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $10915.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9902
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $797.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9903
Claim Date: 05/18/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $797.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9904
Claim Date: 05/18/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2770.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9905
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7126.00 |
|---|---|---|

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9906
Claim Date: 05/18/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $10915.00 |
| --- | --- | --- |

CLASSIC SURROUNDS, LLC
PO BOX 99
CORDELE, GA 31010

Claim Number: 9917
Claim Date: 05/18/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $7126.00 |
| --- | --- | --- |

CLAY COUNTY COLLECTOR
PO BOX 218
GREEN COVE SPRINGS, FL 32043

Claim Number: 3057
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $780.64 | Allowed: | $599.02 |
| --- | --- | --- | --- | --- |

CLAY COUNTY TAX COLLECTOR
PO BOX 218
GREEN COVE SPRINGS, FL 32043

Claim Number: 3378
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $780.64 UNLIQ |
| --- | --- | --- |

CLAY COUNTY TAX COLLECTOR
PO BOX 218
477 HOUSTON ST.
GREEN COVE SPRINGS, FL 32043

Claim Number: 481
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $181.82 UNLIQ |
| --- | --- | --- |

CLAY COUNTY TAX COLLECTOR
PO BOX 218
477 HOUSTON ST.
GREEN COVE SPRINGS, FL 32043

Claim Number: 1162
Claim Date: 02/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $181.62 UNLIQ |
| --- | --- | --- |

CLAY COUNTY TAX COLLECTOR
PO BOX 218
GREEN COVE SPRINGS, FL 32043

Claim Number: 2414
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $181.62 UNLIQ |
| --- | --- | --- |

CLAY ELECTRIC COOPERATIVE INC,
PO BOX 308
CHARLES M. HEAD III, ACCT. SUPERVISOR
KEYSTONE HEIGHTS, FL 32656

Claim Number: 1245
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $300.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $345.50 | Allowed: | $645.50 |

---

CLAY, ATREUS M
5225 ALLENDALE
HOUSTON, TX 77017

Claim Number: 1561
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $170.00 | | | | |
| UNSECURED | | | Scheduled: | $425.25 DISP | | |

---

CLAY-MALLOX, LINDA
3673 TUSCUMBIA ROAD
BLUE SPRINGS, MS 38828

Claim Number: 596
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20000.00 |

---

CLAY-MATTOX, LINDA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2867
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $20000.00 | | | |
| UNSECURED | | | | Allowed: | $5806.86 |

---

CLAYTON COUNTY TAX COMMISSIONER
ADMINISTRATION 3, 2ND FLOOR
121 S. MCDONOUGH ST.
JONESBORO, GA 30236

Claim Number: 220
Claim Date: 01/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| SECURED | Claimed: | $858.05 |

---

CLAYTON COUNTY TAX COMMISSIONER
ADMINISTRATION 3, 2ND FLOOR
121 S. MCDONOUGH ST.
JONESBORO, GA 30236

Claim Number: 232
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| SECURED | Claimed: | $858.05 UNLIQ |

---

CLAYTON COUNTY TAX COMMISSIONER
COURTHOUSE ANNEX 3, 2ND FLOOR
121 S. MCDONOUGH ST.
JONESBORO, GA 30236

Claim Number: 445
Claim Date: 01/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4123.41 | | Allowed: | $3603.75 |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $858.05 | | | |

---

CLEAN DELAWARE INC
PO BOX 123
MILTON, DE 19968-0123

Claim Number: 1049
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $327.28 | | Allowed: | $327.28 |

---

---

CLEAN RITE JANITORIAL SUPPLY INC-KS
1307 VINE ST
HAYS, KS 67601

Claim Number: 819
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $730.82 |

---

CLEANING UNLIMITE,
PO BOX 1254
ALBEMARLE, NC 28002

Claim Number: 1575
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $2665.00 | | | | |
| UNSECURED | | | Scheduled: | $2372.50 | Allowed: | $2665.00 |

CLEANING UNLIMITED
PO BOX 1254
ALBEMARLE, NC 28002

Claim Number: 8326
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $750.75 |

---

CLEANING UNLIMITED
PO BOX 1254
ALBEMARLE, NC 28002

Claim Number: 8327
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2730.00 |

---

CLEANING UNLIMITED
PO BOX 1254
ALBEMARLE, NC 28002

Claim Number: 9814
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3480.75 |

CLEANING UNLIMITED, INC.
PO BOX 1254
ALBEMARLE, NC 28002

Claim Number: 10198
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3480.75 |

---

CLEAR CHANNEL OUTDOOR,
4945 JOULE STREET
RENO, NV 89502

Claim Number: 3347
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $500.00 | Scheduled: | $1000.00 | Allowed: | $500.00 |

---

| CLEAR CHANNEL OUTDOOR,<br>808 N SALISBURY BLVD<br>SALISBURY, MD 21801 | Claim Number: 4530<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $875.00 | Scheduled: | $700.00 | Allowed: | $875.00 |
|---|---|---|---|---|---|---|

---

| CLEAR WATER PLUMBING<br>DBA CLEAR WATER PLUMBING<br>224 MEADOWCREEK ROAD<br>CASAR, NC 28020 | Claim Number: 3173<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $1555.00 |
|---|---|---|

---

| CLEAR WATER PLUMBING,<br>DBA CLEAR WATER PLUMBING<br>224 MEADOWCREEK ROAD<br>CASAR, NC 28020 | Claim Number: 3172<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1555.00 | Scheduled: | $1165.00 | Allowed: | $1555.00 |
|---|---|---|---|---|---|---|

---

| CLEARVIEW MOBILE HOME COMMUNITY<br>166 WEST 1500 SO<br>BOUNTIFUL, UT 84010 | Claim Number: 10777<br>Claim Date: 08/29/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1909.51 |
|---|---|---|

---

| CLEARWATER POWER CO,<br>P O BOX 997<br>LEWISTON, ID 83501 | Claim Number: 1384<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $169.15 | Scheduled: | $144.14 | Allowed: | $169.15 |
|---|---|---|---|---|---|---|

---

| CLEBURNE INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>ATTORNEY FOR CLAIMANT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 4304<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| SECURED | Claimed: | $899.19 |
|---|---|---|

---

| CLEGG, BRIAN AND IRIS<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7019<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

| CLEMENT, VICKIE & MARK<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6977<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

| CLERMONT COUNTY TREASURER<br>ATTN J ROBERT TRUE TREASURER<br>101 EAST MAIN STREET<br>BATAVIA, OH 45103 | Claim Number: 4116<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $3390.87 | | | |
|---|---|---|---|---|---|

| CLERMONT COUNTY TREASURER,<br>ATTN J ROBERT TRUE TREASURER<br>101 EAST MAIN STREET<br>BATAVIA, OH 45103 | Claim Number: 4115<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $6434.69 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7006.18 UNLIQ | |

| CLEVELAND CITY,<br>P O BOX 1519<br>CLEVELAND, TN 37364 | Claim Number: 6552<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | Claimed: | $1690.04 | Scheduled: | $0.00 UNLIQ | Allowed: | $1690.04 |
|---|---|---|---|---|---|---|

| CLEVELAND CITY,<br>P O BOX 1519<br>CLEVELAND, TN 37364 | Claim Number: 6562<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1690.04 | | | |
|---|---|---|---|---|---|

| CLEVELAND COUNT<br>P O BOX 760<br>SHELBY, NC 28151-0760 | Claim Number: 1323<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $127.42 | | | Allowed: | $122.58 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $13.09 | | |

| CLEVELAND UTILITIES<br>P.O. BOX 2730<br>CLEVELAND, TN 37320-2730 | Claim Number: 495<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3835.01 | |
|---|---|---|---|

| CLEVERSON, TIM<br>4202 BOULDER DR<br>MIDLAND, TX 797073607 | Claim Number: 7963<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $201.70 | |
|---|---|---|---|

CLEWIS TREE SERVICE,
DBA CLEWIS TREE SERVICE
327 CHAPPIN ST
CHADBOURN, NC 28431

Claim Number: 4359
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $360.00 | Scheduled: | $360.00 | Allowed: | $360.00 |
|---|---|---|---|---|---|---|

CLIMATE CONTROL HVAC,
DBA CLIMATE CONTROL HVAC
977 E 6TH ST
SUTHERLIN, OR 97479

Claim Number: 4361
Claim Date: 03/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $52.00 | Scheduled: | $52.00 | | |
|---|---|---|---|---|---|---|

CLIMATE CONTROL HVAC,
DBA CLIMATE CONTROL HVAC
977 E 6TH ST
SUTHERLIN, OR 97479

Claim Number: 4362
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2180.00 | Scheduled: | $1090.00 | | |
|---|---|---|---|---|---|---|

CLINE, DAVID G
1066 BROADROCK RD
SNOW CAMP, NC 27349

Claim Number: 9028
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $9828.00 | | | | |
|---|---|---|---|---|---|---|

CLOVERLEAF MOBILE (CITY) COMMUNITY
4412 EAST MULBERRY ST.
FORT COLLINS, CO 80524

Claim Number: 10263
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $345.00 | | | | |
|---|---|---|---|---|---|---|

CLYDE SAWYERS & SON WELL
DRILLING & PUMP,
14885 NC HWY 209
HOT SPRINGS, NC 28743

Claim Number: 8219
Claim Date: 11/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3855.00 | | | | |
|---|---|---|---|---|---|---|

CMH TRANSPORT INC
760 W 15TH ST
HOPKINSVILLE, KY 42240

Claim Number: 4392
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $17195.46 | | | Allowed: | $16073.86 |
|---|---|---|---|---|---|---|

CMT CONST
2912 EMERALD CIRCLE
MORGANTON, NC 28655

Claim Number: 3649
Claim Date: 03/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $125.00 | | | | |
|---|---|---|---|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3650<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $125.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3651<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $196.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3652<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $1600.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3653<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1600.00 | Allowed: | $1600.00 |
|---|---|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3654<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $165.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3655<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $1850.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3656<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $195.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3657<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $185.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3658<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $2330.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3659<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

| CMT CONST<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3660<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

| CMT CONST,<br>2912 EMERALD CIRCLE<br>MORGANTON, NC 28655 | Claim Number: 3661<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $570.00 | Scheduled: | $570.00 |
|---|---|---|---|---|

| CNA SERVICES,<br>PO BOX 194<br>CHINO VALLEY, AZ 863230194 | Claim Number: 5332<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $395.00 | Scheduled: | $395.00 | Allowed: | $395.00 |
|---|---|---|---|---|---|---|

| CNY BUILDING CONSULTANTS,<br>DBA CNY BUILDING CONSULTANTS<br>750 US HWY 13 SOUTH<br>GOLDSBORO, NC 27530 | Claim Number: 6442<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $975.00 | Scheduled: | $975.00 | Allowed: | $975.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| COALFIELD PRESS<br>THE COALFIELD PROGRESS<br>P O BOX 380<br>NORTON, VA 24273 | Claim Number: 8198<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $277.34 |

| | | |
|---|---|---|
| COAST TO COAST-KS<br>PO BOX 146<br>PLAINVILLE, KS 67663 | Claim Number: 8734<br>Claim Date: 11/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59.73 |

| | | |
|---|---|---|
| COASTAL APPLIANCE CO<br>4727 ALTAMA AVE<br>BRUNSWICK, GA 31520 | Claim Number: 8090<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3419.93 |

| | | |
|---|---|---|
| COASTAL APPLIANCE CO,<br>4727 ALTAMA AVE<br>BRUNSWICK, GA 31520 | Claim Number: 9599<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3419.92 |

| | | |
|---|---|---|
| COASTAL FARM REAL ESTATE<br>C/O DOUGLAS R. SCHULTZ<br>P.O. BOX 1147<br>EUGENE, OR 97440 | Claim Number: 509<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11040.00 |
| UNSECURED | Claimed: | $53760.00 |

| | | |
|---|---|---|
| COASTAL OFFICE,<br>P O BOX 321<br>ELIZABETH CITY, NC 27909 | Claim Number: 727<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70.33 | Scheduled: | $70.33 | Allowed: | $70.33 |

| | | |
|---|---|---|
| COASTAL SYSTEMS<br>9125 AIRPORT STE D4<br>HOUSTON, TX 77061 | Claim Number: 3627<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $389.04 | | | |
| UNSECURED | | | | Allowed: | $389.04 |

| COASTAL WATER SYSTEMS INC,<br>1200 N 23RD ST STE 103<br>WILMINGTON, NC 28405 | Claim Number: 870<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2300.00 | Scheduled: | $2300.00 | Allowed: | $2300.00 |
|---|---|---|---|---|---|---|

| COASTAL WATER SYSTEMS INC,<br>1200 N 23RD ST STE 103<br>WILMINGTON, NC 28405 | Claim Number: 924<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $2300.00 |
|---|---|---|

| COATES, NICHOLAS G. & MARY J.<br>3456 PINES RD.<br>SHREVEPORT, LA 71119-5234 | Claim Number: 3969<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $1025.00 |
|---|---|---|

| COATES, NICHOLAS G. & MARY J.<br>3456 PINES RD.<br>SHREVEPORT, LA 71119-5234 | Claim Number: 6088<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1025.00 |
|---|---|---|

| COBB COUNTY TAX COMMISIONER<br>100 CHEROKEE ST<br>LYNNE WILSON-TAX ADMINISTRATOR<br>MARIETTA, GA 30090 | Claim Number: 7248<br>Claim Date: 05/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $4353.88 |
|---|---|---|

| COBB JR, CARL F<br>393 KENDALLWOOD DR<br>MOULTRIE, GA 31768 | Claim Number: 8697<br>Claim Date: 11/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4000.00 |
|---|---|---|

| COBB, BETTY J<br>148 U.S. HWY. 319 NORTH<br>MOULTRIE, GA 31768 | Claim Number: 9355<br>Claim Date: 01/30/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| COBB, DARRELL<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3200<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $10000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2903.43 |

COBB, DARRELL & BRIGETTE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6979
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

COBB, LEOTIS
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 5245
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12500.00 | | Allowed: | $3629.29 |

COCHRAN RANTALS
DBA COCHRAN RENTALS
2948 BROWNS BRIDGE RD
DALTON, GA 30721

Claim Number: 2312
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $525.00 |

COCHRANE, DELIA
8007 CHURCH STREET
SNEADS, FL 32460

Claim Number: 7557
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

COCHRANE, PEYTON C.
TAX COLLECTOR
714 GREENSBORO AVENUE, ROOM 124
TUSCALOOSA, AL 35401

Claim Number: 338
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $239.25 | | Allowed: | $28.94 |

COCONINO COUNTY TREASURER
110 E CHERRY
FLAGSTAFF, AZ 86001

Claim Number: 3799
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $13.80 | | | |
| SECURED | Claimed: | $182.31 | | Allowed: | $144.73 |
| UNSECURED | | | Scheduled: | $51.00 | |

CODNER, JOSHUA
MICHAEL T GUNNER
3535 FISHINGER BLVD SUITE 220
HILLIARD, OH 43206

Claim Number: 4608
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 2496 (11/26/2003)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150000.00 |

| COFFEE COUNTY TAX COMMISSION<br>P O BOX 1207<br>DOUGLAS, GA 31534 | Claim Number: 4050<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $118.61 | Scheduled: | $112.96 | Allowed: | $118.61 |

| COFFEY'S LOCKSH,<br>9509 WARWICK BLVD<br>NEWPORT NEWS, VA 23601 | Claim Number: 1099<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $107.46 | Scheduled: | $107.46 | Allowed: | $107.46 |
|---|---|---|---|---|---|---|

| COFFEY, BECKY<br>7760 WOODLAND HILLS<br>HICKORY, NC 28602 | Claim Number: 2188<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|

| UNSECURED | Claimed: | $550.00 UNLIQ |
|---|---|---|

| COFFEY, RHONDA<br>745 BLUFF CITY HWY<br>BRISTOL, TN 376204647 | Claim Number: 3716<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $700.00 |

| COHEN, JO E.<br>206 PLUM LN<br>BLACKSTOCK, SC 29014 | Claim Number: 10392<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $43149.60 |
|---|---|---|

| COHEN, JOE E<br>206 PLUM LN<br>BLACKSTOCK, SC 29014 | Claim Number: 8384<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $43149.60 |
|---|---|---|

| COIL CLIP-TN,<br>2375 TAMIAMI TRAIL N<br>SUITE 110<br>NAPLES, FL 34103 | Claim Number: 3472<br>Claim Date: 03/11/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $886.00 | Scheduled: | $886.00 | Allowed: | $886.00 |

---

COIN, SHARON
657 N BAKER B-103
EAST WENATCHEE, WA 98802

Claim Number: 9623
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $175.00 |
| --- | --- | --- |

COLE BURCH PROPERTY
344 JENNELLE RD
CHRISTIANSBURG, VA 24073

Claim Number: 9165
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

COLE DAVID,
71 REDWINE RD
DEVILLE, LA 71328

Claim Number: 1463
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| PRIORITY UNSECURED | Claimed: | $495.00 | Scheduled: | $495.00 | Allowed: | $495.00 |
| --- | --- | --- | --- | --- | --- | --- |

COLE, ERVIN
748 BRUSHY FORK ROAD
CATLETTSBURG, KY 41129

Claim Number: 9773
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $4120.00 |
| --- | --- | --- |

COLE, ERVIN
748 BRUSHY FORK ROAD
CATLETTSBURG, KY 41129

Claim Number: 10210
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $4120.00 |
| --- | --- | --- |

COLE, ERVIN,
RT 2 BOX 216 C
CATLETTSBURG, KY 41129

Claim Number: 2352
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| PRIORITY UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
| --- | --- | --- | --- | --- | --- | --- |

COLE, JACK
3650 LOVELL AVENUE
ATTN: ROSS & MATHEWS, PC
FORT WORTH, TX 76107

Claim Number: 4704
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| SECURED | Claimed: | $45000.00 |
| --- | --- | --- |

| COLE, KENNETH W.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5736<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY         Claimed:        $4650.00 UNLIQ<br>UNSECURED      Claimed:        $3225.00 UNLIQ | | | |

| COLE, MARK H<br>740 CR 4122<br>CAMPBELL, TX 75422 | Claim Number: 1705<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED      Claimed:         $325.00 | | Allowed:    | $325.00 |

| COLE, RUTH,<br>17906 WOODSIDE DR<br>LIVONIA, MI 48152 | Claim Number: 1464<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED      Claimed:        $10800.00 | | Allowed:    | $9600.00 |

| COLEMAN, BOBBY<br>C/O EUGENE TULLOS<br>P O BOX 74<br>RALEIGH, MS 39153 | Claim Number: 5361<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7659 (04/05/2005) | | |
|---|---|---|---|
| UNSECURED      Claimed:        $0.00 UNDET | | Allowed:    | $6310.00 |

| COLEMAN, BOBBY<br>C/O EUGENE TULLOS<br>P O BOX 74<br>RALEIGH, MS 39153 | Claim Number: 5362<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| UNSECURED      Claimed:        $0.00 UNDET | | | |

| COLEMAN, LORIE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7020<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| UNSECURED      Claimed:        $74999.00 | | Allowed:    | $74999.00 |

| COLEMAN, MARCUS D.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5737<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY         Claimed:        $4650.00 UNLIQ<br>UNSECURED      Claimed:         $975.00 UNLIQ | | | |

COLEMAN, NOAH
542 CLINE RD
RURAL RETREAT, VA 24368

Claim Number: 8900
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $125.00 UNLIQ |
|---|---|---|

COLEMAN, SIEGFRIED B
37 FLEEMAN ROAD
LAWRENCEBURG, TN 38464

Claim Number: 8114
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

COLEMAN, VALERIE
CHRISTINA CROW, ESQ.
JINKS, DANIEL & CROW
219 N PRAIRIE ST, PO BOX 350
UNION SPRINGS, AL 36089

Claim Number: 7456
Claim Date: 06/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 3923 (03/30/2004)

| UNSECURED | Claimed: | $165000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

COLEMAN, VALERIE
C/O CHRISTINA D. CROW, ESQ.
219 NORTH PRAIRIE STREET
PO BOX 350
UNION SPRINGS, AL 36089

Claim Number: 4597
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $165000.00 | | | Allowed: | $100000.00 |
|---|---|---|---|---|---|---|

COLEMAN, VIRGINIA
C/O JOSEPH E ROBERTS
RT 1 BOX 38
P.O BOX 22985
JACKSON, MS 39225

Claim Number: 5363
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

COLEMAN, VIRGINIA
C/O EUGENE TULLOS
P O BOX 74
RALEIGH, MS 39153

Claim Number: 5364
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

COLES BACKHOE SERVICE
4167 FAIRPORT RD
KITTRELL, NC 27544

Claim Number: 6205
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $700.00 |
|---|---|---|

COLLEGE PLACE MHP
31600 126TH AVE SE #88
AUBURN, WA 98092

Claim Number: 8495
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $676.07 |
|---|---|---|

| COLLETON COUNTY TAXES<br>P O BOX 8<br>WALTERBORO, SC 29488 | Claim Number: 1797<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| SECURED | Claimed: | $1997.82 |
|---------|----------|----------|

| COLLIE, RICHARD & MARY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6980<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|-----------|----------|-----------|--|----------|-----------|

| COLLIER ORGANIZATION<br>P O BOX 418<br>ST PETERS, MO 63376 | Claim Number: 4773<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| UNSECURED | Claimed: | $2354.50 | | Allowed: | $315.00 |
|-----------|----------|----------|--|----------|---------|

| COLLIER, JR. WENDELL C.<br>1941 WILLIAMS RD STE 1A<br>COLUMBUS, OH 432075184 | Claim Number: 7853<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $2500.00 |
|----------------|----------|----------|

| COLLIER, JR., WENDELL C.<br>1941 WILLIAMS RD. #1A<br>COLUMBUS, OH 43207-5184 | Claim Number: 10388<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $2500.00 |
|----------------|----------|----------|

| COLLINS CHRISTOPHER<br>134 SUMMERLIN RD<br>FLORENCE, MS 39073 | Claim Number: 3147<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|------------|

| COLLINS DOROTHY<br>PO BOX 1025<br>TROUTMAN, NC 28166 | Claim Number: 5586<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |

| PRIORITY | Claimed: | $2100.00 |
|----------|----------|----------|
| UNSECURED | Claimed: | $9134.00 |

| COLLINS ESTATES<br>1138 ROCKY RUN RD<br>MIDWAY PARK, NC 28544 | Claim Number: 7494<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1350.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $565.00 |

| COLLINS, BECKY<br>847 DIMSON DR E<br>COLUMBUS, OH 43213 | Claim Number: 8767<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $452.00 |
|---|---|---|

| COLLINS, HERBERT T.<br>37931 US 52 HWY<br>NEW LONDON, NC 28127 | Claim Number: 10497<br>Claim Date: 06/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| COLLINS, LINDA JOYCE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 6604<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $15000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $4355.15 |

| COLLINS, WILLIE J<br>520 LAREDO #11<br>NAVASOTA, TX 77868 | Claim Number: 8612<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7664 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $75000.00 |
|---|---|---|

| COLONIAL MANOR<br>P O BOX 17564<br>COVINGTON, KY 41017 | Claim Number: 2196<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $157.50 | | | Allowed: | $157.50 |
|---|---|---|---|---|---|---|

| COLONIAL MOBILE HOME PARK,<br>PO BOX 12523<br>NEW BERN, NC 28561 | Claim Number: 4568<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $1400.00 | Scheduled: | $1400.00 DISP | Allowed: | $1400.00 |
|---|---|---|---|---|---|---|

---

COLONIAL MOBILE HOME PARK,
PO BOX 12523
NEW BERN, NC 28561

Claim Number: 4569
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $102.50 | Scheduled: | $102.50 DISP | Allowed: | $102.50 |

COLQUITT COUNTY
P O BOX 99
MOULTRIE, GA 31776

Claim Number: 1980
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| UNSECURED | Claimed: | $490.01 | Scheduled: | $131.00 DISP |

COLQUITT COUNTY
P O BOX 99
MOULTRIE, GA 31776

Claim Number: 1982
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $36245.38 |

COLQUITT COUNTY,
P O BOX 99
MOULTRIE, GA 31776

Claim Number: 1981
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

---

PRIORITY

Scheduled: $0.00 UNLIQ

| UNSECURED | Claimed: | $74122.06 |

COLQUITT EMC-GA
PO BOX 3608
MOULTRIE, GA 31776-3608

Claim Number: 3877
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $8328.68 |

COLUMBIA BASIN HERALD
PO BOX 910
MOSES LAKE, WA 98837

Claim Number: 9532
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $3030.46 |

COLUMBIA CITY
707 NORTH MAIN STREET
COLUMBIA, TN 38401

Claim Number: 3590
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| PRIORITY | Claimed: | $24.46 | | | Allowed: | $24.46 |

COLUMBIA CO. TA
H.RAY WALKER
135 N.E. HERNANDO AVE. STE 125
LAKE CITY, FL 32055

Claim Number: 6345
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $809.41 | | Allowed: | $809.41 |

COLUMBIA GAS OF KENTUCKY
POST OFFICE BOX 9001847
LOUISVILLE, KY 40290-1847

Claim Number: 297
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $121.76 | | Allowed: | $121.76 |

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DR., 8TH FLOOR
COLUMBUS, OH 43215

Claim Number: 3995
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $877.16 |

COLUMBIA GAS OF OHIO
200 CIVIC CENTER DR., 8TH FLOOR
COLUMBUS, OH 43215

Claim Number: 3996
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.64 | Scheduled: | $31.23 |

COLUMBIA GAS OF OHIO, INC.
200 CIVIC CENTER DR., 11TH FLOOR
COLUMBUS, OH 43215

Claim Number: 8423
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $589.39 |

COLUMBIA RIVER BANK
316 EAST THIRD
THE DALLES, OR 97058

Claim Number: 5636
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3980 (04/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

COLUMBIA RIVER BUILDERS LLC,
PO BOX 477
HERMISTON, OR 97838

Claim Number: 1146
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
Claim out of balance

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2420.00 | | | | |
| UNSECURED | | | Scheduled: | $2400.00 | Allowed: | $2400.00 |
| TOTAL | Claimed: | $2400.00 | | | | |

| COLUMBUS CO TAX<br>PO DRAWER 1468<br>WHITEVILLE, NC 28472 | Claim Number: 659<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED    Claimed:    $30.29 | | Allowed: | $25.76 |

| COLUMBUS COMMUNITY ESTATES<br>COLUMBUS MOBILE HOME PARK<br>4332 CERRITOS AVE STE 207<br>LOS ALAMITOS, CA 907202557 | Claim Number: 1741<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED    Claimed:    $787.81 | | | |

| COLUMBUS COUNTY TAX ADMINISTRATION<br>110 COURTHOUSE SQ.<br>PO BOX 1468<br>WHITEVILLE, NC 28472 | Claim Number: 9545<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $2073.63 | | Allowed: | $66.24 |

| COLUMBUS NEW HOMES GUIDE<br>DBA COLUMBUS NEW HOMES GUIDE<br>PO BOX 402035<br>ATLANTA, GA 30384 | Claim Number: 3095<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED    Claimed:    $3400.00 | | | |

| COLUMBUS WATER WORKS,<br>PO BOX 1600<br>COLUMBUS, GA 31902-1600 | Claim Number: 697<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED    Claimed:    $13.62 | Scheduled:    $61.26 | Allowed: | $13.62 |

| COLVIN, IV, JOHN D.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5738<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY    Claimed:    $4650.00 UNLIQ<br>UNSECURED    Claimed:    $4544.71 UNLIQ | | | |

| COMANCHE COUNTY<br>315 SW 5TH ST RM 301<br>LAWTON, OK 73501 | Claim Number: 3760<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| PRIORITY    Claimed:    $215.69 | | | |

---

COMANCHE COUNTY
315 SW 5TH ST RM 301
LAWTON, OK 73501

Claim Number: 9308
Claim Date: 12/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $595.51 |
|---|---|---|

---

COMBS EXCAVATING
DBA COMBS EXCAVATING
939 LOWER ARKANSAW ROAD
ATTN: KEITH & JOANNE DOVE
BAKER, WV 26801

Claim Number: 9884
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $520.00 |
|---|---|---|

---

COMBS, JOSEPH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6981
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

COMBS, JOSEPH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7021
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $74999.00 |
|---|---|---|

---

COMER YVONNE KAE
PO BOX 154
MCGEHEYSVILLE, VA 22840

Claim Number: 2244
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $900.00 |
|---|---|---|

---

COMFORT CONTROL CO
4630 PENNSYLVANIA AVE
ROANOKE, VA 24019

Claim Number: 8350
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $9575.00 |
|---|---|---|

---

COMFORT INN,
DBA COMFORT INN
2381 BUENA VISTA ROAD
LEXINGTON, KY 40505

Claim Number: 2765
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1673.15 | Scheduled: | $867.35 | Allowed: | $1673.15 |
|---|---|---|---|---|---|---|

---

COMFORT INN-NC,
735 HWY 24/27 BYPASS
ALBEMARLE, NC 28001

Claim Number: 3793
Claim Date: 03/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $247.28 | Scheduled: | $247.28 | Allowed: | $247.28 |
|---|---|---|---|---|---|---|

---

| | | |
|---|---|---|
| COMM WORKS<br>2355 POLARIS LANE NORTH STE,120<br>MINNEAPOLIS, MN 55447 | Claim Number: 4221<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $14231.88 |

| | | |
|---|---|---|
| COMMERCIAL TIRE<br>P.O. BOX 970<br>MERIDIAN, ID 83680-0970 | Claim Number: 9495<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
| ADMINISTRATIVE | Claimed: | $583.11 |

| | | |
|---|---|---|
| COMMERCIAL TIRE<br>P.O. BOX 970<br>MERIDIAN, ID 83680-0970 | Claim Number: 9756<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
| ADMINISTRATIVE | Claimed: | $583.11 |

| | | |
|---|---|---|
| COMMERCIAL TIRE INC-OR<br>PO BOX 191010<br>BOISE, ID 83719 | Claim Number: 1831<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $583.11 |

| | | |
|---|---|---|
| COMMISSIONER OF STATE LANDS<br>109 STATE CAPITOL<br>LITTLE ROCK, AR 72201 | Claim Number: 6813<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4488 (09/03/2004) | |
| PRIORITY | Claimed: | $4252.60 |
| SECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| COMMISSIONERS OF PUBLIC WORKS<br>PO BOX 549<br>GREENWOOD, SC 29648 | Claim Number: 1841<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $581.73 |

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY<br>REVENUE CABINET<br>100 FIAR OAKS, 5TH FLOOR<br>P.O. BOX 491<br>FRANKFORT, KY 40602-0491 | Claim Number: 1158<br>Claim Date: 02/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| PRIORITY | Claimed: | $969.15 |

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY<br>REVENUE CABINET<br>100 FAIR OAKS, 5TH FLOOR<br>P.O. BOX 491<br>FRANKFORT, KY 40602-0491 | | Claim Number: 1164<br>Claim Date: 02/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $969.15 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY<br>REVENUE CABINET<br>100 FAIR OAK, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT, KY 40602-0491 | | Claim Number: 2436<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) |

| PRIORITY | Claimed: | $969.15 | Allowed: | $412.74 |
|---|---|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY<br>KENTUCKY RENENUE CABINET<br>100 FAIR OAKS, 5TH FLOOR<br>P.O. BOX 491<br>FRAKFORT, KY 40602 | | Claim Number: 9320<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |

| PRIORITY | Claimed: | $84659.70 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128 | | Claim Number: 7671<br>Claim Date: 07/30/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>CREDITOR  RESPONSE TO 65TH OMNI AGREEING TO EXP CLAIM |

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7676<br>Claim Date: 08/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4653 (10/12/2004) |

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7684<br>Claim Date: 08/08/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7685<br>Claim Date: 08/08/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

| SECURED | Claimed: | $1711.00 |
|---|---|---|

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7686<br>Claim Date: 08/08/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $3354.00 |

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 9825<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7444 (12/21/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $588.00

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 9826<br>Claim Date: 05/10/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 7661 (04/05/2005) |
|---|---|

ADMINISTRATIVE     Claimed:     $4000.00

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 9856<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $588.00

| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 9857<br>Claim Date: 05/17/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $4000.00

| COMMONWEALTH OF PENNSYLVANIA,<br>DEPT OF BANKING<br>333 MARKET STREET, 16TH FLOOR<br>HARRISBURG, PA 17101-2290 | Claim Number: 6640<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 1151 (04/15/2003) |
|---|---|

UNSECURED     Claimed:     $432.33

| COMMONWEALTH SECURITY OF SUNBURY-PA,<br>R.D 2 BOX 299B<br>SUNBURY, PA 17801 | Claim Number: 2474<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

PRIORITY     Claimed:     $368.50
UNSECURED                                 Scheduled:     $368.50     Allowed:     $368.50

| COMMUNICATION ARTS,<br>P O BOX 10300<br>PALO ALTO, CA 94303-0807 | Claim Number: 8788<br>Claim Date: 11/20/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

UNSECURED     Claimed:     $0.00     Scheduled:     $99.00 UNLIQ DISP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COMMUNICATIONS SERVICES,<br>12535 DAY RD<br>MISHAWAKA, IN 46545 | | | Claim Number: 1152<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $881.25 | Scheduled: | $881.25 | Allowed: | $881.25 |
| COMMUNICATIONS SERVICES,<br>12535 DAY RD<br>MISHAWAKA, IN 46545 | | | Claim Number: 8166<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $881.25 | | | | |
| COMMUNITY NEWS<br>DBA: COMMUNITY NEWS<br>5748 HELEN AVE.<br>ST LOUIS, MO 63136 | | | Claim Number: 7989<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $703.20 | | | Allowed: | $207.48 |
| COMMUNITY PRESS,<br>4910 PARA DRIVE<br>CINCINNATI, OH 45237-5012 | | | Claim Number: 2078<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $234.73 | Scheduled: | $303.52 | Allowed: | $234.73 |
| COMPLETE WIRELESS SOLUTIONS<br>1245 WASHINGTON ST SW<br>ALBANY, OR 97321 | | | Claim Number: 8358<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $35.00 | | | | |
| COMPLETE WIRELESS SOLUTIONS,<br>1245 WASHINGTON ST SW<br>ALBANY, OR 97321 | | | Claim Number: 1654<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $35.00 | Scheduled: | $35.00 | Allowed: | $35.00 |
| COMPTON CONSTRUCTION<br>36016 WIDNERSVALLEY RD<br>GLADE SPRING, VA 24340 | | | Claim Number: 1688<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1400.00 | Scheduled: | $1400.00 | | |

| COMPTON CONSTRUCTION<br>36016 WIDNERSVALLEY RD<br>GLADE SPRING, VA 24340 | Claim Number: 2622<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $800.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $800.00 |

| COMPTON CROWELL & HEWITT PLLC<br>P O DRAWER 1937<br>BILOXI, MS 39533 | Claim Number: 3778<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $4332.11 |
|---|---|---|

| COMPTON CROWELL & HEWITT PLLC,<br>P O DRAWER 1937<br>BILOXI, MS 39533 | Claim Number: 3781<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5616.58 | Scheduled: | $4359.60 |
|---|---|---|---|---|

| COMPTON CROWELL & HEWITT PLLC,<br>P O DRAWER 1937<br>BILOXI, MS 39533 | Claim Number: 3779<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $5616.58 |
|---|---|---|

| COMPTON CROWELL & HEWITT PLLC,<br>P O DRAWER 1937<br>BILOXI, MS 39533 | Claim Number: 3780<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $4332.11 |
|---|---|---|

| COMPTON JOHNNY<br>2812 CITY VIEW DR<br>WICHITA FALLS, TX 76305 | Claim Number: 3070<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| COMPTON, LOUISE<br>1614 MELON DRIVE<br>KERNERSVILLE, NC 27284 | Claim Number: 2735<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|

| UNSECURED | Claimed: | $5822.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| COMPUTER REPAIR CENTER,<br>3632 BROAD ST EXT. #3<br>SUMTER, SC 29154 | Claim Number: 9554<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:         $70.00 | | | |

| COMPUTER REPAIR CTR.<br>3632 BROAD ST. EXT<br>SUITE #3<br>SUMTER, SC 29154 | Claim Number: 4326<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED        Claimed:        $762.14 | | | |
| UNSECURED | | Allowed:  | $762.14 |

| COMYFORD, JERRY & MANDI<br>900 KERRY LN<br>AZLE, TX 760202318 | Claim Number: 5081<br>Claim Date: 03/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED    Claimed:    $18000.00 UNLIQ      Scheduled:        $500.00 | | | |

| COMYFORD, JERRY & MANDI<br>900 KERRY LANE<br>AZLE, TX 76020 | Claim Number: 7790<br>Claim Date: 09/22/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED    Claimed:    $13300.00 | | | |

| CON-WAY TRANSPORTATION<br>5555 RUFE SNOW DRIVE STE #5515<br>NORTH RICHLAND HILLS, TX 76180 | Claim Number: 59<br>Claim Date: 12/06/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED    Claimed:    $12219.00 | | | |

| CON-WAY TRANSPORTATION<br>5555 RUFE SNOW DRIVE STE #5515<br>NORTH RICHLAND HILLS, TX 76180 | Claim Number: 7460<br>Claim Date: 06/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED    Claimed:    $12562.00 | | Allowed:  | $1606.44 |

| CONARD LUCILLE S,<br>PO BOX 160<br>CANDLER, NC 28715 | Claim Number: 3255<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY        Claimed:        $185.00 | | | |
| UNSECURED | Scheduled:        $185.00 DISP | Allowed:  | $185.00 |

| CONCERTO SOFTWARE<br>6 TECHNOLOGY PARK DRIVE<br>WESTFORD, MA 01886 | Claim Number: 3926<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $59846.60 |
|---|---|---|

| CONCERTO SOFTWARE,<br>300 APOLLO DRIVE<br>CHELMSFORD, MA 01824 | Claim Number: 3925<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $59846.60 | Scheduled: | $57535.34 | Allowed: | $59846.60 |
|---|---|---|---|---|---|---|

| CONCORD MH STOR<br>701 HWY 29 N.<br>CONCORD, NC 28027 | Claim Number: 3459<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $468.00 |
|---|---|---|

| CONCRETE SERVICE CO INC,<br>P O DRAWER 1867<br>FAYETTEVILLE, NC 28302 | Claim Number: 2065<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $759.35 | Scheduled: | $759.35 | Allowed: | $759.35 |
|---|---|---|---|---|---|---|

| CONCRETE SPECIAL TIES, INC.<br>PO BOX 51<br>HERMISTON, OR 978380051 | Claim Number: 9530<br>Claim Date: 04/13/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| ADMINISTRATIVE | Claimed: | $680.95 |
|---|---|---|

| CONCRETE SUPPLY CO<br>PO BOX 5247<br>CHARLOTTE, NC 28299 | Claim Number: 1265<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $724.20 |
|---|---|---|

| CONELY III, PATRICK S.<br>C/O NICHOLAS H. RODRIGUEZ<br>P.O. BOX 497<br>DOVER, DE 19903-0497 | Claim Number: 8521<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2530.00 UNDET | | | Allowed: | $2530.00 |
|---|---|---|---|---|---|---|

| CONGER, TONY E<br>PO BOX 161<br>NORMAN PARK, GA 31771 | Claim Number: 8763<br>Claim Date: 11/20/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3200.00 |
|---|---|---|

---

CONINE, MICHAEL D/B/A HARRISON BUILDERS | Claim Number: 7554
STEVEN DAWES
LIGHT, HARRINGTON & DAWES, P.C.
1512 LARIMER ST, #550
DENVER, CO 80202

Claim Number: 7554
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |

---

CONLEY III, PATRICK S.
C/O WILLIAM W. PEPPER SR., ESQ.
P.O. BOX 497
DOVER, DE 19903

Claim Number: 264
Claim Date: 01/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| UNSECURED | Claimed: | $5560.00 |

---

CONN CC, L.P. D/B/A CONN CREDIT COMPANY
P.O. BOX 2358
BEAUMONT, TX 77704

Claim Number: 38
Claim Date: 12/16/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $23695.77 | | | |
| UNSECURED | | | | Allowed: | $19645.26 |

---

CONNECTICUT DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY ST
HARTFORD, CT 06106-5032

Claim Number: 409
Claim Date: 02/04/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 737 (03/04/2003)

| PRIORITY | Claimed: | $3710.00 |

---

CONNELL, DONALD W.
PO BOX 1618
SALISBURY, NC 29145

Claim Number: 7528
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5024.50 | Scheduled: | $0.00 UNLIQ | Allowed: | $5024.50 |

---

CONNELL, DONALD W.
JOHN L. HOLHOUSER, JR.
309 NORTH MAIN STREET
SALISBURY, NC 28144-4340

Claim Number: 8174
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5062.50 |

---

CONNER MH PARK
2115 FAIRVIEW ST
CHRISTIANSBURG, VA 24073

Claim Number: 6274
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $337.50 |

---

---

CONNER, ALVIN W
4593 TALLOKAS ROAD
MOULTRIE, GA 31768

Claim Number: 8365
Claim Date: 11/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

---

CONNER, BUELAH
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3201
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5000.00 | | | |
| UNSECURED | | | | Allowed: | $1742.06 |

---

CONNER, DONALD G
249 ENGLISH RD 1
PAVO, GA 31778-8727

Claim Number: 8364
Claim Date: 11/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

---

CONNER, JAMES
WILBUR COLOM
PO BOX 866
COLUMBUS, MS 39703

Claim Number: 7518
Claim Date: 06/30/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $100000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

CONNER, MAGGIE
WILBUR COLOM
PO BOX 866
COLUMBUS, MS 39703

Claim Number: 7516
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $100000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

CONNER, RANDAL A
279 TALLOKAS ESTATE
MOULTRIE, GA 31768

Claim Number: 8340
Claim Date: 11/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

---

CONNERS, TIMOTHY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6605
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $100000.00 | | | |
| UNSECURED | | | | Allowed: | $29034.31 |

---

---

CONNEY SAFETY PRODUCTS-MN
PO BOX 44575
MADISON, WI 53711

Claim Number: 2279
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $109.53 | Scheduled: | $106.61 | Allowed: | $109.53 |

---

CONNOR BROTHERS CONSTRUCTION
DBA CONNOR BROTHERS CONSTRUCTION
PO BOX 5628
NAPA, CA 94581

Claim Number: 9225
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2624.83 |

---

CONOCO CHECK CASHING,
310 E RUNDBERG LN
AUSTIN, TX 78753

Claim Number: 8086
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.76 |

---

CONROE 6.268
1800 W LOOP S STE 1980
HOUSTON, TX 77027

Claim Number: 1734
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

CONSTANGY BROOKS & SMITH LLC
230 PEACHTREE ST NW, STE 2400
ATLANTA, GA 30303

Claim Number: 3827
Claim Date: 03/14/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35711.99 | Scheduled: | $22645.61 | Allowed: | $35711.99 |

---

CONSTANGY BROOKS & SMITH LLC
100 N CHERRY ST STE 300
WINSTON SALEM, NC 27101

Claim Number: 3828
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35711.99 |

---

CONSTANGY,BROOK
BILLING DEPT
P O BOX 102476  68 ANNEX
ATLANTA, GA 303680476

Claim Number: 3829
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35711.99 |

---

CONSTRUCTION MATERIALS CO
P O BOX 1347
HARRISONBURG, VA 22801

Claim Number: 6322
Claim Date: 04/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $440.15 |

---

| | | | | | |
|---|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON (P33263)<br>212 WEST MICHIGAN AVENUE<br>JACKSON, MI 49201 | | | Claim Number: 3989<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $1431.46 | | | |
| CONSUMERS ENERGY COMPANY<br>ATTN: MICHAEL G. WILSON (P33263)<br>212 WEST MICHIGAN AVENUE<br>JACKSON, MI 49201 | | | Claim Number: 4001<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $2991.59 | | | |
| CONTAINER COMPANY OF CAROLINA<br>CMS LANDFILL<br>PO BOX 219<br>PINEVILLE, NC 28134 | | | Claim Number: 265<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $750.00 | | Allowed: | $750.00 |
| CONTAINER COMPANY OF CAROLINA<br>PO BOX 219<br>PINEVILLE, NC 28134 | | | Claim Number: 275<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $395.95 | | Allowed: | $395.95 |
| CONTAINER COMPANY OF CAROLINA<br>TROY DIVISION<br>PO BOX 219<br>PINEVILLE, NC 28134 | | | Claim Number: 276<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $19105.26 | | Allowed: | $19105.26 |
| CONTINENTAL AXLE PRODUCTS<br>PO BOX 75381<br>CLEVLAND, OH 44101 | | | Claim Number: 4619<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $1621.00 | | | |
| CONTINENTAL ESTATES, INC.<br>H. BUSWELL ROBERTS, ESQ.<br>1000 JACKSON<br>TOLEDO, OH 43624 | | | Claim Number: 9568<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8661 (09/15/2006) | | |
| ADMINISTRATIVE | Claimed: | $216900.00 | | Allowed: | $145000.00 |

CONTINENTAL ESTATES, INC.
H. BUSWELL ROBERTS, ESQ.
1000 JACKSON
TOLEDO, OH 43624

Claim Number: 9569
Claim Date: 04/16/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $216900.00 | | | | |
|---|---|---|---|---|---|---|

CONTINENTAL TIMBER CO INC
PO BOX 3730
WICHITA, KS 67201

Claim Number: 5390
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $14769.66 | Scheduled: | $14769.66 | Allowed: | $14769.66 |
|---|---|---|---|---|---|---|

CONTINENTAL TIMBER CO INC-KS
PO BOX 3730
WICHITA, KS 67201

Claim Number: 5393
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | | | | | Allowed: | $33665.04 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93524.01 | Scheduled: | $93524.01 | Allowed: | $59858.97 |

CONTINENTAL TIMBER CO INC-OR
PO BOX 3730
WICHITA, KS 67201

Claim Number: 5389
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $10250.66 | Scheduled: | $10250.66 | Allowed: | $10250.66 |
|---|---|---|---|---|---|---|

CONTINENTAL TIMBER CO INC-PA
PO BOX 3730
WICHITA, KS 67201

Claim Number: 5391
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $48055.96 | Scheduled: | $48055.96 | Allowed: | $48055.96 |
|---|---|---|---|---|---|---|

CONTINENTAL TIMBER CO INC-TX
PO BOX 3730
WICHITA, KS 67201

Claim Number: 5392
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $46999.37 | Scheduled: | $46999.37 | Allowed: | $46999.37 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: GEORGIA PACIFIC CORP
ATTN: ALPA JIMENEZ
411 WEST PUTNAM AVENUE, S-225
GREENWICH, CT 06830

Claim Number: 544-2
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3660 (02/24/2004)

| UNSECURED | Claimed: | $664530.77 | | | Allowed: | $771117.48 |
|---|---|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ANDERSEN DISTRIBUTION INC.
ATTN: ALPA JIMENEZ
411 WEST PUTNAM AVENUE, S-225
GREENWICH, CT 06830

Claim Number: 2198
Claim Date: 02/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 4019 (04/29/2004)

| | | | | | | Allowed: | $8245.59 |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | | | |
| UNSECURED | Claimed: | $34302.87 | | Scheduled: | $36190.46 | Allowed: | $26057.28 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: QUALITY GENERAL CONTRACTING
ATTN: ALPA JIMENEZ
411 WEST PUTNAM AVENUE, S-225
GREENWICH, CT 06830

Claim Number: 381
Claim Date: 01/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $13242.20 | | Allowed: | $13242.20 |
|---|---|---|---|---|---|

---

CONWAY VOCATIONAL REHAB CENTER
C/O JOHN E. BATTEN, IV, GEN COUNSEL
S.C. VOCATIONAL REHAB DEPT.
PO BOX 15
WEST COLUMBIA, SC 29171

Claim Number: 4853
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1189.50 | | Allowed: | $1189.50 |
|---|---|---|---|---|---|

---

COOK, BRENDA D
PO BOX 2203
GREENVILLE, TN 37744

Claim Number: 8977
Claim Date: 11/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $35000.00 | |
|---|---|---|---|

---

COOK, BRENDA D.
PO BOX 2203
GREENEVILLE, TN 37744

Claim Number: 10446
Claim Date: 06/21/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $35000.00 | |
|---|---|---|---|

---

COOK, JAMES & BRENDA
60 ROWDY HOLLOW
SASSAFRAS, KY 41759

Claim Number: 6074
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $35000.00 | |
|---|---|---|---|

---

COOK, JAMES & BRENDA
C/O JEANNE K. CHANNELL
203 MAIN STREET, SUITE 206
WHITESBURG, KY 41858

Claim Number: 10639
Claim Date: 11/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $15000.00 | |
|---|---|---|---|

---

---

COOK, JR., MILTON R.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5741
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

COOK, KA'CHARO
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5739
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1790.63 | UNLIQ |

---

COOK, MALTON
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5740
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1790.63 | UNLIQ |

---

COOKE CO. & MUENSTER HOSPITAL DISTRICT
HAROLD LEREW
ATTORNEY FOR CLAIMANT
PO BOX 8188
WICHITA FALLS, TX 76307-8188

Claim Number: 4020
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| SECURED | Claimed: | $186.60 |

---

COOKE COUNTY, GAINESVILLE HOSPITAL DIST.
LATERAL ROAD FOR COOKE COUNTY
HAROLD LEREW/PERDUE BRANDON ET AL
P.O. BOX 8188
WICHITA FALLS, TX 76307-8188

Claim Number: 3987
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| SECURED | Claimed: | $1179.70 |

---

COOKE, ANGELA AND PENNY, VALERIE
JUSTIN BAXTER
BAXTER & BAXTER
8885 S.W.CANYON RD,
PORTLAND, OR 97225

Claim Number: 7358
Claim Date: 06/09/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17000.00 | Scheduled: | $0.00 | UNLIQ |

---

COOKE, ANGELA AND PENNY, VALERIE
C/O JUSTIN BAXTER
BAXTER AND BAXTER
8885 SW CANYON ROAD
PORTLAND, OR 97225

Claim Number: 9235
Claim Date: 12/02/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8500.00 | UNDET | Allowed: | $8500.00 |

---

---

COOKS PEST CONTROL INC,
P O BOX 5098
CHATTANOOGA, TN 37406

Claim Number: 7893
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $423.49 |
| --- | --- | --- |

---

COOKSON CREEK FARM
1223 HWY 64
OCOEE, TN 37361

Claim Number: 8822
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $76.00 |
| --- | --- | --- |

---

COOLEY, GLEN AND LISA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7234
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

COOMER DENNIS
P O BOX 711
MONTEREY, TN 38574

Claim Number: 4139
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5810.00 | Scheduled: | $5810.00 | Allowed: | $5810.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

COON, AURORA
7600 MILITARY DRIVE, W #38
SAN ANTONIO, TX 78227

Claim Number: 9836
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1080.00 |
| --- | --- | --- |

---

COONCE JULIA,
OUT POST MHP
13505 S HWY 88 OUTPOST #1
CLAREMORE, OK 74017

Claim Number: 3920
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $345.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $115.00 DISP |

---

COONS LAWNCARE,
DBA COONS LAWNCARE
RT 9 BOX 4365
LUFKIN, TX 75901

Claim Number: 1902
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $640.00 | Scheduled: | $640.00 | Allowed: | $640.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

COONTS, CHERYL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6982
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

COOPER CANYON INC
5903 EDGEWOOD DRIVE
BENTON, AR 72015

Claim Number: 1919
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2464.80 |

---

COOS COUNTY TAX COLLECTOR
COOS COUNTY COURTHOUSE
250 NORTH BAXTER
COQUILLE, OR 97423

Claim Number: 1200
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 1829 (08/21/2003)

| SECURED | Claimed: | $2239.79 |

---

COPE, VICTOR
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7022
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

COPELAND, ROY
102 EAST ADAIR STREET
ATTN: COPELAND & HAUGABROOK
VALDOSTA, GA 31601

Claim Number: 8793
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $175000.00 |

---

COPPER COUNTRY NEWS
247 S HILL ST
GLOBE, AZ 85501

Claim Number: 8207
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $366.31 |

---

COPYRO INC
3103 LANDMARK ST
GREENVILLE, NC 27834

Claim Number: 7859
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $343.68 |

---

COR-A-VENT, INC.
C/O D&B/RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 67
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1360.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CORBETT'S JERRY<br>AFFORDABLE MOBILE HOME SALES<br>10314 US HWY 90 E<br>LIVE OAK, FL 32060 | | | Claim Number: 10307<br>Claim Date: 06/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $29647.54 | | | | | |
| CORBIN VIRGINIA R<br>CLAUDE D MITCHELL JR<br>614 HOGLICK HOLLOW<br>FAIRMONT, WV 26554 | | | Claim Number: 9192<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | | |
| CORLEY, LOISE L<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3519<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| UNSECURED | Claimed: | $2000.00 | | | | Allowed: | $871.03 |
| CORNELIUS TROY,<br>CORNELIUS JR<br>64 STRAIGHT ROW<br>JENKINS, KY 415378684 | | | Claim Number: 994<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 DISP | Allowed: | $400.00 |
| CORNERSTONE SURVEYING<br>PO BOX 2916<br>WISE, VA 24293 | | | Claim Number: 1581<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $850.00 | | | | Allowed: | $850.00 |
| CORNERSTONE SURVEYING<br>PO BOX 2916<br>WISE, VA 24293 | | | Claim Number: 7910<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $850.00 | | | | | |
| CORNETT MOBILE HOME SUPPLIES INC,<br>1969 FREEDOM LANE<br>HUDSON, NC 28638 | | | Claim Number: 694<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $59.41 | Scheduled: | $59.41 | Allowed: | $59.41 |

---

| CORONADO, LEONCIO<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5742<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| CORPORATE COMM<br>523 THIRD AVE SOUTH<br>P O BOX 101190<br>NASHVILLE, TN 37224 | Claim Number: 2529<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $2275.66 | | | | |
| UNSECURED | | | Scheduled: | $4551.38 | Allowed: | $2275.66 |

---

| CORPORATE CONNECTIONS<br>DBA CORPORATE CONNECTIONS<br>1200 WOODRUFF RD<br>GREENVILLE, SC 29607 | Claim Number: 8261<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $725.00 |

---

| CORPORATE EXPRESS OF THE WEST INC<br>PO BOX 95559<br>CHICAGO, IL 60694-5559 | Claim Number: 7262<br>Claim Date: 05/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $513.13 |

---

| CORPORATE PROMO<br>ASI 169013<br>2315 LEE CHAPEL RD<br>GREENSBORO, NC 27405 | Claim Number: 3434<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $3356.99 | Scheduled: | $4592.13 | Allowed: | $3356.99 |

---

| CORPORATE PROMOTIONS-OR<br>PO BOX 39343<br>GREENSBORO, NC 27438 | Claim Number: 3435<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $5897.04 | | | Allowed: | $5655.57 |

---

| CORPUS CHRISTI CALLER TIMES<br>DBA CORPUS CHRISTI CALLER TIMES<br>PO BOX 120976<br>DALLAS, TX 75312 | Claim Number: 9284<br>Claim Date: 12/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| UNSECURED | Claimed: | $1491.16 |

---

CORRAL, JOSE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5743
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | | | | |

CORSICANA DAILY SUN
PO BOX 622
CORSICANA, TX 75110

Claim Number: 2752
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2692.59 |

CORTINAS CONRRACTING,
DBA:CORTINAS CONRRACTING
PO BOX 4590
CORPUS CHRISTI, TX 78469

Claim Number: 3078
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2349.50 | | | | |
| UNSECURED | | | Scheduled: | $275.00 | Allowed: | $275.00 |

COSTEA, PETER
ONE RIVERWAY, SUITE 1700
HOUSTON, TX 77056

Claim Number: 4202
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $500000.00 |

COSTELLO, KEVIN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5744
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

COTNER,WALTER,
P O BOX 22
ROCKFORD, TN 37853

Claim Number: 1169
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4750.00 | | | | |
| UNSECURED | | | Scheduled: | $4020.00 | Allowed: | $4750.00 |

COTTONS DECOR,
DBA COTTONS DECOR
1000 UNIVERSITY BLVS. APT B14
KINGSPORT, TN 37660

Claim Number: 2038
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1830.00 | Scheduled: | $1830.00 | Allowed: | $1830.00 |

---

COTTONWOOD MOBILE HOME PARK,
DBA COTTONWOOD MOBILE HOME PARK
PO BOX 188
PLATTSMOUTH, NE 68048

Claim Number: 2634
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $180.00 | Scheduled: | $180.00 DISP | Allowed: | $180.00 |
|---|---|---|---|---|---|---|

COTTRILL SHANE
9947 EGYPT PIKE
FRANKFORT, OH 45628

Claim Number: 4469
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2800.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $2800.00 |

COTTRILL, SHANE
20544 US ROUTE 23 LOT 38
CHILLICOTHE, OH 45601

Claim Number: 8678
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4050.00 |
|---|---|---|

COTTRILL, SHANE
9947 EGYPT PIKE
FRANKFORT, OH 45628

Claim Number: 8679
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4050.00 |
|---|---|---|

COTTRILL, SHANE E
9947 EGYPT PIKE
FRANKFORT, OH 45628-9790

Claim Number: 4468
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1250.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1250.00 | Allowed: | $1250.00 |

COUCH, JAMES
1620 FOX HILL RD
LYNCHBURG, VA 24503

Claim Number: 7937
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

COUNTRY HOMES VILLAGE
PO BOX 41074
TUCSON, AZ 85717

Claim Number: 383
Claim Date: 01/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $570.98 |
|---|---|---|

COUNTRY INSURANCE
PO BOX 2100
BLOOMINGTON, IL 61702-2100

Claim Number: 4224
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $161741.77 | | |
|---|---|---|---|---|

COUNTRY INSURANCE
PO BOX 2100
BLOOMINGTON, IL 61702-2100

Claim Number: 10275
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $40000.00 | | |
|---|---|---|---|---|

COUNTRY VILLAGE
P O BOX 3157
NEWPORT NEWS, VA 23603

Claim Number: 4892
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1356.59 | Scheduled: | $515.00 DISP |
|---|---|---|---|---|

COUNTRYSIDE VILLAGE HOMES, INC.
HONATHAN H. RUDD, ESQ.
MCNEES WALLACE & NURICK LLC
100 PINE STREET/ P.O. BOX 1166
HARRISBURG, PA 17108

Claim Number: 4277
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4420 (08/19/2004)

| UNSECURED | Claimed: | $77180.00 | | |
|---|---|---|---|---|

COUNTRYSIDE VILLAGE MHP,
3286 COUNTRYSIDE LANE
LOT 29
BELTON, TX 76513

Claim Number: 3818
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $75.00 | Scheduled: | $150.00 DISP | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

COUNTY MUTUAL INSURANCE
ROGER FREY
PO BOX 2100
BLOOMINGTON, IL 61702

Claim Number: 8378
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $161741.77 | | |
|---|---|---|---|---|

COUNTY OF ALBEM
DEPT OF FINANCE
401 MC NTIRE RD
CHARLOTTESVILLE, VA 229024596

Claim Number: 1547
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $136.11 | | |
|---|---|---|---|---|

COUNTY OF BOWIE, BOWIE CENTRAL
APPRAISAL DISTRICT
5929 BALCONES DRIVE, SUITE 200
P.O. BOX 26990
AUSTIN, TX 78755

Claim Number: 238
Claim Date: 01/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $5953.65 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| COUNTY OF BRAZOS<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | | Claim Number: 10187<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| ADMINISTRATIVE | Claimed: | $5560.50 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| COUNTY OF BRAZOS, BRYAN I.S.D. BRAZOS CO<br>RURAL FIRE PREVENTION DISTRICT #2<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | | Claim Number: 105<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $3837.11 |
|---|---|---|

| | | |
|---|---|---|
| COUNTY OF BRAZOS, BRYAN I.S.D., BRAZOS<br>COUNTY RURAL FIRE PREVENTION DIST. #2<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | | Claim Number: 131<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION |

| SECURED | Claimed: | $3837.11 |
|---|---|---|

| | | |
|---|---|---|
| COUNTY OF BRAZOS, I.S.D. BRAZOS COUNTY<br>RURAL FIRE PREVENTION DISTRICT #2<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | | Claim Number: 7268<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

| SECURED | Claimed: | $3837.11 |
|---|---|---|

| | | |
|---|---|---|
| COUNTY OF BRAZOS, I.S.D. BRAZOS COUNTY<br>RURAL FIRE PREVENTION DISTRICT #2<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | | Claim Number: 7287<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| SECURED | Claimed: | $3837.11 |
|---|---|---|

| | | |
|---|---|---|
| COUNTY OF CAMPBELL<br>ROBIN F JEFFERSON TREASURER<br>PO BOX 37<br>RUSTBURG, VA 24588-0037 | | Claim Number: 8264<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $1072.33 |
|---|---|---|

| | | |
|---|---|---|
| COUNTY OF CAMPBELL,<br>ROBIN F JEFFERSON TREASURER<br>PO BOX 37<br>RUSTBURG, VA 24588-0037 | | Claim Number: 7726<br>Claim Date: 08/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) |

| PRIORITY | Claimed: | $1042.72 | | | Allowed: | $872.28 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $476.10 | | |

| COUNTY OF CHARLESTON<br>BUSINESS LICENSE/USER FEE<br>4045 BRIDGE VIEW DR<br>CHARLESTON, SC 29405-7464 | Claim Number: 3250<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| PRIORITY | Claimed: | $887.00 | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $8708.91 | | Allowed: | $7477.60 |

| COUNTY OF CLARK-BUSINESS LICENSE DEPT.<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155-1810 | Claim Number: 186<br>Claim Date: 01/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $875.74 |
|---|---|---|

| COUNTY OF CLARK-BUSINESS LICENSE DEPT.<br>500 SOUTH GRAND CENTRAL PARKWAY<br>P.O. BOX 551810<br>LAS VEGAS, NV 89155-1810 | Claim Number: 111<br>Claim Date: 01/10/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $875.74 |
|---|---|---|

| COUNTY OF COMAL<br>5929 BALCONES DR. SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 218<br>Claim Date: 01/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $5429.02 |
|---|---|---|

| COUNTY OF COMAL<br>5929 BALCONES DR. SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 239<br>Claim Date: 01/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $5429.02 |
|---|---|---|

| COUNTY OF COMAL<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7270<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $5429.02 |
|---|---|---|

| COUNTY OF COMAL<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7289<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $5429.02 |
|---|---|---|

---

COUNTY OF COMAL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10188
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14039.09 |
| SECURED | Claimed: | $0.00 |

---

COUNTY OF CONTRA COSTA
TAX COLLECTOR
ATTN: WILLIAM J. POLLACEK
PO BOX 631, 625 COURT STREET, ROOM 100
MARTINEZ, CA 94553

Claim Number: 6365
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $10048.95 |

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 86
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $350.36 |

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 148
Claim Date: 12/23/2002
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| SECURED | Claimed: | $350.36 |

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7271
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $350.36 |

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7290
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $350.36 |

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 9271
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $367.88 UNLIQ |

---

---

COUNTY OF CORYELL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10184
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $801.90 |
| SECURED | Claimed: | $0.00 |

---

COUNTY OF CUMBERLAND
COLLECTION DIVISION MANAGER
117 DICK STREET
PO DRAWER 449
FAYETTEVILLE, NC 28302

Claim Number: 6814
Claim Date: 05/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1590.72 | Allowed: | $1350.16 |

---

COUNTY OF DENTON
5929 BALCONES DR. SUITE 200
PO BOX 26990
AUSTIN, TX 78755

Claim Number: 216
Claim Date: 01/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1673.35 |

---

COUNTY OF DENTON
5929 BALCONES DR., SUITE 200
PO BOX 26990
AUSTIN, TX 78755

Claim Number: 236
Claim Date: 01/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1673.35 | | |
| UNSECURED | | | Allowed: | $54.07 |

---

COUNTY OF DENTON
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7272
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $1673.35 |

---

COUNTY OF DENTON
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7291
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $1673.35 |

---

COUNTY OF DENTON
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7306
Claim Date: 05/15/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $1673.35 |

---

---

COUNTY OF DENTON
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10183
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1869.84 | |
| SECURED | Claimed: | $0.00 | |

---

COUNTY OF GRIMES, CITY OF NAVASOTA,
NAVASOTA I.S.D.
MICHAEL REED, MCCREARY, VESELKA, BRAGG
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 85
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $307134.83 |

---

COUNTY OF GRIMES, CITY OF NAVASOTA,
NAVASOTA I.S.D.
MICHAEL REED, MCCREARY, VESELKA, BRAGG
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 141
Claim Date: 12/23/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
PER STIP, SECURED PORTION PIF.  ADDITIONAL AMTS RESOLVED

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Allowed: | $44620.21 |
| SECURED | Claimed: | $307134.83 | | |
| UNSECURED | | | Allowed: | $64377.67 |

---

COUNTY OF GRIMES, CITY OF NAVASOTA,
NAVASOTA ISD, MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7274
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $307134.83 |

---

COUNTY OF GRIMES, CITY OF NAVASOTA,
NAVASOTA I.S.D., MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7293
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $307134.83 |

---

COUNTY OF GRIMES, CITY OF NAVASOTA,
NAVASOTA I.S.D.
MICHAEL REED, MCCREARY, VESELKA, BRAGG
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7307
Claim Date: 05/15/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $307134.83 |

---

COUNTY OF GUADALUPE
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 87
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $3544.19 |

---

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 103<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| SECURED         Claimed:         $1070.13 | | |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 129<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| SECURED         Claimed:         $1070.13 | | |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 139<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |
| SECURED         Claimed:         $3544.19<br>UNSECURED | | Allowed:         $816.87 |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7275<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED         Claimed:         $3544.19 | | |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7294<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED         Claimed:         $3544.19 | | |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7305<br>Claim Date: 05/15/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED         Claimed:         $3544.19 | | |

| | | |
|---|---|---|
| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR., STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10114<br>Claim Date: 06/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |
| ADMINISTRATIVE         Claimed:         $7844.99 | | |

---

| COUNTY OF GUADALUPE<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10180<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| ADMINISTRATIVE | Claimed: | $3583.46 |
| SECURED | Claimed: | $0.00 |

---

| COUNTY OF HALIFAX<br>COMMISSIONER OF REVENUE<br>PO BOX 825<br>LINDA S. FOSTER, TREASURER<br>HALIFAX, VA 24558 | Claim Number: 8807<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |

| ADMINISTRATIVE | Claimed: | $13.44 |

---

| COUNTY OF HARDIN<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 128<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| SECURED | Claimed: | $3551.46 | | |
| UNSECURED | | | Allowed: | $1276.38 |

---

| COUNTY OF HARDIN<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7276<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| SECURED | Claimed: | $3551.46 |

---

| COUNTY OF HARDIN<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7295<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| SECURED | Claimed: | $3551.46 |

---

| COUNTY OF HARDIN<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10179<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| ADMINISTRATIVE | Claimed: | $8129.28 |
| SECURED | Claimed: | $0.00 |

---

| COUNTY OF HARRISON, HARRISON CENTRAL<br>APPRAISAL DISTRICT, MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7277<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| SECURED | Claimed: | $4533.76 |

---

| | | |
|---|---|---|
| COUNTY OF HARRISON, MARSHALL I.S.D., HALSVILLE I.S.D. MICHAEL REED, MCCREARY, VESELKA, BRAGG 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 98 Claim Date: 12/26/2002 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED |
| SECURED | Claimed: $4533.76 | |

| | | |
|---|---|---|
| COUNTY OF HARRISON, MARSHALL I.S.D., HALLSVILLE I.S.D. MICHAEL REED, MCCREARY, VESELKA, BRAGG 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 147 Claim Date: 12/23/2002 Debtor: OAKWOOD HOMES CORPORATION |
| SECURED | Claimed: $4533.76 | |

| | | |
|---|---|---|
| COUNTY OF HARRISON, MARSHALL I.S.D., HALSVILLE I.S.D. MICHAEL REED, MCCREARY, VESELKA, BRAGG 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 7296 Claim Date: 05/15/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: $4533.76 | |

| | | |
|---|---|---|
| COUNTY OF HAYS MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P.C. 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 84 Claim Date: 12/26/2002 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED |
| SECURED | Claimed: $2604.77 | |

| | | |
|---|---|---|
| COUNTY OF HAYS MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P.C. 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 142 Claim Date: 12/23/2002 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 7330 (11/17/2004) |
| SECURED | Claimed: $2604.77 | |

| | | | | |
|---|---|---|---|---|
| COUNTY OF HAYS MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P.C. 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 6797 Claim Date: 04/28/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | | |
| SECURED UNSECURED | Claimed: $3179.49 | | Allowed: | $937.22 |

| | | |
|---|---|---|
| COUNTY OF HAYS MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P.C. 5929 BALCONES DR, STE 200, PO BOX 26990 AUSTIN, TX 78755 | | Claim Number: 7278 Claim Date: 05/15/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: $3179.49 | |

| COUNTY OF HAYS<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7297<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $3179.49 |
|---|---|---|

| COUNTY OF HAYS<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10178<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3837.99 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| COUNTY OF HENDERSON<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 102<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $3548.61 |
|---|---|---|

| COUNTY OF HENDERSON<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE. 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 130<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $3548.61 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1479.98 |

| COUNTY OF HENDERSON<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7279<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $3548.61 |
|---|---|---|

| COUNTY OF HENDERSON<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7298<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $3548.61 |
|---|---|---|

| COUNTY OF HENDERSON<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10177<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | Claimed: | $7919.51 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | | | Allowed: | $1677.77 |

| COUNTY OF HILL, CITY OF HILLSBORO<br>HILLSBORO INDEPENDENT SCHOOL DISTRICT<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10702<br>Claim Date: 03/02/2005<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 8505 (03/24/2006) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed:        $187584.23 | | Allowed:        $595.20 |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 83<br>Claim Date: 12/26/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED        Claimed:        $125132.58 | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 143<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED        Claimed:        $125132.58 | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 237<br>Claim Date: 01/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED        Claimed:        $125296.37 | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 6796<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7803 (05/20/2005) | | |
|---|---|---|---|
| PRIORITY | | Allowed:        $65063.06 |
| SECURED        Claimed:        $127970.67 | | |
| UNSECURED | | Allowed:        $942.34 |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7280<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| SECURED        Claimed:        $127970.67 | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7299<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| SECURED        Claimed:        $127970.67 | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7304<br>Claim Date: 05/15/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| SECURED          Claimed:          $127970.67 | | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10703<br>Claim Date: 03/02/2005<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $0.00 | | | |
| SECURED          Claimed:          $207824.80 | | Allowed:          $137359.53 | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO INDEPENDENT SCHOOL DISTRICT<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10704<br>Claim Date: 03/02/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7803 (05/20/2005) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $187584.23 | | | |

| COUNTY OF HILL, CITY OF HILLSBORO,<br>HILLSBORO I.S.D., ITASCA I.S.D.<br>MICHAEL REED, MCCREARY, VESELKA, BRAGG<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 10705<br>Claim Date: 03/02/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7803 (05/20/2005) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $0.00 | | | |
| SECURED          Claimed:          $207824.80 | | | |

| COUNTY OF HILL, CITY OF HILLSBORO, ET AL<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10176<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7803 (05/20/2005) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $239082.95 | | | |
| SECURED          Claimed:          $0.00 | | | |

| COUNTY OF LUNENBURG TREASURER<br>BETSY N LONG TREASURER<br>11512 COURTHOUSE RD<br>LUNENBURG, VA 23952 | Claim Number: 10245<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $165.00 | | | |

| COUNTY OF REAL<br>5929 BALCONES DRIVE, SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 302<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| SECURED          Claimed:          $316.60 | | | |

---

COUNTY OF REAL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7282
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $316.60 |
|---|---|---|

---

COUNTY OF REAL
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7301
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $316.60 |
|---|---|---|

---

COUNTY OF REAL
MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10174
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $321.62 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

COUNTY OF ROANOKE
STEVEN A. MCGRAW COURT
305 E. MAIN STREET
PO BOX 1126
SALEM, VA 24153-1126

Claim Number: 7626
Claim Date: 07/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

COUNTY OF SPOTSYLVAN
TREASURER'S OFFICE
PO BOX 65
SPOTSYLVANIA, VA 22553

Claim Number: 7816
Claim Date: 10/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| PRIORITY | Claimed: | $307.19 | Allowed: | $229.16 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $338.91 | | |

---

COUNTY OF UNION
500 N MAIN ST SUITE 826
MONROE, NC 28112

Claim Number: 5226
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $83.39 | Allowed: | $83.39 |
|---|---|---|---|---|

---

COUNTY OF VAN ZANDT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 81
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $3646.57 |
|---|---|---|

---

| | | |
|---|---|---|
| COUNTY OF VAN ZANDT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 145<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

SECURED          Claimed:          $3646.57

| | | |
|---|---|---|
| COUNTY OF VAN ZANDT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7283<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

SECURED          Claimed:          $3646.57

| | | |
|---|---|---|
| COUNTY OF VAN ZANDT<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7303<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

SECURED          Claimed:          $3646.57

| | | |
|---|---|---|
| COUNTY OF WILLIAMSON, LEANDER I.S.D.<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 97<br>Claim Date: 12/26/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

SECURED          Claimed:          $17137.13

| | | |
|---|---|---|
| COUNTY OF WILLIAMSON, LEANDER I.S.D.<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 146<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

SECURED          Claimed:          $17137.13
UNSECURED                                             Allowed:          $5384.48

| | | |
|---|---|---|
| COUNTY OF WILLIAMSON, LEANDER I.S.D.<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7284<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |

SECURED          Claimed:          $17137.13

| | | |
|---|---|---|
| COUNTY OF WILLIAMSON, LEANDER I.S.D.<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7302<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

SECURED          Claimed:          $17137.13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COUNTY OF WILLIAMSON, LEANDER I.S.D.<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | | | Claim Number: 10172<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| ADMINISTRATIVE | Claimed: | $9427.96 | | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| COUNTY VIEW SHOPPER,<br>DBA THE COUNTY VIEW<br>PO BOX 86<br>MONROEVILLE, AL 36461 | | | Claim Number: 2062<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $585.00 | Scheduled: | $720.00 | Allowed: | $585.00 | |
| COUNTY, WILSON<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, STE 300<br>SAN ANTONIO, TX 78205 | | | Claim Number: 9858<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | | | |
| ADMINISTRATIVE | Claimed: | $2029.17 UNLIQ | | | | | |
| COUPLING INDUSTRIAL HOSE SPECIALISTS,<br>2050 WEST BROADWAY<br>PO BOX 2295<br>EUGENE, OR 97402 | | | Claim Number: 1007<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $1389.13 | | | | | |
| UNSECURED | | | Scheduled: | $151.68 | Allowed: | $1389.13 | |
| COURIER TRIBUNE<br>DBA THE COURIER TRIBUNE<br>P O BOX 340<br>ASHEBORO, NC 27203 | | | Claim Number: 5578<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $275.76 | | | Allowed: | $275.76 | |
| COURIER TRIBUNE,<br>DBA THE COURIER TRIBUNE<br>P O BOX 340<br>ASHEBORO, NC 27203 | | | Claim Number: 5579<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $517.45 | Scheduled: | $699.56 | Allowed: | $517.45 | |
| COURTESY PLUMBING HVAC & ELECTRIC<br>2935 POCONO TRAIL SW<br>SOUTH BRUNSWICK, NC 28470 | | | Claim Number: 1301<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $138.00 | | | Allowed: | $138.00 | |

---

COURTNEY, JAMES
VICTORIA VILLAGE MOBILE HOME PARK
25610 CANDY LANE
MAGNOLIA, TX 77355

Claim Number: 4844
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

COVERDALE, HARRY
C/O MICHELLE ROUT, ESQ.
137 SOUTH PAINT ST
CHILLICOTHE, OH 45601

Claim Number: 4904
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| UNSECURED | Claimed: | $102298.71 UNLIQ |
|-----------|----------|------------------|

---

COVERDALE, HARRY
94 E 2ND ST
CHILLICOTHE, OH 456012523

Claim Number: 10558
Claim Date: 08/09/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $34000.00 |
|-----------|----------|-----------|

---

COWAN, WILLIAM B
4205 NE 242NC AVE
VANCOUVER, WA 98682

Claim Number: 9129
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2319.74 |
|----------------|----------|----------|

---

COWEN, CYNTHIA AND DARRYL LOONEY
C/O DAVID L. HARMON
14400 LEE HIGHWAY
BRISTOL, VA 24202

Claim Number: 496
Claim Date: 02/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $135352.00 |
|-----------|----------|------------|

---

COWEN, CYNTHIA, DARRELL LOONEY &
DAVID L. HARMON
14400 LEE HIGHWAY
BRISTOL, VA 24202

Claim Number: 10662
Claim Date: 12/03/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $6879.00 |
|-----------|----------|----------|

---

COWETA COUNTY TAX COMMISSION
22 EAST BROAD STREET
NEWNAN, GA 30263

Claim Number: 8464
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $202.32 |
|----------------|----------|---------|

---

COWETA COUNTY TAX COMMISSION
22 EAST BROAD STREET
NEWNAN, GA 30263

Claim Number: 8465
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $364.17 |
|----------------|----------|---------|

---

COWLEY, DANIEL & TRACIE
C/O BRADY & COLE, PC
ATTN: RICHARD K. LAURIN, JR.
325 N ST PAUL ST, REPUBLIC CTR 20TH FL
DALLAS, TX 75201

Claim Number: 5581
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $50240.65 UNLIQ | | | |

COWLEY, DANIEL & TRACY
C/O BRADY & COLE, PC
ATTN: RICHARD K. LAURIN, JR.
325 N ST PAUL ST, REPUBLIC CTR 20TH FL
DALLAS, TX 75201

Claim Number: 9281
Claim Date: 12/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $9859.00 | | Allowed: | $9859.00 |

COWLING BROS INC,
PO BOX 6
WAVERLY, VA 23890

Claim Number: 914
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $771.89 | Scheduled: | $771.89 | Allowed: | $771.89 |

COWLING BROS, INC.
P.O. BOX 6
WAVERLY, VA 23890

Claim Number: 9624
Claim Date: 04/21/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

COX, JOHN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7023
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

COX, JOHN L
13652 KIMBERLY RD
PO BOX 254
NELSONVILLE, OH 45764

Claim Number: 10832
Claim Date: 02/14/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8544 (04/25/2006)

| UNSECURED | Claimed: | $0.00 UNDET | | | |

COZART LUMBER & SUPPLY CO,
PO BOX 130
ROCKWELL, NC 28138

Claim Number: 2285
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2188.96 | Scheduled: | $1289.96 | Allowed: | $2188.96 |

CPL RETAIL ENERGY LP
P.O. BOX 180
TULSA, OK 74101-0180

Claim Number: 2393
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2999.44 | | | |

CR APPRAISAL SERVICE LLC,
DBA:CR APPRAISAL SERVICE LLC
626 S MAIN ST
KANNAPOLIS, NC 28081

Claim Number: 8525
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $275.00 |

CRAIG ELAINE,
RR 3 BOX L25
LA CYGNE, KS 66040

Claim Number: 1892
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $275.00 | | | | |
| UNSECURED | | | Scheduled: | $275.00 | Allowed: | $275.00 |

CRAIG SLAY
P.O. BOX 400
ATTN: ADAMS & EDENS
FBO RALPH RANDALL, PLAINTIFF
BRANDON, MS 39043

Claim Number: 4288
Claim Date: 03/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4105 (06/02/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

CRAIG'S WELDING,
3303 LAMBERT RD
MOUNT PLEASANT, NC 28124

Claim Number: 3236
Claim Date: 03/06/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5247.25 | | | | |
| UNSECURED | | | Scheduled: | $2799.35 | Allowed: | $2799.35 |

CRAIG, ROBERT M.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5745
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2493.75 UNLIQ |

CRAIN, GREGORY
309 W 3RD ST.
MALVERN, AR 72104

Claim Number: 4872
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7888 (03/02/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38000.00 UNLIQ | Allowed: | $111.50 |

CRAMCO INC
2200 E ANN ST
PHILADELPHIA, PA 19134

Claim Number: 7462
Claim Date: 06/26/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19703.41 | Scheduled: | $19703.41 | Allowed: | $19703.41 |

---

CRAMER JOHN E,
11822 E 68TH
RIPLEY, OK 74062

Claim Number: 1226
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: $4527.35 | | Scheduled: $4527.35 | | Allowed: $4527.35 | |

---

CRAVEN COUNTY
P O BOX 1128
NEW BERN, NC 28563

Claim Number: 7942
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

ADMINISTRATIVE     Claimed:     $562.67

---

CRAVEN COUNTY TAX COLLECTOR
P.O. BOX 1128
NEW BERN, NC 28563-1128

Claim Number: 9866
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

ADMINISTRATIVE     Claimed:     $79.59                                      Allowed:     $69.31

---

CRAVEN COUNTY, TAX COLLECTOR
P O BOX 1128
NEW BERN, NC 28563-1128

Claim Number: 3586
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

| | | | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| SECURED | Claimed: | $407.18 | | | Allowed: | $380.59 |
| UNSECURED | Claimed: | $516.14 | | | | |

---

CRAWFORD & SON PLUMBING INC
PO BOX 4
LIVINGSTON, TX 77351

Claim Number: 724
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

PRIORITY     Claimed:     $1450.98 UNLIQ

---

CRAWFORD & SON PLUMBING INC
PO BOX 4
LIVINGSTON, TX 77351

Claim Number: 7808
Claim Date: 10/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| PRIORITY | Claimed: | $2901.96 |
|---|---|---|
| TOTAL | Claimed: | $1490.98 |

---

CRAWFORD & SON PLUMBING INC
PO BOX 4
LIVINGSTON, TX 77351

Claim Number: 7811
Claim Date: 10/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| PRIORITY | Claimed: | $2901.96 |
|---|---|---|
| TOTAL | Claimed: | $1490.98 |

---

| | | |
|---|---|---|
| CRAWFORD & SON PLUMBING INC<br>PO BOX 4<br>LIVINGSTON, TX 77351 | | Claim Number: 8302<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $2109.26 |
| CRAWFORD & SON PLUMBING INC<br>PO BOX 4<br>LIVINGSTON, TX 77351 | | Claim Number: 8324<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $2109.26 |
| CRAWFORD BRAD LEE<br>1020 KINGSRIDGE RD<br>KERNERSVILLE, NC 27284 | | Claim Number: 4492<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $284.60 |
| CRAWFORD COUNTY TAX COMMISSIONER,<br>PO BOX 634<br>ROBERTA, GA 31078 | | Claim Number: 3801<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| SECURED | Claimed: | $4907.12 |
| UNSECURED | Scheduled: | $552.27 |
| CRAWFORD PLUMBING<br>P.O. BOX 4<br>LIVINGSTON, TX 77351 | | Claim Number: 7763<br>Claim Date: 09/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $0.00 UNDET |
| CRAWFORD PLUMBING<br>P.O. BOX 4<br>LIVINGSTON, TX 77351 | | Claim Number: 7780<br>Claim Date: 09/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>Claim out of balance |
| PRIORITY | Claimed: | $2901.96 |
| TOTAL | Claimed: | $1490.98 |
| CRAWFORD PLUMBING<br>PO BOX 420363<br>DEL RIO, TX 78842 | | Claim Number: 8097<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $334.20 |

---

CRAWFORD, WILLIAM T
WILLIAM CRAWFORD
1160 10TH ST SE
MOULTRIE, GA 317686059

Claim Number: 2728
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

CRAWFORD, WILLIAM T
1160 10TH ST SE
MOULTRIE, GA 317686059

Claim Number: 8455
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $3040.00 UNLIQ |
|---|---|---|

---

CRAWFORD,CARLTO,
905 CURTIS DR
GARNER, NC 27529

Claim Number: 1069
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $4000.00 | Scheduled: | $4000.00 | Allowed: | $4000.00 |
|---|---|---|---|---|---|---|

---

CREATION WINDOWS LP,
PO BOX 1409
ELKHART, IN 46515

Claim Number: 4039
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| ADMINISTRATIVE UNSECURED | Claimed: | $657.58 | Scheduled: | $657.58 | Allowed: | $657.58 |
|---|---|---|---|---|---|---|

---

CREATION WINDOWS LP,
PO BOX 1409
ELKHART, IN 46515

Claim Number: 4038
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE UNSECURED | Claimed: | $1594.14 | Scheduled: | $1594.14 | Allowed: | $1594.14 |
|---|---|---|---|---|---|---|

---

CREATIVE GLASS & MIRROR,
600 N 22ND STREET
WYTHEVILLE, VA 24382

Claim Number: 964
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $719.79 | Scheduled: | $719.79 | Allowed: | $719.79 |
|---|---|---|---|---|---|---|

---

CREDIT DATA IDAHO, INC.
P.O. BOX 4068
BOISE, ID 83711-4068

Claim Number: 8832
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1613.47 |
|---|---|---|

---

CREDIT SUISSE FIRST BOSTON, LLC
LATHAM & WATKINS LLP
885 3RD AVE
ATTN: ROLAND S. YOUNG, ESQ.
NEW YORK, NY 10022

Claim Number: 6118
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3288391.54 UNLIQ |
| --- | --- | --- |

CREDIT SUISSE FIRST BOSTON, LLC
LATHAM & WATKINS LLP
885 3RD AVE
ATTN: ROLAND S. YOUNG, ESQ.
NEW YORK, NY 10022

Claim Number: 6119
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $3288391.54 UNLIQ |
| --- | --- | --- |

CREDIT SUISSE FIRST BOSTON, LLC
LATHAM & WATKINS LLP
885 3RD AVE
ATTN: ROLAND S. YOUNG, ESQ.
NEW YORK, NY 10022

Claim Number: 6120
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $3288391.54 UNLIQ |
| --- | --- | --- |

CREDIT SUISSE FIRST BOSTON, LLC
LATHAM & WATKINS LLP
885 3RD AVE
ATTN: ROLAND S. YOUNG, ESQ.
NEW YORK, NY 10022

Claim Number: 6121
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $3288391.54 UNLIQ |
| --- | --- | --- |

CREDUER, JUDY
C/O CHARLES RUSH
P.O. BOX 53713
ATTN: RUSH, RUSH & CALOGER
LAFAYETTE, LA 70505

Claim Number: 4146
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $100000.00 |
| --- | --- | --- |

CREDUER, JUDY
C/O CHARLES RUSH
RUSH, RUSH & COLOGER
P.O. BOX 53713
LAFAYETTE, LA 70505

Claim Number: 10508
Claim Date: 06/28/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
| --- | --- | --- |

CREEK BEND MHP,
DBA CREEK BEND MHP
1349 FORT CAMPBELL BLVD
CLARKSVILLE, TN 37042

Claim Number: 2266
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2472 (11/24/2003)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1500.00 DISP | Allowed: | $1625.00 |
| --- | --- | --- | --- | --- | --- | --- |

CREEKSIDE MOBILE HOME COMMUNITY
1925 BACONS BRIDGE ROAD
SUMMERVILLE, SC 29485

Claim Number: 6061
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1731.70 | | | Allowed: | $1731.70 |
| --- | --- | --- | --- | --- | --- | --- |

CREEKSIDE MOBILE VILLAGE,
C/O J H POOLE, SR. OWNER
7633 HWY 64 W STE 108
KNIGHTDALE, NC 27545

Claim Number: 10384
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

CREMEANS CONCRETE & SUPPLY CO INC
P O BOX 475
GALLIPOLIS, OH 45631

Claim Number: 7798
Claim Date: 10/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $2421.35 |
| --- | --- | --- |

CRESCENT PLACE
DBA CRESCENT PLACE
5365 SOUTH CROSS RANCH RD
SAN ANTONIO, TX 78222

Claim Number: 2783
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $11200.00 | Scheduled: | $1752.00 | Allowed: | $1752.00 |
| --- | --- | --- | --- | --- | --- | --- |

CRESSONA TEXTILE WASTE INC-PA
FRONT & RAILROAD STREETS
PO BOX 56
CRESSONA, PA 17929

Claim Number: 1050
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $800.00 |
| --- | --- | --- |

CRESSONA TEXTILE WASTE INC-PA,
FRONT & RAILROAD STREETS
PO BOX 56
CRESSONA, PA 17929

Claim Number: 1051
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | Allowed: | $800.00 |
| --- | --- | --- | --- | --- | --- | --- |

CRESTVIEW
PO BOX 21299
DENVER, CO 80221

Claim Number: 1365
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $21.78 |
| --- | --- | --- |

CRESTVIEW LAKE VILLA,
870 #1SHARON DRIVE
FLORENCE, KY 41042

Claim Number: 2027
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $320.00 | Scheduled: | $320.00 DISP | Allowed: | $320.00 |
| --- | --- | --- | --- | --- | --- | --- |

CRESTVIEW LAKE VILLA,
870 #1SHARON DRIVE
FLORENCE, KY 41042

Claim Number: 1991
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $20.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20.00 DISP | Allowed: | $20.00 |

CRESTVIEW MHP
350 BROOKGREEN PL NW
CONCORD, NC 28027

Claim Number: 9219
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $560.00 |
|---|---|---|

CRESWELL CONSTRUCTION & SIDING CO,
DBA CRESWELL CONSTRUCTION & SIDING
CO P O BOX 150421
LONGVIEW, TX 75615

Claim Number: 3431
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $3250.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3250.00 | Allowed: | $3250.00 |

CREWS, DAVID R
715 SIOUX TRAIL
DOUGLAS, GA 31535

Claim Number: 8936
Claim Date: 11/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $3835.43 |
|---|---|---|

CRICKET-MILLERS,
PO BOX 95
MILLER CREEK, NC 28651

Claim Number: 1056
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $17.63 | | Scheduled: | $16.80 | Allowed: | $17.63 |
|---|---|---|---|---|---|---|---|

CRIST (MCCOMB), KAREN
KAREN CRIST
PO BOX 239
OAK HILL, WV 259010239

Claim Number: 10309
Claim Date: 06/10/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

CRM LEARNING, L.P.
2215 FARADAY AVE
CARLSBAD, CA 92008-7295

Claim Number: 516
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1070.63 |
|---|---|---|

---

CRM LEARNING, L.P.
2215 FARADAY AVE
CARLSBAD, CA 92008-7295

Claim Number: 517
Claim Date: 02/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $264.90 |
|---|---|---|

---

CROCKETT SURVEYING
427 PARK AVENUE
LEBANON, TN 37087

Claim Number: 1364
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $550.00 | | | Allowed: | $550.00 |
|---|---|---|---|---|---|---|

---

CROOK COUNTY TAX COLLECTOR
200 NE 2ND ST.
PRINEVILLE, OR 97754

Claim Number: 10382
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $881.74 |
|---|---|---|

---

CROOKED RIVER ELECTRIC,
PO BOX 62
TERREBONNE, OR 977600062

Claim Number: 2486
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $140.00 | Scheduled: | $140.00 | Allowed: | $140.00 |
|---|---|---|---|---|---|---|

---

CROSBY ROBERT L JR
2978 HIERS CORNER RD
WALTERBORO, SC 29488

Claim Number: 2491
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $763.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $137.00 | | | Allowed: | $900.00 |

---

CROSBY, ROBERT L. JR.
437 CROSBY CORNER ROAD
WALTERBORO, SC 29488

Claim Number: 9660
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

CROSS CREEK EST,
8700 MT OLIVE RD
MT PLEASANT, NC 28124

Claim Number: 1990
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $625.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $625.00 DISP | Allowed: | $625.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CROSS, THOMAS<br>3206 MORRIS FARM DRIVE<br>JAMESTOWN, NC 27282 | | | Claim Number: 3879<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1955 (09/12/2003) | | | |
| PRIORITY | Claimed: | $12500.00 | | | | |
| CROSSAN, JOHN & LOUETTA<br>959 PORT PENN ROAD<br>MIDDLETOWN, DE 19709 | | | Claim Number: 2406<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8033 (08/15/2005) | | | |
| UNSECURED | Claimed: | $66547.00 | | | | |
| CROSSAN, JOHN & LOUETTA<br>959 PORT PENN ROAD<br>MIDDLETOWN, DE 19709 | | | Claim Number: 8335<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $65000.00 UNLIQ | | | | |
| CROSSVILLE CITY,<br>99 MUNICIPAL AVE.<br>CROSSVILLE, TN 38555 | | | Claim Number: 2874<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| PRIORITY | Claimed: | $55.38 | Scheduled: | $0.00 UNLIQ | | |
| CROUCH, L L & JERRY TED ROBERTS<br>PARTNERSHIP<br>161 ACCESS RD.<br>KILGORE, TX 75662 | | | Claim Number: 8627<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 6751 (11/08/2004) | | | |
| ADMINISTRATIVE | Claimed: | $5330.50 | | | | |
| CROUCH, L L & JERRY TED ROBERTS,<br>PARTNERSHIP<br>161 ACCESS RD.<br>KILGORE, TX 75662 | | | Claim Number: 3734<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $24438.32 | | | Allowed: | $7996.09 |
| CROUCH, L.L.,<br>161 ACCESS RD.<br>KILGORE, TX 75662 | | | Claim Number: 3736<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9600.00 | | | Allowed: | $9600.00 |

---

CROUCH,L L,
161 ACCESS RD.
KILGORE, TX 75662

Claim Number: 3735
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | Claimed: | $2200.00 | Scheduled: | $2200.00 DISP | Allowed: | $2200.00 |

---

CROWDEN, NICKIE
2804 GUMTREE RD
WINSTON SALEM, NC 27107

Claim Number: 10523
Claim Date: 07/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

CROWDER WAYNE,
165 WILLOW DRIVE
SALISBURY, NC 28146

Claim Number: 4475
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $142.50 | Scheduled: | $142.50 DISP | Allowed: | $142.50 |

---

CROWELL, TIM AND LEANEASHA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7024
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

CROWELL, TRACY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5746
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

CROWNOVER, JAMES
PO BOX 111
DUNCANNON, PA 17020

Claim Number: 7364
Claim Date: 06/09/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $0.00 UNLIQ |

---

CROZET SANITARY
PO BOX 6915
CHARLOTTESVILLE, VA 22906

Claim Number: 2261
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $5600.00 | Scheduled: | $5600.00 | Allowed: | $5600.00 |

CRUM MOBILE HOME MOVERS INC,
PO BOX 1148
PRESTONSBURG, KY 41653

Claim Number: 878
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2400.00 | Scheduled: | $2400.00 | Allowed: | $2400.00 |
|---|---|---|---|---|---|---|

CRUM, PAT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7025
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

CRUMP, CHARLES & ANGELA
C/O UAW LEGAL SVCS. PLAN
10820 SUNSET OFFICE DR., STE. 141
SAINT LOUIS, MO 63127

Claim Number: 5228
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7335 (11/17/2004)

| UNSECURED | Claimed: | $10982.00 |
|---|---|---|

CRUTHIS, NEILA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6983
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

CRUZ, JUAN A.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5747
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

CRYSTAL VALLEY POWER EQUIP INC,
11720W 250N
MIDDLEBURY, IN 46540

Claim Number: 2482
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $13.70 | Scheduled: | $13.70 | Allowed: | $13.70 |
|---|---|---|---|---|---|---|

CSI CUSTOMER SERVICES INC.
3715 JEANETTA
HOUSTON, TX 77063

Claim Number: 339
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $370.80 |
|---|---|---|

---

| CSI WASTE SERVICES<br>11563 MOSTELLER RD.<br>CINCINNATI, OH 45241 | Claim Number: 1319<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $284.29 |

---

| CT COMMUNICATIONS INC<br>68 CABBARRUS AVE E<br>CONCORD, NC 28026 | Claim Number: 4639<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $175.84 |

---

| CT CORPORATION<br>ALAN D. BUDMAN<br>1150 OLD YORK RD., 2ND FLOOR<br>ABINGTON, PA 19001 | Claim Number: 7652<br>Claim Date: 07/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $800.50 |

---

| CTEC, LLC<br>F/K/A LYONS MHP<br>PO BOX 36<br>BUTNER, NC 27509 | Claim Number: 8984<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |

| ADMINISTRATIVE | Claimed: | $590.00 |

---

| CTL ENGINEERING OF WV INC,<br>PO BOX 44548<br>COLUMBUS, OH 43204 | Claim Number: 1327<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $2450.00 | Scheduled: | $250.95 | Allowed: | $2450.00 |

---

| CTL ENGINEERING OF WV INC,<br>PO BOX 44548<br>COLUMBUS, OH 43204 | Claim Number: 3254<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $310.00 | | | Allowed: | $310.00 |

---

| CUGGINO, JACQUE<br>SUBURBAN JOURNALS<br>14522 S OUTER 40 3RD FL<br>CHESTERFIELD, MO 630175737 | Claim Number: 10379<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $1742.78 |

---

| CULPEPPER MIKE<br>RT 1 BOX 117AA<br>DE KALB, TX 75559 | Claim Number: 6734<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNLIQ |

---

---

CULPEPPER, MIKE
RT 1 BOX 117AA
DE KALB, TX 75559

Claim Number: 9069
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 | | | | | |

---

CULVER & PIERSON L L C,
P O BOX 161
LAUREL, DE 19956

Claim Number: 6102
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $17100.00 | Allowed: | $27500.00 |

---

CUMBERLAND COUNTY, TENNESSEE
C/O CAROLYN TURNER, TRUSTEE
CUMBERLAND COUNTY COURTHOUSE
CROSSVILLE, TN 38555

Claim Number: 460
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $214.00 | | | |
| UNSECURED | | | Scheduled: | $13.00 | |

---

CUMMINGS, ROBERT/DELORES
10005 192ND ST. CT. E.
GRAHAM, WA 98338

Claim Number: 595
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $50000.00 | | | |

---

CUMMINGS, ROBERT/DELORES
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2866
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $50000.00 | | | |
| UNSECURED | | | | Allowed: | $14517.16 |

---

CUNNINGHAM OPTICAL-IN
2932 FRONTAGE ROAD
WARSAW, IN 46580

Claim Number: 3706
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $406.00 | | Allowed: | $406.00 |

---

CURRIN EDITH
P O BOX 1042
ANGIER, NC 27501

Claim Number: 3161
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET | | | |

---

---

CURRITUCK COUNTY REG. OF DEEDS
PO BOX 71
CURRITUCK, NC 27929

Claim Number: 1065
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CURRY COUNTY CLERK
PO BOX 1168
CLOVIS, NM 88102

Claim Number: 8376
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $11.00 |
|---|---|---|

---

CURRY COUNTY CLERK
PO BOX 1168
CLOVIS, NM 88102

Claim Number: 10293
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $11.00 |
|---|---|---|

---

CURRY SANITATION INC-MN,
112 SEVENTH STREET SOUTH
SAINT JAMES, MN 56081

Claim Number: 3836
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $8745.17 | Scheduled: | $8745.17 | Allowed: | $8745.17 |
|---|---|---|---|---|---|---|

---

CURRY, CHARLOTTE
C/O FRED GODWIN, JR.
KUSHINKA, CALHOUN & GODWIN, LLP
PO BOX 8219
WARNER ROBBINS, GA 31095

Claim Number: 9310
Claim Date: 12/30/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3500.00 | | | Allowed: | $3500.00 |
|---|---|---|---|---|---|---|

---

CURRY, CHARLOTTE H.
FRED E. GODWIN, JR.
KUSHINKA, CALHOUN & GODWIN, L.L.P.
PO BOX 8219
WARNER ROBBINS, GA 31095

Claim Number: 7368
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $10000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

CURRY, LYLE W-IN
3190 FROEDE RD
KINGSTON, MI 48741

Claim Number: 8637
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1356.60 |
|---|---|---|

---

CUSTOM DECK CREATIONS,
DBA CUSTOM DECK CREATIONS
822 E TANK FARM ROAD
LAKE CHARLES, LA 70607

Claim Number: 6093
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/16/2006)

| PRIORITY | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5000.00 | Allowed: | $5000.00 |

---

| CUSTOM FLOORING<br>365 OLD HIGHWAY 90 WEST<br>VIDOR, TX 77662 | Claim Number: 9873<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $38.48 |
|---|---|---|

| CUSTOM GUTTER LLC<br>721 SURL MT TIRZAH RD<br>TIMBERLAKE, NC 27583 | Claim Number: 8461<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $343.00 |
|---|---|---|

| CUSTOM MARBLE UNLIMITED<br>3915 E 450 N<br>LEESBURG, IN 46538 | Claim Number: 9783<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1116.67 |
|---|---|---|

| CUSTOM MARBLE UNLIMITED,<br>DBA CUSTOM MARBLE UNLIMITED<br>3915 E 450 N<br>LEESBURG, IN 46538 | Claim Number: 10453<br>Claim Date: 06/21/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1116.67 |
|---|---|---|

| CUSTOM MARBLE UNLIMITED-PA<br>DBA CUSTOM MARBLE UNLIMITED<br>3915 E 450 N<br>LEESBURG, IN 46538 | Claim Number: 8168<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1116.67 |
|---|---|---|

| CUTLER, ROSE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7026<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| CYPRESS - FAIRBANKS ISD<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 578<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $2187.71 UNLIQ |
|---|---|---|

| CYPRESS-FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9211<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1055.74 |
|---|---|---|

| CYPRESS-FAIRBANKS ISD<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9416<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| SECURED | Claimed: | $746.12 |
|---|---|---|

| D & B RESOURCES<br>PO BOX 702<br>KIEFER, OK 74041 | Claim Number: 2786<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $5872.50 |
|---|---|---|

| D & B RESOURCES<br>PO BOX 702<br>KIEFER, OK 74041 | Claim Number: 8621<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $827.30 |
|---|---|---|

| D & B RESOURCES,<br>PO BOX 702<br>KIEFER, OK 74041 | Claim Number: 2705<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $5872.50 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5547.50 | Allowed: | $5872.50 |

| D & D CLEANING,<br>DBA D & D CLEANING<br>24035 SUN VALLEY RD<br>MORENO VALLEY, CA 92553 | Claim Number: 894<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $1188.00 | Scheduled: | $1188.00 | Allowed: | $1188.00 |
|---|---|---|---|---|---|---|

| D & D CONTRACTING,<br>HC 84 BOX 58<br>CUSTER, KY 40115 | Claim Number: 2759<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2050.00 | Scheduled: | $1405.00 | Allowed: | $2050.00 |
|---|---|---|---|---|---|---|

| D & H INTERSTATE PROPERTIES INC<br>3808 MAGNOLIA PT. LN.<br>SAINT AUGUSTINE, FL 32086 | Claim Number: 3468<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $1400.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1400.00 |

D & J MOBILE HOME TRANSPORTS,
DBA:D & J MOBILE HOME TRANSPORTS
PO BOX 1973
GRANTS, NM 87020

Claim Number: 2913
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $19514.64 | Scheduled: | $16838.99 | Allowed: | $19514.64 |

D & W (LASALLE DIST W),
D & W INCORPORATED
PO BOX 1105
MICHIGAN CITY, IN 463618305

Claim Number: 2922
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68.64 | Scheduled: | $68.64 | Allowed: | $68.64 |

D & W INC-IN,
P.O. BOX 1105
MICHIGAN CITY, IN 46361

Claim Number: 2918
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $897.60 | Scheduled: | $897.60 | Allowed: | $897.60 |

D & W INC-KS,
P.O. BOX 1105
MICHIGAN CITY, IN 46361

Claim Number: 2919
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $822.60 | Scheduled: | $822.60 | Allowed: | $822.60 |

D & W INC-OR,
P.O. BOX 1105
MICHIGAN CITY, IN 46361

Claim Number: 2920
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $436.20 | Scheduled: | $436.20 | Allowed: | $436.20 |

D & W INC-PA,
P.O. BOX 1105
MICHIGAN CITY, IN 46361

Claim Number: 2921
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1866.00 | Scheduled: | $1866.00 | Allowed: | $1866.00 |

D AND M SAW & MANUFACTURING,
P.O. BOX 1510
ALBANY, OR 97321

Claim Number: 929
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
Claim out of balance

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2602.42 | | | | |
| SECURED | Claimed: | $2602.42 | | | | |
| UNSECURED | | | Scheduled: | $2602.42 | Allowed: | $2602.42 |
| TOTAL | Claimed: | $2602.42 | | | | |

---

| D LUX DETAIL SHOP,<br>3615 1/2 HWY 80 E<br>PEARL, MS 39208 | Claim Number: 1425<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $50.00 | | | |
| UNSECURED | | | Scheduled: $50.00 | Allowed: | $50.00 |

---

| D NEIL HARRIES & ASSOCIATES PA<br>COX, RICHARD AND MARY<br>P O BOX 306<br>PASCAGOULA, MS 39568 | Claim Number: 4970<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|
| UNSECURED       Claimed:       $150000.00 | |

---

| D R D ENVIRONMENTAL<br>DBA D R D ENVIRONMENTAL<br>4808 OAKBRIER<br>SAINT LOUIS, MO 63128 | Claim Number: 8730<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE       Claimed:       $1175.07 | |

---

| D RANDY STEPHENSON, PC<br>1501 E MOCKINGBIRD LN STE 411<br>VICTORIA, TX 779042157 | Claim Number: 6702<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED       Claimed:       $36361.30 UNLIQ | |

---

| D&D LAWN SERV.<br>PO BOX 1578<br>JACKSONVILLE, NC 28540 | Claim Number: 3558<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $770.00 | | | |
| UNSECURED | | | Scheduled: $770.00 | Allowed: | $770.00 |

---

| D&D TRANSPORT<br>D & D TRANSPORT INC<br>3715 LEXINGTON RD<br>RICHMOND, KY 404759149 | Claim Number: 4356<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | |
|---|---|---|---|---|
| UNSECURED       Claimed:       $41164.30 | Scheduled: $33980.30 | Allowed: | $29595.30 | |

---

| D&G SUNOCO<br>PO BOX 241<br>RICHMOND, KY 40476 | Claim Number: 1268<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED       Claimed:       $339.27 | | Allowed: | $339.27 |

---

D&J CONTRACTING,
DBA D&J CONTRACTING
291 CEDAR CREEK RD
PIKEVILLE, KY 41501

Claim Number: 2817
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2750.00 | Scheduled: | $2930.00 | Allowed: | $2750.00 |

D'ALTO, CONO
C/O KEITH WATSON
WATSON & OSBORNE, P.A.
208 PONTE VEDRA PARK DR., SUITE 101
PONTE VEDRA BEACH, FL 32082

Claim Number: 4419
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52234.33 | Allowed: | $52234.33 |

D/A MIDSOUTH
SEALE
171 PECAN DR
POINT, TX 754727269

Claim Number: 1701
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $699.00 | | | | |
| UNSECURED | Claimed: | $19.80 | Scheduled: | $97.26 | Allowed: | $718.80 |

DAHILL
7810 JONES MALTSBERGER
SAN ANTONIO, TX 78216

Claim Number: 9675
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $117.99 |

DAHILL INDUSTRIES
7810 JONES MALTSBERGER
SAN ANTONIO, TX 78216

Claim Number: 9673
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $773.80 | Allowed: | $674.50 |
| UNSECURED | | | Allowed: | $99.30 |

DAHILL INDUSTRIES
7810 JONES MALTSBERGER
SAN ANTONIO, TX 78216

Claim Number: 9674
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $352.74 |

DAILY CITIZEN NEWS
P O BOX 1167
DBA NORTH G.A. NEWSPAPER GROUP
DALTON, GA 30722

Claim Number: 1209
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425.00 |

DAILY DISPATCH
DBA THE DAILY DISPATCH
P O BOX 908
HENDERSON, NC 27536

Claim Number: 6332
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $442.27 |
| --- | --- | --- |

DAILY INDEPEND
DBA:THE DAILY INDEPENDENT
PO BOX 311
ASHLAND, KY 41101

Claim Number: 8318
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

DAILY NEWS
PO DRAWER 196
JACKSONVILLE, NC 28541 0196

Claim Number: 2253
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $848.64 |
| --- | --- | --- |

DAILY NEWS
PO DRAWER 196
JACKSONVILLE, NC 28541 0196

Claim Number: 8231
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $224.26 |
| --- | --- | --- |

DAILY NEWS
PO DRAWER 196
JACKSONVILLE, NC 28541 0196

Claim Number: 9266
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $587.69 |
| --- | --- | --- |

DAILY NEWS OF KINGSPORT,
310 E SULLIVAN ST
KINGSPORT, TN 37660

Claim Number: 4539
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $30.00 | Allowed: | $30.00 |
| --- | --- | --- | --- | --- | --- | --- |

DAILY SENTINEL
DBA: DAILY SENTINEL
PO BOX 668
GRAND JUNCTION, CO 815020668

Claim Number: 2722
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $150.30 | | Allowed: | $150.30 |
| --- | --- | --- | --- | --- | --- |

DAILY TIMES,
PO BOX 1937
SALISBURY, MD 21802

Claim Number: 1615
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $182.84 | Scheduled: | $182.84 | Allowed: | $182.84 |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | | |
|---|---|---|---|---|---|
| DALE R. DECLYE DBA D.R.D. ENVIRONMENTAL<br>4808 OAKBRIER<br>SAINT LOUIS, MO 63128 | | | Claim Number: 10270<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $1175.01 | | | |

| | | | | | |
|---|---|---|---|---|---|
| DALE TURNER MOBILE HOME TRANSPORT<br>DBA"DALE TURNER MOBILE HOME<br>TRANSPORT 40 COAL HARBOR LANE<br>HAZARD, KY 41701 | | | Claim Number: 8836<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $26000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| DALE'S MOBILE HOMES<br>3448 BEMISS RD<br>VALDOSTA, GA 31602 | | | Claim Number: 826<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $1850.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| DALES MOBILE HOME SERVICE<br>DBA DALES MOBILE HOME SERVICE<br>157 SHANKS GAP RD<br>ROGERSVILLE, TN 37857 | | | Claim Number: 4291<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |

| | | | | | |
|---|---|---|---|---|---|
| DALES MOBILE HOME SERVICE,<br>120 WILLIS DR<br>ROGERSVILLE, TN 378576060 | | | Claim Number: 4292<br>Claim Date: 03/12/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: DOCKET: 4187 (06/25/2004) | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $5854.47 | |

| | | | | | |
|---|---|---|---|---|---|
| DALES MOBILE HOME SERVICE,<br>DBA DALES MOBILE HOME SERVICE<br>157 SHANKS GAP RD<br>ROGERSVILLE, TN 37857 | | | Claim Number: 3636<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $6318.00 | |

| | | | | | |
|---|---|---|---|---|---|
| DALEY, DAREN L.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5748<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
| UNSECURED | Claimed: | $2662.50 UNLIQ | | | |

---

DALLAS COMPRESSOR CO
8300 SOVEREIGN ST
DALLAS, TX 75247

Claim Number: 2749
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $388.28 |
|---|---|---|

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 65
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $8276.00 UNLIQ |
|---|---|---|

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 75
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $8276.00 UNLIQ |
|---|---|---|

---

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 7802
Claim Date: 09/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $9849.08 UNLIQ | | Allowed: | $910.99 |
|---|---|---|---|---|---|

---

DALLAS COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: E WELLER, S KNIGHTON, L SPINDLER
2323 BRYAN ST, STE 1600
DALLAS, TX 75201-2691

Claim Number: 10815
Claim Date: 02/08/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $1734.10 UNLIQ |
|---|---|---|

---

DALLAS COUNTY TAX COLLECTOR
C/O TAMMY JONES KING - COLLECTOR
P.O. BOX 987
SELMA, AL 36702

Claim Number: 1535
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $19.62 | | Allowed: | $19.62 |
|---|---|---|---|---|---|

---

DAMON, FRANK R.
14551 N. ALAMO CANYON DR.
TUCSON, AZ 85737

Claim Number: 3893
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1335.00 |
|---|---|---|

---

DAMON, FRANK R.
14551 N. ALAMO CANYON DR.
TUCSON, AZ 85737

Claim Number: 8541
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1375.00 |
|---|---|---|

---

---

DANDI FURNITURE
301 S MAIN
SAPULPA, OK 74066

Claim Number: 1579
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2679.75 | Scheduled: | $2679.75 | Allowed: | $2679.75 |

DANIEL BRAWLEY
1985 EASTWOOD RD., STE. 200
WILMINGTON, NC 28403

Claim Number: 7491
Claim Date: 06/30/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $536.79 | Scheduled: | $0.00 UNLIQ | Allowed: | $536.79 |

DANIEL VAN VOLKINBURG
DBA: VANTASTIC FLOORS
7122 S. SHERIDAN
SUITE 2 BOX 195
TULSA, OK 74133

Claim Number: 1643
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26398.95 | Scheduled: | $25707.25 | Allowed: | $26398.95 |

DANIEL VAN VOLKINBURG
DBA: VANTASTIC FLOORS
7122 S. SHERIDAN
SUITE 2 BOX 195
TULSA, OK 74133

Claim Number: 1644
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2293.00 | Scheduled: | $3843.00 | Allowed: | $2293.00 |

DANIEL, FELICIA R AND SHAUN L
C/O CALVIN MCMILLAN, ATTORNEY
430 NORTH MARKET
WICHITA, KS 67202

Claim Number: 5214
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75000.00 |

DANIEL, FELICIA R. & SHAUN L.
C/O CALVIN MCMILLAN, ATTORNEY
430 NORTH MARKET
WICHITA, KS 67202

Claim Number: 10570
Claim Date: 09/02/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16050.00 |

DANIEL, KATHY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6984
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

DANIELS REMODELING
11710 LENA LN
CLEVELAND, TX 77328

Claim Number: 8972
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2025.00 |

---

DANIELS, ALECIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7103
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

DANIELS, ALECIA ANGELA LARETTA & CORENE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7106
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

DANIELS, ANGELA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7105
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

DANIELS, JERRY J
105 9TH AVE NE
MOULTRIE, GA 31768

Claim Number: 8449
Claim Date: 11/13/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

DANIELS, JERRY L
503 OAK CIRCLE
MOULTRIE, GA 31768

Claim Number: 7965
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

DANIELS, LARETTA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7104
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

DANIELS, TATE,
PO BOX 103
NEW LONDON, NC 28127

Claim Number: 801
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $980.00 | Scheduled: | $980.00 | Allowed: | $980.00 |

---

DANKO, ANNIE
961 DOTSONVILLE RD
CLARKSVILLE, TN 37042

Claim Number: 3275
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $134.40 UNLIQ |
| UNSECURED | Claimed: | $200.00 UNLIQ |

---

---

| DANNY SALTER | Claim Number: 1510 |
| 515 FLIND RD. | Claim Date: 02/24/2003 |
| WACO, KY 40385 | Debtor: PREFERRED HOUSING SERVICES, LP |
| | Comments: EXPUNGED |
| | DOCKET: 4486 (09/03/2004) |

| PRIORITY | Claimed: | $560.00 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

| DANNYS MOBILE HOME MOVERS, | Claim Number: 1237 |
| DBA DANNYS MOBILE HOME MOVERS | Claim Date: 02/24/2003 |
| 7503 CIRCLE 2 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ORANGE, TX 77632 | Comments: EXPUNGED |
| | DOCKET: 8486 (03/15/2006) |

| UNSECURED | Claimed: | $40120.00 | Scheduled: | $38520.00 |

---

| DANS PAINTING & HANDYMAN SERVICE, | Claim Number: 4021 |
| DBA DANS PAINTING & | Claim Date: 03/18/2003 |
| HANDYMAN SERVICE | Debtor: OAKWOOD MOBILE HOMES, INC. |
| 19043 ROSEWOOD DRIVE | |
| MACOMB, MI 48042 | |

| UNSECURED | Claimed: | $477.00 | Scheduled: | $477.00 | Allowed: | $477.00 |

---

| DARBY, CHARLES | Claim Number: 6601 |
| C/O BYRD AND ASSOCIATES, PLLC | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| P.O. BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| PRIORITY | Claimed: | $10000.00 | | |
| UNSECURED | | | Allowed: | $2903.43 |

---

| DARLINGTON COUNTY TAX COLLECTOR | Claim Number: 6739 |
| 1 PUBLIC SQUARE RM 207 | Claim Date: 04/28/2003 |
| DARLINGTON, SC 29532 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1246.62 |

---

| DARSCH, DALE & SUSAN | Claim Number: 4243 |
| C/O BYRD AND ASSOCIATES, PLLLC | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| P.O. BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |

---

| DARSCH, DALE & SUSAN | Claim Number: 6985 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| DARYLS LOCK & KEY,<br>DBA DARYLS LOCK & KEY<br>52264 SE 1ST STREET<br>SCAPPOOSE, OR 97056 | Claim Number: 3012<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|

| PRIORITY | Claimed: | $135.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $65.00 | Allowed: | $135.00 |

| DATACOMP APP,<br>3215 EAGLECREST DRIVE NE<br>GRAND RAPIDS, MI 49525 | Claim Number: 5062<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $46074.50 | Scheduled: | $25465.00 | Allowed: | $32169.00 |
|---|---|---|---|---|---|---|

| DATACOMP APP,<br>3215 EAGLECREST DRIVE NE<br>GRAND RAPIDS, MI 49525 | Claim Number: 5060<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $8936.95 | Scheduled: | $4650.00 | | |
|---|---|---|---|---|---|---|

| DATACOMP APPRAISAL SYSTEMS,<br>3215 EAGLECREST CT. NE<br>GRAND RAPIDS, MI 49525 | Claim Number: 5061<br>Claim Date: 03/26/2003<br>Debtor: FSI FINANCIAL SERVICES, INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1295.00 | Scheduled: | $370.00 | Allowed: | $1295.00 |
|---|---|---|---|---|---|---|

| DATAMASTERS<br>4189 NEWTON<br>THE COLONY, TX 75056 | Claim Number: 3056<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|

| SECURED | Claimed: | $199.56 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $199.56 |

| DATANET SERVICES INC,<br>20A OAK BRANCH DRIVE<br>GREENSBORO, NC 27407 | Claim Number: 2951<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | |
|---|---|---|---|

| UNSECURED | Claimed: | $2841.79 | Scheduled: | $2841.79 | Allowed: | $2841.79 |
|---|---|---|---|---|---|---|

| DAUGHERTY JOHN<br>512 SEWARD PK NE<br>ALBUQUERQUE, NM 87123 | Claim Number: 1495<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
|---|---|---|---|

| SECURED | Claimed: | $1309.62 | | | | |
|---|---|---|---|---|---|---|

| DAUGHERTY, JOHN W. & SUSAN<br>512 SEWARD PARK NE<br>ALBUQUERQUE, NM 87123-5436 | Claim Number: 9559<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1309.62 | | |

| DAVE'S BLDG<br>4294 HOWERTON RD<br>DUNNSVILLE, VA 22454 | Claim Number: 7635<br>Claim Date: 07/23/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $60.00 | | |
| UNSECURED | | Scheduled: $60.00 | Allowed: | $60.00 |

| DAVENPORT, MICHAEL F. & SHANNON<br>JT TEN<br>P.O. BOX 343<br>WILLCOX, AZ 85644 | Claim Number: 3689<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $104.00 | |

| DAVESTRUCTION,<br>1096 10TH STREET<br>LEBANON, OR 97355 | Claim Number: 2775<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $643.20 | | |
| UNSECURED | | Scheduled: $643.20 | Allowed: | $643.20 |

| DAVID DIES<br>1009 WEST GREEN AVENUE<br>REPRESENTING JIMMY & LAURA TRAHAN<br>ORANGE, TX 77630 | Claim Number: 4752<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7664 (04/05/2005) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300000.00 | Allowed: $40000.00 |

| DAVID HIGHMAN<br>19782 MACARTHUR BLVD.<br>ATTN: SCHAFFER, LAX, MCNAUGHTON & CHEN<br>GOLDEN SUN HOMES, INC.<br>IRVINE, CA 92612 | Claim Number: 6117<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| DAVID L WOOD SERVICES<br>DBA DAVID L WOOD SERVICES<br>RD 3 BOX 288-1 AA<br>MILLSBORO, DE 19966 | Claim Number: 8958<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2396.71 | |
| UNSECURED | | | Allowed: $1312.50 |

---

DAVID L. BBSON & COMPANY, INC.
ATTN: DAVID CANUEL, DIRECTOR
1500 MAIN STREET
SPRINGFIELD, MA 01115-0001

Claim Number: 9709
Claim Date: 05/04/2004
Debtor: OAKWOOD HOMES OAKWOOD SERVICING HOLDINGS CO. LLC
Comments: EXPUNGED

---

ADMINISTRATIVE      Claimed:        $0.00 UNDET

---

DAVID L. HARMON
14400 LEE HIGHWAY
BRISTOL, VA 24202

Claim Number: 2556
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

---

UNSECURED      Claimed:      $135352.00

---

DAVID ROGERSON PRECISION LAWN CARE
ROGERSON, DAVID SCOTT
5118 COUNTRY LN
GRIFTON, NC 285308697

Claim Number: 4672
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED      Claimed:        $420.00

---

DAVID ROGERSON PRECISION LAWN CARE
5118 COUNTRY LN
GRIFTON, NC 28530

Claim Number: 4673
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED      Claimed:       $1080.00

---

DAVID ROGERSON PRECISION LAWN CARE
1904 ROSEMONT DR
APT #19
GREENVILLE, NC 27858

Claim Number: 4674
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED      Claimed:        $220.00

---

DAVID ROGERSON PRECISION LAWN CARE
5118 COUNTRY LN
GRIFTON, NC 28530

Claim Number: 4675
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

---

UNSECURED      Claimed:       $1600.00

---

DAVID S. BAILEY, PLLC
AS ATTORNEY TO ROBERT LANGSTON
16397 TRIPLE CREEK LANE
BEAVERDAM, VA 23015

Claim Number: 4801
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7559 (03/02/2005)

---

UNSECURED      Claimed:    $5000000.00 UNLIQ                    Allowed:      $60000.00

---

DAVID S. BAILEY, PLLC
AS ATTORNEY TO BRENDA LANGSTON
16397 TRIPLE CREEK LANE
BEAVERDAM, VA 23015

Claim Number: 4802
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7559 (03/02/2005)

---

UNSECURED      Claimed:   $20000000.00 UNLIQ                    Allowed:      $60000.00

---

DAVID W. WALKER
P.O. BOX 1097
609 E. WALNUT STREET
COLUMBIA, MO 65205

Claim Number: 1647
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $3605.00 | | | | |

DAVID WEBB CONSTRUCTION,
DBA DAVID WEBB CONSTRUCTION
494 CHAMBERS RD
JASPER, TN 37347

Claim Number: 1346
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2475.00 | Scheduled: | $2475.00 | Allowed: | $2475.00 |

DAVIDS PATIO LTD
3001 E HWY 199
SPRINGTOWN, TX 76082

Claim Number: 1206
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $159.59 | | | Allowed: | $159.59 |

DAVIDSON COUNTY
P O BOX 1577
LEXINGTON, NC 272931577

Claim Number: 2520
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED UNSECURED | Claimed: | $36.51 | Scheduled: | $30.00 | | |

DAVIDSON COUNTY TAX COLLECTOR
913 GREENSBORO ST
LEXINGTON, NC 27292

Claim Number: 8232
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $973.14 | | | | |

DAVIDSON COUNTY,
P O BOX 1577
LEXINGTON, NC 27293-1577

Claim Number: 2518
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY SECURED | Claimed: | $428.77 | Scheduled: | $0.00 UNLIQ | | |

DAVIDSON, WILLIAM T.
PO BOX 763
BRANSON, MO 65615

Claim Number: 7370
Claim Date: 06/09/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| SECURED | Claimed: | $20000.00 | | | | |
| UNSECURED | Claimed: | $45250.50 | Scheduled: | $0.00 UNLIQ | | |

---

DAVIDSON, WILLIAM T.
10650 CULEBRA RD #104 PMB 119
SAN ANTONIO, TX 78251

Claim Number: 10651
Claim Date: 11/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $18625.00 |
|-----------|----------|-----------|

---

DAVIE COUNTY TAX COLLECTOR
123 S. MAIN ST.
MOCKSVILLE, NC 27028

Claim Number: 8314
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $422.74 |
|----------------|----------|---------|

---

DAVILA, GUILLERM
705 WEST 2ND ST.
LITTLEFIELD, TX 79339

Claim Number: 2164
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1719.90 | Scheduled: | $1719.90 | Allowed: | $1719.90 |
|-----------|----------|----------|------------|----------|----------|----------|

---

DAVILA, GUILLERM
705 WEST 2ND ST.
LITTLEFIELD, TX 79339

Claim Number: 2147
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3801.87 | | | Allowed: | $3801.87 |
|-----------|----------|----------|--|--|----------|----------|

---

DAVILA, JUAN M.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5749
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

DAVIS & WATSON
120 COMMERCIAL ST.
ATTN: CHARLES DAVIS
SPRINGDALE, AR 72765

Claim Number: 9184
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $30000.00 |
|----------------|----------|-----------|

---

DAVIS ASSOCIATES
CHARLES H DAVIS JR
P O BOX 1691
HICKORY, NC 28603

Claim Number: 7907
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $300.20 |
|----------------|----------|---------|

---

---

DAVIS CRAWLER SERVICE LLC           Claim Number: 3295
PO BOX 247                          Claim Date: 03/10/2003
AVONDALE, AZ 85323                  Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $1100.00 | | | |
|---|---|---|---|---|---|

DAVIS FABRICATORS, INC,            Claim Number: 1328
1316 RAILROAD ST                   Claim Date: 02/24/2003
CORONA, CA 92882                   Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $620.88 | Scheduled: | $620.88 | Allowed: | $620.88 |
|---|---|---|---|---|---|---|

DAVIS FABRICATORS, INC,            Claim Number: 10232
1316 RAILROAD ST                   Claim Date: 06/07/2004
CORONA, CA 91720                   Debtor: OAKWOOD HOMES CORPORATION
                                   Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $99.34 |
|---|---|---|

DAVIS FABRICATORS, INC.            Claim Number: 9840
1316 RAILROAD ST                   Claim Date: 05/13/2004
CORONA, CA 92882-1840             Debtor: OAKWOOD HOMES CORPORATION
                                   Comments: EXPUNGED
                                   DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $93.15 |
|---|---|---|

DAVIS IRON WORKS, INC,            Claim Number: 968
PO BOX 99                          Claim Date: 02/19/2003
HEWITT, TX 76643                  Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $5712.36 | Scheduled: | $5712.36 | Allowed: | $5712.36 |
|---|---|---|---|---|---|---|

DAVIS MOTEL VENTURE, INC.         Claim Number: 10027
1020 NE LOOP 410, SUITE 200       Claim Date: 05/21/2004
SAN ANTONIO, TX 78209            Debtor: OAKWOOD MOBILE HOMES, INC.
                                   Comments: EXPUNGED
                                   DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $15066.49 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $13716.49 |

DAVIS MOTEL VENTURE, INC.,        Claim Number: 667
1020 NE LOOP 410, SUITE 700       Claim Date: 02/18/2003
SAN ANTONIO, TX 78209            Debtor: OAKWOOD MOBILE HOMES, INC.
                                   Comments: EXPUNGED

| PRIORITY | Claimed: | $53200.00 |
|---|---|---|

---

DAVIS RANDY W
1225 LOUIS GREEDEN BLVD
HAMLET, NC 283457064

Claim Number: 3248
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4776.00 |
| --- | --- | --- |

---

DAVIS SHIRLEY
1 ESTATES DR
LEXINGTON, NC 27295

Claim Number: 2533
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $236.00 |
| --- | --- | --- |

---

DAVIS, ANN
46 MANOR DRIVE
BROOKFIELD, OH 44403

Claim Number: 8930
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2400.00 |
| --- | --- | --- |

---

DAVIS, ANN
46 MANOR DRIVE
BROOKFIELD, OH 44403

Claim Number: 8632
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $2400.00 |
| --- | --- | --- |

---

DAVIS, BOB
DBA BOB'S HANDYMAN SERV.
145 FINLEY RD
BELTON, SC 29627

Claim Number: 464
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $9000.00 |
| --- | --- | --- |

---

DAVIS, DAVID E
PO BOX 204
WAYNESVILLE, GA 31566

Claim Number: 8336
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $550.00 |
| --- | --- | --- |

---

DAVIS, DAVID E.
P.O. BOX 204
WAYNESVILLE, GA 31566

Claim Number: 10302
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $550.00 |
| --- | --- | --- |

---

DAVIS, GARY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6602
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $15000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Allowed: | $4355.15 |

---

DAVIS, GARY & BRENDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6986
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

DAVIS, LASHONDRA & LUTHER
1059 SUNNY MIXON RD
SLOCOMB, AL 36375

Claim Number: 5023
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7335 (11/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

DAVIS, LUTHER
SAMUEL ADAMS
MERRILL, HARRISON & ADAMS
P.O. BOX 1690
DOTHAN, AL 36302

Claim Number: 7427
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

DAVIS, MELVIN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6603
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2500.00 | | |
| UNSECURED | | | Allowed: | $1016.20 |

---

DAVIS, NANCY, ESQ.
NESS,MOTLEY,LOADHOLT,RICHARDSON, & POOLE
28 BRIDGESIDE BLVD.
PO BOX 29465
MOUNT PLEASANT, SC 29465

Claim Number: 5556
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
ADJOURNED PER THE 42ND ORDER

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22140000.00 |

---

DAVIS, RANDY W
108 WEBBWOOD LANE
HAMLET, NC 28345

Claim Number: 8797
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

DAVIS, ROBERT
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5750
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

DAVIS, TODD
PO BOX 92
LOWGAP, NC 27024

Claim Number: 3430
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $3360.00 | | | | |
|----------|----------|----------|-----------|----------|---------|----------|
| UNSECURED | | | Scheduled: | $3360.00 | Allowed: | $3360.00 |

---

DAVISON, JANE
C/O BOYD, JAMES W. CHAPTER 7 TRUSTEE
ZIMMERMAN KUHN DARLING BOYD
412 S. UNION ST.
TRAVERSE CITY, MI 49684

Claim Number: 5399
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4417 (08/18/2004)

| SECURED | Claimed: | $61000.00 UNLIQ |
|---------|----------|-----------------|

---

DAVISON, JANE
C/ O BOYD, JAMES W., CHAPTER 7 TRUSTEE
ZIMMERMAN, KUHN, DARLING, BOYD
412 S. UNION STREET
TRAVERSE CITY, MI 49684

Claim Number: 6217
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $61000.00 UNLIQ |
|---------|----------|-----------------|

---

DAVUD DONALDSON
DBA CUSTOM WELDING & VINYL
3935 FAIRHAVEN
WICHITA, KS 67217

Claim Number: 6067
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $11710.00 | | | |
|----------|----------|-----------|----------|----------|-----------|
| UNSECURED | | | | Allowed: | $11710.00 |

---

DAWERITZ, TAMERA & VAN
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 7666
Claim Date: 08/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $0.00 UNLIQ | | | |
|---------|----------|-------------|----------|----------|-----------|
| UNSECURED | | | | Allowed: | $14370.00 |

---

DAWERITZ, VAN & TAMARA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 4815
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

DAWERITZ, VAN & TAMARA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6490
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

DAWN KUHN
THOMAS O. FALB; ATTORNEY
500 EAST 6TH ST
ALTON, IL 62002

Claim Number: 1556
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2050000.00 UNLIQ | | |

DAWSON COUNTY TAX COMMISON
25 TUCKER AVE #105
DAWSONVILLE, GA 30534

Claim Number: 6878
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6080.40 | Allowed: | $5633.31 |

DAWSON SUPPLY,
2021 SYCAMORE
HUNTSVILLE, TX 77340

Claim Number: 4612
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1138.64 | | |
| UNSECURED | | Scheduled: | $1138.64 | Allowed: | $1138.64 |

DAWSON, MICHAEL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7107
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

DAY GLENN M
2307 WOODCLIFF COURT
ARLINGTON, TX 76012

Claim Number: 850
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1375.00 | | |
| UNSECURED | | | Allowed: | $1375.00 |

DAY WIRELESS SYSTEMS
DBA DAY WIRELESS SYSTEMS
P O BOX 22169
MILWAUKIE, OR 97269

Claim Number: 5637
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8520.00 | Allowed: | $8520.00 |

DAY, JEFFREY
PO BOX 103
TROY, MO 63379

Claim Number: 6716
Claim Date: 04/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11125.00 |

| DAY, JEFFREY<br>PO BOX 103<br>TROY, MO 63379 | Claim Number: 6719<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $11125.00 |
|---|---|---|

| DAY, PATRICK<br>1732 COURTHOUSE ROAD<br>HEATHSVILLE, VA 22473 | Claim Number: 10211<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

| DAY, PATRICK O.<br>1732 COURTHOUSE RD.<br>HEATHSVILLE, VA 22473 | Claim Number: 9079<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

| DAYS INN<br>DAYS INN<br>272 N DUPONT HWY<br>DOVER, DE 19904 | Claim Number: 6698<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1176.70 |
|---|---|---|

| DAYS INN<br>1414 TUPPAHANNOCK BLVD.<br>TAPPAHANNOCK, VA 22560 | Claim Number: 9478<br>Claim Date: 04/08/2004<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2929.00 |
|---|---|---|

| DAYS INN TAPP<br>PO BOX 2686<br>TAPPAHANNOCK, VA 22560 | Claim Number: 1036<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2929.00 | Allowed: | $2929.00 |
|---|---|---|---|---|

| DAYTON MOBILE HOME PARK<br>3411 S SCENIC<br>SPRINGFIELD, MO 65807 | Claim Number: 1702<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $280.00 |
|---|---|---|

DAYTON MOBILE HOME PARK
3411 S SCENIC
SPRINGFIELD, MO 65807

Claim Number: 8009
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $280.00 |
| --- | --- | --- |

DAYTON POWER & LIGHT COMPANY,
ATTN: BANKRUPTCY
POB 1247
DAYTON, OH 45401-1247

Claim Number: 4045
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $120.90 | Scheduled: | $123.42 | Allowed: | $120.90 |
| --- | --- | --- | --- | --- | --- | --- |

DAYTON POWER AND LIGHT COMPANY
1065 WOODMAN DRIVE
DAYTON, OH 45432

Claim Number: 9142
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $185.22 |
| --- | --- | --- |

DB&R INC
1149 RUSH ROAD
CHEHALIS, WA 98532

Claim Number: 9802
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $7862.27 |
| --- | --- | --- |

DC BOWMAN
PO BOX 665
GREENEVILLE, TN 37744

Claim Number: 10061
Claim Date: 05/04/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
| --- | --- | --- | --- | --- | --- | --- |

DDB ENTERPRISES
220 HILLBROOK BLVD
SILER CITY, NC 27344

Claim Number: 1126
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $138.45 |
| --- | --- | --- |

DE BEER APPRAISAL SERVICES
PO BOX 48326
CUMBERLAND, NC 28331

Claim Number: 869
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $416.34 | | Allowed: | $416.34 |
| --- | --- | --- | --- | --- | --- |

DE LA HOLT DESIGNS INC,
18 A PARK VILLAGE LANE
GREENSBORO, NC 27455

Claim Number: 3791
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $11770.00 |
| --- | --- | --- |

---

DE LA ROSA, GILBERTO
C/O P.O. DRAWER 2072
LONGVIEW, TX 75606

Claim Number: 565
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5833.75 | | | | | |
|---|---|---|---|---|---|---|---|

---

DE LA ROSA, GILBERTO
C/O PO DRAWER 2072
LONGVIEW, TX 75606

Claim Number: 3093
Claim Date: 03/05/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $5833.75 | Scheduled: | $5833.75 | Allowed: | $5833.75 |
|---|---|---|---|---|---|---|

---

DE LA ROSA, JESUS (JESSE)
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5752
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

DE LA ROSA, JESUS AMEL
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 6765
Claim Date: 04/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 4570
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| SECURED | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5590.20 | | Allowed: | $171.06 |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

Claim Number: 4571
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $12627.77 |
|---|---|---|

---

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

Claim Number: 6346
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $4222.19 | | Allowed: | $263.25 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| DEADLINES INC.<br>8J DUNDAS CIRCLE<br>GREENSBORO, NC 27407 | Claim Number: 1074<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $18176.41 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEALERS ELECTRICAL SUPPLY<br>PO BOX 2535<br>WACO, TX 76702-2535 | Claim Number: 1583<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7660 (04/05/2005) | |

| UNSECURED | Claimed: | $1632.88 | Allowed: | $1632.88 |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEAN DRYWALL<br>DBA DEAN DRYWALL<br>2657 WINDMILL PKWY #238<br>HENDERSON, NV 89074 | Claim Number: 8369<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $955.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEAN DRYWALL<br>ATTN: GLENN DEAN<br>2657 WINDMILL PKWY #238<br>HENDERSON, NV 89074 | Claim Number: 10469<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |

| ADMINISTRATIVE | Claimed: | $955.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEAN, GLENN<br>2657 WINDMILL PKY #238<br>HENDERSON, NV 89074 | Claim Number: 8370<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $955.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEAN, LAIL<br>2950 RAMBLEWOODS DR.<br>VALDESE, NC 28690 | Claim Number: 8622<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $3350.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEBAZZA LLC<br>PO BOX 447<br>SCOTT DEPOT, WV 25560 | Claim Number: 8250<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | |

| ADMINISTRATIVE | Claimed: | $460.00 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| DEBBIE KERLEY CLEANING SERVICE<br>DBA DEBBIE KERLEY CLEANING SERVICE<br>246 LORAY LANE<br>STATESVILLE, NC 28625 | Claim Number: 8703<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3830 (03/16/2004) | |

| ADMINISTRATIVE | Claimed: | $187.50 | | |
|---|---|---|---|---|

---

DEBBIES DECOR
DBA DEBBIES DECOR
656 HEBRON CHURCH RD
WINSTON SALEM, NC 27107

Claim Number: 4540
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $500.00 | | | |
|---|---|---|---|---|---|

---

DEBOER, BECKY & DENNIS
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 4813
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $14370.00 |
|---|---|---|---|---|---|

---

DEBOER, BECKY & DENNIS
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6489
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1249
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 1212

| UNSECURED | Claimed: | $557.96 | Scheduled: | $557.96 | Allowed: | $557.96 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: RONCO MACHINE & TOOL CO INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 1248
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $557.96 | | | |
|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 775
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 1176

| UNSECURED | Claimed: | $0.00 | Scheduled: | $734.74 | Allowed: | $734.74 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
INTERIOR DESIGNS BY MEL
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1584
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 2816 (12/24/2003)

| PRIORITY | Claimed: | $1994.75 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1994.75 | Allowed: | $1994.75 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: MONTY & SONS WELDING
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 8772
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 2826 (12/24/2003)

| ADMINISTRATIVE | Claimed: | $1575.00 | | | | |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: NATURCHEM INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 1924
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2831 (12/24/2003)

| UNSECURED | Claimed: | $440.00 | Scheduled: | $440.00 | Allowed: | $440.00 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 638
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2840 (12/24/2003)

| PRIORITY UNSECURED | Claimed: | $735.00 | Scheduled: | $735.00 | Allowed: | $735.00 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 3415
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $3961.00 | Scheduled: | $907.50 | Allowed: | $3961.00 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 3163
Claim Date: 03/06/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET 2845 (12/24/2003)

| UNSECURED | Claimed: | $433.34 | Scheduled: | $433.34 | Allowed: | $433.34 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1274
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2945 (01/07/2004)

| UNSECURED | Claimed: | $216.40 | Scheduled: | $168.40 | Allowed: | $216.40 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 660
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2949 (01/07/2004)

| UNSECURED | Claimed: | $127.22 | Scheduled: | $127.21 | Allowed: | $127.22 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 4060
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2951 (01/07/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 | Allowed: | $700.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 3101
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET 2956 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $701.21 | Scheduled: | $550.58 | Allowed: | $701.21 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 6802
Claim Date: 05/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET 2957 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $465.00 | | | | |
| UNSECURED | | | Scheduled: | $465.00 | Allowed: | $465.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1659
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET 2960 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1173.86 | | | | |
| UNSECURED | | | Scheduled: | $1173.86 | Allowed: | $1173.86 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 3380
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET 2964 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1075.00 | Scheduled: | $324.00 | Allowed: | $324.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 859
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 2979 (01/08/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $461.46 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 3162
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 2982 (01/08/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $535.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2195
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2986 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $499.61 | Scheduled: | $466.05 | | |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1264
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2990 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $724.20 | Scheduled: | $1448.40 | Allowed: | $724.20 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 4128
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2997 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3132.90 | Scheduled: | $1365.05 | Allowed: | $3132.90 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 1459
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3010 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $1087.75 | Scheduled: | $1087.75 | Allowed: | $1087.75 |

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: SAM BOWLING
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 1192
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET 3017 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1650.00 | Scheduled: | $1650.00 | Allowed: | $1650.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 1691
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3022 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $612.48 | Scheduled: | $612.48 | Allowed: | $612.48 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2010
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3026 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $423.49 | Scheduled: | $399.00 | | |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISTION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 3092
Claim Date: 03/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 3032 (01/08/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1804
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3034 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $550.00 | | | | |
| UNSECURED | | | Scheduled: | $550.00 | Allowed: | $550.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: BOYD ENTERPRISES
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 4164
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3043 (01/08/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $310.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 1313
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3046 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $170.34 | Scheduled: | $170.34 | Allowed: | $170.34 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 764
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3048 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $250.00 | Allowed: | $325.00 |

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 1827
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3050 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $183.04 | Scheduled: | $183.04 | Allowed: | $183.04 |

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: PARKIN ELECTRIC INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 1828
Claim Date: 02/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 3051 (01/08/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $440.09 | Scheduled: | $440.09 | Allowed: | $440.09 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 3792
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3053 (01/08/2004)

| UNSECURED | Claimed: | $1250.00 | Scheduled: | $1250.00 | Allowed: | $1250.00 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 822
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3088 (01/09/2004)

| UNSECURED | Claimed: | $306.60 | Scheduled: | $402.36 | Allowed: | $306.60 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 4478
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3094 (01/09/2004)

| UNSECURED | Claimed: | $70.74 | Scheduled: | $128.37 | Allowed: | $70.74 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1851
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3101 (01/09/2004)

| UNSECURED | Claimed: | $478.55 | Scheduled: | $465.38 | | |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: TRUCKENBRODT KLAUS
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 9250
Claim Date: 12/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $350.00 | | | | |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: WESTLAND ENERGY INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 857
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 3115 (01/09/2004)

| UNSECURED | Claimed: | $988.85 | Scheduled: | $559.30 | Allowed: | $988.85 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: EXECUTIVE BUSINESS PRODUCTS
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 935
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3121 (01/09/2004)

| UNSECURED | Claimed: | $545.73 | Scheduled: | $314.34 | Allowed: | $545.73 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: C&S BUSINESS SERVICES
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 2811
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 3124 (01/09/2004)

| PRIORITY | Claimed: | $4617.12 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3150.86 | Allowed: | $4617.12 |

---

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>TRANSFEROR: KBBK<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2249<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET 3133 (01/09/2004) |
|---|---|

| UNSECURED | Claimed: | $858.00 | Scheduled: | $858.00 | Allowed: | $858.00 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S<br>STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 2484<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 3141 (01/09/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1143.81 | Scheduled: | $1143.81 | Allowed: | $1143.81 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S<br>STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 4198<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3145 (01/09/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $648.05 | Scheduled: | $648.05 | Allowed: | $648.05 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S<br>STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1935<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3153 (01/09/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1200.00 | Scheduled: | $605.00 | Allowed: | $1200.00 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S<br>STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 4558<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3157 (01/09/2004) |
|---|---|

| UNSECURED | Claimed: | $440.98 | Scheduled: | $440.48 | Allowed: | $440.98 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1864<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3161 (01/09/2004) |
|---|---|

| UNSECURED | Claimed: | $491.45 | Scheduled: | $477.27 | Allowed: | $491.45 |
|---|---|---|---|---|---|---|

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>TRANSFEROR: NAVAJO FLOORING CO<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 8532<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3164 (01/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

---

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 708<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET 3169 (01/09/2004) | | | | | |

| UNSECURED | Claimed: | $462.00 | Scheduled: | $462.00 | Allowed: | $462.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 898<br>Claim Date: 02/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 3173 (01/09/2004) | | | | | |

| PRIORITY<br>UNSECURED | Claimed: | $380.29 | Scheduled: | $380.29 | Allowed: | $380.29 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 2667<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3177 (01/09/2004) | | | | | |

| PRIORITY<br>UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 | Allowed: | $270.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 768<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3181 (01/12/2004) | | | | | |

| UNSECURED | Claimed: | $1987.62 | Scheduled: | $3005.91 | Allowed: | $1987.62 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1972<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3186 (01/12/2004) | | | | | |

| PRIORITY | Claimed: | $1700.00 | | | | |
| UNSECURED | Claimed: | $206.50 | Scheduled: | $1906.50 | Allowed: | $959.34 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1964<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3191 (01/12/2004) | | | | | |

| UNSECURED | Claimed: | $2984.00 | Scheduled: | $2984.00 | | |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 741<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3194 (01/12/2004) | | | | | |

| UNSECURED | Claimed: | $226.59 | Scheduled: | $226.59 | Allowed: | $226.59 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 2216<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (01/12/2004) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1592.00 | | |
| UNSECURED | | | Allowed: | $1592.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>TRANSFEROR: A PLUS MOBILE H<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 2214<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 3196 (01/12/2004) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $200.00 | | |
| UNSECURED | | Scheduled: $1018.00 | Allowed: | $200.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S<br>STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1270<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET 3198 (01/12/2004) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $185.73 | Scheduled: $175.00 | Allowed: | $185.73 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1666<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3201 (01/12/2004) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $815.00 | | |
| UNSECURED | | Scheduled: $765.00 | Allowed: | $815.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 999<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3203 (01/12/2004) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $146.05 | Scheduled: $137.35 | Allowed: | $146.05 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1504<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 3210 (01/12/2004) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $924.00 | Scheduled: $924.00 | Allowed: | $924.00 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 773<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3211 (01/12/2004) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $918.38 | Scheduled: $633.06 | Allowed: | $918.38 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 316
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 3215 (01/12/2004)

| UNSECURED | Claimed: | $1364.83 | | | | |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 511
Claim Date: 02/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3246 (01/12/2004)

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 | Allowed: | $950.00 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 1181
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET 3282 (01/14/2004)

| PRIORITY | Claimed: | $508.09 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $508.09 | Allowed: | $508.09 |

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 4214
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3292 (01/14/2004)

| UNSECURED | Claimed: | $1317.35 | Scheduled: | $1317.35 | Allowed: | $1317.35 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 1218
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET 3293 (01/14/2004)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $241.60 | Allowed: | $241.60 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 1217
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET 3294 (01/14/2004)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $664.14 | Allowed: | $664.14 |
|---|---|---|---|---|---|---|

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S
STE 310
SAN DIEGO, CA 921083419

Claim Number: 4365
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3301 (01/14/2004)

| UNSECURED | Claimed: | $255.80 | Scheduled: | $198.45 | Allowed: | $255.80 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1893
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3313 (01/14/2004)

| UNSECURED | Claimed: | $350.00 | | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 9283
Claim Date: 12/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 3317 (01/14/2004)

| UNSECURED | Claimed: | $1053.52 |
|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1023
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3318 (01/14/2004)

| UNSECURED | Claimed: | $215.00 | | Scheduled: | $225.00 | Allowed: | $215.00 |
|---|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: ANDERSON ELECTRIC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 9043
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $297.42 |
|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISTION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 800
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3402 (01/22/2004)

| UNSECURED | Claimed: | $915.00 | | Scheduled: | $915.00 | Allowed: | $915.00 |
|---|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
TRANSFEROR: JIM HENSON SALES INC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 8109
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3406 (01/22/2004)

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1253
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3415 (01/22/2004)

| PRIORITY UNSECURED | Claimed: | $2520.00 | | Scheduled: | $2520.00 | Allowed: | $2520.00 |
|---|---|---|---|---|---|---|---|

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1215
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 3417 (01/22/2004)

| UNSECURED | Claimed: | $910.00 | Scheduled: | $910.00 | Allowed: | $910.00 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2665
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3468 (01/27/2004)

| PRIORITY UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2040
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET 3469 (01/27/2004)

| UNSECURED | Claimed: | $958.30 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 1062
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3474 (01/27/2004)

| PRIORITY UNSECURED | Claimed: | $587.50 | Scheduled: | $587.50 | Allowed: | $587.50 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 7822
Claim Date: 10/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3527 (02/04/2004)

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2342
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3531 (02/04/2004)

| PRIORITY UNSECURED | Claimed: | $5579.00 | Scheduled: | $5579.00 | Allowed: | $5579.00 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
DEBT ACQUISITION
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 921083419

Claim Number: 2481
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3544 (02/06/2004)

| UNSECURED | Claimed: | $719.31 | Scheduled: | $711.29 | Allowed: | $719.31 |

---

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 780<br>Claim Date: 02/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 3603 (02/17/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2558.96 | Scheduled: | $2558.96 | Allowed: | $2558.96 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 3228<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3606 (02/17/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1024.35 | Scheduled: | $1024.35 | Allowed: | $1024.35 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>TRANSFEROR: A-1 RENTAL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | Claim Number: 921<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3666 (02/25/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1806.35 | Scheduled: | $1558.23 | Allowed: | $1806.35 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 1806<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $247.50 | | | Allowed: | $247.50 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 921083419 | Claim Number: 2407<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3070 (01/09/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $337.85 | Scheduled: | $337.85 | Allowed: | $337.85 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>DEBT ACQUISITION<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | Claim Number: 1648<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3309 (01/14/2004) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $913.01 | Scheduled: | $942.56 | Allowed: | $913.01 |

| DEBT ACQUISITION CO OF AMERICA V, LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | Claim Number: 3075<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3954 (04/06/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $13845.00 | | | Allowed: | $1945.00 |

---

DEBT ACQUISITION CO OF AMERICA V, LLC
1565 HOTEL CIR S STE 310
SAN DIEGO, CA 92108

Claim Number: 375
Claim Date: 01/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 3955 (04/06/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7710.90 | | | | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: A PLUS MOBILE H,
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

Claim Number: 2215
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $818.00 | | | | | |
| UNSECURED | | | Scheduled: | $1592.00 | Allowed: | $818.00 | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: COMFORT SUITES,
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

Claim Number: 1150
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1101.41 | Scheduled: | $1101.41 | Allowed: | $1101.41 | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: HAMPTON INN,
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

Claim Number: 1896
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $857.10 | Scheduled: | $857.10 | Allowed: | $857.10 | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: BUDGET RENT A CAR SYSTEMS, I
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

Claim Number: 157
Claim Date: 12/24/2002
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2977 (01/08/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $548.58 | Scheduled: | $436.01 | | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: HOLIDAY INN EXPRESS HOTEL &
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108

Claim Number: 3079
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $522.37 | Scheduled: | $516.37 | | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: COMFORT INN
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2788
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2703 (12/18/2003)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1103.94 | Scheduled: | $1042.61 | Allowed: | $1103.94 | |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: COMFORT SUITES
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 8066
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 2704 (12/18/2003)

| ADMINISTRATIVE | Claimed: | $1101.41 | | | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: EAGLE METAL PRODUCTS-CA
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 1042
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2706 (12/18/2003)

| UNSECURED | Claimed: | $379.29 | Scheduled: | $379.29 | Allowed: | $379.29 |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: B&O SERVICES
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2052
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: DOCKET: 2750 (12/23/2003)

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | Allowed: | $800.00 |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: C & D ELECTRIC
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2045
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 2752 (12/23/2003)

| UNSECURED | Claimed: | $1725.00 | | | | |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: CALDERON CONSTRUCTION
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 3014
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2754 (12/23/2003)

| UNSECURED | Claimed: | $1600.00 | Scheduled: | $1600.00 | Allowed: | $1600.00 |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: DESCHUTES OFFICE PRODUCTS
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 888
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2758 (12/23/2003)

| UNSECURED | Claimed: | $129.96 | Scheduled: | $129.96 | Allowed: | $129.96 |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: GALLUP LUMBER & SUPPLY
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2110
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2761 (12/23/2003)

| UNSECURED | Claimed: | $783.74 | Scheduled: | $116.62 | Allowed: | $783.74 |

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: HIGH MOUNTAIN CABLE CONTR...
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2763
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 2765 (12/23/2003)

| PRIORITY | Claimed: | $550.00 | | | | |
| UNSECURED | | | | | Allowed: | $550.00 |

---

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: HILLS LAWN & TREE SERVICE
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2653
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2766 (12/23/2003)

| UNSECURED | Claimed: | $519.89 | Scheduled: | $516.89 | Allowed: | $519.89 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: LIVING WATER FILTER CO INC
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 8460
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 2776 (12/23/2003)

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: BUDGET COPIERS INC
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 2712
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2790 (12/23/2003)

| UNSECURED | Claimed: | $224.08 | Scheduled: | $224.08 | Allowed: | $224.08 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: CLEAR CHANNEL OUTDOOR
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 1994
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET 2793 (12/23/2003)

| UNSECURED | Claimed: | $1266.30 | Scheduled: | $1266.30 | Allowed: | $1266.30 |
|---|---|---|---|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA V, L
TRANSFEROR: HAMPTON INN
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 8300
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET 2810 (12/24/2003)

| ADMINISTRATIVE | Claimed: | $857.10 |
|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA, V
TRANSFEROR: GLEASONS CLEARVIEW MEADOWS
1565 HOTEL CIRCLE SOUTH, # 310
SAN DIEGO, CA 92108

Claim Number: 1807
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $247.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1110.00 |

---

DECATUR COUNTY RECORDER
150 COURTHOUSE SQUARE
STE 121
GREENSBURG, IN 47240

Claim Number: 8069
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $12.00 |
|---|---|---|

---

| DECISIONONE COR<br>PO BOX 7777 W4140<br>PHILADELPHIA, PA 19178 | | | Claim Number: 9078<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $503.22 | | | | | |

| DECKER, DAVID<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5751<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $6708.17 UNLIQ | | | | | |

| DECO RAMA INC-CO,<br>1101 GOLF CLUB RD<br>DOUGLAS, GA 31533 | | | Claim Number: 2594<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3240.00 | Scheduled: | $3240.00 | Allowed: | $3240.00 | |

| DECO RAMA INC-GA,<br>1101 GOLF CLUB RD<br>DOUGLAS, GA 31533 | | | Claim Number: 2596<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 | |

| DECO RAMA INC-NC,<br>PO BOX 972<br>DOUGLAS, GA 31534 | | | Claim Number: 2595<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 | |

| DECO RAMA INC-TX,<br>PO BOX 972<br>DOUGLAS, GA 31534 | | | Claim Number: 2598<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $14.40 | | | |

| DECO RAMA,<br>1101 GOLF CLUB RD<br>DOUGLAS, GA 31533 | | | Claim Number: 2597<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1300.00 | Scheduled: | $1300.00 | Allowed: | $1300.00 | |

---

DECORATIVE TOUCHES,
DBA"DECORATIVE TOUCHES
PO BOX 2249
GULFPORT, MS 39503

Claim Number: 6099
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2200.00 | Scheduled: | $2200.00 | Allowed: | $2200.00 |
|---|---|---|---|---|---|---|

---

DEDON JAMES & NANCY
C/O KEN J. STEWART
PO BOX 2044
5681 COMMERCE ST
SAINT FRANCISVILLE, LA 70775

Claim Number: 4716
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 CONT |
|---|---|---|

---

DEDON, JAMES & NANCY
C/O GREG ROZAS
758 ROYAL ST
BATON ROUGE, LA 70802

Claim Number: 10789
Claim Date: 11/11/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17500.00 |
|---|---|---|

---

DEEP RIVER HAVEN MOBILE HOME PARK,
5591 US HWY 64 EAST
RAMSEUR, NC 27316

Claim Number: 3592
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $1055.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 DISP | Allowed: | $247.50 |

---

DEER CREEK AWARDS
2540 CRITES STREET SW
TUMWATER, WA 98512

Claim Number: 1707
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2405.30 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2405.30 | Allowed: | $2405.30 |

---

DEGRAFLENRIED, WILLIE G.
PO BOX 461
CLAYTON, AL 36016

Claim Number: 5028
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

DEGRAFLENRIED, WILLIE G.
PO BOX 461
CLAYTON, AL 36016

Claim Number: 9307
Claim Date: 12/23/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3000.00 | | Allowed: | $3000.00 |
|---|---|---|---|---|---|

DEHOYOS, DEBRA (AMMONS)
PO BOX 534
LOUISVILLE, TN 37777

Claim Number: 6243
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET | | | |

DEJANETTE, CAROLYN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6987
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

DEL REY
7311 LOUISIANA NE
ALBUQUERQUE, NM 87109

Claim Number: 5233
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $3001.57 | | | |

DEL REY'S DONUTS-TX,
4106 E STAN SCHLUETER LOOP
KILLEEN, TX 76543

Claim Number: 6090
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $137.10 | Scheduled: | $137.10 | Allowed: | $137.10 |

DELA ROCHA CO
PO BOX 511
SAHUARITA, AZ 85629

Claim Number: 3349
Claim Date: 03/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $4704.00 | | | |

DELA ROCHA CO,
PO BOX 511
SAHUARITA, AZ 85629

Claim Number: 3350
Claim Date: 03/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $3747.68 | Scheduled: | $3425.00 | Allowed: | $3425.00 |

DELAWARE COUNTY TREASURER
PO BOX 309
JAY, OK 74346

Claim Number: 719
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $141.62 | | | |

DELAWARE COUNTY TREASURER
PO BOX 1080
JAY, OK 74346

Claim Number: 10573
Claim Date: 09/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $221.71 | | | |

DELAWARE ELECTRIC CO-OP
PO BOX 600
GREENWOOD, DE 19950

Claim Number: 9749
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $59.47 |
|---|---|---|

DELEON JUAN ANTONIO DIAZ
706 N SHERMAN
ENNIS, TX 75119

Claim Number: 794
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $39268.56 |
|---|---|---|

DELEON, JUAN ANTONIO DIAZ
706 N. SHERMAN
ENNIS, TX 75119

Claim Number: 370
Claim Date: 02/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| PRIORITY | Claimed: | $39268.56 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $11458.88 |

DELGADO, LORENZO C.
P.O. BOX 794
FAIRACRES, NM 88033

Claim Number: 10042
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1740.00 | | | Allowed: | $940.00 |
|---|---|---|---|---|---|---|

DELLINGER INVESTMENTS,
3691 HORN ROAD
MONROEVILLE, OH 44847

Claim Number: 3169
Claim Date: 03/06/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $525.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $112.50 DISP | Allowed: | $525.00 |

DELMARVA POWER & LIGHT
DBA CONECTIV
REVENUE RECOVERY/BANKRUPTCY DEPT.
5 COLLINS DRIVE
CARNEYS POINT, NJ 08069

Claim Number: 376
Claim Date: 01/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1326.66 |
|---|---|---|

DEMPSEY HEATING & COOLING,
1725 DUNCAN AVE
SWANSEA, IL 62226

Claim Number: 839
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $230.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $230.00 | Allowed: | $230.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEMPSEY MIKE<br>PO BOX 159<br>WENATCHEE, WA 98807 | | | Claim Number: 7890<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $799.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEMUS, NANCY<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 4242<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| UNSECURED | Claimed: | $2500.00 | | | | Allowed: | $1016.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENHAM VICKIE C<br>VICKIE C HAMPTON<br>PO BOX 1069<br>WILLIAMSBURG, KY 407693069 | | | Claim Number: 4100<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| PRIORITY | Claimed: | $213.79 | | | | | |
| UNSECURED | | | Scheduled: | $213.79 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENITECH-AUSTIN,<br>125 E JOHN CARPENTER FWY<br>IRVING, TX 75062 | | | Claim Number: 1825<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $467.64 | | Allowed: | $467.64 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENITECH-AUSTIN,<br>125 E JOHN CARPENTER FWY<br>IRVING, TX 75062 | | | Claim Number: 1829<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $949.35 | Scheduled: | $949.35 | | Allowed: | $949.35 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENNIS & SONS MOBILE HOME SERVICE<br>DBA DENNIS & SONS MOBILE HOME SERVICE<br>1224 ADCOCK RD<br>LILLINGTON, NC 27546 | | | Claim Number: 9959<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $7600.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DENNIS FINCH<br>307 NE 36 AVE.<br>OCALA, FL 34470 | | | Claim Number: 4209<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8909 (05/14/2008) | | | | |
| UNSECURED | Claimed: | $400000.00 UNLIQ | | | | | |

---

DENNIS L MANNING SURVEYING
493 COSTON ROAD
RICHLANDS, NC 28574

Claim Number: 938
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $80.00 | | Allowed: | $80.00 |

---

DENNIS W. HOLLINGSWORTH
ST. JOHNS COUNTY TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE, FL 32085-9001

Claim Number: 266
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1385.13 |

---

DENNIS W. HOLLINGSWORTH
ST. JOHNS COUNTY TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE, FL 32085-9001

Claim Number: 482
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1385.13 UNLIQ |

---

DENNIS, ROBETHA J.
4766 HEMLOCK CIR.
OKLAHOMA CITY, OK 73162-1927

Claim Number: 3463
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 |

---

DENNISON, SHERYL
PO BOX 40232
CHARLESTON, WV 25364

Claim Number: 8736
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $497.76 |

---

DENTON INDEPENDENT SCHOOL DISTRICT
SAWKO & BURROUGHS, L.L.P
1100 DALLAS DRIVE, SUITE 100
DENTON, TX 76205

Claim Number: 6788
Claim Date: 04/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $10023.76 |
| SECURED | Claimed: | $0.00 |

---

DENTON ISD
SAWKO & BURROUGHS, LLP
1100 DALLAS DR, SUITE 100
DENTON, TX 76205

Claim Number: 6687
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| PRIORITY | Claimed: | $10023.76 | | Allowed: | $404.82 |
| SECURED | Claimed: | $0.00 | | | |

---

---

DENTON, PEGGY S.
ERIC WEISBERG
200 WEST MAIN STREET
DENISON, TX 75020

Claim Number: 7434
Claim Date: 06/23/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $30000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

DENTON, PEGGY S.
ERIC WEISBERG
200 WEST MAIN STREET
DENISON, TX 75020-3025

Claim Number: 7435
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $30000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

DENVER SHORES, LLC
PO BOX 98
DENVER, NC 28037

Claim Number: 343
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $405.00 |
|---|---|---|

---

DENVER SHORES, LLC
PO BOX 98
DENVER, NC 28037

Claim Number: 344
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $682.74 |
|---|---|---|

---

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Claim Number: 10790
Claim Date: 11/22/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $963130.19 | | Allowed: | $628938.69 |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $440.00 | | Allowed: | $440.00 |

---

DEPRIEST RAY,
819 HALL DRIVE
LITTLE ROCK, AR 72055

Claim Number: 6284
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $7102.25 |
|---|---|---|

---

DEPT OF PUBLIC
CITY OF ORANGEBURG
PO BOX 1057
ORANGEBURG, SC 29116-1057

Claim Number: 1022
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $732.51 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $732.51 |

---

---

DEPT. OF BUDGET & FINANCE
SUITE 100, ATTN: RON ROCKWELL
615 S. 9TH ST.
TACOMA, WA 98405-4673

| PRIORITY | Claimed: | $5908.21 |
|---|---|---|

Claim Number: 4990
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

DEPT. OF BUDGET & FINANCE
SUITE 100, ATTN: RON ROCKNELL
615 S. 9TH ST.
TACOMA, WA 98405-4673

| PRIORITY | Claimed: | $1849.16 |
|---|---|---|

Claim Number: 4991
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

DEPT. OF BUDGET & FINANCE
SUITE 100, ATTN: RON ROCKNELL
615 S. 9TH ST.
TACOMA, WA 98405-4673

| PRIORITY | Claimed: | $1158.40 |
|---|---|---|

Claim Number: 4992
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

DERMINE CHRIS A,
3204 DONA ANA ROAD
LAS CRUCES, NM 88005

| UNSECURED | Claimed: | $540.00 | Scheduled: | $540.00 | Allowed: | $540.00 |
|---|---|---|---|---|---|---|

Claim Number: 1799
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

DERMINE ROGER,
1806 MULBERRY AVE
LAS CRUCES, NM 88001

| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 | Allowed: | $475.00 |
|---|---|---|---|---|---|---|

Claim Number: 1793
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

DERRICK SERVICES,
DBA:DERRICK SERVICES
40225 HEISE RD
HEMPSTEAD, TX 77445

| UNSECURED | Claimed: | $25985.00 | Scheduled: | $13537.39 | Allowed: | $22415.00 |
|---|---|---|---|---|---|---|

Claim Number: 2825
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

---

DERRICK SERVICES,
DBA:DERRICK SERVICES
40225 HEISE RD
HEMPSTEAD, TX 77445

| UNSECURED | Claimed: | $18430.00 | Scheduled: | $5005.00 |
|---|---|---|---|---|

Claim Number: 2824
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

DESCO INC-NC,
PO BOX 751077
CHARLOTTE, NC 28275

| UNSECURED | Claimed: | $3855.58 | Scheduled: | $4061.21 | Allowed: | $3855.58 |
|---|---|---|---|---|---|---|

Claim Number: 2999
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

---

---

DESCO MANUFACTURED INC,
PO BOX 21448
SARASOTA, FL 34276

Claim Number: 1537
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $849.12 | Scheduled: | $849.12 | Allowed: | $849.12 |

---

DESCO MFG INC,
PO BOX 21448
SARASOTA, FL 34276

Claim Number: 1536
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $273.30 | Scheduled: | $273.30 | Allowed: | $273.30 |

---

DESERT BLOOM PEST MGT
1822 HARTE RD
RENO, NV 89521

Claim Number: 9544
Claim Date: 04/13/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $1575.00 |

---

DESERT PINES INC
4500 PARRISH MANOR DR
GARNER, NC 27529

Claim Number: 4331
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2600.00 |

---

DESERT SKY MOBILE HOME SERVICE LLC,
670 N APACHE DR
CHANDLER, AZ 852243567

Claim Number: 1695
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $6480.00 | Scheduled: | $1650.00 | Allowed: | $1650.00 |

---

DESORMEAUX, GAVIN C. BY & THROUGH HIS
CUSTOIDAL PARENT SHARON L. DESORMEAUX
C/O CHARLES M. RUSH
P.O. BOX 53713
LAFAYETTE, LA 70505

Claim Number: 10668
Claim Date: 12/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2000.00 |

---

DESORMEAUX, RONNIE J.
C/O CHARLES M. RUSH
P.O. BOX 53713
LAFAYETTE, LA 70505

Claim Number: 10666
Claim Date: 12/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2000.00 |

---

DESORMEAUX, RONNIE JAMES
C/O CHARLES RUSH
P.O. BOX 53713
ATTN: RUSH, RUSH & CALOGER
LAFAYETTE, LA 70505

Claim Number: 4143
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $50000.00 | Scheduled: | $0.00 UNLIQ DISP |

---

---

DESORMEAUX, SHAVON LISA
C/O CHARLES RUSH
P.O. BOX 53713
ATTN: RUSH, RUSH & CALOGER
LAFAYETTE, LA 70505

Claim Number: 4142
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

---

DESORMEAUX, SHAVON LISA
C/O CHARLES RUSH
P.O. BOX 53713
LAFAYETTE, LA 70505

Claim Number: 10667
Claim Date: 12/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2000.00 |
|---|---|---|

---

DESOTO ISD
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 13430
ARLINGTON, TX 76094

Claim Number: 10029
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2256.95 |
|---|---|---|

---

DESSAU FOUNTAIN ESTATES LLC
WALKER BRIGHT AND LEWIS PC
7000 N MO PAC EXPY 490
AUSTIN, TX 787313150

Claim Number: 3976
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $410.74 |
|---|---|---|

---

DESSAU FOUNTAIN ESTATES LLC,
WALKER BRIGHT & LEWIS PC
7000 N MO PAC EXPY 490
AUSTIN, TX 787313150

Claim Number: 3977
Claim Date: 03/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $410.74 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $175.00 DISP |

---

DESSAU FOUNTAIN ESTATES LLC,
C/O JEREMY P LEVINE
WALKER BRIGHT & LEWIS PC
1609 SHOAL CREEK BLVD., STE 300
AUSTIN, TX 78701

Claim Number: 3979
Claim Date: 03/17/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $410.74 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $175.00 DISP |

---

DESTEIGUER, TARA AND MICHAEL
SCOTT FARRIS
EDMONDS, COLE, HARGRAVE ET AL
ONE NORTH HUDSON, SUITE 200
OKLAHOMA CITY, OK 73102

Claim Number: 8843
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3925 (03/30/2004)

| ADMINISTRATIVE | Claimed: | $125000.00 UNLIQ |
|---|---|---|

---

---

| DESTINY HOMES (DOUGLAS)<br>1010 BOWENS MILL RD<br>DOUGLAS, GA 31533 | Claim Number: 4102<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $22500.00 |
|---|---|---|

---

| DETILLION FENCE CO INC,<br>18863 ST RT 104<br>CHILLICOTHE, OH 45601 | Claim Number: 917<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $690.71 | Scheduled: | $651.62 | Allowed: | $690.71 |
|---|---|---|---|---|---|---|

---

| DEUTSCH FINANCIAL SERVICES BY<br>GREENPOINT CREDIT LLC<br>C/O BRUCE B. JOHNSON, PC<br>5550 LBJ FREEWAY, SUITE 550<br>DALLAS, TX 75240 | Claim Number: 4736<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8862 (01/02/2008) |
|---|---|

| UNSECURED | Claimed: | $72862841.29 UNLIQ |
|---|---|---|

---

| DEVINE HOUSING INC,<br>551 NW 1ST LN<br>LAMAR, MO 647598180 | Claim Number: 2680<br>Claim Date: 03/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| PRIORITY | Claimed: | $1379.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $460.00 |

---

| DEVINE, JEANETTE<br>RT 1 BOX 275-H<br>BRODHEAD, KY 40409 | Claim Number: 9656<br>Claim Date: 04/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

| DEWEY, DAVID<br>DUANE BEACH<br>PO BOX 40<br>GREENVILLE, MI 48838 | Claim Number: 7365<br>Claim Date: 06/09/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $10765.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| DEWEY, DAVID<br>DUANE BEACH<br>PO BOX 40<br>GREENVILLE, MI 48838 | Claim Number: 9406<br>Claim Date: 03/08/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $2810.00 |
|---|---|---|

---

---

DEWEY-MUNROE, KATHLEEN
PO BOX 370
SEABECK, WA 98380

Claim Number: 6180
Claim Date: 03/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | | | | |
|---|---|---|---|---|---|---|

---

DEWEY-MUNROE, KATHLEEN
KATHLEEN MUNROE
PO BOX 370
SEABECK, WA 983800370

Claim Number: 6463
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | | | | |
|---|---|---|---|---|---|---|

---

DEWITT PUBLISHI
PO BOX 431
DEWITT, AR 72042

Claim Number: 1450
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8.00 | | | Allowed: | $8.00 |
|---|---|---|---|---|---|---|

---

DEWS TREE SERVICE,
DBA DEWS TREE SERVICE
PO BOX 213
CORNING, OH 43730

Claim Number: 2673
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $225.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $225.00 | Allowed: | $225.00 |

---

DEXTER AXLE CO-IN
PO BOX 102478
ATLANTA, GA 30368-2478

Claim Number: 5203
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2103.87 | Scheduled: | $2103.87 | Allowed: | $2103.87 |
|---|---|---|---|---|---|---|

---

DEXTER AXLE CO-MN
PO BOX 102478
ATLANTA, GA 30368-2478

Claim Number: 5202
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $73138.05 | Scheduled: | $73138.05 | Allowed: | $73138.05 |
|---|---|---|---|---|---|---|

---

DEXTER AXLE CO-PA
PO BOX 102478
ATLANTA, GA 30368-2478

Claim Number: 5204
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3250.28 | Scheduled: | $3250.28 | Allowed: | $3250.28 |
|---|---|---|---|---|---|---|

---

DIAMOND SPRINGS
P O BOX 667887
CHARLOTTE, NC 282667887

Claim Number: 803
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | Allowed: | $92.50 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $92.50 | | | | |

DIAMOND SPRINGS,
P O BOX 667887
CHARLOTTE, NC 28266-7887

Claim Number: 802
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $45.72 | Scheduled: | $82.71 | Allowed: | $45.72 |
|---|---|---|---|---|---|---|

DICE INC
4939 COLLECTION CTR DRIVE
CHICAGO, IL 60693

Claim Number: 2272
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5355.00 |
|---|---|---|

---

DICK SHIRLEY CH
P O BOX 480
BURLINGTON, NC 27216

Claim Number: 5563
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $27475.00 |
|---|---|---|
| UNSECURED | Claimed: | $5850.31 |

---

DICK SHIRLEY CH,
P O BOX 480
BURLINGTON, NC 27216

Claim Number: 5560
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $6466.15 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6466.15 | Allowed: | $6466.15 |

DICK SHIRLEY CH,
P O BOX 480
BURLINGTON, NC 27216

Claim Number: 5561
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $32145.36 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32145.36 | Allowed: | $32145.36 |

DICK SHIRLEY CH,
P O BOX 480
BURLINGTON, NC 27216

Claim Number: 5562
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $36.35 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $36.35 | Allowed: | $36.35 |

---

DICK WILSON CARPET SERVICE
13436 N 18 DR
PHOENIX, AZ 85029

Claim Number: 9760
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2634.00 |
|---|---|---|

---

DICKENS LAND CLEARING
DBA DICKENS LAND CLEARING
PO BOX 15602
PANAMA CITY, FL 32406

Claim Number: 1564
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1800.00 |
|---|---|---|

---

DICKERSON WATER WELLS INC
2725 S LAKE DR
TEXARKANA, TX 75501

Claim Number: 2993
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3460.00 |
|---|---|---|

---

DICKINSON HOLDING
2815 CALIFORNIA ST #105
DICKINSON, TX 77539

Claim Number: 6710
Claim Date: 04/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1662.00 |
|---|---|---|

---

DICKINSON INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10126
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1206.86 UNLIQ |
|---|---|---|

---

DICKINSON ISD & GALVESTON COUNTY WCID #1
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 7227
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $2511.50 |
|---|---|---|

---

DICKINSON MOBILE HOME SERVICE,
DBA:DICKINSON MOBILE HOME SERVICE
1467 HUEY RD
DOUGLASVILLE, GA 30134

Claim Number: 3412
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $22440.00 | Scheduled: | $22440.00 | Allowed: | $22440.00 |
|---|---|---|---|---|---|---|

---

DICKINSON, ROY,
7315 MILAM ROAD
WINSTON, GA 30187

Claim Number: 2982
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5871.50 | Scheduled: | $7561.50 | Allowed: | $5871.50 |
|---|---|---|---|---|---|---|

---

| DICKSON COUNTY CLERK OF COURTS<br>P O BOX 246<br>CHARLOTTE, TN 37036 | Claim Number: 9427<br>Claim Date: 03/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | |
|---|---|---|---|
| SECURED | Claimed: | $75.08 | |

| DICKSON COUNTY CLERK OF COURTS,<br>P O BOX 220<br>CHARLOTTE, TN 37036 | Claim Number: 9334<br>Claim Date: 01/20/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $454.90<br>Scheduled: | $16.00 DISP |

| DICKSON COUNTY TRUSTEE<br>P.O. BOX 246<br>CHARLOTTE, TN 37036 | Claim Number: 9428<br>Claim Date: 03/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | |
|---|---|---|---|
| SECURED | Claimed: | $75.08 | |

| DICKSON, JOHNNY R<br>4024 FM 244<br>ANDERSON, TX 77830 | Claim Number: 3843<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $3163.72 | Allowed: $3163.72 |

| DIDSZUN, ERIC<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7108<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: $74999.00 |

| DIFLOE CONSTRUCTION,<br>155 MAPLE LANE NW<br>GIG HARBOR, WA 98335 | Claim Number: 3298<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $163.20<br>Scheduled: $163.20 | Allowed: $163.20 |

| DIGGINS, MILTON<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 5244<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: $2903.43 |

---

| DIGGS, TONY<br>201 BRANCH ROAD<br>RED SPRINGS, NC 28377 | Claim Number: 9116<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| DIGITAL ALARM SYSTEMS<br>1001 BENHAM AVE<br>ELKHART, IN 46516 | Claim Number: 8371<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1072.35 |

---

| DIGITAL ALARM SYSTEMS,<br>1001 BENHAM AVE<br>ELKHART, IN 46516 | Claim Number: 1358<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $1323.45 | Scheduled: | $1139.10 | Allowed: | $1323.45 |

---

| DILLARD, EVERETTE P<br>4129 BEATTY DRIVE<br>CHARLOTTE, NC 28214 | Claim Number: 8252<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 UNLIQ |

---

| DILLMAN, JAMES C & TONIA<br>C/O HARRY F. BOSEN, JR., ESQUIRE<br>P.O. BOX 1028<br>SALEM, VA 24153 | Claim Number: 8411<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7677 (04/07/2005) |
|---|---|

| PRIORITY | Claimed: | $2100.00 |
| UNSECURED | Claimed: | $118562.00 |

---

| DILLMAN, JAMES C. AND TONIA<br>C/O HARRY F. BOSEN<br>HARRY F. BOSEN, JR., P.C.<br>P.O. BOX 1028<br>SALEM, VA 24153 | Claim Number: 10698<br>Claim Date: 02/07/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $27500.00 |

---

| DILLON COUNTY TREASURER,<br>ATTN MARY LOUISE PARHAM<br>P O BOX 552<br>DILLON, SC 29536 | Claim Number: 7423<br>Claim Date: 06/20/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $40.92 |
| UNSECURED | | | Scheduled: | $29.23 |

---

---

DIMAS, JR., EDWARD
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5753
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

DIMICK, BRYAN
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5290
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, BRYAN
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5298
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, BRYAN
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5306
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, BRYAN
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5314
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, BRYAN
39 EXCHANGE PLACE
ATTN: SPENCE, MORIARITY & SCHUSTER
JEFF GOOCH
SALT LAKE CITY, UT 84111

Claim Number: 5644
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, CHRISTOPHER
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5295
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

| | | |
|---|---|---|
| DIMICK, CHRISTOPHER<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5303<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, CHRISTOPHER<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5311<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, CHRISTOPHER<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5319<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, CHRISTOPHER<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5320<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, JEREMY<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5291<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, JEREMY<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5299<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, JEREMY<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5307<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

| | | |
|---|---|---|
| DIMICK, JEREMY<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5315<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, JEREMY
39 EXCHANGE PLACE
ATTN: SPENCE, MORIARITY & SCHUSTER
JEFF GOOCH
SALT LAKE CITY, UT 84111

Claim Number: 5645
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, KIRT
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5292
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, KIRT
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5300
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, KIRT
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5308
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, KIRT
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5316
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, KIRT
39 EXCHANGE PLACE
ATTN: SPENCE, MORIARITY & SCHUSTER
JEFF GOOCH
SALT LAKE CITY, UT 84111

Claim Number: 5646
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, REID
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5294
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

DIMICK, REID
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5302
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |

---

---

| DIMICK, REID<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | Claim Number: 5310<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

---

| DIMICK, REID<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | Claim Number: 5318<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

---

| DIMICK, REID<br>39 EXCHANGE PLACE<br>ATTN: SPENCE, MORIARITY & SCHUSTER<br>JEFF GOOCH<br>SALT LAKE CITY, UT 84111 | Claim Number: 5648<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

---

| DIMMIT COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 42<br>Claim Date: 12/16/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $611.30 UNLIQ |
|---|---|---|

---

| DIRECT WIRELESS<br>130 KEYES AVE<br>SANFORD, FL 327736068 | Claim Number: 1986<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $127.80 | | Allowed: | $127.80 |
|---|---|---|---|---|---|

---

| DIRECTORY PLUS<br>P O BOX 719<br>DURANGO, CO 81302 | Claim Number: 7482<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $107.98 |
|---|---|---|

---

| DIRT CREATION<br>DBA DIRT CREATION<br>3807 E COVINA<br>MESA, AZ 85205 | Claim Number: 4278<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3415.00 | | Allowed: | $3415.00 |
|---|---|---|---|---|---|

---

---

| DIRTWORKS | Claim Number: 8950 |
| DBA DIRTWORKS | Claim Date: 11/24/2003 |
| 10435 RIVERVIEW | Debtor: OAKWOOD HOMES CORPORATION |
| KANSAS CITY, KS 66111 | |

| ADMINISTRATIVE | Claimed: | $2878.92 |

---

| DISCOUNT ROOTER | Claim Number: 1350 |
| DBA DISCOUNT ROOTER | Claim Date: 02/24/2003 |
| 236 HARPER RD | Debtor: OAKWOOD HOMES CORPORATION |
| MERIDIAN, MS 39301 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $5455.93 |

---

| DISMUKE LISA | Claim Number: 9232 |
| PO BOX 1285 | Claim Date: 12/02/2003 |
| SANDIA PARK, NM 87047 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1619.11 |

---

| DISPATCH CONSUMER SERVICES | Claim Number: 8677 |
| DEPT L2335 | Claim Date: 11/19/2003 |
| COLUMBUS, OH 43260 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $308.59 |

---

| DISPATCH PRINTING COMPANY | Claim Number: 9463 |
| WELTMAN WEINBERG & REIS CO | Claim Date: 03/29/2004 |
| 175 S THIRD ST STE 900 | Debtor: OAKWOOD HOMES CORPORATION |
| COLUMBUS, OH 43215 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $229.81 |

---

| DISPATCH, | Claim Number: 4859 |
| P O BOX 908 | Claim Date: 03/26/2003 |
| LEXINGTON, NC 27293-0908 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1553.02 | Allowed: | $1686.21 |

---

| DITCH WITCH SERVICES | Claim Number: 4165 |
| LEGGE JR | Claim Date: 03/18/2003 |
| 466 TOWNSHIP ROAD 1135 | Debtor: OAKWOOD HOMES CORPORATION |
| PROCTORVILLE, OH 456698614 | Comments: ALLOWED |

| PRIORITY | Claimed: | $1450.00 | | |
| UNSECURED | | | Allowed: | $1450.00 |

DIVERSIFIED HOME IMPROVEMENTS
104 ALLEN STREET
KING, NC 27021

Claim Number: 321
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $85.00 | | | | | |
|---|---|---|---|---|---|---|---|

DIXIE LP-GAS,
PO BOX 839
HILLSBORO, TX 76645

Claim Number: 7823
Claim Date: 10/27/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1587.64 | Scheduled: | $1587.64 | Allowed: | $1587.64 |
|---|---|---|---|---|---|---|

DIXIE SUPPLY COMPANY
P O BOX 1365
WALTERBORO, SC 29488

Claim Number: 1424
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $583.43 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44.86 | | | Allowed: | $628.29 |

DIXON CAROLE G,
210 FAULKNER STREET
CLOVER, SC 29710

Claim Number: 4284
Claim Date: 03/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $687.50 | Scheduled: | $300.00 DISP | Allowed: | $687.50 |
|---|---|---|---|---|---|---|

DIXON, CAROL
210 FAULKNER STREET
CLOVER, SC 29710

Claim Number: 9867
Claim Date: 05/17/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $687.50 |
|---|---|---|

DIXON, CAROLE G.
210 FAULKNER STREET
CLOVER, SC 29710

Claim Number: 8560
Claim Date: 11/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $687.50 |
|---|---|---|

DIXON, MILDRED H.
2956 MILL POINT ROAD
HAYES, VA 23072

Claim Number: 9650
Claim Date: 04/26/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $875.00 |
|---|---|---|

---

DIXON, MILDRED H.
2956 MILL POINT ROAD
HAYES, VA 23072

Claim Number: 9672
Claim Date: 04/29/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $875.00 | | | |
|---|---|---|---|---|---|

DJK, INC.
C/O JOHN C. PHILLIPS, JR., ESQ.
PHILLIPS, GOLDMAN 7 SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

Claim Number: 7350
Claim Date: 06/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| ADMINISTRATIVE | Claimed: | $5000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $5000.00 |

DJK, INC.
C/O JOHN C. PHILLIPS, JR., ESQ.
PHILLIPS, GOLDMAN 7 SPENCE, P.A.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

Claim Number: 8838
Claim Date: 11/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| ADMINISTRATIVE | Claimed: | $2000.00 | | | |
|---|---|---|---|---|---|

DM OIL & TIRE CO.
PO BOX 156
BUCKEYE, AZ 85326

Claim Number: 329
Claim Date: 01/30/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $18.82 | | | |
|---|---|---|---|---|---|

DMU SERVICE CO,
DBA DMU SERVICE CO
PO BOX 940
KNIGHTDALE, NC 27545

Claim Number: 3894
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

---

| PRIORITY | Claimed: | $2705.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: $2705.00 | Allowed: | $2705.00 |

DMU SERVICE CO.
PO BOX 940
KNIGHTDALE, NC

Claim Number: 9608
Claim Date: 04/20/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $2705.00 | | | |
|---|---|---|---|---|---|

DOBB, LEOTIS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6978
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

DOBSON TRK CO,
PO BOX 498
DODSON, NC 27017

Claim Number: 1480
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $190.50 | Scheduled: | $190.50 | Allowed: | $190.50 |

DOCUMENT SERVICE INC,
1048 INDEPENDENT AVE STE A116
GRAND JUNCTION, CO 81505

Claim Number: 3272
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $376.76 | Scheduled: | $376.76 | Allowed: | $376.76 |

DODD & ASSOCIATES INC
5711 SIX FORKS ROAD STE 101
RALEIGH, NC 27609

Claim Number: 2016
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1525.00 |

DODD, DAVID & REBECCA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6988
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

DODD, REBECCA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3202
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $100000.00 | | | | |
| UNSECURED | | | | | Allowed: | $29034.31 |

DODSON, DOROTHY
2047 E PLATTEVILE BLVD #4
PUEBLO, CO 81008

Claim Number: 8962
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $776.00 |

DOGWOOD ACRES
DBA DOGWOOD ACRES
711 HOLSTON AVE
BRISTOL, TN 37670

Claim Number: 8550
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $1976.00 |

| DOLPHIN CAPITAL CORPORATION<br>PO BOX 605<br>MOBERLY, MO 65270 | Claim Number: 9527<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |

| ADMINISTRATIVE | Claimed: | $859.96 |

| DOLPHIN CAPITAL CORPORATION,<br>PO BOX 605<br>MOBERLY, MO 65270 | Claim Number: 9526<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |

| ADMINISTRATIVE | Claimed: | $1673.60 |

| DOMASCHK, RICKEY L. & MARITA S.<br>1511 BONNIE LANE<br>CAMANO ISLAND, WA 98282 | Claim Number: 4156<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $30000.00 UNDET |

| DOMASCHK, RICKEY L. & MARITA S.<br>1511 BONNIE LANE<br>CAMANO ISLAND, WA 98282 | Claim Number: 8741<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3830 (03/16/2004) |

| ADMINISTRATIVE | Claimed: | $31427.57 |

| DOME, KENNETH<br>MARRLYN DOME<br>3211 WAPATO DR #53<br>MOSES CREEK, WA 98837 | Claim Number: 8038<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $2325.00 |

| DOME, KENNETH & MARRLYN<br>1532 POPLAR STREET   #2<br>CLARKSTON, WA 99403 | Claim Number: 2283<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |

| PRIORITY | Claimed: | $2325.00 |

| DOME, KENNETH & MARRLYN<br>3211 WAPATO DR #53<br>MOSES LAKE, WA 98837 | Claim Number: 8039<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $2325.00 |

| DOMEXPORT, INC.<br>6780, 1ST AVENUE, SUITE 310<br>ATTN: RAYNALD BOUCHARD, PRESIDENT<br>CHARLESBOURG<br>QUEBEC GIH2W8,<br>CANADA | Claim Number: 136<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $58653.56 | Scheduled: | $57815.66 | Allowed: | $58653.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMEXPORT, INC.**<br>6780, 1ST AVENUE, SUITE 310<br>ATTN: RAYNALD BOUCHARD, PRESIDENT<br>CHARLESBOURG<br>QUEBEC GIH2W8,<br>CANADA | | | Claim Number: 4302<br>Claim Date: 03/12/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | |
| UNSECURED | Claimed: | $58653.56 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMINGUEZ JR., GEORGE O.,**<br>3660 CR 440<br>ALICE, TX 78333 | | | Claim Number: 3181<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3828 (03/16/2004) | | | |
| UNSECURED | Claimed: | $34396.78 | Scheduled: | $0.00 UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMINGUEZ, JESSE R.**<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5754<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $3225.00 UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMINION-VIRGINIA POWER**<br>ATTN: CUSTOMER CREDIT SERVICES, 18TH FL.<br>P.O. BOX 26666<br>RICHMOND, VA 23261 | | | Claim Number: 468<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $470.29 | | | Allowed: | $470.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMINION-VIRGINIA POWER**<br>ATTN: CUSTOMER CREDIT SERVICES, 18TH FL.<br>P.O. BOX 26666<br>RICHMOND, VA 23261 | | | Claim Number: 469<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1926.44 | Scheduled: | $2631.20 | Allowed: | $1926.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DOMINION-VIRGINIA POWER**<br>ATTN: CUSTOMER CREDIT SERVICES, 18TH FL.<br>P.O. BOX 26666<br>RICHMOND, VA 23261 | | | Claim Number: 2422<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $759.87 | | | Allowed: | $759.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DON'S FIBERGLASS REPAIR-AZ**<br>7373 SPRINGMILL PL<br>RANCHO CUCAMO, CA 917306362 | | | Claim Number: 8557<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $750.50 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DONAHUE LAW GROUP<br>A/S/O KENTUCKY FARM BUR<br>410 S MAIN ST<br>SOMERSET, KY 42501 | | | Claim Number: 9381<br>Claim Date: 02/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $17500.00 | | Allowed: | $17500.00 |

| | | |
|---|---|---|
| DONAHUE LAW GROUP AS<br>SUBROGEE FOR KENTUCKY FARM BUR<br>410A S MAIN ST<br>SOMERSET, KY 42501 | | Claim Number: 4276<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| UNSECURED | Claimed: | $41985.53 |

| | | |
|---|---|---|
| DONAHUE RICHARD L<br>3317 PLATEAU CIRCLE<br>KILLEEN, TX 76542 | | Claim Number: 4705<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| UNSECURED | Claimed: | $8000.00 |

| | | |
|---|---|---|
| DONAHUE, RICHARD<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5755<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| | | |
|---|---|---|
| DONALD HILHORST PROFESSIONAL LAND<br>623 SUNSET AVE<br>ROCKY MOUNT, NC 27804 | | Claim Number: 9182<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $275.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DONALD S HILHORST PROFESSIONAL LAND,<br>623 SUNSET AVE<br>ROCKY MOUNT, NC 56282 | | | Claim Number: 2267<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $275.00 | Scheduled: | $225.00 | Allowed: | $275.00 | |

| | | |
|---|---|---|
| DONALD S. HILHORST, P.L.S.<br>623 SUNSET AVENUE<br>ROCKY MOUNT, NC 27804 | | Claim Number: 9864<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $275.00 |

DONALD S. HILHORST, P.L.S.
623 SUNSET AVENUE
ROCKY MOUNT, NC 27804

Claim Number: 10199
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $275.00 | | | |
|---|---|---|---|---|---|

DONALD, TOMMY/MARGIE
ROUTE 2, BOX 3A
DE KALB, MS 39328

Claim Number: 594
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

DONALD, WOLFE L.
997 MALONE ROAD
CHILLICOTHE, OH 45601

Claim Number: 10145
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $600.00 | | | |
|---|---|---|---|---|---|

DONALDSON MOBIL
3330 W MACARTHUR
WICHITA, KS 67217

Claim Number: 8144
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $12079.25 | | | |
|---|---|---|---|---|---|

DONNA ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 222
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $383.56 | | | |
|---|---|---|---|---|---|

DONNA, PAUL & ARLENE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6989
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

DONNIE OWENS MOBILE HOME REPAIR SVC,
3339 CARDINAL PL
CHIPLEY, FL 32428

Claim Number: 1221
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $4762.47 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | Scheduled: $4439.47 | Allowed: | $5562.47 |

---

DONS EXTERMINATING COMPANY
P O BOX 90188
LAFAYETTE, LA 70509

Claim Number: 753
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $50.00 | | | Allowed: | $50.00 |
|---|---|---|---|---|---|---|

DOORS PLUS INCORPORATED
4046 SOLUTIONS CENTER #774046
CHICAGO, IL 606770001

Claim Number: 10039
Claim Date: 05/24/2004
Debtor: HBOS MANUFACTURING, LP

| ADMINISTRATIVE | Claimed: | $8663.57 |
|---|---|---|

DOORS PLUS INCORPORATION-IN
PO BOX 1601
SOUTH BEND, IN 46634

Claim Number: 8193
Claim Date: 11/07/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $8299.61 |
|---|---|---|

DOORS PLUS INCORPORATION-IN,
4046 SOLUTIONS CTR  #774046
CHICAGO, IL 606770001

Claim Number: 2282
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $118114.63 | Scheduled: | $146505.85 | Allowed: | $109815.02 |
|---|---|---|---|---|---|---|

DOPSON DOLLY M
PO BOX 1102
YEMASSEE, SC 29945

Claim Number: 9223
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

DOREY, ANGELA L. AND
HUNTERS GLEN
1114 QUEENSWAY SITE #47
WAYLAND, MI 49348

Claim Number: 3821
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $48784.00 |
|---|---|---|

DORIS MALOY, LEON COUNTY TAX COLLECTOR
POST OFFICE BOX 1835
TALLAHASSEE, FL 32302-1835

Claim Number: 10311
Claim Date: 06/08/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $4354.04 |
|---|---|---|

DORIS MALOY, LEON COUNTY TAX COLLECTOR
POST OFFICE BOX 1835
TALLAHASSEE, FL 32302-1835

Claim Number: 10631
Claim Date: 10/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $4453.68 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

---

DORN LEIGH, DEBORAH
P.O. BOX 5926
SPARTANBURG, SC 29304

Claim Number: 656
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | Claimed: | $412.00 | | | | Allowed: | $412.00 |

---

DORN VINCE M,
111 PECAN DRIVE
GREENWOOD, SC 29646

Claim Number: 1024
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |

---

DOROTHY BRISTOW
ROYDERA HACKWORTH
2500 BRANDT FOREST COURT
GREENSBORO, NC 27455

Claim Number: 7381
Claim Date: 06/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

DOROTHY BRISTOW
ROYDERA HACKWORTH
2500 BRANDT FOREST COURT
GREENSBORO, NC 27455

Claim Number: 7380
Claim Date: 06/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

DORSEY, DAN
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5756
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

DORTON LES F
110 WALLACE BLVD
CAMERON, TX 76520

Claim Number: 1612
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | Claimed: | $394.24 | | | | Allowed: | $188.74 |

---

DORTON, LE,
110 WALLACE BLVD
CAMERON, TX 76520

Claim Number: 1611
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4375.00 | | |
| UNSECURED | | | Scheduled: | $394.24 |

---

DOS MUNDOS MAGAZINE
DBA DOS MUNDOS MAGAZINE
9220 SW BARBUR BLVD
#119-270
PORTLAND, OR 97219

Claim Number: 1769
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $825.00 | Scheduled: | $275.00 | Allowed: | $825.00 |

DOSS, CARL JR.
C/O OAKWOOD HOMES CORPORATION
7421 HIGHWAY 45 NORTH
COLUMBUS, MI 39705

Claim Number: 5592
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

DOSS, CARL JR.
2250 COUNTY LAKE ROAD
STARKVILLE, MS 39759

Claim Number: 6684
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10000.00 |

DOT'S RENTALS,
814 N ROBISON RD
TEXARKANA, TX 75501

Claim Number: 1552
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $160.22 | Scheduled: | $160.22 | Allowed: | $160.22 |

DOTYS LAWN CARE
205 1/2 CENTER ST
CARDINGTON, OH 43315-1139

Claim Number: 8433
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $250.00 |

DOTYS LAWN CARE,
211 WATER ST
CARDINGTON, OH 433151131

Claim Number: 2320
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | Scheduled: | $325.00 | Allowed: | $250.00 |

DOUGHERTY, JOAN & CHARLES
18 JOHN B. DRIVE
MILLSBORO, DE 19966

Claim Number: 5273
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $90000.00 UNDET | | |
| UNSECURED | | | Allowed: | $28627.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DOUGLAS CO TAX,<br>P O BOX 1177<br>DOUGLASVILLE, GA 30133 | | | Claim Number: 6817<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| PRIORITY<br>UNSECURED | Claimed: | $741.40 | Scheduled: | $62.00 DISP | | |
| DOUGLAS COUNTY FARMERS CO OP,<br>PO BOX 820<br>ROSEBURG, OR 97470 | | | Claim Number: 737<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $242.99 | Scheduled: | $235.86 | Allowed: | $242.99 |
| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | | | Claim Number: 1281<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| SECURED | Claimed: | $1954.60 | | | | |
| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | | | Claim Number: 1277<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) | | | |
| SECURED | Claimed: | $183.37 | | | | |
| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | | | Claim Number: 1278<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| SECURED | Claimed: | $606.97 | | | | |
| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | | | Claim Number: 9299<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | | |
| ADMINISTRATIVE | Claimed: | $2704.52 | | | | |
| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | | | Claim Number: 9300<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | | |
| ADMINISTRATIVE | Claimed: | $4507.99 | | | | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9301<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $144.40 | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9302<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $86.59 | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9303<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $55.47 | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9304<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $643.08 | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9869<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $2367.92 | |

| DOUGLAS COUNTY TAX COLLECTOR<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 9870<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $59.06 | |

| DOUGLAS COUNTY TAX COLLECTOR,<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 1279<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| SECURED      Claimed:      $110.03 | |

| DOUGLAS COUNTY TAX COLLECTOR,<br>PO BOX 850<br>ROSEBURG, OR 97470 | Claim Number: 1280<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|
| SECURED      Claimed:      $1573.49 | |

| DOUGLAS COUNTY TAX COLLECTOR, PO BOX 850 ROSEBURG, OR 97470 | Claim Number: 9509 Claim Date: 04/12/2004 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: EXPUNGED DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $928.61 | |

| DOUGLAS COUNTY TAX COLLECTOR, PO BOX 850 ROSEBURG, OR 97470 | Claim Number: 9510 Claim Date: 04/12/2004 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: EXPUNGED DOCKET: 6751 (11/09/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $746.84 | |

| DOUGLAS COUNTY, PO BOX 850 ROSEBURG, OR 97470 | Claim Number: 1276 Claim Date: 02/24/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: EXPUNGED DOCKET: 7431 (12/15/2004) |
|---|---|
| PRIORITY SECURED      Claimed:      $123.21 | Scheduled:      $0.00 UNLIQ |

| DOUGLAS DISPLAY 7506 E INDEPENDENCE BLVD SUITE 124 CHARLOTTE, NC 28227 | Claim Number: 2983 Claim Date: 03/10/2003 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED      Claimed:      $3232.19 | |

| DOUGLAS GUARDIAN SERVICES CORP PO BOX 4346 DEPT 478 HOUSTON, TX 77210 | Claim Number: 1213 Claim Date: 02/24/2003 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED      Claimed:      $8922.43 | Allowed:      $8922.43 |

| DOUGLAS GUARDIAN SERVICES CORP PO BOX 4346 DEPT 478 HOUSTON, TX 77210 | Claim Number: 8617 Claim Date: 11/17/2003 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| ADMINISTRATIVE      Claimed:      $3680.00 | |

| DOUGLAS STANDIFER, PO BOX 866 COOKEVILLE, TN 38501 | Claim Number: 4775 Claim Date: 03/25/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: ALLOWED |
|---|---|
| PRIORITY UNSECURED      Claimed:      $8613.55 | Allowed:      $8613.55 |

---

| DOUGLAS, TERRY & SUSAN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6990<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| DOUGLAS, TERRY P.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3520<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $20000.00 | | Allowed: | $5806.86 |
|---|---|---|---|---|---|

| DOVE ESTATES, LLC<br>PO BOX 858<br>RIDGELY, MD 21660 | Claim Number: 9890<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $237.30 |
|---|---|---|

| DOVER SHORES<br>8925 E PIMA CTR #200<br>SCOTTSDALE, AZ 852584387 | Claim Number: 2970<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $10989.23 | | Allowed: | $10989.23 |
|---|---|---|---|---|---|

| DOVER, BILL AND BLANCA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7109<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| DOW CHEMICAL COMPANY, THE<br>AMY E. WILSON<br>2030 DOW CENTER<br>MIDLAND, MI 48674 | Claim Number: 240<br>Claim Date: 01/08/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $5568.00 |
|---|---|---|

| DOW INC<br>RALPH HIGDEN<br>836 SUNSWEPT RD. NE<br>PALM BAY, FL 32905 | Claim Number: 6103<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $3990.00 UNDET |
|---|---|---|

| DOWDLE BUTANE<br>2413 HIGHWAY 45 NORTH<br>COLUMBUS, MS 39701 | Claim Number: 1342<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $1766.43 | | Allowed: | $1541.43 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| DOWDY, JUDY W.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5757<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |

PRIORITY        Claimed:        $4650.00 UNLIQ
UNSECURED      Claimed:        $1368.75 UNLIQ

| | | |
|---|---|---|
| DOWIS, TERRY & JUDY<br>BRIDGETTE COOPER ATTY<br>235 MARGIE DR STE 300<br>WARNER ROBINS, GA 310887867 | Claim Number: 7817<br>Claim Date: 10/17/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/24/2004) | |

UNSECURED      Claimed:        $2000000.00

| | | |
|---|---|---|
| DOWLING KEITH,<br>PO BOX 832<br>BEDFORD HILLS, NY 10507 | Claim Number: 4201<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

UNSECURED      Claimed:        $5151.15        Scheduled:        $0.00 UNLIQ        Allowed:        $5151.15

| | | |
|---|---|---|
| DOWNING DARLENE<br>464 NORTH FORK RD LOT 52<br>SAN MARCOS, TX 78666 | Claim Number: 9166<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |

ADMINISTRATIVE      Claimed:        $7200.00

| | | |
|---|---|---|
| DOWNS JOHN ANDREW,<br>448 CRUISE AVE<br>CENTREVILLE, AL 35042 | Claim Number: 1958<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

UNSECURED      Claimed:        $185.00        Scheduled:        $185.00 DISP        Allowed:        $185.00

| | | |
|---|---|---|
| DOZIER, MICHAEL & STACEY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6991<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

UNSECURED      Claimed:        $74999.00                        Allowed:        $74999.00

| | | |
|---|---|---|
| DRAIN MASTERS<br>THE VOGLER LAW FIRM<br>P.O. BOX 419037<br>SAINT LOUIS, MO 63141 | Claim Number: 2573<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

UNSECURED      Claimed:        $2937.92

| DRAPERIES BY MURIEL<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 7786<br>Claim Date: 09/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|
| UNSECURED Claimed: $5153.27 | | | | |

| DRAPERIES BY MURIEL INC<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 2961<br>Claim Date: 03/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| UNSECURED Claimed: $6897.84 | | | Allowed: $25.50 | |

| DRAPERIES BY MURIEL INC-AZ,<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 2959<br>Claim Date: 03/07/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| UNSECURED Claimed: $0.00 | Scheduled: $35.07 | | Allowed: $35.07 | |

| DRAPERIES BY MURIEL INC-AZ,<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 2962<br>Claim Date: 03/07/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|
| UNSECURED Claimed: $59636.46 | Scheduled: $59636.46 | | Allowed: $59636.46 | |

| DRAPERIES BY MURIEL INC-AZ,<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 9566<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE Claimed: $19303.36 | | | | |

| DRAPERIES BY MURIEL INC-AZ,<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 9969<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE Claimed: $21713.00 | | | | |

| DRAPERIES BY MURIEL INC-TX,<br>915 N 4TH ST<br>PHOENIX, AZ 85004 | Claim Number: 2960<br>Claim Date: 03/07/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|
| UNSECURED Claimed: $110.31 | Scheduled: $110.31 | | Allowed: $110.31 | |

| DRIPPING SPRINGS I.S.D.<br>JOHN T. BANKS<br>PERDUE BANDON FELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | Claim Number: 3305<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| SECURED Claimed: $353.42 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DRIPPING SPRINGS I.S.D.<br>JOHN T. BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>6300 LA CALMA DRIVE, SUITE 450<br>AUSTIN, TX 78752 | | Claim Number: 8744<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |

ADMINISTRATIVE      Claimed:        $479.75

| | | | | | |
|---|---|---|---|---|---|
| DRIPPING SPRINGS ISD<br>JOHN T. BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>6300 LA CALMA DRIVE, SUITE 450<br>AUSTIN, TX 78752 | | Claim Number: 10142<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |

ADMINISTRATIVE      Claimed:        $479.75

| | | | | | |
|---|---|---|---|---|---|
| DRUMMOND AMERICAN CORPORATION<br>C/O LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 448<br>Claim Date: 01/30/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |

UNSECURED      Claimed:        $3094.14

| | | | | | |
|---|---|---|---|---|---|
| DRY CREEK SUPPLY CO,<br>2200 BIG DRY CREEK RD<br>PULASKI, TN 38478 | | Claim Number: 2932<br>Claim Date: 03/04/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |

UNSECURED      Claimed:        $1202.01          Scheduled:        $1137.16          Allowed:        $1202.01

| | | | | | |
|---|---|---|---|---|---|
| DRYE RODGER<br>DBA CROSS CREEK ESTATES<br>8700 MT OLIVE RD<br>MT PLEASANT, NC 28124 | | Claim Number: 9507<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | | |

ADMINISTRATIVE      Claimed:        $625.00

| | | | | | |
|---|---|---|---|---|---|
| DRYE, GRACE<br>PO BOX 369<br>ROCKWELL, NC 28138 | | Claim Number: 8802<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | |

ADMINISTRATIVE      Claimed:        $250.00 UNLIQ

| | | | | | |
|---|---|---|---|---|---|
| DRYE, GRACE<br>1480 CANNON ST<br>PO BOX 369<br>ROCKWELL, NC 28138 | | Claim Number: 9342<br>Claim Date: 01/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |

PRIORITY      Claimed:        $550.00

| | | | | | |
|---|---|---|---|---|---|
| DRYE, RODGER<br>DBA CROSS CREEK ESTATES<br>8700 MT. OLIVE ROAD<br>MOUNT PLEASANT, NC 28124 | | Claim Number: 9817<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | | |

ADMINISTRATIVE      Claimed:        $625.00

---

DRYMON, STEVE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7110
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

DRYWALL, TLC/CAROL DOBIS
8211 N. JENNINGS RD
MOUNT MORRIS, MI 48458

Claim Number: 10268
Claim Date: 06/07/2004
Debtor: OAKWOOD SHARED SERVICES, LLC

| ADMINISTRATIVE | Claimed: | $2609.93 |

---

DSU LEASING INC,
PO BOX 3486
PORTLAND, OR 97217

Claim Number: 6667
Claim Date: 04/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| SECURED | Claimed: | $975.53 | | | |
| UNSECURED | | | Scheduled: | $1945.82 | Allowed: | $975.53 |

---

DTE ENERGY (DETROIT EDISON & MICHCON)
3200 HOBSON ST. - LOWER LEVEL
DETROIT, MI 48201

Claim Number: 6256
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $4786.17 |

---

DTE ENERGY (DETROIT EDISON & MICHCON)
3200 HOBSON ST. - LOWER LEVEL
DETROIT, MI 48201

Claim Number: 6863
Claim Date: 04/30/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $317.89 |

---

DUBOIS CHEMICALS
200 CROWNE POINT
SHARONVILLE, OH 45241

Claim Number: 2355
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1643.86 |

---

DUCHARME ANNE K
1407 E LAGUNA DR
TEMPE, AZ 85282

Claim Number: 3244
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $432.40 |

---

---

| DUCKS CONSTRUCTION<br>PO BOX 63592<br>PIPECREEK, TX 78063 | Claim Number: 4063<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | |
|---|---|---|

| PRIORITY | Claimed: | $1800.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1800.00 |

---

| DUCKWORTH RONNIE L<br>2302 WATERFORD GRACE<br>NEW BRAUNFELS, TX 781309574 | Claim Number: 4282<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|

| UNSECURED | Claimed: | $226.99 | Allowed: | $226.99 |
|---|---|---|---|---|

---

| DUCOTE, CLIFFORD J<br>322 GWEN DR<br>SLIDELL, LA 704588340 | Claim Number: 8052<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3000.00 |
|---|---|---|

---

| DUCRE KATHLEEN<br>13857 US HWY 87 SOUTH #4<br>ADKINS, TX 78101 | Claim Number: 6320<br>Claim Date: 04/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $15000.00 |
|---|---|---|

---

| DUDLEY, STEPHEN M.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5758<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $834.38 UNLIQ |

---

| DUFF, JANE & JOE TTEE<br>DUFF, JANE, LIVING TRUST<br>820 STRATTON DRIVE<br>FLORENCE, SC 29501-8507 | Claim Number: 4698<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $5088.64 |
|---|---|---|

---

| DUFF, JOE & JANE TTEE<br>JOE DUFF LIVING TRUST<br>820 STRATTON DRIVE<br>FLORENCE, SC 29501-8507 | Claim Number: 4697<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $10173.27 |
|---|---|---|

---

---

DUFFY, DOUGLAS C.
P.O. BOX 935
CHRISTIANSBURG, VA 24073

Claim Number: 10049
Claim Date: 05/21/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $300.00 |
| --- | --- | --- |

---

DUFFY, LAURIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 5243
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $35000.00 | | Allowed: | $10162.01 |
| --- | --- | --- | --- | --- | --- |

---

DUFFY, LAURIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6955
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

DUFRENE, WHITNEY P. & ANGELINA S.
HOWEL J. AND DALE D. THOMPSON
C/O JACK E. MORRIS (ATTORNEY AT LAW)
4051 VETERANS BLVD, SUITE 208
METAIRIE, LA 70002

Claim Number: 10649
Claim Date: 11/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $23941.85 |
| --- | --- | --- |

---

DUHON, CRISSY
CARY BRYSON
217 W. UNIVERSITY AVE
LAFAYETTE, LA 70506

Claim Number: 7523
Claim Date: 07/01/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $67929.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

DUHON, CRISSY
CARY BRYSON
217 W. UNIVERSITY AVE
LAFAYETTE, LA 70506

Claim Number: 7522
Claim Date: 07/01/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $67929.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

DUKE ENERGY CORPORATION
P.O. BOX 1244
422 S. CHURCH STREET
CHARLOTTE, NC 28201-1244

Claim Number: 10037
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $49191.87 |
| --- | --- | --- |

---

DUKE POWER CO
PO BOX 1245
CHARLOTTE, NC 28201-1245

Claim Number: 10759
Claim Date: 07/13/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $33000.00 |
| --- | --- | --- |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| DUKE POWER COMPANY<br>P.O. BOX 1245<br>CHARLOTTE, NC 28201 | | | Claim Number: 3331<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $60359.50 | | | | |
| DUKE POWER COMPANY<br>P.O. BOX 1245<br>CHARLOTTE, NC 28201 | | | Claim Number: 4285<br>Claim Date: 03/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $64676.14 | | | | |
| DUKE, JAMES M<br>1000 UNIVERSITY BLVD APT B14<br>KINGSPORT, TN 37663 | | | Claim Number: 8171<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | | |
| ADMINISTRATIVE | Claimed: | $1878.00 | | | | |
| DULEY PRESS, INC.<br>P.O. BOX 484<br>MISHAWAKA, IN 46546 | | | Claim Number: 10059<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
| DULEY PRESS, INC.<br>P.O. BOX 484<br>MISHAWAKA, IN 46546 | | | Claim Number: 10097<br>Claim Date: 05/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $38314.45 | | | | |
| DULIN, CHARITY & SHAWN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 6956<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
| DUMPLIN VALLEY PARK,<br>DBA DUMPLIN VALLEY PARK<br>P O BOX 6135<br>SEVIERVILLE, TN 37864 | | | Claim Number: 1017<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $591.00 | Scheduled: | $525.00 DISP | Allowed: | $591.00 |

---

DUNCAN CLAUDIA,                          Claim Number: 2966
2625 SHILOH CHURCH RD                     Claim Date: 03/10/2003
WINSTON SALEM, NC 27105                   Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1335.00 | Scheduled: | $1335.00 | Allowed: | $1335.00 |
|---|---|---|---|---|---|---|

---

DUNCAN, ROSETTA J.                        Claim Number: 5759
STEVEN K. KORTANEK, ESQ.                  Claim Date: 03/27/2003
919 N. MARKET STREET, STE. 1000           Debtor: OAKWOOD HOMES CORPORATION
WILMINGTON, DE 19801                      Comments: EXPUNGED
                                          DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

DUNCANS PEST CONTROL INC,                 Claim Number: 4161
P O BOX 13163                             Claim Date: 03/18/2003
ALEXANDRIA, LA 71315                      Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | Allowed: | $40.00 |
|---|---|---|---|---|---|---|

---

DUNHAM, LEZLE FAY                         Claim Number: 5368
C/O BARRY BROUGHTON                       Claim Date: 03/26/2003
BROUGHTON & KYSER, P.C.                   Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
716 CONGRESS AVE., STE. 201               Comments: EXPUNGED
AUSTIN, TX 78701

| SECURED | Claimed: | $121262.81 |
|---|---|---|

---

DUNHAM, LEZLE FAY                         Claim Number: 5369
C/O BARRY BROUGHTON                       Claim Date: 03/26/2003
BROUGHTON & KYSER, P.C.                   Debtor: OAKWOOD MOBILE HOMES, INC.
716 CONGRESS AVE., STE. 201               Comments: ALLOWED
AUSTIN, TX 78701                          DOCKET: 7888 (03/02/2005)

| SECURED | Claimed: | $121262.81 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1000.00 |

---

DUNN, DONNETTE & LA SHAWN D.              Claim Number: 9475
243 CHAMBLISS ROAD                        Claim Date: 04/07/2004
EMPORIA, VA 23847                         Debtor: HBOS MANUFACTURING, LP
                                          Comments: EXPUNGED
                                          DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

DUPREE, BIRDIE                            Claim Number: 3521
381 HORTON LN                             Claim Date: 05/27/2005
MALVERN, AR 72104-6596                    Debtor: OAKWOOD HOMES CORPORATION
                                          Comments: ALLOWED
                                          DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

---

DUPREE, BIRDIE (GEORGIA GOODMAN)          Claim Number: 6957
IRA M. LEVEE, ESQ.                        Claim Date: 05/13/2003
LOWENSTEIN SANDLER, P.C.                  Debtor: OAKWOOD HOMES CORPORATION
65 LIVINGSTON AVENUE                      Comments: WITHDRAWN
ROSELAND, NJ 07068

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

DUPREE, MICHAEL & BETH                    Claim Number: 5064
35230 WEST MONTEGO BAY RD                 Claim Date: 03/26/2003
MANNFORD, OK 74044                        Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $49140.00 |

DUPREE, MICHAEL & BETH                    Claim Number: 5068
C/O TONY L. ATTERBURY                     Claim Date: 03/26/2003
DEPEW & GILLEN, L.L.C.                     Debtor: OAKWOOD MOBILE HOMES, INC.
151 NORTH MAIN, SUITE 800                 Comments: EXPUNGED
WICHITA, KS 67202                         DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $49140.00 |

DUPREE, MICHAEL & BETH                    Claim Number: 5072
DEPEW & GILLEN LLC                        Claim Date: 03/26/2003
8301 E 21ST ST N STE 450                  Debtor: PREFERRED HOUSING SERVICES, LP
WICHITA, KS 672062936                     Comments: EXPUNGED
                                          DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $49140.00 |

DURA SCAPES,                              Claim Number: 1012
DBA DURA SCAPES                           Claim Date: 02/19/2003
PO BOX 312206                             Debtor: OAKWOOD MOBILE HOMES, INC.
NEW BRAUNFELS, TX 78131

| UNSECURED | Claimed: | $780.00 | Scheduled: | $281.45 | Allowed: | $780.00 |

DURFEE, JAMES & MICHELLE                   Claim Number: 6958
IRA M. LEVEE, ESQ.                         Claim Date: 05/13/2003
LOWENSTEIN SANDLER, P.C.                   Debtor: OAKWOOD HOMES CORPORATION
65 LIVINGSTON AVENUE                       Comments: WITHDRAWN
ROSELAND, NJ 07068

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

DURHAM CITY/COUNTY TAX OFFICE             Claim Number: 10458
P.O. BOX 3397                             Claim Date: 06/22/2004
DURHAM, NC 27702                          Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $588.80 |

DURHAM COUNTY                             Claim Number: 6444
OFFICE OF THE CITY/COUNTY TAX             Claim Date: 04/03/2003
COLLECTOR P.O. BOX 3397                   Debtor: OAKWOOD HOMES CORPORATION
DURHAM, NC 27702

| PRIORITY | Claimed: | $453.98 |

| | | |
|---|---|---|
| DURHAM COUNTY<br>OFFICE OF THE CITY/COUNTY TAX<br>COLLECTOR P.O. BOX 3397<br>DURHAM, NC 27702 | | Claim Number: 9185<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |

ADMINISTRATIVE      Claimed:      $1082.21

| | | |
|---|---|---|
| DURHAM WANDA<br>251 CATFISH LANE<br>ELKIN, NC 28621 | | Claim Number: 3249<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

PRIORITY      Claimed:      $1600.00

| | | |
|---|---|---|
| DURHAM WANDA,<br>251 CATFISH LANE<br>ELKIN, NC 28621 | | Claim Number: 3287<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

PRIORITY      Claimed:      $2285.00
UNSECURED                    Scheduled:      $2285.00      Allowed:      $2285.00

| | | |
|---|---|---|
| DURMA, SCOTT<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | Claim Number: 3203<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |

PRIORITY      Claimed:      $35000.00
UNSECURED                                           Allowed:      $10162.01

| | | |
|---|---|---|
| DURMAN, SCOTT AND ALICE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 7111<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

UNSECURED      Claimed:      $74999.00                     Allowed:      $74999.00

| | | |
|---|---|---|
| DUTCH CORPORATION-IN, THE<br>P.O. BOX 1217<br>MIDDLEBURY, IN 46540 | | Claim Number: 3411<br>Claim Date: 03/11/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |

UNSECURED      Claimed:      $0.00      Scheduled:      $2319.50 UNLIQ      Allowed:      $2319.50

| | | |
|---|---|---|
| DUTCH CORPORATION-IN, THE<br>P.O. BOX 1217<br>MIDDLEBURY, IN 46540 | | Claim Number: 3402<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED      Claimed:      $3632.19                     Allowed:      $3632.19

| DUTCH VALLEY HOMES, INC.<br>PO BOX 349<br>SMYRNA, DE 19977 | Claim Number: 4497<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED     Claimed:     $555.42 | |

| DUTTON RICKY LYNN<br>PO BOX 1474<br>CENTER, TX 75935 | Claim Number: 2109<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED     Claimed:     $6250.00 | |

| DUTTON RICKY LYNN<br>PO BOX 1474<br>CENTER, TX 75935 | Claim Number: 10416<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |
|---|---|
| PRIORITY     Claimed:     $6250.00 | |

| DUTTON, RICKY LYNN<br>PO BOX 1474<br>CENTER, TX 75935 | Claim Number: 9125<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|
| ADMINISTRATIVE     Claimed:     $6250.00 | |

| DUVAL COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741), PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 252<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|
| SECURED     Claimed:     $3297.16 | |

| DWAYNES LAWN CARE SERVICE<br>DBA DWAYNES LAWN CARE SERVICE<br>169 EDENWOOD LANE<br>WYTHEVILLE, VA 24382 | Claim Number: 8949<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE     Claimed:     $820.00 | |

| DYCHES CONSTRUC<br>32 E MONTGOMERY CROSS RD<br>SAVANNAH, GA 31406 | Claim Number: 1398<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED     Claimed:     $612.50 | Allowed:     $612.50 |

| DYER'S, INC.<br>PO BOX 707<br>EDEN, NC 27289 | Claim Number: 7939<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE     Claimed:     $397.33 | |

---

DYERS BIG SANDY,
506 CAROL MALONE
GRAYSON, KY 41143

Claim Number: 952
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $4341.34 | Scheduled: | $1009.44 | Allowed: | $4341.34 |

---

DYERS INC
PO BOX 707
EDEN, NC 27288

Claim Number: 1132
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $344.37 | | | | |
| UNSECURED | | | | | Allowed: | $344.37 |

---

DYESS THOMAS
1981 COUNTY ROAD 224
ELBA, AL 36323

Claim Number: 2687
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $250.00 |

---

E & J PLUMBING
DBA E & J PLUMBING
12020 CROWN ROYAL DRIVE
EL PASO, TX 79936

Claim Number: 8517
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $22484.80 |

---

E I S ENVIRONMENTAL ENGINEERS
1701 N IRONWOOD DR
SOUTH BEND, IN 46635

Claim Number: 2079
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1400.00 |

---

E I S ENVIRONMENTAL ENGINEERS,
1701 N IRONWOOD DR
SOUTH BEND, IN 46635

Claim Number: 2080
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $62.50 | Scheduled: | $62.50 |

---

E L METALS,
PO BOX 198
EAGLE LAKE, MN 56024

Claim Number: 8283
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1143.81 |

---

---

| E&A CONSTRUCTION INC,<br>PO BOX 555<br>WINDSOR, NC 27983 | Claim Number: 2268<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $226.01 | Scheduled: | $226.01 | Allowed: | $226.01 |
|---|---|---|---|---|---|---|

| E-Z CARE LAWN SERVICE & MORE<br>106 ARCHET AVENUE<br>MARYVILLE, TN 37804 | Claim Number: 10331<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $440.00 |
|---|---|---|

| E. MEREDITH MANNING, ESQ.<br>BLUE CROSS AND BLUE SHEILD OF S.C.<br>LEGAL DEPARTMENT<br>I-20 AT ALPINE ROAD<br>COLUMBIA, SC 29219-0001 | Claim Number: 10035<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $227135.32 |
|---|---|---|

| EADS CONSTRUCTION<br>106 AZTEC<br>PIEDMONT, MO 63957 | Claim Number: 3725<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1700.00 |
|---|---|---|

| EAGLE CREEK MHC<br>DBA EAGLE CREEK MHC<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5460<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $251.50 | | | Allowed: | $251.50 |
|---|---|---|---|---|---|---|

| EAGLE IRON FOUNDATIONS, INC.<br>PO BOX 90039<br>HENDERSON, NV 890090039 | Claim Number: 10040<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $12690.75 |
|---|---|---|

| EAGLE MOUNTAIN - SAGINAW I.S.D.,<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 542<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $10868.65 | | | Allowed: | $2319.16 |
|---|---|---|---|---|---|---|

EAGLE MOUNTAIN-SAGINAW ISD
ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 10137
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $6454.82 |
| --- | --- | --- |

EAGLE PASS INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5382
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1828.34 |
| --- | --- | --- |

EAGLE PASS INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6303
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1828.34 |
| --- | --- | --- |

EAGLE PASS INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6746
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1828.34 |
| --- | --- | --- |

EAGLE RIDGE GENERAL STORE,
DBA EAGLE RIDGE GENERAL STORE
PO BOX 77
ROGERS, KY 41365

Claim Number: 4512
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 |
| --- | --- | --- | --- | --- |

EAGLE ROAD SERVICE & TIRE INC,
3011 E LA CADENA DR
RIVERSIDE, CA 92507

Claim Number: 1518
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $486.81 | Scheduled: | $486.81 | Allowed: | $486.81 |
| --- | --- | --- | --- | --- | --- | --- |

EAGLES NEWSPAPERS INC
DBA WOODBURN INDEPENDENT
650 N FIRST ST
WOODBURN, OR 97071

Claim Number: 1052
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $57.75 | | | Allowed: | $57.75 |
| --- | --- | --- | --- | --- | --- | --- |

EAGLES NEWSPAPERS INC,
DBA WOODBURN INDEPENDENT
650 N FIRST ST
WOODBURN, OR 97071

Claim Number: 1053
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1533.46 | Scheduled: | $815.10 | Allowed: | $1533.46 |
| --- | --- | --- | --- | --- | --- | --- |

---

EANES BILLY VAN
1376 C.R. 250
CAMERON, TX 76520

Claim Number: 9172
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

EANES BILLY VAN,
1376 C.R. 250
CAMERON, TX 76520

Claim Number: 1236
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1360.57 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $1360.57 | Allowed: | $1360.57 |

EANES, ALANA
1006 ROACH ST
MAYODAN, NC 27027

Claim Number: 6246
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $630.00 | Scheduled: | $630.00 | Allowed: | $630.00 |
| --- | --- | --- | --- | --- | --- | --- |

EANES, ALANA
1006 ROACH ST
MAYODAN, NC 27027

Claim Number: 8823
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $630.00 |
| --- | --- | --- |

EANES, ALANA
1006 ROACH ST
MAYODAN, NC 27027

Claim Number: 9514
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $630.00 |
| --- | --- | --- |

EARL, PAUL K.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5760
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1931.25 UNLIQ |

EARL, ROBERT J.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5761
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1650.00 UNLIQ |

---

---

EARLS ELECTRICAL HEATING & AIR,
COND INC
P O BOX 1053
LAURINBURG, NC 28353

Claim Number: 902
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $150.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150.00 | | Allowed: | $150.00 |

---

EARNHARDT, WILLI
P.O. BOX 68
GOLD HILL, NC 28071

Claim Number: 6762
Claim Date: 04/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| SECURED | Claimed: | $32000.00 |
|---|---|---|
| UNSECURED | Claimed: | $4450.00 |

---

EARP JACK,
PO BOX 1129
GLADEWATER, TX 75647

Claim Number: 1110
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 DISP | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

---

EARTHCARE CARPET CLEANING
DBA:EARTHCARE CARPET CLEANING
3289 MAYBANK HWY
JOHNS ISLAND, SC 29455

Claim Number: 6649
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $276.00 |
|---|---|---|

---

EARTHWORKS CONS
922 BARRETT ROAD
CLOVER, SC 29710

Claim Number: 3132
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1285.31 |
|---|---|---|

---

EARTHWORKS INC
4287 NORTH HIGHWAY 51
PERRYVILLE, MO 63775

Claim Number: 1843
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2791.31 |
|---|---|---|

---

EARWOOD, JOHN & BRENDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6959
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

---

EAST POINT MH PARK,
2994 HWY 105 E
CONROE, TX 77301

Claim Number: 6844
Claim Date: 05/06/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $1050.00 | | |
|---|---|---|---|---|

---

EAST RIDGE HARDWARE
DBA EAST RIDGE HARDWARE
5337 RINGGOLD RD STE D
CHATTANOOGA, TN 37412

Claim Number: 2008
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $269.91 | Allowed: | $269.91 |
|---|---|---|---|---|

---

EAST TEXAS SAFE T LIGHTING
DBA EAST TEXAS SAFE T LIGHTING
P O BOX 647
CROCKETT, TX 75835

Claim Number: 8377
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3044.21 | | |
|---|---|---|---|---|

---

EAST VALLEY TRIBUNE
120 W. 1ST AVENUE
MESA, AZ 85210

Claim Number: 9789
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $290.21 | | |
|---|---|---|---|---|

---

EAST VALLEY TRIBUNE
120 W. 1ST AVENUE
MESA, AZ 85210

Claim Number: 10414
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $290.21 | | |
|---|---|---|---|---|

---

EASTCOAST HEAT & AIR,
PO BOX 64
LELAND, NC 28451-0064

Claim Number: 2022
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $540.00 |
|---|---|---|---|---|

---

EASTERN DECOR
PO BOX 985
SANFORD, NC 27330

Claim Number: 4893
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $54039.00 | | |
|---|---|---|---|---|

---

EASY LIVING MOBILE HOME PARK
DBA EASY LIVING MOBILE HOME PARK
503 SPRINGVIEW DR
DARLINGTON, SC 29532

Claim Number: 759
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $230.00 | Allowed: | $230.00 |
|---|---|---|---|---|

---

---

EBA-SR MFG HOUSING SERVICE,
DBA EBA-SR MFG HOUSING SERVICE
523 GARDEN LANE
WAVELAND, MS 39576

Claim Number: 3691
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $957.92 | Scheduled: | $957.92 | Allowed: | $957.92 |
|---|---|---|---|---|---|---|

ECHO ENTERPRISE,
5565 MILLSTREAM WAY
BOISE, ID 83714

Claim Number: 1839
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $950.16 | Scheduled: | $1262.16 | Allowed: | $950.16 |
|---|---|---|---|---|---|---|

ED HUMES LOCKSMITH SERVICE INC
PO BOX 165
EDMOND, OK 73083

Claim Number: 8214
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $25.00 |
|---|---|---|

ED HUMES LOCKSMITH SERVICE INC,
PO BOX 165
EDMOND, OK 73083

Claim Number: 10295
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $150.00 |
|---|---|---|

EDDS, JAMES
2316 REDDING LANE
NORTH LITTLE ROCK, AR 72118

Claim Number: 593
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $20000.00 |
|---|---|---|

EDDS, JAMES
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2865
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $20000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $5806.86 |

EDDS, JAMES & BETTY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6960
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

EDEN GLASS & WI,
217 W MEADOW RD
EDEN, NC 27288

Claim Number: 3608
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $175.30 | Allowed: | $175.30 |

---

EDEN'S OWN JOURNAL
610 PARK AVENUE
EDEN, NC 27288

Claim Number: 8073
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $207.50 |

---

EDENFILED, GARY & JACQUELINE
C/O BETTY WALKER-LANIER ATTORNEY
223 E. SECOND ST
TIFTON, GA 31793

Claim Number: 5209
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25000.00 UNLIQ | Allowed: | $2795.00 |

---

EDGECOMBE COUNTY TAX COLLECTOR
P O BOX 10
TARBORO, NC 27886

Claim Number: 1088
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $3776.38 |

---

EDGECOMBE COUNTY TAX COLLECTOR
P O BOX 10
TARBORO, NC 27886

Claim Number: 7897
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4202.87 |

---

EDMONDS ROBERT M,
687 ALLIGATOR ROAD
EFFINGHAM, SC 29541-4912

Claim Number: 1883
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $415.00 | Scheduled: | $415.00 | Allowed: | $415.00 |

---

EDMONDS, DAVID
4168 TIMBER RIDGE LAKE ROAD
LIBERTY, NC 27298

Claim Number: 8746
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

EDNA/FRANK JONES/PERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7085
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

EDOUARD WHELAN, INDIVIDUALLY & DBA
STAR CREST HOMES
10001 ROUTE 219
WEST VALLEY, NY 14171

Claim Number: 293
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 2145 (10/16/2003)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150000.00 |

---

EDOUARD WHELAN, INDIVIDUALLY AND
D/B/A STAR CREST HOMES
10001 RT 219
WEST VALLEY, NY 14171

Claim Number: 2664
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150000.00 |

---

EDWARD, JOYCE
C/O MEREDITH P. EZZELL, ESQ.
SHIPMAN & ASSOCIATES, LLP
11 SOUTH FIFTH AVENUE
WILMINGTON, NC 28401

Claim Number: 5559
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8436 (02/06/2006)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1200.00 |

---

EDWARDS GREENVILLE INC,
PO BOX 8403
GREENVILLE, NC 27835

Claim Number: 687
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3256.30 | | | |
| UNSECURED | | | Scheduled: $3256.30 | Allowed: | $3256.30 |

---

EDWARDS MOBILE HOME MOVERS
6234 CAMDEN ROAD
FAYETTEVILLE, NC 28306

Claim Number: 3375
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8380.00 |

---

EDWARDS MOBILE HOME MOVERS
JAMES R. EDWARDS
6234 CAMDEN RD.
FAYETTEVILLE, NC 28306

Claim Number: 10294
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8380.00 |

---

EDWARDS MOBILE HOME MOVERS,
6234 CAMDEN ROAD
FAYETTEVILLE, NC 28306

Claim Number: 3376
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8380.00 | Scheduled: $11370.00 DISP | Allowed: | $8380.00 |

---

---

EDWARDS XPRESS INC
1200 SUMAC ROAD
PULASKI, TN 38478

Claim Number: 4656
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8496.50 |
|---|---|---|

---

EDWARDS XPRESS INC
1200 SUMAC ROAD
PULASKI, TN 38478

Claim Number: 8840
Claim Date: 11/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

---

EDWARDS XPRESS INC,
248 FIRE TOWER RD
PULASKI, TN 384788201

Claim Number: 4657
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $7500.00 | Scheduled: | $10000.00 |
|---|---|---|---|---|

---

EDWARDS, FRED A.,
5896 TABOR CHURCH RD
FAYETTEVILLE, NC 28301

Claim Number: 669
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7105.00 | Scheduled: | $6100.00 | Allowed: | $7105.00 |
|---|---|---|---|---|---|---|

---

EDWARDS, JEFF
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5762
Claim Date: 03/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

EDWARDS, JERROLD
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5763
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6654.14 UNLIQ |

---

EICHOST WILLIAM T
432 WESTOVER HILLS BLVD #103
RICHMOND, VA 23225

Claim Number: 7914
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $550.00 |
|---|---|---|

---

---

EL ADOBE MOBILE HOME COMMUNITY
C/O HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6188
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $1676.22 |
| --- | --- | --- |

---

EL ADOBE MOBILE HOME COMMUNITY
C/O HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6457
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $1676.22 |
| --- | --- | --- |

---

EL ADOBE MOBILE HOME COMMUNITY
C/O HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6359
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $1676.22 |
| --- | --- | --- |

---

EL DORADO MHC
14320 SMITH RD
HUMBLE, TX 77396

Claim Number: 2154
Claim Date: 02/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| SECURED | Claimed: | $885.00 | | |
| UNSECURED | | | Scheduled: | $885.00 DISP |

---

EL PASO COUNTY TREASURER
SANDRA J DAMRON
P.O. BOX 2007
COLORADO SPRINGS, CO 80901-2007

Claim Number: 4124
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $271.44 |
| --- | --- | --- |

---

EL PASO COUNTY TREASURER
SANDRA J DAMRON
P.O. BOX 2007
COLORADO SPRINGS, CO 80901-2007

Claim Number: 4125
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $405.47 |
| --- | --- | --- |
| SECURED | Claimed: | $280.51 |

---

EL PASO COUNTY TREASURER
SANDRA J DAMRON
P.O. BOX 2007
COLORADO SPRINGS, CO 80901-2007

Claim Number: 4126
Claim Date: 03/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| SECURED | Claimed: | $1427.98 |
| --- | --- | --- |

---

---

EL PASO COUNTY TREASURER
PO BOX 2007
ATTN: SANDRA J. DAMRON
COLORADO SPRINGS, CO 80901

Claim Number: 5258
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $405.47 |
| SECURED | Claimed: | $280.51 |

---

EL PASO COUNTY TREASURER
PO BOX 2007
ATTN: SANDRA J. DAMRON
COLORADO SPRINGS, CO 80901

Claim Number: 5259
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $271.44 |

---

EL PASO COUNTY TREASURER
SANDRA J. DAMRON
P.O. BOX 2007
COLORADO SPRINGS, CO 80901

Claim Number: 5260
Claim Date: 03/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $1427.98 |

---

EL PASO ELECTRIC COMPANY
ATTN: RHONDA PYLE
123 W. MILLS AVENUE
EL PASO, TX 79901

Claim Number: 3399
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2292.50 |

---

EL PASO ELECTRIC COMPANY
ATTN: RHONDA BRYANT
123 W. MILLS AVENUE
EL PASO, TX 79901

Claim Number: 9880
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $538.39 |

---

ELDEN MOTELS LIMITED PARTNERSHIP
DBA HOLIDAY INN EXPRESS-ASHLAND
1392 ENTERPRISE PARKWAY
ASHLAND, OH 44805

Claim Number: 9833
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $806.22 |

---

ELDRIDGE JERRY II,
816 BIG UGLY RD EAST
LEET, WV 25524

Claim Number: 2709
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1625.00 | | | |
| UNSECURED | | | Scheduled: $625.00 | Allowed: | $1625.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELECTRIC CITY UTILITIES<br>908 W MAIN ST<br>ANDERSON, SC 296215527 | | | Claim Number: 3109<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $7.77 | | | | |
| ELECTRIC POWER BOARD CHATTANOOGA<br>P.O. BOX 182255<br>CHATTANOOGA, TN 37422-7255 | | | Claim Number: 287<br>Claim Date: 01/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $865.36 | | | | |
| ELECTRIC POWER BOARD OF CHATTANOOGA<br>P.O. BOX 182255<br>CHATTANOOGA, TN 37422-7255 | | | Claim Number: 272<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $865.36 | | | | |
| ELECTROLUX-SALISBURY,<br>907 S MAIN ST<br>SALISBURY, NC 28147 | | | Claim Number: 2074<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $1905.10 | Scheduled: | $1905.10 | Allowed: | $1905.10 |
| ELECTRONIC SOLUTIONS,<br>3605 W QUANTICO ST<br>BROKEN ARROW, OK 740111289 | | | Claim Number: 2493<br>Claim Date: 02/28/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3300.00 | Scheduled: | $275.00 | Allowed: | $2225.00 |
| ELITE FOUNDATION, INC.<br>P.O. BOX 15362<br>LENAXA, KS 66258-5362 | | | Claim Number: 2470<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $11501.25 | | | Allowed: | $4600.00 |
| ELIXER INDUSTRIES-AZ,<br>NATIONAL CREDIT<br>PO BOX 470<br>GARDENA, CA 90247 | | | Claim Number: 4789<br>Claim Date: 03/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $606.72 | Scheduled: | $606.72 | Allowed: | $606.72 |

ELIXER INDUSTRIES-OR,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4788
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $229.32 | Scheduled: | $229.32 | Allowed: | $229.32 |
|---|---|---|---|---|---|---|

ELIXIR INC-AZ
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4786
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $186.68 | Scheduled: | $186.68 | Allowed: | $186.68 |
|---|---|---|---|---|---|---|

ELIXIR IND
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4795
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $40902.62 | Scheduled: | $36871.81 | Allowed: | $37500.66 |
|---|---|---|---|---|---|---|

ELIXIR IND-GA,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4759
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $223.54 | Scheduled: | $223.54 | Allowed: | $223.54 |
|---|---|---|---|---|---|---|

ELIXIR IND-GA,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4798
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $4337.96 | Scheduled: | $4337.96 | Allowed: | $4337.96 |
|---|---|---|---|---|---|---|

ELIXIR IND-NC,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4761
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1011.61 | Scheduled: | $1011.61 | Allowed: | $1011.61 |
|---|---|---|---|---|---|---|

ELIXIR IND-OR,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4791
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3333.88 | Scheduled: | $3333.88 | Allowed: | $3333.88 |
|---|---|---|---|---|---|---|

ELIXIR IND-TN,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4787
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1359.28 | Scheduled: | $1359.28 | Allowed: | $1359.28 |
|---|---|---|---|---|---|---|

ELIXIR IND-TN,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4792
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $5944.51 | Scheduled: | $6013.46 | Allowed: | $5944.51 |
|---|---|---|---|---|---|---|

ELIXIR IND-TX,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4790
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $797.74 | Scheduled: | $797.74 | Allowed: | $797.74 |
|---|---|---|---|---|---|---|

ELIXIR IND-TX,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4794
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $20456.30 | Scheduled: | $19399.34 | Allowed: | $20456.30 |
|---|---|---|---|---|---|---|

ELIXIR INDUSTRIES - 42
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4797
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $240.00 | | | Allowed: | $240.00 |
|---|---|---|---|---|---|---|

ELIXIR INDUSTRIES-GA,
NATIONAL CREDITL
PO BOX 470
GARDENA, CA 90247

Claim Number: 4760
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6555.50 | Scheduled: | $6555.50 | Allowed: | $6555.50 |
|---|---|---|---|---|---|---|

ELIXIR INDUSTRIES-IN,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4793
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $652.59 | Scheduled: | $746.83 | Allowed: | $652.59 |
|---|---|---|---|---|---|---|

ELIXIR INDUSTRIES-PA,
NATIONAL CREDIT
PO BOX 470
GARDENA, CA 90247

Claim Number: 4796
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $13356.65 | Scheduled: | $11920.85 | Allowed: | $11920.85 |
|---|---|---|---|---|---|---|

ELIZABETHTON NE,
PO BOX 1960
ELIZABETHTON, TN 37644-1960

Claim Number: 2330
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $30.00 | Scheduled: | $90.00 | Allowed: | $30.00 |
|---|---|---|---|---|---|---|

---

| ELIZABETHTON NEWSPAPERS, INC.<br>PO BOX 1960<br>ELIZABETHTON, TN 37644-1960 | Claim Number: 2341<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $120.00 | | | Allowed: | $120.00 |

---

| ELKHART COUNTY TREASURER<br>117 N. SECOND ST. ROOM 201<br>GOSHEN, IN 46526 | Claim Number: 4577<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7802 (05/20/2005) |
|---|---|

| PRIORITY | Claimed: | $133682.50 |

---

| ELKHART COUNTY,<br>117 NORTH 2ND STREET ROOM 201<br>GOSHEN, IN 46526-3296 | Claim Number: 4576<br>Claim Date: 03/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7802 (05/20/2005) |
|---|---|

PRIORITY                                        Scheduled:          $0.00 UNLIQ
SECURED           Claimed:     $138751.84

---

| ELKHART STEEL SERVICE INC,<br>23321 COUNTY ROAD 106<br>ELKHART, IN 46514 | Claim Number: 1275<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $385.02 | Scheduled: | $385.02 | Allowed: | $385.02 |

---

| ELKHORN SERVICES, INC.<br>12280 W. INDIAN SCHOOL ROAD<br>LITCHFIELD PARK, AZ 85340 | Claim Number: 10556<br>Claim Date: 08/05/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8216.00 |

---

| ELLINGTON, KENNETH<br>C/O JOHN G. SMITH, ESQUIRE<br>P.O. BOX 780608<br>TALLASSEE, AL 36078 | Claim Number: 9309<br>Claim Date: 12/30/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1700.00 | | | Allowed: | $1700.00 |

---

| ELLINGTON, KENNETH W.<br>C/O JOHN G. SMITH, ESQUIRE<br>P.O. BOX 780608<br>TALLASSEE, AL 36078 | Claim Number: 2467<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

---

---

ELLIOTT, GLENN H
397 SMOKEY BEAR ROAD
NORMAN PARK, GA 31771

Claim Number: 8366
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

ELLIOTT, GLENN H.
397 SMOKEY BEAR ROAD
NORMAN PARK, GA 31771

Claim Number: 3576
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

ELLIOTT, KENNETH L.
C/O ROY A. PERKINS, ESQ.
82 PLAZA - SUITE 104
PO BOX 678
STARKVILLE, MS 39760-0678

Claim Number: 5378
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $13000.00 | Allowed: | $3774.46 |
|---|---|---|---|---|

---

ELLIOTTS LANDSCAPING,
DBA ELLIOTTS LANDSCAPING
899 CARL PRESSLEY RD
LEXINGTON, NC 27295

Claim Number: 3294
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $589.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $589.00 | Allowed: | $589.00 |

---

ELLIS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 64
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $4779.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2542.29 |

---

ELLIS COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVIOSN CTR
DALLAS, TX 75201

Claim Number: 76
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $4779.25 UNLIQ | | |
|---|---|---|---|---|

---

ELLIS COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVIOSN CTR
DALLAS, TX 75201

Claim Number: 7653
Claim Date: 07/29/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| SECURED | Claimed: | $5698.96 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $77.50 |

---

| ELLIS COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>ELIZABETH WELLER<br>DALLAS, TX 75201 | Claim Number: 7658<br>Claim Date: 07/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| SECURED | Claimed: | $5698.96 UNLIQ |
|---|---|---|

| ELLIS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201 | Claim Number: 7733<br>Claim Date: 07/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| SECURED | Claimed: | $6318.62 UNLIQ | Allowed: | $1137.48 |
|---|---|---|---|---|

| ELLIS COUNTY<br>E. WELLER, S.K. KNIGHTON, L.A. SPINDLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10826<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1569.65 UNLIQ |
|---|---|---|

| ELLIS COUNTY MEDICAL ASSOCIATION<br>802 WEST LAMPASS<br>ENNIS, TX 75119 | Claim Number: 8685<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $223.00 |
|---|---|---|

| ELLIS COUNTY,<br>POB 520<br>HAYS, KS 67601 | Claim Number: 1247<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1124.40 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ELLIS GERRY,<br>PO BOX 3281<br>DALTON, GA 30721 | Claim Number: 4352<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2875.00 | Scheduled: | $920.00 DISP |
|---|---|---|---|---|

| ELLIS, ALICE W.<br>C/O LEWIS E. WADELL, JR. LAW OFFICE<br>PO BOX 206<br>NEWTON, NC 28658 | Claim Number: 5339<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7477 (01/18/2005) |
|---|---|

| SECURED | Claimed: | $85972.00 |
|---|---|---|

| ELLIS, BRENDA<br>C/O EUGENE C. TULLOS<br>PO BOX 1152<br>LAUREL, MS 39441-1152 | Claim Number: 5365<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ELLIS, BRENDA L. & NEWELL, ROOSEVELT<br>C/O EUGENE C. TULLOS<br>PO BOX 1152<br>LAUREL, MS 39441-1152 | Claim Number: 6440<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| ELLIS, DEANTONETTA/DAVID<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2864<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

| ELLIS, DEANTRONETTA/DAVID<br>673-A WILLIE WARNER ROAD<br>SHUBUTA, MS 39360 | Claim Number: 592<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

| ELLIS, GERRY<br>PO BOX 3281<br>DALTON, GA 30721 | Claim Number: 9064<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2064.00 |
|---|---|---|

| ELLIS, MARK<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3204<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

| ELLISON CHARLES G<br>2304 SCHWALD RD.<br>KILLEEN, TX 76543 | Claim Number: 4703<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ELLISON, CHARLES G.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 5764<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2100.00 UNLIQ |

---

ELLISON, HATTIE
109 MASSEY ALLEY
MARSHALLVILLE, GA 31057

Claim Number: 8382
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $950.00 |
|---|---|---|

---

ELM VALLEY PARK DEVELOPMENT CO INC
2425 QUAIL FOOT
SAN ANTONIO, TX 78253

Claim Number: 1142
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $365.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $350.00 |

---

ELMORE COUNTY TAX COLLECTOR
150 S 4TH E STE 4
MOUNTAIN HOME, ID 836473094

Claim Number: 2359
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $2501.68 UNLIQ |
|---|---|---|

---

ELMORE SUDIE
306 MARLOWE DR
DUNN, NC 28334

Claim Number: 5165
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 UNLIQ | | Allowed: | $300.00 |
|---|---|---|---|---|---|

---

ELVIN SAFETY SUPPLY INC,
7300 WASHINGTON AVE S
EDEN PRAIRIE, MN 55344

Claim Number: 2693
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $789.34 | Scheduled: | $789.34 | Allowed: | $789.34 |
|---|---|---|---|---|---|---|

---

ELVIN SAFETY SUPPLY, INC.
7300 WASHINGTON AVENUE SOUTH
EDEN PRAIRIE, MN 55344

Claim Number: 9839
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $789.34 |
|---|---|---|

---

EMANUELS COURT MOBILE HOME PARK
PO BOX 4201
OPELIKA, AL 36803

Claim Number: 1534
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $150.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMERALD HOME FURNISHINGS,<br>PO BOX 84973<br>SEATTLE, WA 98124 | | | Claim Number: 5449<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $54443.55 | | | | | |
| EMERSON RESEARCH,<br>DBA EMERSON RESEARCH<br>710 LICHFIELD RD<br>WINSTON-SALEM, NC 27104 | | | Claim Number: 3323<br>Claim Date: 03/06/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $10262.75 | | | | | |
| UNSECURED | | | Scheduled: | $7312.75 | Allowed: | $10262.75 | |
| EMPLOYOCITY LTD,<br>PO BOX 131313<br>HOUSTON, TX 77219 | | | Claim Number: 1020<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | | |
| UNSECURED | Claimed: | $324.75 | Scheduled: | $324.75 | Allowed: | $324.75 | |
| EN POINTE TECHNOLOGIES,<br>PO BOX 514429<br>LOS ANGELES, CA 90051 | | | Claim Number: 2327<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | | |
| UNSECURED | Claimed: | $3230.75 | Scheduled: | $3230.76 | Allowed: | $3230.75 | |
| ENC PUBLICATION<br>PO BOX 3003<br>JACKSONVILLE, NC 28540 | | | Claim Number: 2252<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $167.01 | | | | | |
| ENC PUBLICATION<br>PO BOX 3003<br>JACKSONVILLE, NC 28540 | | | Claim Number: 9265<br>Claim Date: 12/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $260.95 | | | | | |
| ENCOMPASS INSURANCE COMPANY<br>P.O. BOX 21169<br>3800 ELECTRIC RD., STE 301<br>ROANOKE, VA 24018 | | | Claim Number: 550<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7633 (03/31/2005) | | | | |
| UNSECURED | Claimed: | $50536.14 | | | | | |

---

ENERGY UNITED
P O BOX 1831
ATTN: MELISSA I. CLODFELTER
STATESVILLE, NC 28687

Claim Number: 7217
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2600.75 |

---

ENGELHARDT, CHRISTOPHER A.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5765
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

ENGELHARDT, KATHY
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5766
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2493.75 UNLIQ |

---

ENGLAND JERRY,
10472 MICHAEL DR
FLORENCE, KY 41042

Claim Number: 2329
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3093.00 | | | | |
| UNSECURED | | | Scheduled: | $3093.00 | Allowed: | $3093.00 |

---

ENGLAND JERRY,
108 SOUTHRIDGE DR
VARONA, KY 41092

Claim Number: 2328
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $150.00 | | | | |
| UNSECURED | | | Scheduled: | $150.00 | Allowed: | $150.00 |

---

ENGLAND, JERRY
108 SOUTHRIDGE DR
VARONA, KY 41092

Claim Number: 8099
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3011.19 |

---

ENGLAND, LEWIS E.
C/O DAVID B. VICKERY
101 NORTH MAIN ST.
LEITCHFIELD, KY 42754

Claim Number: 8937
Claim Date: 11/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200000.00 UNLIQ |

---

ENGLAND, LEWIS E.
C/O DAVID B. VICKERY
101 NORTH MAIN ST.
LEITCHFIELD, KY 42754

Claim Number: 10561
Claim Date: 08/09/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| ADMINISTRATIVE | Claimed: | $3000.00 | | | |

---

ENGLE, DAVID
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7112
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

ENGLISH, BENJAMIN
780 26TH AVE
MOULTRIE, GA 31768

Claim Number: 9056
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

---

| ADMINISTRATIVE | Claimed: | $20000.00 | | | |

---

ENGLISH, ELDRIDGE
481 SANDY HOOK RD
SHAWBORO, NC 27973

Claim Number: 7854
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $525.00 | | | |

---

ENGLISH, SONYA L.
97 SHERMAN ST
WARNER ROBINS, GA 31088

Claim Number: 4428
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

---

| PRIORITY | Claimed: | $15000.00 | | | |

---

ENGRAVING SPECIALTIES
PO BOX 1319
HERMISTON, OR 97838

Claim Number: 9722
Claim Date: 05/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $100.85 | | | |

---

ENIVROTEST LTD,
3902 BRAXTON
HOUSTON, TX 77063

Claim Number: 1120
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

---

| UNSECURED | Claimed: | $2675.00 | Scheduled: | $2676.00 | Allowed: | $2675.00 |

---

ENNIS INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 6864
Claim Date: 05/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 4209 (08/13/2004)

---

| SECURED | Claimed: | $29954.07 | | Allowed: | $26179.04 |

---

---

ENNIS, DORIS
301 WEEPING WILLOW DRIVE, NW
CONCORD, NC 28027

Claim Number: 7372
Claim Date: 06/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2775.75 |
|---|---|---|

---

ENNIS, DORIS
301 WEEPING WILLOW DRIVE, NW
CONCORD, NC 28027

Claim Number: 7384
Claim Date: 06/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2775.75 |
|---|---|---|

---

ENNIS, EUGENE
3301 WEEPING WILLOW DRIVE, NW
CONCORD, NC 28027

Claim Number: 7373
Claim Date: 06/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7660 (04/05/2005)

| UNSECURED | Claimed: | $2775.75 |
|---|---|---|

---

ENQUIRER-JOURNA
P O BOX 5040
MONROE, NC 281100532

Claim Number: 1989
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $309.78 | | Allowed: | $309.78 |
|---|---|---|---|---|---|

---

ENSLEN, CONSTANCE
30825 MITCHELL ROAD
RACINE, OH 45771

Claim Number: 9837
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

ENTERGY ARKANSAS INC
MAIL UNIT L JEF 359
PO BOX 6008
NEW ORLEANS, LA 70174-6008

Claim Number: 199
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $772.69 |
|---|---|---|

---

ENTERGY GULF STATES INC
MAIL UNIT L JEF 359
PO BOX 6008
NEW ORLEANS, LA 70174-6008

Claim Number: 198
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5564.08 |
|---|---|---|

---

ENTERGY GULF STATES INC
MAIL UNIT L JEF 359
PO BOX 6008
NEW ORLEANS, LA 70174-6008

Claim Number: 4328
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8946.45 | Scheduled: | $14711.08 |
|---|---|---|---|---|

---

---

ENTERGY LOUISIANA INC
MAIL UNIT L JEF 359
PO BOX 6008
NEW ORLEANS, LA 70174-6008

Claim Number: 197
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION

UNSECURED        Claimed:        $737.16

---

ENVIRONMENTAL CONSULTANTS, INC.
DBA SOUTHERN BUILDING MAINTENANCE CO
108 S. WALNUT CIRCLE
GREENSBORO, NC 27409

Claim Number: 9794
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 7811 (05/20/2005)

ADMINISTRATIVE    Claimed:        $0.00 UNDET

---

ENVIROSAFE, INC DBA PRESENTATION PRODUCT
EULER/AMERICAN CREDIT INDEMNITY
100 E. PRATT STREET, 5TH FLR.
BALTIMORE, MD 21202

Claim Number: 585
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

UNSECURED        Claimed:       $53210.95

---

EPIC CONCEPTS, INC.
DBA ANGELWOOD VILLAGE
PO BOX 479
HAUGHTON, LA 71037

Claim Number: 5157
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

PRIORITY         Claimed:        $430.00

---

EPIC ELECTRIC COMPANY,
654 BYBEE RD
LOUISA, VA 23093

Claim Number: 2462
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

PRIORITY         Claimed:       $2750.92
UNSECURED                        Scheduled:    $3625.00        Allowed:      $1837.00

---

EPLEY, ALLEN AND NICOLE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7113
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

UNSECURED        Claimed:       $74999.00                       Allowed:     $74999.00

---

EQUIFAX
PO BOX 105835
ATLANTA, GA 30348

Claim Number: 7314
Claim Date: 05/20/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

UNSECURED        Claimed:       $6915.66

---

| EQUITY OPTIONS INC | Claim Number: 7976 |
|---|---|
| 1036 JAMES MADISON DR | Claim Date: 11/04/2003 |
| WEDDINGTON, NC 28277 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1046.00 |
|---|---|---|

| ERIC J. DAVIS | Claim Number: 3232 |
|---|---|
| 1314 TEXAS AVE., STE. 806 | Claim Date: 03/06/2003 |
| HOUSTON, TX 77002 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $250000.00 |
|---|---|---|

| ERNIE'S MH TRAN, | Claim Number: 6474 |
|---|---|
| PO BOX 1510 | Claim Date: 03/31/2003 |
| MARYSVILLE, CA 95901 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ERNIE'S MOBILE HOME TRANSPORT-CA, | Claim Number: 6199 |
|---|---|
| PO BOX 1510 | Claim Date: 03/31/2003 |
| MARYSVILLE, CA 95901 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $13716.00 |
|---|---|---|

| ERWIN, BELINDA JO | Claim Number: 5767 |
|---|---|
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| 919 N. MARKET STREET, STE. 1000 | Debtor: OAKWOOD HOMES CORPORATION |
| WILMINGTON, DE 19801 | Comments: EXPUNGED |
| | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| ESCAMILLA, JUAN | Claim Number: 5768 |
|---|---|
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| 919 N. MARKET STREET, STE. 1000 | Debtor: OAKWOOD HOMES CORPORATION |
| WILMINGTON, DE 19801 | Comments: EXPUNGED |
| | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| ESCONDIDO MOBILE HOME PARK LLC, | Claim Number: 2655 |
|---|---|
| 8888 RABE CT | Claim Date: 02/28/2003 |
| EL PASO, TX 79907 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| SECURED | Claimed: | $660.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $440.00 DISP |

| | | |
|---|---|---|
| ESIS, INC.<br>JEFFREY A. LESS, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET STREET, SUITE 700<br>PHILADELPHIA, PA 19102 | | Claim Number: 6433<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50000.00 UNLIQ |

| | | |
|---|---|---|
| ESIS, INC.<br>JEFFREY A. LESS, ESQ.<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET STREET, STE 700<br>PHILADELPHIA, PA 19102 | | Claim Number: 9138<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| ESIS, INC.<br>JEFFREY A. LESS, ESQ.<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET STREET, STE 700<br>PHILADELPHIA, PA 19102 | | Claim Number: 9692<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50000.00 UNLIQ |

| | | |
|---|---|---|
| ESPINO, JOSE & ROSA MARIA<br>C/O MICHELE BESSO<br>NORTHWEST JUSTICE PROJECT<br>6 S 2ND ST, SUITE 340<br>YAKIMA, WA 98901 | | Claim Number: 5471<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4111 (06/02/2004) |

| | | |
|---|---|---|
| SECURED | Claimed: | $53750.00 |
| UNSECURED | Claimed: | $148930.78 |

| | | |
|---|---|---|
| ESPINOSA, AURELIA<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5769<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

| | | | | |
|---|---|---|---|---|
| ESPINOZA, ABDIAS<br>C/O JUDITH LURIE<br>NORTHWEST JUSTICE PROJECT<br>300 S OKANOGAN AVE, SUITE 3A<br>WENATCHEE, WA 98801 | | Claim Number: 5016<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $7685.00 |

| | | |
|---|---|---|
| ESPINOZA, ABDIAS<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | | Claim Number: 6503<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ESPINOZA, BLACA
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 5019
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $7685.00 |

---

ESPINOZA, BLANCA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6502
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ESPITIA, LUIS
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5770
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

ESSENHAUS COUNTRY INN
240 US 20
MIDDLEBURY, IN 46540

Claim Number: 3403
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $504.50 | Allowed: | $504.50 |

---

ESSENTIAL REQUIREMENT
DBA:ESSENTIAL REQUIREMENT
PO BOX 12532
OLYMPIA, WA 98508

Claim Number: 1402
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $16327.35 | | |
| UNSECURED | | | Allowed: | $11730.65 |

---

ESSEX COUNTY,
P O BOX 489
TAPPAHANNOCK, VA 22560-0489

Claim Number: 1944
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2540.98 | Scheduled: | $0.00 UNLIQ | Allowed: | $2217.92 |

---

ESSIC, CHARLIE
164 ROCK HOUSE RD
WINSTON SALEM, NC 27127

Claim Number: 6248
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1750.00 |

---

| | | |
|---|---|---|
| ESTATE OF CATHLEEN DIMICK<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5293<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF CATHLEEN DIMICK<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5301<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF CATHLEEN DIMICK<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5309<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF CATHLEEN DIMICK<br>JEFF GOOCH<br>SPENCE, MORIARITY & SCHUSTER<br>39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5317<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF CATHLEEN DIMICK<br>39 EXCHANGE PLACE<br>ATTN: SPENCE, MORIARITY & SCHUSTER<br>JEFF GOOCH<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5647<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF FRANKLIN MOREHEAD<br>451 NATURE TRAIL<br>CHAPEL HILL, NC 27517 | | Claim Number: 8234<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| ESTATE OF JAMES CAMPER<br>THE ESTATE OF HERMAN YOUNG<br>509 COURT LANE<br>CAMBRIDGE, MD 21613 | | Claim Number: 10191<br>Claim Date: 06/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $6618.56 | | Allowed: | $6618.56 |
|---|---|---|---|---|---|

| ESTEPP, ERIC<br>HC 81 BOX 32<br>MEADOR, WV 25682 | Claim Number: 8960<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2795.00 | | | | |
|---|---|---|---|---|---|---|

| ESTES ELECTRIC,<br>P.O. BOX 5<br>WAXAHACHIE, TX 75165 | Claim Number: 1490<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $798.86 | Scheduled: | $798.86 | Allowed: | $798.86 |
|---|---|---|---|---|---|---|

| ESTIS, NORTHA<br>P.O. BOX 1675<br>LUCEDALE, MS 39452 | Claim Number: 4223<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8708 (10/30/2006) |
|---|---|

| UNSECURED | Claimed: | $450000.00 | | | | |
|---|---|---|---|---|---|---|

| ETHRIDGE, ANNIE R.<br>3501 HIGHWAY 90 APT 7<br>GAUTIER, MS 395535814 | Claim Number: 4241<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

| ETOWAH ENTERPRI<br>ETOWAH ENTERPRISES INC<br>619 OAKLAND ST<br>HENDERSONVILL, NC 287913645 | Claim Number: 4396<br>Claim Date: 03/21/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $840.00 | Scheduled: | $840.00 | Allowed: | $840.00 |
|---|---|---|---|---|---|---|

| ETOWAH ENTERPRI<br>PO BOX 1504<br>ETOWAH, NC 28729 | Claim Number: 4398<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1370.00 | | | Allowed: | $1370.00 |
|---|---|---|---|---|---|---|

| ETOWAH ENTERPRI<br>PO BOX 1504<br>ETOWAH, NC 28729 | Claim Number: 8990<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2485.00 | | | | |
|---|---|---|---|---|---|---|

ETOX INC
3338 SSW LOOP 323
TYLER, TX 75701

Claim Number: 986
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $47.50 | | | Allowed: | $47.50 |

ETOX INC
3338 SSW LOOP 323
TYLER, TX 75701

Claim Number: 987
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $55.00 | | | Allowed: | $55.00 |

ETOX INC,
3338 SSW LOOP 323
TYLER, TX 75701

Claim Number: 985
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $5523.29 | Scheduled: | $4732.73 | Allowed: | $5523.29 |

ETZ CONSTRUCTION INC
4553 TOBIAS AVE
SHERMAN OAKS, CA 91403

Claim Number: 8209
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $328.06 |

ETZ CONSTRUCTION INC,
4553 TOBIAS AVE
SHERMAN OAKS, CA 91403

Claim Number: 3296
Claim Date: 03/10/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $328.06 | Scheduled: | $323.06 | Allowed: | $328.06 |

EUBANKS, CARLY
7990 CYPRESS ST., LOT 13
W. MONROE, LA 71291

Claim Number: 2503
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $2735.00 | Scheduled: | $0.00 UNLIQ |

EULER AMERICAN CREDIT INDEMNITY ASSIGNEE
OF ENVIROSAFE, INC. DBA
PRESENTATION PRODUCTS
100 E PRATT ST, 5TH FL
BALTIMORE, MD 21202

Claim Number: 3033
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $53210.95 |

EULER/AMERICAN CREDIT INDEMNITY
AGENT OF ENVIROSAFE, INC
DBA PRESENTATION PRODUCTS
100 E. PRATT STREET, 5TH FLR.
BALTIMORE, MD 21202

Claim Number: 165
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $20150.87 |

---

EULER/AMERICAN CREDIT INDEMNITY
AGENT OF TETON WEST LUMBER INC
100 E. PRATT STREET, 5TH FLR.
BALTIMORE, MD 21202

Claim Number: 231
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $70284.00 |
|---|---|---|

---

EUSEBIO, ANGEL
PO BOX 2405
MOULTRIE, GA 31768

Claim Number: 9035
Claim Date: 11/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

EVANS, ARLINGTON
POB 192
BEULAH, MS 38726

Claim Number: 5143
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

EVANS, CHARLENE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7114
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

EVANS, GREGORY D
510 PIONEER AVE
WENATCHEE, WA 98801

Claim Number: 8723
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

---

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

EVER GREEN LAWN CARE
5905 N TERESA DR
COLUMBIA, MO 65202

Claim Number: 8043
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $488.00 |
|---|---|---|

---

EVER GREEN LAWN CARE,
13852 U HWY
BOONVILLE, MO 65233

Claim Number: 1687
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $424.50 | Scheduled: | $141.50 | Allowed: | $424.50 |
|---|---|---|---|---|---|---|

---

EVERETT FRED M
6810 BEAVERSTONE DRIVE
FAYETTEVILLE, NC 28314

Claim Number: 7205
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4210 (08/13/2004)

---

| SECURED | Claimed: | $200.00 |
|---|---|---|

---

| | | |
|---|---|---|
| EVERETT, FRED M.<br>6810 BEAVER STONE DR.<br>FAYETTEVILLE, NC 28314 | Claim Number: 9524<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $300.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| EVERETT, FRED M.<br>6810 BEAVER STONE DR.<br>FAYETTEVILLE, NC 28314-5163 | Claim Number: 10081<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $300.00 |
|---|---|---|

| | | |
|---|---|---|
| EVERETT, FRED M.<br>6810 BEAVER STONE DR.<br>FAYETTEVILLE, NC 28314 | Claim Number: 10144<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |

| ADMINISTRATIVE | Claimed: | $300.00 |
|---|---|---|

| | | |
|---|---|---|
| EVERGREEN MOBILE HOME PARK<br>C/O WILLIE SIMMONS<br>1709 GARDENIA AVENUE<br>FAYETTEVILLE, NC 28311 | Claim Number: 9699<br>Claim Date: 04/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | |

| ADMINISTRATIVE | Claimed: | $1650.00 |
|---|---|---|

| | | |
|---|---|---|
| EVERGREEN MOBILE HOME PARK,<br>DBA EVEGREEN MOBILE<br>HOME PARK<br>1709 GARDENIA AVE<br>FAYETTEVILLE, NC 28311 | Claim Number: 1922<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | |

| PRIORITY<br>UNSECURED | Claimed: | $1650.00 | Scheduled: | $1650.00 DISP | Allowed: | $1650.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| EVERGREEN RIDGE LLC<br>1782 NORTH JACKSON AVE<br>TACOMA, WA 98406 | Claim Number: 4489<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $4269.81 |
|---|---|---|

| | | |
|---|---|---|
| EXAMINER<br>470 ORLEANS ST STE 1006<br>BEAUMONT, TX 77701 | Claim Number: 788<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $450.00 | | Allowed: | $450.00 |
|---|---|---|---|---|---|

---

| EXCEL SIGN & LIGHTING<br>P.O. BOX 11907<br>WINSTON SALEM, NC 27116 | Claim Number: 10228<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| EXCELLENCE IN MOTIVATION INC,<br>6 N MAIN ST STE 370<br>DAYTON, OH 45402 | Claim Number: 5534<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $100772.32 | Scheduled: | $500.00 | Allowed: | $100772.32 |
|---|---|---|---|---|---|---|

| EXCELLENCE IN MOTIVATION INC,<br>6 N MAIN ST STE 370<br>DAYTON, OH 45402 | Claim Number: 6112<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $100772.32 |
|---|---|---|

| EXCELLENCE IN MOTIVATION INC,<br>6 N MAIN ST STE 370<br>DAYTON, OH 45402 | Claim Number: 6114<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $100772.32 |
|---|---|---|

| EXCHANGE PUBLIS,<br>PO BOX 427<br>SPOKANE, WA 99210 | Claim Number: 2466<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $138.58 | Scheduled: | $128.63 | Allowed: | $138.58 |
|---|---|---|---|---|---|---|

| EXECUTIVE MANOR LLC<br>1 OCEAN BLVD EAST SUITE 1<br>GREENEVILLE, TN 37745 | Claim Number: 5476<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $9277.08 |
|---|---|---|

| EXPANETS<br>8740 LUCENT BLVD STE 100<br>HIGHLANDS RANCH, CO 80129 | Claim Number: 545<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2948.58 |
|---|---|---|

| EXPERT TAG & TITLE<br>PO BOX 3423<br>LEESVILLE, SC 29070 | Claim Number: 8155<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $160.00 |
|---|---|---|

---

---

EXPRESS SERVICES, INC
DBA EXPRESS PERSONNEL
KIRK D. AUSTON
8516 N.W. EXPRESSWAY
OKLAHOMA CITY, OK 73162

Claim Number: 487
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50901.35 | | Allowed: | $50901.35 |

---

EXTERIOR SYSTEMS INC
DBA NORANDEX/REYNOLDS
8450 SOUTH BEDFORD RD.
MACEDONIA, OH 44056

Claim Number: 1492
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1775.91 | Scheduled: | $1775.91 | Allowed: | $1775.91 |

---

EXTERIOR SYSTEMS, INC.
C/O H. BUSWELL ROBERTS JR.
SHUMAKER, LOOP & KENDRICK, LLP
1000 JACKSON
TOLEDO, OH 43624

Claim Number: 3731
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $53919.83 |
| PRIORITY | Claimed: | $56680.67 | | | | |
| UNSECURED | Claimed: | $134469.95 | Scheduled: | $188846.20 | Allowed: | $137230.79 |

---

EXTERIOR SYSTEMS, INC.
C/O H. BUSWELL ROBERTS JR.
SHUMAKER, LOOP & KENDRICK, LLP
1000 JACKSON
TOLEDO, OH 43624

Claim Number: 3732
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $56680.67 |
| UNSECURED | Claimed: | $134469.95 |

---

EZ GLASS
503 WEST GARNER RD
GARNER, NC 27529

Claim Number: 782
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $230.45 | | | |
| UNSECURED | | | | Allowed: | $230.45 |

---

EZ RYDE MOBILE HOME SERVICES,
DBA EZ RYDE MOBILE HOME SERVICES
1731 LANGNAU RD
LONDON, KY 40741

Claim Number: 1874
Claim Date: 02/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36468.71 | Scheduled: | $13333.41 |

---

EZ RYDE MOBILE HOME SERVICES,
DBA EZ RYDE MOBILE HOME SERVICES
1731 LANGNAU RD
LONDON, KY 40741

Claim Number: 1873
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15459.60 | Scheduled: | $5928.05 | Allowed: | $8044.50 |

---

EZ RYDE MOBILE HOME SERVICES,
DBA EZ RYDE MOBILE HOME SERVICES
1731 LANGNAU RD
LONDON, KY 40741

Claim Number: 1872
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $26250.00 | Scheduled: | $2116.45 | Allowed: | $13333.41 |

---

EZZELL, MEREDITH P., ESQ.
SHIPMAN & ASSOCIATED, LLP
11 SOUTH FIFTH AVENUE
WILMINGTON, NC 28401

Claim Number: 5602
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8437 (02/06/2006)

| UNSECURED | Claimed: | $36840000.00 |

---

F.D.LAKE,
3313 LOUISMA DR S.E.
GRAND RAPIDS, MI 49518

Claim Number: 1414
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $4699.48 | Scheduled: | $4595.48 | Allowed: | $4699.48 |

---

FAASSE, FRANK & TERESA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6961
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

FACKRELL
P O BOX 14246
GREENSBORO, NC 274154246

Claim Number: 658
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1950.65 | | | Allowed: | $1950.65 |

---

FAGAN, MIKE
812 GUMMERY HILL ROAD
SPOTSYLVANIA, VA 22553

Claim Number: 10069
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7788.56 |

---

FAGLEY BACKHOE SERVICE,
PO BOX 741
REPUBLIC, WA 99166

Claim Number: 4747
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3366.22 | Scheduled: | $3366.22 | Allowed: | $3366.22 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JJJ SPECIALTY CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1309
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2640 (12/15/2003)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2049.60 | | | | |
| UNSECURED | | | Scheduled: | $2049.60 | Allowed: | $2049.60 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: B&O SERVICES
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2051
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 2677 (12/17/2003)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3253.50 | Scheduled: | $3253.50 | Allowed: | $3253.50 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GREENVILLE TV
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2977
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7234.10 | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SUPERIOR AWNING
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1437
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3350 (01/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3685.00 | | | | |
| UNSECURED | | | Scheduled: | $3073.00 | Allowed: | $3685.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TANGI ELECTRIC & MAINTENANCE
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1993
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3457 (01/26/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4680.84 | Scheduled: | $4025.02 | Allowed: | $4680.84 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BURKS SERVICE
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3770
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: DOCKET: 3459 (01/27/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4561.67 | Scheduled: | $4561.67 | Allowed: | $4561.67 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CLARKLIFT OF CALIFORNIA INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 818
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 3361 (01/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5273.32 | Scheduled: | $5273.32 | Allowed: | $5273.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NU WOOD CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 9238<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | |
| ADMINISTRATIVE | Claimed: | $2574.10 | | | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MEGATRUX INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 1168<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET 3228 (01/12/2004) | | | |
| UNSECURED | Claimed: | $1000.00 | | | Allowed: | $1000.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MEGATRUX INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 1167<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET 3232 (01/12/2004) | | | |
| UNSECURED | Claimed: | $1681.80 | Scheduled: | $1681.80 | Allowed: | $1681.80 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MEGATRUX INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 1166<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET 3223 (01/12/2004) | | | |
| UNSECURED | Claimed: | $5511.00 | Scheduled: | $5511.00 | Allowed: | $5511.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PALMETTO BRICK<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 760<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET 3764 (03/11/2004) | | | |
| UNSECURED | Claimed: | $1905.10 | Scheduled: | $2020.10 | Allowed: | $1905.10 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHAVIS ROBERT G,<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 3241<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 2911 (12/30/2003) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9613.42 | Scheduled: | $7817.02 | Allowed: | $7817.02 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HUTTIG BUILDING PRODUCTS-OR,<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2906<br>Claim Date: 03/04/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 2911 (12/30/2003) | | | |
| UNSECURED | Claimed: | $21915.36 | Scheduled: | $23921.20 | Allowed: | $19525.12 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HUTTIG BUILDING PRODUCTS
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2907
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 2911 (12/30/2003)

| | | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5722.75 | | | Allowed: | $4192.60 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HUTTIG BUILDING PRODUCTS-AZ,
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2905
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2911 (12/30/2003)

| | | | | | Allowed: | $2088.20 |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $2088.20 |
| UNSECURED | Claimed: | $37836.36 | Scheduled: | $35586.00 | Allowed: | $34151.80 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JESSE LAWN SERVICES,
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3273
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 2911 (12/30/2003)

| PRIORITY | Claimed: | $3245.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3245.00 | Allowed: | $3245.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JJJ SPECIALTY CO-IN,
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1308
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2911 (12/30/2003)

| PRIORITY | Claimed: | $6960.56 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7199.55 | Allowed: | $6960.56 |
| TOTAL | Claimed: | $6960.00 | | | | |

FAIR, ISAAC
FILE #12254
ATTN: RICHARD E. LANGER
901 MARQUETTE AVENUE
MINNEAPOLIS, MN 55402-3232

Claim Number: 4391
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $850632.91 | | | | |
|---|---|---|---|---|---|---|

FAIRCLOTH MYRTLE
PO BOX 187
ROSE HILL, NC 28458

Claim Number: 4472
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $450.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $450.00 |

FAIRFIELD COUNTY
210 E MAIN ST, RM 206
LANCASTER, OH 431303876

Claim Number: 3867
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $931.44 UNLIQ | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $393.44 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FAIRVIEW TERRACE<br>700 E FAIRVIEW<br>MERIDAN, ID 83642 | | | Claim Number: 4516<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | | | |
| SECURED | Claimed: | $651.26 | | | | | |
| FAIRVIEW TERRACE<br>700 E FAIRVIEW<br>MERIDIAN, ID 83642 | | | Claim Number: 4517<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | | | |
| SECURED | Claimed: | $958.73 | | | | | |
| FAIRWAYS DEVELOPMENT GROUP LLC<br>2054 N THORNTON RD<br>CASA GRANDE, AZ 85222 | | | Claim Number: 1696<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1048.42 | | Scheduled: | $1048.42 DISP | Allowed: | $1048.42 |
| FAITH CONTRACTING INC,<br>919 MAPLE FORK RD<br>MOUNT HOPE, WV 25880 | | | Claim Number: 2509<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1375.00 | | Scheduled: | $1375.00 | Allowed: | $1375.00 |
| FALCON PROPERTIES INC<br>103 E. LUFKIN AVE<br>LUFKIN, TX 75901 | | | Claim Number: 3060<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $125.00 | | | | Allowed: | $125.00 |
| FAMBRO, TRACYE<br>3303 LAKE JNKS AVE<br>KILLEEN, TX 76543 | | | Claim Number: 3276<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| FAMILY CONCEPTS LTD<br>P.O. BOX 551236<br>GASTONIA, NC 28055-1236 | | | Claim Number: 830<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $313.08 | | | | Allowed: | $313.08 |

---

FAMILY HOUSING OF EAST TEXAS INC
SW LOOP 304
PO BOX 518
CROCKETT, TX 75835

Claim Number: 5247
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20810.50 | Allowed: | $5119.00 |

---

FAMILY, DANIELS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7102
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

FAR WEST WATER
12486 S FOOTHILLS BLVD
YUMA, AZ 85367

Claim Number: 8197
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1427.93 |

---

FARINA, CHARLES
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5771
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $2662.50 | UNLIQ |

---

FARINA, MICHAEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5772
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

FARLEY, JERRY
630 HIDDEN VALLEY ROAD
TAYLORSVILLE, NC 28681

Claim Number: 10221
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1127.04 |

---

FARM & HOME OIL COMPANY
3115 STATE ROAD
TELFORD, PA 18969

Claim Number: 10189
Claim Date: 06/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $220.85 |

---

---

FARM PLAN CORPORATION
P.O. BOX 6600
ATTN: HEATHER BORG
JOHNSTON, IA 50131

Claim Number: 5262
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $651.96 | | | | |
| UNSECURED | | | | | Allowed: | $651.96 |

---

FARMVILLE MOBILE HOME SUPPLY
2106 W THIRD ST
FARMVILLE, VA 23901

Claim Number: 2911
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1992.86 |

---

FARRIS ENTERPRISES
HOME REPAIR DIVISION
18593 DALES FORD ROAD
MONTICELLO, IA 52310

Claim Number: 10498
Claim Date: 06/25/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5413.40 |

---

FASTSIGNS,
12817-D GULF FREEWAY
HOUSTON, TX 77034

Claim Number: 912
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $121.24 | | | | |
| UNSECURED | | | Scheduled: | $121.24 | Allowed: | $121.24 |

---

FATHEREE TONY,
7814 HWY 278 W
NASHVILLE, AR 71852

Claim Number: 3307
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5000.00 | Scheduled: | $5000.00 | Allowed: | $5000.00 |

---

FATHEREE, TONY
7814 HWY 278 W
NASHVILLE, AR 71852

Claim Number: 3308
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5000.00 |

---

FAULK WESLEY
3475 FISH HATCHERY RD LOTE
GASTON, SC 29053

Claim Number: 5173
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $45000.00 | | | | |
| UNSECURED | Claimed: | $20000.00 | | | Allowed: | $500.00 |

---

FAULK, MICHELLE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6962
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

FAULKNER CITY TAX COLLECTOR
806 FAULKNER STREET
CONWAY, AR 72034

Claim Number: 9471
Claim Date: 04/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| PRIORITY | Claimed: | $4257.23 |

---

FAULKNER COUNTY
COLLECTOR
806 FAULKNER STREET
CONWAY, AR 72034

Claim Number: 8708
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $169.09 | | Allowed: | $118.96 |

---

FAW RENTAL PROPERTIES
5223 SPARTA RD
NORTH WILKESBORO, NC 28659

Claim Number: 3624
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $980.00 |

---

FAYES FINAL TOUCH
DBA FAYES FINAL TOUCH
16217 JUNIPER
STILWELL, KS 66085

Claim Number: 1996
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $80.00 | | Allowed: | $80.00 |

---

FAYETTE COUNTY ATTORNEY/CLERK
C/O DELINQUENT PROPERTY TAXES
163 WEST SHORT STREET
LEXINGTON, KY 40507

Claim Number: 9881
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $956.23 UNLIQ |

---

FAYETTE COUNTY TAX COMMISSION
P O BOX 70
FAYETTEVILLE, GA 30214

Claim Number: 864
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $401.38 |

---

FAYETTE COUNTY TAX COMMISSION,
P O BOX 70
FAYETTEVILLE, GA 30214

Claim Number: 833
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $401.38 | | | |
| UNSECURED | | | Scheduled: | $53.00 DISP |

---

| FAYETTE COUNTY TAX COMMISSIONER<br>PO BOX 70<br>FAYETTEVILLE, GA 30214 | | | Claim Number: 10771<br>Claim Date: 08/23/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2110.18 | | | | | |

| FAYETTEVILLE OB<br>ATTN: MALINA<br>PO BOX 849<br>FAYETTEVILLE, NC 283020849 | | | Claim Number: 2310<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2288.30 | Scheduled: | $2888.47 | Allowed: | $2288.30 |

| FAYETTEVILLE OB,<br>ATTN: MALINA<br>PO BOX 849<br>FAYETTEVILLE, NC 283020849 | | | Claim Number: 2308<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1849.36 | Scheduled: | $111.96 | Allowed: | $1849.36 |

| FAYETTEVILLE PUBLISHING CO<br>PO BOX 849<br>FAYETTEVILLE, NC 28302 | | | Claim Number: 2311<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1769.67 | | | | | |

| FBD INC<br>PO BOX 1733<br>LAKE CITY, FL 32056 | | | Claim Number: 8157<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1800.00 | | | | | |

| FDR,<br>PO BOX 1256<br>CLEARFIELD, PA 16830 | | | Claim Number: 947<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1120.18 | Scheduled: | $1120.18 | Allowed: | $1120.18 |

| FEDERAL EXPRESS CORPORATION<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS, TN 38132 | | | Claim Number: 169<br>Claim Date: 12/30/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42477.73 | | | | | |

| FEDERAL EXPRESS CORPORATION<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>2005 CORPORATE AVENUE, 2ND FLOOR<br>MEMPHIS, TN 38132 | | | Claim Number: 3991<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41114.29 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEDEX FREIGHT EAST (FORMERLY AMERICAN FREIGHTWAYS)<br>DELIVERY CODE 2259<br>P.O. BOX 840<br>HARRISON, AR 72602-0840 | | | Claim Number: 467<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $10634.78 | Scheduled: | $7433.05 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEHRMANN, HELGA A<br>1171 DEEPRUN RD<br>CARTERSVILLE, VA 23027 | | | Claim Number: 8567<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $300.00 UNDET | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FELLERS,SNIDER,BLANKENSHIP,BAILEY<br>100 N BROADWAY STE 1700<br>OKLAHOMA CITY, OK 73102 8820 | | | Claim Number: 4984<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4652 (10/12/2004) | | | | |
| UNSECURED | Claimed: | $1534.68 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FELLERS,SNIDER,BLANKENSHIP,BAILEY,<br>100 N BROADWAY STE 1700<br>OKLAHOMA CITY, OK 73102 8820 | | | Claim Number: 4982<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| SECURED | Claimed: | $8389.45 | | | | | |
| UNSECURED | Claimed: | $1534.68 | Scheduled: | $8926.53 | Allowed: | $9924.13 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FELLERS,SNIDER,BLANKENSHIP,BAILEY,<br>100 N BROADWAY STE 1700<br>OKLAHOMA CITY, OK 73102 8820 | | | Claim Number: 4983<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4652 (10/12/2004) | | | | |
| UNSECURED | Claimed: | $997.60 | Scheduled: | $1017.60 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FELLERS,SNIDER,BLANKENSHIP,BAILEY,<br>100 N BROADWAY STE 1700<br>OKLAHOMA CITY, OK 73102 8820 | | | Claim Number: 4985<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4652 (10/12/2004) | | | | |
| UNSECURED | Claimed: | $7391.85 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FEMATT, VICTOR<br>11728 TEACHERS DR<br>EL PASO, TX 79936 | | | Claim Number: 5170<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | | |
| UNSECURED | Claimed: | $11524.50 | | | Allowed: | $4499.93 | |

---

FEMATT, VICTOR,
11728 TEACHERS DR
EL PASO, TX 79936

Claim Number: 6472
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $3003.69 | Scheduled: | $3003.69 |
|---|---|---|---|---|

---

FENDER, ANN M.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5773
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5491.23 UNLIQ |

---

FENDT ROBERT L
24880 HAGGERTY RD
NEW BOSTON, MI 48164

Claim Number: 5447
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7634 (03/31/2005)

| UNSECURED | Claimed: | $10768.34 |
|---|---|---|

---

FENDT, ROBERT L.
24880 HAGGERTY RD
NEW BOSTON, MI 48164

Claim Number: 10716
Claim Date: 03/29/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2750.00 |
|---|---|---|

---

FENNELL, TERRANCE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 5774
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $890.63 UNLIQ |

---

FENTRESS COUNTY BLOCK CO
PO BOX 1718
JAMESTOWN, TN 38556

Claim Number: 1015
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $742.50 | | Allowed: | $742.50 |
|---|---|---|---|---|---|

---

FENTRESS COUNTY BLOCK CO
PO BOX 1718
JAMESTOWN, TN 38556

Claim Number: 8360
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $742.50 |
|---|---|---|

---

| FENTRESS COUNTY TRUSTEE<br>PO BOX 883<br>JAMESTOWN, TN 38556 | Claim Number: 8115<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32.00 | | | |
|---|---|---|---|---|---|

| FERGUSON MECHANICAL LLC<br>917 MADISON RD<br>STANARDSVILLE, VA 22973 | Claim Number: 10192<br>Claim Date: 06/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $22463.50 | | | |
|---|---|---|---|---|---|

| FERGUSONS WELL DRILLING<br>2829 NEW LEICESTER HWY<br>LEICESTER, NC 28748 | Claim Number: 9188<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1708.52 | | | |
|---|---|---|---|---|---|

| FERNADES, ANTONETTE<br>NEIL HARRIS<br>NEIL HARRIS & ASSOC.<br>PO BOX 306<br>PASCAGOULA, MS 39567 | Claim Number: 7599<br>Claim Date: 07/11/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| FERNADES, ANTONETTE<br>NEIL HARRIS<br>NEIL HARRIS & ASSOC.<br>PO BOX 306<br>PASCAGOULA, MS 39567 | Claim Number: 7598<br>Claim Date: 07/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| FERNADES, ANTONETTE<br>NEIL HARRIS<br>NEIL HARRIS & ASSOC.<br>PO BOX 306<br>PASCAGOULA, MS 39567 | Claim Number: 7597<br>Claim Date: 07/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| FERRELGAS, INC<br>ATTN: RCC #40<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | Claim Number: 8131<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $99.82 | | |
|---|---|---|---|---|

| FERRELGAS, INC.<br>ATTN: RCC #40<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | Claim Number: 7206<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $382.68 | | |
|---|---|---|---|---|

---

FERRELL, LARRY DBA BROWN'S TRAILER PARK
3961 COLES FERRY PIKE
LEBANON, TN 37087

Claim Number: 196
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $705.00 | | | | Allowed: | $705.00 |

---

FERRELLGAS, INC
ATTN: RCC #40
ONE LIBERTY PLAZA
LIBERTY, MO 64068

Claim Number: 8281
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| UNSECURED | Claimed: | $933.52 |

---

FERRES MITCH
11614 SEQUOIA SPRINGS RD
TWIN OAKS, CA 93518

Claim Number: 9249
Claim Date: 12/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

FERSKI, JOE
14213 KING MILL RD
BRISTOL, VA 24202

Claim Number: 2618
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $70.00 | Scheduled: | $70.00 DISP | Allowed: | $70.00 |

---

FESTER, CRYSTAL
P.O. BOX 542
UNADILLA, GA 31091

Claim Number: 9849
Claim Date: 05/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $750.00 |

---

FESTIVITIES,
DBA:FESTIVITIES
2267 N.W.MILITARY HWY #107
SAN ANTONIO, TX 78213

Claim Number: 8618
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $689.32 |

---

FIBER PRO,
58 BOURNEHURST DR
PLYMOUTH, MA 02360

Claim Number: 3669
Claim Date: 03/12/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $198.00 | Scheduled: | $198.00 | Allowed: | $198.00 |

---

FIBER PRO,
58 BOURNEHURST DR
PLYMOUTH, MA 02360

Claim Number: 3668
Claim Date: 03/12/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $760.00 | Scheduled: | $760.00 | Allowed: | $760.00 |

---

---

FIDELITY INFORMATION SERVICES, INC.
ATTN: DEBRA BURGESS
601 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

Claim Number: 10115
Claim Date: 05/27/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $4764008.00 |
|---|---|---|

---

FIELDS EMMY
C/O ANTHONY L. REGISTER, ATTORNEY
401 CHESTNUT ST., SUITE I
WILMINGTON, NC 28401

Claim Number: 9106
Claim Date: 11/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $1950.00 |
|---|---|---|

---

FIELDS, EMMY
C/O ANTHONY L. REGISTER, ATTORNEY
401 CHESTNUT ST., SUITE I
WILMINGTON, NC 28401

Claim Number: 9104
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $1950.00 |
|---|---|---|

---

FIELDS, EMMY
C/O ANTHONY L. REGISTER, ATTORNEY
401 CHESTNUT ST., SUITE I
WILMINGTON, NC 28401

Claim Number: 9105
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $1950.00 |
|---|---|---|

---

FIELDS, JERRY W.
C/O THE NORMAN GROUP
1094 WILKINS DRIVE
SANFORD, NC 27330

Claim Number: 3541
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

FIELDS, JERRY W.
C/O THE NORMAN GROUP
1094 WILKINS DRIVE
SANFORD, NC 27330

Claim Number: 8404
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5383.00 |
|---|---|---|

---

FIELDS, MARSHALL & PATRICIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6963
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

FIELDS, WILLIE
PO BOX 963
LEXINGTON, SC 29072

Claim Number: 4195
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $49632.36 | Scheduled: | $8771.50 | Allowed: | $21402.60 |
|---|---|---|---|---|---|---|

---

---

FIELDS, WILLIE
PO BOX 963
LEXINGTON, SC 29072

Claim Number: 4196
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $49632.36 | | | | |

---

FIGGERS, TRENITA A.
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6606
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
| UNSECURED | | | | | Allowed: | $1742.06 |

---

FIKES OF HOUSTON, INC.
P O BOX 19278
HOUSTON, TX 77224-9278

Claim Number: 2201
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $55.05 | Scheduled: | $73.40 | Allowed: | $55.05 |

---

FINCH, DENNIS
307 NE 36 AVE.
OCALA, FL 34470

Claim Number: 8982
Claim Date: 11/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $400000.00 UNLIQ | | | | |

---

FINISH STOP,
736 S MICHIGAN ST
SOUTH BEND, IN 466013122

Claim Number: 2097
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $13805.40 | Scheduled: | $32489.40 | Allowed: | $13805.40 |

---

FINISHING TOUCH,
366 DEER MEADOW ROAD
WARD, AR 72176

Claim Number: 3284
Claim Date: 03/10/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $13631.99 | Scheduled: | $8994.80 | Allowed: | $11458.39 |

---

FIRE PREVENTION BUREAU
6840  2ND STREET, NW   STE 301
ALBUQUERQUE, NM 87107

Claim Number: 9779
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $25.00 | | | | |

---

| FIRMINS OFFICE CITY,<br>PO BOX 951<br>TEXARKANA, TX 75504 | Claim Number: 1182<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $231.03 | Scheduled: | $231.03 | Allowed: | $231.03 |

| FIRST AMERICAN CREDCO, AN OPERATING DIV.<br>OF FIRST AMERICAN REAL ESTATE SOL., LLC<br>12395 FISRT AMERICAN WAY<br>POWAY, CA 92064 | Claim Number: 2430<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $168.00 |
|---|---|---|

| FIRST AMERICAN TITLE, INS. CO.<br>ATTN: MATT SHELKEY<br>1500 SOUTH DAIRY ASHFORD, #300<br>HOUSTON, TX 77077 | Claim Number: 10028<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7444 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $30025.28 |
|---|---|---|

| FIRST APPRAISAL GROUP<br>DBA FIRST APPRAISAL GROUP<br>1302 TIMBERLANE RD<br>TALLAHASSEE, FL 32312 | Claim Number: 7947<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2275.00 |
|---|---|---|

| FIRST BZE LLC<br>3011 BELVEDERE ROAD<br>ELKHART, IN 46514 | Claim Number: 6292<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5821.74 |
|---|---|---|

| FIRST BZE LLC<br>3011 BELVEDERE ROAD<br>ELKHART, IN 46514 | Claim Number: 9091<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5821.74 |
|---|---|---|

| FIRST CALL HTG<br>4104 CRIGHTON PLACE<br>SPRINGFIELD, MO 65809 | Claim Number: 5481<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FIRST CALL HTG,
PO BOX 183
JENNER, CA 954500183

Claim Number: 5480
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $660.00 | Scheduled: | $660.00 | Allowed: | $660.00 |
|---|---|---|---|---|---|---|

FIRST CALL HTG,
4104 CRIGHTON PLACE
SPRINGFIELD, MO 65809

Claim Number: 5482
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 | Allowed: | $950.00 |
|---|---|---|---|---|---|---|

FIRST CHOICE CONTRACTORS
4785 HIGHWAY 11 W
ROGERSVILLE, TN 37857

Claim Number: 9806
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1050.00 |
|---|---|---|

FIRST EMPLOYMENT SERVICES INC
PO BOX 25818
TEMPE, AZ 85285

Claim Number: 1529
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $7254.06 |
|---|---|---|

FIRST EMPLOYMENT SERVICES INC,
PO BOX 25818
TEMPE, AZ 85285

Claim Number: 1528
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $7254.06 | Scheduled: | $7254.06 | Allowed: | $7254.06 |
|---|---|---|---|---|---|---|

FIRST GRAPHICS, INC
PO BOX 1457
ALBEMARLE, NC 28002

Claim Number: 2419
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $409.30 | | | Allowed: | $409.30 |
|---|---|---|---|---|---|---|

FIRST GRAPHICS, INC
PO BOX 1457
ALBEMARLE, NC 28002

Claim Number: 7797
Claim Date: 09/29/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $741.48 |
|---|---|---|

FIRST HOUSTON ENTERPRISES, INC.,
1400 SUMMIT TOWER
11 GREENWAY PLAZA
HOUSTON, TX 77046

Claim Number: 2525
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $90918.36 | | | Allowed: | $69970.56 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| FIRST HOUSTON, INC.<br>1400 SUMMIT TOWER<br>11 GREENWAY PLAZA<br>HOUSTON, TX 77046 | | | Claim Number: 3050<br>Claim Date: 02/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $90918.36 | | | | |
| FIRST MERIT BANK, N.A.<br>F/K/A SIGNAL BANK, N.A.<br>P.O. BOX 2060<br>ALLIANCE, OH 44601 | | | Claim Number: 6362<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $80398.33 | | | | |
| FIRST MERIT BANK, N.A.<br>F/K/A SIGNAL BANK, N.A.<br>P.O. BOX 2060<br>ALLIANCE, OH 44601 | | | Claim Number: 7818<br>Claim Date: 10/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | |
| UNSECURED | Claimed: | $75912.33 | | | | |
| FIRST MERIT BANK, NA FKA<br>PO BOX 790<br>AKRON, OH 443090790 | | | Claim Number: 9380<br>Claim Date: 02/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $20000.00 | | | | |
| FIRST STATE MANUF. HOUSING INSTITUTE<br>PO BOX 1829<br>DOVER, DE 19903-1829 | | | Claim Number: 1500<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| FIRSTLINE CORP-AZ,<br>PO BOX 1128<br>VALDOSTA, GA 31603 | | | Claim Number: 2161<br>Claim Date: 02/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN | | | |
| ADMINISTRATIVE | | | | | Allowed: | $2812.83 |
| UNSECURED | Claimed: | $17281.13 | Scheduled: | $17218.13 | Allowed: | $14468.30 |
| FIRSTLINE CORP-GA,<br>PO BOX 1128<br>VALDOSTA, GA 31601 | | | Claim Number: 2158<br>Claim Date: 02/26/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $14815.64 | Scheduled: | $14815.64 | Allowed: | $14815.64 |

---

FIRSTLINE CORP-IN,
207 LONGVIEW DRIVE
ATTN: MIKE WEATHERS
NORCROSS, GA 30071-2127

Claim Number: 2160
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $52447.92 | Scheduled: | $52447.92 | Allowed: | $52447.92 |
|---|---|---|---|---|---|---|

FIRSTLINE CORP-NC,
PO BOX 1128
VALDOSTA, GA 31603

Claim Number: 2159
Claim Date: 02/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $991.20 | Scheduled: | $991.20 | Allowed: | $991.20 |
|---|---|---|---|---|---|---|

FIRSTLINE CORP-NC,
207 LONGVIEW DRIVE
ATTN: MIKE WEATHERS
NORCROSS, GA 30071-2127

Claim Number: 2156
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $62055.64 | Scheduled: | $62055.64 | Allowed: | $62055.64 |
|---|---|---|---|---|---|---|

FIRSTLINE CORP-TN,
PO BOX 1128
VALDOSTA, GA 31603

Claim Number: 2157
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $4842.28 | Scheduled: | $4842.28 | Allowed: | $4842.28 |
|---|---|---|---|---|---|---|

FIRSTLINE CORP-TX,
PO BOX 1128
VALDOSTA, GA 31603

Claim Number: 2162
Claim Date: 02/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $403.20 | Scheduled: | $403.20 | Allowed: | $403.20 |
|---|---|---|---|---|---|---|

FIRSTLINE CORP-TX,
PO BOX 1128
VALDOSTA, GA 31603

Claim Number: 2163
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $30915.82 | Scheduled: | $30915.82 | Allowed: | $30915.82 |
|---|---|---|---|---|---|---|

FISHER, DAN & TANA
C/O WESLEY G. RITCHIE
MCCALL & RITCHIE, LLP
2600 VIA FORTUNA, SUITE 300
AUSTIN, TX 78746

Claim Number: 4671
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 4677 (10/22/2004)

| UNSECURED | Claimed: | $255000.00 |
|---|---|---|

FISHER, DANIEL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7115
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| FISHER, THOMAS & VIVIAN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6964<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

| FISHER, VIRGIL & STELLA<br>WARD MORGAN<br>ATTORNEY AT LAW<br>3217 CUMBERLAND RD.<br>BLUEFIELD, WV 24701 | Claim Number: 54<br>Claim Date: 12/17/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED<br>UNSECURED | Claimed: | $10000.00 | Allowed: | $10000.00 |

| FISHER, VIRGIL & STELLA<br>C/O WARD MORGAN<br>ATTORNEY AT LAW<br>3217 CUMBERLAND RD.<br>BLUEFIELD, WV 24701 | Claim Number: 9550<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10000.00 | | |

| FISHER, VIRGIL AND STELLA<br>C/O WARD MORGAN, ATTORNEY AT LAW<br>3217 CUMBERLAND RD.<br>BLUEFIELD, WV 24701 | Claim Number: 3634<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED | Claimed: | $10000.00 | | |

| FISK SR, GARY<br>15 EVENING SHADE<br>GORE SPRINGS, MS 38929 | Claim Number: 3205<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $75000.00 | Allowed: | $21775.73 |

| FITCH JEFFREY R,<br>6864 FIR RD<br>BREMEN, IN 46506 | Claim Number: 3139<br>Claim Date: 03/06/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $984.00 | Scheduled: | $984.00 | Allowed: | $984.00 |

| FITTS BACKHOE SERVICE,<br>117 SWITCHBOARD RD<br>BRUSH CREEK, TN 38547 | Claim Number: 1202<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4600.00 | Scheduled: | $4600.00 | Allowed: | $4600.00 |

| | | | |
|---|---|---|---|
| FITTS BACKHOE SERVICE,<br>117 SWITCHBOARD RD<br>BRUSH CREEK, TN 38547 | | | Claim Number: 7849<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $4600.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| FITTS MICHAEL<br>657 HANFORD RD<br>SKIPWITH, VA 23968 | | | Claim Number: 1782<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $600.00 | Allowed: | $600.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| FITZGERALD MHP<br>PO BOX 827<br>QUINTON, VA 23141 | | | Claim Number: 7461<br>Claim Date: 06/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $1827.50 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| FITZGERALD, JOEY A<br>216 FM SPUR 439<br>NOLANVILLE, TX 765594303 | | | Claim Number: 8716<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4353 (07/30/2004) |

| ADMINISTRATIVE | Claimed: | $1000.00 | Allowed: | $750.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| FLAGSHIP PROPERTIES INC<br>1 WATER EDGE PLACE<br>LEXINGTON, KY 40502 | | | Claim Number: 2478<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |

| SECURED | Claimed: | $15240.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| FLAHERTY, MICHAEL & KAREN<br>2185 OLD W PT RD<br>SMITHVILLE, TN 37166 | | | Claim Number: 10845<br>Claim Date: 05/30/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8685 (09/26/2006) |

| UNSECURED | Claimed: | $6773.27 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| FLAKES, ALBERT<br>2603 EASOM CIR APT 216<br>ARLINGTON, TX 760064123 | | | Claim Number: 9260<br>Claim Date: 12/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |

| ADMINISTRATIVE | Claimed: | $500.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| FLANNERY DELEA<br>1245 E SPRINGFIELD AVE APT 41<br>REEDLEY, CA 936543251 | | | Claim Number: 3106<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $58.00 | Allowed: | $58.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FLASH GORDON MO<br>1920 BETHEL DR<br>HIGH POINT, NC 27260 | Claim Number: 2099<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

| PRIORITY | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $555.00 | | Allowed: | $555.00 |

| | | |
|---|---|---|
| FLAT, SHELLIE<br>601 EDWARD<br>FARMINGTON, MO 63640 | Claim Number: 2601<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |

| PRIORITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $752.38 | Scheduled: | $682.54 | Allowed: | $752.38 |

| | | |
|---|---|---|
| FLEESON GOOING COULSON & KITCH LLC<br>125 N MARKET SUITE 1600<br>WICHITA, KS 67202 | Claim Number: 3978<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |

| UNSECURED | Claimed: | $37795.35 |
|---|---|---|

| | | |
|---|---|---|
| FLEESON GOOING COULSON & KITCH LLC<br>301 N MAIN STREET, SUITE 1900<br>WICHITA, KS 67202 | Claim Number: 9845<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $41870.54 |
|---|---|---|

| | | |
|---|---|---|
| FLEET FUELING,<br>P.O. BOX 639<br>PORTLAND, ME 04103 | Claim Number: 4542<br>Claim Date: 03/24/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | |

| UNSECURED | Claimed: | $8099.94 | Scheduled: | $5898.62 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FLEISCHMAN, NANCY<br>PO BOX 3274<br>JACKSONVILLE, OR 97530 | Claim Number: 8240<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $350.00 |
|---|---|---|

| | | |
|---|---|---|
| FLEMING, RICK<br>JOHN CAIN<br>PO BOX 359<br>KAPOWSIN, WA 98344 | Claim Number: 7428<br>Claim Date: 06/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $500000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

FLEMING, RICK & VALERIE
PO BOX 359
KAPOWSIN, WA 98344

Claim Number: 10754
Claim Date: 07/05/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6625.00 |
| --- | --- | --- |

FLETCHER & SPRINGER, LLP
8750 N. CENTRAL EXPRESSWAY
16TH FLOOR
DALLAS, TX 75231

Claim Number: 6787
Claim Date: 04/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $6352.07 |
| --- | --- | --- |

FLETCHER & SPRINGER, LLP
ATTN: RICHARD MILLER
8750 N. CENTRAL EXPWY, 16TH FLOOR
DALLAS, TX 75231

Claim Number: 7550
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $6352.07 |
| --- | --- | --- |

FLETCHER ARNOLD W
236 ESTES RD
PIEDMONT, AL 362728061

Claim Number: 2495
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $210.00 | Allowed: | $210.00 |
| --- | --- | --- | --- | --- |

FLETCHER, JAMES DOUG
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6965
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- |

FLEXCO PRODUCTS INC
2415 BRYANT STREET
ELKHART, IN 46514

Claim Number: 8199
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1620.74 |
| --- | --- | --- |

FLEXCO PRODUCTS INC-IN
2415 BRYANT STREET
ELKHART, IN 46514

Claim Number: 8196
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1438.20 |
| --- | --- | --- |

FLEXCO PRODUCTS INC-KS
2415 BRYANT STREET
ELKHART, IN 46514

Claim Number: 8195
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $786.47 |
| --- | --- | --- |

---

FLEXCO PRODUCTS INC-MN
2415 BRYANT STREET
ELKHART, IN 46514

Claim Number: 8194
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $600.55 |
| --- | --- | --- |

---

FLEXCO PRODUCTS INC-PA
2415 BRYANT STREET
ELKHART, IN 46514

Claim Number: 8185
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2001.28 |
| --- | --- | --- |

---

FLOOR TECHNOLOGY,
7244 105TH AVE SW
OLYMPIA, WA 98512

Claim Number: 2211
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

FLORENCE CO TAX COLLECTOR
180 NORTH IRBY ST MSC TT
FLORENCE, SC 29501

Claim Number: 2273
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $147.36 | | Allowed: | $117.08 |
| --- | --- | --- | --- | --- | --- |

---

FLORENCE CO TAX COLLECTOR
180 NORTH IRBY ST MSC TT
FLORENCE, SC 29501

Claim Number: 2274
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $340.07 | | Allowed: | $270.19 |
| --- | --- | --- | --- | --- | --- |

---

FLORENCE CO TAX COLLECTOR
180 NORTH IRBY ST MSC TT
FLORENCE, SC 29501

Claim Number: 2275
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $172.23 |
| --- | --- | --- |

---

FLORENCE COUNTY FAMILY COURT
LUCY S. HUGHES
180 NORTH IRBY STREET
CITY COUNTY COMLEX-MSC-1
FLORENCE, SC 29501

Claim Number: 4421
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments:
creditor letter

| UNSECURED | Claimed: | $5.00 |
| --- | --- | --- |

---

FLORENCE FILTER CORP
530 W MANVILLE ST
COMPTON, CA 90220

Claim Number: 9747
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $421.17 |
| --- | --- | --- |

---

---

FLORES, ANA LAURA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5775
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

FLORES, JOEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5776
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1650.00 UNLIQ |

---

FLORES, OLVIN LEONEL
814 SAN JACINTO
SUITE 409
AUSTIN, TX 78701

Claim Number: 391
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1234.00 |

---

FLORES, OLVIN LEONEL
814 SAN JACINTO
SUITE 409
AUSTIN, TX 78701

Claim Number: 373
Claim Date: 01/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1234.00 |

---

FLORES, OLVIN LEONEL
814 SAN JACINTO
SUITE 409
AUSTIN, TX 78701

Claim Number: 2025
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1234.00 |

---

FLORIDA POWER & LIGHT COMPANY
PO BOX 025209
MIAMI, FL 33102-5209

Claim Number: 3047
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $232.78 |

---

FLOWERS, SHIRLEY
WAYNE MCCOY
15032 MCGUIRE DRIVE
SAUCIER, MS 39574

Claim Number: 6312
Claim Date: 04/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |

---

---

FLOWERS, SHIRLEY
WAYNE MCCOY
15032 MCGUIRE DRIVE
SAUCIER, MS 39574

Claim Number: 6313
Claim Date: 04/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

FLOWERS, SHIRLEY
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10733
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2903.43 | Allowed: | $2903.43 |
|---|---|---|---|---|

---

FLOWERTOWN FLORIST
306 EAST DOTY AVE
SUMMERVILLE, SC 29483

Claim Number: 3854
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $60.75 | Allowed: | $60.75 |
|---|---|---|---|---|

---

FLOYD & VARNEY LLC
1711 GRANDIN RD SW
ROANOKE, VA 240152615

Claim Number: 1554
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $440.00 | Allowed: | $440.00 |
|---|---|---|---|---|

---

FLOYD COUNTY CLERK OF CIRCUIT COURTS
149 S CENTRAL AVE RM 1
PRESTONSBURG, KY 41653

Claim Number: 8458
Claim Date: 11/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $8348.82 | Allowed: | $4894.86 |
|---|---|---|---|---|

---

FLOYD COUNTY CLERK OF COURT
P O BOX 1089
PRESTONSBURG, KY 41653

Claim Number: 1457
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $658.09 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18.00 |

---

FLOYD, ODESSA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3206
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

---

---

FLOYD, ROBERT
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6607
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $30000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $8710.29 |

---

FLOYD, SCOTT AND STACI
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7116
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

FLYER PRESS,
DBA FLYER PRESS
P O BOX 2112
LOS LUNAS, NM 87031

Claim Number: 1407
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $746.36 | Scheduled: | $373.18 | Allowed: | $746.36 |
|---|---|---|---|---|---|---|

---

FLYER PRESS,
DBA FLYER PRESS
P O BOX 2112
LOS LUNAS, NM 87031

Claim Number: 7827
Claim Date: 11/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $746.36 | | | | |
|---|---|---|---|---|---|---|

---

FOGAL, LYNCH, JOHNSON & LONA
603 NORTH INDIAN RIVER DRIVE
SUITE 300
FORT PIERCE, FL 34950

Claim Number: 10517
Claim Date: 07/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $907.20 | | | | |
|---|---|---|---|---|---|---|

---

FOGARTY, KENNETH F.
FOGARTY, CLAIRE J.
196 WILKIE DR.
WALNUT CREEK, CA 94598-4914

Claim Number: 9270
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $16218.76 | | | | |
|---|---|---|---|---|---|---|

---

FOLKERSON COMMUNICATIONS, LTD,
400 NOLA RUTH BLVD
HARKER HEIGHTS, TX 76548-1549

Claim Number: 7774
Claim Date: 09/15/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $162.38 | Scheduled: | $162.38 | Allowed: | $162.38 |
|---|---|---|---|---|---|---|

---

FORD MOTOR CREDIT CO.,
DRAWER 55-953
PO BOX 55000
DETROIT, MI 48255-0694

Claim Number: 6468
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $17275.31 | Scheduled: | $18723.17 |
| --- | --- | --- | --- | --- |

---

FORD MOTOR CREDIT COMPANY
DRAWER 55-953
PO BOX 55000
DETROIT, MI 48255

Claim Number: 6415
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $17275.31 |
| --- | --- | --- |

---

FORD SCHOOLS,
5251 N 16TH ST STE 600
PHOENIX, AZ 85016

Claim Number: 6521
Claim Date: 04/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $179.00 |
| --- | --- | --- |

---

FORD, AARON
6995 CEDAR RIDGE LN
BLOOMSDALE, MO 63627

Claim Number: 7745
Claim Date: 08/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $2894.26 |
| --- | --- | --- |

---

FORD, JESSIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7117
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

FORD, KEVIN & LISA
2802 BEAUDRY ROAD #44
YAKIMA, WA 98901

Claim Number: 1651
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7335 (11/17/2004)

| PRIORITY | Claimed: | $68500.00 |
| --- | --- | --- |

---

FORD, KEVIN & LISA
2802 BEAUDRY RD #44
YAKIMA, WA 98901

Claim Number: 571
Claim Date: 02/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $68500.00 |
| --- | --- | --- |

---

FORD, KEVIN & LISA
2802 BEAUDRY RD #44
YAKIMA, WA 98901

Claim Number: 655
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $68500.00 |
| --- | --- | --- |

---

---

FORD, NATHAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5777
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

FORD, SILAS
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4240
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |

---

FOREE, JEFF & SYBIL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6966
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

FOREMOST ASO, JAMES PRUITT
DAVID O. KEMP
KEMP LYDICK
8150 N.CNTRL EXPY/875
DALLAS, TX 75206

Claim Number: 9012
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7578 (03/11/2005)

| ADMINISTRATIVE | Claimed: | $300000.00 |

---

FOREMOST COUNTY MUTUAL INSURANCE CO.,
C/O DAVID O. KEMP
KEMP LYDICK
8150 N. CENTRAL EXPRESSWAY 600
DALLAS, TX 75206

Claim Number: 10709
Claim Date: 03/11/2005
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $46062.50 |

---

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4383
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| SECURED | Claimed: | $1588.72 |

---

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4384
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $3754.40 |

---

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4385
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $3378.96 |
|---------|----------|----------|

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4386
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $4129.84 |
|---------|----------|----------|

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4388
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1959.43 |
|---------|----------|----------|

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4389
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $3780.20 |
|---------|----------|----------|

FORISTER RANCH HOMES
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4390
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $4200.90 |
|---------|----------|----------|

FORISTER RANCH HOMES,
P O BOX 26800
AUSTIN, TX 78755

Claim Number: 4387
Claim Date: 03/21/2003
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4653 (10/12/2004)

| SECURED | Claimed: | $3971.80 |
|---------|----------|----------|

FORMICA CORPORATION
10155 READING RD
CINCINNATI, OH 45241

Claim Number: 355
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | | | | | Allowed: | $4693.13 |
|----------------|----------|-----------|------------|-----------|----------|----------|
| UNSECURED | Claimed: | $51119.76 | Scheduled: | $49478.96 | Allowed: | $45383.23 |

---

FORREST "BUTCH" FREEMAN
OKLAHOMA COUNTY TREASURER
320 ROBERT S. KERR, RM 307
OKLAHOMA CITY, OK 73102

Claim Number: 4303
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | Claimed: | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $20048.13 | | Allowed: | $7485.02 |

---

FORREST "BUTCH" FREEMAN
OKLAHOMA COUNTY TREASURER
320 ROBERT S. KERR, RM 307
OKLAHOMA CITY, OK 73102

Claim Number: 4414
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $20048.13 | UNLIQ |

---

FORREST PAINT
P.O. BOX 22110
EUGENE, OR 97402

Claim Number: 9488
Claim Date: 04/09/2004
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $602.50 |

---

FORREST PAINT
P.O. BOX 22110
EUGENE, OR 97402

Claim Number: 10226
Claim Date: 06/07/2004
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $571.50 |

---

FORREST PAINT CO,
PO BOX 22110
EUGENE, OR 97402

Claim Number: 736
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $571.50 | Scheduled: | $571.50 | Allowed: | $571.50 |

---

FORREST PAINT CO.
PO BOX 22110
EUGENE, OR 97402

Claim Number: 8125
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $571.50 |

---

FORREST PLUMBING
DBA FORREST PLUMBING
205 W HENRY ST
BELMONT, NC 28012

Claim Number: 1764
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $1653.00 |

---

---

FORSYTH COUNTY TAX
110 E MAIN ST RM 130
CUMMING, GA 30131

Claim Number: 3930
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $449.48 |
|---|---|---|

---

FORSYTH COUNTY TAX
ROBERT E PRICE JR & ASSOC
1144 W 4TH ST
WINSTON SALEM, NC 271012402

Claim Number: 3912
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| PRIORITY | Claimed: | $6122.59 | | | Allowed: | $3618.88 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $212.28 | | |

---

FORSYTH COUNTY TAX
PO BOX 82
WINSTON SALEM, NC 27114

Claim Number: 8784
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $5291.95 |
|---|---|---|

---

FORSYTH COUNTY TAX OFFICE
WILLIAM A RODDA, CAE,ASSESSOR/COLLECTOR
PO BOX 757
WINSTON SALEM, NC 27102

Claim Number: 10761
Claim Date: 07/28/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8416 (01/30/2006)

| PRIORITY | Claimed: | $442.57 |
|---|---|---|

---

FORSYTHE, SHIRLEE
1051 SW SILVER LAKE BLVD
BEND, OR 97702

Claim Number: 3600
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $34923.00 | | Allowed: | $6500.00 |
|---|---|---|---|---|---|

---

FORT BEND COUNTY
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 577
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $240.74 |
|---|---|---|

---

FORT ROWLETT LAND JOINT VENTURE
MR. CHRIS GAROOSI
5510 ABRAMS RD. STE 109
DALLAS, TX 75214-2000

Claim Number: 7548
Claim Date: 07/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $30298.00 |
|---|---|---|

---

FORT ROWLETT LAND JOINT VENTURE
MR. CHRIS GAROOSI
5510 ABRAMS RD. STE 109
DALLAS, TX 75214-2000

Claim Number: 7759
Claim Date: 09/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $34798.00 |
| --- | --- | --- |

---

FORT WORTH INDEPENDENT SCHOOL DISTRICT
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 2420
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $4725.57 |
| --- | --- | --- |

---

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 9349
Claim Date: 01/26/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $1173.87 |
| --- | --- | --- |

---

FORT WORTH ISD
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3036
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| SECURED | Claimed: | $4969.69 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Allowed: | $2151.59 |

---

FORT WORTH ISD
ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 10133
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $26700.90 |
| --- | --- | --- |

---

FOSTER & LINDEMAN, P.A.
P.O. BOX 3108
ORLANDO, FL 32802

Claim Number: 10242
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $10656.10 |
| --- | --- | --- |

---

FOSTER REALTY CO INC
PO BOX 888
KINSTON, NC 28502

Claim Number: 7901
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $1222.50 |
| --- | --- | --- |

---

---

FOSTER REALTY CO INC
PO BOX 888
KINSTON, NC 28502

Claim Number: 7902
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $1267.50 | | | |

---

FOSTER, BELINDA
C/O EUGEUNE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5359
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNDET | Allowed: | $1750.00 |

---

FOSTER, BELINDA
C/O EUGEUNE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5360
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

FOSTER, DARRELL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6967
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

FOSTER, JOHN M. & BARBARA T.
PO BOX 1208
HENDERSON, NC 27536

Claim Number: 2745
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $3542.48 | | |
| UNSECURED | | | Allowed: | $3542.48 |

---

FOSTER, JOHN THOMAS
C/O EUGEUNE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5357
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNDET | Allowed: | $1750.00 |

---

FOSTER, JOHN THOMAS
C/O EUGEUNE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5358
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

FOUR OAKS DEVELOPMENT CO INC
PO BOX 87
FOUR OAKS, NC 27524

Claim Number: 5215
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $4336.43 | | | Allowed: | $3975.00 |
|---|---|---|---|---|---|---|

FOUR STATES MOBILE HOME TRANSPORT,
3207 SOUTH LAKE DRIVE
TEXARKANA, AR 75501

Claim Number: 3416
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $11956.12 | Scheduled: | $8827.06 | Allowed: | $11956.12 |
|---|---|---|---|---|---|---|

FOWLER WELL DRILLING & SUPPLY INC
8136 KNOX BRIDGE HWY
CANTON, GA 30114

Claim Number: 2526
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $21065.10 |
|---|---|---|

FOX 49 KPDX TV/KPTV
DBA FOX 49 KPDX TV
14975 NE GREENBRIAR PKWY
BEAVERTON, OR 97006

Claim Number: 3922
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4350.00 | Scheduled: | $4350.00 | Allowed: | $4350.00 |
|---|---|---|---|---|---|---|

FOX NANCY
237 BARKLEY LANE
TAYLORSVILLE, NC 28681

Claim Number: 2255
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY | Claimed: | $150.00 |
|---|---|---|

FOX, NANCY
237 BARKLEY LANE
TAYLORSVILLE, NC 28681

Claim Number: 2254
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 DISP |
|---|---|---|---|---|

FOX, RUSSELL
16507 NORTHCROSS DRIVE
HUNTERSVILLE, NC 28078

Claim Number: 9298
Claim Date: 12/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4403 (08/13/2004)

| SECURED | Claimed: | $87985.85 |
|---|---|---|

FOX, RUSSELL
16507 NORTHCROSS DRIVE
SUITE G
HUNTERSVILLE, NC 28078

Claim Number: 9400
Claim Date: 03/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| SECURED | Claimed: | $294258.94 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $54602.98 |

| FRAENKEL COMPANY<br>PO BOX 15385<br>BATON ROUGE, LA 70895 | Claim Number: 943<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $8818.31 |

| FRANCHI MATTHEW & DEBRA<br>440 WADING RIVER ROAD<br>MANORVILLE, NY 11949 | Claim Number: 4875<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $94000.00 |

| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 10589<br>Claim Date: 09/08/2004<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $815.80 |
| UNSECURED | Claimed: | $56.00 |

| FRANK, CARRIE L.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5778<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| FRANKFORT PUBLISHING CO,<br>PO BOX 368<br>FRANKFORT, KY 40602 | Claim Number: 1774<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $286.00 |

| FRANKLIN COUNTY<br>ELAINE H CHITWOOD, TREASURER<br>275 SOUTH MAIN STREET COURTHOUSE #232<br>ROCKY MOUNT, VA 24151 | Claim Number: 1059<br>Claim Date: 02/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $1373.28 |
| SECURED | Claimed: | $300.17 |

| FRANKLIN COUNTY<br>215 E NASH<br>PO BOX 503<br>LOUISBURG, NC 27549 | Claim Number: 7933<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $786.86 |

---

FRANKLIN COUNTY TREASURER
1016 NORTH 4TH STREET
PASCO, WA 99301

Claim Number: 3895
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1079.28 UNLIQ |
| SECURED | Claimed: | $1079.28 UNLIQ |
| TOTAL | Claimed: | $1079.28 UNLIQ |

---

FRANKLIN COUNTY TREASURER
1016 NORTH 4TH STREET
PASCO, WA 99301

Claim Number: 7630
Claim Date: 07/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

FRANKLIN COUNTY,
P O BOX 503
215 E. NASH STREET
LOUISBURG, NC 27549

Claim Number: 2326
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $407.07 | | |
| UNSECURED | Claimed: | $2787.47 | | |

---

FRANKLIN SUN,
DBA:THE FRANKLIN SUN
PO BOX 550
WINNSBORO, LA 71295

Claim Number: 709
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $120.00 | | | | |
| UNSECURED | | | Scheduled: | $264.00 | Allowed: | $120.00 |

---

FRANKS GENERAL HOME MAINTENANCE
3314 TWP RD 221
MARENGO, OH 43334

Claim Number: 8108
Claim Date: 11/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

FRANKS GENERAL HOME MAINTENANCE
3314 TWP RD 221
MARENGO, OH 43334

Claim Number: 8107
Claim Date: 11/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1811.25 |

---

FRANZOY MIKE,
8227 COLONIAL FOREST
SPRING, TX 77379

Claim Number: 779
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3788.00 | Scheduled: | $3284.00 | Allowed: | $3788.00 |

---

---

FRAZIER DAVID R
DBA K C MOBILE VILLAGE
908 MUECKE DR
KARNES CITY, TX 78118

Claim Number: 7650
Claim Date: 07/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $90.00 |

---

FRAZIER, CHAUNCEY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5779
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1931.25 UNLIQ |

---

FRAZIER, MARY G.
C/O ROY A. PERKINS, ESQ.
82 PLAZA - SUITE 104
PO BOX 678
STARKVILLE, MS 39760-0678

Claim Number: 5376
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

---

FRED N. NELMS - IRA
310 KINGSBRIDGE BLVD.
TULLAHOMA, TN 37388

Claim Number: 3865
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15000.00 |

---

FREDERICK E. TOMS & ASSOC. PLLC
103-A KILMAYNE DRIVE
CARY, NC 27511

Claim Number: 5035
Claim Date: 03/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $5334.07 |

---

FREDERICK E. TOMS & ASSOC. PLLC
103-A KILMAYNE DRIVE
ATTN: PAM BOYETTE
CARY, NC 27511

Claim Number: 5033
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $46023.54 DISP CONT |

---

FREDERICK E. TOMS & ASSOC. PLLC
103-A KILMAYNE DRIVE
CARY, NC 27511

Claim Number: 5034
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

---

FREDERICK E. TOMS & ASSOC. PLLC
103-A KILMAYNE DRIVE
CARY, NC 27511

Claim Number: 5036
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

FREDERICK, JAMES/KAY
341 CR 262
NACOGDOCHES, TX 75965

Claim Number: 5242
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

FREDERICK, JAMES/KAY
341 CR 262
NACOGDOCHES, TX 75965

Claim Number: 8483
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5000.00 |
|---|---|---|

---

FREDRICK, JAMES L. AND KAY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7118
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

FREEDOM PROPERTIES UNILIMITED,
11421 E 58TH ST
TULSA, OK 74146

Claim Number: 5117
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1260.00 | Scheduled: | $1260.00 DISP | Allowed: | $1260.00 |
|---|---|---|---|---|---|---|

---

FREEMAN MH MOVING,
5130 HWY 36 SOUTH
ROSENBERG, TX 77471

Claim Number: 3182
Claim Date: 03/06/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $5067.50 | Scheduled: | $5067.50 | Allowed: | $5067.50 |
|---|---|---|---|---|---|---|

---

FREEMAN MH MOVING,
5130 HWY 36 SOUTH
ROSENBERG, TX 77471

Claim Number: 3183
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $14812.50 | Scheduled: | $14812.50 | Allowed: | $14812.50 |
|---|---|---|---|---|---|---|

---

FREEMAN, KARIN C.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5780
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

---

FREEMAN, VICKI
4945 MARK DABLING BLVD   117
COLORADO SPRINGS, CO 80918

Claim Number: 8406
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

FRELIN, CHAD & BOBBI
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6968
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

FRENCHYS LAWN & TREE SERVICE,
DBA FRENCHYS LAWN & TREE SERVICE
301 DALLAS DR STE C1
DENTON, TX 76205

Claim Number: 4442
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2152.85 | Scheduled: | $349.11 |
|---|---|---|---|---|

---

FRIENDLY OAK MOBILE PARK
208 HAMPTON CIRCLE
ATTN:  JAMES L. LANIER
GREENVILLE, NC 27858

Claim Number: 2631
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $920.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $740.00 |

---

FRIESEN COMPANY
PO BOX 423
GRANDVIEW, TX 76050

Claim Number: 6218
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1710.00 |
|---|---|---|

---

FRONTIER SURVEYORS INC
990 VILLAGE SQUARE G-200
TOMBALL, TX 77375

Claim Number: 942
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

---

FRONTIER SURVEYORS INC
990 VILLAGE SQUARE G-200
TOMBALL, TX 77375

Claim Number: 323
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $850.00 | | | Allowed: | $850.00 |
|---|---|---|---|---|---|---|

---

---

FRONTIER SURVEYORS INC
990 VILLAGE SQUARE G-200
TOMBALL, TX 77375

Claim Number: 442
Claim Date: 01/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

---

FRONTLINE MANUFACTURING INC
PO BOX 176
306 SCHOOL STREET
LEESBURG, IN 46538

Claim Number: 9883
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7465.00 |
|---|---|---|

---

FROST, DARLENE
P.O. BOX 404
BUCKATUNNA, MS 39322

Claim Number: 591
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

---

FROST, DARLENE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2863
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $7258.58 |

---

FROST, WILLIAM
1180 INDUSTRY RD
FARMINGTON, ME 04938

Claim Number: 8163
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1500.00 |
|---|---|---|

---

FRYE, JOSEPH & MICHELLE
THOMAS ODELL ROST
827 S.W. TOPEKA BLVD.
TOPEKA, KS 66612

Claim Number: 9102
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $14889.00 |
|---|---|---|

---

FRYE, JOSEPH & MICHELLE
9231 PERRYVIEW DRIVE
OZAWKIE, KS 66070

Claim Number: 9909
Claim Date: 05/18/2004
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $9950.00 |
|---|---|---|

---

---

FRYE, JOSEPH AND MICHELLE
THOMAS ODELL ROST
827 S.W. TOPEKA BLVD.
TOPEKA, KS 66612

Claim Number: 7501
Claim Date: 06/30/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $75000.00 | Scheduled: | $0.00 UNLIQ | | |

---

FRYE, JOSEPH AND MICHELLE
THOMAS ODELL ROST
827 S.W. TOPEKA BLVD.
TOPEKA, KS 66612

Claim Number: 7500
Claim Date: 06/30/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $75000.00 | Scheduled: | $0.00 UNLIQ | | |

---

FTC INC,
FARMERS TELEPHONE COOP
PO BOX 1623
SUMTER, SC 291511623

Claim Number: 1576
Claim Date: 02/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $1122.79 | Scheduled: | $1122.79 | Allowed: | $1122.79 |

---

FUENTES, BULMARO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5781
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1650.00 UNLIQ | | | | |

---

FUENTES, BULMARO
701 TARLTON AVE.
HILLSBORO, TX 76645

Claim Number: 8715
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $6300.00 | | | | |

---

FUENTES, CARLOS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5782
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | | | | |

---

FULLER, TERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7119
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

---

FULSTONE ENTERPRISES INC
940 SOUTH MLK BLVD
LAS VEGAS, NV 89106

Claim Number: 8165
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $350.00 | | Allowed: | $200.00 |
|---|---|---|---|---|---|

---

FULTON COUNTY TAX COMMISSIONER
TAX COMMISSIONER
141 PRYOR ST. SUIE 4038
ATTN: VINCENT D HYMAN
ATLANTA, GA 30303

Claim Number: 637
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 8980 (05/10/2010)
CLAIM PAID IN FULL

| PRIORITY | Claimed: | $2867.36 |
|---|---|---|

---

FULTON COUNTY TAX COMMISSIONER
ATTN: SADIE SPEAR, BANKRUPTCY
141 PRYOR ST. SW ROOM 1113
ATLANTA, GA 30303

Claim Number: 1469
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2867.36 |
|---|---|---|

---

FULTON COUNTY TAX COMMISSIONER
ATTN: SADIE SPEAR, BANKRUPTCY
141 PRYOR ST. SW ROOM 1113
ATLANTA, GA 30303

Claim Number: 6880
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2867.36 |
|---|---|---|

---

FULTONS METAL & HARDWARE,
3100 FT WORTH DR
DENTON, TX 76205

Claim Number: 2053
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $948.00 | Scheduled: | $948.00 |
|---|---|---|---|---|

---

FUN IN THE SUN LAWN CARE
2 LODGE COURT
CASTLE HAYNE, NC 28429

Claim Number: 3924
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $1920.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1070.00 |

---

FUNCHESS, MARY
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5110
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

---

FUNDERBURK, JAMES P.          Claim Number: 10366
1604 PEPPER HILL RD.          Claim Date: 06/14/2004
GREENSBORO, NC 27407-4045     Debtor: OAKWOOD HOMES CORPORATION
                              Comments: EXPUNGED
                              DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

FUNKE STELLA                  Claim Number: 2236
545 SATER CT                  Claim Date: 02/28/2003
HERMISTON, OR 97838           Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $330.00 | | | |
|---|---|---|---|---|---|

FURNEY, TOMMY R               Claim Number: 8674
462 CULBERTSON ROAD           Claim Date: 11/19/2003
MOULTRIE, GA 31768            Debtor: OAKWOOD HOMES CORPORATION
                              Comments: EXPUNGED
                              DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $3260.00 | | | |
|---|---|---|---|---|---|

FURNITURE FACTORY OUTLET      Claim Number: 5436
3724 W WALNUT                 Claim Date: 03/27/2003
ROGERS, AR 72756              Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2141.96 | | Allowed: | $2141.96 |
|---|---|---|---|---|---|

FURNITURE FACTORY OUTLET,     Claim Number: 5440
2505 SOUTH OLIVER             Claim Date: 03/27/2003
WICHITA, KS 67210             Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2000.00 | Scheduled: | $2000.00 | Allowed: | $2000.00 |
|---|---|---|---|---|---|---|

FURNITURE SOURCE,             Claim Number: 6098
DBA"FURNITURE SOURCE          Claim Date: 03/27/2003
PO BOX 2249                   Debtor: HBOS MANUFACTURING, LP
GULFPORT, MS 39503

| UNSECURED | Claimed: | $4000.00 | Scheduled: | $4000.00 | Allowed: | $4000.00 |
|---|---|---|---|---|---|---|

FX5 CONSTRUCTION & EXCAVATION INC    Claim Number: 3237
DAVID FULLER                  Claim Date: 03/06/2003
PO BOX 1297                   Debtor: OAKWOOD MOBILE HOMES, INC.
DECATUR, TX 76234

| UNSECURED | Claimed: | $23670.00 | | Allowed: | $23670.00 |
|---|---|---|---|---|---|

FX5 CONSTRUCTION & FOUNDATION, INC.   Claim Number: 10525
ATTN: DAVID FULLER            Claim Date: 03/06/2003
PO BOX 1297                   Debtor: OAKWOOD MOBILE HOMES, INC.
DECATUR, TX 76234             Comments: EXPUNGED
                              DOCKET: 7330 (11/17/2004)

| UNSECURED | Claimed: | $23670.00 | | | |
|---|---|---|---|---|---|

---

---

FX5 CONSTRUCTION & FOUNDATION, INC.
ATTN: DAVID FULLER
PO BOX 1297
DECATUR, TX 76234

Claim Number: 10526
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23670.00 UNDET | | | | |

---

FX5 FOUNDATIONS INC
DAVID FULLER
PO BOX 1297
DECATUR, TX 76234

Claim Number: 3239
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38890.00 | Scheduled: | $54176.00 | Allowed: | $38890.00 |

---

FX5 FOUNDATIONS, INC.
ATTN: DAVID FULLER
PO BOX 1297
DECATUR, TX 76234

Claim Number: 10524
Claim Date: 03/06/2003
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38890.00 |

---

FYOCK & ASSOCIATES,
JAMES A FYOCK AND ASSOCIATES INC
PO BOX 26314
WINSTON SALEM, NC 271146314

Claim Number: 1060
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $91.63 | | | | |
| UNSECURED | | | Scheduled: | $91.63 | Allowed: | $91.63 |

---

G & D CAPITAL INVESTMENTS, INC.
DBA MR. PAYROLL
PO BOX 15147
LAS CRUCES, NM 88004

Claim Number: 6409
Claim Date: 03/31/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1000.00 |

---

G & J CLEANING SERVICE,
585 PINEVIEW CEMETERY ROAD
MOUNT OLIVE, NC 28365

Claim Number: 2725
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1440.00 | Scheduled: | $700.00 | Allowed: | $1440.00 |

---

G & K SERVICES-REDWOOD FALLS,
1250 KUHN DR
SAINT CLOUD, MN 56301

Claim Number: 2710
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1793.41 | Scheduled: | $1793.41 | Allowed: | $1262.41 |

---

G & S INDUSTRIAL SUPPLY INC,
PO BOX 429
MOCKSVILLE, NC 27028

Claim Number: 1735
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2436.55 | Allowed: | $2578.26 |

G S R SERVICES
DBA:G S R SERVICES
9208 SALISBURY
EL PASO, TX 79924

Claim Number: 1631
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2194.68 | | | Allowed: | $2194.68 |

G S R SERVICES,
DBA:G S R SERVICES
9208 SALISBURY
EL PASO, TX 79924

Claim Number: 1632
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2194.68 | Scheduled: | $2194.68 |

G&D SERVICES
DBA:G&D SERVICES
6610 HWY 45 NORTH
COLUMBUS, MS 39705

Claim Number: 8701
Claim Date: 11/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $12412.50 |

G&D SERVICES,
DBA:G&D SERVICES
6610 HWY 45 NORTH
COLUMBUS, MS 39705

Claim Number: 4270
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $12412.50 | Scheduled: | $7362.50 DISP |

G&J CLEANING SERVICE
585 PINEVIEW CEMETERY ROAD
MOUNT OLIVE, NC 28365

Claim Number: 9810
Claim Date: 05/10/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1440.00 |

G. WILLIAM WATKINS
GARY C. WHITESELL
ATTN: ALLEN & CARWIE PC
P.O. BOX 1558
WAYNESBORO, VA 22980

Claim Number: 3467
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $667.00 | | | Allowed: | $667.00 |

GABBARD, STEPHANIE & DARRYL
C/O AMY FERGUSON
CUNI, FERGUSON & LEVAY
10655 SPRINGFIELD PIKE
CINCINNATI, OH 45215

Claim Number: 10614
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5400.00 |

| GABBARD, STEPHANIE AND DARRYL<br>AMY S. FERGUSON<br>CUNI, FERGUSON & LEVAY<br>10655 SPRINGFIELD PIKE<br>CINCINNATI, OH 45215 | Claim Number: 7637<br>Claim Date: 07/23/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $73575.58 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| GAFFNEY LEDGER<br>PO BOX 670<br>1604 BAKER BLVD<br>GAFFNEY, SC 29342 | Claim Number: 9092<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $341.64 |

| GAIN CONTRACTING, INC.<br>7011 W. CHERYL LN<br>PEORIA, AZ 85345 | Claim Number: 10451<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1643.00 |

| GAINES-BRANIGAN, GERRY<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5783<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| GAIO CONTRACTING INC<br>7011 W CHERYL DR<br>PEORIA, AZ 85345 | Claim Number: 9036<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7444 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1643.00 |

| GALLAGHER FINANCIAL SYSTEMS INC,<br>1500 SAN REMO AVE STE 251<br>CORAL GABLES, FL 33146 | Claim Number: 2900<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $43723.50 | | Scheduled: | $43723.50 DISP | Allowed: | $43723.50 |

| GALLAGHER FINANCIAL SYSTEMS, INC.<br>WIPRO GALLAGHER SOLUTIONS, INC.<br>18001 OLD CUTLER ROAD<br>SUITE 651<br>PALMETTO BAY, FL 33157 | Claim Number: 8624<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $43723.50 UNLIQ |

---

GALLARDO, MANUEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5784
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GALLAS & SCHULTZ
9140 WARD PKWY., SUITE 225
KANSAS CITY, MO 64114

Claim Number: 306
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $3787.23 | | |
| UNSECURED | | | Allowed: | $3787.23 |

---

GALLAS & SCHULTZ
9140 WARD PKWY., SUITE 225
KANSAS CITY, MO 64114

Claim Number: 9717
Claim Date: 05/05/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $13194.25 |

---

GALLAS & SHULTZ,
9140 WARD PKWY STE,225
KANSAS CITY, MO 64114

Claim Number: 9123
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $9841.00 |

---

GALLIA CO. TREASURER
18 LOCUST STREET
GALLIPOLIS, OH 45631

Claim Number: 10166
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $410.40 |

---

GALLIA COUNTY
18 LOCUST STREET, ROOM 1291
GALLIPOLIS, OH 456311291

Claim Number: 4543
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| SECURED | Claimed: | $898.39 |

---

GALLIA COUNTY RECORDER
18 LOCUST STREET
GALLIPOLIS, OH 45631

Claim Number: 8176
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $6.00 |

---

GALLIA COUNTY TREASURER
STEVE MCGHEE
18 LOCUST ST
GALLIPOLIS, OH 45631

Claim Number: 9654
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $410.40 | | | | |
|---|---|---|---|---|---|---|

GALLICHIO, JOANN M.
1610 FORDS CORNER RD
HARTLY, DE 19953

Claim Number: 6276
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1354.75 | | | | |
|---|---|---|---|---|---|---|

GALLOPING YARD SERVICE
DBA GALLOPING YARD SERVICE
PO BOX 1396
GRAHAM, WA 98338

Claim Number: 1335
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $4896.00 | | | Allowed: | $4896.00 |
|---|---|---|---|---|---|---|

GALLOPING YARD SERVICE,
DBA GALLOPING YARD SERVICE
PO BOX 1396
GRAHAM, WA 98338

Claim Number: 1511
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $612.00 | Scheduled: | $5450.00 | Allowed: | $612.00 |
|---|---|---|---|---|---|---|

GALLUP INDEPEND,
PO BOX 1210
500 N 9TH
GALLUP, NM 87301

Claim Number: 933
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $149.38 | Allowed: | $169.38 |
|---|---|---|---|---|---|---|

GALVESTON COUNTY TAX OFFICE
P.O. BOX 1169
GALVESTON, TX 77553

Claim Number: 8420
Claim Date: 11/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $4520.20 | | | | |
|---|---|---|---|---|---|---|

GALVESTON CTY T
PO BOX 1169
GALVESTON, TX 77553

Claim Number: 6194
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $175.85 | | | | |
|---|---|---|---|---|---|---|

| GALVESTON CTY T<br>PO BOX 1169<br>GALVESTON, TX 77553 | Claim Number: 8421<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1595.79 | | |

| GAMBLE, LARRY D.<br>1800 AUSTIANNA CT<br>NAVASOTA, TX 77868 | Claim Number: 3842<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | | | Allowed: | $574.00 |
| UNSECURED | Claimed: | $3163.72 | | |

| GAONA MOORE P.C,<br>3101 N CENTRAL AVE STE#720<br>PHOENIX, AZ 85012 | Claim Number: 1263<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37893.84 | Scheduled: $37893.84 | Allowed: | $37893.84 |

| GAONA MOORE P.C,<br>3101 N CENTRAL AVE STE#720<br>PHOENIX, AZ 85012 | Claim Number: 1294<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | Allowed: | $3.00 |
| UNSECURED | Claimed: | $155.91 | Scheduled: $155.91 | Allowed: | $155.91 |

| GAONA MOORE P.C,<br>3101 N CENTRAL AVE STE#720<br>PHOENIX, AZ 85012 | Claim Number: 1262<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $330.41 | Scheduled: $330.41 | Allowed: | $330.41 |

| GAONA MOORE P.C,<br>3101 N CENTRAL AVE STE#720<br>PHOENIX, AZ 85012 | Claim Number: 1261<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2501.17 | Scheduled: $2501.17 | Allowed: | $2501.17 |

| GAONA MOORE PC,<br>3101 NORTH CENTRAL AVE STE 720<br>PHOENIX, AZ 85012 | Claim Number: 1295<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2061.28 | Scheduled: $2061.28 | Allowed: | $2061.28 |

GAONA MOORE PC,
3101 NORTH CENTRAL AVE STE 720
PHOENIX, AZ 85012

Claim Number: 1296
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $166.45 | Scheduled: | $166.45 | Allowed: | $166.45 |

GARCIA RAUL,
1326 AVE C
HUNTSVILLE, TX 77340

Claim Number: 991
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $620.00 | | | | |
| UNSECURED | | | Scheduled: | $460.00 | Allowed: | $620.00 |

GARCIA, CARLOS ENRIQUE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5785
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

GARCIA, GERALDINE P
319 E WILSON SP #27
GALLUP, NM 87301

Claim Number: 8578
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $928.00 |

GARCIA, GILBERT
11308 MALAGUENA LANE NE
ALBUQUERQUE, NM 87111

Claim Number: 9134
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

GARCIA, PAM
THOREAU MOBILE HOME PARK
345 E. PASADENA AVENUE
PHOENIX, AZ 85012

Claim Number: 9811
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $220.00 |

GARCIA, RAUL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5786
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $862.50 UNLIQ |

---

GARCIA, RAUL
1326 AVE C
HUNTSVILLE, TX 77340

Claim Number: 8774
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $620.00 |
| --- | --- | --- |

---

GARCIC, GERELDINE
319 E WILSON SP #27
GALLUP, NM 87301

Claim Number: 9897
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $560.00 |
| --- | --- | --- |

---

GARDNER SUPER 8
2001 EAST SANTA FE
GARDNER, KS 66030

Claim Number: 1706
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $589.53 | | | Allowed: | $589.53 |
| --- | --- | --- | --- | --- | --- | --- |

---

GARDNER WILLIAM
4851 RED SPRINGS HWY
RED SPRINGS, NC 28377

Claim Number: 1959
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $635.00 |
| --- | --- | --- |

---

GARICK AIR CONDITIONING SERVICE INC,
2122 X STREET UNIT B
SACRAMENTO, CA 95818

Claim Number: 711
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $11700.64 | Scheduled: | $22954.82 | Allowed: | $11700.64 |
| --- | --- | --- | --- | --- | --- | --- |

---

GARLAND & DRUM
PO BOX 1657
GASTONIA, NC 28053

Claim Number: 2803
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $700.00 | | | Allowed: | $700.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

GARNER & HAYES PLLC
PO BOX 1795
SOUTHERN PINES, NC 28388

Claim Number: 8146
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $382.00 |
| --- | --- | --- |

---

GARNER BEVERLY K
12318 JULIE STREET
OKLAHOMA CITY, OK 73165

Claim Number: 7321
Claim Date: 05/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2500.00 |
| --- | --- | --- |

---

---

GARNER SYLVIA DUDLEY,
351 CEDAR CREEK RD
NEWPORT, NC 38570

Claim Number: 799
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $120.00 | | | | | |
| UNSECURED | | | Scheduled: | $120.00 | | Allowed: | $120.00 |

GARNER, JOSEPH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7121
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

GARNER, JOSH AND SHARON
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7120
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

GARNER, MICHAEL
155 RICHMOND RD
POWERSITE, MO 65731

Claim Number: 8584
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

GARNER, RON & EMOLEE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6969
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

GARRIS, DELORES J.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7122
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

GARVIN, KELVIN L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5787
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

GARY J TREPANIER EXCAVATING          Claim Number: 3603
130 TREPANIER LANE                   Claim Date: 03/11/2003
TIETON, WA 98947                     Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $8878.50 | Scheduled: | $8878.50 | | |
|---|---|---|---|---|---|---|

GARY MCELHANEY ARCHITECT             Claim Number: 3086
DBA GARY MCELHANEY                   Claim Date: 03/05/2003
2500 N LINCOLN                       Debtor: OAKWOOD HOMES CORPORATION
OKLAHOMA CITY, OK 73105

| UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

GARY, NEWMAN                         Claim Number: 9062
1805 N. CONGRESS                     Claim Date: 11/25/2003
ATHENS, TN 37303                     Debtor: OAKWOOD MOBILE HOMES, INC.
                                     Comments: EXPUNGED
                                     DOCKET: 4653 (10/08/2004)

| ADMINISTRATIVE | Claimed: | $28000.00 | | | | |
|---|---|---|---|---|---|---|

GARY, SAMUEL                         Claim Number: 8348
DENNIS SUMPTER                       Claim Date: 11/12/2003
1003 S. HUNTINGTON                   Debtor: OAKWOOD HOMES CORPORATION
SULPHUR, LA 70663                    Comments: EXPUNGED
                                     DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

GARYS WESTEN AUTO ASSOC.             Claim Number: 7955
310 WEST MILL                        Claim Date: 11/04/2003
PLAINVILLE, KS 67663                 Debtor: OAKWOOD HOMES CORPORATION
                                     Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $127.81 | | | | |
|---|---|---|---|---|---|---|

GARYS WESTEN AUTO ASSOC.,            Claim Number: 3017
504 S MERIDIAN ST                    Claim Date: 03/10/2003
PLAINVILLE, KS 676632710             Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $127.81 | Scheduled: | $120.31 | Allowed: | $127.81 |
|---|---|---|---|---|---|---|

GARZA MERCEDES                       Claim Number: 3077
905 W 4TH ST                         Claim Date: 03/05/2003
LITTLEFIELD, TX 79339                Debtor: OAKWOOD MOBILE HOMES, INC.
                                     Comments: EXPUNGED

| PRIORITY | Claimed: | $13845.00 | | | | |
|---|---|---|---|---|---|---|

GARZA MERCEDES,                      Claim Number: 3076
905 W 4TH ST                         Claim Date: 03/05/2003
LITTLEFIELD, TX 79339                Debtor: OAKWOOD MOBILE HOMES, INC.
                                     Comments: EXPUNGED

| PRIORITY | Claimed: | $13845.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7895.00 | | |

---

GARZA, MARGARITO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5788
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GAS ETC,
800 EAST BRIDGE STREET
REDWOOD FALLS, MN 56283

Claim Number: 3690
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55.32 | Scheduled: | $55.32 | Allowed: | $55.32 |

---

GASKINS SERVICES INC
745 WASHINGTON POST ROAD
NEW BERN, NC 28562

Claim Number: 6100
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700.00 |

---

GASKINS SERVICES INC,
745 WASHINGTON POST ROAD
NEW BERN, NC 28562

Claim Number: 6101
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |

---

GASPER, TROY
BOX 181
VICTORIA, KS 67671

Claim Number: 7492
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $640.00 | | | Allowed: | $640.00 |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | | |

---

GASTON CO. TAX
OFFICE OF TAX SUPERVISOR
PO BOX 1578
GASTONIA, NC 28053-1578

Claim Number: 6721
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $644.63 |

---

GASTON CO. TAX
OFFICE OF TAX SUPERVISOR
PO BOX 1578
GASTONIA, NC 28053-1578

Claim Number: 7758
Claim Date: 09/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $558.91 | | Allowed: | $422.78 |
| SECURED | Claimed: | $2446.39 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GASTON CO. TAX<br>OFFICE OF TAX SUPERVISOR<br>PO BOX 1578<br>GASTONIA, NC 28053-1578 | | | Claim Number: 8255<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $7868.03 | | | | | |
| GASTON COUNTY<br>TAX COLLECTOR<br>PO BOX 1578<br>GASTONIA, NC 28053-1578 | | | Claim Number: 274<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $637.70 | | | | | |
| SECURED | Claimed: | $7185.59 | | | | | |
| GATES, BILLY & EVIE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 6970<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 | |
| GATES, DEDRIC<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5789<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $1650.00 UNLIQ | | | | | |
| GATEWAY MOBILE HOME PARK,<br>DBA GATEWAY MOBILE HOME PARK<br>P O BOX 3273<br>PAYSON, AZ 85547 | | | Claim Number: 1976<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $484.45 | Scheduled: | $484.45 DISP | Allowed: | $484.45 | |
| GAVERICK SURVEYING<br>DBA GAVERICK SURVEYING<br>1200 RIVIERA DRIVE<br>MARION, OH 43302 | | | Claim Number: 3286<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $535.00 | | | Allowed: | $535.00 | |
| GAVIN COLE DESORMEAUX BY AND THROUGH HIS<br>CUSTODIAL PARENT SHAVON LISA DESORMEAUX<br>C/O CHARLES M. RUSH/RUSH RUSH & CALOGERO<br>P.O. BOX 53713<br>LAFAYETTE, LA 70505 | | | Claim Number: 4140<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7488 (01/28/2005) | | | | |
| UNSECURED | Claimed: | $50000.00 | | | | | |

GAZETTE
P O BOX 68
GALAX, VA 24333

Claim Number: 3143
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $420.59 | | | Allowed: | $420.59 |

GAZETTE,
P O BOX 68
GALAX, VA 24333

Claim Number: 3142
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $291.60 | Scheduled: | $675.27 | Allowed: | $291.60 |

GCCISD & LEE COLLEGE DISTRICT
STEPHEN H. DONCARLOS
ATTORNEY AT LAW
PO BOX 809
BAYTOWN, TX 77522-0809

Claim Number: 4314
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $207.21 |

GCCISD AND LEE COLLEGE DISTRICT
STEPHEN H. DONCARLOS, ATTORNEY
P.O. BOX 809
BAYTOWN, TX 77522-0809

Claim Number: 4409
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $207.21 |

GDS INC
P O BOX 200
HICKORY, NC 28603

Claim Number: 7996
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $394.57 |

GDS INC - HICKORY,
PO BOX 9001705
LOUISVILLE, KY 40290-1705

Claim Number: 3593
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1475.74 | Scheduled: | $1475.74 | Allowed: | $1475.74 |

GDS INC,
P O BOX 2943
HICKORY, NC 28603-2943

Claim Number: 1238
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $455.77 | Scheduled: | $91.16 | Allowed: | $455.77 |

GDS INC. OF HICKORY
PO BOX 1097
CONOVER, NC 28613

Claim Number: 9549
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $592.80 |

---

GE CONSUMER PRODUCTS
FKA GE APPLIANCES, C/O BENESCH, ET AL
ATTN: DAVID M. NEUMANN
2300 BP TOWER, 200 PUBLIC SQUARE
CLEVELAND, OH 44114-2378

Claim Number: 466
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $1276697.15 | | |
| UNSECURED | | | Allowed: | $487487.00 |

---

GEARY PORTER & DONOVAN P.C.
PO BOX 700248
DALLAS, TX 75370

Claim Number: 7799
Claim Date: 10/06/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

UNSECURED   Claimed:   $3743.89

---

GEARY PORTER & DONOVAN P.C.,
PO BOX 700248
DALLAS, TX 75370

Claim Number: 7800
Claim Date: 10/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

UNSECURED   Claimed:   $3743.89

---

GEBO'S, INC
803 ABBOTT AVE
HILLSBORO, TX 76645

Claim Number: 1486
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

UNSECURED   Claimed:   $147.94

---

GEE, RENA C
770 SHELBOURNE LANE
VICTORIA, VA 23974

Claim Number: 8675
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
POC NOT SIGNED

ADMINISTRATIVE   Claimed:   $3405.00

---

GEE, TERRY & SHARON
C/O ATTY C. R. KIT BRAMBLETT
2211 E. MISSOURI, STE. N221
EL PASO, TX 79903

Claim Number: 8659
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

UNSECURED   Claimed:   $91100.00

---

GEH & ASSOCIATES,
PO DRAWER 2010
BENTON, AR 72018

Claim Number: 4031
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $1355.00 | Allowed: | $1355.00 |

---

GEISER, DONALD AND ROSE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7123
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

GEISICK, GERALD
5613 W 16TH ST
GREELEY, CO 806342952

Claim Number: 3805
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

GELCO CORPORATION DBA GE FLEET SERVICES
PO BOX 669
MOUNT LAUREL, NJ 080540669

Claim Number: 9130
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8519

| ADMINISTRATIVE | Claimed: | $108510.50 | | Allowed: | $420836.13 |
|---|---|---|---|---|---|

GELL, JAMES
341 ZIEGLER DR
ROSEBURG, OR 97470

Claim Number: 2718
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $169.00 | Scheduled: | $169.00 | Allowed: | $169.00 |
|---|---|---|---|---|---|---|

GELL, JAMES
341 ZIEGLER DR
ROSEBURG, OR 97470

Claim Number: 8839
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $1164.00 |
|---|---|---|

GELL, JAMES P.
341 ZIEGLOR DR.
ROSEBURG, OR 97470

Claim Number: 10016
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2609.60 |
|---|---|---|

GEM COUNTY TREASURER
415 E. MAIN ST.
EMMET, ID 83617

Claim Number: 6211
Claim Date: 03/31/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $2494.88 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6.00 |

GEM STATE WELDERS SUPPLY CO,
P O BOX 384
TWIN FALLS, ID 83303

Claim Number: 2014
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $81.40 | Scheduled: | $81.40 | Allowed: | $81.40 |

GEM STATE WELDERS SUPPLY CO,
P O BOX 384
TWIN FALLS, ID 83303

Claim Number: 8170
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $75.31 |

GEM STATE WELDERS SUPPLY CO.
P O BOX 384
TWIN FALLS, ID 83303

Claim Number: 9503
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $75.06 |

GEM STATE WELDERS SUPPLY INC.
P O BOX 384
TWIN FALLS, ID 83303

Claim Number: 9770
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $85.48 |

GENERAL ELECTIC CAPTIAL CORPORATION
C/O ITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 4083
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $71509.57 | Allowed: | $70305.12 |

GENERAL ELECTRIC CAPITAL CORP
C/O PATRICIA POET -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD, SW
CEDAR RAPIDS, IA 52404

Claim Number: 4080
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $11447.66 | Allowed: | $13078.31 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIA POEL -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010  THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 4093
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2002.20 | Allowed: | $723.95 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIA POE - LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 4098
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $605.93 | Allowed: | $605.93 |

| | | | | | |
|---|---|---|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ADAM M. SPENCE, ESQ.<br>K. DONALD PROCTOR, P.A.<br>102 W. PENNSYLVANIA AVENUE, SUITE 505<br>BALTIMORE, MD 21204 | | | Claim Number: 4078<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | |
| SECURED | Claimed: | $17496.08 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL-LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4079<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $15359.56 | | Allowed: | $12057.62 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4082<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $14592.13 | | Allowed: | $9815.45 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4086<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| SECURED | Claimed: | $2774.00 | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $677.17 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4087<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $2250.56 | | Allowed: | $2628.37 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELETRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4090<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $7896.63 | | Allowed: | $6394.85 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | | | Claim Number: 4091<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $98744.95 | | Allowed: | $85450.95 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIAL POEL-LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISION BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 4092
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2549.19 | Allowed: | $1208.57 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIA POEL -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 5282
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $8497.57 | | |
| UNSECURED | | | Allowed: | $6236.30 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIAL POE -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORPORATION
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 5283
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $923.43 | | |
| UNSECURED | | | Allowed: | $1491.69 |

GENERAL ELECTRIC CAPITAL CORPORATION
C/O PATRICIA POEL-LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISION BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 6780
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $1709.89 | | |
| UNSECURED | | | Allowed: | $2204.50 |

GENERAL ELECTRIC CAPTIAL CORP
C/O PATRICIA POEL -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 10752
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5196.42 | Allowed: | $2532.99 |

GENERAL ELECTRIC CAPTIAL CORPORATION
C/O PATRICIA POEL -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD
CEDAR RAPIDS, IA 52404

Claim Number: 4094
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4005.99 | | |

GENERAL ELECTRIC CAPTIAL CORPORATION
C/O PATRICIA POEL -LITIGATION SPECIALIST
GENERAL ELECTRIC CAP CORP
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Number: 4095
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5433.80 | Allowed: | $5125.81 |

| GENERAL ELECTRIC CAPTIAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 4097<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: $11716.96 | Allowed: | $7697.63 |

| GENERAL ELECTRIC CAPTIAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD<br>CEDAR RAPIDS, IA 52404 | Claim Number: 4081<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: $1909.46 | Allowed: | $1909.46 |

| GENERAL ELECTRIC CAPTIAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 4084<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: $456.09 | Allowed: | $456.09 |

| GENERAL ELECTRIC CAPTIAL CORPORATION<br>C/O PATRICIA POEL -LITIGATION SPECIALIST<br>GENERAL ELECTRIC CAP CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 4085<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: $1628.32 | Allowed: | $1628.32 |

| GENERAL MOTORS ACCEPTANCE CORP<br>PO BOX 5055<br>TROY, MI 48007-5055 | Claim Number: 10811<br>Claim Date: 02/06/2006<br>Debtor: SUBURBAN HOME SALES, INC. |
|---|---|
| UNSECURED | Claimed: $6175.88 |

| GENERAL MOTORS ACCEPTANCE CORP<br>PO BOX 5055<br>TROY, MI 48007-5055 | Claim Number: 10812<br>Claim Date: 02/06/2006<br>Debtor: SUBURBAN HOME SALES, INC. |
|---|---|
| UNSECURED | Claimed: $2659.41 |

| GENERAL MOTORS ACCEPTANCE CORP<br>PO BOX 5055<br>TROY, MI 48007-5055 | Claim Number: 10813<br>Claim Date: 02/06/2006<br>Debtor: SUBURBAN HOME SALES, INC. |
|---|---|
| UNSECURED | Claimed: $740.56 |

| GENERAL MOTORS ACCEPTANCE CORP<br>PO BOX 5055<br>TROY, MI 48007-5055 | Claim Number: 10814<br>Claim Date: 02/06/2006<br>Debtor: SUBURBAN HOME SALES, INC. |
|---|---|
| UNSECURED | Claimed: $407.04 |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9367<br>Claim Date: 02/11/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8488 (03/15/2006) |
|---|---|
| UNSECURED          Claimed:          $30943.29 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9368<br>Claim Date: 02/11/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8488 (03/15/2006) |
|---|---|
| UNSECURED          Claimed:          $24127.88 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9369<br>Claim Date: 02/11/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8488 (03/15/2006) |
|---|---|
| UNSECURED          Claimed:          $28472.28 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9370<br>Claim Date: 02/09/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed:          $28472.28 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9371<br>Claim Date: 02/09/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed:          $30943.29 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9374<br>Claim Date: 02/09/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed:          $24127.88 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9375<br>Claim Date: 02/09/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8488 (03/15/2006) |
|---|---|
| UNSECURED          Claimed:          $30570.29 | |

| GENERAL MOTORS ACCEPTANCE CORP.<br>1700 W HIGHWAY 36, SUITE 510<br>ROSEVILLE, MN 55113 | Claim Number: 9376<br>Claim Date: 02/12/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|
| UNSECURED          Claimed:          $30570.29 | |

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 9388
Claim Date: 02/11/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $28472.28 |
|-----------|----------|-----------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 9389
Claim Date: 02/11/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $24127.88 |
|-----------|----------|-----------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 9390
Claim Date: 02/11/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $30943.29 |
|-----------|----------|-----------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 10531
Claim Date: 07/09/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $20482.34 UNLIQ |
|---------|----------|-----------------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 10533
Claim Date: 07/09/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25881.06 UNLIQ |
|---------|----------|-----------------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
SAINT PAUL, MN 55113

Claim Number: 10534
Claim Date: 07/13/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $20439.38 UNLIQ |
|---------|----------|-----------------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
ROSEVILLE, MN 55113

Claim Number: 10536
Claim Date: 07/15/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $20439.38 |
|---------|----------|-----------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
ROSEVILLE, MN 55113

Claim Number: 10537
Claim Date: 07/15/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $25881.06 UNLIQ |
|---------|----------|-----------------|

GENERAL MOTORS ACCEPTANCE CORP.
1700 W HIGHWAY 36, SUITE 510
ROSEVILLE, MN 55113

Claim Number: 10538
Claim Date: 07/15/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $20482.34 UNLIQ |
|---|---|---|

GENERAL SHALE BRICK,
DBA GENERAL SHALE BRICK
P O BOX 75819
CHARLOTTE, NC 28275

Claim Number: 1903
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5616.11 | Scheduled: | $5616.11 | Allowed: | $5616.11 |
|---|---|---|---|---|---|---|

GENERAL SHALE PRODUCTS LLC
3211 NORTH ROAN ST
P.O. BOX 3547
JOHNSON CITY, TN 37601

Claim Number: 483
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2747.63 |
|---|---|---|

GENERAL TRADING COMPANY,
PO BOX 845
NEW ULM, MN 56073

Claim Number: 1669
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2318.37 | Scheduled: | $2318.37 | Allowed: | $2318.37 |
|---|---|---|---|---|---|---|

GENEX
440 E SWEDESFORD RD STE 3000
WAYNE, PA 190871842

Claim Number: 2584
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $568.59 | | | Allowed: | $568.59 |
|---|---|---|---|---|---|---|

GENOVESE, MARION
158 POLONAI AVE
AKRON, OH 44319

Claim Number: 7943
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $495.00 |
|---|---|---|

GENOVESE, MARION
158 POLONIA AVE
AKRON, OH 44319-3015

Claim Number: 8005
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $155.00 |
|---|---|---|

---

GENSINGER JOHN,
5300 TRYON RD
RALEIGH, NC 27602

Claim Number: 1174
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $112.50 | Scheduled: | $112.50 DISP | Allowed: | $112.50 |
|---|---|---|---|---|---|---|

GENUINE BUILDERS LLC
GENUINE BUILDERS
PO BOX 488
LAKE PRESTON, SD 572490480

Claim Number: 3167
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $6750.17 |
|---|---|---|

GEO IMAGE LLC
385 N GROVE ST STE B
DAHLONEGA, GA 30533

Claim Number: 2114
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2181.07 |
|---|---|---|

GEORGE ANDRIE & ASSOCIATES,
DBA GEORGE ANDRIE & ASSOCIATES
6900 AIRPORT DR
WACO, TX 76708

Claim Number: 3672
Claim Date: 03/12/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $624.54 | Scheduled: | $624.54 | Allowed: | $624.54 |
|---|---|---|---|---|---|---|

GEORGE COUNTY TAX ASSESSOR COLLECTOR
5130 MAIN ST STE B
LUCEDALE, MS 39452

Claim Number: 8702
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $1387.00 |
|---|---|---|

GEORGE STEVE,
491 BLACK BART RD
OROVILLE, CA 959668528

Claim Number: 3607
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $494.66 | Scheduled: | $63.00 | Allowed: | $494.66 |
|---|---|---|---|---|---|---|

GEORGE, WAYNE & MRS.
600 KITSAP ST STE 202
PORT ORCHARD, WA 98366

Claim Number: 555
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: CM#69 ORD (01/28/2005)

| PRIORITY | Claimed: | $150000.00 UNLIQ |
|---|---|---|

GEORGE, WAYNE, MR. & MRS.
600 KITSAP ST., STE. 202
PORT ORCHARD, WA 98366

Claim Number: 10642
Claim Date: 11/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6250.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>P O BOX 161108<br>ATLANTA, GA 30321 | | | Claim Number: 6758<br>Claim Date: 04/29/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $127210.11 | |
| UNSECURED | Claimed: | $25625.00 | |
| GEORGIA DEPARTMENT OF REVENUE<br>P O BOX 161108<br>ATLANTA, GA 30321 | | | Claim Number: 6759<br>Claim Date: 04/29/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $108288.95 | |
| UNSECURED | Claimed: | $24689.85 | |
| GEORGIA DEPARTMENT OF REVENUE<br>P O BOX 161108<br>ATLANTA, GA 30374-0381 | | | Claim Number: 7520<br>Claim Date: 06/30/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 7325 (11/19/2004) |
| PRIORITY | Claimed: | $2615.11 | |
| UNSECURED | Claimed: | $500.00 | |
| GEORGIA DEPARTMENT OF REVENUE<br>P O BOX 161108<br>ATLANTA, GA 30374-0381 | | | Claim Number: 7521<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $2504.46 | |
| UNSECURED | Claimed: | $13895.69 | |
| GEORGIA DEPARTMENT OF REVENUE,<br>P O BOX 161108<br>ATLANTA, GA 30321 | | | Claim Number: 7795<br>Claim Date: 09/29/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| PRIORITY | Claimed: | $2504.46 | |
| GEORGIA DEPT OF REVENUE,<br>P O BOX 161108<br>ATLANTA, GA 30321 | | | Claim Number: 7785<br>Claim Date: 09/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: DOCKET: 8401 (01/24/2005) |
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $100.00 | |
| GEORGIA POWER COMPANY<br>BIN 80002/SANDRA VAUGHN<br>2500 PATRICK HENRY BLVD<br>MCDONOUGH, GA 30253 | | | Claim Number: 182<br>Claim Date: 12/30/2002<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $2147.82 | |

| | |
|---|---|
| GEORGIA POWER COMPANY<br>DAUNDRA FLETCHER<br>P.O. BOX 4545<br>BIN 80002<br>ATLANTA, GA 30302 | Claim Number: 10691<br>Claim Date: 12/27/2004<br>Debtor: OHC LIQUIDATION TRUST OAKWOOD HOMES<br>Comments: EXPUNGED<br>DOCKET: 7912 (07/13/2005) |

UNSECURED        Claimed:        $7862.56

| | |
|---|---|
| GEORGIA SELF INSURERS GUARATY TRUST<br>P O BOX 7159<br>ATLANTA, GA 303570159 | Claim Number: 5324<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4119 (06/02/2004) |

SECURED         Claimed:        $0.00 UNDET

| | |
|---|---|
| GEORGIA-PACIFIC CORP.<br>133 PEACHTREE ST NE (30303)<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | Claim Number: 419<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

UNSECURED        Claimed:        $1047254.62

| | |
|---|---|
| GEORGIA-PACIFIC CORP.<br>133 PEACHTREE ST NE (30303)A<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | Claim Number: 544<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3660 (02/24/2004) |

ADMINISTRATIVE                                                        Allowed:       $274055.28
PRIORITY         Claimed:        $380641.99
UNSECURED        Claimed:        $0.00

| | |
|---|---|
| GEORGIA-PACIFIC CORP.<br>133 PEACHTREE ST NE (30303<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | Claim Number: 9156<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |

PRIORITY         Claimed:        $274055.28
UNSECURED        Claimed:        $768376.36

| | |
|---|---|
| GEORGIA-PACIFIC CORPORATION<br>133 PEACHTREE ST NE (30303)<br>PO BOX 105605<br>ATTN: ERICH L. MCINNIS<br>ATLANTA, GA 30348-5605 | Claim Number: 9272<br>Claim Date: 12/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

PRIORITY         Claimed:        $274055.28

| | |
|---|---|
| GERALDS MOBILE HOME SERVICE,<br>735 N PRICE ROAD<br>FLORENCE, SC 29506 | Claim Number: 6673<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

UNSECURED        Claimed:        $7975.00 UNLIQ

---

GERMAN, DAVID ALLEN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5790
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |

---

GERRARD TIRE CO,
PO BOX 790010
CHARLOTTE, NC 28206

Claim Number: 873
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $820.05 | Scheduled: | $820.05 | Allowed: | $820.05 |

---

GERZ, GENE
8732 BRADLEY AVE
SUN VALLEY, CA 91352

Claim Number: 10459
Claim Date: 06/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30808.58 | | | Allowed: | $22800.00 |

---

GERZ, GENE
8732 BRADLEY AVE.
SUN VALLEY, CA 91352

Claim Number: 10460
Claim Date: 06/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74665.04 | | | Allowed: | $57956.40 |

---

GETTLEMAN, MARC C. AND DARLENE
8945 HWY 27 W.
LILLINGTON, NC 27546

Claim Number: 10620
Claim Date: 10/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40000.00 |

---

GIANT FOOD STORES, INC.
C/O THE STOP & SHOP SUPERMARKET COMPANY
1385 HANCOCK STREET
ATTN: DAWN PERRY
QUINCY, MA 02169

Claim Number: 6267
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $511.53 |

---

GIBBS, TERRY LEE
417 MOUNTAINVIEW DR
GRAY COURT, SC 29645

Claim Number: 1565
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $486.47 | Scheduled: | $486.47 | Allowed: | $486.47 |

---

| GIFFORD, LOLA & ROBERT<br>39 MAPLE LN.<br>HEBER SPRINGS, AR 72543 | Claim Number: 4239<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
|---|---|---|

| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |
|---|---|---|---|---|---|

| GIFFORD, ROBERT & LOLA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6971<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |
|---|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| GILBERT, DAVID & ANNA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6972<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |
|---|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| GILDDEN COMPANY, THE<br>925 EUCLID AVENUE<br>CLEVELAND, OH 44115 | Claim Number: 6555<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|

| UNSECURED | Claimed: | $1723.76 |
|---|---|---|

| GILES CO. TREASURER OFFICE<br>130 N. MAIN STREET<br>PEARISBURG, VA 24134 | Claim Number: 10225<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $196.56 |
|---|---|---|

| GILES COUNTY<br>TRUSTEE<br>P. O. BOX 678<br>PULASKI, TN 38478 | Claim Number: 5116<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|

| SECURED | Claimed: | $16582.00 |
|---|---|---|

| GILES COUNTY RENT A CAR<br>1500 W COLLEGE ST<br>PULASKI, TN 38478 | Claim Number: 765<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|

| UNSECURED | Claimed: | $511.87 | | Allowed: | $511.87 |
|---|---|---|---|---|---|

| GILES COUNTY TREASURER<br>130 N MAIN ST<br>PEARISBURG, VA 24134 | Claim Number: 7922<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $170.18 |
|---|---|---|

---

GILES COUNTY TRUSTEE
P O BOX 678
PULASKI, TN 38478

Claim Number: 5194
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $312.00 | |

---

GILES FAMILY PRATICE CENTER
1275 EAST COLLEGE STREET STE,7
PULASKI, TN 38478

Claim Number: 3466
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | Allowed: | $125.00 |

---

GILLARD, ANGELA
C/O BENNIE L. JONES, JR.
ATTORNEY AT LAW
P.O. BOX 357
WEST POINT, MS 39773

Claim Number: 6435
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |

---

GILLARD, ANGELA
BENNIE JONES
PO BOX 357
WEST POINT, MS 39773

Claim Number: 7503
Claim Date: 06/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3376 (02/27/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Scheduled: | $0.00 UNLIQ |

---

GILLARD, ANGELA
C/O BENNIE L. JONES, JR.
ATTORNEY AT LAW
P.O. BOX 357
WEST POINT, MS 39773

Claim Number: 10445
Claim Date: 06/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2500.00 |

---

GILLENTINE, JERRY W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5791
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GILLENWATER, NANCY & ETEP EDNA & PERCHIE
C/O CAMERON S MCKINNEY, ESQ.
THE GRUBB LAW GROUP
1324 VIRGINIA ST., EAST
CHARLESTON, WV 25301

Claim Number: 5195
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7487 (01/28/2005)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6300.00 |
| SECURED | Claimed: | $10000.00 |
| UNSECURED | Claimed: | $193318.16 |

---

---

GILLENWATER, NANCY & ETEP EDNA & PERCHIE
C/O CAMERON S MCKINNEY, ESQ.
THE GRUBB LAW GROUP
1324 VIRGINIA ST., EAST
CHARLESTON, WV 25301

Claim Number: 5196
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $6300.00 |
| SECURED | Claimed: | $10000.00 |
| UNSECURED | Claimed: | $193318.16 |

---

GILLENWATER, NANCY & ETEP EDNA & PERCHIE
C/O CAMERON S MCKINNEY, ESQ.
THE GRUBB LAW GROUP
1324 VIRGINIA ST., EAST
CHARLESTON, WV 25301

Claim Number: 5197
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $6300.00 |
| SECURED | Claimed: | $10000.00 |
| UNSECURED | Claimed: | $193318.16 |

---

GILLENWATER, RICHARD
BACKYARD HIDEAWAYS
6851 MT. PLEASANT ROAD SOUTH
CONCORD, NC 28025

Claim Number: 4401
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $11460.00 |

---

GILLESPIE COUNTY TAC
101 WEST MAIN UNIT 2
FREDERICKSBURG, TX 78624

Claim Number: 2073
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $3149.10 |

---

GILMORE, LARRY
225 CHARISMA LANE
LEWISVILLE, NC 27023

Claim Number: 3981
Claim Date: 03/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 8900 (04/17/2008)

| UNSECURED | Claimed: | $875740.59 | Scheduled: | $875740.59 UNLIQ | Allowed: | $472899.91 |

---

GILMORE, LOUIS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5792
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GILMORE, RAY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5793
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

---

GILREATH WILLIAM,
3430 WINDY RIDGE ROAD
N WILKERSBORO, NC 28659

Claim Number: 1483
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3450.00 | Scheduled: | $3450.00 | Allowed: | $3450.00 |
|---|---|---|---|---|---|---|

---

GILREATH, WILLIAM
3430 WINDY RIDGE ROAD
NORTH WILKESBORO, NC 28659

Claim Number: 9803
Claim Date: 05/10/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3450.00 |
|---|---|---|

---

GINGERY, PAUL & SUE C/O JOHN WASSERMAN
& HONOLD, LLP
405 N. HURON STREET
ATTN: WASSERMAN, BRYAN, LANDRY
TOLEDO, OH 43604

Claim Number: 5185
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| SECURED | Claimed: | $65000.00 UNLIQ |
|---|---|---|

---

GINGERY, PAUL & SUE C/O JOHN WASSERMAN
& HONOLD, LLP
405 N. HURON STREET
ATTN: WASSERMAN, BRYAN, LANDRY
TOLEDO, OH 43604

Claim Number: 5186
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $65000.00 UNLIQ |
|---|---|---|

---

GINGERY, PAUL & SUSAN
C/O JOHN WASSERMAN & HONOLD, LLP
ATTN: WASSERMAN, BRYAN, LANDRY
405 N. HURON STREET
TOLEDO, OH 43604

Claim Number: 10684
Claim Date: 12/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| SECURED | Claimed: | $66467.11 |
|---|---|---|

---

GINGERY, PAUL & SUSAN
C/O JOHN C. WASSERMAN
WASSERMAN, BRYAN, LANDRY & HONOLD, LLP
405 N. HURON STREET
TOLEDO, OH 43604

Claim Number: 10694
Claim Date: 01/31/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| SECURED | Claimed: | $26129.64 |
|---|---|---|

---

GINOS JEWELRY & TROPHY MFRS
PO BOX 221440
CLEVELAND, OH 44122

Claim Number: 1531
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $52.50 |
|---|---|---|

---

GINOS JEWELRY & TROPHY MFRS
PO BOX 221440
CLEVELAND, OH 44122

Claim Number: 9290
Claim Date: 12/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $132.00 |
|---|---|---|

---

---

GIRARD, ANTHONY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5794
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2775.00 UNLIQ |

---

GIRARD, ROBERT & DEBORAH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6973
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

GIRARDEAU, LUCILLE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7124
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

GIRLEY, EUGENE & ANTHE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6937
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

GLADE MEADOW MOBILE HOME
DBA GLADE MEADOW MOBILE HOME
117 HANES RD
GALAX, VA 24333

Claim Number: 8289
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7660 (04/05/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

GLASS, ALBERT AND VICKIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7125
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

GLEADLE TAMMY,
PO BOX 1794
GALLUP, NM 87305

Claim Number: 9243
Claim Date: 12/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $300.00 |

---

---

GLEASONS CLEARVIEW MEADOWS,
1667 STONE ROAD
CHILLICOTHE, OH 45601

Claim Number: 1805
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $495.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $495.00 DISP | | Allowed: | $495.00 |

---

GLEASONS CLEARVIEW MEADOWS,
1667 STONE ROAD
CHILLICOTHE, OH 45601

Claim Number: 1808
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $495.00 |
|---|---|---|

---

GLEGHORN, IVY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4238
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $7500.00 | | | | Allowed: | $2467.92 |
|---|---|---|---|---|---|---|---|

---

GLENN ELECTRIC,
DBA GLENN ELECTRIC
98 WINSTON DRIVE
LOS LUNAS, NM 87031

Claim Number: 3251
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $900.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $450.00 DISP | | Allowed: | $450.00 |

---

GLENWOOD CORP
PO BOX 2013
SHADY SPRINGS, WV 25918

Claim Number: 8542
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $5078.54 |
|---|---|---|

---

GLIDDEN COMPANY, THE
925 EUCLIDE AVENUE
CLEVELAND, OH 44115

Claim Number: 6565
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1723.76 |
|---|---|---|

---

GLOBAL COMPUTER
175 AMBASSADOR DR.
NAPERVILLE, IL 60540

Claim Number: 4339
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $925.45 | Scheduled: | $925.45 | Allowed: | $925.45 |
|---|---|---|---|---|---|---|

---

---

GLOVER, BRUCE & VICKIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6938
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

GLYNN COUNTY
P O BOX 1259
BRUNSWICK, GA 31521

Claim Number: 3644
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $7837.57 | | | Allowed: | $7837.57 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2257.31 | | |

---

GMS CONSTRUCTION,
DBA GMS CONSTRUCTION
18609 19TH AVE NE
ARLINGTON, WA 95209

Claim Number: 1668
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $550.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $550.00 | Allowed: | $550.00 |

---

GODBOLD, EDWIN C.
205 ST. JAMES AVENUE
STE 20
GOOSE CREEK, SC 29445

Claim Number: 9671
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $475.00 |
|---|---|---|

---

GODBOLD, EDWIN C.
205 ST. JAMES AVENUE
STE 20
GOOSE CREEK, SC 29445

Claim Number: 9885
Claim Date: 05/18/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $475.00 |
|---|---|---|

---

GODFREY, JAMES W.
715 6TH STREET SE
MOULTRIE, GA 31768

Claim Number: 3884
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

GODWIN SIGNS
DBA:GODWIN SIGNS
P. O. BOX 535
FAIR BLUFF, NC 28439

Claim Number: 6538
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $1900.00 |
|---|---|---|

---

---

GODWIN, DAVID & LAURA
C/O THE WILLICK LAW GROUP
3551 E. BONANZA RD, STE. 101
LAS VEGAS, NV 89110-2195

Claim Number: 9344
Claim Date: 01/20/2004
Debtor: HBOS MANUFACTURING, LP

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10000.00 |

---

GODWIN, DAVID AND LAURA
LEE K. HARTMAN
CHRISTENSEN LAW OFFICES, CHTD
3627 S. EASTERN AVE.
LAS VEGAS, NV 89109

Claim Number: 7431
Claim Date: 06/23/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

GODWINS LAWN CARE
20307 HASTINGS RD
FRANKFORD, DE 19945

Claim Number: 7915
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

GODWINS LAWN CARE,
ROAD 3 BOX 227
FRANKFORD, DE 19945

Claim Number: 944
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $865.00 | Allowed: | $830.00 |

---

GOETZ CONSTRUCTION
PO BOX 1025
KAMIAH, ID 83536

Claim Number: 8452
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $255.00 |

---

GOLD SPRINGS INC COUNTRY VIEW TRAILER PK
1504 E 4500 N
BUHL, ID 83316

Claim Number: 9026
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $400.00 |

---

GOLDBURD, IRA
4160 JADE STREET, SPACE 71
CAPITOLA, CA 95010

Claim Number: 10838
Claim Date: 03/28/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2225.00 |
| UNSECURED | Claimed: | $7775.00 |

---

---

GOLDBURD, IRA
4160 JADE ST
SPACE 71
CAPITOLA, CA 95010

Claim Number: 10843
Claim Date: 05/15/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments:
This claim replaces claim #10838 previously filed and dated 3/28/06.

| UNSECURED | Claimed: | $7500.00 |
| --- | --- | --- |

---

GOLDEN & AMOS, PLLC
PO BOX 81
PARKERSBURG, WV 26101

Claim Number: 4014
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $9889.46 | Scheduled: | $1276.09 |
| --- | --- | --- | --- | --- |

---

GOLDEN CREEK SUBDIVISION,
112 ANGEL DRIVE
FAYETTEVILLE, NC 28306

Claim Number: 2020
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1040.00 |
| --- | --- | --- |

---

GOLDEN EAGLE
1980 HUNTERS POINT LANE
ATTN: HUNTINGTON C. BROWN, ESQ.
COLORADO, CO 80919

Claim Number: 5555
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

GOLDEN EAGLE ENTERPRISES
8422 ARTESIA SPRINTS PT.
COLORADO SPRINGS, CO 80920

Claim Number: 5554
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $75360.05 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Allowed: | $24427.04 |

---

GOLDEN EAGLE ENTERPRISES, INC.,
8422 ARTESIA SPRINGS PT.
COLORADO SPRINGS, CO 80920

Claim Number: 5552
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

GOLDEN EAGLE ENTERPRISES, INC.,
8422 ARTESIA SPRINGS PT.
COLORADO SPRINGS, CO 80920

Claim Number: 5553
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $3000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $40572.96 | Allowed: | $40572.96 |

---

| GOLDEN SUN HOMES, INC.<br>ATTN: SCHAFFER, LAX, MCNAUGHTON & CHEN<br>DAVID HIGHMAN<br>19782 MACARTHUR BLVD<br>IRVINE, CA 92612 | Claim Number: 6396<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| GOLDEN SUN HOMES, INC.<br>ATTN: SCHAFFER, LAX, MCNAUGHTON & CHEN<br>DAVID HIGHMAN<br>19782 MACARTHUR BLVD<br>IRVINE, CA 92612 | Claim Number: 9039<br>Claim Date: 11/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 4406 (08/17/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| GOLDEN SUN HOMES, INC.<br>C/O DAVID HIGHMAN<br>9 EXECUTIVE DR., STE 230<br>IRVINE, CA 92614 | Claim Number: 10560<br>Claim Date: 08/09/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $6000.00 | | |
|---|---|---|---|---|

| GOLDEN WEST HOMES<br>7800 MCCLOUD ROAD<br>GREENSBORO, NC 27409-9634 | Claim Number: 561<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $120893.38 | | |
|---|---|---|---|---|

| GOLDEN, JANICE<br>AS TAX COLLECTOR LEE COUNTY ALABAMA<br>PO BOX 2413<br>OPELIKA, AL 36803 | Claim Number: 335<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $92.88 | | Allowed: | $11.71 |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $11.71 |

| GOLDING HOLDEN & POPE<br>3325 SPRINGBANK LANE<br>SUITE 304<br>CHARLOTTE, NC 28226 | Claim Number: 8667<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2450.10 | | |
|---|---|---|---|---|

| GOLDMAN ELECTRIC MOTORS INC,<br>17 N 10 E. ST<br>TEMPLE, TX 76501 | Claim Number: 2119<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $659.00 | Scheduled: | $659.00 | Allowed: | $659.00 |
|---|---|---|---|---|---|---|

GOLDMAN JACKIE
10470 SOUTH 441
BELLEVIEW, FL 34420

Claim Number: 813
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $390.00 | | | Allowed: | $390.00 |
|---|---|---|---|---|---|---|

GOLDMAN JACKIE,
10470 SOUTH 441
BELLEVIEW, FL 34420

Claim Number: 812
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $195.00 | Scheduled: | $195.00 DISP | Allowed: | $195.00 |
|---|---|---|---|---|---|---|

GOLDMAN JACKIE,
10470 SOUTH 441
BELLEVIEW, FL 34420

Claim Number: 814
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $292.50 | Scheduled: | $97.50 DISP | Allowed: | $292.50 |
|---|---|---|---|---|---|---|

GONGORA, ENRIQUE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5795
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

GONZALES CARPET SERVICE
DBA GONZALES CARPET SERVICE
808 MAUDE ST
AUSTIN, TX 78702

Claim Number: 8210
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1200.00 |
|---|---|---|

GONZALES PAUL,
4513 CEDAR CREST CIRCLE
SANTA FE, NM 87507

Claim Number: 2548
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $750.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $750.00 | Allowed: | $750.00 |

GONZALES, BECKY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5796
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1650.00 UNLIQ |

---

GONZALES, DOROTEO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5797
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GONZALES, JAIME S.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5798
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GONZALES, PAUL
4513 CEDAR CREST CIRCLE
SANTA FE, NM 87507

Claim Number: 9044
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $750.00 |

---

GONZALES, PRESVITERO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5799
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

---

GONZALES, RONNY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5800
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GONZALES, VIRGINIA M.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5801
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2212.50 UNLIQ |

---

GONZALEZ, ALFONSO ESTRADA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5802
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GONZALEZ, JESUS V.
2215 W. LINCOLN AVE
SAN BERNARDINO, CA 92411

Claim Number: 10229
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $933.00 |
| --- | --- | --- |

GONZALEZ, LEO E.
1315 8TH STREET
LAS VEGAS, NM 87701

Claim Number: 10066
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7335 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $8000.00 |
| --- | --- | --- |

GOOCH MARK B,
11487 SPICERS MILL RD
ORANGE, VA 22960

Claim Number: 3299
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $355.00 | Scheduled: | $350.00 | Allowed: | $355.00 |
| --- | --- | --- | --- | --- | --- | --- |

GOOCHLAND CUSTOM BUILDINGS
280 BROAD ST ROAD
MANAKIN SABOT, VA 23103

Claim Number: 7913
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2074.85 |
| --- | --- | --- |

GOOCHLAND CUSTOM BUILDINGS,
280 BROAD ST ROAD
MANAKIN SABOT, VA 23103

Claim Number: 890
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2074.85 | Scheduled: | $2074.85 | Allowed: | $2074.85 |
| --- | --- | --- | --- | --- | --- | --- |

GOOD FOLKS APPLIANCES
P O BOX 125
DITTMER, MO 63023

Claim Number: 353
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $6771.72 | Allowed: | $7972.83 |
| --- | --- | --- | --- | --- | --- | --- |

GOOD FOLKS APPLIANCES
P O BOX 125
DITTMER, MO 63023

Claim Number: 8959
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1437.50 UNLIQ |
| --- | --- | --- |

GOOD, JEFFREY E. & TONYA D. (HYATT)
JEFFREY A. COBBLE
1315 E. ANDREW JOHNSON HIGHWAY, SUITE #5
GREENEVILLE, TN 37745

Claim Number: 7369
Claim Date: 06/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4108 (06/02/2004)

| PRIORITY | Claimed: | $3600.00 UNLIQ | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $36400.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

GOOD, JEFFREY E. & TONYA D. (HYATT)
JEFFREY A. COBBLE
1315 E. ANDREW JOHNSON HIGHWAY, SUITE #5
GREENEVILLE, TN 37745

Claim Number: 7366
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| PRIORITY | Claimed: | $3600.00 UNLIQ | | | |
| UNSECURED | Claimed: | $36400.00 UNLIQ | Scheduled: | $0.00 UNLIQ | |

---

GOOD, JEFFREY E. & TONYA D. (HYATT)
C/O JEFFREY A. COBBLE
1315 E. ANDREW JOHNSON HIGHWAY, SUITE #5
GREENEVILLE, TN 37745

Claim Number: 9678
Claim Date: 04/30/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $8108.11 |

---

GOODE, ROGER/JEANNE
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4237
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $35000.00 | | Allowed: | $10162.01 |

---

GOODERHAM, DAVID
195 PRIVATE ROAD 1478
SOUTH POINT, OH 45680

Claim Number: 9669
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $200.00 |

---

GOODING COUNTY
624 MAIN STREET
P.O. BOX 326
GOODING, ID 833301300

Claim Number: 7832
Claim Date: 11/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $3475.68 |

---

GOODMAN MARK,
53766 SPRING MILL DR W
ELKHART, IN 465144896

Claim Number: 2490
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $2500.00 | | | |
| UNSECURED | | | Scheduled: | $2500.00 | Allowed: | $2500.00 |

---

GOODMAN, BEATRAM B.
124 LAKESHORE DRIVE
APT. 631
NORTH PALM BEACH, FL 33408

Claim Number: 10272
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $55906.25 |

---

---

GOODMAN, BERTRAM B.
124 LAKESHORE DRIVE
APT 631
NORTH PALM BEACH, FL 33408

Claim Number: 8742
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $53937.50 |
|---|---|---|

---

GOODMAN, CHRISTOPHER & CARLA
DEPEW & GILLEN LLC
8301 E 21ST ST N
STE 450
WICHITA, KS 672062936

Claim Number: 5067
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $75000.00 |
|---|---|---|

---

GOODMAN, CHRISTOPHER & CARLA
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5071
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 3926 (03/30/2004)

| UNSECURED | Claimed: | $75000.00 |
|---|---|---|

---

GOODMAN, CHRISTOPHER & CARLA
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5075
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN
DOCKET: 3926 (03/30/2004)

| UNSECURED | Claimed: | $75000.00 |
|---|---|---|

---

GOODMAN, CHRISTOPHER & CARLA
C/O TONY L. ATTERBURY
DEPEW AND GILLEN, LLC
151 NORTH MAIN, STE 800
WICHITA, KS 67202

Claim Number: 9407
Claim Date: 03/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7770.00 |
|---|---|---|

---

GOODMAN, MARK
53766 SPRING MILL DR W
ELKHART, IN 46514-4896

Claim Number: 8799
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

---

GOODMAN, MARK K
53766 SPRING MILL DR W
ELKHART, IN 46514-4896

Claim Number: 8800
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

---

GOODSONS MOBILE
DBA: GOODSON'S MOBILE HOM
1819 N. GARRETT ST.
HENDERSON, NC 27536

Claim Number: 6857
Claim Date: 05/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $376.96 |
|---|---|---|

---

---

GOODWIN EDWARD D,
490 JETER RD LOT #7
TALLADEGA, AL 35160

Claim Number: 3571
Claim Date: 03/11/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $650.00 | Scheduled: | $225.00 | Allowed: | $650.00 |
|---|---|---|---|---|---|---|

GOODWIN, EDWARD D,
490 JETER RD LOT #7
TALLADEGA, AL 35160

Claim Number: 8341
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $650.00 |
|---|---|---|

GOODWIN, EDWARD D.
490 JETER RD #7
TALLADEGA, AL 35160

Claim Number: 6685
Claim Date: 04/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $650.00 |
|---|---|---|

GOODWIN, EDWARD D.
490 JETER RD #7
TALLADEGA, AL 35160

Claim Number: 8342
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $650.00 |
|---|---|---|

GOODWIN, TERRY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6608
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |
|---|---|---|---|---|---|---|

GOOLSBY MOBILE HOME SERVICE INC
PO BOX 805
WATER VALLEY, MS 389650805

Claim Number: 3087
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $2179.00 | | | Allowed: | $2179.00 |
|---|---|---|---|---|---|---|

GORDON COUNTY TAX COMMISSION,
P O BOX 337
CALHOUN, GA 30703

Claim Number: 6664
Claim Date: 04/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY UNSECURED | Claimed: | $779.11 | Scheduled: | $36.00 |
|---|---|---|---|---|

---

GORDON FLESCH CO INC
DEPT 559
COLUMBUS, OH 43265

Claim Number: 2472
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $159.58 | | | |

---

GORDON WASTE CO., INC,
P.O. BOX 389
COLUMBIA, PA 17512

Claim Number: 1033
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $267.37 | Scheduled: | $715.86 | Allowed: | $267.37 |

---

GORE, JOSEPH
P O BOX 2124
WHITEVILLE, NC 28472

Claim Number: 3888
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2005.00 | Scheduled: | $2005.00 | Allowed: | $2005.00 |

---

GORE, STEVEN W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5803
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GOSHEN SALES & ENGINEERING
PO BOX 855
CARMEL, IN 460820855

Claim Number: 1361
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $116.00 | | | |
| UNSECURED | | | | Allowed: | $116.00 |

---

GOSS COMMUNICATIONS SERVICE,
PO BOX 1793
BRENHAM, TX 77834-1793

Claim Number: 2206
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70.36 | Scheduled: | $70.36 | Allowed: | $70.36 |

---

GOSS, JULIA & TEDDY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6609
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15000.00 | | | |
| UNSECURED | | | | Allowed: | $4355.15 |

| GOSS, TEDDY & JULIA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6939<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| GOSSAGE, KENT<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6940<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| GOULETTE, LEROY<br>C/O LEWIS J. HAMMETT<br>PO BOX 2960<br>BLUFFTON, SC 29910 | Claim Number: 3819<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7664 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| GOURLEY'S TRAILOR CT<br>DENNIS GOURLEY<br>P.O. BOX 71563<br>SALT LAKE CITY, UT 84171 | Claim Number: 368<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $260.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $260.00 |

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 9462<br>Claim Date: 03/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 9464<br>Claim Date: 03/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 9474<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 10022<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 8435 (02/06/2006) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $0.00 UNDET | Allowed: | $3750000.00 |
|---|---|---|---|---|

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 10023<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| GOVERNMENT NATIONAL MORTGAGE ASSOC.<br>ATTN: LYNNE TUCKER<br>451 7TH STREET, 6TH FLOOR<br>WASHINGTON, DC 20410 | Claim Number: 10026<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| GOWAN APPRAISAL SERVICE<br>778 UNION STREET<br>SPARTANBURG, SC 29306 | Claim Number: 9809<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

| GOWAN APPRAISAL SERVICE<br>778 UNION ST.<br>SPARTANBURG, SC 29306 | Claim Number: 10490<br>Claim Date: 06/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2075.00 |
|---|---|---|

| GRACE, PHILLIP<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5804<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| GRADY COUNTY TAX COMMISIONER,<br>250 N BROAD ST<br>BOX 12<br>CAIRO, GA 31728 | Claim Number: 7253<br>Claim Date: 05/16/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $552.08 |
|---|---|---|

---

GRADY WILLIAM R,
35 LAKEVIEW DR
EAST BERNSTADT, KY 40729

Claim Number: 6519
Claim Date: 04/07/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $2122.34 |
| --- | --- | --- |

---

GRADY, WILLIAM R
35 LAKEVIEW DR
EAST BERNSTADT, KY 40729

Claim Number: 6520
Claim Date: 04/07/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $2122.34 |
| --- | --- | --- |

---

GRAF, REBA
C/O BRYAN E. SCHMID
HAROLD HYAMS & ASSOCIATES, P.C.
680 S. CRAYCROFT
TUCSON, AZ 85711

Claim Number: 10745
Claim Date: 05/11/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $57000.00 |
| --- | --- | --- |

---

GRAFF, TIMOTHY J.
5601 GREENLEE ROAD
GREENSBORO, NC 27410

Claim Number: 5424
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

GRAFF, TIMOTHY J.
5601 GREENLEE ROAD
GREENSBORO, NC 27410

Claim Number: 5630
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

GRAFF, TIMOTHY J.
5601 GREENLEE ROAD
GREENSBORO, NC 27410

Claim Number: 6353
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

GRAHAM & ASSOCI
2100 WEST CORNWALLIS DR, #J
GREENSBORO, NC 27408

Claim Number: 3956
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4862.61 |
| --- | --- | --- |

---

| GRAHAM & ASSOCI<br>P O BOX 38852<br>GREENSBORO, NC 27438-8852 | Claim Number: 8569<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $4984.00 |
|---|---|---|

| GRAHAM & ASSOCIATES<br>2100 J WEST CURNWALLIS DRIVE<br>GREENSBORO, NC 27408 | Claim Number: 9754<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4310.40 |
|---|---|---|

| GRAHAM ASSOCIATES<br>2100 J WEST CURNWALLIS DR.<br>GREENSBORO, NC 27408 | Claim Number: 9517<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4632.80 |
|---|---|---|

| GRAHAM COUNTY TREASURER,<br>921 W.THATCHER BLVD<br>SAFFORD, AZ 85546 | Claim Number: 3507<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $497.75<br>Scheduled: | $54.64 |
|---|---|---|---|

| GRAHAM KIM<br>1005 LOW VALLEY CT<br>RURAL HALL, NC 27045 | Claim Number: 1090<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $2000.00 |
|---|---|---|

| GRAHAM, DAVID L<br>5050 WOODSIDE ST.<br>KANNAPOLIS, NC 28081 | Claim Number: 8140<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2250.00 |
|---|---|---|

| GRAMM WELDING, DOXER & BACKHOE SERVICE<br>P.O. BOX 786<br>BRISTOW, OK 74010-0786 | Claim Number: 10477<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $750.00 |
|---|---|---|

---

GRAND RAPIDS PRESS,
P.O. BOX 1823
GRAND RAPIDS, MI 49501-1823
ATTN: ADV PAYMENTS,

Claim Number: 3300
Claim Date: 03/10/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $485.44 | Scheduled: | $485.44 | Allowed: | $485.44 |
|---|---|---|---|---|---|---|

GRAND RENTAL STATION
CAPITAL EVENTS
4108 ATLANTIC AVE. #209
RALEIGH, NC 27604

Claim Number: 280
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $383.35 UNLIQ |
|---|---|---|

---

GRAND VALUE HOMES
5115 ALPINE N W
COMSTOCK PARK, MI 49321

Claim Number: 6216
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $2921.45 |
|---|---|---|

---

GRANDA, ALEXANDRA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5805
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GRANGER, SHERI
8510 212TH ST NE APT G243
ARLINGTON, WA 98223-4614

Claim Number: 3804
Claim Date: 03/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

GRANGER, SHERI
C/O TRUST ACCOUNT OF DENO, MILLIKAR,
DALE, DECKER & PETERSON, PLLC
3411 COLBY AVENUE
EVERETT, WA 98201

Claim Number: 10647
Claim Date: 11/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

---

GRANGER-HUNTER
P O BOX 701110
WEST VALLEY CITY, UT 841701110

Claim Number: 3759
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $29.52 | Allowed: | $29.52 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| GRANT COUNTY<br>101 NORTH #17<br>WILLIAMSTOWN, KY 41097-0469 | | Claim Number: 8316<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $740.59 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER<br>PO BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 318<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $3186.70 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER<br>PO BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 319<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $9430.18 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER<br>P.O. BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 479<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $9430.18 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER<br>P.O. BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 480<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $3186.70 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER<br>PO BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 9583<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 |
| SECURED | Claimed: | $22100.27 |

| | | |
|---|---|---|
| GRANT COUNTY TREASURER,<br>PO BOX 37<br>EPHRATA, WA 98823 | | Claim Number: 9584<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $2110.29 |

| GRANT PARK DEVELOPMENT INC<br>PO BOX 61<br>PASO ROBLES, CA 93447 | Claim Number: 1455<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $585.00 | | Allowed: | $585.00 |

| GRANT, JOHN & RONELLA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 5133<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $100000.00 | | Allowed: | $29034.31 |
|---|---|---|---|---|---|

| GRANVILLE COUNTY TAX DEPT<br>POB 219<br>OXFORD, NC 27565 | Claim Number: 8459<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1745.91 |
|---|---|---|

| GRAU, FRED D.<br>6525 LEESIDE ISLE<br>HUDSON, FL 34667 | Claim Number: 9037<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15106.75 |
|---|---|---|

| GRAY BOBBY E<br>450 BIG SPRING FORK ROAD<br>LAWRENCEBURG, TN 38464 | Claim Number: 5437<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GRAY JR., JOSEPH B AND PERRIN, JACK<br>718  2ND ST W   STE A<br>TIFTON, GA 317944292 | Claim Number: 825<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| GRAY, KEVIN C.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5806<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $834.38 UNLIQ |

| | | |
|---|---|---|
| GRAY, WILEY T<br>1606 OLD CAMILLA RD.<br>MOULTRIE, GA 31768 | Claim Number: 9025<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | |

ADMINISTRATIVE    Claimed:         $0.00 UNDET

| | | |
|---|---|---|
| GRAYBAR ELECTRI<br>P O BOX 9800<br>GREENSBORO, NC 27429 | Claim Number: 726<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

UNSECURED    Claimed:      $5758.90

| | | |
|---|---|---|
| GRAYS HARBOR CO<br>PO BOX 831<br>MONTESANO, WA 98563 | Claim Number: 3066<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |

SECURED    Claimed:      $1578.50                                    Allowed:      $1578.50

| | | |
|---|---|---|
| GRAYS HARBOR CO<br>PO BOX 831<br>MONTESANO, WA 98563 | Claim Number: 3067<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |

SECURED    Claimed:      $3864.59                                    Allowed:      $3864.59

| | | |
|---|---|---|
| GRAYS HARBOR CO,<br>PO BOX 831<br>MONTESANO, WA 98563 | Claim Number: 3068<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

SECURED    Claimed:       $912.63
UNSECURED                                Scheduled:      $18.00

| | | |
|---|---|---|
| GRAYS HARBOR COUNTY<br>P.O. BOX 831<br>MONTESANO, WA 98563 | Claim Number: 10078<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

ADMINISTRATIVE    Claimed:       $650.57

| | | |
|---|---|---|
| GRAYS HARBOR COUNTY TREASURER<br>P O BOX 831<br>MONTESANO, WA 98563 | Claim Number: 8547<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |

ADMINISTRATIVE    Claimed:      $1065.15

| GRAYS HARBOR COUNTY TREASURER<br>P O BOX 831<br>MONTESANO, WA 98563 | Claim Number: 8548<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1656.05 | |

| GRAYS HARBOR COUNTY TREASURER<br>P O BOX 831<br>MONTESANO, WA 98563 | Claim Number: 8549<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $676.71 | |

| GRAYS HARBOR COUNTY TREASURER<br>P O BOX 831<br>MONTESANO, WA 98563 | Claim Number: 10065<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3477.35 | |

| GRAYS HARBOR LOCK & KEY<br>DBA GRAYS HARBOR LOCK & KEY<br>PO BOX 154<br>ABERDEEN, WA 98520 | Claim Number: 9058<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $47.61 | |

| GRAYSON COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISON CTR<br>DALLAS, TX 75201 | Claim Number: 62<br>Claim Date: 12/09/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED | Claimed: | $8387.13 | Allowed: $5129.91 |

| GRAYSON COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISON CTR<br>DALLAS, TX 75201 | Claim Number: 109<br>Claim Date: 12/20/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED | Claimed: | $8387.13 UNLIQ | |

| GRAYSON COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10817<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7203.31 UNLIQ | |
| SECURED | | | Allowed: $707.10 |

---

GRAYSON SEASONS
405 ROBERT & MARY AVE
GRAYSON, KY 41143

Claim Number: 2351
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $198.00 | | | | |
|---|---|---|---|---|---|---|

---

GRAYSON TRUCK REPAIR INC,
1035 ST HWY 1947
GRAYSON, KY 41143

Claim Number: 2736
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 | Allowed: | $20.00 |
|---|---|---|---|---|---|---|

---

GRAYSON, SHERRY
PO BOX 102
PINE HILL, AL 36769

Claim Number: 8818
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

GREAT LAKES FURNITURE & SUPPLY,
P.O. BOX 667
ST. CLAIR SHORES, MI 48080

Claim Number: 7667
Claim Date: 08/04/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $1036.96 | Scheduled: | $1036.96 | Allowed: | $1036.96 |
|---|---|---|---|---|---|---|

---

GREAT PLAINS NATURAL GAS
PO BOX 310
MARSHALL, MN 56250

Claim Number: 6324
Claim Date: 04/01/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6381.37 | | | | |
|---|---|---|---|---|---|---|

---

GREATAMERICA LEASING CORPORATION
PO BOX 609
CEDAR RAPIDS, IA 52406

Claim Number: 3
Claim Date: 12/02/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $9200.08 | | | Allowed: | $229.61 |
|---|---|---|---|---|---|---|

---

GREATAMERICA LEASING CORPORATION
PO BOX 609
CEDAR RAPIDS, IA 52406

Claim Number: 4
Claim Date: 12/02/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $3200.05 | | | Allowed: | $472.77 |
|---|---|---|---|---|---|---|

---

GREEN ACRES MHP
DBA GREEN ACRES MHP
1611 N TEXAS AVE
BRYAN, TX 77803

Claim Number: 9096
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $3000.00 | | | | |
|---|---|---|---|---|---|---|

---

---

GREEN HILLS MHP,
7601 N HWY VV LOT #101
COLUMBIA, MO 65202

Claim Number: 3335
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $525.00 | Scheduled: | $475.00 DISP | Allowed: | $525.00 |
|---|---|---|---|---|---|---|

GREEN JOHNNY,
306 MARLBORO ST
FLORENCE, SC 29501

Claim Number: 6838
Claim Date: 05/05/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $940.00 |
|---|---|---|

GREEN LAND MAINTENANCE
201 CASCADE VIEW CT
EAST WENATCHE, WA 988029595

Claim Number: 8546
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3383.25 |
|---|---|---|

GREEN LAND MAINTENANCE,
201 CASCADE VIEW CT
EAST WENATCHE, WA 988029595

Claim Number: 2815
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $3383.25 | Scheduled: | $3073.25 | Allowed: | $3383.25 |
|---|---|---|---|---|---|---|

GREEN MIKE
GREEN ACRES HOME OUTLET
1231 S LAKE DR
LEXINGTON, SC 29073

Claim Number: 4368
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1135.00 | Scheduled: | $1135.00 | Allowed: | $1135.00 |
|---|---|---|---|---|---|---|

GREEN RICHARD J
2486 TWO SISTERS FERRY RD
ESTILL, SC 29918

Claim Number: 4030
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $488.00 | | | Allowed: | $488.00 |
|---|---|---|---|---|---|---|

GREEN, BRYAN LEE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5807
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

GREEN, EDWARD & MRS.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4236
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |
|---|---|---|---|---|---|

GREEN, III, PAUL
JEFF CEREGHINO
3240 STONE VALLEY RD
DANVILLE, CA 94526

Claim Number: 7386
Claim Date: 06/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GREEN, ODIE C.
117 CR 209
HOUSTON, MS 38851

Claim Number: 590
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 |
|---|---|---|

GREEN, ODIE C.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2862
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $0.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $21775.73 |

GREEN, ODIE C.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 8496
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5000.00 |
|---|---|---|

GREEN, PHILLIP
HARRY LILLARD
PO BOX 5988
300 TYLER ROAD
OAK RIDGE, TN 37831

Claim Number: 7499
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| PRIORITY | Claimed: | $7500.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

GREEN, WELDON
103 SPRING GROVE
LIBERTY HILL, TX 78642

Claim Number: 8435
Claim Date: 11/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $20000.00 UNLIQ |
|---|---|---|

| GREENE CO. TAX COLLECTOR<br>PO BOX 482<br>SNOW HILL, NC 28580 | Claim Number: 7896<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2697.19 |
|---|---|---|

| GREENE COUNTY CHAUNCERY COURT<br>PO BOX 263<br>GREENEVILLE, TN 37744 | Claim Number: 8590<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $449.50 |
|---|---|---|

| GREENE COUNTY TAX COLLECTOR<br>PO BOX 482<br>SNOW HILL, NC 28580 | Claim Number: 10217<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $7996.81 |
|---|---|---|

| GREENE COUNTY TRUSTEE<br>ATTN DON WALKER<br>PO BOX 115<br>GREENEVILLE, TN 37744 | Claim Number: 696<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $38.00 | | | Allowed: | $33.21 |
|---|---|---|---|---|---|---|

| GREENEVILLE SUN<br>P.O. BOX 1630<br>GREENEVILLE, TN 37744 | Claim Number: 1597<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $150.06 | Scheduled: | $241.22 | Allowed: | $150.06 |
|---|---|---|---|---|---|---|

| GREENEVILLE SUN<br>P.O. BOX 1630<br>GREENEVILLE, TN 37744 | Claim Number: 1596<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $624.83 | | | Allowed: | $624.83 |
|---|---|---|---|---|---|---|

| GREENFIBER-AZ,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | Claim Number: 2094<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $35298.55 | Scheduled: | $36392.55 UNLIQ | Allowed: | $35298.55 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GREENFIBER-CA,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2086<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $22916.84 | Scheduled: | $22916.84 UNLIQ | | Allowed: | $22916.84 |
| GREENFIBER-CO,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2089<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $9528.40 | Scheduled: | $9528.40 UNLIQ | | Allowed: | $9528.40 |
| GREENFIBER-GA,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2085<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4936.40 | Scheduled: | $4936.40 UNLIQ | | Allowed: | $4936.40 |
| GREENFIBER-IN,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2090<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $34710.60 | Scheduled: | $34710.60 UNLIQ | | Allowed: | $34710.60 |
| GREENFIBER-MN,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2095<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $14176.40 | Scheduled: | $14176.40 UNLIQ | | Allowed: | $14176.40 |
| GREENFIBER-NC,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2087<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $69334.80 | Scheduled: | $69334.80 UNLIQ | | Allowed: | $69334.80 |
| GREENFIBER-OR,<br>US GREENFIBER<br>2500 DISTRIBUTION STREET<br>CHARLOTTE, NC 28203 | | | Claim Number: 2088<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $32287.00 | Scheduled: | $32287.00 UNLIQ | | Allowed: | $32287.00 |

---

GREENFIBER-PA,
US GREENFIBER
2500 DISTRIBUTION STREET
CHARLOTTE, NC 28203

Claim Number: 2093
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $21044.65 | | | | | |
| UNSECURED | | | Scheduled: | $21044.65 UNLIQ | | Allowed: | $21044.65 |

---

GREENFIBER-TN,
US GREENFIBER
2500 DISTRIBUTION STREET
CHARLOTTE, NC 28203

Claim Number: 2092
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8930.10 | | | | | |
| UNSECURED | | | Scheduled: | $8930.10 UNLIQ | | Allowed: | $8930.10 |

---

GREENFIBER-TX,
US GREENFIBER
2500 DISTRIBUTION STREET
CHARLOTTE, NC 28203

Claim Number: 2091
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15433.58 | | | | | |
| UNSECURED | | | Scheduled: | $15433.58 UNLIQ | | Allowed: | $15433.58 |

---

GREENLEAF OF FRANKLINTON
CHERYL MAGEE
MYSING AND MAGEE, LLC
212 PARK PLACE
COVINGTON, LA 70433

Claim Number: 9085
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3927 (03/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3490.04 |

---

GREENS ELECTRIC SERVICE,
DBA GREENS ELECTRIC SEVICE
61 WESTWOOD DRIVE
SUMTER, SC 29154

Claim Number: 6571
Claim Date: 04/17/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $673.10 |
| UNSECURED | Claimed: | $280.00 |

---

GREENSVILLE COUNTY TREASURER
1750 E ATLANTIC ST RM 213
EMPORIA, VA 23847

Claim Number: 662
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $330.83 |

---

GREENVILLE COUNTY
P O BOX 368
GREENVILLE, SC 296020368

Claim Number: 2507
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1508.59 | | | Allowed: | $1508.59 |
| UNSECURED | | | Scheduled: | $125.00 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| GREENVILLE COUNTY<br>P O BOX 368<br>GREENVILLE, SC 296020368 | | | Claim Number: 8333<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | | | |
| ADMINISTRATIVE | Claimed: | $1677.13 | | | | |
| GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RIDGE ST. 700<br>GREENVILLE, SC 29601 | | | Claim Number: 10378<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |
| ADMINISTRATIVE | Claimed: | $265.44 | | | | |
| GREENVILLE INDEPENDENT SCHOOL DISTRICT<br>PO BOX 1530<br>WOLFE CITY, TX 75710-1530 | | | Claim Number: 168<br>Claim Date: 12/30/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | |
| SECURED | Claimed: | $4778.05 | | | | |
| GREENVILLE INDEPENDENT SCHOOL DISTRICT<br>PO BOX 1530<br>WOLFE CITY, TX 75710-1530 | | | Claim Number: 214<br>Claim Date: 01/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| SECURED | Claimed: | $4778.05 | | | | |
| GREENVILLE ISD, CITY OF WOLFE CITY &<br>BOLES ISD<br>PO BOX 1530<br>TYLER, TX 75710-1530 | | | Claim Number: 3043<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| SECURED | Claimed: | $5031.71 | | | | |
| UNSECURED | | | | | Allowed: | $542.37 |
| GREENVILLE ISD, QUINLAN ISD & CITY OF<br>WOLFE CITY - TAB BEALL<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 2007<br>TYLER, TX 75710-2007 | | | Claim Number: 10054<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | | |
| ADMINISTRATIVE | Claimed: | $10668.74 | | | | |
| GREENVILLE MOBILE HOME SUPPLY,<br>3141 N PLEASANTBURG DR<br>GREENVILLE, SC 29609 | | | Claim Number: 3457<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1771.05 | Scheduled: | $1771.05 | Allowed: | $1771.05 |

---

GREENVILLE TV
200 E GREEVILLE BLVD SW
GREEVILLE, NC 27858

Claim Number: 2978
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $7234.10 |
|---|---|---|

---

GREENVILLE TV,
200 E GREEVILLE BLVD SW
GREEVILLE, NC 27858

Claim Number: 2975
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $7234.10 | Scheduled: | $2464.65 |
|---|---|---|---|---|

---

GREENVILLE TV,
200 E GREENVILLE BLVD
GREENVILLE, NC 27858

Claim Number: 2976
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $7234.10 | Scheduled: | $4189.50 | Allowed: | $7234.10 |
|---|---|---|---|---|---|---|

---

GREENVILLE UTIL
PO BOX 1847
GREENVILLE, NC 27835 1847

Claim Number: 6675
Claim Date: 04/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $871.08 |
|---|---|---|

---

GREENVILLE WATE,
P.O. BOX 687
GREENVILLE, SC 29602 0687

Claim Number: 1840
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $92.66 | Scheduled: | $45.70 | Allowed: | $92.66 |
|---|---|---|---|---|---|---|

---

GREENWOOD COUNTY
528 MONUMENT STREET
ROOM 101
GREENWOOD, SC 29646

Claim Number: 936
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $11975.55 | Allowed: | $9520.21 |
|---|---|---|---|---|

---

GREENWOOD UTILITY DISTRICT
CARL O SANDIN
1235 NORTH LOOP WEST, STE. 600
HOUSTON, TX 77008

Claim Number: 7221
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| SECURED | Claimed: | $545.28 |
|---|---|---|

---

GREENWOOD UTILITY DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10125
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1096.37 UNLIQ |
|---|---|---|

---

---

GREER, BETTY & JAMES
27980 HWY 310
COMO, MS 38619

Claim Number: 6659
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

GREER, J. RONNIE
P.O. BOX 454
GREENEVILLE, TN 37744

Claim Number: 6240
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $750000.00 UNLIQ |
|---|---|---|

---

GREER, JAMES & BETTY
27980 HWY 310
COMO, MS 38619

Claim Number: 10475
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $20000.00 |
|---|---|---|

---

GREESON TIMOTHY I
105 LAMAR ST
HILLSBORO, TX 76645-3229

Claim Number: 7847
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $6084.00 |
|---|---|---|

---

GREESON, TIMOTHY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5808
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

GREGG COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 7228
Claim Date: 05/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $223.63 UNLIQ | Allowed: | $100.47 |
|---|---|---|---|---|

---

GREGG COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: E WELLER, S KNIGHTON, L SPINDLER
2323 BRYAN ST, STE 1600
DALLAS, TX 75201-2691

Claim Number: 10821
Claim Date: 02/08/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $1000.02 UNLIQ |
|---|---|---|

---

---

GREGORY LARRY R
103 ROBINSON DRIVE
ROANOKE RAPIDS, NC 27870

Claim Number: 6701
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

GREGORY LAWN CARE
552 MASSEY RD
ELON COLLEGE, NC 27244

Claim Number: 9103
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $860.00 |

---

GREGORY PARKER
PO DRAWER 509
ATTORNEY FOR JIMMY JACKSON
PERRY, FL 32348

Claim Number: 3074
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57014.28 |

---

GREGORY, LARRY RANDOLF
103 ROBINSON DR.
ROANOKE RAPIDS, NC 27870

Claim Number: 10418
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50000.00 |

---

GREGORY, W.T.
400 SE CO RD 3020
CORSICONA, TX 75109

Claim Number: 8911
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $519.83 |

---

GRIEGER, BOBBY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5809
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $3225.00 | UNLIQ |

---

GRIFFIN GLASS C,
1713 S MCKENZIE
FOLEY, AL 36535

Claim Number: 877
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $59.26 | Scheduled: | $59.26 | Allowed: | $59.26 |

---

---

GRIFFIN, JOHN P.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5810
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GRIFFIN, LARRY
2229 NEY COURT
FAYETTEVILLE, NC 28301

Claim Number: 8588
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $140.00 |

---

GRIGGS RANDOLPH
316 1ST AVE SW
MOULTRIE, GA 31768

Claim Number: 1419
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

GRIGGS, RANDOLPH
316 1ST AVE SW
MOULTRIE, GA 31768

Claim Number: 9253
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

GRIGGS, RANDOLPH A.
432 E. WEBSTER STREET
THOMASVILLE, GA 31792

Claim Number: 10566
Claim Date: 08/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

GRIGSBY JR, JIMMY L.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3207
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | |
| UNSECURED | | | Allowed: | $7258.58 |

---

GRIMES CO APPRAISAL DIST & CO OF GRIMES
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10181
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8686 (09/26/2006)

| ADMINISTRATIVE | Claimed: | $177938.23 |
| SECURED | Claimed: | $0.00 |

---

---

GRIMES, LULA M.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3522
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $35000.00 | | | Allowed: | $10162.01 |
|---|---|---|---|---|---|---|

---

GRIMES, SADIE
NEIL HARRIS
NEIL HARRIS & ASSOC.
PO BOX 306
PASCAGOULA, MS 39567

Claim Number: 7596
Claim Date: 07/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

GRIMES, SADIE
NEIL HARRIS
NEIL HARRIS & ASSOC.
PO BOX 306
PASCAGOULA, MS 39567

Claim Number: 7595
Claim Date: 07/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

GRIMES, SADIE
NEIL HARRIS
NEIL HARRIS & ASSOC.
PO BOX 306
PASCAGOULA, MS 39567

Claim Number: 7594
Claim Date: 07/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

GRINDSTAFF, NATHAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5811
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $890.63 UNLIQ |

---

GRISWOLD, FRED & PATRICIA
D NEIL HARRIES & ASSOCIATES PA
PO BOX 306
PASCAGOULA, MS 39568

Claim Number: 4973
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

---

GRISWOLD, FREDERICK & PATRICIA
C/O D. NEIL HARRIS & ASSOCIATES PA
P.O. BOX 306
PASCAGOULA, MS 39568

Claim Number: 10581
Claim Date: 09/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

---

GRIZZLE, LOUELLA BRATTEN
PO BOX 3882
OCEAN CITY, MD 218433882

Claim Number: 6861
Claim Date: 04/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $34502.28 |
|---|---|---|

---

GRIZZLE, LOVELLA BRATTE
PO BOX 3882
OCEAN CITY, MD 218433882

Claim Number: 7941
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $15480.00 |
|---|---|---|

---

GRIZZLY INDUSTRIAL INC.
PO BOX 2069
BELLINGHAM, WA 98227

Claim Number: 2242
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $832.30 | Scheduled: | $832.30 | Allowed: | $832.30 |
|---|---|---|---|---|---|---|

---

GROEBNER, BRIAN
PO BOX 105
WABASSO, MN 56293

Claim Number: 9197
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $700.00 UNLIQ |
|---|---|---|

---

GROUND LEVEL CONSTRUCTION
400 EAST SELAH ROAD
YAKIMA, WA 98901

Claim Number: 4563
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $5047.01 |
|---|---|---|

---

GROVES-HUSTED,V,
2745 FORT-APACHE TRAIL
DECULA, GA 30019

Claim Number: 5083
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 |

---

GRUBB, LIB
3104 HORSESHOE NECK RD
LEXINGTON, NC 27295

Claim Number: 9075
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $610.00 |
|---|---|---|

---

---

GRUBBS, ARTHUR
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6610
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | | | |
| UNSECURED | | | | Allowed: | $2903.43 |

---

GRUBBS, ARTHUR AND LORENA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7126
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

GRUBBS, BILLY
C/O CHRISTINA D. CROW
JINKS, DANIEL & CROW
P.O. BOX 350
UNION SPRINGS, AL 36089

Claim Number: 7475
Claim Date: 06/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 8034 (08/15/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100000.00 | Scheduled: | $0.00 UNLIQ |

---

GRUBBS, BILLY
C/O CHRISTINA D CROW
JINKS, DANIEL & CROW
PO BOX 350
UNION SPRINGS, AL 36089

Claim Number: 10760
Claim Date: 07/28/2005
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8500.00 |

---

GTR BUILDERS,
44899 CENTRE COURT
SUITE 101
CLINTON TOWNSHIP, MI 48038

Claim Number: 3966
Claim Date: 03/14/2003
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37625.00 |

---

GTR BUILDERS,
44899 CENTRE COURT
SUITE 101
CLINTON TOWNSHIP, MI 48038

Claim Number: 3964
Claim Date: 03/14/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37625.00 |

---

GTR BUILDERS, INC.
44899 CENTRE COURT, SUITE 101
CLINTON TWP., MI 48038

Claim Number: 3965
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37625.00 |

---

---

| GUADALUPE COUTNY TREASURER<br>420 PARKER AVE<br>SANTA ROSA, NM 88435 | Claim Number: 8142<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $34.31 |
|---|---|---|

---

| GUARDIAN HEATING & COOLING,<br>2931 MALDON LANE<br>SAINT CHARLES, MO 63301 | Claim Number: 4899<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $725.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1425.00 | Allowed: | $2150.00 |

---

| GUARDIAN SECURITY SYSTEMS, INC.<br>2448 E. 81ST ST., STE #4200<br>OK LICENSE #0002<br>TULSA, OK 74137 | Claim Number: 8346<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| GUERRA, JOE & IRMA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 6500<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/28/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| GUERRA, JOE AND IRMA<br>C/O RICHARD KUHLING<br>PAINE HAMBLEN COFFIN BROOKE & MILLER LLP<br>717 W. SPRAGUE AVENUE, SUITE 1200<br>WENATCHEE, WA 99201-3919 | Claim Number: 5018<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $15870.00 |
|---|---|---|---|---|---|

---

| GUFFEY BETTY<br>1871 CENTER GROVE RD<br>ROCK SPRING, GA 30739 | Claim Number: 4043<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $260.00 |
|---|---|---|

---

| GUFFEY BETTY,<br>1871 CENTER GROVE RD<br>ROCK SPRING, GA 30739 | Claim Number: 4044<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 DISP | Allowed: | $260.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GUIL ROCK MOBILE HOME PARK<br>DBA GUIL ROCK MOBILE HOME PARK<br>372 OGBURN MILL RD<br>STOKESDALE, NC 27357 | | | Claim Number: 8290<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $600.00 | | | | | |
| GUILDORD COUNTY TAX COLLECTOR<br>ATTN: JAMES E ROLAND<br>PO BOX 3427<br>GREENSBORO, NC 27402 | | | Claim Number: 9710<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $4384.07 | | | | | |
| GUILFORD COUNTY<br>P.O. BOX 3328<br>GREENSBORO, NC 27402 | | | Claim Number: 304<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| SECURED | Claimed: | $16901.55 | | | | | |
| GUILFORD COUNTY<br>P.O. BOX 3328<br>GREENSBORO, NC 27402 | | | Claim Number: 305<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| SECURED | Claimed: | $986.30 | | | | | |
| GUILFORD COUNTY<br>ATTN: JAMES E. ROLAND<br>ASSISTANT TAX COLLECTOR<br>P.O. BOX 3427<br>GREENSBORO, NC 27402 | | | Claim Number: 7413<br>Claim Date: 06/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| UNSECURED | Claimed: | $119.49 | Scheduled: | $275.00 | | | |
| GUILFORD COUNTY, NORTH CAROLINA<br>P.O. BOX 3328<br>GREENSBORO, NC 27402 | | | Claim Number: 8419<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| SECURED | Claimed: | $3082.73 | | | | | |
| GUILFORD COUNTY, NORTH CAROLINA<br>JAMES E. ROLAND, ASST. TAX COLLECTOR<br>****NO ADDRESS PROVIDED****<br>, NC | | | Claim Number: 10630<br>Claim Date: 10/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $292789.45 | | | | | |
| GUILFORD LOCKSMITHING INC.<br>P O BOX 8138<br>GREENSBORO, NC 27409 | | | Claim Number: 2269<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | | |
| UNSECURED | Claimed: | $14.79 | Scheduled: | $14.79 | Allowed: | $14.79 | |

| GUILFORD SECURITY AGENCY INC<br>PO BOX 7911<br>GREENSBORO, NC 27417 | Claim Number: 2339<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $6434.78 | | | Allowed: | $6434.78 |
|---|---|---|---|---|---|---|

| GUILFORD SECURITY AGENCY INC,<br>PO BOX 7911<br>GREENSBORO, NC 27417 | Claim Number: 2336<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $8925.00 | Scheduled: | $8925.00 | Allowed: | $8925.00 |
|---|---|---|---|---|---|---|

| GUILFORD SECURITY AGENCY INC,<br>PO BOX 7911<br>GREENSBORO, NC 27417 | Claim Number: 2338<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2975.00 | Scheduled: | $2975.00 | Allowed: | $2975.00 |
|---|---|---|---|---|---|---|

| GUILFORD TECHNICAL COMMUNITY COLLEGE<br>PO BOX 309<br>JAMESTOWN, NC 27282 | Claim Number: 1144<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $262.76 |
|---|---|---|

| GUILFORD TECHNICAL COMMUNITY COLLEGE<br>PO BOX 309<br>JAMESTOWN, NC 27282 | Claim Number: 10579<br>Claim Date: 09/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| UNSECURED | Claimed: | $262.76 |
|---|---|---|

| GUILLEN, ABUNDIO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5812<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| GUILYARD,JOHN<br>4328 STOKESDALE AVE<br>WINSTON SALEM, NC 27101 | Claim Number: 6275<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $19346.80 |
|---|---|---|

---

GUIMARAES, SHEILA
P.O. BOX 1114
OAKDALE, LA 71463

Claim Number: 2777
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9000.00 | | | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | Allowed: | $9000.00 |

---

GULF COAST
PO BOX 509
ROBERTSDALE, AL 36567

Claim Number: 4617
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $392.20 | Scheduled: | $392.20 | Allowed: | $392.20 |

---

GUNN, JAMES O
485 WOODSWIND DR
PELHAM, NC 27311

Claim Number: 9255
Claim Date: 12/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4165 (06/18/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

GUSTUM, RUTH
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5813
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

GUTHRIE, WAYNE O
1832 20TH AVE DR APT F
HICKORY, NC 28601

Claim Number: 8040
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4394.00 |

---

GUTHRIE, WAYNE O.
1832 20TH AVE DR APT F
HICKORY, NC 28601

Claim Number: 9148
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4840.00 |

---

GUTMAN & BIGELMAN, P.C.,
3000 TOWN CENTER
SUITE 2450
SOUTHFIELD, MI 48075-1301

Claim Number: 3424
Claim Date: 03/11/2003
Debtor: SUBURBAN HOME SALES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1243.30 | Scheduled: | $1243.30 | Allowed: | $1243.30 |

---

---

GUY M TURNER INC
PO BOX 7776
GREENSBORO, NC 27417

Claim Number: 681
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4110.00 |
| --- | --- | --- |

---

GUY M TURNER INC,
PO BOX 7776
GREENSBORO, NC 27417

Claim Number: 682
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $560.00 | Scheduled: | $560.00 |
| --- | --- | --- | --- | --- |

---

GUY, LENARD/EULA
106 MOSES LANE
PETAL, MS 39465

Claim Number: 589
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $25000.00 |
| --- | --- | --- |

---

GUY, LENARD/EULA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2861
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |
| --- | --- | --- | --- | --- | --- | --- |

---

GUYOTTE, LAURIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7088
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

GUYTON, ROBERT
P.O. BOX 1600
ORACLE, AZ 85623

Claim Number: 7264
Claim Date: 05/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $190.00 | Scheduled: | $190.00 | Allowed: | $190.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

GUZMAN, PETRA R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5814
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $4815.14 UNLIQ |

---

H & H TRANSPORT
PO BOX 311325
ENTERPRISE, AL 36331

Claim Number: 1719
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16664.90 | Scheduled: | $16664.90 | Allowed: | $16664.90 |

H & H TRANSPORT,
PO BOX 311325
ENTERPRISE, AL 36331

Claim Number: 1201
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5303.88 | Scheduled: | $6103.88 | Allowed: | $5303.88 |

H & M ENTERPRISES,
PO BOX 547
LEBANON, TN 37087

Claim Number: 4477
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 | Allowed: | $1500.00 |

H H LOCKSMITH
5147 W MYRTLE AVE
GLENDALE, AZ 85301

Claim Number: 8462
Claim Date: 11/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $77.10 |

H H LOCKSMITH,
5147 W MYRTLE AVE
GLENDALE, AZ 85301

Claim Number: 1929
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $77.10 | Scheduled: | $77.10 | Allowed: | $77.10 |

H TRAUTMAN QUAR,
8799 TRAUTMAN QUARRY RD
PEVELY, MO 63070

Claim Number: 1775
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $84.07 | Scheduled: | $84.07 | Allowed: | $84.07 |

H&H CONSTRUCTION
DBA MATT HAMMOND @ JAMES HESTAND
2072 ROCKCASTLE RD
CADIZ, KY 42211

Claim Number: 267
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8409.16 |

H&H DISTRIBUTING,
550 E AMITY
BOISE, ID 83716

Claim Number: 1345
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $433.90 | Scheduled: | $433.90 | Allowed: | $433.90 |

| H&S CHECK CASHING,<br>1900 N. FRAZIER<br>CONROE, TX 77301 | Claim Number: 1021<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $325.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $300.00 | | Allowed: | $325.00 |

| H. JAMES MARTIN<br>DBA JAMES REMODELING & REPAIRS<br>P O BOX 1072<br>LINDALE, TX 75771 | Claim Number: 4622<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $6060.00 | Scheduled: | $3000.00 |
|---|---|---|---|---|

| H. LEE HARRELL<br>440 WEST FRANKLIN STREET<br>SUITE A<br>WYTHEVILLE, VA 24382 | Claim Number: 4739<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 2281 (11/04/2003) |
|---|---|

| UNSECURED | Claimed: | $72237.51 |
|---|---|---|

| H2OTOGO/OPAL SPRINGS<br>P.O. BOX 8039<br>BEND, OR 97708-8039 | Claim Number: 9815<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $81.75 |
|---|---|---|

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>GLENDALE, AZ 85307 | Claim Number: 4585<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $1200.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>GLENDALE, AZ 85307 | Claim Number: 4586<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $578.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 4762<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $1190.88 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 4763<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1200.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 4764<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $578.00 |
| SECURED | Claimed: | $0.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 4765<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1300.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8942<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3115.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8943<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3850.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8944<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3200.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8945<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $520.00 |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8946<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $555.00 | | |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8947<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $1110.88 | | |

| HACIENDA DEL SOL<br>12727 W GLENDALE AVE<br>LIBERTY NATIONAL ENT.<br>GLENDALE, AZ 85307 | Claim Number: 8948<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $605.50 | | |

| HACIENDA HOME CENTERS INC,<br>2613 7TH STREET<br>LAS VEGAS, NM 87701 | Claim Number: 6270<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: $1523.21 | | |

| HACKLER, EDWARD L.<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7089<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|
| UNSECURED | Claimed: $74999.00 | Allowed: | $74999.00 |

| HACKLEY, EDWARD<br>420 HARMONY RD #7<br>CRYSTAL SPRINGS, MS 39059 | Claim Number: 4068<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: $0.00 UNDET | | |

| HACKWORTH, ROYDERA<br>2500 BRANDT FOREST COURT<br>GREENSBORO, NC 27455 | Claim Number: 9424<br>Claim Date: 03/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: $13861.80 | | |

| HADDOCK, LISA<br>6028 SWEETMORE DR<br>AYDEN, NC 285138300 | Claim Number: 7992<br>Claim Date: 11/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $56678.63 | Allowed: | $6257.30 |

---

HAES, SAMUEL/DEBRA
P.O. BOX 1006
FAYETTE, MS 39069

Claim Number: 3524
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

---

HAGLEY, CARMELLIA
5025 STATE RT. 141
IRONTON, OH 45638

Claim Number: 10157
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $4000.00 |

---

HAGLEY, LEROY
5025 STATE ROUTE 141
IRONTON, OH 45638

Claim Number: 7549
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $4000.00 | | | |
| UNSECURED | | | | Allowed: | $4000.00 |

---

HAGLEY, LEROY
5025 STATE ROUTE 141
IRONTON, OH 45638

Claim Number: 9486
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $4000.00 |

---

HAGLEY, LEROY
5025 STATE ROUTE 141
IRONTON, OH 45638

Claim Number: 9774
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $4000.00 |

---

HAGLEY, LEROY
5025 STATE ROUTE 141
IRONTON, OH 45638

Claim Number: 10156
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $4000.00 |

---

HAGUE, BARBARA & WAYNE
DBA SERENITY KNOLLS MHP
550 GREEN VALLEY ROAD
LEICESTER, NC 28748

Claim Number: 10207
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $780.00 |

---

| HAHN SYSTEMS-IN<br>PO BOX 66939<br>INDIANAPOLIS, IN 46266-6939 | Claim Number: 5343<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 2902 (12/30/2003) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $74741.32 | Allowed: | $80408.96 |

| HAHN SYSTEMS-PA<br>PO BOX 66939<br>INDIANAPOLIS, IN 46266-6939 | Claim Number: 5344<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $395.17 | Scheduled: | $395.17 | Allowed: | $395.17 |

| HAINES, CLINT & CONNIE<br>238 KERNS ST<br>KPT, TN | Claim Number: 5445<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

| HALBERT, DEBRA & RUSSELL<br>38 E. LAKEWOOD<br>FENTON, MO 63026 | Claim Number: 6254<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
|---|---|---|
| UNSECURED | Claimed: | $39756.00 |

| HALBERT, DEBRA & RUSSELL<br>38 E. LAKEWOOD<br>FENTON, MO 63026 | Claim Number: 9468<br>Claim Date: 03/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| UNSECURED | Claimed: | $19878.00 |

| HALE, ERIN<br>1209 CLAIRMONT LN<br>SAINT CHARLES, MO 63303 | Claim Number: 8808<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75500.00 |

| HALIFAX CO. TAX OFFICE<br>PO BOX 68<br>HALIFAX, NC 27839 | Claim Number: 7842<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2446.12 | Allowed: | $2662.74 |

| HALIFAX COUNTY,<br>P O BOX 580330<br>CHARLOTTE, NC 28258-0330 | Claim Number: 6541<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $989.48 | Scheduled: | $0.00 UNLIQ |

---

| HALL PLUMBING HEATING & AIR CONDITIONING<br>1314 S SANDUSKY AVE<br>BUCYRUS, OH 44820 | Claim Number: 2222<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |

---

| HALL SEPTIC TA<br>C/O JERRY W. GERDE, ESQ.<br>239 E. 4TH ST.<br>PANAMA CITY, FL 32401 | Claim Number: 6714<br>Claim Date: 04/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $7585.00 |

---

| HALL SURVEYING & ENGINEERING INC<br>403 EAST NINTH STREET<br>TEXARKANA, AR 71854 | Claim Number: 7555<br>Claim Date: 07/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $733.00 | Scheduled: | $733.00 | Allowed: | $733.00 |

---

| HALL, BRENDA MARIE<br>2925 CARRON RD<br>FESTUS, MO 63028 | Claim Number: 474<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $24942.05 | | Allowed: | $20180.45 |

---

| HALL, CARLTON<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3523<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $7500.00 | | Allowed: | $2467.92 |

---

| HALL, CHRISTOPHER D<br>2770 RUNNING CREEK DR<br>FLORENCE, KY 410426989 | Claim Number: 8320<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3222.00 |

---

| HALL, CONERLY, MUDD & BOLVIG<br>ATTN: PETER BOLVIG<br>505 N. 20TH STREET<br>BIRMINGHAM, AL 35203 | Claim Number: 7552<br>Claim Date: 07/03/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $3362.79 | | Allowed: | $2802.79 |

---

---

| HALL, STEPHEN & KIMBERLY | Claim Number: 6941 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| HALL, STEPHEN G. | Claim Number: 5815 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST. SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| HALL, WILLIAM A. | Claim Number: 5816 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST. SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| HALLETTSVILLE TRIBUNE-HERALD, | Claim Number: 2606 |
| P O DRAWER 427 | Claim Date: 02/28/2003 |
| HALLETTSVILLE, TX 77964-0427 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $196.00 | Scheduled: | $196.00 | Allowed: | $196.00 |

| HAMILTON COUNTY CLERK | Claim Number: 6522 |
| ROOM 201 COURTHOUSE | Claim Date: 04/07/2003 |
| CHATTANOOGA, TN 37402 | Debtor: OAKWOOD HOMES CORPORATION |

| PRIORITY | Claimed: | $77.68 | | | Allowed: | $77.68 |

| HAMILTON COUNTY CLERK OF COURT, | Claim Number: 6697 |
| ROOM 201 COURTHOUSE | Claim Date: 04/21/2003 |
| CHATTANOOGA, TN 37402 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $1192.87 | | | Allowed: | $1149.23 |

| HAMILTON COUNTY, TENNESSEE | Claim Number: 551 |
| DELINQUENT TAX OFFICE | Claim Date: 02/10/2003 |
| 107 COURTHOUSE | Debtor: OAKWOOD HOMES CORPORATION |
| CHATTANOOGA, TN 37402 | |

| SECURED | Claimed: | $111.22 | | | Allowed: | $111.22 |

---

HAMILTON HOME REPAIR
MARK W. HAMILTON
P.O. BOX 3083
LAKE CITY, FL 32056

Claim Number: 35
Claim Date: 12/12/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $10436.30 |
|---|---|---|

---

HAMILTON, LORI ANN
182 FOX RUN
WENATCHEE, WA 98801

Claim Number: 2193
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $200.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 | Allowed: | $200.00 |

---

HAMILTON, MACK
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 5241
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |
|---|---|---|---|---|---|---|

---

HAMMERHEAD MARINE,
P O BOX 1196
TROUTMAN, NC 281661196

Claim Number: 1502
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY | Claimed: | $5100.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5100.00 | Allowed: | $5100.00 |

---

HAMMONS, CHRIS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5817
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

HAMPTON COUNTY TAX COLLECTOR
PO BOX 246
HAMPTON, SC 29924

Claim Number: 7319
Claim Date: 05/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

HAMPTON INN
PO BOX 1789
DALTON, GA 30722

Claim Number: 1347
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $155.60 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| HAMPTON INN<br>150 WAGON POINT DRIVE<br>HOUSTON, TX 77090 | | Claim Number: 3538<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $851.00 | | | Allowed: | $851.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HAMPTON INN,<br>DBA HAMPTON INN<br>441 EAST BYPASS NE<br>MOULTRIE, GA 31768 | | Claim Number: 3258<br>Claim Date: 03/10/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | |

| SECURED | Claimed: | $154.56 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $154.56 | Allowed: | $154.56 |

| | | | |
|---|---|---|---|
| HAMRICK MECHANICAL INC<br>2150 PALMER STREET<br>CHRISTIANSBURG, VA 24073 | | Claim Number: 7920<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $375.00 | | | | |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HANCOCK, CHESTER<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 7090<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HANCOCK, SHEILA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 7091<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HANDS MILL INC,<br>3266 CHESTER HWY<br>YORK, SC 29745 | | Claim Number: 5442<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 DISP | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HANEY, RODNEY<br>J. RANDALL LIVINGSTON<br>LIVINGSTON LAW FIRM<br>ONE RIVERWAY, STE 2030<br>HOUSTON, TX 77056 | | Claim Number: 7443<br>Claim Date: 06/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $60000.00 | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|

---

HANGER ENTERPRISES,
DBA HANGER ENTERPRISES
90518 LINK RD
EUGENE, OR 97402

Claim Number: 4592
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $13976.51 | Scheduled: | $12473.81 | Allowed: | $12473.81 |
|---|---|---|---|---|---|---|

---

HANKS CECIL,
369 DICKEY DRIVE
GALAX, VA 24333

Claim Number: 6805
Claim Date: 05/02/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| PRIORITY | Claimed: | $156.00 | | | | |
|---|---|---|---|---|---|---|

---

HANKS ENTERPRISES,
163 SE 30TH
EL DORADO, KS 67042

Claim Number: 932
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $135.00 | Scheduled: | $105.00 DISP | Allowed: | $135.00 |
|---|---|---|---|---|---|---|

---

HANOVER COUNTY ATTORNEY'S OFFICE
PO BOX 470
HANOVER, VA 23069-0470

Claim Number: 6624
Claim Date: 04/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $2043.52 | | | Allowed: | $1811.34 |
|---|---|---|---|---|---|---|

---

HANSEN WILLETT EXCAVATION INC
PO BOX 272
ARLINGTON, WA 98223

Claim Number: 7624
Claim Date: 07/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $18837.70 UNLIQ | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9289.00 | | |

---

HANSON, LAURIE
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 4809
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $18370.00 |
|---|---|---|---|---|---|---|

---

HANSON, LAURIE
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6495
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

---

---

HARBOR PINES MOBILE HOME COMMUNITY
701 HARBOR PINES DR
RIDGELAND, MS 39157

Claim Number: 4490
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $2470.00 |
| --- | --- | --- |

---

HARBOUR SMITH HARRIS & MERRITT PC,
PO BOX 2072
LONGVIEW, TX 75606

Claim Number: 2360
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $6700.00 | Scheduled: | $6700.00 |
| --- | --- | --- | --- | --- |

---

HARBOUR, MARK E.
12828 CANTERBURY DR
STERLING HEIGHTS, MI 483123211

Claim Number: 4394
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $8200.00 | | Allowed: | $3273.32 |
| --- | --- | --- | --- | --- | --- |

---

HARBOUR, MARK E.
29487 RIVERSIDE BAY APT. #3
HARRISON TOWNSHIP, MI 48045

Claim Number: 8518
Claim Date: 11/14/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $3273.37 |
| --- | --- | --- |

---

HARBOUR, MARK EDWARD
29487 RIVERSIDE BAY APT #3
HARRISON, MI 48045

Claim Number: 10345
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3273.37 |
| --- | --- | --- |

---

HARBOUR, SMITH, HARRIS & MERRITT
P.O. DRAWER 2072
LONGVIEW, TX 75606

Claim Number: 566
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6700.00 |
| --- | --- | --- |

---

HARDEN, VALERIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7092
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

HARDEN, VALERIE R.
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3208
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | | | | Allowed: | $1742.06 |

---

| HARDIN COUNTY ATTORNEY<br>100 PUBLIC SQUARE<br>PO BOX 884<br>ELIZABETHTOWN, KY 42702 | Claim Number: 1794<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |

| PRIORITY | Claimed: | $200.71 | Scheduled: | $0.00 UNLIQ |

| HARDIN COUNTY ATTORNEY<br>100 PUBLIC SQUARE<br>PO BOX 884<br>ELIZABETHTOWN, KY 42702 | Claim Number: 1796<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $139.17 |

| HARDIN COUNTY CLERK OF COURT,<br>ONE COURTHOUSE SQUARE STE 310<br>KENTON, OH 43326 | Claim Number: 2319<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $14.00 |

| HARDIN COUNTY TREASURER<br>RUTH ANN COOK<br>ONE COURT HOUSE SQUARE SUITE 230<br>KENTON, OH 43326 | Claim Number: 2645<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| PRIORITY | Claimed: | $0.00 |

| HARDIN COUNTY, ATTORNEY<br>100 PUBLIC SQUARE<br>PO BOX 884<br>ELIZABETHTOWN, KY 42702 | Claim Number: 1795<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| PRIORITY | Claimed: | $204.26 | Scheduled: | $0.00 UNLIQ |

| HARDNETT, DENISE<br>814 SAN JACINTO<br>SUITE 409<br>AUSTIN, TX 78701 | Claim Number: 392<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $3379.00 |

| HARDNETT, DENISE<br>814 SAN JACINTO<br>SUITE 409<br>AUSTIN, TX 78701 | Claim Number: 372<br>Claim Date: 01/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $3379.00 |

| HARDNETT, DENISE<br>814 SAN JACINTO<br>SUITE 409<br>AUSTIN, TX 78701 | Claim Number: 514<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $3379.00 |

---

HARDNETT, DENISE
814 SAN JACINTO
SUITE 409
AUSTIN, TX 78701

Claim Number: 2026
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3379.00 |

---

HARDY, FRED
816 N 5TH AVE
WILMINGTON, NC 28401

Claim Number: 6210
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $408.00 |

---

HARDY, JOHN P.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5818
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HARDY, RICK & AMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6942
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

HARDY, ROBERT L.
1428 ELM HILL DRIVE
CLARKSVILLE, TN 37040

Claim Number: 9775
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $600.00 |

---

HARGROVE,NORWOOD
7049 US 64 HWY EAST
RALEIGH, NC 27610

Claim Number: 900
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $910.00 | | |
| UNSECURED | | | Allowed: | $875.00 |

---

HARMON, CINDY
C/O AFTON J IZEN, ATTY AT LAW
5222 SPRUCE ST
BELLAIRE, TX 77401

Claim Number: 10802
Claim Date: 01/17/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78673.20 |

---

---

HARMON, CINDY
C/O AFTON J IZEN, ATTY AT LAW
5222 SPRUCE ST
BELLAIRE, TX 77401

Claim Number: 10803
Claim Date: 01/18/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8488 (03/15/2006)

| UNSECURED | Claimed: | $78673.20 |
|---|---|---|

---

HARMON, CINDY
C/O AFTON J IZEN, ATTY AT LAW
5222 SPRUCE ST
BELLAIRE, TX 77401

Claim Number: 10804
Claim Date: 01/17/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8488 (03/15/2006)

| UNSECURED | Claimed: | $78673.20 |
|---|---|---|

---

HARMON, CINDY
C/O AFTON J. IZEN, ATTORNEY AT LAW
5222 SPRUCE STREET
BELLAIRE, TX 77401

Claim Number: 10858
Claim Date: 11/10/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

HARNETT COUNTY TAX COLLECTOR,
P O BOX 250
LILLINGTON, NC 27546

Claim Number: 1179
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| SECURED | Claimed: | $714.91 |
|---|---|---|

---

HARNS, OCTAVIA
12 CHURCH COVE
BEULAH, MS 38726

Claim Number: 6611
Claim Date: 04/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $5000.00 |
|---|---|---|

---

HARP, DONNIE & MARIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6943
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

HARPER, STEPHEN A & WANDAS
120 JONS FORK RD N
ELKVIEW, WV 25091

Claim Number: 10468
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1000000.00 |
|---|---|---|

---

HARPER, STEPHEN A. & WANDA
120 JOHNSFORK RD. N
ELKVIEW, WV 25071

Claim Number: 7578
Claim Date: 07/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

| HARPER, STEPHEN A. & WANDA<br>120 JOHNSFORK RD. N<br>ELKVIEW, WV 25071 | Claim Number: 7589<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| HARRELL, ANTHONY & CRYSTAL<br>C/O L SIDNEY CONNER, IV<br>KELAHER, CONNELL & CONNER, PC<br>PO DRAWER 14547<br>SURFSIDE BEACH, SC 29587 | Claim Number: 10773<br>Claim Date: 08/25/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $7500.00 |
|---|---|---|

---

| HARRELSON & SMITH CONTRACTORS<br>1588 NC 102 EAST<br>AYDEN, NC 28513 | Claim Number: 7970<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $4000.00 |
|---|---|---|

---

| HARRELSON & SMITH CONTRACTORS,<br>1588 NC 102 EAST<br>AYDEN, NC 28513 | Claim Number: 1180<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $4000.00 | Scheduled: | $4000.00 | Allowed: | $4000.00 |
|---|---|---|---|---|---|---|

---

| HARRIS CO WCID # 21<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 583<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $1736.00 UNLIQ |
|---|---|---|

---

| HARRIS CO WCID #21<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9210<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2873.27 |
|---|---|---|

---

| HARRIS CO WCID #21<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9214<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| SECURED | Claimed: | $1995.34 | | | Allowed: | $1995.34 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HARRIS CO WCID #21<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9421<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1699.12 | | |
| SECURED | | | Allowed: | $1186.93 |

| | | |
|---|---|---|
| HARRIS COUNTY M.U.D. #165<br>CARL O SANDIN<br>1235 NORTH LOOP WEST, STE. 600<br>HOUSTON, TX 77008 | Claim Number: 3998<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| | | |
|---|---|---|
| SECURED | Claimed: | $1429.29 |

| | | |
|---|---|---|
| HARRIS COUNTY M.U.D. #165<br>CARL O SANDIN<br>1235 NORTH LOOP WEST, STE. 600<br>HOUSTON, TX 77008 | Claim Number: 4416<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| SECURED | Claimed: | $1429.29 |

| | | |
|---|---|---|
| HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 584<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $12674.72 |

| | | |
|---|---|---|
| HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9215<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11150.85 |

| | | |
|---|---|---|
| HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9419<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $6339.67 | Allowed: | $4758.29 |

| | | |
|---|---|---|
| HARRIS COUNTY/CITY OF HOUSTON<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9420<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12953.67 | | |
| SECURED | | | Allowed: | $1128.17 |

---

HARRIS CREECH WARD & BLACKERBY PA,
PO DRAWER 1168
NEW BERN, NC 28563-1168

Claim Number: 2300
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4361.92 | Scheduled: | $4235.67 | Allowed: | $4361.92 |

---

HARRIS JR, WENDELL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6033
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

HARRIS JUNE
5906 TWIN CEDARS DR
BASTROP, LA 71220

Claim Number: 3626
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

HARRIS, ANTHONY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4235
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |

---

HARRIS, BRUCE
98 STEPPING STONE LN.
HILLSBORO, KY 41049

Claim Number: 8096
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2240.00 |

---

HARRIS, DWAYNE
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7445
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1256.25 |

---

HARRIS, ETHEL
P.O. BOX 384
SHUQUALAK, MS 39361

Claim Number: 588
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5000.00 |

---

---

HARRIS, ETHEL
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2860
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

---

HARRIS, GEORGE
STAWBERRY PARK
19743 IH 35 S
LYTLE, TX 78052

Claim Number: 9581
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $195.00 |
|---|---|---|

---

HARRIS, OCTAVIA
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10734
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $1742.06 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

---

HARRIS, PAMELA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4234
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
|---|---|---|---|---|---|

---

HARRIS, SELDON C. & JO ANN
2195 CRENSHAW RD
LUCEDALE, MS 39452

Claim Number: 4071
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3750.00 |
|---|---|---|

---

HARRIS, TERRY ERNEST
FRANK W. CONRAD, II
307 LOCUST
PO DRAWER 900
SWEETWATER, TX 79556

Claim Number: 7533
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

HARRISON COUNTY TAX COLLECTOR
DAVID V. LAROSA, SR.
P.O. BOX 1270
GULFPORT, MS 39502

Claim Number: 10551
Claim Date: 07/30/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $208.58 |
|---|---|---|

---

| HARRISON, FERN JR.<br>3907 NORTH FORK ROAD<br>ELLISTON, VA 24087 | Claim Number: 9850<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $1418.00 | | | |
|---|---|---|---|---|---|

| HARRISON, RICHARD<br>2438 PLEASANT HILL RD<br>MARION, OH 433029473 | Claim Number: 3618<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2254.00 | | | |
|---|---|---|---|---|---|

| HARRISON, STEPHANIE<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3209<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $10000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2903.43 |

| HARRISONBURG ELECTRIC COMMISSI,<br>89 W BRUCE STREET<br>HARRISONBURG, VA 22801 | Claim Number: 1045<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $365.71 | Scheduled: | $365.71 | Allowed: | $365.71 |
|---|---|---|---|---|---|---|

| HARRY CORKLE CONSTRUCTION<br>DBA HARRY CORKLE CONSTRUCTION<br>PO BOX 306<br>WALDEN, CO 80480 | Claim Number: 8472<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2088.07 | | | |
|---|---|---|---|---|---|

| HARRY OUTDOOR ADVERTISING, INC.<br>C/O FREDERICK W. HARMAN<br>P.O. BOX 523<br>TAZEWELL, VA 24651 | Claim Number: 10685<br>Claim Date: 12/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7913 (07/13/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1330.00 | | | |
|---|---|---|---|---|---|

| HART ROBERT BRANDON<br>182 MJB DR<br>LONDON, KY 40744 | Claim Number: 9113<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4080.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HART STEVEN B<br>280 A ROSSMAN DAIRY ROAD<br>MOULTRIE, GA 31768 | | | Claim Number: 9200<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |
| ADMINISTRATIVE | Claimed: | $2024.59 | | | |
| HART, BRAD E<br>571 ANNIE MCGEE ROAD<br>MOULTRIE, GA 31788 | | | Claim Number: 8689<br>Claim Date: 11/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |
| ADMINISTRATIVE | Claimed: | $4000.00 | | | |
| HART, STEVEN B<br>280 A ROSSMAN DAIRY ROAD<br>MOULTRIE, GA 31768 | | | Claim Number: 8756<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |
| ADMINISTRATIVE | Claimed: | $2024.59 | | | |
| HARTER FLOOR CARE SUPPLY<br>DBA D.C. PRODUCTS, INC.<br>1403 W. LUSHER AVE.<br>ELKHART, IN 46517 | | | Claim Number: 1771<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $393.75 | | | |
| HARTER FLOOR CARE SUPPLY,<br>DBA D.C. PRODUCTS, INC.<br>1403 W. LUSHER AVE.<br>ELKHART, IN 46517 | | | Claim Number: 7891<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $393.75 | | | |
| HARTFORD CASUALTY INSURANCE CO.<br>CENTRAL RECOVERY OPERATIONS<br>ATTN: DON SOWERBROWER<br>200 COLONIAL CENTER PARKWAY SUITE 500<br>LAKE MARY, FL 32746 | | | Claim Number: 386<br>Claim Date: 01/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $140000.00 | | Allowed: | $140000.00 |
| HARTMAN, GARY & PATRICIA<br>STEPHEN A. MENN<br>225 WYOMING AVE<br>WEST PITTSTON, PA 18643 | | | Claim Number: 7584<br>Claim Date: 07/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $7000.00 | Scheduled: $0.00 UNLIQ | | |
| HARTMAN, SHERRY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7093<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| HARTZOG, JAMES<br>1390 DOGWOOD DR<br>ORANGEBURG, SC 29118 | Claim Number: 2621<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1125.00 | | | |

| HARVEST LAND COOPERATIVE,<br>BOX 278<br>MORGAN, MN 56266 | Claim Number: 1609<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3265.51 | Scheduled: | $3198.59 | Allowed: | $3265.51 |

| HARVEST LAND COOPERATIVE,<br>PO BOX 278<br>ATTN: GORDY JENSEN<br>MORGAN, MN 56266 | Claim Number: 1608<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54.19 | | | Allowed: | $54.19 |

| HARVEY JERRY<br>PO BOX 404<br>RALEIGH, MS 39153 | Claim Number: 4219<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5885.67 | | | Allowed: | $5885.67 |

| HARVEY JERRY,<br>PO BOX 404<br>RALEIGH, MS 39153 | Claim Number: 4218<br>Claim Date: 03/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2427.30 | Scheduled: | $2427.30 | | |

| HARVEY, R. D.,<br>4202 BRAMBLETYE DR.<br>GREENSBORO, NC 27404 | Claim Number: 5325<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $990000.00 | Scheduled: | $990000.00 UNLIQ | Allowed: | $535000.00 |

| HARVIN, CINDY S.<br>COLQUITT COUNTY TAX COMM.<br>P.O. BOX 99<br>MOULTRIE, GA 31776 | Claim Number: 10227<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7444 (12/21/2004) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3487.99 | | | |

---

HATCHER TRUCKING CO INC,
PO BOX 12967
ROANOKE, VA 240302967

Claim Number: 2113
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82.18 | Scheduled: | $25.00 | Allowed: | $82.18 |

HATFIELD, BRIAN K.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6034
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HAUL MARK MOVING AND DELIVERY,
DBA HAUL MARK MOVING AND DELIVERY
PO BOX 903
RED OAK, TX 75154

Claim Number: 2648
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1260.00 | Scheduled: | $1260.00 | Allowed: | $1260.00 |

HAVELOCK DEVELOPMENT CORP
100 PERKINS ST
HAVELOCK, NC 28532

Claim Number: 8353
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1186.00 |

---

HAVEN INTERIOR DESIGN,
DBA HAVEN INTERIOR DESIGN
7000 DEER RIDGE DR
FORT WORTH, TX 76137

Claim Number: 3832
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2000.00 | | | | |
| UNSECURED | | | Scheduled: | $2000.00 | Allowed: | $2000.00 |

HAVICE ELECTRIC CO
PO BOX 307367
COLUMBUS, OH 43230

Claim Number: 1505
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

HAWKINS COUNTY TAX COLLECTOR
JERRY STUART-TRUSTEE
100 EAST MAIN STREET STE 203
ROGERSVILLE, TN 37857

Claim Number: 1016
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1074.04 |

---

---

HAWKINS COUNTY TRUSTEE
110 E MAIN ST RM 203
ROGERSVILLE, TN 37857

Claim Number: 7235
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1074.04 |
|---|---|---|

---

HAYES
514 W MAIN ST
ENTERPRISE, OR 97828-1250

Claim Number: 789
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $129.00 | Scheduled: | $129.00 | Allowed: | $129.00 |
|---|---|---|---|---|---|---|

---

HAYNES,JOHN,
RT 1 BOX 385
DUNLOW, WV 25511

Claim Number: 2603
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

---

HAYNSWORTH BALDWIN JOHNSON & GREAVES LLC
P O BOX 10888
GREENVILLE, SC 29603

Claim Number: 3180
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7620.56 |
|---|---|---|

---

HAYS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 S. IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 95
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $10863.56 UNLIQ |
|---|---|---|

---

HAYS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 152
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $10863.56 UNLIQ |
|---|---|---|

---

HAYS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8664
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| SECURED | Claimed: | $6675.38 UNLIQ |
|---|---|---|

---

HAYS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8665
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $4782.96 UNLIQ |
|---|---|---|

---

---

HAYS DAILY NEWS, THE
P.O. BOX 857
HAYS, KS 67601

Claim Number: 2259
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $332.57 |
|---|---|---|

---

HAZ CON CORP,
PO BOX 424
HAZARD, KY 41702

Claim Number: 6840
Claim Date: 05/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $692.50 |
|---|---|---|

---

HAZELWOOD, TOMMY R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6035
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HEAL, KENNETH E.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6036
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HEALY, SHEILA
14471 CORONA STREET LOT 6
BRISTOL, VA 24202

Claim Number: 8305
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1400.00 |
|---|---|---|

---

HEARD COUNTY
PO BOX 519
FRANKLIN, GA 30217

Claim Number: 8712
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

HEARD COUNTY,
PO BOX 519
FRANKLIN, GA 30217

Claim Number: 6288
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $92.00 DISP |

---

| HEARN FURNITURE SALES, INC.<br>P.O. DRAWER 1026<br>SMITHFIELD, VA 23431 | Claim Number: 3839<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED     Claimed:     $1866.00 | | | |

| HEARN FURNITURE SALES, INC.<br>P.O. DRAWER 1026<br>SMITHFIELD, VA 23431 | Claim Number: 3840<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
|---|---|---|---|
| UNSECURED     Claimed:     $7157.30 | | Allowed:     $6559.35 | |

| HEARTH TECHNOLOGIES (HEATILATOR),<br>75 REMITTANCE DR STE 1173<br>CHICAGO, IL 60675 | Claim Number: 3322<br>Claim Date: 03/06/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
|---|---|---|---|
| UNSECURED     Claimed:     $31259.88 | Scheduled:     $30672.09 | Allowed:     $31259.88 | |

| HEARTLAND BUILDING CENTER, INC.<br>2510 GENERAL HAYS ROAD<br>PO BOX 39<br>HAYS, KS 67601 | Claim Number: 2398<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED     Claimed:     $5862.03 | | | |

| HEATH, KORI<br>05 GUADALUPE<br>PERALTA, NM 87042 | Claim Number: 8216<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:     $5500.00 | | | |

| HEAVENER HARDWARE,<br>PO BOX 9<br>BLACKSBURG, VA 24060 | Claim Number: 1048<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED     Claimed:     $1216.02 | Scheduled:     $1216.02 | Allowed:     $1216.02 | |

| HECHT, JUDITH<br>STEVEN MCFARLANE<br>PO BOX 127<br>LOUISBURG, NC 27549 | Claim Number: 7356<br>Claim Date: 06/09/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
|---|---|---|---|
| PRIORITY     Claimed:     $100000.00 UNLIQ<br>UNSECURED | Scheduled:     $0.00 UNLIQ | | |

HECHT, JUDITH
C/O STEVEN MCFARLAND
PO BOX 127
LOUISBURG, NC 27549

Claim Number: 10615
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $37500.00 |
|---|---|---|

HEDGECOCK BUILDERS SUPPLY,
PO BOX 460
WALNUT COVE, NC 27052

Claim Number: 1082
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2452.77 | Scheduled: | $2452.77 |
|---|---|---|---|---|

HEDRICK EATMAN GARDNER & KINCHELOE LLP
PO BOX 30397
CHARLOTTE, NC 28230

Claim Number: 6703
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4582.13 | | | Allowed: | $4582.13 |
|---|---|---|---|---|---|---|

HEIBULT, GARY
STEWART & HICKS PC
PO BOX 40250
MOBILE, AL 366400250

Claim Number: 5010
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

HEIN MELVIN FRANK
11990 S MT HOPE RD
MOLALLA, OR 97038

Claim Number: 1246
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $3396.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1939.00 |

HEISTER HOUSE MILLWORKS INC-PA,
RR 1 BOX 130H
MOUNT PLEASAN, PA 178539745

Claim Number: 1001
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $32633.51 | Scheduled: | $32633.51 | Allowed: | $32633.51 |
|---|---|---|---|---|---|---|

HELMS, EUGENE C
10095 FM 1972
GILMER, TX 75645

Claim Number: 8058
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $250.00 UNLIQ |
|---|---|---|

---

HELMS, EUGENE C.
10095 FM 1972
DILMER, TX 75645

Claim Number: 10474
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1600.00 |
|---|---|---|

---

HELTON, GARY & KAYLA
ATTN: YOUNG, HOYCHICK & AGUILLARD
141 SOUTH 6TH STREET
EUNICE, LA 70535

Claim Number: 10218
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

---

HEMINGWAY KEITH
4516 HWY 144
LORIS, SC 29569

Claim Number: 8373
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

HEMINGWAY SR, ANTHONY J.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6037
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HENDERSHOT, STEVEN D.
490 MEREDITH WAY
WINSTON SALEM, NC 27107

Claim Number: 5415
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

HENDERSHOT, STEVEN D.
490 MEREDITH WAY
WINSTON SALEM, NC 27107

Claim Number: 5621
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

HENDERSHOT, STEVEN D.
490 MEREDITH WAY
WINSTON SALEM, NC 27107

Claim Number: 6376
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| HENDERSON COUNTY TAX COLLECTOR<br>TERRY F LYDA TAX COLLECTOR<br>200 N GROVE ST STE 66<br>HENDERSONVILLE, NC 28792 | Claim Number: 7740<br>Claim Date: 08/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (04/04/2005) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $314.29 | |
| UNSECURED | | | Allowed: $302.19 |

| HENDERSON COUNTY TAX COLLECTOR,<br>TERRY F LYDA TAX COLLECTOR<br>200 N GROVE ST STE 66<br>HENDERSONVILLE, NC 28792 | Claim Number: 8757<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3009.82 | Allowed: $314.29 |

| HENDERSON MHP<br>125 HENDERSON DR<br>STATESVILLE, NC 28677 | Claim Number: 3713<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED | Claimed: | $485.00 | |
| UNSECURED | | | Allowed: $485.00 |

| HENDERSON SERVICES, INC.<br>D/B/A H & H SERVICES<br>1970 GENTRY RIDGE ROAD<br>ROXBORO, NC 27574 | Claim Number: 10215<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17184.00 | |

| HENDERSON SUPPLY,<br>HC 36 BOX 71<br>BUCKHANNON, WV 26201 | Claim Number: 6835<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $226.67 | |

| HENDERSON, DOYAL D.,<br>901 PEACHTREE RD<br>RIO RANCHO, NM 87124 | Claim Number: 3896<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20300.00 | Allowed: $14500.00 |

| HENDERSON, RICHARD B<br>PO BOX 296<br>JASPER, TN 37347 | Claim Number: 3366<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: $150.00 | Scheduled: $150.00 | Allowed: $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| HENDERSON, TREVOR<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6038<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
| UNSECURED | Claimed: | $412.50 UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| HENDERSONVILLE TRIBUNE INC<br>PO BOX 3101<br>HENDERSONVILLE, NC 28793 | | Claim Number: 1894<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $696.64 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HENDLEYS LANDSCAPING SERVICES<br>PO BOX 6622<br>ATLANTA, GA 30315 | | Claim Number: 6296<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1500.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HENDRICK APPLIANCE INC<br>1241 E DIXON BLVD<br>SHELBY, NC 28152 | | Claim Number: 1763<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $452.00 | | Allowed: | $452.00 |

| | | | | | |
|---|---|---|---|---|---|
| HENDRICKS, JOHN C.<br>HC67 BOX 27A<br>VALLEYHEAD, WV 26294 | | Claim Number: 2720<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11260.83 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HENDRICKS, JOHN C.<br>1260 EXCHANGE RD<br>WILDERSVILLE, TN 38388-7533 | | Claim Number: 7751<br>Claim Date: 08/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8460 (02/24/2006) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2500.00 | | Allowed: | $2500.00 |

| | | | | | |
|---|---|---|---|---|---|
| HENDRIX ELECTRI<br>P.O. BOX 7726<br>ABILENE, TX 79608 | | Claim Number: 1728<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $274.51 | | Allowed: | $274.51 |

---

HENDRIX ELECTRI
P.O. BOX 7726
ABILENE, TX 79608

Claim Number: 8133
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $274.51 |
|---|---|---|

---

HENRI SAUNDERS
DBA RIDDELLAND BARBARA SNOW
ATTN: CARDNEAS LAW FIRM
6525 PERKINS RD
BATON ROUGE, LA 70808

Claim Number: 2127
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $3993.93 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $3993.93 |

---

HENRICO COUNTY, VIRGINIA
RHYSA GRIFFITH SOUTH
ASSISTANT HENRICO COUNTY ATTORNEY
P.O. BOX 27032
RICHMOND, VA 23273-7032

Claim Number: 10574
Claim Date: 09/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $542.55 UNLIQ |
|---|---|---|

---

HENRY COUNTY TAX COMM
PO BOX 488
MCDONOUGH, GA 30253

Claim Number: 7426
Claim Date: 06/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $430.85 |
|---|---|---|
| SECURED | Claimed: | $1062.91 |

---

HENRY COUNTY TAX COMM,
PO BOX 488
MCDONOUGH, GA 30253

Claim Number: 7424
Claim Date: 06/20/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| SECURED | Claimed: | $452.31 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18.00 |

---

HENRY COUNTY TAX COMM,
PO BOX 488
MCDONOUGH, GA 30253

Claim Number: 7425
Claim Date: 06/20/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| PRIORITY | Claimed: | $559.24 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $54.00 |

---

HENRY, FRANK E.
HOUSE #75 C.R. 353
GLEN, MS 38846

Claim Number: 587
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

---

HENRY, FRANK E.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2859
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2903.43 |

HENRY, TAMMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6944
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

HERALD DISPATCH
P.O. BOX 2017
HUNTINGTON, WV 25720

Claim Number: 3542
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1099.49 | Scheduled: | $993.06 | Allowed: | $1099.49 |
|---|---|---|---|---|---|---|

HERALD DISPATCH
P.O. BOX 2017
HUNTINGTON, WV 25720

Claim Number: 3543
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $377.44 | | Allowed: | $377.44 |
|---|---|---|---|---|---|

HERALD DISPATCH
P.O. BOX 2017
HUNTINGTON, WV 25720

Claim Number: 3544
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $401.11 | | Allowed: | $401.11 |
|---|---|---|---|---|---|

HERALD JOURNAL
DBA HERALD JOURNAL
ATTN GEORGE
SPARTANBURG, SC 29304

Claim Number: 646
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4151.96 |
|---|---|---|

HERALD JOURNAL
P O BOX 580144
CHARLOTTE, NC 28258

Claim Number: 2800
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $4151.96 |
|---|---|---|

---

HERALD JOURNAL,
DBA HERALD JOURNAL
ATTN GEORGE
SPARTANBURG, SC 29304

Claim Number: 648
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $4151.96 | Scheduled: | $3746.81 | | |

---

HERALD OFFICE SYSTEMS INC
PO BOX 1288
DILLON, SC 29536

Claim Number: 1649
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1835.33 | Scheduled: | $1933.04 | Allowed: | $1835.33 |

---

HERALD SUN,
PO BOX 2092
DURHAM, NC 27702-2092

Claim Number: 663
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1380.93 | Scheduled: | $1252.48 | Allowed: | $1380.93 |

---

HERALD-JOURNAL
CLASSIFIED ADS
PO BOX 1657
SPARTANBURG, SC 29304

Claim Number: 647
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $4151.96 | | | | |

---

HERB SNOW & SON APPLIANCE SERVICE, LLC
2209 S. SENECA
WICHITA, KS 67213

Claim Number: 2934
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5112.95 | | | | |

---

HERBS RENT ALL & SALES
927 S WENATCHEE AVE
WENATCHEE, WA 98801

Claim Number: 1665
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $151.32 | | | | |

---

HERBS RENT ALL & SALES
927 S WENATCHEE AVE
WENATCHEE, WA 98801

Claim Number: 8387
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $192.36 | | | | |

---

HERC-U-LIFT INC,
PO BOX 69
MAPLE PLAIN, MN 55359-0069

Claim Number: 6722
Claim Date: 04/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $145.03 | | | | |

---

| HEREFORD, JOHNNY E.<br>PO BOX 2786<br>ROCKINGHAM, NC 283802786 | Claim Number: 2806<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| HEREFORD, JOHNNY E.<br>PO BOX 2786<br>ROCKINGHAM, NC 28380 | Claim Number: 6841<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| HERITAGE HOME CENTER,<br>822 W 5TH ST<br>WASHINGTON, NC 278894204 | Claim Number: 6177<br>Claim Date: 03/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $18370.00 | | |
|---|---|---|---|---|

| HERITAGE PROFESSIONAL LANDSCAPING<br>PO BOX 7225<br>KENNEWICK, WA 99336 | Claim Number: 8595<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1077.59 | | |
|---|---|---|---|---|

| HERITAGE WEST<br>DBA HERITAGE WEST<br>3322 HWY 77<br>ROBSTOWN, TX 78380 | Claim Number: 1756<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $250.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $250.00 |

| HERLEM, BRYANT ANTHONY<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6039<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ | | |

| HERMES SARGENT BATES<br>ATTN: CHARLES WEIGEL, JR.<br>1717 MAIN ST., STE. 3200<br>DALLAS, TX 75201 | Claim Number: 7612<br>Claim Date: 07/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $1311.01 | | | Allowed: | $630.16 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| HERMISTON AUTO PARTS,<br>292 HERMINSTON AVE<br>HERMISTON, OR 97838 | | Claim Number: 7620<br>Claim Date: 07/17/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $344.88 |

| | | |
|---|---|---|
| HERMISTON AUTO PARTS,<br>292 HERMINSTON AVE<br>HERMISTON, OR 97838 | | Claim Number: 10369<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $367.52 |

| | | |
|---|---|---|
| HERMISTON AUTO PARTS, INC.<br>292 W. HERMISTON AVE<br>HERMISTON, OR 97838 | | Claim Number: 9482<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $397.52 |

| | | |
|---|---|---|
| HERNANDEZ, ANTONIO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6040<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| | | |
|---|---|---|
| HERNANDEZ, EVELIA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6041<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| | | |
|---|---|---|
| HERNANDEZ, HECTOR<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6042<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| | | |
|---|---|---|
| HERNANDEZ, HECTOR M.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6043<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2100.00 UNLIQ |

---

HERNANDEZ, LUCIO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6044
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

HERNANDEZ, MICHELLE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6045
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2662.50 UNLIQ |

---

HERNANDEZ, PABLO
504A ROSSMAN DAIRY RD
MOULTRIE, GA 31768

Claim Number: 9254
Claim Date: 12/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2042.94 |

---

HERNDON WAYNE
PO BOX 843
DOUCETTE, TX 75942

Claim Number: 4880
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $10000.00 UNLIQ |

---

HERON POINTE
DBA HERON POINTE
234 CONCORD PLACE
LONGVIEW, WA 98632

Claim Number: 3278
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $840.00 |

---

HERRING MOBILE,
PO BOX 1240
LELAND, NC 284511240

Claim Number: 1445
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4080.45 | | | | |
| UNSECURED | Claimed: | $7919.55 | Scheduled: | $4080.45 | Allowed: | $4080.45 |

---

HERRINGTON LARRY
ROUTE 5 BOX 223
ANDALUSIA, AL 36420

Claim Number: 4369
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7912 (07/13/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $525.00 |

---

---

HERRINGTON, LARRY
16594 ROCKHOLE BRIDGE RD
ANDALUSIA, AL 36420

Claim Number: 8301
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $825.00 |
| --- | --- | --- |

---

HERRONS MOBILE HOME SERVICE
159 SPICEWOOD CIRCLE
MIDDLEBURG, FL 32068

Claim Number: 117
Claim Date: 01/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $8510.00 |
| --- | --- | --- |

---

HERRONS MOBILE HOME SERVICE
159 SPICEWOOD CIRCLE
MIDDLEBURG, FL 32068

Claim Number: 229
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $8510.00 |
| --- | --- | --- |

---

HERRONS MOBILE HOME SERVICE,
159 SPICE WOOD CIR
MIDDLEBURG, FL 32068

Claim Number: 795
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $8510.00 | Scheduled: | $100.00 |
| --- | --- | --- | --- | --- |

---

HERTFORD COUNTY TAX DEPT
PO BOX 147
WINTON, NC 27986

Claim Number: 4803
Claim Date: 03/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $38.81 |
| --- | --- | --- |

---

HERTZ CORPORATION, THE
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134

Claim Number: 248
Claim Date: 01/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $467.32 |
| --- | --- | --- |

---

HERTZ CORPORATION, THE
14501 HERTZ QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134

Claim Number: 371
Claim Date: 01/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $16367.20 |
| --- | --- | --- |

---

HESS, NANCY J.
2010 RT 405 HWY
MUNCY, PA 17756

Claim Number: 9023
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $17690.20 UNLIQ |
| --- | --- | --- |

---

HESTON, MARY
1359 HWY 28 NW #28
EPHRATA, WA 98823

Claim Number: 9639
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $47.54 | | | | |
|---|---|---|---|---|---|---|

HIBBCO INCORPORATED
DBA: IHAHO UNIDO
201 S. 10TH AVENUE
POCATELLO, ID 83201

Claim Number: 6319
Claim Date: 04/01/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1149.58 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $60.00 | Allowed: | $1149.58 |

HIBBCO, INC.
DBA IDAHO UNIDO
201 S 10TH AVE
POCATELLO, ID 83201

Claim Number: 1466
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1149.58 | | | | |
|---|---|---|---|---|---|---|

HICKEY, CIANCIOLO & FISHMAN
333 W. FORT STREET
SUITE 1800
DETROIT, MI 48226

Claim Number: 135
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $488.50 | | | Allowed: | $488.50 |
|---|---|---|---|---|---|---|

HICKMAN COUNTY TRUSTEE
HICKMAN COUNTY COURTHOUSE
CENTERVILLE, TN 37033

Claim Number: 10456
Claim Date: 06/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $73.13 | | | | |
|---|---|---|---|---|---|---|

HICKS, BOBBY RAY
1050 CODY DRIVE
PINE HALL, NC 27042

Claim Number: 9731
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $100.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

HICKS, BOBBY RAY
1050 CODY DRIVE
PINE HALL, NC 27042

Claim Number: 10201
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $100.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

---

HICKS, PATRICK D.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6046
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

HICO
748 N LINDBERGH STE 210
FLORISSANT, MO 63031

Claim Number: 2137
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34.00 | Scheduled: | $34.00 | Allowed: | $34.00 |

---

HICO
748 N LINDBERGH STE 210
FLORISSANT, MO 63031

Claim Number: 8055
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34.00 |

---

HIDALGO COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 89
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1885.25 UNLIQ |

---

HIDALGO COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 154
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1885.25 UNLIQ |

---

HIDALGO COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 163
Claim Date: 12/27/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $2395.19 UNLIQ |

---

HIDALGO COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8662
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $546.98 UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| HIDALGO COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760 | | | Claim Number: 8663<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
| SECURED | Claimed: | $1024.69 UNLIQ | | Allowed: | $470.67 |

| | | | |
|---|---|---|---|
| HIDEAWAY MOBILE HOME PARK,<br>3035 LOUISVILLE RD<br>LOUISVILLE, TN 37777 | | | Claim Number: 9009<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
| ADMINISTRATIVE | Claimed: | $2294.00 | |

| | | | | | |
|---|---|---|---|---|---|
| HIGGINBOTHAM, MICHAEL<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6612<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |

| | | | |
|---|---|---|---|
| HIGGINS, DAVID & FLORENCE<br>G. SAL GANI - ATTN'Y FOR CLAIMANTS<br>1005 S. WASHINGTON AVE<br>LANSING, MI 48910 | | | Claim Number: 410<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| UNSECURED | Claimed: | $25000.00 UNLIQ | |

| | | | |
|---|---|---|---|
| HIGGINS, DAVID & FLORENCE<br>G. SAL GANI - ATTN'Y FOR CLAIMANTS<br>1005 S. WASHINGTON AVE<br>LANSING, MI 48910 | | | Claim Number: 2412<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $25000.00 UNLIQ | |

| | | | |
|---|---|---|---|
| HIGGINS, DAVID & FLORENCE<br>5213 WALKER ROAD<br>LESLIE, MI 49251 | | | Claim Number: 9326<br>Claim Date: 01/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $8000.00 | |

| | | | |
|---|---|---|---|
| HIGH COUNTRY CONSTRUCTION<br>PO BOX 727<br>BATTLEGROUND, WA 98604 | | | Claim Number: 9221<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $15851.64 | |

---

| HIGH MESA HOME SERVICES INC<br>1380 SNOW ROAD<br>LAS CRUCES, NM 88005 | Claim Number: 4643<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1500.00 |
| UNSECURED | Claimed: | $210.00 |

---

| HIGH MOUNTAIN CABLE CONTRACTING LLC<br>PO BOX 9387<br>BEND, OR 97708 | Claim Number: 8221<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $550.00 |

---

| HIGH MOUNTAIN CABLE CONTRACTING LLC,<br>PO BOX 9387<br>BEND, OR 97708 | Claim Number: 2764<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $550.00 | | |
| UNSECURED | | | Scheduled: | $550.00 |

---

| HIGH PLAINS ENGINEERING,<br>735 DENVER AVE<br>FORT LUPTON, CO 80621 | Claim Number: 4956<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2700.00 | Scheduled: | $3000.00 | Allowed: | $2700.00 |

---

| HIGH POINT EMPLOYMENT GUIDE<br>UNITED ADVERTISING MEDIA<br>C/O CYNTHIA GALBRECHT<br>100 WEST PLUME STREET<br>NORFOLK, VA 23510 | Claim Number: 45<br>Claim Date: 12/16/2002<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $870.00 |

---

| HIGHLAND ISD<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 10030<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1471.58 |

---

| HIGHLAND MOBILE HOME SERVICES<br>RT 1  BOX 77-2<br>BRIDGEPORT, WV 26330 | Claim Number: 10051<br>Claim Date: 05/21/2004<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $800.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIGHLAND MOBILE HOME SERVICES<br>RT 1 BOX 772<br>BRIDGEPORT, WV 26330 | | | Claim Number: 10052<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $15000.00 | | | | | |
| HIGHVIEW MH COMMUNITY<br>8601 ZUNI ST<br>DENVER, CO 80260 | | | Claim Number: 4862<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| PRIORITY | Claimed: | $1900.00 | | | | | |
| HILL & FIELDS<br>DBA HILL & FIELDS<br>410 SOUTH WASHINGTON<br>MARYVILLE, TN 37804 | | | Claim Number: 8285<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | | |
| ADMINISTRATIVE | Claimed: | $400.00 | | | | | |
| HILL DORIS DADE<br>123 PARKER RD<br>HOUSTON, TX 77076 | | | Claim Number: 8919<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $525.00 | | | | | |
| HILL MANUFACTUR,<br>1500 JONESBORO RD. SE<br>ATLANTA, GA 30315 | | | Claim Number: 1621<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $107.90 | Allowed: | $107.90 | |
| HILL SAND COMPANY INC<br>P BOX 184<br>FRIENDSWOOD, TX 77549 | | | Claim Number: 2368<br>Claim Date: 02/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $465.47 | | | | | |
| HILL WASTE SERVICES<br>DBA HILL WASTE SERVICES<br>PO BOX 184<br>FRIENDSWOOD, TX 77549 | | | Claim Number: 2367<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $465.47 | | | Allowed: | $465.47 | |
| HILL, ALFRED<br>C/O CHRISTINA D. CROW, ESQ.<br>JINKS, DANIEL & CROW<br>219 N. PRAIRIE ST, P.O. BOX 350<br>UNION SPRINGS, AL 36089 | | | Claim Number: 7472<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 7357 (11/24/2004) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| HILL, ALFRED<br>C/O CHRISTINA D. CROW, ESQ.<br>JINKS DANIEL & CROW, LLC<br>219 N. PRAIRIE ST, PO BOX 350<br>UNION SPRINGS, AL 36089 | | | Claim Number: 7473<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7488 (01/28/2005) | | |

| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HILL, ALFRED<br>C/O CHRISTINA D. CROW, ESQ.<br>P.O. BOX 350<br>UNION SPRINGS, AL 36089 | | | Claim Number: 10650<br>Claim Date: 11/22/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |

| UNSECURED | Claimed: | $7500.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HILL, BOBBY<br>2320 E MCARTHUR #M6<br>WICHITA, KS 67217 | | | Claim Number: 3054<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7335 (11/14/2004) | | |

| UNSECURED | Claimed: | $31912.16 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HILL, CURTIS<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 5240<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |

| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HILL, CURTIS<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6047<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |

| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| HILL, DORIS DADE<br>123 PARKER RD<br>HOUSTON, TX 77076 | | | Claim Number: 8597<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |

| ADMINISTRATIVE | Claimed: | $525.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HILL, KAYLA<br>2020 DOOLEY<br>WICHITA, KS 67213 | | | Claim Number: 2410<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7335 (11/17/2004) | | |

| UNSECURED | Claimed: | $31912.16 | | | |
|---|---|---|---|---|---|

---

| HILL, KAYLA<br>2020 DOOLEY<br>WICHITA, KS 67213 | Claim Number: 3055<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $31912.16 | |
|---|---|---|---|

---

| HILL, KAYLA<br>2020 DOOLEY<br>WICHITA, KS 67213 | Claim Number: 8989<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $31912.16 | |
|---|---|---|---|

---

| HILL, MICHAEL<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 599<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7747 (05/05/2005) |
|---|---|

| UNSECURED | Claimed: | $35000.00 | |
|---|---|---|---|

---

| HILL, ORA VIVIAN<br>PO BOX 802<br>E. FLAT ROCK, NC 28726 | Claim Number: 7488<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| HILL, RONALD AND EVELYN<br>C/O J. ERIC HARRISON<br>503 NORTH JACKSON STREET<br>MORRISTOWN, TN 37814 | Claim Number: 10624<br>Claim Date: 10/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4900.00 | |
|---|---|---|---|

---

| HILL, WILLIE B.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6048<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6167.31 UNLIQ |

---

| HILL-WRIGHT, FREDA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 5239<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $15000.00 | Allowed: | $4355.15 |
|---|---|---|---|---|

---

---

HILLIAM, ROBERT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7094
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

HILLIAN, JAMES AND KAREN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7095
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

HILLIS MOBILE HOME MOVING,
DBA"HILLIS MOBILE HOME MOVING
BOX 6100 BOATMAN LANE
COOKEVILLE, TN 38506

Claim Number: 1787
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7135.00 | Scheduled: | $7135.00 | Allowed: | $7135.00 |

---

HILLSBORO INDEPENDENT SCHOOL DISTRICT
5929 BALCONES DR. SUITE 200
PO BOX 26990
AUSTIN, TX 78755

Claim Number: 215
Claim Date: 01/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $125296.37 |

---

HILLSIDE SHARPENING SERVICE
DBA:HILLSIDE SHARPENING SERVICE
1502 YOCEMENTO AVE
HAYS, KS 67601

Claim Number: 1999
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $1184.64 |

---

HILLSIDE SHARPENING SERVICE,
DBA:HILLSIDE SHARPENING SERVICE
1502 YOCEMENTO AVE
HAYS, KS 67601

Claim Number: 1998
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1184.64 | Scheduled: | $773.89 | Allowed: | $1184.64 |

---

HILLTOP HMS NEW BRAUNFELS
HILLTOPS HOMES NEW BRAUNFELS
6700 N IH 35
NEW BRAUNFELS, TX 781307206

Claim Number: 5520
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $393865.00 |

---

HILLTOP HMS NEW BRAUNFELS
HILLTOPS HOMES NEW BRAUNFELS
6700 N IH 35
NEW BRAUNFELS, TX 781307206

Claim Number: 5521
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

HILYARD'S INC.
1616 NEWPORT GAP PIKE
WILMINGTON, DE 19808

Claim Number: 7566
Claim Date: 07/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $204.60 |
|---|---|---|

HINANT, B H
136 BEULAHTOWN RD
KENLY, NC 27542

Claim Number: 8575
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $390.00 |
|---|---|---|

HINDS LAW FIRM, THE
1611 S DENVER AVE
ATTN: JAMES M HINDS
TULSA, OK 74112

Claim Number: 3569
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 DISP CONT | Allowed: | $1500.00 |
|---|---|---|---|---|---|---|

HINES CAROLINE C
P O BOX 94
WHITEVILLE, NC 28472

Claim Number: 9226
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

HINKLE COY,
60 HINKLE LANE
MIDWAY, TN 37809

Claim Number: 3918
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 DISP | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

HINKLE SHANNON,
20 HINKLE LANE
MIDWAY, TN 37809

Claim Number: 3861
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 DISP | Allowed: | $175.00 |
|---|---|---|---|---|---|---|

HINKLE, COY
60 HINKLE LANE
MIDWAY, TN 37809

Claim Number: 3917
Claim Date: 03/15/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 DISP | Allowed: | $375.00 |
|---|---|---|---|---|---|---|

HINKLE, SHANNON
20 HINKLE LANE
MIDWAY, TN 37809

Claim Number: 3860
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $262.00 |
|---|---|---|

---

HINKLE, SHAWN E.
10 HINKLE LANE
MIDWAY, TN 37809

Claim Number: 3858
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $452.00 | | Allowed: | $200.00 |

---

HINOTE COMMONS INC
43 LAIRD RD
CRESTVIEW, FL 32539

Claim Number: 1186
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $200.00 |

---

HISAW, HUBB
1760 EVERGREEN RD
LOUISVILLE, MS 39339

Claim Number: 9611
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3401.33 |

---

HISPANIC MARKETING, INC.
PO BOX 14503
GREENVILLE, SC 29610

Claim Number: 8625
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1191.00 |

---

HITCHCOCK APPRAISAL SERVICE
DBA HITCHCOCK APPRAISAL SERVICE
1043 YELLOWSTONE
ALLIANCE, NE 69301

Claim Number: 9496
Claim Date: 04/09/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $100.00 |

---

HL OSWALD ENTEPRISES
P O BOX 699
WALLACE, NC 28466

Claim Number: 665
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $709.57 |

---

HL OSWALD ENTER,
P O BOX 699
WALLACE, NC 28466

Claim Number: 664
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $709.57 | Scheduled: | $709.57 | Allowed: | $709.57 |

---

HL OSWALD ENTERPRISES
PO BOX 699
WALLACE, NC 284660699

Claim Number: 666
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $709.57 |

---

---

HOBBS, BILLY R.
C/O ROSS E. MURRAY, ESQ.
PO BOX 5151
LONDON, KY 40745

Claim Number: 10583
Claim Date: 09/07/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $8500.00 | | | | |
|---|---|---|---|---|---|---|

---

HOCKING COUNTY, OHIO
LAINA FETHEROLF, PROSECUTING ATTORNEY
88 SOUTH MARKET STREET
LOGAN, OH 43138

Claim Number: 10887
Claim Date: 03/02/2009
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $1661.83 | | | | |
|---|---|---|---|---|---|---|

---

HOCKING VALLEY CONCRETE,
35255 HOCKING DRIVE
LOGAN, OH 43138

Claim Number: 2590
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4029.98 | Scheduled: | $3686.25 | Allowed: | $4029.98 |
|---|---|---|---|---|---|---|

---

HODGES & BRYANT OF GLOUCSTER INC,
PO BOX 194
GLOUCESTER, VA 23061

Claim Number: 1135
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $859.00 | Allowed: | $871.89 |
|---|---|---|---|---|---|---|

---

HODGES, JOHNNIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6613
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $15000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $4355.15 |

---

HODGES, JOHNNIE K.
2428-OLD MARION RD, APT 49
MERIDIAN, MS 39301

Claim Number: 4690
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

HOGAN, PENNY
P O BOX 129
TEHULA, MS 39169

Claim Number: 3526
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |
|---|---|---|---|---|---|---|

---

HOGSETT, ROSIE
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4232
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |

---

HOIST & CRANE CO-TN,
2508 PERIMETER PLACE
NASHVILLE, TN 37210

Claim Number: 3765
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1323.58 | Scheduled: | $700.97 | Allowed: | $1323.58 |

---

HOKE COUNTY ASSESSOR TAX COLLECTOR
PO BOX 217
RAEFORD, NC 28376

Claim Number: 9196
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $792.86 |

---

HOKE COUNTY TAX COLLECTOR
PO BOX 217
RAEFORD, NC 28376

Claim Number: 2898
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $1098.74 |

---

HOKE COUNTY TAX COLLECTOR
PO BOX 217
RAEFORD, NC 28376

Claim Number: 9186
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $61.96 |

---

HOLBERT, RALPH
MICHELE RUSSEN
1206 MARKET ST
PARKERSBURG, WV 261014323

Claim Number: 7418
Claim Date: 06/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $65000.00 | Scheduled: | $0.00 UNLIQ | | |

---

HOLBROOK SURVEYORS INC
115 SOLAR ST
BRISTOL, VA 24201

Claim Number: 1108
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $825.00 | | | | |
| UNSECURED | | | | | Allowed: | $825.00 |

---

| HOLIDAY HILLS VILLAGE<br>2000 WEST 92NS AVENUE<br>DENVER, CO 80260 | Claim Number: 5231<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $487.56 | | | |

| HOLIDAY HOMES INC (WALTON),<br>11007 DIXIE HWY<br>WALTON, KY 41094 | Claim Number: 2527<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $325.93 | | | |
| UNSECURED | | | Scheduled: | $325.93 | Allowed: | $325.93 |

| HOLIDAY HOMES INC,<br>11007 DIXIE HWY<br>WALTON, KY 41094 | Claim Number: 2531<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $30.00 | | | |
| UNSECURED | | | Scheduled: | $30.00 | Allowed: | $30.00 |

| HOLIDAY HOMES INC,<br>11007 DIXIE HIGHWAY<br>WALTON, KY 41094 | Claim Number: 2528<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4860.60 | | | |
| UNSECURED | | | Scheduled: | $4860.60 | Allowed: | $4860.60 |

| HOLIDAY HOMES INC,<br>11007 DIXIE HIGHWAY<br>WALTON, KY 41094 | Claim Number: 2530<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $736.48 | | | |
| UNSECURED | | | Scheduled: | $736.48 | Allowed: | $736.48 |

| HOLIDAY INN<br>2000 HOLIDAY INN DRIVE<br>JACKSON, MI 49202 | Claim Number: 2716<br>Claim Date: 03/03/2003<br>Debtor: SUBURBAN HOME SALES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $356.40 | Scheduled: | $356.40 | Allowed: | $356.40 |

| HOLIDAY INN<br>6426 BURNT POPLAR RD<br>I-40 & ST-68<br>GREENSBORO, NC 27409 | Claim Number: 6709<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $622.16 | | | |

| HOLIDAY INN<br>80-15 COMMERCE PARK<br>NEW COLUMBIA, PA 17856 | Claim Number: 7927<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1554.52 | | | |

| HOLIDAY INN COLUMBIA-NE<br>7510 TWO NOTCH RD<br>COLUMBIA, SC 29223 | Claim Number: 1784<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $451.35 | | | |
| UNSECURED | | | Scheduled: $451.35 | Allowed: | $451.35 |

| HOLIDAY INN EXPRESS<br>1392 ENTERPRISE PARKWAY<br>ALBANY, OR 97321 | Claim Number: 8357<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $806.22 | | | |

| HOLIDAY INN EXPRESS HOTEL & SUITES<br>105 OPAL COURT NE<br>ALBANY, OR 97321 | Claim Number: 8306<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $522.37 | | | |

| HOLIDAY INN SELECT DOWNTOWN<br>525 HENLEY STREET<br>KNOXVILLE, TN 37902 | Claim Number: 7990<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2593.20 | | | |

| HOLIDAY INN,<br>80-15 COMMERCE PARK<br>NEW COLUMBIA, PA 17856 | Claim Number: 3632<br>Claim Date: 03/12/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1554.52 | | | |
| UNSECURED | | | Scheduled: $1029.08 | Allowed: | $1554.52 |

| HOLLAND & HART LLP,<br>P O BOX 1347<br>CHEYENNE, WY 82003-1347 | Claim Number: 3749<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1182.97 | Scheduled: $1182.97 DISP CONT | Allowed: | $1182.97 |

---

| HOLLAND OFFICE EQUIPMENT CO INC<br>270 LAKEWOOD DR<br>SUMTER, SC 291507005 | Claim Number: 742<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $100.34 | | | Allowed: | $100.34 |
|---|---|---|---|---|---|---|

| HOLLAND, JAMES W.<br>205 CO. RD. 7723<br>TROY, AL 36081 | Claim Number: 10564<br>Claim Date: 08/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10000.00 |
|---|---|---|

| HOLLAND, JAMES W.<br>205 CO. RD. 7723<br>TROY, AL 36081 | Claim Number: 10592<br>Claim Date: 09/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $5684.00 |
|---|---|---|

| HOLLIDAY, IRENE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 6614<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

| HOLLIS MIKE,<br>PO BOX 170003<br>ARLINGTON, TX 76003 0003 | Claim Number: 3833<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $296.72 | Scheduled: | $441.22 DISP | Allowed: | $296.72 |
|---|---|---|---|---|---|---|

| HOLLIS, GWENDOLYN<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3527<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $15000.00 | | | Allowed: | $4355.15 |
|---|---|---|---|---|---|---|

| HOLLOWAY ODEGARD SWEENEY & EVANS,<br>3101 N CENTRAL AVE #1200<br>PHOENIX, AZ 85012 | Claim Number: 5331<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $3382.49 | Scheduled: | $2920.35 | Allowed: | $3382.49 |
|---|---|---|---|---|---|---|

| HOLLOWAY ODEGARD SWEENEY & EVANS,<br>3101 N CENTRAL AVE #1200<br>PHOENIX, AZ 85012 | Claim Number: 5330<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2533.80 | Scheduled: | $2071.67 | Allowed: | $2533.80 |
|---|---|---|---|---|---|---|

| HOLLOWAY, PAULA M<br>211 NOTTINGHAM WAY<br>REIDSVILLE, NC 27320 | Claim Number: 8602<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $700.00 UNLIQ |
|---|---|---|

| HOLMAN SUPPLY COMPANY-GA,<br>PO BOX 668<br>MOULTRIE, GA 31776 | Claim Number: 824<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $580.50 | Scheduled: | $580.50 | Allowed: | $580.50 |
|---|---|---|---|---|---|---|

| HOLMAN, MARK/VICTORIA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3525<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |
|---|---|---|---|---|---|---|

| HOLMES, NELL ROSE<br>1587 BEASLEY ROAD<br>LOUISBURG, NC 27549 | Claim Number: 9706<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $160.00 UNLIQ |
|---|---|---|

| HOLMES, NELL ROSE<br>1587 BEASLEY ROAD<br>LOUISBURG, NC 27549 | Claim Number: 9707<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $160.00 UNLIQ |
|---|---|---|

| HOLMES, TARACE A.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6049<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

HOLMES, WILHEMINA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4233
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |

---

HOLSOPPLE, RICHARD D.
C/O DAVID J. NOVAK, ESQ
PO BOX 280
JOHNSTOWN, PA 15907

Claim Number: 10865
Claim Date: 01/03/2007
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $6700.00 |

---

HOLSTON GASES,
P O BOX 27248
KNOXVILLE, TN 37927

Claim Number: 6708
Claim Date: 04/22/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $45.65 |

---

HOLT, JOHNNY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6050
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $3225.00 UNLIQ |

---

HOLT, MICHAEL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7098
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

HOLT, MICHAEL/DONNA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7096
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

HOLT, TOMMY AND CAROLYN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7097
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

---

HOME EQUITY BUILDERS,
DBA:HOME EQUITY BUILDERS
4541 N 43RD ST
PHOENIX, AZ 85018

Claim Number: 2004
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $11995.00 | Scheduled: | $11346.25 | Allowed: | $3845.00 |
|---|---|---|---|---|---|---|

HOME INSULATION CONTRACTORS,
34155 HWY 99 E
TANGENT, OR 97389

Claim Number: 1822
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1164.80 | Scheduled: | $1164.80 | Allowed: | $1164.80 |
|---|---|---|---|---|---|---|

HOME-MART INC
DBA HOME-MART INC
PO BOX 4952
CLEVELAND, TN 37320

Claim Number: 1954
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $145.00 | | | Allowed: | $145.00 |
|---|---|---|---|---|---|---|

HOME-MART INC
DBA HOME-MART INC
PO BOX 4952
CLEVELAND, TN 37320

Claim Number: 8223
Claim Date: 11/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $350.00 |
|---|---|---|

HOME-MART INC,
DBA HOME-MART INC/JOHNSON PROPERTIES
PO BOX 4952
CLEVELAND, TN 37320

Claim Number: 1324
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $205.00 | Scheduled: | $205.00 DISP | Allowed: | $205.00 |
|---|---|---|---|---|---|---|

HOMELAND SETS
DBA HOMELAND SETS
266 HAYWOOD RD
LEXINGTON, NC 27295

Claim Number: 1905
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $375.00 | | | Allowed: | $375.00 |
|---|---|---|---|---|---|---|

HOMESTEAD VILLA
306 MAILOWE DR
DUNN, NC 28334

Claim Number: 5164
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $300.00 UNLIQ |
|---|---|---|

---

| HOMESTEAD VILLA,<br>306 MAILOWE DR<br>DUNN, NC 28334 | Claim Number: 5166<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $300.00 UNLIQ | Scheduled: | $300.00 DISP | |

---

| HOMETOWN OFFICE & ART SUPPLY<br>157 E MAIN<br>HERMISTON, OR 97838 | Claim Number: 8737<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $265.00 |

---

| HOMEWOOD ACRES MOBILE HOME PARK,<br>DBA HOMEWOOD ACRES<br>MOBILE HOME PARK<br>PO BOX 7763<br>OXFORD, AL 36203 | Claim Number: 1465<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $1144.00 | | | |
| UNSECURED | | | Scheduled: | $475.00 DISP | |

---

| HONEYCUT SCOTTIE P<br>109 SWEETBRIAR LN<br>ROCKINGHAM, NC 28379-9713 | Claim Number: 7864<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| HONEYCUTT PHILLIP M<br>1116 GREENLAKE ROAD<br>ELLERBE, NC 28338 | Claim Number: 5188<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $200.00 |

---

| HONEYTREE INVESTMENTS INC<br>PO BOX 1392<br>LEWISBURG, TN 37091 | Claim Number: 5163<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $184.00 |

---

| HONEYVILLE METAL INC,<br>4200 S 900 W<br>TOPEKA, IN 46571 | Claim Number: 1290<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $1229.00 | Scheduled: | $1229.00 | Allowed: | $1229.00 |

---

| HOOD'S EXCAVATI, | | | Claim Number: 6829 | | | | |
|---|---|---|---|---|---|---|---|
| HOODS EXCAVATING & CONTRACT | | | Claim Date: 05/02/2003 | | | | |
| 585 THAU DR | | | Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| POUNDING MILL, VA 246374068 | | | Comments: EXPUNGED | | | | |
| | | | DOCKET: 8486 (03/15/2006) | | | | |
| PRIORITY | Claimed: | $5050.00 | | | | | |
| UNSECURED | | | Scheduled: | $5050.00 | | Allowed: | $5050.00 |

| HOOK STEVEN | | | Claim Number: 2299 |
|---|---|---|---|
| 2404 CHESTNUT GROVE RD | | | Claim Date: 02/28/2003 |
| PARKSVILLE, KY 40464 | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| | | | DOCKET: 4187 (06/25/2004) |
| PRIORITY | Claimed: | $20000.00 | |

| HOOK STEVEN, | | | Claim Number: 2298 | |
|---|---|---|---|---|
| 2404 CHESTNUT GROVE RD | | | Claim Date: 02/28/2003 | |
| PARKSVILLE, KY 40464 | | | Debtor: OAKWOOD MOBILE HOMES, INC. | |
| | | | Comments: EXPUNGED | |
| | | | DOCKET: 7441 (12/21/2004) | |
| PRIORITY | Claimed: | $20000.00 | | |
| UNSECURED | | | Scheduled: | $1275.00 |

| HOOKER YVONNE M | | | Claim Number: 1232 |
|---|---|---|---|
| 309 S MARINA | | | Claim Date: 02/24/2003 |
| PRESCOTT, AZ 86303 | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| | | | DOCKET: 4488 (09/03/2004) |
| PRIORITY | Claimed: | $840.00 | |

| HOOPS OZARK COU | | | Claim Number: 8262 |
|---|---|---|---|
| PO BOX 1723 | | | Claim Date: 11/10/2003 |
| ROGERS, AR 72757 | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $150.00 | |

| HOOSIER CRANE SERVICE COMPANY | | | Claim Number: 420 |
|---|---|---|---|
| 2423 LOWELL ST | | | Claim Date: 02/03/2003 |
| ELKHART, IN 46516 | | | Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $65.00 | |

| HOOSIER CRANE SERVICE COMPANY | | | Claim Number: 421 |
|---|---|---|---|
| 2423 LOWELL ST | | | Claim Date: 02/03/2003 |
| ELKHART, IN 46516 | | | Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $575.69 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HOOSIER CRANE SERVICE COMPANY<br>2423 LOWELL ST<br>ELKHART, IN 46516 | | | Claim Number: 422<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $341.58 | | | | |
| HOOSIER CRANE SERVICE COMPANY<br>2423 LOWELL ST<br>ELKHART, IN 46516 | | | Claim Number: 423<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $112.31 | | | | |
| HOOSIER CRANE SERVICE COMPANY<br>2423 LOWELL ST<br>ELKHART, IN 46516 | | | Claim Number: 424<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $606.50 | | | | |
| HOOVERS FURNITURE<br>1205 E EW  CIRCLE RD.<br>LEXINGTON, KY 40505 | | | Claim Number: 3929<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $8133.10 | | | | |
| HOPKINS, JOHN D., JR.<br>ROLLOVER IRA ACCOUNT<br>(A.G. EDWARDS, CUSTODIAN)<br>1030 NORTH FORK RD.<br>BEDFORD, VA 24523 | | | Claim Number: 3864<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $5000.00 | | | | |
| HOPTON, DARLENE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7099<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
| HORIZON<br>P.O. BOX 480<br>CHILLICOTHE, OH 45601-0480 | | | Claim Number: 9512<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| ADMINISTRATIVE | Claimed: | $282.12 | | | | |
| HORIZON DISTRIBUTION INC-OR,<br>PO BOX 1021<br>YAKIMA, WA 98907 | | | Claim Number: 3262<br>Claim Date: 03/10/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $38175.75 | Scheduled: $36162.89 | | Allowed: | $38175.75 |

| HORIZON HOMES LLC<br>HORIZON HOME SALES<br>3240 SHREWSBURY RD<br>LEITCHFIELD, KY 427549232 | Claim Number: 4493<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $18880.00 |
|---|---|---|

| HORIZON HOMES LLC,<br>HORIZON HOME SALES<br>3240 SHREWSBURY RD<br>LEITCHFIELD, KY 427549232 | Claim Number: 4494<br>Claim Date: 03/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $18880.00 | Scheduled: | $12805.48 |
|---|---|---|---|---|

| HORNS JANITORIAL DECKS<br>DBA HORNS JANITORIAL<br>DECKS<br>509 GREENLEAF ST<br>BOISE, ID 83713 | Claim Number: 8566<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $684.00 |
|---|---|---|

| HORRY COUNTY TR,<br>JOHNNY C. ALLEN-CNT TREAS<br>P.O. BOX 1737<br>CONWAY, SC 29526 | Claim Number: 6658<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1626.65 UNLIQ |
|---|---|---|
| UNSECURED | | | Scheduled: | $337.40 |

| HORRY COUNTY TREASURERS OFFICE<br>PO BOX 1237<br>CONWAY, SC 29528 | Claim Number: 6657<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $709.64 |
|---|---|---|

| HORRYS WATER WELL INC,<br>RT 3 BOX 112<br>RIDGELAND, SC 29936 | Claim Number: 1914<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2270.00 | Scheduled: | $2270.00 | Allowed: | $2270.00 |
|---|---|---|---|---|---|---|

| HORSEHOE MHP, LLC<br>5807 HORSESHOE DR<br>RALEIGH, NC 27603 | Claim Number: 10239<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $225.00 UNLIQ |
|---|---|---|

HOSKIN, JENNIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3528
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $20000.00 | | | Allowed: | $5806.86 |

HOUSE OF THREADS-GA,
PO BOX 277
BIRMINGHAM, AL 35201-0277

Claim Number: 4028
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6028.00 | Scheduled: | $6028.00 | Allowed: | $6028.00 |

HOUSE OF THREADS-NC,
PO BOX 277
BIRMINGHAM, AL 35201-0277

Claim Number: 4029
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6200.00 | Scheduled: | $6200.00 | Allowed: | $6200.00 |

HOUSTON CHRISTOPHER M,
PO BOX 331
JEFFERSON CIT, MO 65102

Claim Number: 3892
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1660.00 | | | | |
| UNSECURED | | | Scheduled: | $1660.00 | Allowed: | $1660.00 |

HOUSTON CO. & HOUSTON HOSPITAL DISTRICT
TAB BEALL
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 2007
TYLER, TX 75710-2007

Claim Number: 10055
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $248.37 | | | | |

HOUSTON ISD
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 575
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $5084.76 UNLIQ | | | | |

HOUSTON ISD
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 9209
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $6727.32 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| HOUSTON ISD<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | | | Claim Number: 9415<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
| SECURED | Claimed: | $690.36 | | | |
| HOUSTON, BOBBY<br>PO BOX 737<br>ASHLAND, MO 65010 | | | Claim Number: 5131<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $8193.77 | | Allowed: | $8193.77 |
| HOUVER, ROBERT C.<br>200 PRICE ROAD<br>SALISBURY, NC 28146 | | | Claim Number: 10209<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| HOVEN, JASON<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | | | Claim Number: 5006<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3826 (03/16/2004) | | |
| UNSECURED | Claimed: | $75000.00 UNLIQ | | | |
| HOWARD CHRIS<br>333 HART ROAD<br>PISGAH FOREST, NC 28768 | | | Claim Number: 4522<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $622.50 | | Allowed: | $622.50 |
| HOWARD JOHNSON EXPRESS INN<br>DBA HOWARD JOHNSON EXPRESS INN<br>220 S EASTERN BLVD<br>FAYETTEVILLE, NC 28301 | | | Claim Number: 1956<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $44.15 | | Allowed: | $44.15 |
| HOWARD PADGETT<br>215 HEMLOCK STREET<br>DALTON, GA 30720 | | | Claim Number: 1592<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $7000.00 | | Allowed: | $5217.00 |

| HOWARD WANDA MCCOY<br>PO BOX 652<br>IRONTON, OH 45638 | Claim Number: 4166<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 DISP | Allowed: | $700.00 |

| HOWARD WANDA MCCOY<br>PO BOX 652<br>IRONTON, OH 45638 | Claim Number: 4167<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $700.00 |
|---|---|---|

| HOWARD, DAVID<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7100<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

| HOWARD, MERIANNE<br>C/O FRANK DANA, ESQ.<br>ATTN: DANA LAW FIRM<br>PO BOX 17783<br>GREENVILLE, SC 29607 | Claim Number: 3646<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

| HOWARD, ROBEY A.<br>NO ADDRESS PROVIDED | Claim Number: 4485<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $18588.00 |
|---|---|---|

| HOWARD, SANDRA<br>1211 HILTON HEAD RESORT<br>HILTON HEAD, SC 29926 | Claim Number: 10070<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15000.00 |
|---|---|---|

| HOWARD, SANDRA<br>1211 HILTON HEAD RESORT<br>HILTON HEAD, SC 29926 | Claim Number: 10518<br>Claim Date: 07/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $3500.00 |
|---|---|---|

| HOWARD, WANDA MCCOY<br>PO BOX 652<br>IRONTON, OH 45638 | Claim Number: 8212<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | |
|---|---|---|
| ADMINISTRATIVE    Claimed:    $840.00 UNLIQ | | |

| HOWARD, WILLIE J.<br>PO BOX 43<br>BERLIN, GA 31722 | Claim Number: 3872<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |
|---|---|---|
| UNSECURED    Claimed:    $0.00 UNDET | | |

| HOWARD, WILLIE J.<br>PO BOX 43<br>BERLIN, GA 31722 | Claim Number: 8363<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | |
|---|---|---|
| ADMINISTRATIVE    Claimed:    $0.00 UNDET | | |

| HOWELL, STARLIN & RUTH,<br>C/O MAUREEN D. CARMAN, ESQ.<br>WYATT TARRANT & COMBS, LLP<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON, KY 40507-1746 | Claim Number: 5337<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |
|---|---|---|
| UNSECURED    Claimed:    $67323.60 UNLIQ | | Allowed:    $53858.88 |

| HOYCHICK, M. TERRANCE<br>ATTN: YOUNG, HOYCHICK & AGUILLARD<br>141 SOUTH 6TH STREET<br>EUNICE, LA 70535 | Claim Number: 9345<br>Claim Date: 01/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) | |
|---|---|---|
| PRIORITY    Claimed:    $150000.00 | | |

| HOYCHICK, M. TERRANCE<br>ATTN: YOUNG, HOYCHICK & AGUILLARD<br>141 SOUTH 6TH STREET<br>EUNICE, LA 70535 | Claim Number: 9346<br>Claim Date: 01/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | |
|---|---|---|
| PRIORITY    Claimed:    $175000.00 | | |

| HOYCHICK, TERRANCE<br>ATTN: YOUNG, HOYCHICK & AGUILLARD<br>141 SOUTH 6TH STREET<br>EUNICE, LA 70535 | Claim Number: 4298<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | |
|---|---|---|
| PRIORITY    Claimed:    $150000.00 | | |

| HOYCHICK, TERRANCE<br>ATTN: YOUNG, HOYCHICK & AGUILLARD<br>141 SOUTH 6TH STREET<br>EUNICE, LA 70535 | Claim Number: 4300<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | |
|---|---|---|
| PRIORITY    Claimed:    $175000.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| HOYCHICK, TERRANCE<br>ATTN: YOUNG, HOYCHICK & AGUILLARD<br>141 SOUTH 6TH STREET<br>EUNICE, LA 70535 | | | Claim Number: 9827<br>Claim Date: 05/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
| PRIORITY<br>UNSECURED | Claimed: | $175000.00 | | Allowed: | $8500.00 |
| HOYLE OFFICE SU<br>180 GLEN BRIDGE RD<br>ARDEN, NC 28704 | | | Claim Number: 8728<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $375.39 | | | |
| HRE INC<br>12411 EUCLID STREET<br>GARDEN GROVE, CA 92840 | | | Claim Number: 1747<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) | | |
| SECURED<br>UNSECURED | Claimed: | $1428.25 | | Allowed: | $885.00 |
| HRE INC<br>12411 EUCLID STREET<br>GARDEN GROVE, CA 92840 | | | Claim Number: 9117<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | |
| ADMINISTRATIVE | Claimed: | $1503.25 | | | |
| HSS RENTX INDUSTRIES, INC.<br>A 1 RENTAL CENTERS<br>1905 S. VALLEY DR<br>LAS CRUCES, NM 88005 | | | Claim Number: 3622<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $445.35 | | Allowed: | $445.35 |
| HTC,<br>PO BOX 1819<br>CONWAY, SC 29526-1819 | | | Claim Number: 6252<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $1227.47 | | | |
| HUBB HISAW<br>1760 EVERGREEN RD.<br>LOUISVILLE, MS 39339 | | | Claim Number: 10301<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $3401.33 | | | |

| | | | | | |
|---|---|---|---|---|---|
| HUBBARD, MATHEW & COURNTEY<br>D NEIL HARRIES & ASSOCIATES PA<br>PO BOX 306<br>PASCAGOULA, MS 39568 | | | Claim Number: 4978<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3826 (03/16/2004) | | |
| UNSECURED | Claimed: | $150000.00 | | | |
| HUDDLESTON, JANA<br>P. O. BOX 1031<br>THOREAU, NM 87323 | | | Claim Number: 9716<br>Claim Date: 05/05/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4416 (08/18/2004) | | |
| ADMINISTRATIVE | Claimed: | $8400.00 UNLIQ | | | |
| HUDSON, JOHN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7101<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| HUFFMAN MOBILE HOME PARK,<br>5094 GARDEN VALLEY RD.<br>TRINITY, NC 27370 | | | Claim Number: 10350<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
| ADMINISTRATIVE | Claimed: | $2100.00 | | | |
| HUFFMAN, JAMES ALLAN<br>303 OAKDALE LANE<br>LEXINGTON, NC 27295 | | | Claim Number: 9724<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
| ADMINISTRATIVE | Claimed: | $625.00 | | | |
| HUGES, TED<br>41 WEST DAWN DR.<br>MAYFLOWER, AR 72106 | | | Claim Number: 6615<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $2500.00 | | Allowed: | $1016.20 |
| HUGHES ANN<br>2105 S MAIN ST<br>GOSHEN, IN 46526 | | | Claim Number: 4381<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $912.00 | | Allowed: | $912.00 |

---

HUGHES, RICHARD
DBA CJ SERVICES
PO BOX 5
OAKBORO, NC 28129

Claim Number: 1670
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | | | | |
| UNSECURED | Claimed: | $5544.70 | Scheduled: | $10333.03 | Allowed: | $10194.70 |

---

HUGHES, TED
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6945
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

HUIE, FERNAMBUCQ & STEWART
2801 HWY 280 S SUITE 200
BIRMINGHAM, AL 35223

Claim Number: 8258
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $201.91 |

---

HULL LIFT TRUCK INC-AZ
28747 OLD U.S 33 WEST
ATTN: MICHAEL A. DOMINIAK
ELKHART, IN 46516

Claim Number: 1779
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57.78 | Allowed: | $57.78 |

---

HULL LIFT TRUCK INC-TX
28747 OLD US 33 W
ATTN: MICHAEL A. DOMNINIAK
ELKHART, IN 46516

Claim Number: 1777
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1362.28 | Allowed: | $1362.28 |

---

HULL LIFT TRUCK INC-TX,
28747 OLD US 33 W
ATTN: MICHAEL A. DOMINIAK
ELKHART, IN 46516

Claim Number: 1778
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79.94 | Scheduled: | $1521.92 | Allowed: | $79.94 |

---

HULSKA RICHARD
1531 NW PRIMROSE
ROSEBURG, OR 97470

Claim Number: 887
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | |
|---|---|---|
| HUMPHREY & PETERSEN LAW FIRM, PC<br>3861 E 3RD ST<br>TUCSON, AZ 85716-4646 | Claim Number: 7459<br>Claim Date: 06/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| PRIORITY | Claimed: | $1707.10 |
|---|---|---|

| | | |
|---|---|---|
| HUMPHREY & PETERSEN LAW FIRM, PC<br>3861 E 3RD ST<br>TUCSON, AZ 85716-4646 | Claim Number: 8842<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $1534.72 |
|---|---|---|

| | | |
|---|---|---|
| HUMPHREY & PETERSON LAW FIRM<br>3861 E. 3RD STREET<br>TUCSON, AZ 85716-4646 | Claim Number: 10233<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

| ADMINISTRATIVE | Claimed: | $2427.69 |
|---|---|---|

| | | |
|---|---|---|
| HUMPHREY & PETERSON, P.C.<br>3861 E. 3RD STREET<br>TUCSON, AZ 85716-4646 | Claim Number: 10644<br>Claim Date: 11/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $127.40 |
|---|---|---|

| | | |
|---|---|---|
| HUNNICUTT MANAGEMENT SERVICES<br>505 VALLEY VIEW DR<br>FORT VALLEY, GA 31030 | Claim Number: 3148<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $450.00 |
|---|---|---|

| | | |
|---|---|---|
| HUNNICUTT MANAGEMENT SERVICES,<br>505 VALLEY VIEW DR<br>FORT VALLEY, GA 31030 | Claim Number: 3149<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| UNSECURED | Claimed: | $225.00 | Scheduled: | $375.00 DISP |
|---|---|---|---|---|

| | | |
|---|---|---|
| HUNT CONTY SHOPPER, INC.<br>3617 WESLEY<br>P.O. BOX 906<br>GREENVILLE, TX 75403 | Claim Number: 7559<br>Claim Date: 07/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| UNSECURED | Claimed: | $20.52 |
|---|---|---|

| | | |
|---|---|---|
| HUNT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIN & SAMPSON, LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | Claim Number: 173<br>Claim Date: 12/30/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | |

| SECURED | Claimed: | $7724.30 | | Allowed: | $468.36 |
|---|---|---|---|---|---|

| HUNT COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNOIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10816<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE<br>SECURED | Claimed: | $8520.29 UNLIQ | | Allowed: | $107.12 |
|---|---|---|---|---|---|

| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75401 | Claim Number: 1901<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $81.10 |
|---|---|---|

| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | Claim Number: 7669<br>Claim Date: 08/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $21.02 |
|---|---|---|

| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | Claim Number: 9315<br>Claim Date: 01/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $21.02 |
|---|---|---|

| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | Claim Number: 10553<br>Claim Date: 08/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| UNSECURED | Claimed: | $22.15 |
|---|---|---|

| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | Claim Number: 10557<br>Claim Date: 07/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| UNSECURED | Claimed: | $21.65 |
|---|---|---|

| HUNT COUNTY SHOPPER<br>3617 WESLEY<br>GREENVILLE, TX 75401 | Claim Number: 10577<br>Claim Date: 09/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| UNSECURED | Claimed: | $22.65 |
|---|---|---|

| | | |
|---|---|---|
| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | | Claim Number: 10619<br>Claim Date: 10/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>3617 WESLEY<br>GREENVILLE, TX 75401 | | Claim Number: 10636<br>Claim Date: 11/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | | Claim Number: 10676<br>Claim Date: 12/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | | Claim Number: 10697<br>Claim Date: 02/02/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7913 (07/13/2005) |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>3617 WESLEY<br>GREENVILLE, TX 7541 | | Claim Number: 10717<br>Claim Date: 04/04/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8292 (11/03/2005) |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>3617 WESLEY<br>GREENVILLE, TX 75401 | | Claim Number: 10744<br>Claim Date: 05/05/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8292 (11/03/2005) |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>PO BOX 906<br>GREENVILLE, TX 75403 | | Claim Number: 10750<br>Claim Date: 06/03/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $22.65 |
| HUNT COUNTY SHOPPER<br>3617 WESLEY<br>GREENVILLE, TX 75401 | | Claim Number: 10762<br>Claim Date: 08/03/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10778 |
| PO BOX 906 | Claim Date: 09/06/2005 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10788 |
| PO BOX 906 | Claim Date: 11/04/2005 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10884 |
| PO BOX 906 | Claim Date: 12/02/2008 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10885 |
| 3617 WESLEY | Claim Date: 01/05/2009 |
| GREENVILLE, TX 75401 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10886 |
| 3617 WESLEY | Claim Date: 02/02/2009 |
| GREENVILLE, TX 75401 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10888 |
| PO BOX 906 | Claim Date: 03/04/2009 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10889 |
| PO BOX 906 | Claim Date: 05/05/2009 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

| HUNT COUNTY SHOPPER | Claim Number: 10890 |
| PO BOX 906 | Claim Date: 06/02/2009 |
| GREENVILLE, TX 75403 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $22.65 |

---

HUNT COUNTY SHOPPER
PO BOX 906
GREENVILLE, TX 75401

Claim Number: 10755
Claim Date: 07/06/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $22.65 |
|---|---|---|

---

HUNT COUNTY SHOPPER, INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 6449
Claim Date: 04/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $19.02 |
|---|---|---|

---

HUNT COUNTY SHOPPER, INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 6450
Claim Date: 04/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $65.21 |
|---|---|---|

---

HUNT COUNTY SHOPPER, INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 6854
Claim Date: 05/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $66.99 |
|---|---|---|

---

HUNT COUNTY SHOPPER,INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 689
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

HUNT COUNTY SHOPPER,INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 2884
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $63.08 | | Allowed: | $63.08 |
|---|---|---|---|---|---|

---

HUNT COUNTY SHOPPER,INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 3073
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $18.52 | | Allowed: | $18.52 |
|---|---|---|---|---|---|

---

HUNT COUNTY SHOPPER,INC.
3617 WESLEY
P.O. BOX 906
GREENVILLE, TX 75403

Claim Number: 6853
Claim Date: 05/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $19.52 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| HUNT COUNTY SHOPPER,INC.<br>3617 WESLEY<br>P.O. BOX 906<br>GREENVILLE, TX 75403 | | | Claim Number: 7346<br>Claim Date: 06/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $68.82 | |
| HUNT COUNTY SHOPPER,INC.<br>3617 WESLEY<br>P.O. BOX 906<br>GREENVILLE, TX 75403 | | | Claim Number: 7347<br>Claim Date: 06/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $20.02 | |
| HUNT COUNTY SHOPPER,INC.<br>3617 WESLEY<br>P.O. BOX 906<br>GREENVILLE, TX 75403 | | | Claim Number: 7534<br>Claim Date: 07/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $70.42 | |
| HUNTER ENETERPRISES<br>RT 2 BOX 270<br>WAYNESVILLE, GA 31566 | | | Claim Number: 10479<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $4300.00 | |
| HUNTER, EDDIE<br>DBA HUNTER ENTERPRISES<br>RT 2 BOX 270<br>WAYNESVILLE, GA 31566 | | | Claim Number: 9561<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $4300.00 | |
| HUNTER, LOIS H.<br>TAX COLLECTOR, JEFFERSON COUNTY<br>170 N. JEFFERSON STREET<br>MONTICELLO, FL 32344 | | | Claim Number: 10359<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $0.00 | |
| HUNTINGTON MEMORIAL HOSPITAL<br>COLLIS P & HOWARD HUNTINGTON TRUST<br>100 W CALIFORNIA BLVD.<br>PASADENA, CA 91105 | | | Claim Number: 9233<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $581000.00 | |
| HURLEY MOBILE HOME<br>PARTS & SERVICE INC.<br>HWY 62<br>BERTRAND, MO 63823 | | | Claim Number: 9704<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $222.00 | |

---

HURLEY MOBILE HOME
PARTS & SERVICE INC.
HWY 62
BERTRAND, MO 63823

Claim Number: 9734
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $222.00 |
| --- | --- | --- |

HURLEY MOBILE HOME PARTS & SERVICE INC
HWY 62
BERTRAND, MO 63823

Claim Number: 4171
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $222.00 | | Allowed: | $222.00 |
| --- | --- | --- | --- | --- | --- |

HURLEY MOBILE HOME PARTS & SERVICE INC
400 WEST CEDAR
HWY 62
BERTRAND, MO 63823

Claim Number: 10204
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $222.00 |
| --- | --- | --- |

HURLEY, KELLY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7078
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

HURLEY, RAYMOND AND TRESSELL
DEEDY BOLAND
PO BOX 1418
TUPELO, MS 38802

Claim Number: 8787
Claim Date: 11/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $56540.36 |
| --- | --- | --- |

HURON COUNTY AUDITORS
12 E MAIN ST STE 300
NORWALK, OH 44857

Claim Number: 1032
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

---

| PRIORITY | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HURON COUNTY AUDITORS
12 E MAIN ST STE 300
NORWALK, OH 44857

Claim Number: 7872
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HURST WINSTON D
P. O. BOX 42
MEIGS, GA 31765

Claim Number: 6648
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HUTCHENS DEBRA,<br>4325 GLENVIEW CT<br>N RICHLND HLS, TX 76180 | | | Claim Number: 3229<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $917.50 | Scheduled: | $307.50 | Allowed: | $917.50 |
| HUTCHENS, CHRIS G.<br>325 MOORE CREEK RD<br>HURST, TX 760536424 | | | Claim Number: 3230<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed: | $125.00<br>$0.00 | | | Allowed: | $125.00 |
| HUTCHENS, CHRIS G.<br>4325 GLENVIEW CT.<br>NORTH RICHLAND HILLS, TX 76180 | | | Claim Number: 10323<br>Claim Date: 06/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $125.00 | | | | |
| HUWE DENNIS<br>PO BOX 221<br>AGUILA, AZ 85320 | | | Claim Number: 3508<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $196.40 | | | Allowed: | $196.40 |
| HUWE, DENNIS<br>PO BOX 221<br>AGUILA, AZ 85320 | | | Claim Number: 8574<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $196.40 | | | | |
| HWC-GA,<br>1627 S MYRTLE AVE<br>CLEARWATER, FL 33756 | | | Claim Number: 728<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
| HYATT ROGER C<br>1724 VALES MILL RD<br>PULASKI, TN 38478 | | | Claim Number: 4379<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $804.25 | | | Allowed: | $804.25 |

| HYDE, CHARLES<br>6470 FALKEN BERRY<br>NORTH BRANCH, MI 48461 | Claim Number: 10527<br>Claim Date: 07/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4653 (10/08/2004) |
|---|---|

ADMINISTRATIVE     Claimed:     $8793.00

| HYNEMAN, PATRICIA<br>154 RAYNOR LANE<br>ROUND O, SC 29474 | Claim Number: 10567<br>Claim Date: 08/20/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN |
|---|---|

ADMINISTRATIVE     Claimed:     $11640.00

| HYNEMAN, PATRICIA<br>C/O GRAHAME E. HOLMES<br>PETERS, MURDAUGH, ET AL.<br>PO BOX 1164<br>WALTERBORO, SC 29488 | Claim Number: 10839<br>Claim Date: 04/03/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>This claim amends the previously filed claim 10567, dated 8/20/04. |
|---|---|

ADMINISTRATIVE     Claimed:     $6000.00

| HYSTERSALES CO<br>PO BOX 987<br>EUGENE, OR 97440 | Claim Number: 18<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

UNSECURED     Claimed:     $4367.86

| I & D ENTERPRISES,<br>DBA I & D ENTERPRISES<br>275 C MONTEZUMA RT<br>LAS VEGAS, NM 87701 | Claim Number: 1997<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

PRIORITY     Claimed:     $850.00
UNSECURED                              Scheduled:     $850.00          Allowed:     $850.00

| I M DISTRIBUTERS DBA THRIFTY SUPPLY<br>DBA THRIFTY SUPPY<br>PO BOX 4148<br>BELLEVUE, WA 98009 | Claim Number: 2036<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

UNSECURED     Claimed:     $2080.00

| IBM<br>2 LINCOLN CTR 200<br>OAKBROOK TERRACE, IL 60181-4837 | Claim Number: 107<br>Claim Date: 12/09/2002<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

UNSECURED     Claimed:     $89551.74

---

IDAHO CONTRACTORS INC,
8601 N HAYDEN PINES WAY
HAYDEN, ID 83835

Claim Number: 1448
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $629.60 | Scheduled: | $629.60 DISP | Allowed: | $629.60 |
|---|---|---|---|---|---|---|

IDAHO GARBOLIGIST,
P O BOX 328
WEISER, ID 83672

Claim Number: 1344
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $759.21 | Scheduled: | $759.21 | Allowed: | $759.21 |
|---|---|---|---|---|---|---|

IDAHO STATE TAX COMMISSION
P.O. BOX 36
BANKRUPTCY UNIT
BOISE, ID 83722

Claim Number: 7331
Claim Date: 05/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $156.02 |
|---|---|---|

IDAHO STATE TAX COMMISSION,
BANKRUPTCY UNIT
PO BOX 56
BOISE, ID 83722

Claim Number: 6686
Claim Date: 04/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $281.14 |
|---|---|---|

IDAHO STATE TAX COMMISSION,
BANKRUPTCY UNIT
PO BOX 56
BOISE, ID 83772

Claim Number: 7782
Claim Date: 09/09/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

IDAHO TIMBER OF BOISE
PO BOX 67
BOISE, ID 83707

Claim Number: 3340
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $19468.96 | Scheduled: | $32771.90 | Allowed: | $19468.96 |
|---|---|---|---|---|---|---|

IDAHO TIMBER-KS,
PO BOX 502891
SAINT LOUIS, MO 63150

Claim Number: 3971
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $6320.16 | Scheduled: | $15512.00 | Allowed: | $6320.16 |
|---|---|---|---|---|---|---|

IDAHO TIMBER-NC
PO BOX 502891
SAINT LOUIS, MO 63150

Claim Number: 3339
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $11374.28 | Scheduled: | $11374.28 | Allowed: | $11374.28 |
|---|---|---|---|---|---|---|

IDAHO WESTERN, INC.
6200 EAST HUNT AVENUE
NAMPA, ID 83667-8324

Claim Number: 512
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $155008.16 | | | |
|----------|----------|------------|----------|----------|-------------|
| UNSECURED | | | | Allowed: | $154269.24 |

IDAHO WESTERN, INC.
6200 EAST HUNT AVENUE
NAMPA, ID 83667-8324

Claim Number: 8951
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $18098.72 |
|----------------|----------|-----------|

IDEAL APPLIANCE INSTALLATIONS INC,
4044 79TH AVE SE
OLYMPIA, WA 98501

Claim Number: 2694
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $221.40 | | | | | |
|----------|----------|---------|-----------|---------|----------|----------|---------|
| UNSECURED | | | Scheduled: | $221.40 | Allowed: | $221.40 |

IDEAL DECKS & SKIRTING
DBA IDEAL DECKS & SKIRTING
PO BOX 292
STILLMORE, GA 30464

Claim Number: 8426
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $7345.00 |
|----------------|----------|----------|

IDEAL HOMES
9811 W CHARLESTON BLVD #133
LAS VEGAS, NV 89117

Claim Number: 3355
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $14830.16 |
|-----------|----------|-----------|

IDEAL SIGNS
DBA IDEAL SIGNS
PO BOX 1592
LYNNWOOD, WA 98046

Claim Number: 8594
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $392.04 |
|----------------|----------|---------|

IDEINKEN, JUSTIN
****NO ADDRESS PROVIDED****

Claim Number: 9868
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $18.70 |
|----------------|----------|--------|

| IMAGE LIGHTING & SIGN, | Claim Number: 6330 |
| 3035 S HIGHLAND DR STE A | Claim Date: 04/02/2003 |
| LAS VEGAS, NV 891095407 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |

UNSECURED          Claimed:          $180.59

| IMAGETECK PLUS INC | Claim Number: 8493 |
| 700 AUTOMATION DRIVE UNIT F | Claim Date: 11/14/2003 |
| WINSOR, CO 80550 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

ADMINISTRATIVE     Claimed:          $544.00

| IMAGETECK PLUS INC, | Claim Number: 2353 |
| 700 AUTOMATION DRIVE UNIT F | Claim Date: 02/28/2003 |
| WINSOR, CO 80550 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

PRIORITY           Claimed:          $544.00
UNSECURED                            Scheduled:    $3626.04          Allowed:     $544.00

| IMS CONSTRUCTION | Claim Number: 8103 |
| DBA IMS CONSTRUCTION | Claim Date: 11/07/2003 |
| 3116 164TH ST SW #1805 | Debtor: OAKWOOD HOMES CORPORATION |
| LYNNWOOD, WA 98037 | Comments: EXPUNGED |
| | DOCKET: 7334 (11/17/2004) |

ADMINISTRATIVE     Claimed:          $1250.00

| INCIDE TECHNOLOGIES INC-AZ | Claim Number: 6764 |
| 50 N 41ST AVE | Claim Date: 04/30/2003 |
| PHOENIX, AZ 85009 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: EXPUNGED |

UNSECURED          Claimed:          $0.00 UNDET

| INCIDE TECHNOLOGIES INC-AZ, | Claim Number: 6763 |
| 50 N 41ST AVE | Claim Date: 04/30/2003 |
| PHOENIX, AZ 85009 | Debtor: PREFERRED HOUSING SERVICES, LP |
| | Comments: EXPUNGED |

UNSECURED          Claimed:          $58.00

| INDEPENDANT TEL | Claim Number: 1562 |
| DBA: INDEPENDANT TELEPHON | Claim Date: 02/24/2003 |
| 6 WALTER MARTIN RD | Debtor: OAKWOOD HOMES CORPORATION |
| FT WALTON BEACH, FL 32548 | |

UNSECURED          Claimed:          $58.00                          Allowed:     $58.00

---

| INDEPENDENT APPRAISAL REAL PROPERTY INC<br>322 W F STREET STE B<br>OAKDALE, CA 95361 | Claim Number: 3304<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| | | Claimed: | $100.00 | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | | | | | Allowed: | $100.00 |

---

| INDEX JOURNAL,<br>PO BOX 1018<br>GREENWOOD, SC 29648 | Claim Number: 2538<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $1653.46 | Scheduled: | $1499.17 | Allowed: | $1653.46 |
|---|---|---|---|---|---|---|

---

| INDIAN HILLS,<br>3500 GOLIAD ROAD<br>SAN ANTONIO, TX 78223 | Claim Number: 5571<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $1437.50 | Scheduled: | $1297.00 DISP | Allowed: | $1437.50 |
|---|---|---|---|---|---|---|

---

| INDIAN SPRING,<br>PO BOX 12332<br>WILMINGTON, NC 28405 | Claim Number: 1114<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $165.62 | Scheduled: | $165.62 | Allowed: | $165.62 |
|---|---|---|---|---|---|---|

---

| INDIANA DEPARTMENT OF REVENUE<br>100 N. SENATE AVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>INDIANAPOLIS, IN 46204 | Claim Number: 7338<br>Claim Date: 06/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |

| PRIORITY | Claimed: | $1312.90 |
|---|---|---|
| SECURED | Claimed: | $115.97 |
| UNSECURED | Claimed: | $225.00 |

---

| INDIANA DEPT OF REVENUE<br>BANKRUPTCY SECTION, ROOM N-203<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | Claim Number: 7656<br>Claim Date: 07/29/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1789 (08/01/2003) |

| PRIORITY | Claimed: | $1312.90 |
|---|---|---|
| UNSECURED | Claimed: | $225.00 |

---

| INDOFF INC<br>P O BOX 790120<br>SAINT LOUIS, MO 63179 0120 | Claim Number: 2331<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $965.48 |
|---|---|---|

---

| INDUSTRIAL BATTERY & CHARGER-NC,<br>5831 ORR RD<br>PO BOX 560978<br>CHARLOTTE, NC 28256 | Claim Number: 849<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $1356.81 | Scheduled: | $1274.00 | Allowed: | $1356.81 |

| INDUSTRIAL CASTER & WHEEL CO,<br>7019 SW MCEWAN RD<br>LAKE OSWEGO, OR 97035 | Claim Number: 3301<br>Claim Date: 03/10/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $667.14 | Scheduled: | $667.14 | Allowed: | $667.14 |

| INDUSTRIAL DEVELOPMENT BOARD OF THE CITY<br>OF PULASKI AND GILES COUNTY, TN.<br>C/O HENRY, HENRY & UNDERWOOD, P.C.<br>PO BOX 458, 119 S FIRST ST, ATTN R HENRY<br>PULASKI, TN 38478-0458 | Claim Number: 4911<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| SECURED | Claimed: | $123264.94 |

| INDUSTRIAL FINISHES AND SYSTEMS, INC.<br>PO BOX 2824<br>EUGENE, OR 97402 | Claim Number: 9763<br>Claim Date: 05/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $800.00 |

| INDUSTRIAL GURANTEED PRODUCTS INC,<br>PO BOX 17477<br>IRVINE, CA 92623 | Claim Number: 1449<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $297.57 | Scheduled: | $297.57 | Allowed: | $297.57 |

| INDUSTRIAL REBUILDERS CORP,<br>3723 WESTERN WAY NE<br>ALBANY, OR 97321 | Claim Number: 2643<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 | Allowed: | $1500.00 |

| INDUSTRIAL SUPPLY SOLUTIONS INC<br>804 JULIAN RD<br>SALISBURY, NC 281479080 | Claim Number: 940<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $667.22 |

| INDUSTRIAL TIRE SALES, INC.<br>2116 MYRTLE AVE<br>SAINT PAUL, MN 55114 | Claim Number: 446<br>Claim Date: 01/29/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $4633.28 |

| | | | |
|---|---|---|---|
| INFINITY BROADCASTING CORP. KMPS & KZOK<br>PO BOX 24888<br>SEATTLE, WA 98124 | | Claim Number: 1912<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| PRIORITY | Claimed: | $7000.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| INFINITY BROADCASTING CORP./KYPT<br>PO BOX 24888<br>SEATTLE, WA 98124 | | Claim Number: 1913<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |

| PRIORITY | Claimed: | $3600.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4000.00 | Allowed: | $3600.00 |

| | | | |
|---|---|---|---|
| INFINITY BROADCASTING CORPORATION<br>PO BOX 24888<br>SEATTLE, WA 98124 | | Claim Number: 8468<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $10600.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| INFO SHRED INC<br>PO BOX 25305<br>WINSTON SALEM, NC 27114 | | Claim Number: 1102<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $2200.00 | | Allowed: | $2200.00 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| INFO SHRED INC,<br>PO BOX 25305<br>WINSTON SALEM, NC 27114 | | Claim Number: 1103<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | |

| UNSECURED | Claimed: | $700.00 | Scheduled: | $1400.00 | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| INFO USA INC<br>5711 S 86TH CIRCLE<br>OMAHA, NE 68127 | | Claim Number: 1438<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $646.60 | Allowed: | $646.60 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| INFORMATION BUILDERS INC<br>TWO PENN PLAZA - 2898<br>ATTN: KEN KANE - 2771<br>NEW YORK, NY 10121 | | Claim Number: 1871<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $4800.00 | Allowed: | $4800.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| INGLE CARL<br>PO BOX 83<br>MANVEL, TX 77578 | | | Claim Number: 3319<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $150.00 | | | Allowed: | $150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| INGLE, CARL G.<br>P.O. BOX 83<br>MANVEL, TX 77578 | | | Claim Number: 9780<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
| ADMINISTRATIVE | Claimed: | $150.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INGRAM ISD<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | | Claim Number: 4007<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| SECURED | Claimed: | $1533.05 UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INGRAM ISD<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | | Claim Number: 4411<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| SECURED | Claimed: | $1533.05 UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INLAND PAVING,<br>DBA:INLAND PAVING<br>22930 MARKHAM ST<br>PERRIS, CA 92570 | | | Claim Number: 3835<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1850.00 | Scheduled: | $1850.00 | Allowed: | $1850.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| INLAND REALTY,<br>C/O WADES BARBER SHOP<br>2619 B NORTH COLLEGE RD<br>WILMINGTON, NC 284505 | | | Claim Number: 1317<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | |
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | Allowed: | $125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| INLAND REALTY,<br>C/O WADES BARBER SHOP<br>2619 B NORTH COLLEGE RD<br>WILMINGTON, NC 284505 | | | Claim Number: 1316<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $250.00 | Scheduled: | $250.00 | Allowed: | $250.00 |

---

INMAN BRUCE
2612 MT TABOR CHURCH RD
JONESVILLE, SC 29353

Claim Number: 6329
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| PRIORITY | Claimed: | $1225.00 |
| TOTAL | Claimed: | $525.00 |

---

INMAN, JACK AND KAREN S. INMAN
DANE LISTI
1001 WEST BAKER RD., SUITE 201
BAYTOWN, TX 77521

Claim Number: 7399
Claim Date: 06/16/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| SECURED | Claimed: | $7500.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

INNOVATIVE STRATEGIES & SOLUTIONS INC
PO BOX 1598
LAUREL, MD 207251598

Claim Number: 4062
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $200.00 | | Allowed: | $200.00 |

---

INPHO,
DBA INPHO
2788 N 32ND ST
SPRINGFIELD, OR 97477

Claim Number: 827
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $50.00 | Scheduled: | $50.00 | Allowed: | $50.00 |

---

INS INDUSTRIAL WASTE
1600 12TH AVE. S
PO BOX 1600
COLUMBUS, MS 39703

Claim Number: 9528
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $138.00 |

---

INSURANCE COMPANY OF THE STATE OF PA,THE
ET AL C/O AIG LAW DEPARTMENT-BANKRUPTCY
MICHELLE A. LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK, NY 10270

Claim Number: 5198
Claim Date: 03/27/2003
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED
DOCKET: 8878 (02/19/2008)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

INSURANCE COMPANY OF THE STATE OF PA,THE
ET AL C/O AIG LAW DEPARTMENT-BANKRUPTCY
MICHELLE A. LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK, NY 10270

Claim Number: 5199
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

---

INSURANCE COMPANY OF THE STATE OF PA,THE
ET AL C/O AIG LAW DEPARTMENT-BANKRUPTCY
MICHELLE A. LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK, NY 10270

Claim Number: 5200
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

INSURANCE COMPANY OF THE STATE OF PA,THE
ET AL C/O AIG LAW DEPARTMENT-BANKRUPTCY
MICHELLE A. LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK, NY 10270

Claim Number: 9112
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8879 (02/19/2008)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

INTEGRATED LENDER SERVICES
14320 FIRESTONE BLVD SUITE 303
LA MIRADA, CA 90638

Claim Number: 9712
Claim Date: 04/30/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $23712.73 |
|---|---|---|

---

INTEGRATED LENDER SERVICES,
14320 FIRESTONE BLVD SUITE 303
LA MIRADA, CA 90638

Claim Number: 4605
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $18091.76 | Scheduled: | $5827.15 DISP CONT | Allowed: | $18091.76 |
|---|---|---|---|---|---|---|

---

INTEGRATED LENDER SERVICES,
14320 FIRESTONE BLVD SUITE 303
LA MIRADA, CA 90638

Claim Number: 9132
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $26808.61 |
|---|---|---|

---

INTEGRATED LENDER SERVICES,
14320 FIRESTONE BLVD SUITE 303
LA MIRADA, CA 90638

Claim Number: 10407
Claim Date: 06/16/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $95464.58 |
|---|---|---|

---

INTEGRITY CONSULTING,
343 S SWING RD
GREENSBORO, NC 27409

Claim Number: 3557
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $12400.00 |
|---|---|---|---|---|

---

INTERIOR DESIGNS BY MEL
DBA INTERIOR DESIGNS BY MEL
29732 E 154TH ST S
COWETA, OK 74429

Claim Number: 8399
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1994.75 |
|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| INTERMOUNTAIN G<br>PO BOX 64<br>BOISE, ID 837320064 | | | Claim Number: 2476<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $280.89 | | | |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | | Claim Number: 4424<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $130407.89 | | | |
| SECURED | Claimed: | $974958.58 | | | |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASUURY<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | | Claim Number: 6476<br>Claim Date: 04/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $254895.89 | | | |
| SECURED | Claimed: | $974958.58 | | | |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | | Claim Number: 6672<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7912 (07/13/2005) | | |
| PRIORITY | Claimed: | $377043.47 | | | |
| SECURED | Claimed: | $852811.00 | | | |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | | | Claim Number: 6755<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $254895.89 | | | |
| SECURED | Claimed: | $974958.58 | | | |
| INTERSTATE DISTRIBUTION CENTER/IDC<br>3962 LANDMARK ST<br>PO BOX 1925<br>CULVER CITY, CA 90232 | | | Claim Number: 1663<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $413.28 | | Allowed: | $413.28 |
| INTERSTATE ENTERPRISES,<br>P.O. BOX 5436<br>FORT OGLETHORPE, GA 30742 | | | Claim Number: 5638<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $2775.00 | | | |

INTERSTATE MINI WAREHOUSES
DBA: INTERSTATE MINI WAREHOUSES
PO BOX 5436
FORT OGLETHORPE, GA 30742

Claim Number: 5639
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $0.00 | UNDET | | |
|---------|----------|-------|-------|-------|---------|
| UNSECURED | | | | Allowed: | $210.00 |

INTERSTATE REPOS
P O BOX 1097
BUDA, TX 78610

Claim Number: 9851
Claim Date: 05/14/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

ADMINISTRATIVE    Claimed:    $2575.00

INTRANSIT, INC.
PO BOX 1685
MEDFORD, OR 97501

Claim Number: 9614
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION

ADMINISTRATIVE    Claimed:    $4875.00

INVESTMENT CORPORATION OF AMERICA
D/B/A AIRLINE MOBILE HOME PARK
PO BOX 30001
MIDLAND, TX 79712

Claim Number: 10021
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

ADMINISTRATIVE    Claimed:    $2921.56

INVESTMENT CORPORATION OF AMERICA
D/B/A AIRLINE MOBILE HOME PARK
PO BOX 30001
MIDLAND, TX 79712

Claim Number: 10093
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

ADMINISTRATIVE    Claimed:    $2921.56

IOS CAPITAL LLC
RICHARD A. KEULER, JR.
REED SMITH LLP
1201 N. MARKET ST., SUITE 1500
WILMINGTON, DE 19801

Claim Number: 1159
Claim Date: 02/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7325 (11/17/2004)

UNSECURED    Claimed:    $15923.07

IOS CAPITAL LLC
RICHARD A. KEULER, JR.
REED SMITH LLP
1201 N. MARKET ST., SUITE 1500
WILMINGTON, DE 19801

Claim Number: 9137
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

ADMINISTRATIVE    Claimed:    $277867.36

---

IOS CAPITAL, INC.
C/O RICHARD P. NORTON, ESQ.
REED SMITH LLP
ONE RIVERFRONT PLAZA, 1ST FLOOR
NEWARK, NJ 07102

Claim Number: 10038
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $198868.08 | | | | Allowed: | $198868.08 |
| UNSECURED | Claimed: | $28890.60 | | Scheduled: | $89970.11 | Allowed: | $28890.60 |

---

IPLENSKI, MH SER,
1610 FORDS CORNER ROAD
HARTLY, DE 19953

Claim Number: 6277
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

IREDELL COUNTY DEPT OF PLANNING &
ENFORCEMENT
PO BOX 788
STATESVILLE, NC 28687

Claim Number: 8239
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $445.00 |

---

IREDELL COUNTY TAX COLLECTOR
PO BOX 788
STATESVILLE, NC 28687

Claim Number: 489
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $516.28 | | | |
| SECURED | Claimed: | $1766.83 | | Allowed: | $856.20 |

---

IREDELL COUNTY TAX COLLECTOR
PO BOX 788
STATESVILLE, NC 28687

Claim Number: 7974
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3227.44 |

---

IREDELL COUNTY, TAX COLLECTOR
TAX COLLECTOR
PO BOX 788
STATESVILLE, NC 28677

Claim Number: 3394
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $516.28 | | | |
| SECURED | Claimed: | $1766.83 | | | |
| UNSECURED | Claimed: | $0.00 | | Scheduled: | $145.00 |

---

IRLS CARPET SERVICE
DBA IRLS CARPET SERVICE
2125B NORTH 160TH W AVE
SAND SPRINGS, OK 74063

Claim Number: 8045
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $857.50 | | Allowed: | $150.00 |

---

---

IRVIN, JON
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6946
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

ISBY, WILLIE M
PO BOX 3115
NETTLETON, MS 38858

Claim Number: 8183
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $94630.86 |
|---|---|---|

---

ISFERDING DONNIE M
RT 5 BOX 252A
CHARLESTON, WV 25312

Claim Number: 7640
Claim Date: 07/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $225.00 | Allowed: | $225.00 |
|---|---|---|---|---|---|---|

---

ISFERDING, DONNIE M.
RT 5 BOX 252A
CHARLESTON, WV 25312

Claim Number: 7641
Claim Date: 07/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | | Allowed: | $750.00 |
|---|---|---|---|---|---|

---

ISIDRO, VELASQUEZ
116 WMTM R.D
MOULTRIE, GA 31768

Claim Number: 8565
Claim Date: 11/17/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

ISLE OF WIGHT COUNTY
PO BOX 80
ISLE OF WIGHT, VA 23397

Claim Number: 7944
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $3402.44 |
|---|---|---|

---

ISON, KEVIN & SUSIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6947
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

ISREALS SMALL BUILDERS
3212 INFIRMARY RD
DAYTON, OH 45418

Claim Number: 6443
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $7000.00 |
|---|---|---|
| UNSECURED | Claimed: | $2750.00 |

---

---

ISS INC
PO BOX 1598
LAUREL, MD 207251598

Claim Number: 4061
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | | Allowed: | $100.00 |

ISTA INC,
1506 MERRILL DR STE 200
LITTLE ROCK, AR 72211

Claim Number: 972
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $150.00 | |

ITEM
PO BOX 1677
SUMTER, SC 29151

Claim Number: 2721
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1184.73 |

ITS ALL WRAPPED UP
DBA ITS ALL WRAPPED UP
2151 THREE LAKES RD SE #66SP
ALBANY, OR 97322

Claim Number: 6544
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $204.00 |

ITW FOAMSEAL
2425 N. LAPEER ROAD
ATTN: DONALD F. HOLDER
OXFORD, MI 48371

Claim Number: 4286
Claim Date: 03/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $149328.15 | | Allowed: | $115158.97 |

IVERY, HORACE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7079
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

IVES, JR., IVES L.
9579 J2 RANCH RD.
INEZ, TX 77968

Claim Number: 10328
Claim Date: 06/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10500.00 |

J & B SWEEPING,
DIVISION OF BOB CAMPBELL & ASSOC
INC 7320 STARHILL WAY
SPARKS, NV 89436

Claim Number: 2536
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $80.00 | | Scheduled: | $60.00 | Allowed: | $80.00 |

---

J & D HOMES
194 PARKER FORD RD
CROSSVILLE, TN 38571

Claim Number: 4216
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2350.00 | | | |
|---|---|---|---|---|---|

---

J & D HOMES,
194 PARKER FORD RD
CROSSVILLE, TN 38571

Claim Number: 4217
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $2350.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2350.00 | |

---

J & J CONSTRUCTION
1880 KAYS RD
WAPATO, WA 98951

Claim Number: 1444
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8609 (07/19/2006)

| PRIORITY | Claimed: | $8521.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1081.00 |

---

J & J ELECTRICAL CONTRACTORS INC
8508 FULP ROAD
STOKESDALE, NC 27357

Claim Number: 1070
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $346.00 | | Allowed: | $346.00 |
|---|---|---|---|---|---|

---

J & J ELECTRICAL CONTRACTORS INC,
8508 FULP ROAD
STOKESDALE, NC 27357

Claim Number: 1071
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 | Allowed: | $270.00 |
|---|---|---|---|---|---|---|

---

J & M CONSTRUCTION,
DBA J & M CONSTRUCTION
313 W HARRISON RD
LONGVIEW, TX 75604

Claim Number: 3443
Claim Date: 03/11/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $1650.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1650.00 | Allowed: | $1650.00 |

---

J & M CONSTRUCTION,
DBA J & M CONSTRUCTION
313 W HARRISON RD
LONGVIEW, TX 75604

Claim Number: 3444
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8605.00 | Allowed: | $1000.00 |

---

---

| J & N STONE INC | Claim Number: 2956 |
| PO BOX 442 | Claim Date: 03/10/2003 |
| WAKARUSA, IN 46573 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $13808.00 |

---

| J C HAYES & ASSOCIATES, | Claim Number: 1847 |
| DBA J C HAYES & ASSOCIATES | Claim Date: 02/26/2003 |
| P O BOX 704 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| WILKESBORO, NC 28697 | |

| UNSECURED | Claimed: | $4000.00 | Scheduled: | $1250.00 |

---

| J E WRIGHT WELL DRILLING | Claim Number: 8119 |
| DBA J E WRIGHT WELL DRILLING | Claim Date: 11/07/2003 |
| 11625 BURRO LANE | Debtor: OAKWOOD HOMES CORPORATION |
| ORIENT, OH 43146 | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $4600.00 |

---

| J E WRIGHT WELL DRILLING, | Claim Number: 1560 |
| DBA J E WRIGHT WELL DRILLING | Claim Date: 02/24/2003 |
| 11625 BURRO LANE | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ORIENT, OH 43146 | Comments: ALLOWED |

| PRIORITY UNSECURED | Claimed: | $4600.00 | Scheduled: | $4600.00 | Allowed: | $4600.00 |

---

| J L COLLINS INC, | Claim Number: 1746 |
| 1035 LESTER MULLIS RD | Claim Date: 02/24/2003 |
| INDIAN TRAIL, NC 280797713 | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

| J N L PORTNER, | Claim Number: 2583 |
| PO BOX 163 | Claim Date: 02/28/2003 |
| MARIETTA, PA 17547 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $7430.40 | Scheduled: | $7430.40 |

---

| J N L PORTNER, | Claim Number: 3028 |
| PO BOX 163 | Claim Date: 02/27/2003 |
| MARIETTA, PA 17547 | Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $7430.40 | | | Allowed: | $7430.40 |

---

J NICHOLLE INTERIORS,
1689 S BRONZE MORN PLACE
TUCSON, AZ 85748

Claim Number: 1372
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2085.00 | Scheduled: | $2085.00 | Allowed: | $2085.00 |

---

J OFFICE EQUIPMENT & SUPPLY INC,
101 W 3RD ST
PO BOX 908
LEWISTOWN, PA 17044

Claim Number: 948
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $245.88 | Allowed: | $209.98 |
|---|---|---|---|---|---|---|

---

J&J AUTO RECYCLING
30385 OLDFIELD ST
HERMISTON, OR 97838

Claim Number: 8303
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $425.00 |
|---|---|---|

---

J&J AUTO RECYCLING,
30385 OLDFIELD ST
HERMISTON, OR 97838

Claim Number: 2046
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $425.00 | Scheduled: | $425.00 | Allowed: | $425.00 |
|---|---|---|---|---|---|---|

---

J&J SIGNS AND BANNERS
HC 2 BOX 115B
MOUNTAIN HOME, TX 78058

Claim Number: 981
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $784.81 |
|---|---|---|

---

J&M CONSTRUCTION
37 CARMACK ROAD
RIPLEY, TN 38063

Claim Number: 2981
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

J&M CONSTRUCTION,
37 CARMACK ROAD
RIPLEY, TN 38063

Claim Number: 2979
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1850.00 | Scheduled: | $1850.00 | Allowed: | $1850.00 |
|---|---|---|---|---|---|---|

---

J&M CONSTRUCTION,
37 CARMACK ROAD
RIPLEY, TN 38063

Claim Number: 2980
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $6600.00 | Scheduled: | $6600.00 | Allowed: | $6600.00 |
|---|---|---|---|---|---|---|

J&S DEVELOPMENT ENT,
PO BOX 790
ARIZONA CITY, AZ 85223

Claim Number: 1307
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4989.87 | Scheduled: | $4572.00 | | |
|---|---|---|---|---|---|---|

J-F UTILITY CONSTRUCTION,
DBA J-F UTILITY CONSTRUCTION
PO BOX 1297
DECATOR, TX 76234

Claim Number: 3238
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $9030.00 | Scheduled: | $9030.00 | Allowed: | $9030.00 |
|---|---|---|---|---|---|---|

J-MARK ASSOCIATES
J MARK INC
353 N 44TH AVE
PHOENIX, AZ 850432920

Claim Number: 9143
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $130493.00 | | | | |
|---|---|---|---|---|---|---|

J-MARK ASSOCIATES
353 N 44TH AVENUE
PHOENIX, AZ 850432920

Claim Number: 10098
Claim Date: 05/25/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
PER STIP CLAIM ALLOWED AT $99, 175.69 uns.  Previously allowed on the

| ADMINISTRATIVE UNSECURED | Claimed: | $166816.30 | | | Allowed: | $99175.69 |
|---|---|---|---|---|---|---|

J-TEK,
2297 CAMP HYDAWAY RD
LYNCHBURG, VA 24501

Claim Number: 5640
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

J. DENNIS SEMLER
TULSA COUNTY TREASURER
500 S DENVER
TULSA, OK 74103

Claim Number: 179
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| UNSECURED | Claimed: | $1950.50 | Scheduled: | $6.86 | | |
|---|---|---|---|---|---|---|

| J. DENNIS SEMLER<br>TULSA COUNTY TREASURER<br>500 S DENVER<br>TULSA, OK 74103 | Claim Number: 6643<br>Claim Date: 04/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $6923.29 |
|---|---|---|

| J. DENNIS SEMLER<br>TULSA COUNTY TREASURER<br>500 S DENVER<br>TULSA, OK 74103 | Claim Number: 10569<br>Claim Date: 09/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1888.22 |
|---|---|---|

| J. ERIC HARRISON<br>503 N JACKSON ST<br>MORRISTOWN, TN 378143914 | Claim Number: 5452<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $37233.58 UNLIQ |
|---|---|---|

| J. RANDALL LIVINGSTON<br>ONE RIVERWAY, SUITE 2030<br>ATTN: THE LIVINGSTON LAW FIRM<br>ELIZABETH RHODES<br>HOUSTON, TX 77056 | Claim Number: 4667<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $35000.00 |
|---|---|---|

| J. ROBERT PLANALP<br>BRAAKSMA,REID<br>27 N. TRACY PO BOX 1<br>ATTN: LANDOE, BROWN, PLANALP,<br>BOZEMAN, MT 59771-0001 | Claim Number: 4575<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| J. ROBERT PLANALP<br>BRAAKSMA,REID<br>27 N. TRACY PO BOX 1<br>ATTN: LANDOE, BROWN, PLANALP,<br>BOZEMAN, MT 59771-0001 | Claim Number: 5527<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| J.E. WRIGHT WELL DRILLING<br>11625 BURRO LANE<br>ORIENT, OH 43146 | Claim Number: 9841<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4600.00 |
|---|---|---|

| J.E.SEARS & CO,<br>PO BOX 578<br>APPOMATTOX, VA 24522-0578 | Claim Number: 1094<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2514.54 | Scheduled: | $2514.54 | Allowed: | $2514.54 |
|---|---|---|---|---|---|---|

J.K.J. MANUFACTURED HOUSING
DBA:J.K.J. MANUFACTURED HOUSING
2771 LIBERTY HILL RD
CHILLICOTHE, OH 45601

Claim Number: 1953
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | | | | | |
| UNSECURED | Claimed: | $1750.00 | | Allowed: | $1750.00 |

J.K.J. MANUFACTURED HOUSING
DBA:J.K.J. MANUFACTURED HOUSING
2771 LIBERTY HILL RD
CHILLICOTHE, OH 45601

Claim Number: 7906
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1750.00 |

J.P. CONSTRUCTION
9418 NC 43 S
VANCEBORO, NC 28586

Claim Number: 2974
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4733.00 | | Allowed: | $4733.00 |

JACK CHRISTIAN & ASSOCIATES
DBA JACK CHRISTIAN & ASSOCIATES
PO BOX 185
NEWELL, NC 28126

Claim Number: 1055
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |

JACK CHRISTIAN & ASSOCIATES,
DBA JACK CHRISTIAN & ASSOCIATES
PO BOX 185
NEWELL, NC 28126

Claim Number: 1054
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 | Allowed: | $625.00 |

JACK STEPHENSON CARPETS
1535 CLEARSPRINGS DR
MEDFORD, OR 97501

Claim Number: 1721
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | |
| UNSECURED | Claimed: | $408.00 | Scheduled: | $738.50 | Allowed: | $408.00 |

JACKIE RAY COOK TRUCKING
JACKIE R COOK
11775 MICHAEL RD
CENTRAL POINT, OR 975029321

Claim Number: 6543
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000.00 |

JACKS OR BETTER
DBA JACKS OR BETTER
10158 N BALTIMORE
CASA GRANDE, AZ 85222

Claim Number: 8386
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $384.60 |
| --- | --- | --- |

JACKS OR BETTER,
1111 N LUPITA WAY
CASA GRANDE, AZ 852223561

Claim Number: 1995
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $384.60 | Scheduled: | $384.60 | Allowed: | $384.60 |
| --- | --- | --- | --- | --- | --- | --- |

JACKS REPAIR
0 OAKLEY FREEWAY
240 SHENANGO VALLEY FRWY
SHARON, PA 16146

Claim Number: 7949
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2765.00 |
| --- | --- | --- |

JACKSON CITIZEN PATRIOT, THE
214 S. JACKSON STREET
JACKSON, MI 49201-2282

Claim Number: 1175
Claim Date: 02/24/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $2592.32 | Scheduled: | $2592.32 | Allowed: | $2592.32 |
| --- | --- | --- | --- | --- | --- | --- |

JACKSON COUNTY
P O BOX 5020
PORTLAND, OR 972085020

Claim Number: 2708
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $322.56 | | | Allowed: | $108.57 |
| --- | --- | --- | --- | --- | --- | --- |

JACKSON COUNTY CLERK OF COURT
PO BOX 733
JACKSON, OH 38562-0733

Claim Number: 8280
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $578.66 |
| --- | --- | --- |

JACKSON COUNTY,
PO BOX 337
WALDEN, CO 80480

Claim Number: 3881
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1073.84 |
| --- | --- | --- | --- | --- |

JACKSON, ANTHONY W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6051
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| JACKSON, BECKY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7080<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

| JACKSON, BERNARD<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6052<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5356.01 UNLIQ |

---

| JACKSON, CLINTON D.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6053<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| JACKSON, CURTIS<br>1025 WILMONT ROAD<br>GREENVILLE, MS 38701 | Claim Number: 4357<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $43230.16 |
|---|---|---|

---

| JACKSON, DAVID<br>611 MILLS AVE #281<br>LAS VEGAS, NM 87701 | Claim Number: 8805<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

| JACKSON, EARNESTINE<br>1025 WILMONT ROAD<br>GREENVILLE, MO 38701 | Claim Number: 4393<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $43230.16 |
|---|---|---|

---

| JACKSON, GLENDA<br>140 DRY CREEK RD<br>TUPELO, MS 38801 | Claim Number: 8352<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $260.00 |
|---|---|---|

---

JACKSON, HERB A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6054
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

JACKSON, JOSHUA
PO BOX 2345
OPELIKA, AL 36803

Claim Number: 6402
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3362 (01/16/2004)

| UNSECURED | Claimed: | $100000.00 |

---

JACKSON, MICHAEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6055
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

---

JACKSON, RITA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6948
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

JACKSON, ROCHELLE
1028 WILMOT
GREENVILLE, MS 38701

Claim Number: 4358
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $54000.00 |

---

JACKSON, TERRY
600 E MEDICAL CENTER BLVD 1104
WEBSTER, TX 77598

Claim Number: 8568
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4132.00 |

---

JACOBS LADDER
DBA JACOBS LADDER
P O BOX 2756
POST FALLS, ID 83854

Claim Number: 8957
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $4379.73 |

---

---

| JACOBS, JAMES R. | Claim Number: 4011 |
|---|---|
| 39 INDIAN TRIAL RD | Claim Date: 03/10/2003 |
| BOLTON, NC 28423 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1000.00 | | Allowed: | $1000.00 |
|---|---|---|---|---|---|

---

| JACOBS, JAMES R. | Claim Number: 8182 |
|---|---|
| 39 INDIAN TRIAL RD | Claim Date: 11/07/2003 |
| BOLTON, NC 28423 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

| JACOBS, JAMES R. | Claim Number: 9534 |
|---|---|
| 39 INDIAN TRIAL RD | Claim Date: 04/13/2004 |
| BOLTON, NC 28423 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

| JACOBS, WANDA K. | Claim Number: 10851 |
|---|---|
| 10631 RANDLEMAN RD LOT 5 | Claim Date: 09/07/2006 |
| RANDLEMAN, NC 27317 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| JAMES A FYOCK & ASSOCIATES INC | Claim Number: 1061 |
|---|---|
| 500 SHEPHERD ST STE 200 | Claim Date: 02/19/2003 |
| WINSTON SALEM, NC 27103 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $50.06 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $50.06 |

---

| JAMES CLAYTON | Claim Number: 3631 |
|---|---|
| 22 AUBURN RIDGE | Claim Date: 03/12/2003 |
| SPRING BRANCH, TX 78070 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $4650.00 |
|---|---|---|

---

| JAMES L. & ERNESTINE SMITH, | Claim Number: 4624 |
|---|---|
| POST OFFICE BOX 1589 | Claim Date: 03/25/2003 |
| COLUMBIA, TN 38402 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $19500.00 | | Allowed: | $19500.00 |
|---|---|---|---|---|---|

---

JAMES OXYGEN & SUPPLY CO
P O BOX 159
HICKORY, NC 28603

Claim Number: 6712
Claim Date: 04/22/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $222.66 | | | |
|---|---|---|---|---|---|

JAMES OXYGEN & SUPPLY CO,
P O BOX 159
HICKORY, NC 28603

Claim Number: 6711
Claim Date: 04/22/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $106.68 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $408.28 | |

JAMES OXYGEN & SUPPLY CO,
P O BOX 159
HICKORY, NC 28603

Claim Number: 7465
Claim Date: 06/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $369.90 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $369.90 |

JAMES OXYGEN & SUPPLY CO,
P O BOX 159
HICKORY, NC 28603

Claim Number: 7661
Claim Date: 08/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $82.49 | | | |
|---|---|---|---|---|---|

JAMES R. LARGE
HORIZON HOME SALES
3240 SHREWSBURY RD
LEITCHFIELD, KY 427549232

Claim Number: 4495
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $18880.00 | | Allowed: | $12805.48 |
|---|---|---|---|---|---|

JAMES R. LARGE,
HORIZON HOME SALES
3240 SHREWSBURY RD
LEITCHFIELD, KY 427549232

Claim Number: 4496
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $18880.00 | | | |
|---|---|---|---|---|---|

JAMES VIVIAN,
120 ASBURY RD
WAYNESVILLE, NC 28785

Claim Number: 1941
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $202.50 | Scheduled: | $202.50 DISP | Allowed: | $202.50 |
|---|---|---|---|---|---|---|

| JAMES, CHARLES D<br>2700 FOUR SEASONS RD<br>LORIS, SC 29569 | Claim Number: 8534<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12250.00 |
|---|---|---|

| JAMES, EARL & CATHY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6949<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| JAMES, FRANK E.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6056<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| JAMES, HARVEY<br>STOKES MOBILE HOME REPAIR<br>P.O. BOX 31<br>GERMANTON, NC 27019 | Claim Number: 9736<br>Claim Date: 05/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $740.00 |
|---|---|---|

| JAMES, VIVIAN<br>120 ASBURY RD.<br>WAYNESVILLE, NC 28785 | Claim Number: 10502<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| JAMO, JAMES S.<br>2401 E. GRAND RIVER AVE<br>ATTN: GRUA, JAMO & YOUNG<br>LANSING, MI 48912 | Claim Number: 4781<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3363 (01/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| JANLYN COMPANY<br>DBA JANLYN COMPANY<br>1200 AHTANUM ROAD<br>YAKIMA, WA 98902 | Claim Number: 3579<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $940.00 UNDET |
|---|---|---|

---

JANLYN COMPANY
DBA JANLYN COMPANY
1200 AHTANUM ROAD
YAKIMA, WA 98902

Claim Number: 3580
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

JANLYN COMPANY,
DBA JANLYN COMPANY
1200 AHTANUM ROAD
YAKIMA, WA 98902

Claim Number: 3577
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1410.00 | Scheduled: | $235.00 |
|---|---|---|---|---|

---

JANO'S AWARDS
115 1ST AVE E
ALBANY, OR 97321

Claim Number: 8359
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $279.55 |
|---|---|---|

---

JANUARY, BYRON
C/O BYRON AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6574
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $15000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $4355.15 |

---

JAROLIMEK, PAUL II
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7081
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

JARRELL, CONNIE M
1191 MYRON HART RD.
COOLIDGE, GA 31738

Claim Number: 8698
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

JARVIS, TERRY W
739 US HWY 319N
MOULTRIE, GA 31768

Claim Number: 8061
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| JASON TILLMAN<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | Claim Number: 7437<br>Claim Date: 06/23/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3826 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $75000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |

| JASPER COUNTY CLERK OF COURT<br>P O BOX 2070<br>JASPER, TX 75951 | Claim Number: 1031<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $38.00 |

| JAUREGUE HELIODORO M,<br>325 SOUTH BROWNELL ST<br>LA PORTE, TX 77571 | Claim Number: 1461<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $632.50 | Scheduled: | $632.50 | Allowed: | $632.50 |

| JAY ANDREWS<br>SOIL CONSULTANT<br>427 PARK AVENUE<br>LEBANON, TN 37087 | Claim Number: 9666<br>Claim Date: 04/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $875.00 |

| JAYNE ANN MOBLEY HOLMES TRUST<br>CHRISTOPHER HOLMES<br>PO BOX 1743<br>WACO, TX 76703-1743 | Claim Number: 4958<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $152.48 | | | Allowed: | $152.48 |

| JC PIEDMONT PLUMBING REPAIR INC,<br>214 WILLIE PACE RD<br>BURLINGTON, NC 27217 | Claim Number: 3152<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $70.00 | Scheduled: | $70.00 | Allowed: | $70.00 |

| JC PIEDMONT PLUMBING REPAIR INC,<br>214 WILLIE PACE RD<br>BURLINGTON, NC 27217 | Claim Number: 3151<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1125.00 | Scheduled: | $1125.00 | Allowed: | $1125.00 |

---

| JC'S CONTRACTING<br>2555 HIGH ST SW<br>WASHINGTON COURT HOUSE, OH 43160 | Claim Number: 10290<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $1200.00 | | |
|---|---|---|---|---|

| JC'S MOBILE HOME MOVING & SERVICE INC.<br>JAMES E. CUTCHINS<br>2537 E 21ST PLAZA<br>PANAMA CITY, FL 32405 | Claim Number: 404<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

---

| PRIORITY | Claimed: | $3175.00 | | |
|---|---|---|---|---|

| JC'S MOBILE HOME SERVICE,<br>DBA: JC'S MOBILE HOME SERVICE<br>2537 E 21ST PLAZA<br>PANAMA CITY, FL 32405 | Claim Number: 2967<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

---

| SECURED | Claimed: | $3175.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2475.00 | Allowed: | $3175.00 |

| JD WILLIAMS ENGINEERS SURVEYORS INC<br>600 BROOKVIEW DRIVE<br>MOUNT STERLING, KY 40353 | Claim Number: 3955<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

---

| UNSECURED | Claimed: | $1230.00 |
|---|---|---|

| JD'S MOBILE HOME REPAIR<br>JAMES A. DENNIS<br>RT 4 BOX 11-5<br>BRANFORD, FL 32008 | Claim Number: 34<br>Claim Date: 12/12/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

---

| UNSECURED | Claimed: | $9297.04 |
|---|---|---|

| JD'S MOBILE HOME REPAIR<br>DBA JD'S MOBILE HOME REPAIR<br>RT 4 BOX 115<br>BRANFORD, FL 32008 | Claim Number: 2167<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

---

| UNSECURED | Claimed: | $9297.04 |
|---|---|---|

| JD'S STEPS<br>DBA JD'S STEPS<br>6238 SOUTHCREST<br>SHREVEPORT, LA 71119 | Claim Number: 3814<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

---

| UNSECURED | Claimed: | $4900.00 |
|---|---|---|

---

JD'S STEPS
DBA JD'S STEPS
6238 SOUTHCREST
SHREVEPORT, LA 71119

Claim Number: 9740
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $4900.00 |

---

JD'S STEPS
DBA JD'S STEPS
6238 SOUTHCREST
SHREVEPORT, LA 71119

Claim Number: 9878
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $4900.00 |

---

JD'S STEPS,
DBA JD'S STEPS
6238 SOUTHCREST
SHREVEPORT, LA 71119

Claim Number: 3815
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $4900.00 | Scheduled: | $4900.00 DISP | Allowed: | $4900.00 |

---

JEAN R. JAMESON SPARTANBURG COUNTY
TAX COLLECTOR
PO BOX 3060
SPARTANBURG, SC 29304

Claim Number: 9413
Claim Date: 03/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| SECURED | Claimed: | $2329.04 | | Allowed: | $1753.58 |

---

JEFF GREESON MOBILE HOME SERVICE
PO BOX 716
TUNNEL HILL, GA 30755

Claim Number: 3150
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $800.00 | | | |
| UNSECURED | | | | Allowed: | $800.00 |

---

JEFFERS DANIELSON SONN & AYLWARD PS
2600 CHESTER KIMM RD
ATTORNEYS FOR LORETTA WILSON
WENATCHEE, WA 98807

Claim Number: 7748
Claim Date: 08/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $100000.00 |

---

JEFFERS DANIELSON SONN & AYLWARD PS
2600 CHESTER KIMM RD
ATTORNEYS FOR JEFF WILSON
WENATCHEE, WA 98807

Claim Number: 7749
Claim Date: 08/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7749 (05/05/2005)

| UNSECURED | Claimed: | $100000.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON CO. COLLECTOR OF REV.<br>PO BOX 100<br>HILLSBORO, MO 63050 | | | Claim Number: 2140<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7658 (04/05/2005) | | |
| PRIORITY | Claimed: | $1106.21 | | Allowed: | $767.33 |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON CO. COLLECTOR OF REV.<br>PO BOX 100<br>HILLSBORO, MO 63050 | | | Claim Number: 3698<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $1106.21 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON COUNTY<br>LOIS H. HUNTER, TAX COLLECTOR<br>170 N. JEFFERSON STREET<br>MONTICELLO, FL 32344 | | | Claim Number: 8682<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON COUNTY CLERK<br>66 SE D ST STE C<br>MADRAS, OR 97741 | | | Claim Number: 2247<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | |
| UNSECURED | Claimed: | $108.00 | Scheduled: | $188.00 | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON COUNTY CLERK<br>PO BOX 100<br>HILLSBORO, MO 63050 | | | Claim Number: 2141<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| SECURED<br>UNSECURED | Claimed: | $154.73 | Scheduled: | $26.00 | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON COUNTY CLERK,<br>PO BOX 100<br>HILLSBORO, MO 63050 | | | Claim Number: 3699<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| SECURED | Claimed: | $154.73 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERSON COUNTY TAX COMMISION<br>426 BROAD ST - COURTHOUSE<br>LOUISVILLE, GA 30434 | | | Claim Number: 8538<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 6751 (11/08/2004) | | |
| ADMINISTRATIVE | Claimed: | $280.53 | | Allowed: | $161.08 |

| JEFFERSON COUNTY TREASURER<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | Claim Number: 349<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $5599.13 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| JEFFERSON COUNTY TREASURER<br>100 JEFERSON COUNTY PARKWAY<br>GOLDEN, CO 80419 | Claim Number: 1161<br>Claim Date: 02/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $5599.13 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| JEFFERSON COUNTY TRUSTEE<br>PO BOX 38<br>DANDRIDGE, TN 37726 | Claim Number: 2948<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| SECURED | Claimed: | $282.00 |
|---|---|---|

| JEFFERSON COUNTY TRUSTEE<br>PO BOX 38<br>DANDRIDGE, TN 37726 | Claim Number: 2949<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $299.00 |
|---|---|---|

| JEFFERSON COUNTY TRUSTEE<br>PO BOX 38<br>DANDRIDGE, TN 37726 | Claim Number: 2950<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $287.00 |
|---|---|---|

| JEFFERSON COUNTY,<br>P.O. DRAWER A<br>PINE BLUFF, AR 71611 | Claim Number: 6534<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $9071.31 | Scheduled: | $0.00 UNLIQ | Allowed: | $6831.83 |
|---|---|---|---|---|---|---|

| JEFFERSON ISD<br>TAB BEALL<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 2007<br>TYLER, TX 75710-2007 | Claim Number: 10057<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1364.04 |
|---|---|---|

---

JEFFERSON, CHRISTOPHER
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6057
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
| UNSECURED | Claimed: | $834.38 UNLIQ | | | |

---

JEFFREY EARL
BANKRUPTCY TTEE/ESTATE OF MARIA NAVARRO
1334 S PIONEER WAY
MOSES LAKE, WA 98837

Claim Number: 7664
Claim Date: 08/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | | | | Allowed: | $7185.00 |

---

JEFFREY EARL
BANKRUPTCY TTEE/ESTATE OF MANUEL NAVARRO
1334 S PIONEER WAY
MOSES LAKE, WA 98837

Claim Number: 8011
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | | |
| UNSECURED | | | | Allowed: | $7185.00 |

---

JEFFREY MELDON & ASSOCIATES, P.A.
C/O HEATH ROUGHTON
703 NORTH MAIN STREET, SUITE A
GAINESVILLE, FL 32601

Claim Number: 10706
Claim Date: 03/04/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments:
PER REQUEST OF R. KLINEFELTR, CLAIM NAME CHANGED TO ATTORNEY ON BEHALF

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75000.00 |

---

JEFFREYS MH SERVICES
P.O. BOX 41
WINFIELD, MO 63389

Claim Number: 1524
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2400.90 |

---

JEFFREYS, MH SERVICES
PO BOX 41
WINFIELD, MO 63389

Claim Number: 2146
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17066.27 | | Allowed: | $9942.88 |

---

JEFFRIES, STEPHEN
DBA PRIORITY PLUMBING CONTRACTORS
PO BOX 264
WILLOW SPRING, NC 27592

Claim Number: 9922
Claim Date: 05/19/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5972.75 |

---

| JENKINS DEVELOPMENT CORP, 909 SNODY ROAD MOUNT AIRY, NC 27030 | Claim Number: 3712 Claim Date: 03/14/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $350.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $350.00 DISP | Allowed: | $350.00 |

| JENKINS, DOUGLAS T. 107 EAST MAIN ST., STE 321 ROGERSVILLE, TN 37857 | Claim Number: 5546 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $133000.00 |
|---|---|---|

| JENKINS, DOUGLAS T. 107 EAST MAIN STREET., STE 321 ROGERSVILLE, TN 37857 | Claim Number: 9430 Claim Date: 03/23/2004 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3500.00 |
|---|---|---|

| JENKINS, WILLENA C/O BYRD & ASSOCIATES ATTN: SUZANNE KEYS PO BOX 19 JACKSON, MS 39205-0019 | Claim Number: 3210 Claim Date: 05/27/2005 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $5000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1742.06 |

| JENNIFER S ANDREWS ATTY AT LAW, PO BOX 250 SILER CITY, NC 27344 | Claim Number: 6514 Claim Date: 04/07/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $350.00 |
|---|---|---|

| JENNIGES PLUMBING & HEATING IN C/O MINNESOTA VALLEY BANK PO BOX 253 REDWOOD FALLS, MN 56283 | Claim Number: 3164 Claim Date: 03/06/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $433.34 |
|---|---|---|

| JENNIGES PLUMBING & HEATING INC C/O MINNESOTA VALLEY BANK PO BOX 253 REDWOOD FALLS, MN 56283 | Claim Number: 3165 Claim Date: 03/06/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $433.34 |
|---|---|---|

---

JERRY & LINDA KIRKPATRICK
BUSH & RASMUSSEN PLC
C/O ROBERT W BUSH
1008 FRONT ST
CONWAY, AR 72032

Claim Number: 10807
Claim Date: 01/30/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $16000.00 |

---

JERRY CORBETT'S AFFORDABLE MOBILE HOME
SALES
10314 US HWY 90 E.
LIVE OAK, FL 32060

Claim Number: 58
Claim Date: 12/05/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY | Claimed: | $29647.54 |
| UNSECURED | | | | Allowed: | $29647.54 |

---

JERRY PRATER TRUCKING INC-OR
PO BOX 878
MOCKSVILLE, NC 27028

Claim Number: 8414
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $105000.00 |

---

JERRY PRATER TRUCKING INC-TX,
PO BOX 878
101 BAILEY STREET
MOCKSVILLE, NC 27028

Claim Number: 10358
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $18465.92 |

---

JERRY'S BUSHHOG SERVICE
2774 PIGEON HILL ROAD
HAYES, VA 23072

Claim Number: 9796
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $8100.00 |

---

JESSAMINE JOURNAL,
DBA: JESSAMINE JOURNAL
PO BOX 8
NICHOLASVILLE, KY 40340-0008

Claim Number: 2064
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $183.92 | Scheduled: | $176.00 | Allowed: | $183.92 |

---

JESTER APRIL
9532 GREENBRANCH RD
WILLARDS, MD 21874

Claim Number: 4951
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $84568.80 UNLIQ | | Allowed: | $31622.75 |

---

---

JESTER, APRIL
9532 GREENBRANCH RD
WILLARDS, MD 21874

Claim Number: 8732
Claim Date: 11/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $260000.00 |
| --- | --- | --- |

---

JIM HENSON SALES INC,
5248 2ND ST NW
ALBUQUERQUE, NM 87107

Claim Number: 1443
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| PRIORITY | Claimed: | $600.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $600.00 | Allowed: | $600.00 |

JIM MCNATT,
MCNATT PROPERTIES LC
4401 N INTERSTATE 35 107
DENTON, TX 762073417

Claim Number: 5323
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $40943.00 |
| --- | --- | --- |

JIM WELLS COUNTY
P.O. BOX DRAWER 4040
ALICE, TX 78333

Claim Number: 6849
Claim Date: 05/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

---

| SECURED | Claimed: | $225.35 |
| --- | --- | --- |

JIMMERSON, DWIGHT E.SR. & VICKEY J.
9129 DEANNE ROAD
PANAMA CITY, FL 32404

Claim Number: 9831
Claim Date: 05/12/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

---

| ADMINISTRATIVE | Claimed: | $55000.00 |
| --- | --- | --- |

JIMMERSON, VICKEY
9129 DEANNE RD
PANAMA CITY, FL 32404

Claim Number: 9414
Claim Date: 03/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

---

| SECURED | Claimed: | $42000.00 |
| --- | --- | --- |

JIMMY LEWIS & SONS GRADING
& SEPTIC TANK, INC.
3 UNION PLAZA, 205 NORTH MAIN STREET
ATTN: ALAN S. HICKS
ROXBORO, NC 27573

Claim Number: 2617
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1147.50 |
| --- | --- | --- |

| JIMMY LEWIS & SONS GRADING & SEPTIC, INC.<br>3068 CHUBB LAKE ROAD<br>ROXBORO, NC 27573 | Claim Number: 9065<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $9205.00 |

| JIMMY LEWIS & SONS,<br>3068 CHUBB LAKE RD<br>ROXBORO, NC 27573 | Claim Number: 7844<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |

| UNSECURED | Claimed: | $9751.03 | Scheduled: | $7602.00 |

| JIMMY LEWIS AND SONS GRADING & SEPTIC TANK, INC.<br>ALAN S. HICKS<br>3 UNION PLAZA, 205 NORTH MAIN STREET<br>ROXBORO, NC 27573 | Claim Number: 80<br>Claim Date: 12/24/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $5548.50 |
| UNSECURED | Claimed: | $21864.50 |

| JIMON MOBILE HOME SERVICE<br>8441 E STATE HIGHWAY 97<br>BEBE, TX 78614 | Claim Number: 4488<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| SECURED | Claimed: | $535.00 |
| UNSECURED | | | | | Allowed: | $535.00 |

| JKJ MANUFACTURRF HOUSING<br>JERRY KNIGHT<br>2771 LIBERTY HILL RD<br>CHILLICOTHE, OH 45601 | Claim Number: 9576<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1750.00 |

| JL CONSULTING<br>LEONARD<br>15240 N HANA MAUI DR<br>PHOENIX, AZ 850223661 | Claim Number: 7322<br>Claim Date: 05/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $64900.00 |

| JM CLEANING SERVICE<br>DBA JM CLEANING SERVICE<br>52 LEHIGH AVE<br>PUEBLO, CO 81005 | Claim Number: 2263<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $672.50 | | | Allowed: | $672.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JME HOMES<br>C/O JULIE HATCHER<br>4543 PUTNAM STREET<br>MARIANNA, FL 32446 | | | Claim Number: 9658<br>Claim Date: 04/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | | |
| ADMINISTRATIVE | Claimed: | $600.00 | | | | |
| JME HOMES INC,<br>4543 PUTNAM ST<br>MARIANNA, FL 324463228 | | | Claim Number: 4556<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |
| JMS, DELTA MANAGEMENT<br>203 E, RESERVE ST<br>VANCOUVER, WA 98661 | | | Claim Number: 10447<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | | |
| ADMINISTRATIVE | Claimed: | $1502.76 | | | | |
| JODI ENTERPRISES, LLC<br>3415 ACTON SCHOOL RD<br>GRANBURY, TX 760492955 | | | Claim Number: 4952<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $2549.20 | | | | |
| JODIE REINER LANDSCAPING & REMODELING<br>R.D. #3 BOX 912<br>MILTON, PA 17847 | | | Claim Number: 4441<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $875.19 | | | | |
| JOE G. TEDDER, TAX COLLECTOR<br>P.O. BOX 1189<br>BARTOW, FL 33830 | | | Claim Number: 471<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| SECURED | Claimed: | $190.00 | | | | |
| JOE G. TEDDER, TAX COLLECTOR<br>P.O. BOX 1189<br>BARTOW, FL 33830 | | | Claim Number: 486<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| SECURED | Claimed: | $93.63 | | | | |
| JOE GREGORY CONSTRUCTION,<br>PO BOX 285<br>BENTON, TN 37307 | | | Claim Number: 2007<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4526.00 | Scheduled: | $4526.00 | Allowed: | $4526.00 |

---

| JOE ROGERS OFFICE SUPPLY, <br> 156 CENTRAL AVE <br> CLEVELAND, TN 37311 | Claim Number: 7397 <br> Claim Date: 06/13/2003 <br> Debtor: OAKWOOD MOBILE HOMES, INC. <br> Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $258.34 |
|---|---|---|

---

| JOE'S MOBILE HOME SERVICE <br> P.O. BOX 388 <br> CHILLICOTHE, OH 45601 | Claim Number: 9765 <br> Claim Date: 05/10/2004 <br> Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $2050.00 |
|---|---|---|

---

| JOES MOBILE HOME PARK <br> DBA:JOES MOBILE HOME PARK <br> 46068 MILTON RD LOT 90 <br> HAMMOND, LA 70401 | Claim Number: 868 <br> Claim Date: 02/19/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED <br> DOCKET: 7659 (04/05/2005) |
|---|---|

| PRIORITY | Claimed: | $450.00 |
|---|---|---|

---

| JOES MOBILE HOME PARK <br> DBA:JOES MOBILE HOME PARK <br> 46068 MILTON RD LOT 90 <br> HAMMOND, LA 70401 | Claim Number: 8337 <br> Claim Date: 11/12/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

| JOHN B. BUNNELL <br> 124 MCSWEEN AVE.; POB 286 <br> ATTORNEY FOR FRANCES & RUBLE ALLEN <br> NEWPORT, TN 37822 | Claim Number: 7535 <br> Claim Date: 07/02/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| JOHN BODNER JR ROOFING <br> DBA:JOHN BODNER JR ROOFING <br> 3305 ALUM SPRING RD <br> DANVILLE, KY 40422 | Claim Number: 3694 <br> Claim Date: 03/14/2003 <br> Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $415.25 | | Allowed: | $415.25 |
|---|---|---|---|---|---|

---

| JOHN H. STACHLER <br> PO BOX 1266,214 WEST MONUMENT AVE <br> ATTN: JABLINSKI, FOLINO, <br> ROBERTS & MARTIN <br> DAYTON, OH 45402 | Claim Number: 1758 <br> Claim Date: 02/24/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: WITHDRAWN <br> DOCKET: 3929 (03/30/2004) |
|---|---|

| UNSECURED | Claimed: | $25000.00 UNLIQ |
|---|---|---|

---

| JOHN HICKMAN HV, <br> DBA:JOHN HICKMAN HVAC <br> 5089 RED OAK RD <br> COTTAGEVILLE, SC 29435 | Claim Number: 4755 <br> Claim Date: 03/25/2003 <br> Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $4274.50 | Scheduled: | $4274.50 | Allowed: | $4274.50 |
|---|---|---|---|---|---|---|

---

---

JOHN P. RASCOE, TAX COLLECTOR OF CITY
OF GREENSBORO, NORTH CAROLINA
COUNTY OF GUILFORD
P.O. BOX 3136
GREENSBORO, NC 27402

Claim Number: 69
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (04/04/2005)

| SECURED | Claimed: | $2203.18 |
|---|---|---|

---

JOHN TINNEY
P.O. BOX 1430
ROANOKE, AL 36274

Claim Number: 6545
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $100000.00 |
|---|---|---|

---

JOHN WILLIAMS ELECTRIC
5775 BANKS ROAD
FORT WORTH, TX 76140

Claim Number: 3346
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2098.71 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1093.71 | Allowed: | $2098.71 |

---

JOHNNIE MERRITT, ET AL
C/O KENNETH B. STILL, P.C.
P.O. BOX 548
MOULTRIE, GA 31776

Claim Number: 7406
Claim Date: 06/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $2200000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

JOHNNYS MANUFACTURED HOME SERVICE,
13720 S LAKEVIEW DR
OLATHE, KS 660618844

Claim Number: 820
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $6970.00 | Scheduled: | $6970.00 | Allowed: | $6970.00 |
|---|---|---|---|---|---|---|

---

JOHNS MANVILLE
G. RUMER 6-12
PO BOX 5108
DENVER, CO 80217

Claim Number: 2524
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | | | | | Allowed: | $17681.42 |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $124705.79 | | | | |
| UNSECURED | Claimed: | $22494.31 | | | Allowed: | $129518.68 |

---

JOHNS PLUMBING HEATING & AIR
CONDITIONING, INC.
P.O. BOX 8496
GREENSBORO, NC 27419

Claim Number: 9477
Claim Date: 04/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $140.00 |
|---|---|---|

---

| JOHNSON CHARLIE W<br>515 OAK CIRCLE<br>MOULTRIE, GA 31768 | Claim Number: 2316<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

| JOHNSON CITY POWER BOARD<br>P.O. BOX 1636<br>JOHNSON CITY, TN 37605 | Claim Number: 326<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $373.15 | Allowed: $373.15 |

| JOHNSON CITY PRESS<br>PO BOX 1717<br>JOHNSON CITY, TN 37605 | Claim Number: 1754<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $746.50 | Scheduled: $96.13 |

| JOHNSON CITY PRESS,<br>P O BOX 1717<br>JOHNSON CITY, TN 37605 | Claim Number: 2511<br>Claim Date: 02/23/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $7.54 | Scheduled: $82.58 |

| JOHNSON COUNTY<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 427<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
|---|---|---|---|
| SECURED | Claimed: | $4469.43 UNLIQ | |

| JOHNSON COUNTY<br>ELIZABETH BANDA<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 10139<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4487 (09/03/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36468.18 | |

| JOHNSON COUNTY & HILL CO. JUNIOR COLLEGE<br>ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 4017<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4487 (09/03/2004) | | |
|---|---|---|---|
| SECURED | Claimed: | $1085.03 | Allowed: $541.59 |

---

JOHNSON COUNTY, HILL CO. JR. COLLEGE AND
BURLESON INDEPENDENT SCHOOL DISTRICT
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 9154
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4487 (09/03/2004)

| SECURED | Claimed: | $4903.09 | | Allowed: | $1883.13 |

---

JOHNSON CTY PRE
PO BOX 1717
JOHNSON CITY, TN 37605

Claim Number: 2510
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $746.22 |

---

JOHNSON JAMES E
2535 AGNEW ROAD
PULASKI, TN 38478

Claim Number: 9083
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $6408.00 |

---

JOHNSON JAMES L
879 TUCKER RD
MOULTRIE, GA 31768

Claim Number: 4364
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

---

JOHNSON LEE EDWARD,
133 AGAVE LANE
GOLDSBORO, NC 27534

Claim Number: 3797
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1060.38 | | | |
| UNSECURED | | | Scheduled: | $1060.38 | Allowed: | $1060.38 |

---

JOHNSON MARGARET JEAN
294 DOSSETT LANE
HARRODSBURG, KY 40330

Claim Number: 4501
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7810 (05/20/2005)

| UNSECURED | Claimed: | $8000.00 |

---

JOHNSON MECHANICAL CONST., INC.
PO BOX 404
ELK GROVE, CA 95759

Claim Number: 5136
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2616.35 |

---

---

JOHNSON MECHANICAL CONTRACTORS INC,  Claim Number: 4454
PO BOX 404                            Claim Date: 03/24/2003
ELK GROVE, CA 95759                   Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2616.35 | Scheduled: | $18500.00 | Allowed: | $2616.35 |

---

JOHNSON THOMAS L JR,                  Claim Number: 4036
3315 N HWY 14                         Claim Date: 03/18/2003
GREER, SC 29651                       Debtor: OAKWOOD MOBILE HOMES, INC.
                                      Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4915.00 | | | | |
| UNSECURED | Claimed: | $390.00 | Scheduled: | $4915.00 | Allowed: | $5305.00 |

---

JOHNSON'S MODER                       Claim Number: 901
6629 OLD US 421 HWY                   Claim Date: 02/19/2003
EAST BEND, NC 27018                   Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16108.00 |

---

JOHNSON, CHARLIE W.                   Claim Number: 8700
P.O. BOX 402                          Claim Date: 11/19/2003
MOULTRIE, GA 31768                    Debtor: OAKWOOD HOMES CORPORATION
                                      Comments: EXPUNGED
                                      DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

JOHNSON, DAVIE                        Claim Number: 6950
IRA M. LEVEE, ESQ.                    Claim Date: 05/13/2003
LOWENSTEIN SANDLER, P.C.              Debtor: OAKWOOD HOMES CORPORATION
65 LIVINGSTON AVENUE                  Comments: WITHDRAWN
ROSELAND, NJ 07068

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

JOHNSON, DENICE                       Claim Number: 9642
10544 N.E. BEACH STREET               Claim Date: 04/26/2004
PORTLAND, OR 97220                    Debtor: OAKWOOD HOMES CORPORATION
                                      Comments: EXPUNGED
                                      DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4000.00 |

---

JOHNSON, DONAM CHARLES                Claim Number: 6058
STEVEN K. KORTANEK, ESQ.              Claim Date: 03/27/2003
KLEHR HARRISON HARVEY BRANZBURG ELLERS  Debtor: OAKWOOD HOMES CORPORATION
919 N MARKET ST, SUITE 1000           Comments: EXPUNGED
WILMINGTON, DE 19801                  DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

---

JOHNSON, DOROTHY
STEWART & HICKS PC
PO BOX 40250
MOBILE, AL 366400250

Claim Number: 5111
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ | | |
|---|---|---|---|---|

---

JOHNSON, IVAN & HOLLYCE
C/O DAVID STEVENS, ESQ.
106 RIO ST
RUIDOSO, NM 88345

Claim Number: 4963
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $2000000.00 UNLIQ | Allowed: | $500.00 |
|---|---|---|---|---|

---

JOHNSON, JAMES L
879 TUCKER RD
MOULTRIE, GA 31768

Claim Number: 8811
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

JOHNSON, KENNETH W
10290 E 375 N
HOWE, IN 46746

Claim Number: 8765
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $200.00 | | |
|---|---|---|---|---|

---

JOHNSON, LOVELL
PO BOX 566
LAMAR, SC 29069

Claim Number: 7588
Claim Date: 07/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $385.00 | | |
|---|---|---|---|---|

---

JOHNSON, LUCILLE S.
316 S MAIN ST
PRINCEVILLE, NC 27886

Claim Number: 10855
Claim Date: 10/16/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $236.50 | | |
|---|---|---|---|---|

---

JOHNSON, MARGARET
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7082
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

JOHNSON, MARGARET JEAN
294 DOSSETT LANE
HARRODSBURG, KY 40330

Claim Number: 6327
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $8000.00 | | |
|---|---|---|---|---|

---

JOHNSON, MICHAEL
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10735
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7258.58 | | Allowed: | $7258.58 |

JOHNSON, MICHAEL & SANDRA
3480 CEDER GROVE CHURCH ROAD
BROWNSVILLE, KY 42254

Claim Number: 6219
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3500.00 |
| SECURED | Claimed: | $0.00 |
| TOTAL | Claimed: | $3000.00 |

JOHNSON, MICHAEL & SANDRA
POST OFFICE BOX 4091
LEITCHFIELD, KY 42755

Claim Number: 6683
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

JOHNSON, RALPH
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3529
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

JOHNSON, RONALD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6059
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1194.38 UNLIQ |

JOHNSON, TERRY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5847
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2662.50 UNLIQ |

JOHNSON, TERRY (& ALICE SWEEDEN)
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6951
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

JOHNSON, THERESA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5848
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

JOHNSON, TIFFANY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5849
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $890.63 UNLIQ |

---

JOHNSON, VERIA & WILLIAM RICHARDSON
1915 SANDY RIDGE ROAD
GALIVANTS FERRY, SC 29544

Claim Number: 10646
Claim Date: 11/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |

---

JOHNSON, VIVIENNE D.
3095 PISGAH ROAD
FLORENCE, SC 29501

Claim Number: 9661
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $3000.00 |

---

JOHNSON, WILLIAM A.
650 VORDEN RD
COURTLAND, CA 95615

Claim Number: 4453
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $10000.00 |

---

JOHNSON, WILLIAM A.
650 VORDEN RD
COURTLAND, CA 95615

Claim Number: 5135
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000.00 |

---

JOHNSTON CO TAX COLLECTOR
PO BOX 34129
CHARLOTTE, NC 28234

Claim Number: 6723
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1322.39 |

---

---

JOHNSTON-NEWMAN, SHELLY
P.O. BOX 83
WHITE SWAN, WA 98952

Claim Number: 3968
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $100000.00 | | | Allowed: | $7500.00 |
|---|---|---|---|---|---|---|

JOLLY CLEAN,
DBA JOLLY CLEAN
4965 KENNETH
BEAUMONT, TX 77705

Claim Number: 4449
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $416.71 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $416.71 | Allowed: | $416.71 |

JOLLY, SUSAN
C/O PATRICK STOLMEIER
219 E. CRAIG PLACE
SAN ANTONIO, TX 78212

Claim Number: 9677
Claim Date: 04/28/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

JON STRAUB COMP
5629 HAZEL LOOP SE
AUBURN, WA 980929434

Claim Number: 1330
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $3745.00 |
|---|---|---|

---

JON STRAUB COMP,
5629 HAZEL LOOP SE
AUBURN, WA 980929434

Claim Number: 1331
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3745.00 | Scheduled: | $1781.60 |
|---|---|---|---|---|

JONES & ASSOCIATES,
P O BOX 773
SOUTH BOSTON, VA 24592

Claim Number: 2325
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $396.00 | Scheduled: | $396.00 | Allowed: | $396.00 |
|---|---|---|---|---|---|---|

JONES ANITA
1734 TAYLOR ST
AUBURNDALE, FL 33823

Claim Number: 4623
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $552.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $552.00 | Allowed: | $552.00 |

| JONES COUNTY TAX COMMISSIONER<br>PO BOX 417<br>GRAY, GA 31032 | Claim Number: 9461<br>Claim Date: 03/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

| JONES COUNTY TAX OFFICE<br>PO BOX 87<br>TRENTON, NC 28585 | Claim Number: 9483<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $691.16 |
|---|---|---|

| JONES COUNTY,<br>P O BOX 417<br>GRAY, GA 31032 | Claim Number: 2903<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4360.70 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| JONES COUNTY, HAWLEY ISD<br>506 WEST 12TH STREET, SUITE B<br>AUSTIN, TX 78701 | Claim Number: 501<br>Claim Date: 02/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $87.97 |
|---|---|---|

| JONES COUNTY, HAWLEY ISD<br>506 WEST 12TH STREET, SUITE B<br>AUSTIN, TX 78701 | Claim Number: 568<br>Claim Date: 02/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $87.97 |
|---|---|---|

| JONES ERIC BRYAN,<br>6632 LAKE BRANDT RD<br>SUMMERFIELD, NC 27358 | Claim Number: 5533<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 DISP | Allowed: | $200.00 |
|---|---|---|---|---|---|---|

| JONES GLEDHILL HESS ANDREWS ETAL<br>225 N 9TH ST STE 820<br>BOISE, ID 83701 | Claim Number: 8820<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $436.29 |
|---|---|---|

| JONES JOHN E<br>9499 WENDI DRIVE<br>LELAND, NC 28451 | Claim Number: 1410<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $350.00 |
|---|---|---|
| UNSECURED | Claimed: | $25.00 |

---

JONES LINDA
311 JILL ST
CONROE, TX 773031736

Claim Number: 9267
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |

---

JONES MICHAEL K
525 5TH ST
LAWRENCEBURG, TN 38464

Claim Number: 4900
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $3312.00 |

---

JONES PUMP & WELL SERVICE,
DBA JONES PUMP & WELL SERVICE
235 SHANNON RD
VIDOR, TX 77662

Claim Number: 7349
Claim Date: 06/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $90.00 | | | | |
| UNSECURED | Claimed: | $25.00 | Scheduled: | $90.00 | Allowed: | $115.00 |

---

JONES SEPTIC
373 SWIFT CREEK RD
RAEFORD, NC 28376

Claim Number: 1302
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |

---

JONES, BUD
P.O. BOX 348
JEFFERSON, OR 97352

Claim Number: 10403
Claim Date: 06/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $6250.00 |

---

JONES, CHRISTOPHER D
CHRISTOPHER JONES
16740 W COLLEGE ST APT C8
PULASKI, TN 384789404

Claim Number: 8361
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $4140.00 |

---

JONES, FREEMAN
1111 WINDMILL LANE
WAKULLA SPRINGS, FL 32305

Claim Number: 6876
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| UNSECURED | Claimed: | $8550.00 |

---

JONES, HELEN
1001 ST. RT K
GLASGOW, MO 65254

Claim Number: 10565
Claim Date: 08/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7444 (12/21/2004)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $6250.00 | UNLIQ | Allowed: | $6250.00 |

JONES, KATHERINE C.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3530
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | Allowed: | $1742.06 |
|---|---|---|---|---|

JONES, KIM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7083
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

JONES, KRISTL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7084
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

JONES, RACHEL
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3531
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |
|---|---|---|---|---|

JONES, REGINALD & LINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6952
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

JONES, RUSSELL
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 5238
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $15000.00 | Allowed: | $4355.15 |
|---|---|---|---|---|

---

JONES, SHANE AND JODI
DENNIS WALLIN
PO BOX 696
MORIARTY, NM 87035

Claim Number: 9171
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $7500.00 UNLIQ |
|---|---|---|

JONES, SUSAN / MCNAIR, WILLIE
140 BYRON ROAD
MOUNT OLIVE, MS 39119

Claim Number: 600
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

JONES, SUSAN/WILLIE MCNAIR
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2857
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

---

| PRIORITY | Claimed: | $7500.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2467.92 |

JORDAN, CURTIS L
307 1ST STREET N.W.
MOULTRIE, GA 31768

Claim Number: 8466
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

JORDAN, LONNIE & MARY
C/O THERESA A. O'BRIEN
1214 SAM HOUSTON AVE, SUITE 3
HUNTSVILLE, TX 77340

Claim Number: 4769
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

---

| UNSECURED | Claimed: | $150000.00 UNLIQ |
|---|---|---|

JORDAN, RAY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6953
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | |
|---|---|---|---|---|
| | | | Allowed: | $74999.00 |

JORDAN, ROBERT E
605 RAILROAD AVE
HARTFORD, AL 36344

Claim Number: 8154
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

---

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

---

JORDAN, VICKIE
2208 MICHAEL DR.
RALEIGH, NC 27603

Claim Number: 4324
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2100.00 |

---

JOSEPH BORICH III
4601 COLLEGE BLVD., SUITE 200
ATTN: JOSEPH BORICH III ATTORNEY AT LAW
LEAWOOD, KS 66211

Claim Number: 4289
Claim Date: 03/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7664 (04/05/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $155339.87 |

---

JOSEPH G STUTTS PLLC
303 E BESSEMR AVE
GREENSBORO, NC 27401

Claim Number: 7648
Claim Date: 07/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | | | | |
| UNSECURED | Claimed: | $167.35 | Scheduled: | $800.00 | Allowed: | $967.35 |

---

JOSEPH ROCCO
8765 E. BELL ROAD SUITE 210
SCOTTSDALE, AZ 85255

Claim Number: 1930
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42813.34 | | Allowed: | $5000.00 |

---

JOSHUA INDEPENDENT SCHOOL DISTRICT
PO BOX 13430
LYNN STAVIHOHA
ARLINGTON, TX 76094-0430

Claim Number: 9153
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $1194.26 |

---

JOSPEH A PORTER & ASSOCIATES
4709 TOWNSHIP RD 161
MARENGO, OH 43334

Claim Number: 4375
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | | Allowed: | $350.00 |

---

JP MORGAN CHASE BANK AS TTEE FOR THE OMI
TRUST 1998-D, C/O SEWARD & KISSEL LLP
ATTN: ARLENE R. ALVES, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Claim Number: 5654
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78565879.52 |

---

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1999-A, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 5655 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $76062994.08

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1997-A, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6126 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $27329854.79

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1999-B, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6127 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $95906495.67

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1997-B, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6128 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $26658007.02

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1998-B, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6129 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $44542296.31

| | |
|---|---|
| JP MORGAN CHASE BANK AS TTEE FOR THE OMI TRUST 1997-C, C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6130 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $33295434.18

| | |
|---|---|
| JP MORGAN CHASE BANK, TTEE FOR THE OMNI TRUST 1997 - D C/O SEWARD & KISSEL LLP, ATTN: A. ALVES 1 BATTERY PARK PLAZA NEW YORK, NY 10004 | Claim Number: 6125 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $29276262.89

| | |
|---|---|
| JP MORGAN CHASE BK, AS TTEE OMRT TR 2001 C/O SEWARD & KISSEL LLP 1 BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 5501 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $605111713.42        Scheduled:        $274763788.00 UNLIQ

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OAKWOOD MORTGAGE, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8015<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNLIQ | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1999-B, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8016<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:        $19582460.41 | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1999-A, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8017<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNLIQ | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1998-D, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8018<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNLIQ | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1998-B, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8019<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:        $15862062.45 | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1997-D, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8020<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNLIQ | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1997-C, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8021<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNLIQ | |

| JPMORGAN CHASE BANK AS TRUSTEE FOR THE OMI TRUST 1997-B, SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ATTN: ARLENE R. ALVES, ESQ. NEW YORK, NY 10004 | Claim Number: 8022<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:               $0.00 UNDET | |

---

JPMORGAN CHASE BANK AS TRUSTEE FOR THE
OMI TURST 1997-A, SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
ATTN: ARLENE R. ALVES, ESQ.
NEW YORK, NY 10004

Claim Number: 8023
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

JPMORGAN CHASE BANK, AS TRUSTEE
C/O SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
ATTN: ARLENE R. ALVES
NEW YORK, NY 10004

Claim Number: 9013
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

JPS LAWN CARE
DBA JPS LAWN CARE
12765 SOUTH SPRING LAKE RD
PAYSON, UT 84651

Claim Number: 8074
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $240.00 |
|---|---|---|

---

JPS LAWN CARE,
DBA JPS LAWN CARE
12765 SOUTH SPRING LAKE RD
PAYSON, UT 84651

Claim Number: 885
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 | Allowed: | $240.00 |
|---|---|---|---|---|---|---|

---

JPS, INC.
104 WILLIEVILLE LN
HENDERSON, NC 27537

Claim Number: 10249
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $2625.00 |
|---|---|---|

---

JUDD, PAUL AND BEULAH
P.O. BOX 352
ELKTON, VA 22827

Claim Number: 3559
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $625000.00 |
|---|---|---|

---

JUDD, PAUL AND BEULAH
P.O. BOX 352
ELKTON, VA 22827

Claim Number: 3684
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $625000.00 |
|---|---|---|

---

JULIA M CLARK
C/O OAKWOOD HOME CORPORATION
PO BOX 5270 FDR STATION
NEW YORK, NY 10150-5270

Claim Number: 4527
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

JULIAS CORNER CANDIES & GIFTS,          Claim Number: 1423
411 EAST BRIDGE STREET                  Claim Date: 02/24/2003
REDWOOD FALLS, MN 56283                 Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $48.15 | Scheduled: | $48.15 | Allowed: | $48.15 |
|---|---|---|---|---|---|---|

JULLY, SUSAN                            Claim Number: 3811
C/O PATRICK J. STOLMEIER                Claim Date: 03/14/2003
219 E. CRAIG PLACE                      Debtor: OAKWOOD HOMES CORPORATION
SAN ANTONIO, TX 78212                   Comments: EXPUNGED
                                        DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $40000.00 |
|---|---|---|

JUNIOR CONSTRUCTION                     Claim Number: 3647
PO BOX 5417                             Claim Date: 03/12/2003
EAST WENATCHEE, WA 98802                Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED
                                        DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $6517.00 |
|---|---|---|

JUROME-DUNCAN INC.,                     Claim Number: 4377
8000 FORD COUNTRY LANE                  Claim Date: 03/21/2003
STERLING HEIGHTS, MI 48313              Debtor: SUBURBAN HOME SALES, INC.
                                        Comments: EXPUNGED
                                        DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

JUST CRUISIN INC                        Claim Number: 4175
309 ITHACA DR                           Claim Date: 03/18/2003
LONGVIEW, TX 75604                      Debtor: PREFERRED HOUSING SERVICES, LP
                                        Comments: EXPUNGED

| UNSECURED | Claimed: | $2380.00 |
|---|---|---|

JUST CRUISIN INC                        Claim Number: 4176
309 ITHACA DR                           Claim Date: 03/18/2003
LONGVIEW, TX 75604                      Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $650.00 | | | Allowed: | $650.00 |
|---|---|---|---|---|---|---|

JUST CRUISIN INC                        Claim Number: 4177
309 ITHACA DR                           Claim Date: 03/18/2003
LONGVIEW, TX 75604                      Debtor: OAKWOOD MOBILE HOMES, INC.
                                        Comments: ALLOWED

| SECURED | Claimed: | $8280.21 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $11220.00 | Allowed: | $8280.21 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4178
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1900.00 | | Allowed: | $1900.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4179
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1200.00 | | | |
| UNSECURED | | | | Allowed: | $250.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4180
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4181
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4182
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4183
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1485.00 | | Allowed: | $1485.00 |

JUST CRUISIN INC
309 ITHACA DR
LONGVIEW, TX 75604

Claim Number: 4184
Claim Date: 03/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3200.00 | Scheduled: | $3345.40 | Allowed: | $3200.00 |

| | | | |
|---|---|---|---|
| JUST CRUISIN INC<br>309 ITHACA DR<br>LONGVIEW, TX 75604 | | Claim Number: 4185<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |
| UNSECURED | Claimed: $500.00 | Allowed: | $500.00 |
| JUST CRUISIN INC<br>309 ITHACA DR<br>LONGVIEW, TX 75604 | | Claim Number: 4186<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |
| UNSECURED | Claimed: $500.00 | Allowed: | $500.00 |
| JUST CRUISIN INC<br>309 ITHACA DR<br>LONGVIEW, TX 75604 | | Claim Number: 4187<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |
| UNSECURED | Claimed: $500.00 | Allowed: | $500.00 |
| JUST CRUISIN INC<br>309 ITHACA DR<br>LONGVIEW, TX 75604 | | Claim Number: 4188<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |
| UNSECURED | Claimed: $5035.00 | Allowed: | $5035.00 |
| JUST CRUISIN INC<br>309 ITHACA DR<br>LONGVIEW, TX 75604 | | Claim Number: 4189<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: $1700.00 | | |
| JUSTEN ENTERPRISES, GENE & KELLY MADDEN<br>2130 SCHWILK RD<br>LANCASTER, OH 43130 | | Claim Number: 3866<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: $8000.00 | Allowed: | $8000.00 |
| JUSTICE BUILDERS<br>2051 GREEN AVE<br>ROSEBURG, OR 974707110 | | Claim Number: 3268<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | |
| PRIORITY<br>UNSECURED | Claimed: $1250.00 | Allowed: | $1250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JUSTICE JOBE INCORPORATED<br>PO BOX 160<br>HAW RIVER, NC 27258 | | | Claim Number: 8441<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| ADMINISTRATIVE | Claimed: | $315.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JUSTICE SUPPLY<br>2445 THIRD AVE<br>HUNTINGTON, WV 25703 | | | Claim Number: 1107<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $36.87 | | | Allowed: | $36.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| K & D MOBILE HOMES SERVICE<br>48439 HWY 437<br>FRANKLINTON, LA 70438 | | | Claim Number: 2632<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $14860.00 | Scheduled: | $13785.75 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K & L SALES INC,<br>18249 DUPONT BLVD<br>GEORGETOWN, DE 19947 | | | Claim Number: 6572<br>Claim Date: 04/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $801.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K & T MOBILE HOME TRANSPORT<br>TURNER<br>2361 NEBRASKA RD<br>IOLA, KS 667493061 | | | Claim Number: 8143<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | | |
| ADMINISTRATIVE | Claimed: | $5310.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K&D ENTERPRISES<br>PO BOX 44<br>NIPOMO, CA 934440044 | | | Claim Number: 2066<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $2470.50 | Scheduled: | $5660.50 | Allowed: | $2470.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| K&D ENTERPRISES<br>2691 DANE LANE<br>GRAND JUNCTION, CO 81505 | | | Claim Number: 2067<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $2240.00 | | | Allowed: | $2240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| K&D ENTERPRISES,<br>2691 DANE LANE<br>GRAND JUNCTION, CO 81505 | | | Claim Number: 2297<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $950.00 | | | Allowed: | $950.00 |

---

K&R MOBILE HOME SET-UP
1024 W MAIN PLACE
CUSHING, OK 74023

Claim Number: 9634
Claim Date: 04/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $15928.78 | | | | | |

---

K&Z DEVELOPMENT,
DBA K&Z DEVELOPMENT
9316 EAST BEND RD
BURLINGTON, KY 41005

Claim Number: 4273
Claim Date: 03/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $1750.00 | | | | | |
| UNSECURED | | | Scheduled: | $1750.00 DISP | Allowed: | $1750.00 |

---

K-MART
1122 RANDOLPH ST
THOMASVILLE, NC 27360-5175

Claim Number: 4130
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $119.48 | Scheduled: | $119.48 | Allowed: | $119.48 |

---

KACTUS KID TRACTOR SERVICES,
DBA KACTUS KID TRACTOR SERVICES
714 PASEO DE VACA
MARBLE FALLS, TX 78654

Claim Number: 1694
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1800.00 | | | | | |
| UNSECURED | | | Scheduled: | $1800.00 | Allowed: | $1800.00 |

---

KACZMAN, SUSAN D.
820 STRATTON DRIVE
FLORENCE, SC 29501-8507

Claim Number: 4696
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $10173.27 | | | | | |

---

KAMP BROS CARPE
2315 ROBERT HOKE RD
WILMINGTON, NC 28412

Claim Number: 8745
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $975.00 | | | | | |

---

KAMP BROS CARPE,
2315 ROBERT HOKE RD
WILMINGTON, NC 28412

Claim Number: 3597
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $975.00 | Scheduled: | $1200.00 | Allowed: | $975.00 |

---

KANE STEELE CO OF PA-PA,
PO BOX 829
MILLVILLE, NJ 08332-0829

Claim Number: 2668
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $186.80 | Scheduled: | $186.80 | Allowed: | $186.80 |
|---|---|---|---|---|---|---|

KANIA & KANIA
KANIA & KANIA PA
600 CENTRE PARK DR #A
ASHEVILLE, NC 288051276

Claim Number: 2348
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1080.00 |
|---|---|---|

KANSAS DOOR INC-KS
5523 10TH ST
GREAT BEND, KS 67530

Claim Number: 4749
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $487.01 | | | Allowed: | $487.01 |
|---|---|---|---|---|---|---|

KANSAS DOOR INC-KS
5523 10TH ST
GREAT BEND, KS 67530

Claim Number: 5011
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $487.01 |
|---|---|---|

KANSAS DPMT OF COMMERCE & HOUSING,
BUSINESS DEVELOPMENT DIVISION
1000 SW HARRISON STREET,SUITE 1300
ATTN: RANDY GOETZ
TOPEKA, KS 66603-3712

Claim Number: 7339
Claim Date: 06/03/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

KANSAS MANUFACTURED HOUSING ASSN.
3521 SW 5TH STREET
TOPEKA, KS 66606

Claim Number: 10212
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $4500.00 | | | Allowed: | $2250.00 |
|---|---|---|---|---|---|---|

KARST, MELISSA
134 SANDY SPRINGS RD.
LEXINGTON, SC 29073

Claim Number: 10120
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1890.00 |
|---|---|---|

KASE,DALE
1601 GREENLEAF BLVD
ELKHART, IN 465143720

Claim Number: 5096
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $249.80 | | | Allowed: | $249.80 |
|---|---|---|---|---|---|---|

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6416<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12757.49 | |
| UNSECURED | | | Allowed: $5102.94 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6417<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12389.13 | |
| UNSECURED | | | Allowed: $728.77 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6418<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5882.11 | |
| UNSECURED | | | Allowed: $5882.11 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6419<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5850.94 | |
| UNSECURED | | | Allowed: $5850.94 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6420<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13147.59 | |
| UNSECURED | | | Allowed: $4151.87 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6421<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $11764.87 | |
| UNSECURED | | | Allowed: $4334.43 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6422<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12057.06 | |
| UNSECURED | | | Allowed: $4442.07 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6423<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12323.77 | |
| UNSECURED | | | Allowed: $4540.34 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6424<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13718.45 | |
| UNSECURED | | | Allowed: $5487.38 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6425<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5862.18 | |
| UNSECURED | | | Allowed: $5862.18 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6426<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5876.05 | |
| UNSECURED | | | Allowed: $5876.05 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6427<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5862.74 | |
| UNSECURED | | | Allowed: $5862.74 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6428<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $3044.99 | |
| UNSECURED | | | Allowed: $761.25 |

| KATELLA MOBILEHOME ESTATES<br>C/O ALSTON, ALSTON AND DIEBOLD<br>5 HUTTON CENTRE DR, STE 900<br>SANTA ANA, CA 92707 | Claim Number: 6429<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5798.98 | |
| UNSECURED | | | Allowed: $5798.98 |

---

KATELLA MOBILEHOME ESTATES
C/O ALSTON, ALSTON AND DIEBOLD
5 HUTTON CENTRE DR, STE 900
SANTA ANA, CA 92707

Claim Number: 6430
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | Allowed: | $3285.79 |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $3285.79 | | | | |

---

KATELLA MOBILEHOME ESTATES
C/O ALSTON, ALSTON AND DIEBOLD
5 HUTTON CENTRE DR, STE 900
SANTA ANA, CA 92707

Claim Number: 6431
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5910.25 | | | Allowed: | $5910.25 |

---

KATHERINE NIXON
425 WILLOW RUN
ATHENS, GA 30606

Claim Number: 4658
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7503 (02/02/2203)

| PRIORITY | Claimed: | $7000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $293000.00 | Scheduled: | $0.00 UNLIQ | | |

---

KATRINA GLOGOWSKI
604 W MEEKER ST
KENT, WA 98032-5701

Claim Number: 2063
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2259.50 | | | | |
|---|---|---|---|---|---|---|

---

KBA MOBILE HOME SERVICES,
DBA KBA MOBILE HOME SERVICES
1923 DELLCREST
SAN ANTONIO, TX 78220

Claim Number: 1947
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1819.88 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1819.88 | Allowed: | $1819.88 |

---

KCPD, INC,
PO BOX 13293
EDWARDSVILLE, KS 66113-0293

Claim Number: 2151
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3240.00 | Allowed: | $3240.00 |
|---|---|---|---|---|---|---|

---

KCPQ TELEVISION,
1813 WESTLAKE AVE N
SEATTLE, WA 98109

Claim Number: 3816
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $20000.00 | Scheduled: | $20000.00 | Allowed: | $20000.00 |
|---|---|---|---|---|---|---|

---

---

KECK, ROBBIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6954
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

KEEL, JIMMIE R.
PO BOX 1158
TARBORO, NC 27886

Claim Number: 3453
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

---

KEEL, JIMMIE R.
P.O. BOX 1158
TARBORO, NC 27886

Claim Number: 4016
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8588 (06/16/2006)

| UNSECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

---

KEENAN ELECTRIC CO INC
178 TEEL BROOKE RD
ROCKY MOUNT, VA 24151

Claim Number: 1506
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $635.50 |
|---|---|---|

---

KEENUM TRANSPORT INC
PO BOX 427
DEVINE, TX 78016

Claim Number: 3972
Claim Date: 03/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $4282.00 | Scheduled: | $1560.00 |
|---|---|---|---|---|

---

KEENUM TRANSPORT INC,
PO BOX 427
DEVINE, TX 78016

Claim Number: 3973
Claim Date: 03/17/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| UNSECURED | Claimed: | $25785.75 | Scheduled: | $20886.75 |
|---|---|---|---|---|

---

KEEP IT GREEN LAWN SERVICE,
8299 STAFFORD MILL RD #A
OAK RIDGE, NC 273109750

Claim Number: 1093
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $415.00 | Scheduled: | $415.00 | Allowed: | $415.00 |
|---|---|---|---|---|---|---|

---

KEISLER, RONALD & DARLENE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6923
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

| KEITH SMITH CONSTRUCTION, 296 REDHILL CENTER RD LAWRENCEBURG, TN 38464 | Claim Number: 10491 Claim Date: 06/24/2004 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4491 (09/03/2004) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $2166.77 | | |
|---|---|---|---|---|

| KELLER DENNIS 318 18TH ST GOLDEN, CO 80401 | Claim Number: 4876 Claim Date: 03/26/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | |
|---|---|---|

| PRIORITY UNSECURED | Claimed: | $139.82 | Allowed: | $139.82 |
|---|---|---|---|---|

| KELLER, DENNIS 318 18TH ST GOLDEN, CO 80401 | Claim Number: 8321 Claim Date: 11/12/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $139.82 | | |
|---|---|---|---|---|

| KELLER, LESLIE MICHELLE 17815 LOCH LINNHE LOOP PFLUGERVILLE, TX 78660 | Claim Number: 462 Claim Date: 02/07/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: ALLOWED | |
|---|---|---|

| PRIORITY UNSECURED | Claimed: | $429.60 | Allowed: | $429.60 |
|---|---|---|---|---|

| KELLEY, EARL AND CARLENE IRA M. LEVEE, ESQ. LOWENSTEIN SANDLER, P.C. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 7086 Claim Date: 05/13/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: WITHDRAWN | |
|---|---|---|

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

| KELLOGG MACKOFF PO DRAWER 1097 DICKINSON, ND 58602 | Claim Number: 8269 Claim Date: 11/10/2003 Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $3211.69 | | |
|---|---|---|---|---|

| KELLY SERVICES, INC. 999 W. BIG BEAVER ROAD TROY, MI 48084 | Claim Number: 379 Claim Date: 01/27/2003 Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|

| UNSECURED | Claimed: | $459.90 | Allowed: | $459.90 |
|---|---|---|---|---|

---

KELLY, ARTHUR
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5850
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

KELLY, FLOYD & KATHY
475 CEDAR ROAD
MARIETTA, SC 29661

Claim Number: 7382
Claim Date: 06/12/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $50000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

KELLY, GERARD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5851
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

KELLY, MICHAEL & MARCIE
C/O MARCUS & MACK, PC
57 S 6TH ST
PO BOX 1107
INDIANA, PA 15701

Claim Number: 10708
Claim Date: 03/10/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |

---

KELLY, SHONA & ROSE M. CARTER

Claim Number: 6295
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

KELLYS HOME CENTER
3625 PORTLAND RD NE
SALEM, OR 97303

Claim Number: 2203
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1313.00 |

---

KELLYS HOME CENTER,
3625 PORTLAND RD NE
SALEM, OR 97303

Claim Number: 2202
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1313.00 | | | | |
| UNSECURED | | | Scheduled: | $1313.00 | Allowed: | $1313.00 |

---

---

KELM, DANNY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5852
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

KELVIN LITTLES CLEANING SERVICE
1411 DORSEY ST
GREENSBORO, NC 27407

Claim Number: 872
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1100.00 |

---

KELVIN LITTLES CLEANING SERVICE,
1411 DORSEY ST
GREENSBORO, NC 27407

Claim Number: 871
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $1100.00 | Scheduled: | $1100.00 | Allowed: | $1100.00 |

---

KEN DARLING & SONS
9367 WILLOW GROVE RD
CAMDEN WYOMING, DE 19934

Claim Number: 7614
Claim Date: 07/16/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: | $10000.00 |

---

KENEMORE, LESTER
84 CO RD 139
BRYANT, AL 35958

Claim Number: 8288
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $875.00 |

---

KENNARD, RODNEY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5853
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $834.38 UNLIQ |

---

KENNEDY & ASSOCIATES
1413 SACHEM PL 2
CHARLOTTESVIL, VA 229012497

Claim Number: 6182
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $825.00 |

---

---

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
JOHN H. CULVER, ESQ.
HEARST TOWER, 47TH FL
214 N TRYON ST
CHARLOTTE, NC 28202

Claim Number: 4955
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30866.54 |

---

KENNEDY LAW FIRM, THE
127 S. THIRD ST.
ATTN: PETER NAPOLITANO
CLARKSVILLE, TN 37040

Claim Number: 4852
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1000000.00 UNDET |

---

KENNEDY LOVINGTON LOBDELL & HICKMAN
100 NORTH TRYON STREET
CHARLOTTE, NC 28202-4006

Claim Number: 5417
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

KENNEDY, BOBBIE L.
GINGER BURROUGHS
200 SAUNDERS TERRY #1104
HENDERSONVILLE, TN 37075

Claim Number: 8902
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10000.00 |

---

KENNEDY, KIRK & PATRICIA
C/O SALZMANN DEPAULIS & FISHMAN, PC
455 PHOENIX DR, SUITE A
CHAMBERSBURG, PA 17201

Claim Number: 1911
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

KENNEDY, KIRK & PATRICIA
C/O SALZMANN DEPAULIS & FISHMAN, PC
455 PHOENIX DR, SUITE A
CHAMBERSBURG, PA 17201

Claim Number: 10562
Claim Date: 08/09/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12000.00 |

---

KENNEDY, KIRK A. & PATRICIA L.
C/O SALZMANN, DEPAULIS & FISHMAN, P.C.
455 PHOENIX DRIVE, SUITE A
CHAMBERSBURG, PA 17201

Claim Number: 1072
Claim Date: 11/25/2002
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

---

KENNETH BECKNER
C/O CASH DESK
8553 OLD MILL RD
ROANOKE, VA 24019

Claim Number: 3670
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2800.00 UNLIQ |
|---|---|---|

---

KENNEY & SOLOMON P.C,
3675 CRESTWOOD PKWY STE #500
DULUTH, GA 30096

Claim Number: 4912
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $38615.23 | Scheduled: | $25947.39 DISP CONT |
|---|---|---|---|---|

---

KENNTH D. MANSEL
481 TIDWELL RD.
BOZA, AL 35965

Claim Number: 10435
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $21098.62 |
|---|---|---|

---

KENNY & SOLOMON P C,
3675 CRESTWOOD PKWY STE 500
DULUTH, GA 30096

Claim Number: 4889
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $848.85 | Scheduled: | $9226.90 |
|---|---|---|---|---|

---

KENNY ARNETTE
JACKSON STOKES
STOKES & MORROW
105 S COURT ST.
ELBA, AL 36323

Claim Number: 7519
Claim Date: 06/30/2004
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $73462.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

KENS JANITORIAL SERVICE,
P.O. BOX 3
MT. CLEMENS, MI 48046

Claim Number: 2349
Claim Date: 02/28/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.

| UNSECURED | Claimed: | $480.00 | Scheduled: | $280.00 | Allowed: | $480.00 |
|---|---|---|---|---|---|---|

---

KENTON COUNTY ATTORNEY
GARRY L. EDMONDSON
303 COURT STREET, ROOM 307
COVINGTON, KY 41011

Claim Number: 2575
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $7990.84 |
|---|---|---|

---

KERNEY ENTERPRISES, INC.
8820 PEDIGO RD
POWELL, TN 37849

Claim Number: 10496
Claim Date: 06/25/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $6500.00 |
|---|---|---|

---

| KERNEY MH MOVER,<br>8820 PEDIGO RD<br>POWELL, TN 37849 | Claim Number: 3155<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $6500.00 | Scheduled: | $6500.00 | Allowed: | $6500.00 |
|---|---|---|---|---|---|---|

| KERR COUNTY<br>506 WEST 12TH STREET, SUITE B<br>AUSTIN, TX 78701 | Claim Number: 502<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $1095.72 |
|---|---|---|

| KERR COUNTY<br>506 WEST 12TH STREET, SUITE B<br>AUSTIN, TX 78701 | Claim Number: 507<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1095.72 UNLIQ |
|---|---|---|

| KERR COUNTY<br>506 WEST 12TH STREET, SUITE B<br>AUSTIN, TX 78701 | Claim Number: 567<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1095.72 UNLIQ |
|---|---|---|

| KERSCH, GRADY L.<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | Claim Number: 5001<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

| KESSLER SIGN COMPANY<br>P O BOX 785<br>ZANESVILLE, OH 43702 | Claim Number: 1037<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1557.56 |
|---|---|---|

| KEVCO, INC.<br>KRISTIN H. JAIN, ESQ.<br>BAKER & MCKENZIE<br>2001 ROSS AVENUE, SUITE 2300<br>DALLAS, TX 75201 | Claim Number: 1762<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| UNSECURED | Claimed: | $189747.00 | | | Allowed: | $5000.00 |
|---|---|---|---|---|---|---|

| KEVCO, INC.<br>KRISTIN H. JAIN, ESQ.<br>BAKER & MCKENZIE<br>2001 ROSS AVENUE, SUITE 2300<br>DALLAS, TX 75201 | Claim Number: 2558<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $189747.00 |
|---|---|---|

---

KEY LOCKSMITH COMPANY, THE
224 OCEAN PARKWAY
BERLIN, MD 21811

Claim Number: 10386
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $222.50 |
| --- | --- | --- |

---

KEY REAL ESTATE INC,
116 E BUTLER RD
MAULDIN, SC 296622104

Claim Number: 1057
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $495.00 | Scheduled: | $825.00 DISP | Allowed: | $495.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

KEYS, HERMAN/ANNETTE
P.O. BOX 1261
COLLINS, MS 39428-1261

Claim Number: 601
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |
| --- | --- | --- |

---

KEYS, HERMAN/ANNETTE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2856
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |
| --- | --- | --- | --- | --- | --- | --- |

---

KEYSTONE LABORATORIES
30 GARFIELD ST
STE B
ASHEVILLE, NC 28803

Claim Number: 9520
Claim Date: 04/12/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $161.00 |
| --- | --- | --- |

---

KEYSTONE LABS INC
30 GARFIELD ST STE B
ASHEVILLE, NC 28803

Claim Number: 2346
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $161.00 |
| --- | --- | --- |

---

KEYSTONE LABS INC-NC,
30 GARFIELD ST STE B
ASHEVILLE, NC 28803

Claim Number: 2347
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $161.00 | Scheduled: | $161.00 | Allowed: | $161.00 |
| --- | --- | --- | --- | --- | --- | --- |

KFORCE, INC.
1001 E. PALM AVENUE
ATTN: AMIR RIVERS
TAMPA, FL 33605

Claim Number: 3783
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $4381.38 | | | Allowed: | $4381.38 |

KGE/KANSAS GAS SERVICE,
P O BOX 758000
TOPEKA, KS 66675

Claim Number: 2358
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2100.74 | Scheduled: | $1192.80 | Allowed: | $2100.74 |

KI SERVICES
DBA:KI SERVICES
PO BOX 90
ELMATON, TX 77440

Claim Number: 3091
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1380.19 | | | | |
| UNSECURED | | | | | Allowed: | $64.95 |

KIE SUPPLY
113 E. COLUMBIA DRIVE
KENNEWICK, WA 99336

Claim Number: 9533
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $48.48 | | | | |

KIE SUPPLY INC-OR,
113 E COLUMBIA DR
KENNEWICK, WA 99336

Claim Number: 1716
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $122.56 | Scheduled: | $122.56 | Allowed: | $122.56 |

KIESTER LOCKWOOD & BARB LLP
AND DAVID GILL & SANDRA GILL
611 W 14TH
AUSTIN, TX 78701

Claim Number: 4070
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6500.00 | | | Allowed: | $6500.00 |

KIGER, FAYE C
3140 US 158 BYPASS
HENDERSON, NC 27537

Claim Number: 8479
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |

| KILBURN, THOMAS & JUDITH<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6924<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| KILEY MICHAEL<br>102 E 2ND ST<br>SAFFORD, AZ 85546 | Claim Number: 4953<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $5000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $5000.00 |

| KILGORE COLLEGE<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | Claim Number: 412<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $766.22 | | Allowed: | $304.21 |
|---|---|---|---|---|---|

| KILGORE COLLEGE<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10823<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $425.88 UNLIQ |
|---|---|---|

| KILGORE ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | Claim Number: 364<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $3206.45 UNLIQ |
|---|---|---|

| KILGORE SCHOOL<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | Claim Number: 10824<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4.11 UNLIQ |
|---|---|---|

| KILLEEN DAILY<br>DBA:KILLEEN DAILY HERALD<br>P O BOX 1300<br>KILLEEN, TX 76540 | Claim Number: 1210<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $129.20 | | Allowed: | $129.20 |
|---|---|---|---|---|---|

KILLEEN DAILY,
DBA:KILLEEN DAILY HERALD
P O BOX 1300
KILLEEN, TX 76540

Claim Number: 1211
Claim Date: 02/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $550.08 | Scheduled: | $473.82 | Allowed: | $550.08 |

KILLEEN DAILY,
DBA:KILLEEN DAILY HERALD
P O BOX 1300
KILLEEN, TX 76540

Claim Number: 1212
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1994.39 | Scheduled: | $1903.46 | Allowed: | $1994.39 |

KILLEEN PROPANE,
P O BOX 696
KILLEEN, TX 76540-0696

Claim Number: 2076
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $602.90 | Scheduled: | $447.62 | Allowed: | $602.90 |

KILLEEN WELDING SUPPLY
2604 ATKINSON
KILLEEN, TX 76543

Claim Number: 6527
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78.00 |

KILLIAN JIMMY
1684 MINNONITE CHURCH RD
HICKORY, NC 28602

Claim Number: 692
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $4000.00 | Allowed: | $4000.00 |

KILLIAN JIMMY,
1684 MINNONITE CHURCH RD
HICKORY, NC 28602

Claim Number: 693
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $3000.00 | Scheduled: | $10100.00 | Allowed: $3000.00 |

KILLIAN, JIMMY
1684 MINNONITE CW RD
HICKORY, NC 28602

Claim Number: 8828
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10000.00 |

---

KILLINGER, CARTER & DONNA
21390 HWY 30
TWIN FALLS, ID 83301

Claim Number: 5092
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $31583.11 | | | | |
|---|---|---|---|---|---|---|

---

KIM'S CLEAN
5816 PINETREE AVE B
PANAMA CITY, FL 324086565

Claim Number: 2105
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1655.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $1655.00 | Allowed: | $1980.00 |

---

KIMBLE, CHARLOTTE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4231
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

---

KIMBLE, CHARLOTTE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6925
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

KINDER MORGAN INC
PO BOX 3000
SCOTTSBLUFF, NE 69363

Claim Number: 2964
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $177.05 | | | Allowed: | $177.05 |
|---|---|---|---|---|---|---|

---

KINDER MORGAN INC,
PO BOX 659563
SAN ANTONIO, TX 782659563

Claim Number: 2965
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $98.52 | Scheduled: | $71.74 | Allowed: | $98.52 |
|---|---|---|---|---|---|---|

---

KING AND QUEEN COUNTY
NITA T BUNTING TREASURER
P O BOX 98
KING AND QUEEN COURT HOUS, VA 23085

Claim Number: 6744
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $235.43 | | | | |
|---|---|---|---|---|---|---|

---

| KING COUNTY TREASUREY DIVISON<br>RM 600 500 4TH AVE<br>SEATTLE, WA 98104 | Claim Number: 3062<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $512.32 | | |

| KING MARTHA<br>6320 E OLD MARION HWY<br>FLORENCE, SC 29506 | Claim Number: 3135<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2250.00 | | |

| KING MISHA LEE,<br>3880 MARKS ROAD<br>CAMERON, NC 28326 | Claim Number: 1077<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $339.00 | | |
| UNSECURED | | Scheduled: $250.00 | Allowed: | $339.00 |

| KING, DOROTHY<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3532<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

| KING, ELBERT<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 6926<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

| KING, ELBERT/ROSIE<br>C/O BYRD AND ASSOCIATE, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 5237<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

| KING, ERIC<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5854<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | |

| KING, JESSIE<br>821 SPEED ST.<br>VICKSBURG, MS | Claim Number: 6678<br>Claim Date: 04/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2500.00 | | |

| KING, JESSIE<br>C/O SUZANNE KEYS<br>BYRD, GIBBS & MARTIN PLLC<br>P.O. BOX 19<br>JAKCSON, MS 39205 | Claim Number: 10736<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1016.20 | Allowed: | $1016.20 |

| KING, LILLIE<br>WILBUR COLOM<br>PO BOX 866<br>COLUMBUS, MS 39703 | Claim Number: 7517<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7335 (11/17/2004) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $100000.00 | | |
| UNSECURED | | Scheduled: | $0.00 UNLIQ | |

| KING, NETHELDA D<br>1002 SIMMONS RIDGE RD<br>VINTON, VA 24179 | Claim Number: 10837<br>Claim Date: 03/07/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8544 (04/25/2006) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5150.00 | | |

| KING, THURMAN L<br>PO BOX 7211<br>FLORENCE, SC 29502 | Claim Number: 1566<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2095.00 | Scheduled: $2095.00 | Allowed: $2095.00 |

| KINGSPORT OFFIC,<br>200-202 MARKET&COMMERCE<br>KINGSPORT, TN 37660 | Claim Number: 2650<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $622.41 | Scheduled: $22.05 | |

| KINGSTON PLANTATION,<br>C/O DAVID J. HARRIS<br>BURCH PORTER & JOHNSON, PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | Claim Number: 4483<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6831.50 | Scheduled: $6831.50 | Allowed: $6831.50 |

KINKO'S INC.
1000 TOWN CTR. DR. - 3RD FLOOR
OXNARD, CA 93030-1100

Claim Number: 282
Claim Date: 01/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4056.43 |

KINKO'S, INC.
1000 TOWN CTR. DR. - 3RD FLOOR
OXNARD, CA 93030-1100

Claim Number: 538
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5355.89 |

KINLEY REALTY
DBA: KINLEY & ASSOC REALTY
324 GREENOAK DR
ARCHDALE, NC 27263

Claim Number: 755
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $461.00 |

KINNEY RITA
454 NUBIA RD
WESTMORELAND, TN 37186

Claim Number: 4055
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1200.00 |

KINNEY RITA
454 NUBIA RD
WESTMORELAND, TN 37186

Claim Number: 4058
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1200.00 |

KINRO INC-AZ,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4833
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $767.41 | Scheduled: | $724.05 UNLIQ | Allowed: | $767.41 |

KINRO INC-AZ,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4837
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65337.20 | Scheduled: | $63006.74 UNLIQ | Allowed: | $65337.20 |

KINRO INC-CO,
500 AIRPORT DR
MANSFIELD, TX 76063

Claim Number: 4836
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $33575.63 | Scheduled: | $33575.63 UNLIQ | Allowed: | $33575.63 |

KINRO INC-IN,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4832
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $835.38 | Scheduled: | $835.38 UNLIQ | Allowed: | $835.38 |

KINRO INC-IN,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4835
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $73058.44 | Scheduled: | $73058.44 UNLIQ | Allowed: | $73058.44 |

KINRO INC-MN,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4834
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $36923.27 | Scheduled: | $37109.27 UNLIQ | Allowed: | $36923.27 |

KINRO INC-NC,
PO BOX 910886
DALLAS, TX 75391 0886

Claim Number: 4831
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1978.77 | Scheduled: | $1978.77 UNLIQ | Allowed: | $1978.77 |

KINRO INC-NC,
PO BOX 910886
DALLAS, TX 75391 0886

Claim Number: 4841
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $161862.30 | Scheduled: | $177044.16 UNLIQ |

KINRO INC-OR,
500 AIRPORT DR
MANSFIELD, TX 76063

Claim Number: 4839
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $104052.52 | Scheduled: | $103637.36 UNLIQ |

KINRO INC-PA,
PO BOX 910886
DALLAS, TX 75391

Claim Number: 4842
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $56294.69 | Scheduled: | $56294.69 UNLIQ |

KINRO INC-TN,
PO BOX 910886
DALLAS, TX 75391 0886

Claim Number: 4829
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $816.67 | Scheduled: | $816.67 UNLIQ | Allowed: | $816.67 |
|---|---|---|---|---|---|---|

KINRO INC-TN,
PO BOX 910886
DALLAS, TX 75391 0886

Claim Number: 4840
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $15073.08 | Scheduled: | $15073.08 UNLIQ | Allowed: | $9282.59 |
|---|---|---|---|---|---|---|

KINRO INC-TX,
500 AIRPORT DR
MANSFIELD, TX 76063

Claim Number: 4828
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $144.23 | Scheduled: | $144.23 UNLIQ | Allowed: | $144.23 |
|---|---|---|---|---|---|---|

KINRO INC-TX,
500 AIRPORT DR
MANSFIELD, TX 76063

Claim Number: 4838
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $66215.82 | Scheduled: | $66215.82 UNLIQ | Allowed: | $66215.82 |
|---|---|---|---|---|---|---|

KINRO INC.
4381 W. GREEN OAKS BLVD #200
ARLINGTON, TX 76016

Claim Number: 4826
Claim Date: 03/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $47503.34 UNLIQ | | | Allowed: | $47503.34 |
|---|---|---|---|---|---|---|

KINRO, INC
500 AIRPORT DR
MANSFIELD, TX 76063

Claim Number: 10785
Claim Date: 10/18/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $13575.63 |
|---|---|---|

KIRK, MARK & DEBRA
2631 AZTEC DR. NW
OLYMPIA, WA 98502

Claim Number: 5590
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $16283.00 |
|---|---|---|

KIRK, MARK & DEBRA
2631 AZTEC DR. NW
OLYMPIA, WA 98502

Claim Number: 5591
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $16283.00 |
|---|---|---|

---

KIRKPATRICK, JERRY
KIRKPATRICK, LINDA
6907 HWY 9
CENTER RIDGE, AR 72027

Claim Number: 10749
Claim Date: 05/31/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8422 (01/31/2006)

| PRIORITY | Claimed: | $53841.89 | | |
|---|---|---|---|---|

---

KISER REBECCA G
PO BOX 7482
STATESVILLE, NC 28677

Claim Number: 2344
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $520.00 | | |
|---|---|---|---|---|

---

KITCHENS, DARREN & TISHA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6927
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

KITCHENS, DATTEN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3211
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $7258.58 |

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 52
Claim Date: 12/17/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $854.17 UNLIQ | | |
|---|---|---|---|---|

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 53
Claim Date: 12/17/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $572.13 UNLIQ | | |
|---|---|---|---|---|

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 3545
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1107.04 | | |
|---|---|---|---|---|

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 3546
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $546.10 |
| --- | --- | --- |

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 3547
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $6373.72 |
| --- | --- | --- |

---

KITSAP COUNTY TREASURER
BOX 169
PORT ORCHARD, WA 98366

Claim Number: 10442
Claim Date: 06/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2270.69 |
| --- | --- | --- |

---

KITSAP COUNTY TREASURER
PO BOX 169
PORT ORCHARD, WA 98366

Claim Number: 10443
Claim Date: 06/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1840.10 |
| --- | --- | --- |

---

KITTLE, RICHARD L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5855
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

KIVETT'S CLEAN
DBA:KIVETT'S CLEAN&DECOR
1332 PENN AVE
ASHEBORO, NC 27203

Claim Number: 9366
Claim Date: 02/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4165 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $3525.00 |
| --- | --- | --- |

---

KLAA FM,
92 W SHAMROCK ST
PINEVILLE, LA 71360

Claim Number: 771
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1758.75 | Scheduled: | $1758.75 | Allowed: | $1758.75 |
| --- | --- | --- | --- | --- | --- | --- |

| | | |
|---|---|---|
| KLAMATA COUNTY<br>LINDA BACCHI - TAX COLLECTOR<br>PO BOX 340<br>KLAMATH FALLS, OR 97601 | | Claim Number: 10118<br>Claim Date: 05/27/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 |

| | | |
|---|---|---|
| KLAMATH COUNTY TAX COLLECTOR<br>PO BOX 340<br>KLAMATH FALLS, OR 97601 | | Claim Number: 9604<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>CARL O SANDIN<br>1235 NORTH LOOP WEST, STE. 600<br>HOUSTON, TX 77008 | | Claim Number: 6882<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| SECURED | Claimed: | $1866.51 |

| | | |
|---|---|---|
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>YOLANDA M. HUJMPHREY<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>1235 NORTH LOOP WEST, STE 600<br>HOUSTON, TX 77008 | | Claim Number: 10105<br>Claim Date: 05/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $1345.11 UNLIQ |

| | | |
|---|---|---|
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>YOLANDA M. HUMPHREY<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | | Claim Number: 10131<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $1819.36 UNLIQ |

| | | |
|---|---|---|
| KLEIN, DAVID A.<br>STEVEN K. KORTANEK, ESQ.<br>919 N. MARKER STREET, STE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6827<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1368.75 |

| | | |
|---|---|---|
| KLEIN, SANFORD H. & RHONDA S.<br>DBA R & S ENTERPRISES<br>301 HOLLOW STREET<br>HOHENWALD, TN 38642 | | Claim Number: 10140<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| ADMINISTRATIVE | Claimed: | $707.63 |

KLEIN, WILLIAM A.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 6828
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|

KLOEPFER, BETTY JO
C/O JEFFREY GOOCH
39 EXCHANGE PLACE
ATTN: SPENCE, MORIARITY & SCHUSTER
SALT LAKE CITY, UT 84111

Claim Number: 5288
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, BETTY JO
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5296
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, BETTY JO
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5304
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, BETTY JO
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5312
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, BETTY JO
39 EXCHANGE PLACE
ATTN: SPENCE, MORIARITY & SCHUSTER
JEFF GOOCH
SALT LAKE CITY, UT 84111

Claim Number: 5642
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, MATTHEW
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5289
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, MATTHEW
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5297
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000000.00 |
|---|---|---|

KLOEPFER, MATTHEW
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5305
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, MATTHEW
JEFF GOOCH
SPENCE, MORIARITY & SCHUSTER
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111

Claim Number: 5313
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KLOEPFER, MATTHEW
39 EXCHANGE PLACE
ATTN:SPENCE, MORIARITY & SCHUSTER
JEFF GOOCH
SALT LAKE CITY, UT 84111

Claim Number: 5643
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $10000000.00 UNLIQ |
|---|---|---|

KNIGHT, MILTON & MARVA
2320 SHEFFIELD ROAD
RALEIGH, NC 27610

Claim Number: 10299
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $123983.15 |
|---|---|---|

KNIGHTS INN
DBA KNIGHTS INN
6401 MACCORCKLE AVE SE
CHARLESTON, WV 25304

Claim Number: 1489
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $340.92 | Allowed: | $340.92 |
|---|---|---|---|---|

KNOLES, CHARLES W. "BUZZ"
KEGLER BROWN HILL & RITTER
65 E. STATE STREET
SUITE 1700
COLUMBUS, OH 43215

Claim Number: 10495
Claim Date: 06/25/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $50683.43 | Allowed: | $38784.66 |
|---|---|---|---|---|

KNOLL TERRACE
645 HORESHOE BEND RD
HENDERSON, NC 27537

Claim Number: 3808
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

KNOLL TERRACE
645 HORESHOE BEND RD
HENDERSON, NC 27537

Claim Number: 3809
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $387.50 UNLIQ |
|---|---|---|

| | | | |
|---|---|---|---|
| KNOLL TERRACE,<br>645 HORESHOE BEND RD<br>HENDERSON, NC 27537 | | Claim Number: 3807<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | |
| SECURED | Claimed: | $1028.16 | |
| UNSECURED | | Scheduled: | $1085.00 DISP |

| | | | |
|---|---|---|---|
| KNOLLWOOD VILLAGE MHP<br>DBA KNOLLWOOD VILLAGE MHP<br>100 COLLINS DRIVE<br>SHERMAN, TX 75090 | | Claim Number: 5568<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | |
| SECURED | Claimed: | $355.00 | |

| | | | |
|---|---|---|---|
| KNOLLWOOD VILLAGE MHP,<br>DBA KNOLLWOOD VILLAGE MHP<br>100 COLLINS DRIVE<br>SHERMAN, TX 75090 | | Claim Number: 5567<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | |
| SECURED | Claimed: | $325.00 | |
| UNSECURED | | Scheduled: | $360.00 DISP |

| | | | |
|---|---|---|---|
| KNOWLTON, DON<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | | Claim Number: 5113<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $75000.00 UNLIQ | |

| | | | |
|---|---|---|---|
| KNOX COUNTY TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | | Claim Number: 334<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $384.06 | |

| | | | |
|---|---|---|---|
| KNOX COUNTY TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | | Claim Number: 478<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $384.06 | |

| | | | |
|---|---|---|---|
| KNOX, BOBBY G<br>472 SAULS ROAD<br>MOULTRIE, GA 31768 | | Claim Number: 8164<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | |
| ADMINISTRATIVE | Claimed: | $10384.62 UNDET | |

---

KNOX, BOBBY GENE

Claim Number: 10247
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $23000.00 |
| --- | --- | --- |

---

KNOXVILLE NEWS SENTINEL COMPANY
ATTN: VICKIE BOLINGER / CREDIT MANAGER
208 W. CHURCH AVE
P.O. BOX 59038
KNOXVILLE, TN 37950-9038

Claim Number: 273
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $762.35 |
| --- | --- | --- |

---

KNOXVILLE NEWS SENTINEL COMPANY
ATTN: VICKIE BOLINGER/CREDIT MANAGER
208 W. CHURCH AVE
P.O. BOX 59038
KNOXVILLE, TN 37950-9038

Claim Number: 2030
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $237.54 |
| --- | --- | --- |

---

KODAS KARPET,
24041 JOHNSON RD NW
POULSBO, WA 983709610

Claim Number: 3591
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $1054.00 | | Scheduled: | $1054.00 | Allowed: | $1054.00 |

---

KODAS KARPETS,
24041 JOHNSON RD NW
POULSBO, WA 983709610

Claim Number: 3465
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $2565.50 | | Scheduled: | $2688.50 | Allowed: | $2565.50 |

---

KOEHNES WELDING SERVICE,
DBA KOEHNES WELDING SERVICE
92 N MESQUITE DR
VICTORIA, TX 77905

Claim Number: 971
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $86.60 | Scheduled: | $86.60 | Allowed: | $86.60 |
| --- | --- | --- | --- | --- | --- | --- |

---

KOHL BUILDING PRODUCT
TRANSFEROR: REVENUE MANAGEMENT
PO BOX 8500
PHILADELPHIA, PA 19178

Claim Number: 2130
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2305 (11/06/2003)

| UNSECURED | Claimed: | $5515.52 | Scheduled: | $5515.52 | Allowed: | $5515.52 |
| --- | --- | --- | --- | --- | --- | --- |

| KOLAR, ADOLPH L. | Claim Number: 5856 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST, SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $6329.58 UNLIQ |

| KOONSMAN, JAMES | Claim Number: 5857 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST, SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| KOONTS OFFICE PRODUCTS | Claim Number: 9768 |
| 1100 S. MAIN STREET | Claim Date: 05/10/2004 |
| LEXINGTON, NC 27292 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $71.62 |

| KOOSMAN, DIANE J | Claim Number: 1548 |
| 1330 9TH AVE SW | Claim Date: 02/24/2003 |
| WATERTOWN, SD 57201 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $1000.00 | | | |
| UNSECURED | | | Scheduled: | $1000.00 | Allowed: | $1000.00 |

| KOOTENAI COUNTY TREASURER | Claim Number: 5274 |
| C/O KOOTENAI COUNTY LEGAL SERVICES | Claim Date: 03/24/2003 |
| P.O. BOX 9000 | Debtor: OAKWOOD HOMES CORPORATION |
| COEUR D ALENE, ID 83816 | Comments: ALLOWED |

| PRIORITY | Claimed: | $84.00 | | |
| SECURED | Claimed: | $2977.33 | Allowed: | $146.51 |

| KOOTENAI COUNTY TREASURER | Claim Number: 6316 |
| P O BOX 9000 | Claim Date: 03/31/2003 |
| C/O KOOTENAI COUNTY LEGAL SERVICES | Debtor: OAKWOOD HOMES CORPORATION |
| COEUR D ALENE, ID 83816 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $84.00 |
| SECURED | Claimed: | $2977.33 |

| KOPE, JASON | Claim Number: 5858 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST, SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $834.38 UNLIQ |

KOPECNA, IVONA
97 PEAKS RD
PROSPECT, VA 23960

Claim Number: 3602
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $225.00 | | | | | |
| UNSECURED | | | Scheduled: | $225.00 | | Allowed: | $225.00 |

KOSCIUSKO COUNTY TREASURER
100 W CENTER ST
WARSAW, IN 46580

Claim Number: 10609
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $155223.29 |

KOSCIUSKO COUNTY TREASURER
100 W CENTER ST
WARSAW, IN 46580

Claim Number: 10610
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43977.88 |

KOSCIUSKO COUNTY TREASURER
100 W CENTER ST
WARSAW, IN 46580

Claim Number: 10611
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15131.03 |

KOSCIUSKO COUNTY TREASURER
100 W CENTER ST
WARSAW, IN 46580

Claim Number: 10612
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $49682.97 |

KOSINAR, HAROLD WAYNE
PO BOX 5038
PRINCETON, WV 24740

Claim Number: 1975
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3596 (02/17/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

KOSINAR, HAROLD WAYNE
P.O. BOX 5038
PRINCETON, WV 24740

Claim Number: 447
Claim Date: 01/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3800.00 |

---

KOSINAR, HAROLD WAYNE
P.O. BOX 5038
PRINCETON, WV 24740

Claim Number: 2703
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3800.00 |
|---|---|---|

---

KOSINAR, HAROLD WAYNE
P.O. BOX 5038
PRINCETON, WV 24740

Claim Number: 2704
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3596 (02/17/2004)

| UNSECURED | Claimed: | $2500.00 |
|---|---|---|

---

KOSINAR, HAROLD WAYNE
P.O. BOX 5038
PRINCETON, WV 24740

Claim Number: 9354
Claim Date: 02/02/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $5000.00 |
|---|---|---|---|---|---|---|

---

KOST TIRE & MUFFLER,
210 N DEER DR
LEWISBURG, PA 17837

Claim Number: 3774
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $259.36 | Scheduled: | $259.36 | Allowed: | $259.36 |
|---|---|---|---|---|---|---|

---

KPLR TV
2250 BALL DRIVE
SAINT LOUIS, MO 63146

Claim Number: 2480
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY UNSECURED | Claimed: | $1700.00 | Scheduled: | $325.00 |
|---|---|---|---|---|

---

KRAFT, JERRY R. & MYRNA B.
11341 DOGWOOD LANE
FORT MYERS BEACH, FL 33931-7126

Claim Number: 4909
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $13900.00 |
|---|---|---|

---

KRAMER APPRAISA
6156 SUNSET DR
CEDAR HILL, MO 63016

Claim Number: 2287
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |
|---|---|---|---|---|---|

---

KRAMER APPRAISA
6156 SUNSET DR
CEDAR HILL, MO 63016

Claim Number: 2288
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $300.00 |
|---|---|---|

---

KRAMER APPRAISA
6156 SUNSET DR
CEDAR HILL, MO 63016

Claim Number: 2289
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $200.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $200.00 |

KRAUS PHIL,
714 RT J
NEW BLOOMFIELD, MO 65063

Claim Number: 4699
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3392.00 | Scheduled: | $3392.00 | Allowed: | $3392.00 |
|---|---|---|---|---|---|---|

KRAUS, GERALD
63 N. MORRISON AVE.
CASA GRANDE, AZ 85222

Claim Number: 10164
Claim Date: 06/01/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1260.00 |
|---|---|---|

---

KRAUSE, KAREN SUE & CHRISTINA L. BUSBY
3857 KNIGHT DRIVE
WHITES CREEK, TN 37189

Claim Number: 10634
Claim Date: 10/26/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $23618.51 |
|---|---|---|

KROB, KENNETH
7772 FOSTER DR.
NAVASOTA, TX 77868

Claim Number: 2581
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $4650.00 | | Allowed: | $2790.00 |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $854.00 | | | |

KROLL LABORATORY SPECIALISTS INC
1111 NEWTON ST
GRETNA, LA 70053

Claim Number: 2250
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $525.00 |
|---|---|---|

---

---

KRUIS JOHN D
40287 PALMERVILLE RD
NEW LONDON, NC 281279685

Claim Number: 4138
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $393.80 |
|---|---|---|

---

KRUIS JOHN D SR
40287 PALMERVILLE RD
NEW LONDON, NC 281279685

Claim Number: 4137
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1060.00 |
|---|---|---|

---

KUHN, DAWN
THOMAS O FALB ABBORNEY
500 EAST 6TH ST
ALTON, IL 62002

Claim Number: 8901
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1000000.00 |
|---|---|---|

---

KURTEN WILLIAM E
P O BOX 88
PLANTERSVILLE, TX 77363

Claim Number: 3844
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $4240.00 | Allowed: | $3392.00 |
|---|---|---|---|---|

---

KURTZ, FRANK
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7087
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

KUYKENDALL, AMANDA
8301 E 21ST ST N STE 450
WICHITA, KS 672062936

Claim Number: 5065
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

---

KUYKENDALL, AMANDA
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5069
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

---

KUYKENDALL, AMANDA
DEPEW & GILLEN LLC
8301 E 21ST ST N STE 450
WICHITA, KS 672062936

Claim Number: 5073
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

---

---

KUYKENDALL, AMANDA
8301 E 21ST ST N STE 450
WICHITA, KS 672062936

Claim Number: 10276
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
| --- | --- | --- |

---

KUYKENDALL, DON & TERRI
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5066
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| UNSECURED | Claimed: | $150000.00 |
| --- | --- | --- |

---

KUYKENDALL, DON & TERRI
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5070
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| UNSECURED | Claimed: | $150000.00 |
| --- | --- | --- |

---

KUYKENDALL, DON & TERRI
C/O TONY L. ATTERBURY
DEPEW & GILLEN, L.L.C.
151 NORTH MAIN, SUITE 800
WICHITA, KS 67202

Claim Number: 5074
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| UNSECURED | Claimed: | $150000.00 |
| --- | --- | --- |

---

KWIATKOWSKI JOHN-MN,
5200 COUNTY S
LITTLE SUAMICO, WI 54141

Claim Number: 4546
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $150.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $150.00 | Allowed: | $150.00 |

---

KWUD 1490 AM
PO BOX 129
WOODVILLE, TX 75979

Claim Number: 8051
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $108.00 |
| --- | --- | --- |

---

KXPC,
DBA KXPC
1207 9TH AVE SE
ALBANY, OR 97321

Claim Number: 3071
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1570.00 | Scheduled: | $1570.00 | Allowed: | $1570.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

L & L BOILER MAINTENANCE, INC.
116 S. WASHINGTON STREET
PO BOX 146
MONTOURSVILLE, PA 17754

Claim Number: 4578
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3325.62 |
|---|---|---|

---

L & R FLOOR COVERING & REMODELING,
P O BOX 702
HAMLET, NC 28345

Claim Number: 4552
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

---

L&H CO OF MONTR
527 CROOKS HORN RD
MONTROSS, VA 22520

Claim Number: 6220
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2800.00 |
|---|---|---|

---

L&L CONSTRUCTION
448 MASON LAKE ROAD
BEREA, KY 40403

Claim Number: 510
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY UNSECURED | Claimed: | $38283.00 | Allowed: | $38283.00 |
|---|---|---|---|---|

---

L&L LANDSCAPE,
PO BOX 62
WINDSOR, CO 80550

Claim Number: 3246
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1462.00 | Scheduled: | $2924.00 | Allowed: | $1462.00 |
|---|---|---|---|---|---|---|

---

L&P FINANCIAL SERVICES, CO.
ATTN: TARIN LILLIE
NO. 1 LEGGETT ROAD
CARTHAGE, MO 64836

Claim Number: 320
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | | | Allowed: | $3368.57 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51993.15 | Allowed: | $48624.58 |

---

L&P FINANCIAL SERVICES, CO.
ATTN: TARIN FERGUSON
NO. 1 LEGGETT ROAD
CARTHAGE, MO 64836

Claim Number: 9602
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3368.57 |
|---|---|---|

---

| L&S CLEANING SERVICE,<br>3419 VALERIE LN<br>SPRING, TX 77380 | Claim Number: 3325<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $683.20 | Scheduled: | $683.20 | Allowed: | $683.20 |
|---|---|---|---|---|---|---|

| L.C.TAYLOR ENTE,<br>P.O. BOX 188<br>STAFFORD, VA 22555 | Claim Number: 3011<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $800.00 | Scheduled: | $700.00 DISP | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

| L.T. & T. FOOTINGS<br>DANNY & TAMMY PRESFRIDGE<br>PO BOX 1143<br>BRISTOW, OK 74010 | Claim Number: 9572<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7800.00 |
|---|---|---|

| LA JUNTA TRIBUNE DEMOCRAT<br>PO BOX 480<br>LA JUNTA, CO 81050 | Claim Number: 1776<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $149.17 | Scheduled: | $144.80 | Allowed: | $149.17 |
|---|---|---|---|---|---|---|

| LA PLATA MOBILE MANOR,<br>P O BOX 5015<br>SILVER CITY, NM 88062 | Claim Number: 4857<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 DISP | Allowed: | $450.00 |
|---|---|---|---|---|---|---|

| LA QUINTA - ALBANY<br>LA QUINTA - ALBANY<br>251 AIRPORT RD., SE<br>ALBANY, OR 97321 | Claim Number: 8105<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $976.08 |
|---|---|---|

| LAB SAFETY SUPPLY-IN,<br>PO BOX 5004<br>JANESVILLE, WI 53547 | Claim Number: 2057<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $42.00 | Scheduled: | $42.00 | Allowed: | $42.00 |
|---|---|---|---|---|---|---|

---

LAB SAFETY SUPPLY-NC,
401 S WRIGHT RD
PO BOX 5004
JANESVILLE, WI 53547

Claim Number: 2058
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $163.35 | Scheduled: | $163.35 | Allowed: | $163.35 |
|-----------|----------|---------|------------|---------|----------|---------|

LAB SAFETY SUPPLY-OR,
401 S WRIGHT RD
PO BOX 5004
JANESVILLE, WI 53547 5007

Claim Number: 2055
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $340.61 | Scheduled: | $340.61 | Allowed: | $340.61 |
|-----------|----------|---------|------------|---------|----------|---------|

LAB SAFETY SUPPLY-TX,
ACCT# 862463
PO BOX 5004
JANESVILLE, WI 53547 5004

Claim Number: 2056
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $54.76 | Scheduled: | $54.76 | Allowed: | $54.76 |
|-----------|----------|--------|------------|--------|----------|--------|

LABOR EXPRESS-AZ
DBA LABOR EXPRESS
PO BOX 15000
CHANDLER, AZ 85244-5000

Claim Number: 2714
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $205.98 | | | Allowed: | $205.98 |
|-----------|----------|---------|--|--|----------|---------|

LABOR EXPRESS-AZ,
DBA LABOR EXPRESS
PO BOX 1205
CHANDLER, AZ 85244-1205

Claim Number: 3910
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $23405.09 | Scheduled: | $24074.52 | Allowed: | $23405.09 |
|--------------------|----------|-----------|------------|-----------|----------|-----------|

LABOR EXPRESS-AZ,
DBA LABOR EXPRESS
PO BOX 15005
CHANDLER, AZ 85244-1205

Claim Number: 769
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $167.30 | Scheduled: | $167.30 | Allowed: | $167.30 |
|-----------|----------|---------|------------|---------|----------|---------|

LABOR READY INC
P O BOX 2910
TACOMA, WA 98401-2910

Claim Number: 1931
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1117.40 | | | | |
|-----------|----------|----------|--|--|--|--|

---

LACEY'S DIGGING
LACEY DIGGING SERVICE-BJJ INC
151 CUSTOM DR
FLOWOOD, MS 392323142

Claim Number: 3108
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1776.20 |

---

LACHANCE, JEFFERY W
PO BOX 166
SEAFORD, DE 19973

Claim Number: 9114
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7446 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15720.00 |

---

LACOUR, JAMES KEITH
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7453
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1368.75 |

---

LADIS, BUSHROD G.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5859
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

LAFARGE SOUTHWEST
NEW MEXICO READY MIX DIVISION
DEPT 068
DENVER, CO 80271

Claim Number: 1422
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $799.36 | Allowed: | $799.36 |

---

LAFAYETTE BUSINESS MACHINE
PO BOX 43904
FAYETTEVILLE, NC 28304

Claim Number: 661
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $127.22 |

---

LAFAYETTE CONSOLIDATED GOVERNMENT
P.O. BOX 4024
LAFAYETTE, LA 70502

Claim Number: 115
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $105.98 |

---

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 1386<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $2986.76 | | Allowed: | $2986.76 |
| UNSECURED | Claimed: | $430.69 | | | |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 2035<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $2986.76 |
| UNSECURED | Claimed: | $430.69 |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 3333<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $90.95 | | Allowed: | $90.95 |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 7265<br>Claim Date: 05/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $105.98 |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 7716<br>Claim Date: 08/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $0.00 |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 7717<br>Claim Date: 08/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |

| LAFAYETTE CONSOLIDATED GOVERNMENT<br>P.O. BOX 4024<br>LAFAYETTE, LA 70502 | Claim Number: 7718<br>Claim Date: 08/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |

LAFAYETTE PARISH TAX COLLECTOR
P.O. BOX 92590
LAFAYETTE, LA 70509

Claim Number: 6741
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $19584.00 | | Allowed: | $506.98 |

LAFLEUR, GEORGE AND SHEILA
224 SHERWOOD FOREST
EXETER, NH 03833

Claim Number: 10711
Claim Date: 03/14/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments:
This claim amends claim previously filed 3/27/03.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7800.00 |

LAIR, BUDDY R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5860
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

LAIZURIE, LAWRENCE & DONNA
140 SUNSET AVE
ROEBUCK, SC 29376

Claim Number: 9048
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |

LAKE FOREST ESTATES
PO BOX 950
FELTON, DE 19943

Claim Number: 2465
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $841.50 | Scheduled: | $841.50 DISP | Allowed: | $841.50 |

LAKE ROSEMARY ESTATES INC
43 LAIRD RD
CRESTVIEW, FL 32539

Claim Number: 1185
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $450.00 | | | |
| UNSECURED | | | | Allowed: | $450.00 |

LAKESIDE VILLAGE MHP
2812 CITY VIEW DRIVE
WICHITA FALLS, TX 76305

Claim Number: 3107
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1040.00 |

---

LAKEVIEW LIGHT,                          Claim Number: 865
PO BOX 98979                             Claim Date: 02/19/2003
LAKEWOOD, WA 98498                       Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $833.87 | Scheduled: | $1292.06 | Allowed: | $833.87 |
|---|---|---|---|---|---|---|

LAKEVIEW MOBILE COURT,                   Claim Number: 2131
DBA LAKEVIEW MOBILE COURT                Claim Date: 02/25/2003
1201 N ODELL AVE BOX 16                  Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
MARSHALL, MO 65340                       Comments: ALLOWED

| PRIORITY | Claimed: | $900.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $750.00 DISP | Allowed: | $825.00 |

LAKEWOOD HOMES INC                       Claim Number: 1573
PO BOX 286                               Claim Date: 02/24/2003
GLENDALE, SC 29346                       Debtor: OAKWOOD HOMES CORPORATION
                                         Comments: EXPUNGED
                                         DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $900.00 |
|---|---|---|

LAKEWOOD HOMES INC                       Claim Number: 8180
PO BOX 286                               Claim Date: 11/07/2003
GLENDALE, SC 29346                       Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $1050.00 |
|---|---|---|

LALONDE, LYNDA M.                        Claim Number: 7767
C/O RICHARD J. HATCH, JR.                Claim Date: 09/08/2003
P O BOX 1107                             Debtor: OAKWOOD HOMES CORPORATION
CORPUS CHRISTI, TX 78403

| UNSECURED | Claimed: | $25000.00 | | Allowed: | $25000.00 |
|---|---|---|---|---|---|

LAMAR ADVERTISING                        Claim Number: 3754
PO BOX 66338                             Claim Date: 03/14/2003
BATON ROUGE, LA 70896                    Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $986.50 | | Allowed: | $986.50 |
|---|---|---|---|---|---|

LAMAR CISD                               Claim Number: 579
JOHN P. DILLMAN                          Claim Date: 02/13/2003
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP   Debtor: OAKWOOD HOMES CORPORATION
P.O. BOX 3064                            Comments: ALLOWED
HOUSTON, TX 77253-3064

| SECURED | Claimed: | $366.36 |
|---|---|---|

---

LAMAR COMPANIES
DBA THE LAMAR COMPANIES
P O BOX 66338
BATON ROUGE, LA 70896

Claim Number: 2306
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $206.50 |
| --- | --- | --- |

---

LAMAR LINGENFELTER INSURANCE,
905 SOUTH PIERCE ST
ALMA, GA 31510

Claim Number: 1586
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $340.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $340.00 DISP | Allowed: | $340.00 |

---

LAMAR LINGENFELTER, INC.
905 SOUTH PIERCE STREET
ALMA, GA 31510

Claim Number: 9753
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $295.00 |
| --- | --- | --- |

---

LAMB, JOHN L
4957 OLD WALKER MILL RD
RANDLEMAN, NC 27317

Claim Number: 7934
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $190.00 |
| --- | --- | --- |

---

LAMB, LINVILLE & LOWETA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6928
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

LAMBERT'S SUB-WORK / CLYDE LAMBERT
363 N. LEO RD.
LAKE CITY, SC 29560

Claim Number: 317
Claim Date: 11/25/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1316.00 | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | | | | Allowed: | $1316.00 |

---

LAMPASAS CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 224
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $4985.66 |
| --- | --- | --- |

---

---

LAMPASAS CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8660
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $5376.33 UNLIQ |
|---|---|---|

---

LAMPASAS CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8661
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $7351.10 UNLIQ |
|---|---|---|

---

LAMPKIN, MARK
72 BRYANT RD
BROOKLYN, MS 394259776

Claim Number: 3281
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $1000000.00 | Allowed: | $120492.40 |
|---|---|---|---|---|

---

LANCASTER RENTALS
4031 NC 222 E
STANTONSBURG, NC 27883

Claim Number: 8456
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $403.62 |
|---|---|---|

---

LANCASTER, RAYMOND
CHRIS NICHOLS
207 W PINE STREET
SHERIDAN, AR 72150

Claim Number: 9262
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $6000.00 |
|---|---|---|

---

LAND CONCEPTS
1535 E. FORK MINK CREED RD.
POCATELLO, ID 83204

Claim Number: 5091
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $661.61 |
|---|---|---|

---

LAND CONCEPTS
1535 E. FORK MINK CREED RD.
POCATELLO, ID 83204

Claim Number: 8775
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $661.61 |
|---|---|---|

---

LAND JOHN
153 BEND REEVES RD
WACO, KY 40385

Claim Number: 3260
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $972.50 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LAND JOHN<br>153 BEND REEVES RD<br>WACO, KY 40385 | | | Claim Number: 7876<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $972.50 | | | |
| LANDELIUS, LEVI J.<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7063<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| LANDERS, TYRONE<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3212<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $75000.00 | | Allowed: | $21775.73 |
| LANDMARK APPRAISALS INC<br>14820 88TH AVE NW<br>GIG HARBOR, WA 98329 | | | Claim Number: 1329<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $950.00 | | Allowed: | $950.00 |
| LANDMARK BUILDING PRODUCTS<br>PO BOX 308<br>RANCHO CUCAMONGA, CA 91729-0308 | | | Claim Number: 7318<br>Claim Date: 05/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $188413.09 | | | |
| LANDMARK MANOR<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | | | Claim Number: 5457<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| PRIORITY | Claimed: | $292.50 | | | |
| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | | | Claim Number: 5453<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $292.50 | Scheduled: | $195.00 DISP | |

| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5454<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $195.00 |
|---|---|---|

| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5455<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $292.50 |
|---|---|---|

| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5456<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $97.50 |
|---|---|---|

| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5458<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| PRIORITY | Claimed: | $390.00 |
|---|---|---|

| LANDMARK MANOR,<br>P O BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5459<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $97.50 |
|---|---|---|

| LANDMARK YARDS,<br>DBA LANDMARK YARDS<br>PO BOX 10433<br>PANAMA CITY, FL 32404 | Claim Number: 3102<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1000.00 | Scheduled: | $1000.00 | Allowed: | $1000.00 |
|---|---|---|---|---|---|---|

| LANDRUM, LUTHER<br>209 MOSQUITO LANE<br>PINEVILLE, SC 29468 | Claim Number: 1750<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1705.00 |
|---|---|---|

| LANDRY, TERRY<br>TERRY COX<br>305 W. RUSK<br>MARSHALL, TX 75670 | Claim Number: 7474<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $83000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $5000.00 |
|---|---|---|---|---|---|---|

---

LANDSCAPE ASSOCIATES
DBA LANDSCAPE ASSOCIATES
6001 LAKESHORE DR
TIFTON, GA 31794

Claim Number: 8063
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $175.00 | | | |
|---|---|---|---|---|---|

LANE THOMAS HOUSING,
1955 S. MORRISON BLVD
HAMMOND, LA 70403

Claim Number: 1379
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $631.49 | | | |
|---|---|---|---|---|---|

LANE, ROBERT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7064
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

LANE, TERESA
830 MORGAN ST
PULASKI, TN 38478

Claim Number: 10092
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $15000.00 | | | |
|---|---|---|---|---|---|

LANE, TERESA
855 CUT OFF ROAD
PULASKI, TN 38478

Claim Number: 10514
Claim Date: 07/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $13500.00 | | | |
|---|---|---|---|---|---|

LANGDALE & VALLOTON, LLP
PO BOX 1547
1007 NORTH PATTERSON STREET
VALDOSTA, GA 31603-1547

Claim Number: 7545
Claim Date: 06/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| UNSECURED | Claimed: | $1626.13 | | Allowed: | $856.25 |
|---|---|---|---|---|---|

LANGLEY'S MH &
DBA: LANGLEY'S MOBILE HOM
923 DAISY LEE DRIVE
WILMINGTON, NC 28411

Claim Number: 7972
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1335.00 | | | |
|---|---|---|---|---|---|

LANGLEY'S MH &,
DBA: LANGLEY'S MOBILE HOM
923 DAISY LEE DRIVE
WILMINGTON, NC 28411

Claim Number: 1340
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| PRIORITY | Claimed: | $4135.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3460.00 | | Allowed: | $1150.00 |

---

---

LANGLEY'S PLUMBING
DBA: LANGLEY'S MOBILE HOMES
923 DAISY LEE DRIVE
WILMINGTON, NC 28411

Claim Number: 1341
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $4135.00 |
|---|---|---|

---

LANGLEY, MACY
P.O. BOX 222
HOT SPRINGS, AR 71914

Claim Number: 4785
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7888 (03/02/2005)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

LANIER COUNTY TAX COMMISSIONER
100 MAIN STREET
LAKELAND, GA 31634

Claim Number: 7325
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $728.43 |
|---|---|---|

---

LANIER COUNTY TAX COMMISSIONER
100 MAIN STREET
LAKELAND, GA 31634

Claim Number: 8229
Claim Date: 11/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $739.93 |
|---|---|---|

---

LANIER SURVEYING COMPANY
239 NEW BRIDGE STREET
JACKSONVILLE, NC 28540

Claim Number: 8922
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| UNSECURED | Claimed: | $363.75 UNLIQ |
|---|---|---|

---

LANIER WORLDWIDE, INC.
C/O JULIE C. JARED, ESQ.
DUANE MORRIS LLP
1180 W. PEACHTREE ST., SUITE 700
ATLANTA, GA 30309

Claim Number: 6867
Claim Date: 05/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $12616.10 |
|---|---|---|

---

LANKFORD HEAT & AC,
730 N CUMBERLAND
LEBANON, TN 37087

Claim Number: 2459
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $196.00 | Scheduled: | $188.00 | Allowed: | $196.00 |
|---|---|---|---|---|---|---|

---

LAPP, DELORES
PO BOX 23453
ALBUQUERQUE, NM 87192

Claim Number: 7470
Claim Date: 06/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| SECURED | Claimed: | $38000.35 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

---

LAPP, DELORES
SHARON J. FLEMING
THE JAFFE LAW FIRM
320 GOLD AVE SW AT 4TH ST., SUITE 1300
ALBUQUERQUE, NM 87103-0809

Claim Number: 7471
Claim Date: 06/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $38000.35 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

LAPUTKA BAYLESS ECKER & COHN-IN
2 E BROAD ST 6TH FL
HAZLETON, PA 18201-6592

Claim Number: 2271
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17296.38 |

---

LARIMER COUNTY TREASURER
PO BOX 1250
FORT COLLINS, CO 80522

Claim Number: 331
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| SECURED | Claimed: | $240.98 |

---

LARK, WILLIENSTEEN
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3479
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2000.00 | Allowed: | $871.03 |

---

LARK, WILLIESTINE
BYRD, GIBBS & MARTIN, PLLC
427 E. FORTICATION
JACKSON, MS 39202

Claim Number: 10053
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2000.00 |

---

LARRY DAYS TENT
116 PENDLETON ST SW
AIKEN, SC 29801

Claim Number: 8552
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $725.10 |

---

LARRYS LAWN CARE
6102 PLATEAU RD
CROSSVILLE, TN 38571

Claim Number: 2449
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $145.00 | Allowed: | $145.00 |

---

| | | |
|---|---|---|
| LARRYS LAWN CARE<br>6102 PLATEAU RD<br>CROSSVILLE, TN 38571 | Claim Number: 9222<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| ADMINISTRATIVE    Claimed:    $395.00 | | |
| LAS PASADAS MOBILE HOME PARK<br>DBA LAS PASADAS MOBILE HOME PARK<br>601 WALTON AVE<br>JOURDANTON, TX 78026 | Claim Number: 3177<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED    Claimed:    $375.00 | | |
| LAS VEGAS REVIEW - JOURNAL<br>CREDIT OFFICE<br>P.O. BOX 70<br>LAS VEGAS, NV 89125-0070 | Claim Number: 271<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED    Claimed:    $4556.42 | | |
| LAS VEGAS REVIEW JOURNAL/LAS VEGAS SUN<br>LAS VEGAS REVIEW JOURNAL/LAS VEGAS<br>SUN P O BOX 920<br>LAS VEGAS, NV 89125 | Claim Number: 1487<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |
| PRIORITY    Claimed:    $400.00<br>UNSECURED | | Allowed:    $400.00 |
| LASALLE BRISTOL CORPORATION<br>601 COUNTY ROAD 17<br>P.O. BOX 98<br>ELKHART, IN 46515 | Claim Number: 4854<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3816 (03/16/2004) | |
| UNSECURED    Claimed:    $992729.03 | | |
| LASALLE BRISTOL CORPORATION<br>601 COUNTY ROAD 17<br>P.O. BOX 98<br>ELKHART, IN 46515 | Claim Number: 4855<br>Claim Date: 03/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 3816 (03/16/2004) | |
| UNSECURED    Claimed:    $992729.03 | | |
| LASALLE BRISTOL CORPORATION<br>601 COUNTY ROAD 17<br>P.O. BOX 98<br>ELKHART, IN 46515 | Claim Number: 4856<br>Claim Date: 03/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 3816 (03/16/2004) | |
| UNSECURED    Claimed:    $992729.03 | | Allowed:    $122500.00 |

| | | | | | |
|---|---|---|---|---|---|
| LASCO BATHWARE INC<br>8101 E KAISER BLVD   STE 200<br>ANAHEIM, CA 928082243 | | | Claim Number: 6297-1<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | | | | Allowed: | $1892.29 |
| UNSECURED | Claimed: | $0.00 | | | |
| LASCO BATHWARE INC<br>8101 E. KAISER BLVD<br>SUITE 130<br>ANAHEIM, CA 92808 | | | Claim Number: 6297-2<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $62819.08 | | Allowed: | $51588.02 |
| LASCO IND-AZ,<br>PO BOX 102131<br>ATLANTA, GA 30368 | | | Claim Number: 6298<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
| UNSECURED | Claimed: | $4418.67 | Scheduled: | $4119.60 | |
| LASTER, KENNETH<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3480<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $2500.00 | | Allowed: | $1016.20 |
| LATHAM, J W & FRANCES<br>6960 FM 1878<br>NACOGDOCHES, TX 75961 | | | Claim Number: 10194<br>Claim Date: 06/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $65950.00 | | | |
| LATHAM, JW & FRANCES<br>FOREST G. BRASELTON<br>P.O. BOX 631608<br>NACAGDOCHES, TX 75963-1608 | | | Claim Number: 7489<br>Claim Date: 06/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| SECURED | Claimed: | $65950.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |
| LATHAM, JW & FRANCES<br>FOREST G. BRASELTON<br>P.O. BOX 631608<br>NACAGDOCHES, TX 75963-1608 | | | Claim Number: 7485<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7335 (11/17/2004) | | |
| SECURED | Claimed: | $65950.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

| LATHAM, JW & FRANCES<br>FOREST G. BRASELTON<br>P.O. BOX 631608<br>NACOGDOCHES, TX 75963-1608 | Claim Number: 8514<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
|---|---|---|---|
| SECURED        Claimed:        $65950.00 | | | |

| LATHAM, JW & FRANCES<br>6960 FM 1878<br>NACOGDOCHES, TX 75961 | Claim Number: 9630<br>Claim Date: 04/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed:        $65950.00 | | | |

| LATHAM, KATHIE<br>WILBUR COLOM<br>PO BOX 866<br>COLUMBUS, MS 39703 | Claim Number: 7513<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3826 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY        Claimed:        $100000.00<br>UNSECURED | | Scheduled:        $0.00 UNLIQ | |

| LAUDERDALE COUNTY<br>P O BOX 794<br>FLORENCE, AL 35631 | Claim Number: 1600<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| PRIORITY        Claimed:        $19.71 | Scheduled:        $0.00 UNLIQ | | |

| LAUDERDALE COUNTY<br>P O BOX 794<br>FLORENCE, AL 35631 | Claim Number: 1599<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| PRIORITY        Claimed:        $19.71 | | Allowed:        $19.71 | |

| LAUDERDALE COUNTY<br>P. O. BOX 5205<br>MERIDIAN, MS 393025205 | Claim Number: 7233<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| SECURED        Claimed:        $625.68 | | Allowed:        $625.68 | |

| LAUDERDALE COUNTY<br>P O BOX 794<br>FLORENCE, AL 35631 | Claim Number: 6848<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY        Claimed:        $19.71 | | | |

---

LAUDERDALE COUNTY TAX COLLECTOR
STANLEY A. SHANNON
PO BOX 5205
MERIDIAN, MS 39302-5205

Claim Number: 9587
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1467.13 |
|---|---|---|

---

LAUDERDALE COUNTY TAX COLLECTOR
501 CONSTITUTION AVENUE
MERIDIAN, MS 39301

Claim Number: 9792
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $650.74 |
|---|---|---|

---

LAURDERDALE COUNTY TAX COLLECTOR
PO BOX 5205
MERIDIAN, MS 39302

Claim Number: 8070
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $691.07 |
|---|---|---|

---

LAUREL, JESUS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5861
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

LAURENS COUNTY TREASURER
P.O. BOX 1049
LAURENS, SC 29360

Claim Number: 10063
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1088.94 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $502.26 |

---

LAURENT SHIRLEY C
12345 HWY 260
MANNING, SC 29102

Claim Number: 9258
Claim Date: 12/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

---

LAVACA COUNTY CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 226
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $701.34 |
|---|---|---|

---

LAVACA COUNTY CAD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8650
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $509.49 UNLIQ |

---

LAW OFFICE OF JAMES M. MATTINGLY
225 S. MERAMEC AVE #1028T
CLAYTO, MO 63105

Claim Number: 9702
Claim Date: 05/03/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7728 (04/22/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21771.81 |

---

LAW OFFICE OF JAMES M. MATTINGLY
225 S. MERAMEC AVE #1028T
CLAYTON, MO 63105

Claim Number: 10427
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21771.81 |

---

LAW OFFICE OF WAYNE PREM
110 WEST ROAD
TOWSON, MD 21204

Claim Number: 7617
Claim Date: 07/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6670.08 | Scheduled: | $6670.08 | Allowed: | $6670.08 |

---

LAW OFFICES OF CHARLES BRANDT
111 MERCURY ST.
ATTN: KYLE SHERMAN
LAFAYETTE, LA 70503

Claim Number: 4914
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 2146 (10/16/2003)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |

---

LAW OFFICES OF MARK D BARDILL
P O BOX 846
RICHLANDS, NC 28574

Claim Number: 1960
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $818.64 |

---

LAW OFFICES OF PATRICK SCANLON, P.A.
203 NE FRONT STREET, SUITE 101
MILFORD, DE 19963

Claim Number: 68
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4067.42 | Scheduled: | $50.00 |

---

---

LAWN TECH
DBA LAWN TECH
4401 COMMERCE CIRCLE
IDAHO FALLS, ID 83401

Claim Number: 8367
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $79.00 | | | | | |

---

LAWNS MADE BEAUTIFUL,
DBA:LAWNS MADE BEAUTIFUL
9216 LA BARRANCA NE
ALBUQUERQUE, NM 87111

Claim Number: 1441
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $391.50 | Scheduled: | $336.38 | Allowed: | $391.50 |

---

LAWNS MODE BEAUTIFUL
9216 LA BARRANCA NE
ALBUQUERQUE, NM 87111

Claim Number: 9772
Claim Date: 05/10/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |

---

LAWRENCE COUNTY,
CLERK OF COURT
LAWRENCEBURG, TN 38464

Claim Number: 756
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $8.00 | Scheduled: | $8.00 | | |

---

LAWRENCE G. BOHLEN, ESQ. P.Q.
LAW OFFICE OF LAWRENCE G. BOHLEN, PA
509 COURT LANE
CAMBRIDGE, MD 21613

Claim Number: 9201
Claim Date: 11/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $7366.67 UNLIQ | | | | |

---

LAWRENCE JOURNA,
PO BOX 888
609 NEW HAMPSHIRE
LAWRENCE, KS 66044

Claim Number: 1288
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $342.40 | Scheduled: | $342.40 | Allowed: | $342.40 |

---

LAWRENCE LAWRENCE & GERBITZ
200 E. 8TH ST
CHATTANOOGA, TN 37402-2201

Claim Number: 4778
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| UNSECURED | Claimed: | $82450.00 | | | | |

---

LAWRENCE MICHELLE M
912 HORLOCK
NAVASOTA, TX 77868

Claim Number: 3089
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $6960.00 | | | | |

---

---

| LAWRENCE TRANSP<br>P O BOX 7667<br>ROANOKE, VA 24019 | Claim Number: 4208<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $27726.54 | Scheduled: | $24118.54 | | |
|---|---|---|---|---|---|---|

| LAWRENCE, MICHAEL A.<br>LAWRENCE LAWN CARE<br>775 DRYRIDGE ROAD<br>ELIZABETH CITY, NC 27909 | Claim Number: 10303<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1430.00 |
|---|---|---|

| LAWRENCE, MICHELLE M<br>912 HORLOCK<br>NAVASOTA, TX 77868 | Claim Number: 8481<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $6960.00 |
|---|---|---|

| LAWRENCE, RAY A.<br>G RUDY HIERSCHE JR<br>15 N ROBINSON AVE STE 1110<br>OKLAHOMA CITY, OK 731025402 | Claim Number: 3820<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 2211 (10/23/2003) |
|---|---|

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

| LAWSON MOBILE HOME SUPPLY<br>1225 ROANOKE ST<br>CHRISTIANSBURG, VA 24073 | Claim Number: 4027<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1857.06 | | Allowed: | $1857.06 |
|---|---|---|---|---|---|

| LAWSON MOBILE HOME SUPPLY<br>1225 ROANOKE ST<br>CHRISTIANSBURG, VA 24073 | Claim Number: 4088<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $312.87 | | Allowed: | $260.62 |
|---|---|---|---|---|---|

| LAWSON PRODUCTS, INC.<br>LAWSON PRODUCTS, INC., TEXAS<br>C/O LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | Claim Number: 449<br>Claim Date: 01/30/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $938.56 |
|---|---|---|

| LAWSON, GREG<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7065<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| LAY, CHRISTOPHER A.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5862<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| LAYCOCK SYSTEMS INC<br>1601 N 43RD ST<br>TAMPA, FL 336055937 | Claim Number: 9361<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1299.34 |

| LAYNE, DAVID<br>539 MAYS BRANCH<br>PRESTONSBURG, KY 41653-7811 | Claim Number: 7643<br>Claim Date: 07/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

| LAYNE, DAVID A.<br>539 MAYS BRANCH RD<br>PRESTONSBURG, KY 41653-7811 | Claim Number: 8688<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2800.00 |

| LAYNE, DAVID A.,<br>539 MAYS BRANCH RD<br>PRESTONSBURG, KY 41653 | Claim Number: 3168<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $2800.00 |
| UNSECURED | | Scheduled: $2800.00 | Allowed: $2800.00 |

| LAYNE, VIRGINIA<br>P O BOX 185<br>IVEL, KY 41642 | Claim Number: 7642<br>Claim Date: 07/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1400.00 |

| LAYNE, VIRGINIA J.<br>P.O. BOX 185<br>IVEL, KY 41642 | Claim Number: 8457<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1400.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAYNE, VIRGINIA,<br>P O BOX 185<br>IVEL, KY 41642 | | | Claim Number: 3166<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) | | | | |
| SECURED | Claimed: | $1400.00 | | | | | |
| UNSECURED | | | Scheduled: | $1400.00 | Allowed: | | $1400.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAZY J HOMES<br>TOWING & SERVICE<br>102 SUMMER STREET<br>CALDWELL, ID 83605 | | | Claim Number: 8277<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| UNSECURED | Claimed: | $15500.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAZY J HOMES,<br>DBA LAZY J HOMES<br>102 SUMMERS ST<br>CALDWELL, ID 83605 | | | Claim Number: 6694<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $7175.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LBH CHEMICAL & INDUSTRIAL-IN,<br>PO BOX 8460<br>FORT WAYNE, IN 46898 | | | Claim Number: 758<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $149.53 | Scheduled: | $149.53 | Allowed: | | $149.53 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LDMI TELECOMMUNICATIONS,<br>27777 FRANKLIN RD<br>STE 500<br>SOUTHFIELD, MI 480348218 | | | Claim Number: 1382<br>Claim Date: 02/24/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
| UNSECURED | Claimed: | $765.94 | Scheduled: | $765.94 | Allowed: | | $765.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LDMI TELECOMMUNICATIONS,<br>27777 FRANKLIN RD<br>STE 500<br>SOUTHFIELD, MI 480348218 | | | Claim Number: 844<br>Claim Date: 02/19/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
| PRIORITY | Claimed: | $4522.97 | | | | | |
| UNSECURED | | | Scheduled: | $4522.97 | Allowed: | | $4522.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LE BLEU CORPORATION<br>C/O STATESVILLE BRANCH<br>PO BOX 2093<br>ADVANCE, NC 27006 | | | Claim Number: 9180<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $65.35 | | | | | |

LE BLEU CORPORATION
C/O RALEIGH BRANCH
PO BOX 2093
ADVANCE, NC 27006

Claim Number: 9179
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $94.99 |
|---|---|---|

LE FLORE COUNTY TREASURER
C/O STELLA DRURY - TREASURER
P O BOX 100
POTEAU, OK 74953

Claim Number: 1026
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $1290.09 |
|---|---|---|

LEADER PUBLICAT
PO BOX 159
FESTUS, MO 63028

Claim Number: 1740
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $154.00 | | | Allowed: | $154.00 |
|---|---|---|---|---|---|---|

LEADER PUBLICAT,
PO BOX 159
FESTUS, MO 63028

Claim Number: 2054
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $191.00 | Scheduled: | $572.50 | Allowed: | $191.00 |
|---|---|---|---|---|---|---|

LEADER PUBLICATIONS
P O BOX 159
FESTUS, MO 63028

Claim Number: 1738
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $22.50 | Scheduled: | $357.50 | Allowed: | $22.50 |
|---|---|---|---|---|---|---|

LEADER PUBLICATIONS
P O BOX 159
FESTUS, MO 63028

Claim Number: 1753
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $312.50 | | | Allowed: | $312.50 |
|---|---|---|---|---|---|---|

LEAF-CHRONICLE, THE
PO BOX 31029
CLARKSVILLE, TN 37040

Claim Number: 403
Claim Date: 02/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $744.31 | Scheduled: | $665.04 | Allowed: | $744.31 |
|---|---|---|---|---|---|---|

LEANNE RENCZKOWSKI,
2759 SE BRANSON CT.
PORT ORCHARD, WA 98366

Claim Number: 5504
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $99000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | Allowed: | $5000.00 |

---

LEASE ACCEPTANCE CORPORATION
C/O SEAN KELLY, VP. PORTFOLIO
30955 NORTHWESTERN HIGHWAY
FARMINGTON HILLS, MI 48334

Claim Number: 134
Claim Date: 12/20/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $5547.15 |
| --- | --- | --- |

---

LEBANON DEMOCRAT,
DBA THE LEBANON DEMOCRAT
P O BOX 430
LEBANON, TN 37088

Claim Number: 2143
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $185.00 | Scheduled: | $50.00 | Allowed: | $185.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

LEBANON DISTRIBUTING CO INC
804 CARTHAGE HWY
LEBANON, TN 37087

Claim Number: 9150
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $349.11 |
| --- | --- | --- |

---

LEBANON DISTRIBUTING CO INC,
804 CARTHAGE HWY
LEBANON, TN 37087

Claim Number: 837
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $324.07 | Scheduled: | $160.58 | Allowed: | $324.07 |
| --- | --- | --- | --- | --- | --- | --- |

---

LEBLANC, ALBERT JR.
5905 JOHNSTON ST., #G
LAFAYETTE, LA 70503

Claim Number: 9551
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $250.00 |
| --- | --- | --- |

---

LEBRUN, JOHNNY
C/O CHARLES HERRING, ESQ.
343 NORTH WASHINGTON STREET
BASTROP, LA 71220

Claim Number: 7393
Claim Date: 06/13/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 4117 (06/02/2004)

| UNSECURED | Claimed: | $92232.07 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

LEBRUN, JOHNNY
C/O CHARLES HERRING, ESQ.
343 NORTH WASHINGTON STREET
BASTROP, LA 71220

Claim Number: 7394
Claim Date: 06/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 4118 (06/02/2004)

| UNSECURED | Claimed: | $92232.07 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

LEBRUN, PATSY AND JOHNNY
P.O. BOX 133
COLLINSTON, LA 71229

Claim Number: 10109
Claim Date: 05/26/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $12103.00 |
| --- | --- | --- |

---

LECHIEN & LECHIEN LTD
120 WEST MAIN STREET
SUITE 110
BELLEVILLE, IL 62220

Claim Number: 3170
Claim Date: 03/06/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1633.30 | Scheduled: | $330.05 DISP CONT | Allowed: | $1633.30 |
|---|---|---|---|---|---|---|

LECHIEN & LECHIEN LTD
120 WEST MAIN STREET
SUITE 110
BELLEVILLE, IL 62220

Claim Number: 8412
Claim Date: 11/12/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $2426.00 |
|---|---|---|

LECHIEN & LECHIEN LTD
120 WEST MAIN STREET
SUITE 110
BELLEVILLE, IL 62220

Claim Number: 8413
Claim Date: 11/12/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2426.00 |
|---|---|---|

LECHIEN & LECHIEN LTD,
120 WEST MAIN STREET, SUITE 110
BELLEVILLE, IL 62220

Claim Number: 3953
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $1633.30 |
|---|---|---|

LECHIEN & LECHIEN LTD,
120 WEST MAIN STREET, SUITE 110
BELLEVILLE, IL 62220

Claim Number: 3990
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $1633.30 |
|---|---|---|

LEDBETTER, RAMON
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5863
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

LEDFORD, CURTIS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7066
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LEE & MCINISH<br>PO BOX 1665<br>DOTHAN, AL 36301 | | | Claim Number: 2104<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $43670.01 | | | Allowed: | $43670.01 |
| LEE BUILDER MAR,<br>1000 N HORNER BLVD<br>SANFORD, NC 27330 | | | Claim Number: 2998<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1725.04 | Scheduled: | $13.17 | | |
| LEE COUNTY TAX OFFICE<br>PO BOX 2413<br>OPELIKA, AL 36803 | | | Claim Number: 1258<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| PRIORITY | Claimed: | $102.00 | | | | |
| LEE COUNTY TREASURER<br>P O BOX 428<br>BISHOPVILLE, SC 29010 | | | Claim Number: 1047<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | |
| SECURED<br>UNSECURED | Claimed: | $2191.77 | Scheduled: | $509.07 | | |
| LEE COUNTY,<br>106 HILLCREST DR.<br>PO BOX 1968<br>SANFORD, NC 27331-1968 | | | Claim Number: 7752<br>Claim Date: 08/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| PRIORITY | Claimed: | $461.36 | Scheduled: | $0.00 UNLIQ | | |
| LEE IRON & METAL CO INC,<br>PO BOX 778<br>SANFORD, NC 27331 | | | Claim Number: 904<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $106.40 | Scheduled: | $106.40 | Allowed: | $106.40 |
| LEE NORTHWEST PUBLISHING<br>DBA LEE NORTHWEST PUBLISHING<br>P O BOX 368<br>CORVALLIS, OR 97339 | | | Claim Number: 8512<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $1454.97 | | | | |

LEE NORTHWEST PUBLISHING,
DBA LEE NORTHWEST PUBLISHING
P O BOX 368
CORVALLIS, OR 97339

Claim Number: 2640
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $15202.62 | Scheduled: | $1502.62 | Allowed: | $1502.62 |
|---|---|---|---|---|---|---|

LEE THOMAS,
812 COUNTY HIGHWAY 62
HALEYVILLE, AL 35565

Claim Number: 6085
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| SECURED | Claimed: | $495031.88 | Scheduled: | $337399.00 |
|---|---|---|---|---|

LEE, CHESTER
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5007
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

LEE, GAIL
C/O D NEIL HARRIS & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4968
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

LEE, GAIL
C/O D. NEIL HARRIS & ASSOCIATES PA
P.O. BOX 306
PASCAGOULA, MS 39568

Claim Number: 10582
Claim Date: 09/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5087.00 |
|---|---|---|

LEE, JESSIE M.
P.O. BOX 159
COWARD, SC 29530

Claim Number: 9746
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7660 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

LEE, JESSIE M.
P.O. BOX 159
COWARD, SC 29530

Claim Number: 10488
Claim Date: 06/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

LEE, JOHN D.
3921 E. DECATUR ST.
MESA, AZ 85205

Claim Number: 9546
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $925.00 |
|---|---|---|

| LEE, JOHN D.<br>3921 E. DECATUR ST.<br>MESA, AZ 85205 | Claim Number: 9785<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $925.00 | | |
|---|---|---|---|---|

| LEE, LINDA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3481<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $25000.00 | Allowed: | $7258.58 |
|---|---|---|---|---|

| LEE, LINDA<br>3592 SOUTHERS RD<br>GAINESVILLE, GA 30506 | Claim Number: 8814<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| LEE, SONYA<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3482<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |
|---|---|---|---|---|

| LEE, TERRANCE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5864<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ | | |

| LEESVILLE DAILY LEADER<br>P O BOX 1999<br>SULPHUR, LA 70664 | Claim Number: 1336<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1124.80 | | |
|---|---|---|---|---|

| LEFTWICH, FRANK<br>2295 CATAWBA VALLEY DRIVE<br>SALEM, VA 24153 | Claim Number: 10143<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1400.00 | | |
|---|---|---|---|---|

---

LEGACY DEVELOPMENT INC
14570 SE 61ST RD
OCKLAWAHA, FL 32179

Claim Number: 8940
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $250.00 UNLIQ |

LEGACY DEVELOPMENT, INC.
14570 SE 61ST STREET RD.
OCKLAWAHA, FL 32179

Claim Number: 10243
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1250.00 |

LEGGETT MACK
613 MARION STAGE RD
FAIRMONT, NC 28340

Claim Number: 5149
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $400.00 |

LEGGETT SUPPLY
11212 EAST ADMIRAL PLACE
TULSA, OK 74116

Claim Number: 5574
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1097.87 |

LEGGETT SUPPLY
11212 EAST ADMIRAL PLACE
TULSA, OK 74116

Claim Number: 5575
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $10476.98 |

LEGGETT SUPPLY,
11212 EAST ADMIRAL PLACE
TULSA, OK 74116

Claim Number: 5576
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $14214.17 | Scheduled: | $17965.85 |

LEHIGH SAFETY SHOW CO., LLC
39 E CANAL ST
NELSONVILLE, OH 457641247

Claim Number: 385
Claim Date: 01/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

---

| UNSECURED | Claimed: | $4093.03 | | | Allowed: | $1733.97 |

LEHMANN SALES INC,
1671 GROSBEAK LANE NE
LONGVILLE, MN 56655

Claim Number: 2822
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

---

| PRIORITY | Claimed: | $142.81 | | | | |
| UNSECURED | | | Scheduled: | $142.81 | Allowed: | $142.81 |

---

---

LEIGH A. PEEK                          Claim Number: 4870
129 E. TRYON STREET PO BOX 1529        Claim Date: 03/26/2003
ATTN: COLEMAN GLEDHILL & HARGRAVE      Debtor: OAKWOOD HOMES CORPORATION
HILLSBOROUGH, NC 27278                 Comments: EXPUNGED

---

| UNSECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

---

LEIGH, DEBORAH DORN                    Claim Number: 428
PO BOX 722                             Claim Date: 02/03/2003
UNION, SC 293790722                    Debtor: OAKWOOD HOMES CORPORATION
                                       Comments: ALLOWED

PRIORITY        Claimed:        $394.00
UNSECURED                                                    Allowed:       $394.00

---

LEISURE TIME OF BOISE                  Claim Number: 4693
9710 FAIRVIEW AVE                      Claim Date: 03/25/2003
BOISE, ID 83704                        Debtor: OAKWOOD HOMES CORPORATION
                                       Comments: EXPUNGED
                                       DOCKET: 8773 (03/06/2007)

PRIORITY        Claimed:        $2165.71
UNSECURED                                                    Allowed:       $2165.71

---

LEMMON, DEWAYNE                        Claim Number: 8122
390 FM 1635                            Claim Date: 11/07/2003
ATLANTA, TX 75551                      Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
                                       Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1400.00 |
|---|---|---|

---

LEMON VALLEY RENTALS,                  Claim Number: 6824
DBA LEMON VALLEY RENTALS               Claim Date: 05/05/2003
702 MORAVIAN FALLS RD                  Debtor: OAKWOOD MOBILE HOMES, INC.
WILKESBORO, NC 28697                   Comments: EXPUNGED

---

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

LENARIE, HUNTER                        Claim Number: 4144
C/O CHARLES RUSH                       Claim Date: 03/19/2003
P.O. BOX 53713                         Debtor: OAKWOOD HOMES CORPORATION
ATTN: RUSH, RUSH & CALOGER             Comments: EXPUNGED
LAFAYETTE, LA 70505                    DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $100000.00 |
|---|---|---|

---

LENARIE, HUNTER                        Claim Number: 10507
C/O CHARLES RUSH                       Claim Date: 06/28/2004
RUSH, RUSH, & CALOGER                  Debtor: OAKWOOD HOMES CORPORATION
P.O. BOX 53713
LAFAYETTE, LA 70505

| UNSECURED | Claimed: | $2500.00 |
|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| LENZY, JAMES & VIOLET<br>C/O V'ANNE BOSTICK HUSER, ESQ.<br>PO BOX 567<br>SHINER, TX 77984 | | | Claim Number: 5122<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $47808.15 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LENZY, JAMES & VIOLET<br>C/O V'ANNE BOSTICK HUSER, ESQ.<br>PO BOX 567<br>SHINER, TX 77984 | | | Claim Number: 5123<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $44013.34 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LENZY, JAMES R. & VIOLET Y.<br>C/O V'ANNE BOSTICK HUSER<br>P.O. BOX 567<br>SHINER, TX 77984 | | | Claim Number: 9687<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
| ADMINISTRATIVE | Claimed: | $385.80 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LENZY, JAMES R. & VIOLET Y.<br>C/O V'ANNE HUSER, ATTORNEY AT LAW<br>P.O. BOX 567<br>SHINER, TX 77984 | | | Claim Number: 10746<br>Claim Date: 05/17/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>This claim replaces claim #5122. | | |
| UNSECURED | Claimed: | $13059.54 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LEO DOHLS MOBILE HOME SERVICE<br>DBA"LEO DOHLS MOBILE HOME SERVICE<br>999 FORTINO BLVD #71<br>PUEBLO, CO 81008 | | | Claim Number: 886<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
| PRIORITY<br>UNSECURED | Claimed: | $1200.00 | | Allowed: | $1200.00 |

| | | | | | |
|---|---|---|---|---|---|
| LEON CO TAX COL<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | | | Claim Number: 2032<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7653 (04/04/2005) | | |
| SECURED<br>UNSECURED | Claimed: | $815.94 UNLIQ | Scheduled: | $36.75 | Allowed: $379.15 |

| | | | | | |
|---|---|---|---|---|---|
| LEON CO TAX COL<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | | | Claim Number: 2555<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| SECURED | Claimed: | $815.94 UNLIQ | | | |

---

| LEON COUNTY<br>P.O. BOX 1835<br>TALLAHASSEE, FL 323021835 | Claim Number: 2033<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| SECURED | Claimed: | $4297.69 UNLIQ | | |
| UNSECURED | | | Scheduled: | $962.60 |

---

| LEON COUNTY<br>P.O. BOX 1835<br>TALLAHASSEE, FL 323021835 | Claim Number: 2554<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

| SECURED | Claimed: | $4297.69 UNLIQ |

---

| LEON COUNTY TAX COLLECTOR<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | Claim Number: 8564<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $820.59 UNLIQ |

---

| LEON COUNTY TAX COLLECTOR<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | Claim Number: 8639<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7653 (04/04/2005) |

| ADMINISTRATIVE | Claimed: | $820.59 UNLIQ |

---

| LEON COUNTY TAX COLLECTOR<br>DORIS MALOY<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | Claim Number: 8790<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $3072.54 UNLIQ |

---

| LEON COUNTY TAX COLLECTOR<br>PO BOX 1835<br>DORIS MALOY<br>TALLAHASSEE, FL 32302 | Claim Number: 8638<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $3072.54 UNLIQ |

---

| LEON COUNTY TAX COLLECTOR,<br>DORIS MALOY<br>PO BOX 1835<br>TALLAHASSEE, FL 32302-1835 | Claim Number: 406<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $5113.63 UNLIQ |

---

---

LEONARD'S COPY SYSTEMS, INC.
TAMMY LEONARD
1225 WASHINGTON AVENUE
VINTON, VA 24179

Claim Number: 10096
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $9816.99 |
| --- | --- | --- |

---

LEONARD, IRENE
157 OGDEN STREET
RICHLAND, WA 99352

Claim Number: 6720
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1794.43 |
| --- | --- | --- |

---

LEONARD, JOHN
PO BOX 695
NORMAN PARK, GA 31771

Claim Number: 8761
Claim Date: 11/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $2880.00 |
| --- | --- | --- |

---

LEONARD, PAM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6929
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

LEPEZ, HUMBERTO & MARIA
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 5021
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $7185.00 |
| --- | --- | --- | --- | --- | --- |

---

LEPEZ, HUMBERTO & MARIA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6499
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

LERITZ PLUNKERT & BRUNING
ONE CITY CENTRE STE 2001
SAINT LOUIS, MO 63101

Claim Number: 2599
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $486.00 | | Allowed: | $486.00 |
| --- | --- | --- | --- | --- | --- |

---

LERITZ PLUNKERT & BRUNING
ONE CITY CENTRE STE 2001
SAINT LOUIS, MO 63101

Claim Number: 9030
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $3504.00 |
| --- | --- | --- |

---

LERITZ PLUNKERT & BRUNING,
ONE CITY CENTRE STE 2001
SAINT LOUIS, MO 63101

Claim Number: 2600
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $3018.63 | Scheduled: | $3018.63 | Allowed: | $3018.63 |
|---|---|---|---|---|---|---|

LES SCHWAB TIRE CENTERS OF PORTLAND, INC
P.O. BOX 667
PRINEVILLE, OR 97754

Claim Number: 2002
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3091.35 | | | Allowed: | $3091.35 |
|---|---|---|---|---|---|---|

LES SCHWAB TIRE CENTERS OF PORTLAND, INC
PO BOX 667
PRINEVILLE, OR 97754

Claim Number: 2068
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $1015.98 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1015.98 |

LES SCHWAB TIRE CENTERS OF PORTLAND, INC
PO BOX 667
PRINEVILLE, OR 97754

Claim Number: 3035
Claim Date: 02/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3091.35 | | | | |
|---|---|---|---|---|---|---|

LESHE, MARY (JOHN FELTS)
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6930
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

LESLIE, DAVID
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7067
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

LESLIE, DIANE L.
6405 WHITECLFF WAY
NORTH HIGHLANDS, CA 95660

Claim Number: 2562
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $200.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $200.00 |

---

LESTER CRYSTAL
PO BOX 542
UNADILLA, GA 31091

Claim Number: 1298
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $750.00 | | Allowed: | $750.00 |
|---|---|---|---|---|---|

---

LESTER, CRYSTAL
PO BOX 542
UNADILLA, GA 31091

Claim Number: 8343
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $750.00 |
|---|---|---|

---

LESTER, MONICA
314 MALAPART RD, LOT 22
LAFAYETTE, LA 70507

Claim Number: 10433
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $40000.00 |
|---|---|---|

---

LESTER, MONICA L
314 MALAPART RD #22
LAFAYETTE, LA 70507

Claim Number: 8963
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

LET'S MECHANICAL
25661 HILL & DALE
SPLENDORA, TX 77372

Claim Number: 10282
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $2062.97 |
|---|---|---|

---

LEVALLEY, DEREK J.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5865
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $4274.28 UNLIQ |

---

LEVERETT, GARY W
2055 FLOWING WELLS RD
POTTSBORO, TX 75076

Claim Number: 8162
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

---

LEVETIMS SR, M JOHNSON
510 4TH COURT N.W.
MOULTRIE, GA 31768

Claim Number: 9033
Claim Date: 11/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

LEVINE PAUL M PC
3636N CENTRAL AVENUE SUITE 1100
ALEXIS & EVELYN CARRILLO
PHOENIX, AZ 85012

Claim Number: 4631
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $37067.22 |
| --- | --- | --- |

---

LEVINER, BOBBY J
375 LEE THEE CHURCH RD
ROCKINGHAM, NC 283797929

Claim Number: 9066
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $5000.00 |
| --- | --- | --- |

---

LEVONS MOBILE HOMES SERVICE CO, LC
LARRY TAYLOR
200 RUTLAND RD
NEESES, SC 29107

Claim Number: 3042
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6750.00 |
| --- | --- | --- |

---

LEWANDOWSKI, ROBERT
32289 S CHEROKEE LN
PARK HILL, OK 74451

Claim Number: 10850
Claim Date: 08/28/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

LEWIS COUNTY
TREASURER
TRS 01
360 NW NORTH ST.
CHEHALIS, WA 98532

Claim Number: 1708
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $713.03 |
| --- | --- | --- |

---

LEWIS COUNTY PUD
P O BOX 239
CHEHALIS, WA 98532

Claim Number: 2741
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1058.08 |
| --- | --- | --- |

---

LEWIS COUNTY PUD,
P O BOX 239
CHEHALIS, WA 98532

Claim Number: 2742
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1058.08 | Scheduled: | $1101.33 | Allowed: | $1058.08 |
| --- | --- | --- | --- | --- | --- | --- |

---

---

LEWIS DESIGN
DBA:LEWIS DESIGN GROUP
3608 W FRIENDLY AVE STE 105
GREENSBORO, NC 27403

Claim Number: 7558
Claim Date: 07/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $13300.07 |
|----------|----------|-----------|

---

LEWIS DORIS G.
16181 SEALY COURT
RALPH, AL 35480

Claim Number: 9187
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|----------------|----------|-------------|

---

LEWIS JONATHAN,
1632 KINGSBURG HWY
JOHNSONVILLE, SC 29555

Claim Number: 2897
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $875.00 | | | | |
|----------|----------|---------|------------|---------|----------|---------|
| UNSECURED | | | Scheduled: | $875.00 | Allowed: | $875.00 |

---

LEWIS, ALICE MAY
C/O C. CARTER CLAY ESQ
PITTMAN DUTTON KIRBY & HELLUMS PC
1100 PARK PLACE TOWER
BIRMINGHAM, AL 35203

Claim Number: 10862
Claim Date: 12/12/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8878 (02/19/2008)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|----------------|----------|-------------|

---

LEWIS, CHRISTOPHER D.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5866
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

LEWIS, DONALD E.
6941 GEORGETOWN RD NW
CLEVELAND, TN 37312

Claim Number: 2636
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2175.00 | | | | |
|----------|----------|----------|------------|----------|----------|----------|
| UNSECURED | | | Scheduled: | $2175.00 | Allowed: | $2175.00 |

---

LEWIS, DONALD E.
6941 GEORGETOWN RD NW
CLEVELAND, TN 37312

Claim Number: 8029
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2175.00 |
|----------------|----------|----------|

---

---

LEWIS, GEORGE
5122 LA VISTA CT
GRANBURY, TX 76049

Claim Number: 1703
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $326.92 | Scheduled: | $326.92 | Allowed: | $326.92 |

LEWIS, GEORGE
5122 LA VISTA CT
GRANBURY, TX 76049

Claim Number: 8024
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $326.92 |

LEWIS, HENRY M.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6575
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $20000.00 | | | |
| UNSECURED | | | | Allowed: | $5806.86 |

LEWIS, JANET
MAX HOUSTON PROCTOR
728 WEST SILVER
HOBBS, NM 88240

Claim Number: 7405
Claim Date: 06/16/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |

LEWIS, JIMMY
3068 CHUB LAKE RD
ROXBORO, NC 27573

Claim Number: 1900
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $600.00 |

LEWIS, KEVIN
10544 N.E. BEACH STREET
PORTLAND, OR 97220

Claim Number: 9641
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4000.00 |

LEWIS, KEVIN AND JOHNSON, DENISE
MICHAEL BAXTER
BAXTER & BAXTER
8885 S.W.CANYON RD
PORTLAND, OR 97225

Claim Number: 7359
Claim Date: 06/09/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $104800.00 | Scheduled: | $0.00 UNLIQ | |

---

LEWIS, KEVIN AND JOHNSON, DENISE
MICHAEL BAXTER
BAXTER & BAXTER
8885 S.W.CANYON RD
PORTLAND, OR 97225

Claim Number: 9234
Claim Date: 12/02/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4000.00 | UNDET | | Allowed: | $4000.00 |

---

LEWIS, NATHAN,
1406 HWY 24
NEWPORT, NC 28570

Claim Number: 831
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $125.00 | | | | |
| UNSECURED | | | Scheduled: | $125.00 | Allowed: | $125.00 |

---

LEWIS, ROBIN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5867
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $975.00 | UNLIQ |

---

LEWIS, TIMOTHY L.
523 BETHEL ROAD
CHILLICOTHE, OH 45601

Claim Number: 9631
Claim Date: 04/23/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $300.00 |

---

LEWISBURG HOTEL
DALE WALIZE
136 MARKET STREET
LEWISBURG, PA 17837

Claim Number: 3753
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12791.21 | Scheduled: | $12533.96 | Allowed: | $12791.21 |

---

LEWISTOWN HOSPITAL
400 HIGHLAND AVENUE
LEWISTOWN, PA 17044

Claim Number: 3970
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2598.75 |

---

LEWISVILLE ISD
C/O LINDA SHEEHAN
LAW OFFICES OF ROBERT E. LUNDA, PA
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Number: 4676
Claim Date: 03/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| SECURED | Claimed: | $1174.83 |

---

| | | | |
|---|---|---|---|
| LEWISVILLE ISD<br>C/O LINDA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNDA, PA<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | Claim Number: 4677<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| SECURED | Claimed: | $450.96 | |
| LEWISVILLE ISD<br>C/O LINDA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNDA, PA<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | Claim Number: 4678<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| SECURED | Claimed: | $342.18 | |
| LEWISVILLE ISD<br>C/O LINDA SHEEHAN<br>LAW OFFICES OF ROBERT E. LUNDA, PA<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | Claim Number: 8941<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $495.78 | |
| LEXCOM TELEPHONE<br>P O BOX 808<br>LEXINGTON, NC 27293-0808 | | | Claim Number: 969<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $522.65 | |
| LEXINGTON COUNTY SOLID WASTE<br>498 LANDFILL LANE<br>LEXINGTON, SC 29073 | | | Claim Number: 7845<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $0.00 | |
| LEXINGTON COUNTY TAX COLLECTOR<br>913 GREENSBORO STREET<br>LEXINGTON, NC 27292 | | | Claim Number: 2519<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| SECURED | Claimed: | $2262.80 | |
| LEXINGTON COUNTY TAX COLLECTOR<br>COUNTY ADMINISTRATION BUILDING<br>212 SOUTH LAKE DRIVE, SUITE A<br>LEXINGTON, SC 29072 | | | Claim Number: 458<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>AMOUNT MUST BE PAID BY CASH OR CERTIFIED FUNDS ONLY. |
| SECURED | Claimed: | $450.48 | |
| LEXINGTON COUNTY TAX COLLECTOR<br>212 SOUTH LAKE DR., SUITE A<br>COUNTY ADMINISTRATION BUILDING<br>LEXINGTON, SC 29072 | | | Claim Number: 459<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments:<br>THIS AMOUNT MUST BE PAID BY CASH OR CERTIFIED FUNDS ONLY. |
| SECURED | Claimed: | $2253.46 | |

---

| LEXINGTON COUNTY TAX COLLECTOR<br>212 SOUTH LAKE DR., SUITE A<br>COUNTY ADMINISTRATION BUILDING<br>LEXINGTON, SC 29072 | Claim Number: 461<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments:<br>THIS AMOUNT MUST BE PAID BY CASH OR CERTIFIED AMOUNTS ONLY. |
|---|---|

| SECURED | Claimed: | $1290.19 |
|---|---|---|

---

| LEXINGTON HERAL<br>100 MIDLAND AVE<br>LEXINGTON, KY 40508 | Claim Number: 1743<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $737.11 |
|---|---|---|

---

| LEXINGTON STATE BANK, TRUSTEE<br>JACQUELINE C. LEONARD REVOCABLE TRUST<br>PO BOX 867<br>LEXINGTON, NC 27293-0867 | Claim Number: 4882<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| LEXINGTON-FAYETTE URBAN COUNTY GOV'T<br>LFUCG-DIV. OF REVENUE<br>200 EAST MAIN STREET<br>LEXINGTON, KY 40507 | Claim Number: 703<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1056.10 |
|---|---|---|

---

| LEYVAS, STEVE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5868<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| LIBERTY COOLING & HEATING INC<br>4825 S 32ND ST<br>PHOENIX, AZ 850402808 | Claim Number: 1637<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $25771.02 |
|---|---|---|

---

| LIBERTY COOLING & HEATING INC,<br>4825 S 32ND ST<br>PHOENIX, AZ 850402808 | Claim Number: 1638<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $25771.02 | Scheduled: | $23840.00 | Allowed: | $25771.02 |
|---|---|---|---|---|---|---|

---

LIBERTY GAZETTE,
DBA: LIBERTY GAZETTE
PO BOX 1908
LIBERTY, TX 77575

Claim Number: 1801
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $231.94 | Scheduled: | $102.80 | Allowed: | $231.94 |
|---|---|---|---|---|---|---|

LIBERTY MUTUAL INSURANCE COMPANY
6575 SNOWDRIFT ROAD
SUITE 101
ALLENTOWN, PA 18106

Claim Number: 9852
Claim Date: 05/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4234 (07/06/2004)

---

| ADMINISTRATIVE | Claimed: | $8583.97 |
|---|---|---|

LIBERTY WASTE SYSTEMS
P BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 2756
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $705.77 | | | Allowed: | $705.77 |
|---|---|---|---|---|---|---|

LIBERTY WASTE SYSTEMS
PO BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 7977
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $69.95 |
|---|---|---|

LIBERTY WASTE SYSTEMS
P BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 7978
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| ADMINISTRATIVE | Claimed: | $1099.06 | | | Allowed: | $393.29 |
|---|---|---|---|---|---|---|

LIBERTY WASTE SYSTEMS
P BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 7979
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $158.25 |
|---|---|---|

LIBERTY WASTE SYSTEMS
PO BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 7980
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $404.05 |
|---|---|---|

LIBERTY WASTE SYSTEMS
P BOX 5410
ROCK ISLAND, IL 61204

Claim Number: 9738
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $404.05 |
|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| LIBERTY WASTE SYSTEMS,<br>PO BOX 5410<br>ROCK ISLAND, IL 61204 | | | Claim Number: 2755<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $431.01 | Scheduled: | $251.63 | Allowed: | $431.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIBERTY WASTE SYSTEMS,<br>PO BOX 5410<br>ROCK ISLAND, IL 61204 | | | Claim Number: 2757<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $89.53 | | | Allowed: | $89.53 |

| | | | |
|---|---|---|---|
| LIBERTY WASTE SYSTEMS,<br>PO BOX 5410<br>ROCK ISLAND, IL 61204 | | | Claim Number: 10160<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $404.05 | |

| | | | |
|---|---|---|---|
| LIBERTY WASTE SYSTEMS,<br>PO BOX 5410<br>ROCK ISLAND, IL 61204 | | | Claim Number: 10161<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $158.25 | |

| | | | |
|---|---|---|---|
| LICKING COUNTY TREASURER<br>PO BOX 830<br>NEWARK, OH 43055 | | | Claim Number: 4480<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| PRIORITY | Claimed: | $100.00 | |

| | | | |
|---|---|---|---|
| LICKING COUNTY WATER & WASTEWATER<br>65 EAST MAIN ST<br>NEWARK, OH 43055 | | | Claim Number: 9167<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $82.60 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LICKING COUNTY WATER & WASTEWATER,<br>65 EAST MAIN ST<br>NEWARK, OH 43055 | | | Claim Number: 4689<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $82.60 | Scheduled: | $79.45 | Allowed: | $82.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIECHTY HOMES<br>PO BOX 1937<br>JAMESTOWN, ND 58402 | | | Claim Number: 4213<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | | |
| UNSECURED | Claimed: | $39960.00 | | | Allowed: | $11060.36 |

---

LIGHT GAUGE HOME DESIGN INC
LGHD INC
POB 811076
BOCA RATON, FL 334811076

Claim Number: 1809
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $6250.00 | | | | |
|---|---|---|---|---|---|---|

LIGHT GAUGE HOME DESIGN INC,
LGHD INC
POB 811076
BOCA RATON, FL 334811076

Claim Number: 1811
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $6250.00 | Scheduled: | $6250.00 | Allowed: | $6250.00 |
|---|---|---|---|---|---|---|

LIGHT HOUSE HOME CENTER (LAFAYETTE)
3997 STATE RD 38 E
LAFAYETTE, IN 47905

Claim Number: 8200
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7535.92 |
|---|---|---|

LILGA GRANT
6361 IRISH HILL LANE
CEDAR HILL, MO 63016

Claim Number: 1965
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $6.00 |
|---|---|---|
| UNSECURED | Claimed: | $1060.00 |

LIMERICK, THERESA
BRENT CRAVEN-SUBREGATION REPRESENTATIVE
FOREMOST COUNTY MUTUAL INSURANCE
PO BOX 2739
GRAND RAPIDS, MI 49501-2739

Claim Number: 7715
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $50699.68 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LINCE, JUAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5869
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

LINCOLN COUNTY TAX DEPARTMENT
PO BOX 938
LINCOLNTON, NC 28093

Claim Number: 341
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $5276.31 |
|---|---|---|

---

LINCOLN COUNTY TAX DEPARTMENT
PO BOX 938
LINCOLNTON, NC 28093

Claim Number: 8311
Claim Date: 11/12/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1359.16 |
| --- | --- | --- |

---

LINCOLN COUNTY TAX DEPARTMENT
PO BOX 938
LINCOLNTON, NC 28093

Claim Number: 9601
Claim Date: 04/19/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2336.66 |
| --- | --- | --- |

---

LINCOLN PRODUCTS-CA,
18825 E SAN JOSE AVE
ROWLAND HEIGHTS, CA 91748

Claim Number: 4455
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | Allowed: | $1647.75 |
| --- | --- | --- | --- | --- | --- | --- |
| ADMINISTRATIVE | | | | | | |
| SECURED | Claimed: | $2992.17 | | | | |
| UNSECURED | Claimed: | $4958.75 | Scheduled: | $7959.72 | Allowed: | $6303.17 |

---

LIND OUTDOOR ADVERTISING
409 N MAIN ST
MANSFIELD, OH 44902

Claim Number: 2388
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $909.77 | Scheduled: | $300.00 | Allowed: | $909.77 |
| --- | --- | --- | --- | --- | --- | --- |

---

LINDA CAUDILL
RT. 4 BOX 186
KING, NC 27021

Claim Number: 5220
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7487 (01/28/2005)

| PRIORITY | Claimed: | $23800.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

LINDLEY-POLLARD, JASON
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5870
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

LINDSAY INTERNATIONAL TIMPER PRODUCTS
DBA LINDSAY INTERNATIONAL TIMBER
PRDCTS 1416 4TH AVE NW
PUYALLUP, WA 98371

Claim Number: 8322
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $800.00 |
| --- | --- | --- |

---

LINDSAY,W RALEI,
1704 NEW CUT RD
SPARTANBURG, SC 29303

Claim Number: 1836
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

LINDSEY, DENNIS
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6576
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $2903.43 |

LINDSEY, JUDY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3213
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $20000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $5806.86 |

LINGO, GRACIE
C/O SAMUEL ADAMS
MERRILL, HARRISON & ADAMS
153 SOUTH OATES STREET
DOTHAN, AL 36301

Claim Number: 9392
Claim Date: 02/24/2004
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3000.00 | | | | |
|---|---|---|---|---|---|---|

LINGO, JIMMY & GRACIE
8511 COUNTY RD 65
ABBEVILLE, AL 36310

Claim Number: 5026
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

LINN COUNTY
P O BOX 100
ALBANY, OR 97321

Claim Number: 1286
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $397.62 | | | Allowed: | $141.52 |
|---|---|---|---|---|---|---|

LINN COUNTY REC
P O BOX 100
ALBANY, OR 97321

Claim Number: 1285
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $5919.51 | | | Allowed: | $2189.41 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8134<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $6397.89 | | |
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8135<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $2966.94 | | |
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8136<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
| ADMINISTRATIVE | Claimed: | $10480.91 UNLIQ | | |
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8138<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $372.72 UNLIQ | | |
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8139<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $524.16 UNLIQ | | |
| LINN COUNTY REC<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 8137<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $39366.17 UNLIQ | | |
| LINN COUNTY REC,<br>P O BOX 100<br>ALBANY, OR 97321 | | Claim Number: 1282<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | |
| SECURED<br>UNSECURED | Claimed: | $36150.17 | Scheduled: | $124.00 |

---

LINN COUNTY TAX COLLECTOR
PO BOX 100
ALBANY, OR 97321

Claim Number: 1284
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7658 (04/05/2005)

| SECURED | Claimed: | $3684.52 | | | Allowed: | $792.34 |
|---|---|---|---|---|---|---|

---

LINN COUNTY TREASURER
COURTHOUSE
MOUND CITY, KS 66056

Claim Number: 6757
Claim Date: 04/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| PRIORITY | Claimed: | $2116.34 |
|---|---|---|

---

LINN COUNTY TREASURER
COURTHOUSE
MOUND CITY, KS 66056

Claim Number: 8690
Claim Date: 11/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $1440.06 |
|---|---|---|

---

LINN COUNTY,
P.O. BOX 100
ALBANY, OR 97231

Claim Number: 1283
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| SECURED | Claimed: | $77755.33 | | |

---

LINWOOD'S CABINET SHOP
LINWOOD TURNER
2817 DEER RUN
ROCKY MOUNT, NC 27801

Claim Number: 443
Claim Date: 01/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $2755.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $2755.00 |

---

LIPPERT COMPONENTS, INC.
2766 COLLEGE AVENUE
GOSHEN, IN 46528

Claim Number: 9921
Claim Date: 05/19/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $39672.57 |
|---|---|---|

---

LIPPERT COMPONENTS-FITZGERALD-AZ,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3554
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1978.61 | Scheduled: | $1909.17 | Allowed: | $1978.61 |
|---|---|---|---|---|---|---|

LIPPERT COMPONENTS-FITZGERALD-GA,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3553
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6070.00 | | | | | |
| UNSECURED | Claimed: | $7778.00 | Scheduled: | $13903.00 | Allowed: | $13848.00 |

LIPPERT COMPONENTS-FITZGERALD-IN,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3471
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $19925.41 |
| PRIORITY | Claimed: | $7759.17 | | | | |
| UNSECURED | Claimed: | $23657.39 | Scheduled: | $31082.69 | Allowed: | $11491.15 |

LIPPERT COMPONENTS-FITZGERALD-KS,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3469
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $933.53 | | | | |
| UNSECURED | Claimed: | $13947.68 | Scheduled: | $14881.21 | Allowed: | $14881.21 |

LIPPERT COMPONENTS-FITZGERALD-MN,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3474
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5232.58 | | | | |
| UNSECURED | Claimed: | $10166.36 | Scheduled: | $15404.64 | Allowed: | $15398.94 |

LIPPERT COMPONENTS-FITZGERALD-NC,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3470
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $32492.67 | | | | |
| UNSECURED | Claimed: | $33050.18 | Scheduled: | $65950.65 | Allowed: | $65542.85 |

LIPPERT COMPONENTS-FITZGERALD-PA,
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3478
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8636.47 | | | | |
| UNSECURED | Claimed: | $8042.56 | Scheduled: | $16679.03 | Allowed: | $16679.03 |

LIPPERT COMPONENTS-FITZGERALD-TX
PO BOX 911344
DALLAS, TX 75391

Claim Number: 3473
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10059.49 | | | | | |
| UNSECURED | Claimed: | $4671.74 | Scheduled: | $14731.23 | Allowed: | $14731.23 |

LIPPERT TIRE & AXLE INC-MN,
PO BOX 911465
DALLAS, TX 75391

Claim Number: 3555
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3824.00 | Scheduled: | $4500.00 | Allowed: | $3824.00 |

LIPPERT TIRE & AXLE INC-TX,
LIPPERT COMPONENTS
2703 COLLEGE AVE.
GOSHEN, IN 46528

Claim Number: 3477
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2487.55 | | | | |
| UNSECURED | Claimed: | $21336.11 | Scheduled: | $23823.66 | Allowed: | $23823.66 |

LIPSCOMBE FURNITURE TV & APPL
DBA LIPSCOMBE FURNITURE TV & APPL
P O BOX 205
WARSAW, VA 22572

Claim Number: 1652
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Allowed: | $1713.64 |

LIRO, RETNALDO R.
1830 MONTEREY DR.
SAN BRUNO, CA 94066

Claim Number: 9046
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1071.20 |

LISA SEBRAE, BY & THROUGH HER COUNSEL OF
RECORD, ALLEN ZWERNEMANNS, MEYER, KNIGHT
& WILLAMS, LLP., JOE MEYER
8100 WASHINGTON, STE 1000
HOUSTON, TX 77007

Claim Number: 6395
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $750000.00 |

LISTENER GROUP INC
PO BOX 1416
GULF BREEZE, FL 32562

Claim Number: 5483
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $129378.00 |

---

LISTER DAVID
600 FITZGERALD LANE
JUNCTION CITY, KY 40440

Claim Number: 7464
Claim Date: 06/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1100.00 | Scheduled: | $1100.00 | Allowed: | $1100.00 |

---

LISTER DAVID
600 FITZGERALD LANE
JUNCTION CITY, KY 40440

Claim Number: 7560
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1100.00 |

---

LISTI, PATRICIA
34781 HWY 288
ROSHARON, TX 77583

Claim Number: 1589
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $800.00 | | | | |
| UNSECURED | | | Scheduled: | $900.00 DISP | Allowed: | $800.00 |

---

LISTI, PATRICIA
101 PADGET LN
SANTO, TX 76472-3253

Claim Number: 8257
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $800.00 |

---

LITTERST, DAVID R.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7068
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

LITTLE & DRANTTEL, PC
ATTN: ELIZABETH DRANTTEL
3803 ATRISCO BLVD., NW
SUITE A
ALBUQUERQUE, NM 87120

Claim Number: 10509
Claim Date: 06/28/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34602.39 |

---

LITTLE NICKEL W
P. O. BOX 2310
LYNNWOOD, WA 98036

Claim Number: 2072
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $671.04 |

---

LITTLE NICKEL W
P. O. BOX 2310
LYNNWOOD, WA 98036

Claim Number: 2071
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

UNSECURED          Claimed:          $299.37

LITTLE NICKEL W,
P. O. BOX 2310
LYNNWOOD, WA 98036

Claim Number: 2070
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

UNSECURED          Claimed:          $3340.11          Scheduled:          $3240.54

LITTLE RIVER NEWS COMM INC
P O BOX 608
ASHDOWN, AR 71822

Claim Number: 1129
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

PRIORITY          Claimed:          $109.50
UNSECURED                                                          Allowed:          $109.50

LITTLE VALLEY HOMES,
45225 GRAND RIVER AVE
NOVI, MI 48375

Claim Number: 10357
Claim Date: 06/14/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

ADMINISTRATIVE          Claimed:          $555.05

LITTLE, BRIAN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4230
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

UNSECURED          Claimed:          $15000.00                    Allowed:          $4355.15

LITTLE, JAMES F.
PO BOX 464
MACON, MS 39341-0464

Claim Number: 3214
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

PRIORITY          Claimed:          $5000.00
UNSECURED                                                          Allowed:          $1742.06

LITTLETON, MARY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6577
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

PRIORITY          Claimed:          $35000.00
UNSECURED                                                          Allowed:          $10162.01

| | | | | | | |
|---|---|---|---|---|---|---|
| LIVINGSTON SURVEYING & MAPPING CORP<br>PO BOX 900<br>LIVINGSTON, TX 77351 | | | Claim Number: 817<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $324.75 | | | Allowed: | $324.75 |
| LIVINGSTON WELL DRILLING<br>PO BOX 1131<br>SALUDA, NC 28773 | | | Claim Number: 5184<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2216.76 | | | Allowed: | $1504.23 |
| LIZARRAGA, RHIANNA & GUSTAVO<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6579<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |
| LJ TRENCHING<br>DBA LJ TRENCHING<br>5151 SR 218<br>GALLIPOLIS, OH 45631 | | | Claim Number: 2499<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1534.00 | | | | |
| LJ TRENCHING,<br>DBA LJ TRENCHING<br>5151 SR 218<br>GALLIPOLIS, OH 45631 | | | Claim Number: 2498<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $1534.00 | Scheduled: | $641.00 | | |
| LK JORDAN & ASSOCIATES<br>321 TEXAN TRAIL STE,100<br>CORPUS CHRISTI, TX 78411 | | | Claim Number: 3718<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $1864.51 | | | | |
| LOBE, TOM<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7069<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

| LOCK SHOP, | Claim Number: 3817 |
| 2402 E CLEVELAND | Claim Date: 03/14/2003 |
| CALDWELL, ID 83605 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $990.65 | Scheduled: | $409.65 | Allowed: | $990.65 |

---

| LOCK TITE MINI STOTAGE, | Claim Number: 4173 |
| 2728 S LIVE OAK DR | Claim Date: 03/18/2003 |
| MONCKS CORNER, SC 29461 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

| SECURED | Claimed: | $460.00 | | | | |
| UNSECURED | | | Scheduled: | $622.00 | Allowed: | $460.00 |

---

| LOCKARD, KENNETH | Claim Number: 3413 |
| 2751 NE 36TH STREET | Claim Date: 03/11/2003 |
| LIGHTHOUSE POINT, FL 33064 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4211 (08/13/2004) |

| PRIORITY | Claimed: | $15912.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNDET DISP |

---

| LOCKARD, KENNETH | Claim Number: 3414 |
| 9550 S OCEAN DR | Claim Date: 03/11/2003 |
| 1 1510 | Debtor: OAKWOOD HOMES CORPORATION |
| JENSEN BCH, FL 349572356 | Comments: EXPUNGED |
| | DOCKET: 4211 (08/13/2004) |

| PRIORITY | Claimed: | $874176.00 |

---

| LOCKARD, KENNETH | Claim Number: 2984 |
| 9550 S OCEAN DR 1 1510 | Claim Date: 03/10/2003 |
| JENSEN BCH, FL 349572356 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4211 (08/13/2004) |

| PRIORITY | Claimed: | $454.07 |

---

| LOCKARD, KENNETH | Claim Number: 9425 |
| 10595 HILLTOP MEADOW POINT | Claim Date: 03/23/2004 |
| BOYNTON BEACH, FL 33437 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $132439.71 |

---

| LOCKETT, TRACY B., SR. | Claim Number: 10854 |
| 2001 PARK PL STE 510 | Claim Date: 10/10/2006 |
| BIRMINGHAM, AL 352032770 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: ALLOWED |
| | DOCKET: 8878 (02/19/2008) |

| ADMINISTRATIVE | Claimed: | $333333.33 UNLIQ | | | Allowed: | $173250.00 |

| | | | | | |
|---|---|---|---|---|---|
| LOCKHART, JANICE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3215<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
| LOCKLEAN, PAUL D.<br>641 ONNIE JOE ROAD<br>MAXTON, NC 28364 | | | Claim Number: 9484<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | |
| ADMINISTRATIVE | Claimed: | $1630.00 | | | |
| LOCKLEAR PAUL D<br>641 ONNIE JOE RD<br>MAXTON, NC 28364 | | | Claim Number: 750<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $500.00 | | Allowed: | $500.00 |
| LOCKLEAR PAUL D,<br>641 ONNIE JOE RD<br>MAXTON, NC 28364 | | | Claim Number: 749<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $1130.00 | Scheduled: $1130.00 | Allowed: | $1130.00 |
| LOCKLEAR, PAUL D<br>641 ONNIE JOE RD<br>MAXTON, NC 28364 | | | Claim Number: 7986<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $1630.00 | | | |
| LOCKLEAR, PAUL D.<br>641 ONNIE JOE ROAD<br>MAXTON, NC 28364 | | | Claim Number: 9830<br>Claim Date: 05/12/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
| ADMINISTRATIVE | Claimed: | $1630.00 | | | |
| LOCKLEAR, PAUL D.<br>641 ONNIE JOE ROAD<br>MAXTON, NC 28364 | | | Claim Number: 10347<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $1630.00 | | | |

---

LOCKLER, STONEY DEAN
14-C WESTGATE TERRACE
RED SPRINGS, NC 28377

Claim Number: 8425
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $200.00 UNLIQ |
| --- | --- | --- |

LOEW, THEODORE
BRIAN ROACH
428 W. SHOSHONE
PASCO, WA 99301

Claim Number: 7396
Claim Date: 06/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

LOGAN WELDING INC
37062 HOCKING DR
LOGAN, OH 43138

Claim Number: 8803
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $15.00 |
| --- | --- | --- |

LOMAX, JEROME
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5871
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

LONG BEACH MORTGAGE CO.
WASHINGTON MUTUAL BANK (NW)
9451 CORBIN AVENUE, NO10204
NORTHRIDGE, CA 91324

Claim Number: 8013
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7811 (05/13/2005)

---

| SECURED | Claimed: | $102438.88 |
| --- | --- | --- |

LONG ROBBIE JOSEPH
1438 STONE DR
ROXBORO, NC 27573

Claim Number: 3568
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1575.00 |
| --- | --- | --- |

LONG, DWAYNE AND BUTER, VANESSA
C/O PAUL BILLINGSLEY
1000 N. JEFFERSON CT.
HAMMOND, LA 70401

Claim Number: 6181
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7888 (03/02/2005)

---

| UNSECURED | Claimed: | $70000.00 |
| --- | --- | --- |

---

LONG, DWAYNE AND BUTLER, VANESSA
C/O PAUL BILLINGSLEY
1000 N. JEFFERSON CT.
HAMMOND, LA 70401

Claim Number: 6318
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $70000.00 |
|---|---|---|

---

LONG, JUNE W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5872
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

LONG, SYLVIA L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5873
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|
| UNSECURED | Claimed: | $412.50 |

---

LONGACRE & ASSOCIATES INC
4125 SE 23RD TERRACE
OCALA, FL 34480

Claim Number: 10319
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1225.00 |
|---|---|---|

---

LONGACRE MOBILE PARK
DBA LONGACRE MOBILE PARK
760 HWY 384
LAKE CHARLES, LA 70607

Claim Number: 1540
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

LONGS TRAILER PARK
7240 LITTLE RIVER DAM ROAD
RADFORD, VA 24141

Claim Number: 8827
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1380.96 |
|---|---|---|

---

LONGSTRETH, ROBERT L.
88 MEADOW RIDGE LANE
FAIRVIEW, WV 26570

Claim Number: 10370
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $2580.00 |
|---|---|---|

---

---

LONGVIEW INDEPENDENT SCHOOL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10182
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7328 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2443.84 |
| SECURED | Claimed: | $0.00 |

---

LONGVIEW ISD, WHITE OAK ISD
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7273
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2545.21 |

---

LONGVIEW ISD, WHITE OAK ISD
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7292
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $2545.21 |

---

LOPEZ JR, ANDRES
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5877
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

LOPEZ MASONRY, JOSE
PO BOX 255
RURAL HALL, NC 27045

Claim Number: 6201
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $10300.00 |

---

LOPEZ, ARTURO A
3906 ROUND ROCK
KILLEEN, TX 76549

Claim Number: 8492
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $4650.00 |

---

LOPEZ, ARTURO A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5874
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1678.13 | UNLIQ |

---

| LOPEZ, ELI<br>2200 CROCKER WAY<br>SANTA CLARA, CA 95051-1404 | Claim Number: 6221<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $10000.00 | | |
|---|---|---|---|---|

| LOPEZ, HUMBERTO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5875<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| LOPEZ, MARIA G<br>3906 ROUND ROCK<br>KILLEEN, TX 76549 | Claim Number: 8533<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $5906.25 | | |
|---|---|---|---|---|

| LOPEZ, MARIA G.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5876<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| LORETTO COMMUNICATION SERVICES,<br>PO BOX 26<br>LORETTO, TN 38469 | Claim Number: 2468<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $80.00 | Scheduled: | $80.00 | Allowed: | $80.00 |
|---|---|---|---|---|---|---|

| LOST EAGLE RV PARK<br>SULLIVAN, KRISTA J<br>4710 STILLBROOKE DR<br>HOUSTON, TX 770354912 | Claim Number: 9088<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3000.00 | | |
|---|---|---|---|---|

| LOST EAGLE RV PARK,<br>KRISTA J SULLIVAN<br>4710 STILLBROOKE DR<br>HOUSTON, TX 770354912 | Claim Number: 5159<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $500.00 DISP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUGHREY CLARE<br>38570 RAMAH RD EAST<br>SIMLA, CO 80835 | | | Claim Number: 5042<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $9735.93 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUGHREY, CLARE<br>38570 RAMAH RD, EAST<br>SIMLA, CO 80835 | | | Claim Number: 10767<br>Claim Date: 08/08/2005<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $3100.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUIS CHAVEZ TRUCKING<br>DBA LOUIS CHAVEZ TRUCKING<br>4810 NORTH 72ND AVE<br>PHOENIX, AZ 85033 | | | Claim Number: 3372<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $750.00 | | | | Allowed: | $750.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUIS CHAVEZ TRUCKING,<br>7205 S 56TH LN<br>LAVEEN, AZ 853392979 | | | Claim Number: 3371<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $1700.00 | | Scheduled: | $1700.00 | Allowed: | $1700.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUIS CHAVEZ TRUCKING,<br>DBA LOUIS CHAVEZ TRUCKING<br>4810 NORTH 72ND AVE<br>PHOENIX, AZ 85033 | | | Claim Number: 3069<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2975.00 | | Scheduled: | $2975.00 | Allowed: | $2975.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOUISANA CHICKEN AND FOODMART,<br>5130 WICHITA ST<br>FT WORTH, TX 76119 | | | Claim Number: 2751<br>Claim Date: 03/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3648.54 | | Scheduled: | $3348.54 | Allowed: | $3648.54 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOVE BEAL & NIXON<br>P O BOX 32738<br>OKLAHOMA CITY, OK 73123 | | | Claim Number: 441<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $2230.00 | | | | | |

---

LOVE BEAL & NIXON
P O BOX 32738
OKLAHOMA CITY, OK 73123

Claim Number: 8833
Claim Date: 11/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7734 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2164.29 |
| --- | --- | --- |

---

LOWE JR, GEORGE R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5878
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

LOWER VALLEY,
DBA:LOWER VALLEY ELECTRIC
1300 LEADER DRIVE
KILLEEN, TX 76549

Claim Number: 786
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $985.00 | Scheduled: | $855.00 | Allowed: | $985.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

LOWERY, MARCUS
223 BREWER ST
ASHEBORO, NC 27203

Claim Number: 8317
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $7140.00 |
| --- | --- | --- |

---

LOWES COMPANIES
PO BOX 1111
NORTH WILKESBORO, NC 28656

Claim Number: 7921
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $8559.29 |
| --- | --- | --- |

---

LOWNDES COUNTY
P O BOX 1409
VALDOSTA, GA 31603-1409

Claim Number: 9693
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $7961.04 |
| --- | --- | --- |

---

LOWNDES COUNTY
P O BOX 1409
VALDOSTA, GA 31603-1409

Claim Number: 9715
Claim Date: 05/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $7961.04 |
| --- | --- | --- |

---

---

| LOXCREEN CO INC<br>PO BOX 4004<br>WEST COLUMBIA, SC 29171 | Claim Number: 1783<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1474.45 | | | | |
|---|---|---|---|---|---|---|

---

| LOY BOBBY L SR,<br>13498 COUNTY ROAD 2<br>SCOTTOWN, OH 45678 | Claim Number: 2792<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $5700.00 | Scheduled: | $2700.00 | Allowed: | $2700.00 |
|---|---|---|---|---|---|---|

---

| LOYAL ORDER OF MOOSE,<br>BECKLEY LODGE NO. 1505<br>P.O. BOX 868<br>BECKLEY, WV 25802-0868 | Claim Number: 1820<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 | Allowed: | $175.00 |
|---|---|---|---|---|---|---|

---

| LRM LIMITED<br>8304 STATE ROUTE 124<br>LATHAM, OH 45646 | Claim Number: 1325<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $500.00 | | | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

---

| LUBBOCK CENTRAL A.D.,<br>P.O. BOX 10568<br>1715 26TH STREET<br>LUBBOCK, TX 79408-3568 | Claim Number: 4632<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY<br>SECURED | Claimed: | $1910.22 | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|

---

| LUBBOCK CENTRAL APPRAISAL DISTRICT<br>LAURA J. MONROE<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 817<br>LUBBOCK, TX 79408-0817 | Claim Number: 9051<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $2120.22 | | | | |
|---|---|---|---|---|---|---|

---

| LUCAS ROOFING & SHEET METAL<br>P.O. BOX 975<br>CROCKETT, TX 75835 | Claim Number: 8558<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

---

LUCAS WASH PETWAY TUCKER & STEPHENS
2001 PARK PL N STE 510
BIRMINGHAM, AL 352032770

Claim Number: 10764
Claim Date: 08/05/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8878 (02/19/2008)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

LUCAS, DORATHY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7070
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

LUCAS, DOROTHY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3216
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $50000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $14517.16 |

---

LUCK STONE CORP
P O BOX 29871
RICHMOND, VA 23242

Claim Number: 8307
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| PRIORITY | Claimed: | $1476.46 | | |
|---|---|---|---|---|

---

LUEVANOS, OSCAR
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5879
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ | | |

---

LUGERT JOAN A
P.O. BOX 18087
AUSTIN, TX 78760

Claim Number: 5397
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 1953 (09/12/2003)

| SECURED | Claimed: | $57000.00 | | |
|---|---|---|---|---|

---

LUGERT JOAN A
P.O. BOX 18087
AUSTIN, TX 78760

Claim Number: 5398
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 1952 (09/12/2003)

| PRIORITY | Claimed: | $30000.00 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8000.00 | | |
| UNSECURED | Claimed: | $57000.00 | | |
| TOTAL | Claimed: | $87000.00 | | |

---

LUKEMIRE, ROBERT
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5880
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

LUM'S LAND SURVEYS, INC.
PO BOX 154
RT. 15, PALMYRA OFFICE CTR.
PALMYRA, VA 22963

Claim Number: 7999
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $742.50 |

---

LUMBERTON NORTH SUN HOUSING & DEVELOP
3400 ELIZABETHTOWN RD
LUMBERTON, NC 28358

Claim Number: 2323
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1000.00 |

---

LUNA CASTER & TRUCK CORP,
3300 N 24TH ST
PHOENIX, AZ 850167318

Claim Number: 5153
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $779.82 | Scheduled: | $779.82 | Allowed: | $779.82 |

---

LUNENBURG CTY,
11512 COURTHOUSE RD
LUNENBURG, VA 23952

Claim Number: 1354
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $110.00 | | |
| UNSECURED | | | Scheduled: | $19.00 |

---

LUNSFORD, BOBBY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3184
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25000.00 | | |
| UNSECURED | | | Allowed: | $7258.58 |

---

LUNSFORD, BOBBY & VIRGINIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6931
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

LYKINS, WES & TUTTI
PO BOX 426
SALYERSVILLE, KY 41465

Claim Number: 5493
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63000.00 | | | Allowed: | $6500.00 |

LYLE, DAVID C.
1701 AMBLESIDE COURT
GREENSBORO, NC 27407

Claim Number: 5419
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

LYLE, DAVID C.
1701 AMBLESIDE COURT
GREENSBORO, NC 27407

Claim Number: 5625
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

LYLE, DAVID C.
1701 AMBLESIDE COURT
GREENSBORO, NC 27407

Claim Number: 6371
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

LYNCH ENTERPRISES
DBA LYNCH ENTERPRISES
2027 201 PL SW
LYNNWOOD, WA 98036

Claim Number: 5192
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2200.00 | Scheduled: | $2200.00 | Allowed: | $2200.00 |

LYNCH ENTERPRISES
DBA LYNCH ENTERPRISES
2027 201 PL SW
LYNNWOOD, WA 98036

Claim Number: 5191
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3600.00 | Scheduled: | $5575.00 | Allowed: | $3600.00 |

LYNCHBURG READY MIX CONCRETE CO INC,
P O BOX 10066
LYNCHBURG, VA 24506

Claim Number: 963
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $953.04 | | | | |
| UNSECURED | | | Scheduled: | $953.04 | Allowed: | $953.04 |

LYNCHS OFFICE S,
P O BOX 1109
921 ROANOKE AVE
ROANOKE RAPIDS, NC 27870

Claim Number: 1089
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $365.58 | Scheduled: | $365.58 | Allowed: | $365.58 |
|---|---|---|---|---|---|---|

LYNDA M. LALONDE
C/O RICHARD J. HATCH, JR.
ATTN: THE HATCH LAW FIRM
802 N. CARAN CAHUA, SUITE 665
CORPUS CHRISTI, TX 78470

Claim Number: 6064
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $199278.00 |
|---|---|---|

LYNN TAYLOR LONG
58 PUBLIC SQUARE
ELIZABETHTOWN, KY 42701

Claim Number: 5514
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1300000.00 UNLIQ |
|---|---|---|

LYNN'S CUSTODIAL SERVICES
JENNY FINSTER
38686 FIRST CRK DR.
LEBANON, OR 97355

Claim Number: 10116
Claim Date: 05/27/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2271.00 |
|---|---|---|

LYONS WELL DRILLING,
8107 N PORT HWY
MOUNT MORRIS, MI 48458

Claim Number: 3436
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $2980.00 | Scheduled: | $2890.00 | Allowed: | $2980.00 |
|---|---|---|---|---|---|---|

LYONS, JUSTIN
D NEIL HARRIES & ASSOCIATES PA
PO BOX 306
PASCAGOULA, MS 39568

Claim Number: 4981
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

M & J LAWN SERVICE,
DBA:M & J LAWN SERVICE
7777 E RIRIE HWY
IDAHO FALLS, ID 83401

Claim Number: 1848
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1145.00 | Scheduled: | $1145.00 | Allowed: | $1145.00 |
|---|---|---|---|---|---|---|

---

M DAVIS FLOORIN,
371 CAPROCK DR
GRAND JUNCTION, CO 81503

Claim Number: 3582
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1234.00 | Scheduled: | $220.00 | Allowed: | $220.00 |

---

M DAVIS FLOORING
2654 BAHAMAS WAY
GRAND JUNCTION, CO 815061762

Claim Number: 3581
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1234.00 |

---

M&H REPAIRS,
260 CHARLES JOHNSON RD
CHUCKEY, TN 37641

Claim Number: 809
Claim Date: 02/19/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7710.90 | Scheduled: | $6347.85 |

---

M&M MOBILE HOMES INC.
4632 S I-35W
ALVARADO, TX 76009

Claim Number: 1157
Claim Date: 02/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8575.00 |

---

M. ADAMS JONES
PO BOX 1748
ATTN: HALL, SMITH & JONES
DOTHAN, AL 36302

Claim Number: 6331
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150000.00 |

---

M.H. CONTRACTING
DBA"M.H. CONTRACTING
904 WEST 5TH
LAMPASAS, TX 76550

Claim Number: 2804
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3346.17 | | |
| UNSECURED | | | Allowed: | $2180.00 |

---

M.R HARE PLUMBING INC
PO BOX 480
SEAFORD, DE 19973

Claim Number: 2782
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $803.00 | Allowed: | $803.00 |

---

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>PO BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 193<br>Claim Date: 01/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $6051.28 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 112<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $6051.28 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>PO BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 418<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1060.29 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>PO BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 347<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1060.29 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 513<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1060.29 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155 | Claim Number: 7342<br>Claim Date: 05/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $2295.23 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>PO BOX 551401<br>LAS VEGAS, NV 89155-1401 | Claim Number: 7351<br>Claim Date: 05/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $2295.23 |
|---|---|---|

| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | Claim Number: 9293<br>Claim Date: 12/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | Claimed: | $4820.79 |
|---|---|---|

| | | | |
|---|---|---|---|
| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | | | Claim Number: 10655<br>Claim Date: 11/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8415 (01/30/2006) |
| ADMINISTRATIVE | Claimed: | $381.86 | |
| M.W. SCHOFIELD<br>CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY<br>ATTN: TINA POFF, MANAGER<br>LAS VEGAS, NV 89155 | | | Claim Number: 10660<br>Claim Date: 11/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (04/04/2005) |
| ADMINISTRATIVE | Claimed: | $381.86 | |
| M.W. SHOFIELD<br>CLARK COUNTY ASSESSOR<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | | | Claim Number: 7651<br>Claim Date: 07/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
| SECURED | Claimed: | $1654.90 | |
| M2H LAND, LLC<br>BG PROPERTIES<br>PO BOX 697<br>CAMDEN, SC 29020 | | | Claim Number: 10510<br>Claim Date: 06/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $2009.00 | |
| MABE'S WELDING<br>1194 MT. VIEW CH. ROAD<br>KING, NC 27021 | | | Claim Number: 9735<br>Claim Date: 05/06/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $680.00 | |
| MABE'S WELDING<br>1194 MT. VIEW CHURCH ROAD<br>KING, NC 27021 | | | Claim Number: 10252<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $680.00 UNLIQ | |
| MAC'S MOBILE MANOR<br>DBA: MAC'S MOBILE MANOR<br>4202 MAC'S RD<br>FULTON, MO 65251 | | | Claim Number: 2743<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $945.00 | |
| MAC*COM CORP.<br>PO BOX 372<br>OSCEOLA, IN 46561-9574 | | | Claim Number: 6529<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $112.30 | |

| | | | |
|---|---|---|---|
| MAC*COM CORP.<br>PO BOX 372<br>OSCEOLA, IN 46561-9574 | | | Claim Number: 6530<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $72.60 | |
| MAC*COM CORP.<br>PO BOX 372<br>OSCEOLA, IN 46561-9574 | | | Claim Number: 6531<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $130.30 | |
| MAC*COM CORP.<br>PO BOX 372<br>OSCEOLA, IN 46561-9574 | | | Claim Number: 6532<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $75.00 | |
| MACEMORE, SALLIE<br>PO BOX 217<br>HAMPTONVILLE, NC 27020 | | | Claim Number: 8431<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| ADMINISTRATIVE | Claimed: | $700.00 | |
| MACHINE TECH INC,<br>301 WESLEY CHAPEL ROAD<br>MOULTRIE, GA 31788 | | | Claim Number: 6801<br>Claim Date: 05/02/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $732.00 | |
| MACK PLUMMER AND PATRICIA DILLOW<br>PLUMMER LAW OFFICE PLLC<br>6002 E KINGS AVE<br>SCOTTSDALE, AZ 852541384 | | | Claim Number: 178<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| SECURED | Claimed: | $200000.00 | |
| MACK, AMY<br>308 S. GRUBB STREET<br>LINDEN, TX 75563 | | | Claim Number: 9635<br>Claim Date: 04/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |
| MACK, AMY<br>308 S. GRUBB STREET<br>LINDEN, TX 75563 | | | Claim Number: 9683<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| UNSECURED | Claimed: | $300.00 | |

---

| MACKE WATER SYSTEMS INC | | Claim Number: 1204 |
| --- | --- | --- |
| PO BOX 545 | | Claim Date: 02/24/2003 |
| WHEELING, IL 60090 | | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $331.77 |
| --- | --- | --- |

---

| MACKSOOD, PAUL W. | | Claim Number: 5434 |
| --- | --- | --- |
| 5518 FAYE DRIVE | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27410 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MACKSOOD, PAUL W. | | Claim Number: 5401 |
| --- | --- | --- |
| 5518 FAYE DRIVE | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27410 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 7441 (12/21/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MACKSOOD, PAUL W. | | Claim Number: 5635 |
| --- | --- | --- |
| 5518 FAYE DRIVE | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27410 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MACKSOOD, PAUL W. | | Claim Number: 6377 |
| --- | --- | --- |
| 5518 FAYE DRIVE | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27410 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| MACOMB COUNTY TREASURER | | Claim Number: 6856 |
| --- | --- | --- |
| MACOMB COUNTY TREASURER'S OFFICE | | Claim Date: 05/07/2003 |
| ATTN: TED B. WAHBY, TREASURER | | Debtor: OAKWOOD HOMES CORPORATION |
| 1 S. MAIN - 2ND FLOOR | | |
| MT. CLEMENS, MI 48043 | | |

| SECURED | Claimed: | $1271.87 |
| --- | --- | --- |

---

| MACOMB COUNTY TREASURER | | Claim Number: 7618 |
| --- | --- | --- |
| ATTN: TED B. WAHBY, TREASURER | | Claim Date: 07/17/2003 |
| ONE SOUTH MAIN STREET, 2ND FLOOR | | Debtor: OAKWOOD HOMES CORPORATION |
| MT. CLEMENS, MI 48043-2312 | | Comments: EXPUNGED |
| | | DOCKET: 7329 (11/16/2004) |

| SECURED | Claimed: | $709.70 |
| --- | --- | --- |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B. WAHBY TREASURER<br>ONE SOUTH MAIN STREET, 2ND FLOOR<br>MT. CLEMENS, MI 48043-2312 | | | Claim Number: 3400<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| SECURED | Claimed: | $2820.85 | | | | | |
| MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B. WAHBY, TREASURER<br>ONE SOUTH MAIN STREET, 2ND FLOOR<br>MT. CLEMENS, MI 48043 | | | Claim Number: 3320<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | | | |
| SECURED | Claimed: | $2820.85 | | | | | |
| MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B. WAHBY, TREASURER<br>1 S. MAIN - 2ND FLOOR<br>MT. CLEMENS, MI 48043 | | | Claim Number: 6874<br>Claim Date: 05/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $1271.87 | | | | | |
| MACOMB TOWNSHIP<br>WATER & SEWER DEPARTMENT<br>LAWRENCE DLOSKI / SEIBERT & DLOSKI<br>59 N. WALNUT, STE. 202<br>MT CLEMENS, MI 48042 | | | Claim Number: 2438<br>Claim Date: 02/20/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $1249.21 | Scheduled: | $1202.05 | | | |
| MACOMB TWP. WATER & SEWER DEPT<br>51650 CARD RD.<br>MACOMB, MI 48042 | | | Claim Number: 3090<br>Claim Date: 03/05/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $1249.21 | | | | | |
| MACOMB TWP. WATER & SEWER DEPT<br>54111 BROUGHTON<br>MACOMB, MI 48042 | | | Claim Number: 7429<br>Claim Date: 06/23/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: ALLOWED | | | | |
| SECURED | Claimed: | $1249.21 | | | | | |
| UNSECURED | | | | | | Allowed: | $1249.21 |
| MACPHERSON,GINT,<br>AND DIAZ<br>P O BOX 1270<br>NEWPORT, OR 97365 | | | Claim Number: 3752<br>Claim Date: 03/14/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | | |
| UNSECURED | Claimed: | $1722.81 | Scheduled: | $1305.40 | | Allowed: | $1722.81 |

---

MACPHERSON,GINT,
AND DIAZ
P O BOX 1270
NEWPORT, OR 97365

Claim Number: 3750
Claim Date: 03/14/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $283.33 | Scheduled: | $352.48 | Allowed: | $283.33 |

MACPHERSON,GINT,
AND DIAZ
P O BOX 1270
NEWPORT, OR 97365

Claim Number: 3751
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $189.58 | Scheduled: | $156.25 | Allowed: | $189.58 |

MADARIS, JAMES R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5881
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

MADISON AVENUE MHP
C/O DAVID E. WISHNEY
P.O. BOX 837
BOISE, ID 83701

Claim Number: 2237
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $160.00 |

MADISON AVENUE MHP
C/O DAVID E. WISHNEY
P.O. BOX 837
BOISE, ID 83701

Claim Number: 2238
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $405.00 |

MADISON AVENUE MHP
C/O DAVID E. WISHNEY
P.O. BOX 837
BOISE, ID 83701

Claim Number: 2239
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $405.00 |

MADISON AVENUE MHP
C/O DAVID E. WISHNEY
P.O. BOX 837
BOISE, ID 83701

Claim Number: 2240
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $405.00 |

| | | |
|---|---|---|
| MADISON AVENUE MHP<br>C/O DAVID E. WISHNEY<br>P.O. BOX 837<br>BOISE, ID 83701 | | Claim Number: 2241<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| SECURED | Claimed: | $725.00 |
|---|---|---|

| | | |
|---|---|---|
| MADISON AVENUE MHP<br>C/O DAVID E. WISHNEY<br>P.O. BOX 837<br>BOISE, ID 83701 | | Claim Number: 8899<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $140.00 |
|---|---|---|

| | | |
|---|---|---|
| MADISON CO TAX<br>PO BOX 217<br>DANIELSVILLE, GA 30633 | | Claim Number: 1196<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $593.23 |
|---|---|---|

| | | |
|---|---|---|
| MADISON CO TAX,<br>PO BOX 217<br>DANIELSVILLE, GA 30633 | | Claim Number: 1197<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| SECURED | Claimed: | $593.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18.00 |

| | | |
|---|---|---|
| MADISON COUNTY TAX COMMISSION<br>PO BOX 217<br>DANIELSVILLE, GA 30633 | | Claim Number: 1195<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| SECURED | Claimed: | $593.23 |
|---|---|---|

| | | |
|---|---|---|
| MADSON ED<br>1735 E FT LOWELL STE,9<br>TUCSON, AZ 85719 | | Claim Number: 8795<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1975.00 |
|---|---|---|

| | | |
|---|---|---|
| MADSON, BROWN<br>3131 N COUNTRY CLUB RD   STE 203<br>TUCSON, AZ 857161651 | | Claim Number: 712<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |

| PRIORITY | Claimed: | $1975.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1600.00 |

---

MADSON, BROWN & ASSOCIATES
1735 E. FOT. LOWELL ROAD
STE 9
TUCSON, AZ 85719

Claim Number: 10205
Claim Date: 06/04/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $1975.00 | | | | | |

---

MAGID GLOVE & SAFETY MFG-PA,
2060 N KOLAR AVE
CHICAGO, IL 60639

Claim Number: 3259
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $543.11 | Scheduled: | $543.11 | Allowed: | $543.11 |

MAGNOLIA ENTERPRISES
PO BOX 576
LADSON, SC 29456

Claim Number: 5544
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8609 (07/19/2006)

---

| UNSECURED | Claimed: | $200000.00 | | | Allowed: | $102095.00 |

MAGNOLIA ENTERPRISES,
8830 SALAMANDER RD
CHARLESTON, SC 29406

Claim Number: 5545
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

---

| UNSECURED | Claimed: | $25000.00 | Scheduled: | $6950.00 | | |

MAGNOLIA INDEDPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10129
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $1014.72 UNLIQ | | | | |

---

MAGNOLIA INDEPENDENT SCHOOL DISTRICT
MICHAEL J. DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 7222
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| SECURED | Claimed: | $3532.44 | | | | |

---

MAGNUM CONSTRUCTION,
4623 FOXTRAIL DR NE
OLYMPIA, WA 98516

Claim Number: 4653
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

---

| UNSECURED | Claimed: | $24187.52 | Scheduled: | $266.85 | Allowed: | $266.85 |

MAIL IT A S A P,
3111 E TEXAS
BOSSIER CITY, LA 71111

Claim Number: 1415
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $239.36 | Scheduled: | $239.36 | Allowed: | $239.36 |

| MAIN STREET MAT CO<br>245 MAIN ST<br>LONGMONT, CO 80501 | Claim Number: 2683<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $637.00 | Allowed: | $637.00 |

| MAINE MANUFACTURED HOUSING BOARD,<br>C/O DEPT OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>ATTN: CAROLYN SILSBY<br>AUGUSTA, ME 04333-006 | Claim Number: 2670<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2000.00 | |
| UNSECURED | | | Allowed: | $2000.00 |

| MAJOR MELVIN<br>501 5TH AVE N.W.<br>MOULTRIE, GA 31768 | Claim Number: 2676<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |

| MAJOR, MELVIN<br>501 5TH AVE N.W.<br>MOULTRIE, GA 31768 | Claim Number: 8284<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

| MALHEUR COUNTY<br>251 'B' STREET W<br>VALE, OR 97918 | Claim Number: 9733<br>Claim Date: 05/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4237.82 | |

| MALHEUR COUNTY,<br>251 'B' STREET W<br>VALE, OR 97918 | Claim Number: 2616<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $3189.47 UNLIQ | |

| MALONE, MEGAN<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3185<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | |
| UNSECURED | | | Allowed: | $2903.43 |

---

MALONE, R. BRAD
RANDOLPH BRAD MALONE
P.O. BOX 1118
309 JUANITA LANE
TAOS, NM 87571

Claim Number: 3452
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $34797.50 | | | | Allowed: | $34797.50 |

---

MALONE, R. BRAD
PO BOX 1118 / 309 JUANITA LANE
TAOS, NM 87571

Claim Number: 10891
Claim Date: 04/19/2010
Debtor: OAKWOOD HOMES CORPORATION
Comments:
Amends claim no. 3452

| UNSECURED | Claimed: | $34797.50 |

---

MALOOLY'S CARPE,
765 N VALLEY DR
LAS CRUCES, NM 88005

Claim Number: 4731
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $2837.24 | Scheduled: | $1452.55 | Allowed: | $1452.55 |

---

MALOOLY'S CARPET CITY
765 N VALLEY DR
LAS CRUCES, NM 88005

Claim Number: 4732
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2837.24 |

---

MALOY MOBILE HOME REPAIR
2570 MT DRIVE
BOAZ, AL 35956

Claim Number: 8778
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1162.80 |

---

MALOY, DORIS
LEON COUNTY TAX COLLECTOR
POST OFFICE BOX 1835
TALLAHASSEE, FL 32302-1835

Claim Number: 336
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $5113.63 UNLIQ |

---

MANES MH SETUP
DBA MANES MH SETUP & SERV
6005 A FORKUM ROAD
MALDEN, MO 63863

Claim Number: 3798
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
Claim out of balance

| PRIORITY | Claimed: | $1200.00 | | | |
| UNSECURED | | | | Allowed: | $1200.00 |
| TOTAL | Claimed: | $1000.00 |

| | | | |
|---|---|---|---|
| MANES, BENJAMIN<br>6005A FORKUM RD<br>MALDEN, MO 63863 | | | Claim Number: 9609<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1200.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| MANGANDI JUAN<br>526 KINGWOOD DRIVE<br>KINGWOOD, TX 77339 | | | Claim Number: 2101<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| UNSECURED | Claimed: | $0.00 | | | | Allowed: | $3766.00 |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MANGANDI, JUAN<br>526 KINGWOOD DRIVE<br>KINGWOOD, TX 77339 | | | Claim Number: 2103<br>Claim Date: 02/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $3347.13 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MANGANDI, JUAN<br>526 KINGWOOD DRIVE<br>KINGWOOD, TX 77339 | | | Claim Number: 2102<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $475.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MANGUS TERRACE MOBILE HOME PARK,<br>DBA MANGUS TERRACE MOBILE HOME PARK<br>10198 HWY 180 WEST<br>SILVER CITY, NM 88061 | | | Claim Number: 3887<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 DISP | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MANNY DAVID R<br>2010 RT 405 HWY<br>MUNCY, PA 17756 | | | Claim Number: 3022<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |

| PRIORITY | Claimed: | $3168.00 |
|---|---|---|
| UNSECURED | Claimed: | $3744.00 |

| | | | |
|---|---|---|---|
| MANPOWER INTERNATIONAL INC.<br>5301 N. IRONWOOD ROAD<br>P.O. BOX 2053<br>MILWAUKEE, WI 53201 | | | Claim Number: 298<br>Claim Date: 01/21/2003<br>Debtor: NEW DIMENSION HOMES, INC |

| UNSECURED | Claimed: | $11997.24 |
|---|---|---|

---

MANSELL ENTERPRISES,
PO BOX 464
CENTRE HALL, PA 16828

Claim Number: 995
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $38.05 | Scheduled: | $38.05 | Allowed: | $38.05 |
|---|---|---|---|---|---|---|

MANSFIELD ISD
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BXO 13430
ARLINGTON, TX 76094

Claim Number: 10031
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $14105.15 |
|---|---|---|

---

MANUFACTURED HOME MERCHANDISER
203 N WABASH AVE STE 800
CHICAGO, IL 60601

Claim Number: 1726
Claim Date: 02/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $2176.00 | Scheduled: | $2176.00 | Allowed: | $2176.00 |
|---|---|---|---|---|---|---|

MANUFACTURED HOUSING VALUATION CO
2969 KECOUGHTAN RD
PFAFFTOWN, NC 27040

Claim Number: 3388
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1171.30 | Scheduled: | $800.00 | Allowed: | $1171.30 |
|---|---|---|---|---|---|---|

MANUFACTURED HOUSING VALUATION CO
2969 KECOUGHTAN RD
PFAFFTOWN, NC 27040

Claim Number: 3387
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1171.30 |
|---|---|---|

---

MANUFACTURED HOUSING VALUATION CO.
2969 KECOUGHTAN RD
PFAFFTOWN, NC 27040

Claim Number: 8270
Claim Date: 11/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $100.00 |
|---|---|---|

---

MANVILLE, JOHNS
P.O. BOX 5108
ATTN: G. RUMER G-12
DENVER, CO 80217

Claim Number: 9844
Claim Date: 05/13/2004
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $111225.94 | | | Allowed: | $41204.65 |
|---|---|---|---|---|---|---|

MAPOTHER & MAPOTHER, P.S.C.
801 WEST JEFFERSON STREET
LOUISVILLE, KY 40202

Claim Number: 6620
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $44099.81 |
|---|---|---|

---

---

MAR TREE SERVICE,
DBA MAR TREE SERVICE
PO BOX 50435
TULSA, OK 74150

Claim Number: 3570
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1050.00 | Scheduled: | $1050.00 | Allowed: | $1050.00 |
|-----------|----------|----------|------------|----------|----------|----------|

MARBLE CREATIONS, LLC
P.O. BOX 176
LEESBURG, IN 46538

Claim Number: 9882
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $3950.61 |
|----------------|----------|----------|

MARC R ZUCKERMAN
2448 OAK ST
JOHNSON CITY, TN 37615

Claim Number: 7885
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3250.00 |
|----------------|----------|----------|

MARCIA J MITCHELL TRUST
5812 E 79TH ST
TULSA, OK 74136

Claim Number: 6231
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $152.48 |
|-----------|----------|---------|

MARCUM CREW CUT
DBA MARCUM CREW CUT
6080 FISHER RD
BALTIMORE, OH 43105

Claim Number: 8766
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $1700.00 |
|----------------|----------|----------|

MARCUM CREW CUT,
DBA MARCUM CREW CUT
6080 FISHER RD
BALTIMORE, OH 43105

Claim Number: 2926
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $0.00 | | | | |
|----------|----------|-------|------------|----------|----------|----------|
| UNSECURED | | | Scheduled: | $1184.40 | Allowed: | $1734.30 |

MARCUM, JOAN
560 NEVADA 277
PRESCOTT, AR 71857

Claim Number: 8516
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $12000.00 |
|----------------|----------|-----------|

---

---

MARCUS MEADOWS MOBILE HOME
COMMUNITY,DBA MARCUS MEADOWS
MOBILE HOME COMMUNITY
5876 W TENNESSEE STREET
TALLAHASSEE, FL 32304

Claim Number: 2740
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $0.00 | | | Allowed: | $4171.00 |

---

MARIE, ROBERT M.
DAVID WENHOLZ
610 BRAZOS, 4TH FLOOR
AUSTIN, TX 78701

Claim Number: 7484
Claim Date: 06/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $300000.00 | Scheduled: | $0.00 UNLIQ |

---

MARIE, ROBERT M.
16229 FM 973 NORTH #2
MANOR, TX 78653

Claim Number: 4768
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $300000.00 |

---

MARIE, ROBERT M.
2901 BEE CAVE ROAD   #H
AUSTIN, TX 78746

Claim Number: 10216
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |

---

MARILYN E. WOOD, REV COMMISSIONER
P.O. BOX DRAWER 1169
MOBILE, AL 36633-1169

Claim Number: 4008
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $809.98 | | | Allowed: | $456.87 |

---

MARILYN E. WOOD, REV COMMISSIONER
P.O. BOX DRAWER 1169
MOBILE, AL 36633-1169

Claim Number: 4009
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $130.81 | | | Allowed: | $114.32 |

---

MARILYN E. WOOD, REV COMMISSIONER
P.O. BOX DRAWER 1169
MOBILE, AL 36633-1169

Claim Number: 8014
Claim Date: 10/31/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| PRIORITY | Claimed: | $578.12 |

---

MARION COUNTY SHOPPER COMPASS,
PO BOX 895
MARION, OH 43301

Claim Number: 1269
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY |  | Claimed: | $1973.97 | | | | |
| UNSECURED | | | | Scheduled: | $1848.55 | Allowed: | $1973.97 |

---

| MARION COUNTY TAX ASSESSOR,<br>ATTN MARSHALL BYRD - COLLECTOR<br>250 BROAD ST STE 3<br>COLUMBIA, MS 39429 | Claim Number: 4052<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5.70 | Scheduled: | $7.00 DISP | | |
|---|---|---|---|---|---|---|

| MARION COUNTY TAX COLLECTOR<br>P O BOX 2511<br>SALEM, OR 97308 | Claim Number: 955<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $34.70 |
|---|---|---|

| MARION COUNTY TAX COLLECTOR<br>P O BOX 389<br>MARION, SC 29571 | Claim Number: 8751<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $105.74 |
|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>ATTN THOMAS OLSON<br>P O BOX 970<br>OCALA, FL 34478 0970 | Claim Number: 4555<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $45.58 | Scheduled: | $73.50 | Allowed: | $45.58 |
|---|---|---|---|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>P.O. BOX 2511<br>SALEM, OR 97308-2511 | Claim Number: 956<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $46.36 UNLIQ |
|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>P.O. BOX 2511<br>SALEM, OR 97308-2511 | Claim Number: 957<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $1726.99 UNLIQ |
|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>P.O. BOX 2511<br>SALEM, OR 97308-2511 | Claim Number: 958<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $374.60 |
|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>P.O. BOX 2511<br>SALEM, OR 97308-2511 | Claim Number: 959<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| SECURED | Claimed: | $6556.13 | | | | | |
|---|---|---|---|---|---|---|---|

| MARION COUNTY TAX COLLECTOR,<br>P.O. BOX 2511<br>SALEM, OR 97308-2511 | Claim Number: 960<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $2607.46 UNLIQ |
|---|---|---|

| MARION COUNTY TREASURER<br>PO BOX 275<br>MARION, SC 29571 | Claim Number: 6451<br>Claim Date: 04/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $117.19 |
|---|---|---|

| MARION COUNTY TREASURER<br>P.O. BOX 275<br>MARION, SC 29571 | Claim Number: 7766<br>Claim Date: 09/08/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $1240.36 |
|---|---|---|

| MARK HOLLINGER CONSTRUCTION<br>8 CABANA DRIVE<br>TIJERAS, NM 87059 | Claim Number: 9606<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1250.00 |
|---|---|---|

| MARK LUDWIG, ESQ.<br>CARSON & COIL<br>PO BOX 28<br>JEFFERSON CITY, MO 65102 | Claim Number: 4711<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>PER SETTLEMENT,NAME CHANGED FROM MICHELLE JACOBS TO MARK ALAN LUDWIG |
|---|---|

| UNSECURED | Claimed: | $357382.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $50000.00 |
|---|---|---|---|---|---|---|

| MARK WERTZ RACING<br>DBA MARK WERTZ RACING<br>441 BIG PINE DRIVE<br>VIRGINIA BEACH, VA 23452 | Claim Number: 8160<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

| MARKS, KIM<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7071<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| MARLBORO CO DELINQUENT TAX COLLECTOR<br>PO BOX 419<br>BENNETTSVILLE, SC 29512 | Claim Number: 6808<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| SECURED    Claimed:    $1574.20 | | | |

| MARLBORO COUNTY TAX COLLECTOR<br>PO BOXC 419<br>BENNETTSVILLE, SC 2951-0062 | Claim Number: 8072<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
|---|---|---|---|
| SECURED    Claimed:    $1065.80 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 7<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| UNSECURED    Claimed:    $21375.00 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: KELLY A. MCCARTHY<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | Claim Number: 8<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | |
|---|---|---|---|
| SECURED    Claimed:    $5000.00<br>UNSECURED    Claimed:    $16424.77 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: KELLY A. MCCARTHY<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | Claim Number: 9<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | |
|---|---|---|---|
| SECURED    Claimed:    $7100.00<br>UNSECURED    Claimed:    $24297.90 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 10<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED    Claimed:    $2000.00<br>UNSECURED    Claimed:    $3549.00 | | Allowed:    $161.20 | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 11<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED    Claimed:    $1000.00<br>UNSECURED    Claimed:    $3234.40 | | Allowed:    $282.34 | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 12<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED       Claimed:       $1300.00 | | | |
| UNSECURED    Claimed:       $5148.21 | | Allowed:       $159.19 | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 13<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED       Claimed:       $200.00 | | | |
| UNSECURED    Claimed:       $1400.00 | | Allowed:       $90.13 | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 14<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED       Claimed:       $900.00 | | | |
| UNSECURED    Claimed:       $7120.36 | | Allowed:       $218.10 | |

| MARLIN LEASING CORPORATION<br>ATTN: BANKRUPTCY<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | Claim Number: 15<br>Claim Date: 12/02/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7811 (05/20/2005) | | |
|---|---|---|---|
| SECURED       Claimed:       $500.00 | | | |
| UNSECURED    Claimed:       $3843.00 | | Allowed:       $116.04 | |

| MARLIN LEASING CORPORATION<br>ATTN: KELLY A. MCCARTHY<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | Claim Number: 20<br>Claim Date: 12/06/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED       Claimed:       $2000.00 | | | |
| UNSECURED    Claimed:       $3549.00 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: KELLY A. MCCARTHY<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | Claim Number: 21<br>Claim Date: 12/06/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED       Claimed:       $7100.00 | | | |
| UNSECURED    Claimed:       $24297.90 | | | |

| MARLIN LEASING CORPORATION<br>ATTN: KELLY A. MCCARTHY<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | Claim Number: 22<br>Claim Date: 12/06/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| SECURED       Claimed:       $5000.00 | | | |
| UNSECURED    Claimed:       $16424.77 | | | |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 23
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21375.00 |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 24
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1000.00 |
| UNSECURED | Claimed: | $3234.40 |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 25
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $1300.00 |
| UNSECURED | Claimed: | $5148.21 |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 26
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $200.00 |
| UNSECURED | Claimed: | $1400.00 |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 27
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $900.00 |
| UNSECURED | Claimed: | $7120.36 |

---

MARLIN LEASING CORPORATION
ATTN: KELLY A. MCCARTHY
124 GAITHER DRIVE, SUITE 170
MOUNT LAUREL, NJ 08054

Claim Number: 28
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $500.00 |
| UNSECURED | Claimed: | $3843.00 |

---

MARLIN LEASING CORPORATION
ATTN: BANKRUPTCY
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

Claim Number: 10544
Claim Date: 07/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22963.36 | Allowed: | $19123.13 |

---

---

MARLIN LEASING CORPORATION
ATTN: BANKRUPTCY
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

Claim Number: 10545
Claim Date: 07/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18500.98 | | Allowed: | $15806.63 |

---

MARSH, DAVE
10305 CHAPEL HILL #F1035
PASCO, WA 99301

Claim Number: 10688
Claim Date: 12/30/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 |

---

MARSH, IRA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5882
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1790.63 UNLIQ |

---

MARSHALL CONCRE,
700 BLOCK LANE
CHRISTIANSBURG, VA 24073

Claim Number: 3931
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4538.73 | Scheduled: | $4682.24 | Allowed: | $4538.73 |

---

MARSHALL COUNTY CLERKS OFFICE
COURTHOUSE ROOM 101
MADILL, OK 73446

Claim Number: 1435
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $76.04 |

---

MARSHALL RENTALS
PO BOX 92
RINER, VA 24149

Claim Number: 9529
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $150.00 |

---

MARSHALL THOMAS
PO BOX 2688
SUMTER, SC 29151

Claim Number: 3385
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $550.00 UNLIQ |

---

| | | |
|---|---|---|
| MARSHALL, CAROLY<br>PO BOX 572<br>ENFIELD, NC 27823 | | Claim Number: 8389<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $560.00 |

| | | |
|---|---|---|
| MARSHALL, TIMIS<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5883<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| MARSHALL, TONY ANTHONY<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5884<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| | | |
|---|---|---|
| MARTER, HELEN S.<br>P.O. BOX 4451<br>LYNCHBURG, VA 24502 | | Claim Number: 10422<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $15000.00 |

| | | |
|---|---|---|
| MARTER, RICHARD C. & HELEN<br>P.O. BOX 4451<br>LYNCHBURG, VA 24502 | | Claim Number: 10423<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $15000.00 |

| | | |
|---|---|---|
| MARTER, RICHARD/HELEN<br>PO BOX 4451<br>LYNCHBURG, VA 245020451 | | Claim Number: 602<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $15000.00 |

| | | | | |
|---|---|---|---|---|
| MARTER, RICHARD/HELEN<br>PO BOX 4451<br>LYNCHBURG, VA 245020451 | | Claim Number: 2855<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY | Claimed: | $15000.00 | | |
| UNSECURED | | | Allowed: | $4355.15 |

---

MARTHA (LLOYD WILLIAMS MILLER
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6936
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MARTIN SR, GABRIEL
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7455
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $2775.00 |

---

MARTIN W. HERMAN
28070 ELLA ROAD
RANCHO PALOS VERDES, CA 90275

Claim Number: 3911
Claim Date: 03/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

---

MARTIN WELL DRILLING
P O BOX 36
ISLANDTON, SC 29929

Claim Number: 1397
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1800.00 | Scheduled: | $1800.00 | Allowed: | $1800.00 |

---

MARTIN, BELLONA B.
HOWLAND
58 N MAIN ST
MOUNT GILEAD, OH 433381319

Claim Number: 2658
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53000.00 | | Allowed: | $53000.00 |

---

MARTIN, HARRY
135 LEWIS DR APT 13
NATCHEZ, MS 391204421

Claim Number: 6580
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2500.00 | | | |
| UNSECURED | | | | Allowed: | $1016.20 |

---

MARTIN, LAKENVA
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10731
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2903.43 | | Allowed: | $2903.43 |

MARTIN, NANCY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4229
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |

MARTIN, SHIRLEY
115 LAQUITAR LANE
MAGNOLIA, DE 19962

Claim Number: 2479
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135.00 | Scheduled: | $135.00 | Allowed: | $135.00 |

MARTIN, KATHY H
389 COLLINS FERRY RD
GLADYS, VA 245542490

Claim Number: 4758
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $300.00 | | | |
| UNSECURED | | | | Allowed: | $300.00 |

MARTINEZ & GREEN
ATTN: JAVIER MARTINEZ
6200 SAVOY DR., STE. 510
HOUSTON, TX 77036

Claim Number: 7529
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1083.92 | | | |
| UNSECURED | | | | Allowed: | $965.41 |

MARTINEZ CARPETING
DBA MARTINEZ CARPETING
4915 IDLEIWLDE SE
ALBUQUERQUE, NM 87108

Claim Number: 8572
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |

MARTINEZ, ANDREW
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5885
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

MARTINEZ, ANGELICA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5886
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

MARTINEZ, HERMILO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5887
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MARTINEZ, JUANA MARIA
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 5017
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $14897.24 |

---

MARTINEZ, JUANA MARIA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6501
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

MARTINEZ, MARIA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5888
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

MARTINEZ, PABLO
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7452
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $890.63 |

---

MARTINEZ, TERESA
1523 OLIVECREST WAY
PERRIS, CA 92571

Claim Number: 3616
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

MARTINS LAWN CARE & LANDSCAPING,
2513 MERIDIAN STREET
FLORENCE, SC 29505

Claim Number: 1882
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 | Allowed: | $700.00 |

---

| MARVIN F. POER&<br>PO BOX 660076<br>DALLAS, TX 75266-0076 | Claim Number: 1491<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $45996.34 |
|---|---|---|

---

| MARY M COTTON TRUST<br>RT 1  BOX 586<br>POINT PLEASANT, WV 25550 | Claim Number: 4873<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $14850.00 |
|---|---|---|

---

| MARYBETH MDONALD, P.A.<br>ATTN: MARYBETH MCDONALD<br>333 N. ORANGE AVENUE<br>ORLANDO, FL 32801 | Claim Number: 7633<br>Claim Date: 07/22/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $7873.35 | Scheduled: | $0.00 UNLIQ | Allowed: | $5008.83 |
|---|---|---|---|---|---|---|

---

| MARYVILLE-ALCOA NEWSPAPERS, LLC<br>C/O NIKKI PICKENS<br>P.O. BOX 9740<br>MARYVILLE, TN 37802 | Claim Number: 9081<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $339.15 |
|---|---|---|

---

| MASHBURN,ROY<br>P.O. BOX 4808<br>SANFORD, NC 27330 | Claim Number: 1619<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $3921.75 |
|---|---|---|

---

| MASON COUNTY,<br>P O BOX 502<br>MAYSVILLE, KY 41056 | Claim Number: 3157<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| PRIORITY | Claimed: | $312.84 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| MASON WOODS  MHC<br>PO BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5461<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $112.50 |
|---|---|---|

---

| MASON WOODS  MHC,<br>PO BOX 1500<br>HIGH RIDGE, MO 63049 | Claim Number: 5462<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $615.00 | Scheduled: | $205.00 DISP |
|---|---|---|---|---|

---

---

MASON, AULTON J.
5114 ANDREW JACKSON ST
OCEANSIDE, CA 920574403

Claim Number: 3021
Claim Date: 03/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12900.00 |

---

MASON, FELIX
P.O. BOX 186
MACON, MS 39341

Claim Number: 603
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5000.00 |

---

MASON, FELIX
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2854
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5000.00 | | |
| UNSECURED | | | Allowed: | $1742.06 |

---

MASON, MICHAEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5889
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1537.50 UNLIQ |

---

MASON, ROGER L
5409 JARRETT RD
EIGHT MILE, AL 36613

Claim Number: 2187
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5124.42 | Allowed: | $4070.67 |

---

MASON, SUZANNE F.
7701 SE SKY VISTA DR
AMITY, OR 971012704

Claim Number: 6236
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $313.33 UNLIQ |

---

MASSACHUSETTS DEPARTMENT OF REVNUE
LITIGATION BUREAU, BANKRUPTCY
P.O. BOX 55484
BOSTON, MA 02205

Claim Number: 9332
Claim Date: 01/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $71879.02 |
| UNSECURED | Claimed: | $19100.52 |

---

---

MASSACHUSETTS MANUF HOUSING ASSO,
PO BOX 5963
MARLBOROUGH, MA 01752

Claim Number: 891
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

MASSENGALE JEAN
423 HARRIS RD
TRENTON, GA 30752

Claim Number: 7877
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3500.00 |
|---|---|---|

MASSEY, BILL & WENDY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6932
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

MASTERS MOBILE HOME SETTERS
P O BOX 1734
LAS VEGAS, NM 87701

Claim Number: 1951
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $3683.75 | | | Allowed: | $3683.75 |
|---|---|---|---|---|---|---|

MASTERS MOBILE HOME SETTERS
P.O. BOX 1734
LAS VEGAS, NM 87701

Claim Number: 9633
Claim Date: 04/23/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $3683.75 |
|---|---|---|

MASTERS MOBILE HOME SETTERS
P.O. BOX 1734
LAS VEGAS, NM 87701

Claim Number: 10452
Claim Date: 06/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3683.75 |
|---|---|---|

MASTERS, LOREN & MARIANNE
36855 W. 391 ST
LANE, KS 66042

Claim Number: 6401
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $75000.00 UNLIQ | | | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

---

MASTERS, LOREN & MARIANNE
36855 WEST 391ST
LANE, KS 66042

Claim Number: 10690
Claim Date: 01/03/2005
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

MASTERWORKS MECHANICAL
461 YAMPA AVENUE
CRAIG, CO 81625

Claim Number: 7510
Claim Date: 06/30/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $145.97 | Scheduled: | $145.97 | Allowed: | $145.97 |
|---|---|---|---|---|---|---|

---

MATEERS,
STORAGE TRAILER RENT INC
115 S. REGIONAL ROAD
GREENSBORO, NC 27409

Claim Number: 6728
Claim Date: 04/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $506.14 |
|---|---|---|

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 5281
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $25799.32 |
|---|---|---|

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 7333
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25799.32 |
|---|---|---|

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 7334
Claim Date: 03/24/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25799.32 |
|---|---|---|

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 7335
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25799.32 |
|---|---|---|

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 7336
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25799.32 |
|---|---|---|

---

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 7337
Claim Date: 03/24/2003
Debtor: OAKWOOD MDH4, LLC
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $25799.32 |
| --- | --- | --- |

---

MATEK, THOMAS & SOLVEIG
7711 BOARSHEAD PL
MONTGOMERY, TX 77316

Claim Number: 9469
Claim Date: 03/30/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $13000.00 |
| --- | --- | --- |

---

MATERIAL DISTRIBUTORS, INC.
PO BOX 550
MARSHALL, MN 56258

Claim Number: 10606
Claim Date: 09/27/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $102201.89 |
| --- | --- | --- |

---

MATHENEY, ERNEST
HCR 4 BOX C2
MILLBORO, VA 24460

Claim Number: 3426
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

MATHEWS HEATING AIR REFRIGERATION
DBA MATHEWS HEATING AIR REFRIGERATION
943 HWY 169 SOUTH
SEALE, AL 36874

Claim Number: 4112
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY | Claimed: | $4640.16 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Allowed: | $4640.16 |

---

MATHIS BROTHERS FURNITURE INC,
6611 S 101ST E AVE
TULSA, OK 74133

Claim Number: 417
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $0.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3428.24 |

---

MATHIS ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 94
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $316.00 UNLIQ |
| --- | --- | --- |

---

---

MATHIS ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 151
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $316.00 UNLIQ |
|---|---|---|

---

MATHIS ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8649
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $316.00 UNLIQ |
|---|---|---|

---

MATHIS ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8651
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $276.51 UNLIQ |
|---|---|---|

---

MATHIS WILLIE L
433 SARDIS CHURCH RD.
MOULTRIE, GA 31768

Claim Number: 3263
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MATHIS, WILLIE L
433 SARDIS CHURCH RD.
MOULTRIE, GA 31768

Claim Number: 8062
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $15000.00 |
|---|---|---|

---

MATTE, LEO JAY
BARRY DOMINIQUE
SIMON LAW OFFICES
PO BOX 52242
LAFAYETTE, LA 70505

Claim Number: 7392
Claim Date: 06/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MATTE, LEO JAY
BARRY DOMINIQUE
SIMON LAW OFFICES
PO BOX 52242
LAFAYETTE, LA 70505

Claim Number: 7385
Claim Date: 06/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MATTE, SHERRY R
1622 OVERSTREET LOOP
KOUNTZE, TX 77625

Claim Number: 8294
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $545.00 |
|---|---|---|

---

---

MATTHEWS ELECTRIC & PLUMBING CO,
DBA MATTHEWS ELECTRIC & PLUMBING CO
503 N MAIN ST
FARMVILLE, NC 27828

Claim Number: 4037
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4762.00 | Scheduled: | $4762.00 | Allowed: | $4762.00 |

---

MATTHEWS, RICHARD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5890
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2662.50 UNLIQ |

---

MATTINGLY JAMES M,
225 S MERAMEC AVE #1024T
SAINT LOUIS, MO 63105

Claim Number: 4593
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16382.72 | Scheduled: | $17425.74 DISP CONT |

---

MATTINGLY, JAMES M
225 S MERAMEC AVE #1024T
SAINT LOUIS, MO 63105

Claim Number: 9124
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7731 (04/22/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15743.36 |

---

MAULDIN, CHRISTOPHER
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7072
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MAULT, CHERIE
3112 SE MONTE VISTA STREET
PORT SAINT LUCIE, FL 34952

Claim Number: 9728
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

MAVERICK COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5383
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $616.85 |

---

---

MAVERICK COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6304
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $616.85 |
| --- | --- | --- |

---

MAVERICK COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6747
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $616.85 |
| --- | --- | --- |

---

MAXEY, CHRIS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7073
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

MAXFIELD, DAVID A.
1701 RICHLAND STREET
ATTN: NONE
COLUMBIA, SC 29201

Claim Number: 3000
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $100000.00 |
| --- | --- | --- |

---

MAXIE, BETTY Y.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5891
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

MAXSON CLYDE,
15963 36TH TRAIL
LIVE OAK, FL 32060

Claim Number: 3377
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $250.00 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $250.00 | Allowed: | $250.00 |

---

MAXWELL ENTERPRISES LIMITED
3864 PUGHSVILLE RD
SUFFOLK, VA 23435

Claim Number: 3421
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $12809.15 | | Allowed: | $10227.27 |
| --- | --- | --- | --- | --- | --- |

---

MAYBERRY, ALVIN F.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5892
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MAYBERRY, CHARLES
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5893
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MAYBERRY, DONNIE R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5894
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MAYBERRY, TIMOTHY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5895
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MAYBERRY, WILLIE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5896
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MAYES COUNTY TREASURER,
1 COURT PL
STE 100
PRYOR, OK 743612455

Claim Number: 9080
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $196.72 |

---

MAYES, DEMPSEY
225 ARNOLD BLVD #5
ABILENE, TX 79605

Claim Number: 2717
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2013.32 | | | | |
| UNSECURED | | | Scheduled: | $2013.32 | Allowed: | $2013.32 |

---

MAYNARD LEWIS E,
P.O. BOX 216
SIDNEY, KY 41564

Claim Number: 3343
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $5513.80 | Scheduled: | $5068.00 | Allowed: | $5513.80 |
|---|---|---|---|---|---|---|

MAYNARD, SHERRY L.
304 DARTMOUTH DRIVE
BRISTOL, TN 37620

Claim Number: 9761
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $758.76 |
|---|---|---|

MAYPEARL INDEPENDENT SCHOOL DISTRICT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 541
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1264.08 |
|---|---|---|

MAYPEARL INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA/BRUCE MEDLEY
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 10554
Claim Date: 08/02/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $1041.13 |
|---|---|---|

MAYPEARL ISD
ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094

Claim Number: 10135
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2603.64 |
|---|---|---|

MAYS MOBILE HOME PARK
PO BOX 923
CHILLICOTHE, OH 45601

Claim Number: 4479
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $796.00 | Allowed: | $796.00 |
|---|---|---|---|---|

MAZETIS, FRANK J
30 WOODCHUCK RD
FRONT ROYAL, VA 22630

Claim Number: 8991
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $40000.00 |
|---|---|---|

---

MAZETIS, FRANK J.
30 WOODCHUCK RD
FRONT ROYAL, VA 22630

Claim Number: 10241
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $800.00 |
|---|---|---|

---

MCAFEE, SR., JAMES W
474 INGRAHAM ROAD
LITTLETON, ME 04730

Claim Number: 10321
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

---

MCALISTER, MICHAEL & SANDRA
LAW OFFICE F. TERRY CALLAHAN, PC
311 W LAUREL
SAN ANTONIO, TX 78212-4334

Claim Number: 4913
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $20000.00 | | | Allowed: | $20000.00 |
|---|---|---|---|---|---|---|

---

MCARTHUR COLIN,
PO BOX 316
DAYVILLE, OR 97825

Claim Number: 2047
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1700.00 | Scheduled: | $1700.00 | Allowed: | $1700.00 |
|---|---|---|---|---|---|---|

---

MCARTHUR, STEPHEN C.
ROBERT A. KERR, JR.
HAGOOD & KERR, PA
P.O. BOX 220
MOUNT PLEASANT, SC 29465

Claim Number: 6242
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $9500.00 | Scheduled: | $9500.00 | Allowed: | $9500.00 |
|---|---|---|---|---|---|---|

---

MCAULIFFES TRUE VALUE,
1299 W FIFTH ST
MARYSVILLE, OH 43040

Claim Number: 934
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $518.01 | | |
|---|---|---|---|---|---|---|

---

MCCAIN, ODELL
ROUTE 1, BOX 301
ETHEL, MS 39067

Claim Number: 604
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|

---

MCCAIN, ODELL
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2853
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1742.06 |

---

MCCALL GARY A.,
1826 OVERLAND AVE.
BURLEY, ID 83318

Claim Number: 1272
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1125.00 | Scheduled: | $725.00 | | Allowed: | $1125.00 |

MCCALL SCOT A,
6535 HOWARD SCHOOL RD
MARYVILLE, TN 37801

Claim Number: 4053
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $810.00 | | | | | |
| UNSECURED | | | Scheduled: | $810.00 DISP | | Allowed: | $810.00 |

MCCALLS INC,
PO BOX 39
JOHNSONVILLE, SC 29555

Claim Number: 733
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2600.34 | Scheduled: | $2600.34 | | Allowed: | $2600.34 |

MCCALMON, CHARLES
4208 N HIGHWAY 112
FAYETTEVILLE, AR 72704-7408

Claim Number: 4228
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |

MCCALMON, CHARLES AND LEAH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7074
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

MCCARTER, DAVID E.
1261 LAKESIDE DRIVE
STARKVILLE, MS 39759

Claim Number: 4073
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15500.00 |

MCCARTER, DAVID E.
1261 LAKESIDE DRIVE
STARKVILLE, MS 39759

Claim Number: 9237
Claim Date: 12/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $61198.06 |

---

MCCARTHY SR, DAVID A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5897
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

MCCAW, GERI
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6496
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

MCCAW, GERI
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 7663
Claim Date: 08/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | | | Allowed: | $7185.00 |

---

MCCLELLAN, JUDY
HOWARD J STILLER PC
2410 WESTGATE DR STE 100
ALBANY, GA 317072280

Claim Number: 7438
Claim Date: 06/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8907 (05/06/2008)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

MCCLOUD, DEBBIE
DBA DEB'S FURNITURE CENTER
305 E. SPRING ST.
COOKEVILLE, TN 38501

Claim Number: 6869
Claim Date: 05/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $31983.90 |

---

MCCLOUD, DEBBIE
DBA DEB'S FURNITURE CENTER
305 E. SPRING ST.
COOKEVILLE, TN 38501

Claim Number: 8489
Claim Date: 11/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $31983.90 |

---

MCCLOUD, ELLA
1016 COUNTY RD 90
ABBEVILLE, AL 36310

Claim Number: 5025
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 |

---

---

MCCLOUD, ELLA
1016 COUNTY RD 90
ABBEVILLE, AL 36310

Claim Number: 9311
Claim Date: 12/30/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4930.00 | | Allowed: | $4930.00 |

MCCLUN, MARY
6 KENT DRIVE
MILLSBORO, DE 19966

Claim Number: 2278
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $222.41 | | Scheduled: | $222.41 | Allowed: | $222.41 |

MCCOMB GARY
CRYSTAL MCCOMB
1409 GARDEN COURT
DEER PARK, TX 77536

Claim Number: 1582
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $32255.00 |

MCCOMB, BOBBY
ANTHONY SALVATORE
HAMILTON, BURGESS, YOUNG & POLLARD
MAPLE LANE
FAYETTEVILLE, WV 25840

Claim Number: 7414
Claim Date: 06/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $78000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

MCCOMB, BOBBY
KAREN MCCOMB
PO BOX 239
OAK HILL, WV 259010239

Claim Number: 9411
Claim Date: 03/11/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2000.00 |

MCCONNELL, CARL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5898
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

MCCONNELL, FLOYD
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3483
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25000.00 | | Allowed: | $7258.58 |

---

MCCONNELL, MARTY AND JACINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7075
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MCCORMICK MOBILE HOME SERVICE,
DBA"MCCORMICK MOBILE HOME SERVICE
PO BOX 137
WHITE PLAINS, NC 27031

Claim Number: 804
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5050.00 | Scheduled: | $5050.00 | Allowed: | $5050.00 |

---

MCCORMICK, BOBBY J.
P.O. BOX 391
DOBSON, NC 27017

Claim Number: 9697
Claim Date: 04/30/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5050.00 |

---

MCCRACKENS MAINTENANCE
PO BOX 2561
CANDLER, NC 28715

Claim Number: 1725
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 DISP | Allowed: | $100.00 |

---

MCCRACKENS MAINTENANCE
PO BOX 2561
CANDLER, NC 28715

Claim Number: 1724
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100.00 |

---

MCCREARY, JAMES E.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5899
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MCCREE'S PLUMBING & ELECTRIC
1235 W COLLEGE ST
PULASKI, TN 38478

Claim Number: 1850
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400.35 |

---

---

MCCREE'S PLUMBING & ELECTRIC,
1235 W COLLEGE ST
PULASKI, TN 38478

Claim Number: 1849
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $400.35 | Scheduled: | $400.35 | Allowed: | $400.35 |
|---|---|---|---|---|---|---|

MCCULLEY LINDA,
PO BOX 858
POINT CLEAR, AL 36564

Claim Number: 1886
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $600.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $600.00 DISP | Allowed: | $600.00 |

MCCULLEY, LINDA
P.O. BOX 858
POINT CLEAR, AL 36564

Claim Number: 7765
Claim Date: 09/05/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $600.00 UNDET |
|---|---|---|

MCCURTAIN DAILY GAZETTE
P O BOX 179
IDABEL, OK 74745

Claim Number: 950
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $159.05 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $159.05 |

MCDANIEL ELECTRIC & TELEPHONE
1010 CRUSE RD
SALISBURY, NC 28146

Claim Number: 1937
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $110.00 |
|---|---|---|

MCDANIEL GENERAL PARTNERSHIP,
2828 TROUSDALE FERRY PIKE
LEBANON, TN 37087

Claim Number: 4520
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY | Claimed: | $553.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $310.00 DISP |

MCDANIEL, JAMES & CAROL
C/O JAMES POWELL
DARRELL L. CASTLE & ASSOCIATES
3100 WALNUT GROVE, SUITE 610
MEMPHIS, TN 38111

Claim Number: 10692
Claim Date: 01/18/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $58000.00 |
|---|---|---|

MCDANIEL, JAMES D. & CAROLYN
C/O JOSEPH BROY, ESQ.
3100 WALNUT GROVE
SUITE 610
MEMPHIS, TN 38111

Claim Number: 167
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $400000.00 |
|---|---|---|

MCDANIEL, JIMMY
D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4971
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

MCDANIEL, TERRY L
123 DEER RUN
MOULTRIE, GA 31788-7414

Claim Number: 8501
Claim Date: 11/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

MCDONALD COUNTY COLLECTOR OF REVENUE
PO BOX 725
PINEVILLE, MO 64856

Claim Number: 1878
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| UNSECURED | Claimed: | $274.19 |
|---|---|---|

MCDONALD COUNTY COLLECTOR OF REVENUE
PO BOX 725
PINEVILLE, MO 64856

Claim Number: 8120
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $271.34 |
|---|---|---|

MCDONALD GROUP LLP
PO BOX 1757
ERIE, PA 16507

Claim Number: 6699
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $396.41 |
|---|---|---|

MCDONALD PROPERTIES
DBA MCDONALD PROPERTIES
PO BOX 303
MARSHFIELD, MO 65706

Claim Number: 5530
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $1917.55 | Allowed: | $1425.05 |
|---|---|---|---|---|

---

| MCDONALD PROPERTIES,<br>DBA MCDONALD PROPERTIES<br>PO BOX 303<br>MARSHFIELD, MO 65706 | Claim Number: 5531<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $1740.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1150.00 DISP | Allowed: | $1150.00 |

---

| MCDONALD, ANGELA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 4227<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $100000.00 | | Allowed: | $29034.31 |
|---|---|---|---|---|---|

---

| MCDONALD, JOHN<br>28 ANN CREEK ST<br>SPRING LAKE, NC 28390 | Claim Number: 8798<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

| MCDONALD, RONNIE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5900<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| MCDONOUGH M J,<br>P O BOX 6112<br>MONROE, LA 71211 | Claim Number: 7883<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $375.00 |
|---|---|---|

---

| MCDOS LUB INC-TX<br>PO BOX 60<br>MOODY, TX 76557 | Claim Number: 3274<br>Claim Date: 03/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $164.75 |
|---|---|---|

---

| MCDOS LUB INC-TX,<br>PO BOX 60<br>MOODY, TX 76557 | Claim Number: 3178<br>Claim Date: 03/06/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $164.75 | Scheduled: | $164.80 | Allowed: | $164.75 |
|---|---|---|---|---|---|---|

---

MCDOWELL ENTERPRISES, INC.
3218 HWY 72-221 EAST
GREENWOOD, SC 29649

Claim Number: 8083
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCDOWELL ENTERPRISES, INC.
3218 HWY 72-221 EAST
GREENWOOD, SC 29649

Claim Number: 8084
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1597.28 | Allowed: | $85.00 |
|---|---|---|---|---|

---

MCDOWELL, DENNIS
JAMES P. SAVERENCE, JR.
STUCKEY, FATA & SEGARS
PO DRAWER 568
BISHOPVILLE, SC 29010

Claim Number: 8834
Claim Date: 11/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7593 (03/17/2005)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MCDOWELL, DENNIS
JAMES P. SAVERENCE, JR.
STUCKEY, FATA & SEGARS
PO DRAWER 568
BISHOPVILLE, SC 29010

Claim Number: 8835
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7594 (03/17/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCDOWELL, STEPHEN S.
PO BOX 0668
CHATTANOOGA, TN 37407

Claim Number: 9084
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| ADMINISTRATIVE | Claimed: | $5500.00 |
|---|---|---|

---

MCDOWELL, STEPHEN S.
PO BOX 0668
CHICKAMAUGA, GA 30707

Claim Number: 10563
Claim Date: 08/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCDOWELL, STEVEN E.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5901
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2662.50 UNLIQ |

---

MCELWEE, MARGARET, INDIVIDUALLY &
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF SCOTTIE MCELWEE
C/O D.T. JOHNSON, PO BOX 1125
HARDEEVILLE, SC 29927

Claim Number: 202
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11955.52 | Allowed: | $500.00 |

MCFALL, SHAWN
C/O EDWARD A. GRAFTON (P29120)
113 W SAVIDGE, STE B, PO BOX 491
SPRING LAKE, MI 49456

Claim Number: 47
Claim Date: 12/16/2002
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 381800 (03/15/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65157.05 | Allowed: | $16400.07 |

MCFALL, SHAWN
C/O EDWARD A. GRAFTON (P29120)
113 W SAVIDGE, STE B, PO BOX 491
SPRING LAKE, MI 49456

Claim Number: 78
Claim Date: 12/20/2002
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $65157.05 UNLIQ |

MCFARLAND, SHANNON M.
C/O 8275 BOWERS ROAD
AMANDA, OH 43102

Claim Number: 6830
Claim Date: 05/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Allowed: | $1000.00 |

MCFATRIDGE, CHRISTOPHER GENE
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 6767
Claim Date: 04/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

MCGILL, CHRIS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5902
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

MCGILL, DYLAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5903
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $890.63 UNLIQ |

| MCGILL, STEPHANIE<br>36 EAGLE NEST RD<br>NATCHEZ, MS 39120 | | | Claim Number: 8010<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4403 (08/13/2004) |
|---|---|---|---|
| UNSECURED | Claimed: | $35000.00 | |

| MCGINLEY, MASEL V.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5904<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1678.13 UNLIQ | |

| MCGINTY, BOBBY GENE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5905<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

| MCGLYNN INTERIOR DESIGN<br>PO BOX 151<br>DOUGLAS, GA 31534 | | | Claim Number: 4121<br>Claim Date: 03/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|---|---|
| SECURED | Claimed: | $860.00 | |
| UNSECURED | Claimed: | $440.00 | |

| MCGREGOR, ARTIS<br>571 WEST 6TH AVENUE<br>RAEFORD, NC 28376 | | | Claim Number: 9739<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

| MCGUIRE WOOD & BISSETTE,PA,<br>PO BOX 3180<br>ASHEVILLE, NC 28802 | | | Claim Number: 4354<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|---|---|
| UNSECURED | Claimed: | $6248.23 | Scheduled: | $2081.86 |

| MCHERTER, EARL AND LINDA<br>PO BOX 1470<br>GRIFFIN, GA 30224 | | | Claim Number: 10840<br>Claim Date: 04/14/2006<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | |

---

| MCINNIS, ANTHONY B. | Claim Number: 6578 | | |
| C/O BYRD AND ASSOCIATES, PLLC | Claim Date: 05/27/2005 | | |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION | | |
| P.O. BOX 19 | Comments: ALLOWED | | |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) | | |

| PRIORITY | Claimed: | $2500.00 | | | |
| UNSECURED | | | | Allowed: | $1016.20 |

---

| MCKAY LILLIAN | Claim Number: 9115 | | |
| 2439 LA COSTA DR | Claim Date: 11/14/2003 | | |
| SANTA MARIA, CA 93455 | Debtor: OAKWOOD HOMES CORPORATION | | |

| ADMINISTRATIVE | Claimed: | $102.38 | |

---

| MCKAY SIMPSON LAWLER FRANKLIN & FOREMAN | Claim Number: 1916 | | |
| PO BOX 2488 | Claim Date: 02/25/2003 | | |
| RIDGELAND, MS 39158 | Debtor: OAKWOOD HOMES CORPORATION | | |
| | Comments: EXPUNGED | | |
| | DOCKET: 7441 (12/21/2004) | | |

| SECURED | Claimed: | $50.00 | |

---

| MCKELVEY, VIOLE | Claim Number: 8218 | | |
| 1391 GREENVILLE HWY | Claim Date: 11/10/2003 | | |
| BREVARD, NC 28712 | Debtor: OAKWOOD HOMES CORPORATION | | |
| | Comments: EXPUNGED | | |

| ADMINISTRATIVE | Claimed: | $245.00 | |

---

| MCKINLEY CO. | Claim Number: 3084 | | |
| 201 W. HILL | Claim Date: 03/05/2003 | | |
| GALLUP, NM 87301 | Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| | Comments: ALLOWED | | |

| PRIORITY | Claimed: | $168.00 | | Allowed: | $163.80 |

---

| MCKINLEY, BILL & LINDA | Claim Number: 10266 | | |
| 3602 HWY 35 | Claim Date: 06/07/2004 | | |
| MOUNT OLIVE, MS 39119 | Debtor: OAKWOOD HOMES CORPORATION | | |
| | Comments: EXPUNGED | | |
| | DOCKET: 4492 (09/03/2004) | | |

| ADMINISTRATIVE | Claimed: | $35000.00 | |

---

| MCKINLEY, BILLY | Claim Number: 4226 | | |
| C/O BYRD AND ASSOCIATES, PLLC | Claim Date: 05/27/2005 | | |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION | | |
| P.O. BOX 19 | Comments: ALLOWED | | |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) | | |

| UNSECURED | Claimed: | $35000.00 | | Allowed: | $10162.01 |

---

MCKINNEY COURIER GAZETTE
P O BOX 400
MC KINNEY, TX 75070

Claim Number: 1000
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $146.05 |

---

MCKINNON PROPERTIES
215 PINEDALE DR
CLANTON, AL 35045

Claim Number: 8453
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $550.00 |

---

MCKINNON PROPERTIES,
215 PINEDALE DR
CLANTON, AL 35045

Claim Number: 3156
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | Allowed: | $550.00 |

---

MCKOON & BILLIN
1340 REPUBLIC CENTRE
633 CHESTNUT ST.
CHATTANOOGA, TN 374501340

Claim Number: 3127
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1679.00 |

---

MCLAIN, JR., REUBEN S.
STEVEN K. KORTANEK, ESQ.
919 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 6766
Claim Date: 04/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $834.38 UNLIQ |

---

MCLAUGHLIN, KEN
PO BOX 940
PINEDALE, WY 82941

Claim Number: 8928
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1520.00 UNLIQ |

---

MCLAW, GERI
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 4810
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

---

MCLEAN, DARRELL S.
1125 WESTPOINT RD
LAWRENCEBURG, TN 38464

Claim Number: 2799
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCLENNAN COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 257
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $491.32 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $784.32 |

---

MCLENNAN COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8652
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $203.03 UNLIQ |
|---|---|---|

---

MCLENNAN, GUSTEVA O.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5906
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1650.00 UNLIQ |

---

MCLEOD DEVELOPMENT LLC,
19701 D WEST CATAWBA AVE
CORNELIUS, NC 28031

Claim Number: 1267
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2425.00 | Scheduled: | $900.00 DISP |
|---|---|---|---|---|

---

MCMAHAN, JIM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6933
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

MCMAHON, BERGER, HANNA, LINIHAN,
CODY & MCCARTHY
2730 NORTH BALLAS ROAD
SUITE 200
SAINT LOUIS, MO 63131

Claim Number: 246
Claim Date: 01/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $26299.11 |
|---|---|---|

---

---

MCMAHON, BERGER, HANNA, LINIHAN,          Claim Number: 3039
CODY & MCCARTHY                            Claim Date: 03/03/2003
2730 NORTH BALLAS ROAD                     Debtor: OAKWOOD HOMES CORPORATION
SUITE 200                                  Comments: EXPUNGED
SAINT LOUIS, MO 63131

| UNSECURED | Claimed: | $26299.11 |
|---|---|---|

---

MCMAHON, BERGER, HANNA, LINIHAN,          Claim Number: 3040
CODY & MCCARTHY                            Claim Date: 03/03/2003
2730 NORTH BALLAS ROAD                     Debtor: OAKWOOD HOMES CORPORATION
SUITE 200                                  Comments: EXPUNGED
SAINT LOUIS, MO 63131

| UNSECURED | Claimed: | $26299.11 |
|---|---|---|

---

MCMAHON, BERGER, HANNA, LINIHAN,          Claim Number: 3041
CODY & MCCARTHY                            Claim Date: 03/03/2003
2730 NORTH BALLAS ROAD                     Debtor: OAKWOOD HOMES CORPORATION
SUITE 200                                  Comments: EXPUNGED
SAINT LOUIS, MO 63131

| UNSECURED | Claimed: | $26299.11 |
|---|---|---|

---

MCMAHON,BERGER,HANA,                       Claim Number: 3038
LINIHAN,CODY,MCCARTH,                      Claim Date: 03/03/2003
2730 N BALLAS RD STE,200                   Debtor: OAKWOOD HOMES CORPORATION
SAINT LOUIS, MO 63131                      Comments: EXPUNGED
                                           DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $26299.11 | Scheduled: | $10543.12 |
|---|---|---|---|---|

---

MCMANMIE, WALTER WAYNE                     Claim Number: 5907
STEVEN K. KORTANEK, ESQ.                   Claim Date: 03/27/2003
KLEHR HARRISON HARVEY BRANZBURG ELLERS     Debtor: OAKWOOD HOMES CORPORATION
919 N MARKET ST, SUITE 1000                Comments: EXPUNGED
WILMINGTON, DE 19801                       DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MCMANN, MICHAEL K                          Claim Number: 8526
11799 SE JUNIPER CANYON RD                 Claim Date: 11/17/2003
PRINEVILLE, OR 977549400                   Debtor: OAKWOOD HOMES CORPORATION
                                           Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $350.00 |
|---|---|---|

---

MCMASTERS THE PARKS LLC                    Claim Number: 4107
PO BOX 10398                               Claim Date: 03/18/2003
LYNCHBURG, VA 24506                        Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
                                           Comments: ALLOWED

| PRIORITY | Claimed: | $235.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $235.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCMASTERS THE PARKS LLC<br>PO BOX 10398<br>LYNCHBURG, VA 24506 | | | Claim Number: 4108<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | | | | |
| PRIORITY | Claimed: | $117.50 | | | | | |
| MCMASTERS THE PARKS LLC<br>PO BOX 10398<br>LYNCHBURG, VA 24506 | | | Claim Number: 4109<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $558.00 | | | | | |
| UNSECURED | | | Scheduled: | $470.00 DISP | Allowed: | $558.00 |
| MCMASTERS THE PARKS LLC<br>PO BOX 10398<br>LYNCHBURG, VA 24506 | | | Claim Number: 4110<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $117.50 | | | | | |
| MCMASTERS THE PARKS LLC<br>PO BOX 10398<br>LYNCHBURG, VA 24506 | | | Claim Number: 4111<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $798.00 | | | | | |
| UNSECURED | | | | | | Allowed: | $798.00 |
| MCMASTERS THE PARKS LLC,<br>PO BOX 10398<br>LYNCHBURG, VA 24506 | | | Claim Number: 4106<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $587.50 | | | | | |
| UNSECURED | | | Scheduled: | $1118.00 DISP | Allowed: | $587.50 |
| MCMILLAN CONTRACTING,<br>P O BOX 218<br>PARKTON, NC 28371 | | | Claim Number: 1318<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 8773 (03/06/2007) | | | | |
| SECURED | Claimed: | $2228.91 | | | | | |
| UNSECURED | | | Scheduled: | $2228.91 DISP | | |
| MCMILLAN, ROBERT AND MARY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7076<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $74999.00 | | | | Allowed: | $74999.00 |

---

| MCNABB, BRAGORGOS & BURGESS | Claim Number: 7638 |
| ATTN: LELAND MCNABB | Claim Date: 07/17/2003 |
| 81 MONROE AVENUE | Debtor: OAKWOOD MOBILE HOMES, INC. |
| MEMPHIS, TN 38103 | |

| UNSECURED | Claimed: | $2656.70 | Scheduled: | $0.00 UNLIQ | | |

---

| MCNABB, BRAGORGOS & BURGESS, PLLC | Claim Number: 235 |
| ATTN: LELAND MCNABB | Claim Date: 01/14/2003 |
| 81 MONROE AVENUE | Debtor: OAKWOOD HOMES CORPORATION |
| SIXTH FLOOR | |
| MEMPHIS, TN 38103-5402 | |

| UNSECURED | Claimed: | $2686.70 |

---

| MCNAIR, ROSALYN | Claim Number: 605 |
| 114 MAMIES ROAD | Claim Date: 02/14/2003 |
| MOUNT OLIVE, MS 39119 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $25000.00 |

---

| MCNAIR, ROSALYN | Claim Number: 2852 |
| C/O BYRD & ASSOCIATES | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| PRIORITY | Claimed: | $25000.00 | | | | |
| UNSECURED | | | | | Allowed: | $7258.58 |

---

| MCNAIR, TANYA | Claim Number: 606 |
| 3127 GREENFIELD ROAD | Claim Date: 02/14/2003 |
| #408 | Debtor: OAKWOOD HOMES CORPORATION |
| PEARL, MS 39208 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $5000.00 |

---

| MCNAIR, TANYA | Claim Number: 2851 |
| C/O BYRD & ASSOCIATES | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| PRIORITY | Claimed: | $5000.00 | | | | |
| UNSECURED | | | | | Allowed: | $1742.06 |

---

| MCNAIR, TARIUS | Claim Number: 4225 |
| C/O BYRD & ASSOCIATES | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |

---

MCNATT, JIM
MCNATT PROPERTIES LC
4401 N INITERSTATE 35
STE 107
DENTON, TX 762073417

Claim Number: 6695
Claim Date: 04/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $40943.00 | | | Allowed: | $40943.00 |

MCNEESE PROPERTIES,
PO BOX 6130
DALTON, GA 307226130

Claim Number: 7257
Claim Date: 05/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $870.00 | | | | |
| UNSECURED | | | Scheduled: | $870.00 | Allowed: | $870.00 |

MCNEIL, JEREMY S
RT. 1 BOX 207A
GREENSBOURG, LA 70441

Claim Number: 8102
Claim Date: 11/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2456.76 | | | Allowed: | $20.00 |

MCPHAIL & MADSON,
DBA MCPHAIL & MADSON
1735 E FT LOWE #9
TUCSON, AZ 85719

Claim Number: 6623
Claim Date: 04/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | | | | |

MCPHERSON CNTY
PO BOX 1206
MCPHERSON, KS 67460

Claim Number: 6207
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $481.94 | | | | |

MCPIKE, BILLY W. (M/M)
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7077
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

MCQUILKIN, BARRY G
900 CHERRY STREET
LAWRENCEBURG, TN 38464

Claim Number: 8780
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $8000.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| MCWHERTER E<br>111 CAROL SMITH DR<br>BRUNSWICK, GA 31523 | | | Claim Number: 9151<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | |
| ADMINISTRATIVE | Claimed: | $8000.00 UNLIQ | | | |
| MCWHERTER, E<br>111 CAROL SMITH DR<br>BRUNSWICK, GA 31523 | | | Claim Number: 8781<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $8000.00 | | | |
| MCWHERTER, EARL<br>111 CAROL SMITH DRIVE<br>BRUNSWICK, GA 31523 | | | Claim Number: 10324<br>Claim Date: 06/11/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $38000.00 | | | |
| MCWHERTER, EARL<br>ATTN: DOUGLAS C. WIGLEY<br>ALVAREZ & MARSHAL<br>633 WEST FIFTH STREET, SUITE 2560<br>LOS ANGELES, CA 90071 | | | Claim Number: 10635<br>Claim Date: 11/01/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| MEADOW BREEZE LLC<br>13650 SMILEY ST<br>SILVERHILL, AL 36576 | | | Claim Number: 8692<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
| ADMINISTRATIVE | Claimed: | $540.00 | | | |
| MEADOW LAKE MHP LLC<br>5016 HUNTING HILLS CIRCLE<br>ROANOKE, VA 24014 | | | Claim Number: 8042<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| MEADOWBROOK LLC<br>9078 LEE RD 179<br>SALEM, AL 36874 | | | Claim Number: 1940<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $425.00 | | | |
| MEDIA GENERAL<br>PO BOX 25996<br>RICHMOND, NC 28603 | | | Claim Number: 8522<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4121.75 | | Allowed:<br>Allowed: | $2121.75<br>$2000.00 |

---

MEDIA GENERAL,
PO BOX 188
HICKORY, NC 28603

Claim Number: 4572
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7444.01 | Scheduled: | $9660.71 |
|---|---|---|---|---|

---

MEDINA COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5381
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1064.44 |
|---|---|---|

---

MEDINA COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 6302
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1064.44 |
|---|---|---|

---

MEDINA COUNTY
LAW OFFICES OF HENRY G STEEN, JR., P.C.
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVLD.
AUSTIN, TX 78705

Claim Number: 6749
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1064.44 |
|---|---|---|

---

MEDINA, ANIANO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5908
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MEDRANO, JUAN & AMELIA
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6504
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MEDRANO, JUAN AND AMELIA
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 5015
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $17370.00 |
|---|---|---|---|---|

---

MEEKS BARBARA,
1914 DOOMAR DRIVE
TALLAHASSEE, FL 32308

Claim Number: 2996
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 | Allowed: | $700.00 |
|-----------|----------|---------|------------|---------|----------|---------|

MEEKS, BARBARA
1914 DOOMAR DRIVE
TALLAHASSEE, FL 32308

Claim Number: 2997
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $700.00 |
|-----------|----------|---------|

MEEKS, BARBARA
1914 DOOMAR DRIVE
TALLAHASSEE, FL 32308

Claim Number: 9059
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $700.00 |
|----------------|----------|---------|

MEEKS, CHARLES AND RHONDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7146
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|-----------|----------|-----------|--|--|----------|-----------|

MEEKS, WILLIE B.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5909
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

MEESE CONSTRUCTION
DBA MEESE CONSTRUCTION
819 PARK AVE
RIFLE, CO 81650

Claim Number: 7565
Claim Date: 07/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2000.03 | | | | |
|----------|----------|----------|--|--|--|--|
| UNSECURED | | | Scheduled: | $2000.03 | Allowed: | $2000.03 |

MELAIREI, BRENT
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5910
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

MELTON PLUMBING
DBA MELTON PLUMBING
11191 E CALLE LINDA VISTA
TUCSON, AZ 85748

Claim Number: 1890
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

MELTON WILLIAM G,
4247 HUGGINS RD
LAKE CITY, SC 29560

Claim Number: 4148
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $420.00 | Scheduled: | $105.00 DISP | Allowed: | $420.00 |

---

MELTON, FRIEDA & LOUIS B.
P.O. BOX 281
GOOCHLAND, VA 23063

Claim Number: 558
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $5500.00 |

---

MELTON, FRIEDA & LOUISE
P.O. BOX 281
GOOCHLAND, VA 23063

Claim Number: 493
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $5500.00 | | |
| UNSECURED | | | Allowed: | $5500.00 |

---

MELTON, TINA
C/O LEGAL AID OF NORTH CAROLINA, INC.
122 N ELM ST, PO BOX 3407
ATTN: JANET MCAUKLELY BLUE
GREENSBORO, NC 27402

Claim Number: 5162
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50000.00 |

---

MELTON, TINA
C/O LEGAL AID OF NORTH CAROLINA, INC.
ATTN: JANET MCAUKELY BLUE
122 N. ELM ST., P.O. BOX 3407
GREENSBORO, NC 27402

Claim Number: 10678
Claim Date: 12/14/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12500.00 |

---

MELTON, WILLIAM G
4247 HUGGINS RD
LAKE CITY, SC 29560

Claim Number: 7967
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

MELVIN, EDDIE L
1007 - 12TH AVE S.E.
MOULTRIE, GA 31768

Claim Number: 7952
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

---

MELVIN, EDDIE L.
1007 12TH AVE S.E.
MOULTRIE, GA 31768

Claim Number: 10278
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $15000.00 | | |

---

MENDENHALL, WAYNE A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5911
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
| UNSECURED | Claimed: | $2381.25 UNLIQ | | |

---

MENDEZ, PRUDENCIO & ANITA
C/O D.J. SOJAK
1215 AVE J
LEVELLAND, TX 79336

Claim Number: 6299
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $2100.00 | | |
| UNSECURED | Claimed: | $14200.00 | Allowed: | $1600.00 |

---

MENDOZA, JUAN
C/O RICHARD KUHLING
PAINE HAMBLEN COFFIN BROOKE & MILLER LLP
717 W. SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201-3919

Claim Number: 4825
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $8185.00 |

---

MENDOZA, JUAN
C/O RICHARD KUHLING
717 W. SPRAGUE, SUITE 1200
SPOKANE, WA 99201

Claim Number: 6484
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

MENEFEE, ERNEST
204 4TH ST
NAVASOTA, TX 77868

Claim Number: 3847
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $1700.00 | Allowed: | $1700.00 |

---

MENLEY, PAUL
C/O RICHARD KUHLING
PAINE HAMBLEN COFFIN BROOKE & MILLER LLP
717 W. SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201-3919

Claim Number: 4808
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $7185.00 |

---

MENLEY, PAUL
C/O RICHARD KUHLING
717 W. SPRAGUE, SUITE 1200
SPOKANE, WA 99201

Claim Number: 6343
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

MERBACH, WILLIAM & ALICE
1883 HEWITT RD
CLAREMONT, NC 28610

Claim Number: 10781
Claim Date: 09/15/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8374 (01/03/2006)

| PRIORITY | Claimed: | $0.00 UNDET |

---

MERBACH, WILLIAM & ALICE
1883 HEWITT RD
CLAREMONT, NC 28610

Claim Number: 10798
Claim Date: 01/04/2006
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $500.00 |

---

MERCHANT DORTHY E,
PO BOX 103
MATHISTON, MS 39752

Claim Number: 2208
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | |
| UNSECURED | Claimed: | $1949.00 | Scheduled: $1949.00 | Allowed: | $1949.00 |

---

MERCURY BROADCASTING CO., INC
DBA: WFMX
1117 RADIO RD
STATESVILLE, NC 28677

Claim Number: 1235
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | | | | | |
| UNSECURED | Claimed: | $1212.92 | | Allowed: | $1212.92 |

---

MEREDITH, ELLIS D.
755 ROANOKE STREET, SUITE 1B
CHRISTIANSBURG, VA 24073-3171

Claim Number: 337
Claim Date: 02/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $7845.09 |

---

---

MERIDIAN CONSULTING ENGINEERS
26412 BROADKILL ROAD
MILTON, DE 19968

Claim Number: 9479
Claim Date: 04/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $450.00 | | |
|---|---|---|---|---|

MERIDIAN CONSULTING ENGINEERS LLC
26412 BROADKILL RD.
MILTON, DE 19968

Claim Number: 1497
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $450.00 | Allowed: | $450.00 |
|---|---|---|---|---|

MERIDIAN CONSULTING ENGINEERS LLC,
26412 BROADKILL RD.
MILTON, DE 19968

Claim Number: 1498
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

MERRIT, RAFAEL S.
901 8TH AVE SE
MOULTRIE, GA 31768

Claim Number: 8098
Claim Date: 11/07/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |
|---|---|---|---|

MERRITT, RAFAEL S.
901 8TH AVE SE
MOULTRIE, GA 31768

Claim Number: 1885
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| UNSECURED | Claimed: | $0.00 UNDET | |
|---|---|---|---|

MERTEN, EDWARD E
343 CARIBOY
SPRING BRANCH, TX 78070

Claim Number: 10795
Claim Date: 12/02/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| PRIORITY | Claimed: | $2700.00 | |
|---|---|---|---|

MESA COUNTY TREASURER
PO BOX 20000
GRAND JUNCTION, CO 81502

Claim Number: 6184
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| SECURED | Claimed: | $35.28 | |
|---|---|---|---|
| UNSECURED | Claimed: | $1276.23 | |

---

MESA, CUSTER
C/O ELMER WOODARD ATTORNEY
824 MASONIC BLD
DANVILLE, VA 24541

Claim Number: 5138
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6000.00 UNLIQ | | | | Allowed: | $4000.00 |

---

MESIC, TIM
DBA: MESIC CONTRACTING & REMODELING
28851 N 168TH AVENUE
SUPRISE, AZ 85387

Claim Number: 5093
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9027.84 | Scheduled: | $7395.92 | Allowed: | $3427.39 |

---

METCALF, LINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6934
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

METRO 5 NEWSPAPERS,
P O BOX 9
AUGUSTA, KS 67010

Claim Number: 1223
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $760.00 | Scheduled: | $160.00 | Allowed: | $760.00 |

---

METRO MIRROR & SHOWER DOOR CO
2505 S MEMORIAL DR
TULSA, OK 74129

Claim Number: 4562
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1264.03 |

---

METRO MIRROR & SHOWER DOOR CO,
2505 S MEMORIAL DR
TULSA, OK 74129

Claim Number: 4561
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1019.63 | Scheduled: | $1019.63 |

---

METRO MIRROR & SHOWER DOOR CO,
2505 S MEMORIAL DR
TULSA, OK 74129

Claim Number: 4560
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1686.51 | Scheduled: | $1686.51 |

---

METRO MOBILE HOME SERVICE
10270 FM 740
FORNEY, TX 75126

Claim Number: 4150
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37730.00 |

---

---

METRO WATER SER
1700 3RD AVE N
NASHVILLE, TN 372082248

Claim Number: 3648
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $83.55 | | | Allowed: | $83.55 |
|---|---|---|---|---|---|---|

METROCALL, INC.
6910 RICHMOND HIGHWAY
MAIL STOP 102
ALEXANDRIA, VA 22306

Claim Number: 553
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $46.71 |
|---|---|---|

METROFUELING
DBA: METROFUELING INC
PO BOX 607
WILSONVILLE, OR 97070-0607

Claim Number: 2957
Claim Date: 03/10/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $78.89 | Scheduled: | $38.60 | Allowed: | $78.89 |
|---|---|---|---|---|---|---|

METROPLITAN ENGINEERING & SURVEYING,
7301 METROPPLITAN BLVD
BARNHART, MO 63012

Claim Number: 2260
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $1050.00 | Allowed: | $1050.00 |
|---|---|---|---|---|---|---|

METROPOLITAN EDISON COMPANY
A FIRST ENERGY COMPANY
P.O. BOX 15152
READING, PA 19612

Claim Number: 5234
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1131.40 |
|---|---|---|

METROPOLITAN GOVERNMENT OF NASHVILLE AND
DAVIDSON COUNTY
C/O DEPT OF LAW, RM 204
METROPOLITAN COURTHOUSE
NASHVILLE, TN 37201

Claim Number: 10598
Claim Date: 09/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $198.69 |
|---|---|---|

MEYER KNIGHT & WILLIAM
8100 WASHINGTON AVE STE 1000
ATTN: MONICA PECKHAM
HOUSTON, TX 77007

Claim Number: 8980
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $49565.20 |
|---|---|---|

MEYER, DENNIS I,
BAKER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON, DC 20006

Claim Number: 5103
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1138.79 | Scheduled: | $1138.79 | Allowed: | $1138.79 |
|---|---|---|---|---|---|---|

MEYER, DENNIS I.
BAKER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON, DC 27425-7081

Claim Number: 5416
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

MEYER, DENNIS I.
BAKER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON, DC 27425-7081

Claim Number: 5622
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

MEYER, DENNIS I.
BAHER & MCKENZIE
815 CONNECTICUT AVE NW
WASHINGTON, DC 27425-7081

Claim Number: 6368
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

MEYER, DICK L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5912
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

MEYER, GERALD
GERALD JEREMY MEYER
PO BOX 552
HURT, VA 245630553

Claim Number: 2619
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $143.75 | Scheduled: | $143.75 | Allowed: | $143.75 |

MEYER, KNIGHT & WILLIAMS, LLP
ATTN: MONICA PERKHAM
8100 WASHINGTON AVENUE #1000
HOUSTON, TX 77007

Claim Number: 9842
Claim Date: 05/13/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $529308.44 |

| | | |
|---|---|---|
| MH2 TECHNOLOGIES, LTD.<br>5055 KELLER SPRINGS RD. #100<br>ADDISON, TX 75001 | | Claim Number: 6241<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $39937.50 |
|---|---|---|

| | | |
|---|---|---|
| MHB MANAGEMENT LLC<br>7008 SOUTH IH 35<br>AUSTIN, TX 78745 | | Claim Number: 6691<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $1500.00 |
|---|---|---|

| | | |
|---|---|---|
| MHB MANAGEMENT LLC<br>7008 SOUTH IH 35<br>AUSTIN, TX 78745 | | Claim Number: 7251<br>Claim Date: 05/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $1500.00 |
|---|---|---|

| | | |
|---|---|---|
| MHB MANAGEMENT LLC<br>7008 SOUTH IH 35<br>AUSTIN, TX 78745 | | Claim Number: 7252<br>Claim Date: 05/16/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $1200.00 |
|---|---|---|

| | | |
|---|---|---|
| MHB MANAGEMENT LLC,<br>7008 SOUTH IH 35<br>AUSTIN, TX 78745 | | Claim Number: 6692<br>Claim Date: 04/21/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $1200.00 |
|---|---|---|

| | | |
|---|---|---|
| MICHAEL HOVASTAK<br>1100 COOPER OAKS COURT, SE<br>SMYRNA, GA 30082-4768 | | Claim Number: 4461<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $4305.16 | | Allowed: | $4305.16 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| MICHAEL NAJEWICZ, ASSIST.GENERAL COUSNE<br>GREENPOINT CREDIT, LLC<br>17852 CRECIENTE WAY<br>SAN DIEGO, CA 92127 | | Claim Number: 4737<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| UNSECURED | Claimed: | $68498313.55 UNLIQ | | Allowed: | $2550000.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| MICHAEL PURTER<br>POB 110755<br>TACOMA, WA 984110755 | | Claim Number: 2747<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $124568.00 |
|---|---|---|

---

| MICHAEL, A. STEVEN<br>16700 FLYING JIB RD<br>CORNELIUS, NC 280317788 | Claim Number: 398<br>Claim Date: 01/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8899 (04/17/2008) | | |
|---|---|---|---|
| UNSECURED | Claimed: $997500.00 | Allowed: | $538650.00 |

---

| MICHAEL, A. STEVEN<br>2409 OCEAN POINT PL<br>WILMINGTON, NC 28405 | Claim Number: 399<br>Claim Date: 01/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: $997500.00 | | |

---

| MICHAEL, HILL<br>736 TRICKHAMBRIDGE ROAD<br>BRANDON, MS 39042 | Claim Number: 2858<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: $35000.00 | Allowed: | $10162.01 |

---

| MICHELE R. ROUT<br>137 SOUTH PAINT STREET<br>SUITE 3<br>CHILLICOTHE, OH 45601 | Claim Number: 4903<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: $102298.71 UNLIQ | | |

---

| MICHELLE LOUISE MITCHELL TRUST<br>5812 E 79TH ST<br>TULSA, OK 74136 | Claim Number: 6091<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: $152.48 | | |

---

| MICHIGAN DEPT OF TREASURY<br>COLLECTIONS DIVISION<br>TREASURY BLDG<br>LANSING, MI 48922 | Claim Number: 10806<br>Claim Date: 01/17/2006<br>Debtor: SUBURBAN HOME SALES, INC. | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: $1866.27 | | |

---

| MICHIGAN DEPT OF TREASURY<br>ATTN: ATTY GENERAL<br>TREASURY BLDG<br>430 W ALLEGAN ST<br>LANSING, MI 48922 | Claim Number: 10810<br>Claim Date: 02/01/2006<br>Debtor: HBOS MANUFACTURING, LP | | |
|---|---|---|---|
| PRIORITY | Claimed: $36608.24 | | |

---

| MICK FAMILY PARTNERSHIP LTD<br>PO BOX 699<br>FLORENCE, TX 76527 | | | Claim Number: 1228<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $385.65 | | Allowed: | $385.65 |

| MICK FAMILY PARTNERSHIP LTD<br>PO BOX 699<br>FLORENCE, TX 76527 | | | Claim Number: 1229<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $557.96 | | Allowed: | $557.96 |

| MICK FAMILY PARTNERSHIP LTD<br>PO BOX 699<br>FLORENCE, TX 76527 | | | Claim Number: 1230<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $635.10 | | Allowed: | $635.10 |

| MICK FAMILY PARTNERSHIP LTD<br>PO BOX 699<br>FLORENCE, TX 76527 | | | Claim Number: 8028<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1578.71 | | |

| MICK MEHLER & SONS INC<br>99 MEHLER DR<br>SILEX, MO 63377 | | | Claim Number: 1360<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $2653.42 | | Allowed: | $2653.42 |

| MICROSOFT CORPORATION & MICROSOFT<br>LICENSING, GP, C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, SUITE 500<br>SEATTLE, WA 90104-2323 | | | Claim Number: 10425<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $266306.49 | | | |

| MID AMERICA APPRAISALS<br>5601 S CAMPBELL AVE STE 103<br>SPRINGFIELD, MO 658103400 | | | Claim Number: 7577<br>Claim Date: 07/08/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 | Allowed: | $375.00 |

MID ATLANTIC INDUSTRIAL SUPPLY &
BROKERAGE INC
PO BOX 98
SANDSTON, VA 23150

Claim Number: 9653
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $47268.64 |
|---|---|---|

MID ATLANTIC MH
208 MILLS LOOP RD.
MOUNT OLIVE, NC 28365

Claim Number: 3768
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2850.00 | | Allowed: | $2850.00 |
|---|---|---|---|---|---|

MID ATLANTIC MH
MID ATLANTIC NHM INC
778 NC HWY 101
BEAUFORT, NC 285167715

Claim Number: 8583
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

MID CITY SUPPLY CO INC,
940 INDUSTRIAL PARKWAY
ELKHART, IN 46514

Claim Number: 3566
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $75.22 | Allowed: | $75.22 |
|---|---|---|---|---|---|---|

MID VALLEY BUSINESS MACHINES
DBA: MID VALLEY BUSINESS MACHINES
3640 S. SANTIAM HWY
LEBANON, OR 97355-3742

Claim Number: 1513
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $2371.62 | Scheduled: | $329.90 | Allowed: | $2321.62 |
|---|---|---|---|---|---|

MID-ATLANTIC FASTNERS,
8220 STAYTON DR   STE H
JESSUP, MD 207949618

Claim Number: 3837
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1975.70 | Scheduled: | $2189.22 | Allowed: | $1975.70 |
|---|---|---|---|---|---|

MIDDLE TENNESSEE SWEEPERS
P O BOX 175
LYNNVILLE, TN 38472

Claim Number: 1628
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $160.00 | | Allowed: | $160.00 |
|---|---|---|---|---|---|

---

MIDDLETON, CLIFFORD
NANCY DAVIS, ESQ.
NESS,MOTLEY,LOADHOLT,RICHARDSON, & POOLE
28 BRIDGESIDE BLVD, PO BOX 1792
MOUNT PLEASANT, SC 29465

Claim Number: 5557
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
ADJOURNED ON THE 42ND ORDER

| UNSECURED | Claimed: | $1200.00 |
|---|---|---|

---

MIDDLETOWN HOME SALES INC
65 MIDDLETOWN RD
FAIRMONT, WV 26554

Claim Number: 10260
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $11312.83 |
|---|---|---|

---

MIDLAND CENTRAL APPRAISAL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 82
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $4426.91 |
|---|---|---|

---

MIDLAND CENTRAL APPRAISAL DISTRICT
MICHAEL REED, MCCREARY, VESELKA, BRAGG
5929 BALCONES DRIVE, SUITE 200
PO BOX 26990
AUSTIN, TX 78755

Claim Number: 144
Claim Date: 12/23/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $4426.91 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $99.02 |

---

MIDLAND CENTRAL APPRAISAL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7281
Claim Date: 05/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $4426.91 |
|---|---|---|

---

MIDLAND CENTRAL APPRAISAL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 7300
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $4426.91 |
|---|---|---|

---

MIDLAND CENTRAL APPRAISAL DISTRICT
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 10175
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $271.18 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| | | | | |
|---|---|---|---|---|
| MIDLAND COUNTY TAX OFFICE<br>P O BOX 712<br>MIDLAND, TX 79702 | | | Claim Number: 4628<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | |

| SECURED | Claimed: | $1461.73 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDLAND COUNTY TAX OFFICE<br>LAURA J. MONROE<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 817<br>LUBBOCK, TX 79408-0817 | | Claim Number: 9052<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $612.79 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDLAND COUNTY TAX OFFICE<br>LAURA J. MONROE<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>PO BOX 817<br>LUBBOCK, TX 79408-0817 | | Claim Number: 9053<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| ADMINISTRATIVE | Claimed: | $13.31 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDLAND COUNTY TAX OFFICE<br>LAURA J. MONROE<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>PO BOX 817<br>LUBBOCK, TX 79408-0817 | | Claim Number: 9819<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7328 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $361.88 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDLAND MARKETING COOP INC<br>PLAINVILLE CROP & LIVESTOCK<br>P.O. BOX 639<br>HAYS, KS 67601 | | Claim Number: 10100<br>Claim Date: 05/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $1757.56 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDWAY MOBILE HOME PARK<br>4500 MIDWAY DRIVE<br>TEMPLE, TX 76502 | | Claim Number: 5150<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| PRIORITY | Claimed: | $365.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDWAY MOBILE HOME PARK<br>DBA MIDWAY MOBILE HOME PARK<br>439 NIGHT OWL LANE<br>CONWAY, SC 29527 | | Claim Number: 7968<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $175.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| MIDWEST ENERGY-KS,<br>1330 CANTERBURY ROAD<br>HAYS, KS 67601 | | Claim Number: 3082<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP | |

| UNSECURED | Claimed: | $4921.27 | Scheduled: | $4921.27 | Allowed: | $4921.27 |
|---|---|---|---|---|---|---|

MIEARS, JACK AND ELAINE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7147
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

MIFFLIN COUNTY
C/O BUCHANAN INGERSOLL & ROONEY, PC
ATTN: MARY F CALOWAY
1000 WEST STREET, SUITE 1410
WILMINGTON, DE 19801

Claim Number: 10880
Claim Date: 02/08/2008
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8872 (02/04/2008)

| PRIORITY | Claimed: | $20000.00 | | Allowed: | $20000.00 |

MIKE'S MOBILE HOME AND MODULAR SERVICES
P.O. BOX 1573
HAYES, VA 23072

Claim Number: 10050
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $5460.00 |

MIKE'S MOBILE MAINTENANCE, INC.
ALAN S. HICKS
THREE UNION PLAZA
205 N. MAIN ST.
ROXBORO, NC 27573

Claim Number: 277
Claim Date: 01/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $8932.00 | | Allowed: | $4680.00 |

MIKES HEATING & AIR CONDITIONING INC
PO BOX 205
NUNN, CO 80648

Claim Number: 1770
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4020.90 | Scheduled: | $4020.90 | Allowed: | $4020.90 |

MIKES HEATING & AIR CONDITIONING INC
PO BOX 205
NUNN, CO 80648

Claim Number: 2604
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $220.00 | | Allowed: | $220.00 |

MIKES HEATING & AIR CONDITIONING,
P O BOX 205
NUNN, CO 80648

Claim Number: 1387
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $130.00 | Scheduled: | $130.00 | Allowed: | $130.00 |

MIKES MOBILE HOME SERVICE,
DBA MIKES MOBILE HOME SERVICE
1401 ELSWORTH
MUSKOGEE, OK 74403

Claim Number: 4076
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | Allowed: | $550.00 |

---

MILAN EXPRESS CO, INC
P.O. BOX 440235
NASHVILLE, TN 37244

Claim Number: 7247
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $135.63 | | Allowed: | $135.63 |

---

MILBURN PAUL M,
834 NORTH KICKAPOO ST
SHAWNEE, OK 74801

Claim Number: 1867
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
Claim out of balance

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $457.90 | | | | |
| SECURED | Claimed: | $457.90 | | | | |
| UNSECURED | | | Scheduled: | $432.90 DISP | Allowed: | $457.90 |
| TOTAL | Claimed: | $457.90 | | | | |

---

MILDRED ISD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR 7 SAMPSON LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201-2644

Claim Number: 362
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | |
|---|---|---|
| SECURED | Claimed: | $2100.44 |

---

MILE HIGH FLOOR COVERINGS,
3333 SOUTH ZUNI STREET
ENGLEWOOD, CO 80110

Claim Number: 9329
Claim Date: 01/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $650.00 |

---

MILES, LETHIA L
POB 329
ADAMS RUN, SC 294260329

Claim Number: 8520
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

MILES, LETHIA L. & WILLIE
PO BOX 329
ADAMS RUN, SC 29426

Claim Number: 10408
Claim Date: 06/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $65456.00 |

---

MILHOLLAND, ROBERT
DBA RIVER GARDENS MHP
P.O. BOX 755
GREENACRES, WA 99016

Claim Number: 9822
Claim Date: 05/11/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $899.52 |

---

| MILIKAA, LESLIE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5913<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $834.38 UNLIQ |

| MILL CREEK SERVICING<br>F.K.A. CONSECO FINANCE<br>7360 S. KYRENE RD.<br>TEMPE, AZ 85283-9824 | Claim Number: 6781<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $5137.21 |

| MILL GRAPHIX,<br>P O BOX 771<br>STAYTON, OR 97383 | Claim Number: 2204<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| UNSECURED | Claimed: | $2299.50 | Scheduled: | $2382.90 | Allowed: | $2299.50 |

| MILL GRAPHIX-CA,<br>P O BOX 771<br>STAYTON, OR 97383 | Claim Number: 2489<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| UNSECURED | Claimed: | $3378.00 | Scheduled: | $3378.00 | Allowed: | $3378.00 |

| MILL RUN MOBILE HOME PARK,<br>PO BOX 12523<br>NEW BERN, NC 28561 | Claim Number: 4567<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2735.00 DISP |

| MILL SUPPLY CORP,<br>PO BOX 12216<br>SALEM, OR 97309 | Claim Number: 2487<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $55.78 | Scheduled: | $55.78 | Allowed: | $55.78 |

| MILLARD, GEORGE M<br>2010 COUNTY ROAD 364<br>GRANGER, TX 76530 | Claim Number: 5087<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $4946.76 |

---

MILLARD, GEORGE M.
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 9090
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $14831.61 |
|---|---|---|

---

MILLARD, GEORGE M.
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 9397
Claim Date: 02/27/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6000.00 |
|---|---|---|

---

MILLARD, GEORGE M.
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 9670
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $6000.00 |
|---|---|---|

---

MILLARD, GEORGE M.
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 9855
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $6000.00 |
|---|---|---|

---

MILLARD, GEORGE M.,
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 5088
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3671 (02/26/2004)

| UNSECURED | Claimed: | $4978.42 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MILLARD, GEORGE M.,
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 5089
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3672 (02/26/2004)

| UNSECURED | Claimed: | $4906.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MILLARO, GEORGE M.
2010 COUNTY ROAD 364
GRANGER, TX 76530

Claim Number: 10401
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $6000.00 |
|---|---|---|

---

MILLENNIUM ESTATES
C/O MATTHEW L. JOHNSON
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6190
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $666.15 |
|---|---|---|

---

---

MILLENNIUM ESTATES
C/O MATTHEW L. JOHNSON
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89110

Claim Number: 6458
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $666.15 | | | |

---

MILLENNIUM ESTATES
C/O MATTHEW L. JOHNSON
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6356
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $666.15 | | Allowed: | $666.15 |

---

MILLENNIUM SERVICES,
DBA MILLENNIUM SERVICES
24488 MEADOW LANE
PORTER, TX 77365

Claim Number: 5496
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2709.89 | Scheduled: | $2008.06 | Allowed: | $2709.89 |

---

MILLER
D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4980
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $150000.00 |

---

MILLER & MILLER CONSTRUCTION INC
4455 GATE CITY HWY
BRISTOL, VA 24202

Claim Number: 2602
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7450.00 |

---

MILLER DRILLING CO
RR 1 BOX 228
RAVENNA, TX 75476

Claim Number: 909
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $400.00 | | Allowed: | $400.00 |

---

MILLER MACHINE & WELDING
PO BOX 991
HILLSBORO, TX 76645

Claim Number: 5495
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $92.02 |

---

MILLER STRAVERT P.A.
C/O JAMES J. WIDLAND, ESQ.
P.O. BOX 25867
ALBUQUERQUE, NM 87125

Claim Number: 5044
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1876.12 |

---

---

| MILLER SURVEY, INC.<br>328 4TH ST SW<br>HICKORY, NC 286022819 | Claim Number: 3952<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1350.00 | | |
|---|---|---|---|---|

| MILLER SURVEYING, INC.<br>328 4TH ST SW<br>HICKORY, NC 286022819 | Claim Number: 10019<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $6165.00 | Allowed: | $3295.00 |
|---|---|---|---|---|

| MILLER WALYNDA<br>975 GRINDING ROCK CT<br>WEST POINT, CA 95255 | Claim Number: 4395<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2348.16 |
|---|---|---|

| MILLER'S BACKHOE SERVICE,<br>DBA: MILLERS BACKHOE SERVICE<br>PO BOX 5<br>MILLERS CREEK, NC 28651 | Claim Number: 8116<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $8200.00 |
|---|---|---|

| MILLER'S MOVERS<br>DBA: MILLER'S MOVERS<br>194 KENDALL ROAD<br>TROUTMAN, NC 28166 | Claim Number: 8467<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $4600.00 |
|---|---|---|

| MILLER, BOB D<br>8824 BRYDON WAY<br>SACRAMENTO, CA 95826 | Claim Number: 8130<br>Claim Date: 11/07/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: WITHDRAWN<br>DOCKET: 4106 (06/02/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6500.00 |
|---|---|---|

| MILLER, BOB D.<br>8824 BRYDON WY<br>SACRAMENTO, CA 95826 | Claim Number: 8752<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4107 (06/02/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20000.00 |
|---|---|---|

| MILLER, CURTIS<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5914<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2775.00 UNLIQ |

---

MILLER, DOROTHY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7149
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

MILLER, JEANNE AND/OR MARK AND/OR LING
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7148
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

MILLER, KAREN
14900 VALLEY COVE
ALEXANDER, AR 72002

Claim Number: 3186
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $7258.58 |

---

MILLER, KENNETH & KARON
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7047
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

MILLER, LORRAINE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3484
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $30000.00 | | Allowed: | $8710.29 |
|---|---|---|---|---|---|

---

MILLER, LYLE & THELMA
RICHARD BURROUGHS
PO BOX 1676
CLEVELAND, TX 77328

Claim Number: 7439
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| SECURED | Claimed: | $19600.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

MILLER, LYLE & THELMA
RICHARD BURROUGHS
PO BOX 1676
CLEVELAND, TX 77328

Claim Number: 8785
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $19600.00 UNDET |
|---|---|---|

---

---

MILLER, MARGARET L.                    Claim Number: 10695
C/O DAVID H LAWRENCE                    Claim Date: 01/31/2005
LAWRENCE, LAWRENCE & RICHARDSON, PLLC   Debtor: OAKWOOD HOMES CORPORATION
200 EAST EIGHTH STREET
CHATTANOOGA, TN 37402

| UNSECURED | Claimed: | $5500.00 |
|---|---|---|

---

MILLER, MICHAEL & KELLY                 Claim Number: 6935
IRA M. LEVEE, ESQ.                      Claim Date: 05/13/2003
LOWENSTEIN SANDLER, P.C.                Debtor: OAKWOOD HOMES CORPORATION
65 LIVINGSTON AVENUE                    Comments: WITHDRAWN
ROSELAND, NJ 07068

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

MILLER, MONTE L.                        Claim Number: 5430
101 CONVENTION CENTER DR                Claim Date: 03/27/2003
SUITE 850                               Debtor: CREST CAPITAL, LLC
LAS VEGAS, NV 89016                     Comments: EXPUNGED
                                        DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MILLER, MONTE L.                        Claim Number: 5432
101 CONVENTION CENTER DR                Claim Date: 03/27/2003
SUITE 850                               Debtor: GOLDEN WEST LEASING, LLC
LAS VEGAS, NV 89016                     Comments: EXPUNGED
                                        DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MILLER, MONTE L.                        Claim Number: 5604
101 CONVENTION CENTER DR                Claim Date: 03/27/2003
SUITE 850                               Debtor: CREST CAPITAL, LLC
LAS VEGAS, NV 89016                     Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MILLER, MONTE L.                        Claim Number: 5606
101 CONVENTION CENTER DR                Claim Date: 03/27/2003
SUITE 850                               Debtor: GOLDEN WEST LEASING, LLC
LAS VEGAS, NV 89016                     Comments: EXPUNGED
                                        DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MILLER, MONTE L.                        Claim Number: 6390
101 CONVENTION CENTER DR                Claim Date: 03/27/2003
SUITE 850                               Debtor: GOLDEN WEST LEASING, LLC
LAS VEGAS, NV 89016                     Comments: EXPUNGED
                                        DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

---

MILLER, MONTE L.
101 CONVENTION CENTER DR
SUITE 850
LAS VEGAS, NV 89016

Claim Number: 6392
Claim Date: 03/27/2003
Debtor: CREST CAPITAL, LLC
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

MILLER, UTE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5915
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1678.13 | UNLIQ |

---

MILLERS WOOD RECYCLING
65 INDUSTRIAL PARK ROAD
LEWISTOWN, PA 17044

Claim Number: 8186
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3300.00 |

---

MILLION DOLLAR SOUNDS
4673 S 83RD EAST AVE
TULSA, OK 74145

Claim Number: 2795
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $436.25 | Allowed: | $436.25 |

---

MILLION DOLLAR SOUNDS
4673 S 83RD EAST AVE
TULSA, OK 74145

Claim Number: 2797
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218.75 | Allowed: | $218.75 |

---

MILLION DOLLAR SOUNDS,
4673 S 83RD EAST AVE
TULSA, OK 74145

Claim Number: 2796
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $165.75 | Scheduled: | $620.50 | Allowed: | $165.75 |

---

MILLS CRAFT, ANGELA
447 HOLLAND FORD ROAD
PELZER, SC 29669

Claim Number: 10550
Claim Date: 07/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1130.08 |

---

---

MILLS, ANDREW K
126 BLITHE COURT
CHARLOTTESVILLE, VA 22901

Claim Number: 9193
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $10500.00 |
|---|---|---|

MILLS, BARBARA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7048
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

MILLS, BETH
222 SHERWOOD ROAD
SEQUIM, WA 98382

Claim Number: 9146
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $1909.75 |
|---|---|---|

MILLS, BETH
222 SHERWOOD RD
SEQUIM, WA 98382

Claim Number: 10432
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

---

| ADMINISTRATIVE | Claimed: | $4909.75 |
|---|---|---|

MILLS, BETH
222 SHERWOOD RD
SEQUIM, WA 98382

Claim Number: 10714
Claim Date: 03/25/2005
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $3000.00 |
|---|---|---|

MILLS, CORENE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7150
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

MILNER TRUCKING & GAS INC
PO BOX 1706
AIKEN, SC 29801

Claim Number: 1420
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $1500.00 |
|---|---|---|

MILNER TRUCKING/,
PO BOX 662
AIKEN, SC 298020662

Claim Number: 698
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $1500.00 |
|---|---|---|---|---|---|---|

| MILTON INDUSTRIAL DEVELOPMENT AUTHORITY<br>28 BOUND AVE  BOX 356<br>MILTON, PA 17847 | Claim Number: 4895<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7811 (05/20/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

| MILTON SEWER RENTAL<br>PO BOX 433<br>MILTON, PA 17847 | Claim Number: 6537<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $980.22 |
|---|---|---|

| MILTON, WILLIAM G.<br>4247 HUGGINS RD.<br>LAKE CITY, SC 29560 | Claim Number: 10291<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY STATE TAX COMMISSION<br>P.O. BOX 23338<br>JACKSON, MS 39225-3338 | Claim Number: 7675<br>Claim Date: 08/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5882.40 | | Allowed: | $1544.00 |
|---|---|---|---|---|---|

| MISSISSIPPI STATE TAX COMMISSION,<br>BANKRUPTCY SECTION<br>P.O. BOX 23338<br>JACKSON, MS 39225-3338 | Claim Number: 6366<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $6525.00 |
|---|---|---|
| UNSECURED | Claimed: | $498.10 |

| MISSISSIPPI STATE TAX COMMISSION,<br>BANKRUPTCY SECTION<br>PO BOX 23338<br>JACKSON, MS 39225-3338 | Claim Number: 7736<br>Claim Date: 08/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $5882.40 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 4294<br>Claim Date: 03/11/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7662 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| PRIORITY | Claimed: | $22427.99 |
| UNSECURED | Claimed: | $35807.25 |

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 4295<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $1000.00 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105-3000 | Claim Number: 4296<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $15022.09 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 6818<br>Claim Date: 05/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 4488 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15814.16 |

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 6819<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 8616<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $80472.15 |
|---|---|---|
| PRIORITY | Claimed: | $9598.23 |

| MISSOURI DEPARTMENT OF REVENUE,<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 4026<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7662 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2131.27 |
|---|---|---|
| PRIORITY | Claimed: | $274.90 |

| MISSOURI DEPARTMENT OF REVENUE,<br>BOX 475<br>JEFFERSON CITY, MO 65105-3000 | Claim Number: 8623<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

| MISSOURI DEPT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 10791<br>Claim Date: 12/02/2005<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments:<br>This is a second amended claim. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
| PRIORITY | Claimed: | $0.00 |

| MISSOURI DEPT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 10792<br>Claim Date: 12/02/2005<br>Debtor: HBOS MANUFACTURING, LP<br>Comments:<br>This is an amended claim. |
|---|---|

| UNSECURED | Claimed: | $0.00 |

| MISSOURI DEPT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 10793<br>Claim Date: 12/02/2005<br>Debtor: HBOS MANUFACTURING, LP<br>Comments:<br>This third amended claim amends. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |

| MISSOURI DEPT. OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 170<br>Claim Date: 12/30/2002<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $7829.83 |

| MISSOURI DEPT. OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 171<br>Claim Date: 12/30/2002<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $843.76 |

| MISSOURI DEPT. OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 172<br>Claim Date: 12/30/2002<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $6236.60 |
| PRIORITY | Claimed: | $36242.35 |
| UNSECURED | Claimed: | $36307.25 |

| MISSOURI MANUFACTURED HOUSING ASSOC.<br>P.O. BOX 1365<br>JEFFERSON CITY, MO 65102 | Claim Number: 4319<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2900.00 |

---

| MISTY SPRINGS LLC<br>PO BOX 9<br>HAW RIVER, NC 27258 | Claim Number: 7831<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $368.26 |
|---|---|---|

---

| MITCHELL & ASSOCIATES<br>709 HOUSTON ST<br>LEVELLAND, TX 79336-3728 | Claim Number: 7543<br>Claim Date: 06/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1179.93 |
|---|---|---|

---

| MITCHELL APPRAISALS<br>4208 REILY LANE<br>SHREVEPORT, LA 71105 | Claim Number: 7634<br>Claim Date: 07/23/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1100.00 | Scheduled: | $900.00 | Allowed: | $1100.00 |
|---|---|---|---|---|---|---|

---

| MITCHELL EVANS<br>416 NORTH PINE ST.<br>DERIDDER, LA 71063 | Claim Number: 5519<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2750.00 | | | Allowed: | $2750.00 |
|---|---|---|---|---|---|---|

---

| MITCHELL, CHRIS K.<br>ROBERT GAMBRELL<br>P.O. DRAWER 8299<br>BILOXI, MS 39535-8299 | Claim Number: 1145<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1371.50 | | Allowed: | $1371.50 |
|---|---|---|---|---|---|

---

| MITCHELL, JUDITH<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7151<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

| MITCHELL, MCNUTT & SAMS, P.A.<br>C/O D. ANDREW PHILLIPS, ESQUIRE<br>P.O. BOX 947<br>1216 VAN BUREN AVENUE<br>OXFORD, MS 38655 | Claim Number: 10461<br>Claim Date: 06/23/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $27287.86 |
|---|---|---|

---

MITCHELL, MCNUTT & SAMS, P.A.
C/O D. ANDREW PHILLIPS, ESQUIRE
P.O. BOX 947
1216 VAN BUREN AVENUE
OXFORD, MS 38655

Claim Number: 10492
Claim Date: 06/23/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $58539.47 |
|---|---|---|

MITCHELL, MCNUTT & SAMS, P.A.
C/O D. ANDREW PHILLIPS, ESQUIRE
P.O. BOX 947
1216 VAN BUREN AVENUE
OXFORD, MS 38655

Claim Number: 10494
Claim Date: 06/25/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $58539.47 |
|---|---|---|

MITCHELL,MCNUTT & SAMS PA
C/O D. ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 4425
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $87232.45 | Scheduled: | $21739.21 DISP | Allowed: | $82291.83 |
|---|---|---|---|---|---|---|

MITCHELL,MCNUTT & SAMS PA,
C/O D. ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 4427
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| UNSECURED | Claimed: | $78372.88 | Scheduled: | $49451.21 DISP CONT |
|---|---|---|---|---|

MITCHELL,MCNUTT & SAMS PA,
C/O D. ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 4426
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| UNSECURED | Claimed: | $8859.57 | Scheduled: | $10961.62 |
|---|---|---|---|---|

MITCHELL,MCNUTT & SAMS PA,
C/O ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 6122
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $87232.45 |
|---|---|---|

MITCHELL,MCNUTT & SAMS PA,
C/O ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 6123
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $78372.88 |
|---|---|---|

MITCHELL,MCNUTT & SAMS PA,
C/O ANDREW PHILLIPS
PO BOX 947
OXFORD, MS 38655

Claim Number: 6124
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $8859.57 |
|---|---|---|

---

MITTLER SUPPLY INC-IN
PO BOX 1676
SOUTH BEND, IN 46634

Claim Number: 967
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $3058.48 | | | | | |

---

MOBILE HOME MALL
P.O. BOX 143386
AUSTIN, TX 78714

Claim Number: 9694
Claim Date: 04/30/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $9676.17 | | | | | |

---

MOBILE HOME MALL
P.O. BOX 143386
AUSTIN, TX 78714

Claim Number: 10094
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $9676.17 | | | | | |

---

MOBILE HOME MALL
PO BOX 143386
AUSTIN, TX 78714

Claim Number: 10385
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

---

| ADMINISTRATIVE | Claimed: | $9676.17 | | | | | |

---

MOBILE HOME MALL,
2201 TRADE DR.
GRAY, GA 31032

Claim Number: 2871
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

---

| UNSECURED | Claimed: | $12056.87 | Scheduled: | $11197.15 | Allowed: | $12056.87 |

---

MOBILE HOME MALL,
PO BOX 143386
AUSTIN, TX 78724

Claim Number: 2870
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

---

| UNSECURED | Claimed: | $4388.41 | Scheduled: | $3866.10 | Allowed: | $4388.41 |

---

MOBILE HOME PARTS NORTHWEST,
DIV OF AXLE SOLUTIONS INC
3610 B CEDARDALE RD
MOUNT VERNON, WA 98274

Claim Number: 6290
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $176.60 | | | | | |

---

MOBILE HOME POWER DISTRIBUTION
180 CROMER ST
ROEBUCK, SC 29376

Claim Number: 8422
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $2889.02 | | | | | |

---

---

MOBILE HOME POWER DISTRIBUTION,
180 CROMER ST
ROEBUCK, SC 29376

Claim Number: 2362
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2889.02 | Scheduled: | $2237.15 | Allowed: | $2889.02 |

---

MOBILE HOME SERVICE & TRANSPORT-TX
102 LAWSON DR
BLOUNTVILLE, TN 37617

Claim Number: 8676
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1600.00 |

---

MOBILE HOME SET & SERVICE,
DBA MOBILE HOME SET & SERVICE
PO BOX 287
GLENPOOL, OK 74033

Claim Number: 3438
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1120.00 | Scheduled: | $16065.00 | Allowed: | $1120.00 |

---

MOBILE HOME TRANSPORTERS
P O BOX 1552
SAINT GEORGE, UT 84770

Claim Number: 7775
Claim Date: 09/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $745.00 |

---

MOBILE HOME TRANSPORTERS,
P O BOX 1552
SAINT GEORGE, UT 84770

Claim Number: 3134
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $745.00 | Scheduled: | $745.00 | Allowed: | $745.00 |

---

MOBILE MART
DBA MOBILE MART
8001 S SHIELDS
OKLAHOMA CITY, OK 73149

Claim Number: 4897
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $8754.32 | Scheduled: | $4221.23 |

---

MOBILE MART
212 N MAIN STREET
MUSKOGEE, OK 74401

Claim Number: 5518
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2497.71 |

---

MOBILE MART
DBA MOBILE MART
8001 S SHIELDS
OKLAHOMA CITY, OK 73149

Claim Number: 4898
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2102.36 |

---

| MOBILE MART,<br>1701 S CHEROKEE ST<br>MUSKEGON, OK 744037013 | Claim Number: 5517<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| --- | --- |

| UNSECURED | Claimed: | $559.99 | Scheduled: | $3645.54 |
| --- | --- | --- | --- | --- |

| MOBILE REFURB<br>DBA MOBILE REFURB<br>3254 RUNNING SPRINGS<br>SAN ANTONIO, TX 78261 | Claim Number: 5503<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
| --- | --- |

| UNSECURED | Claimed: | $15144.00 |
| --- | --- | --- |

| MOBILE REFURB,<br>DBA MOBILE REFURB<br>3254 RUNNING SPRINGS<br>SAN ANTONIO, TX 78261 | Claim Number: 5510<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
| --- | --- |

| UNSECURED | Claimed: | $59666.93 | Scheduled: | $36276.53 | Allowed: | $56872.10 |
| --- | --- | --- | --- | --- | --- | --- |

| MOBILE REFURB,<br>DBA MOBILE REFURB<br>3254 RUNNING SPRINGS<br>SAN ANTONIO, TX 78261 | Claim Number: 5502<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
| --- | --- |

| UNSECURED | Claimed: | $1328.85 | Scheduled: | $1328.85 |
| --- | --- | --- | --- | --- |

| MOBILE STORAGE GROUP, INC.<br>7590 N. GLENOAKS BLVD.<br>BURBANK, CA 91504 | Claim Number: 7419<br>Claim Date: 06/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
| --- | --- |

| PRIORITY<br>UNSECURED | Claimed: | $435.04 | | | Allowed: | $435.04 |
| --- | --- | --- | --- | --- | --- | --- |

| MODERN PLUMBING CO INC,<br>PO BOX 7587<br>PASADENA, TX 77508 | Claim Number: 816<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| --- | --- |

| UNSECURED | Claimed: | $941.03 | Scheduled: | $916.25 | Allowed: | $941.03 |
| --- | --- | --- | --- | --- | --- | --- |

| MODERN STAPLE INC<br>1604 15TH ST SW STE 101<br>AUBURN, WA 980016565 | Claim Number: 3633<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| --- | --- |

| UNSECURED | Claimed: | $4997.39 |
| --- | --- | --- |

| MODERN SYSTEMS INC<br>6304 OLD U.S. 421 HWY<br>EAST BEND, NC 27018 | Claim Number: 1136<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1475.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1475.00 |

| MOFFAT COUNTY TREASURER<br>211 W VICTORY WAY<br>SUITE 230<br>CRAIG, CO 81625 | Claim Number: 10238<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $911.86 |
|---|---|---|

| MOFFET COUNTY TREASURER<br>PO BOX 6<br>CRAIG, CO 81626 | Claim Number: 1992<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $505.18 |
|---|---|---|

| MOHAVE COUNTY TREASURER<br>P.O. BOX 712<br>KINGMAN, AZ 86402 | Claim Number: 283<br>Claim Date: 01/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $4444.09 |
|---|---|---|

| MOJICA, CARLOS<br>301 OLIVER AVE<br>RATON, NM 87740 | Claim Number: 9100<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

| MOLINA, RAYMOND C & MISTY D<br>4305 BANISTER LANE<br>AUSTIN, TX 78745 | Claim Number: 4005<br>Claim Date: 03/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| UNSECURED | Claimed: | $65293.50 |
|---|---|---|

| MOLINA, RAYMOND C. & MISTY<br>4305 BANISTER LANE<br>AUSTIN, TX 78745 | Claim Number: 10530<br>Claim Date: 07/08/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $31688.00 |
|---|---|---|

---

| MOLINA, RAYMOND C. & MISTY<br>4305 BANISTER LANE<br>AUSTIN, TX 78745 | Claim Number: 10547<br>Claim Date: 07/23/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | |

| UNSECURED | Claimed: | $31688.00 |

---

| MOLINE MANAGEMENT CO LTD<br>PO BOX 148<br>LITHOPOLIS, OH 43136 | Claim Number: 3853<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | |

| UNSECURED | Claimed: | $5026.00 |

---

| MOLLY MAID OF GILBERT<br>DBA MOLLY MAID OF GILBERT<br>PO BOX 7776<br>MESA, AZ 85216 | Claim Number: 9280<br>Claim Date: 12/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |

| ADMINISTRATIVE | Claimed: | $1006.75 |

---

| MOMAR<br>DRAWER CS 100465<br>ATLANTA, GA 30384 0465 | Claim Number: 1553<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $137.12 | | Allowed: | $137.12 |

---

| MONCRIEF, JOHN<br>3821-3 ALCOX ROAD<br>JACKSONVILLE, FL 32221 | Claim Number: 2614<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) | | |

| SECURED | Claimed: | $750.00 |

---

| MONEITH TIRE<br>1021 GREENE ROAD<br>GOSHEN, IN 46526 | Claim Number: 5161<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $3334.51 |

---

| MONEY STORE, L.P., THE<br>DBA THE MONEY BOX #54<br>C/O CHARLES A. RUESINK<br>10200 SAUSALITO DR.<br>AUSTIN, TX 78759 | Claim Number: 7576<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |

| UNSECURED | Claimed: | $3150.00 |

---

| MONEY STORE, LP; THE<br>DBA THE MONEY BOX #11<br>C/O CHARLES A. RUESINK<br>10200 SAUSALITO DRIVE<br>AUSTIN, TX 78759 | Claim Number: 484<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $382.50 | | Allowed: | $382.50 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MONNETT, CHARLES G III;AS COUNSELOR FOR<br>WARREN WALLACE, ADMIN<br>PO BOX 37206<br>CHARLOTTE, NC 28237 | | | Claim Number: 10786<br>Claim Date: 10/19/2005<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $50000.00 | | | | |
| MONNETTE RECHTIN AND CAWLEY PS<br>P O BOX 2599<br>WENATCHEE, WA 988072599 | | | Claim Number: 2818<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| MONNETTE RECHTIN AND CAWLEY PS,<br>P O BOX 2599<br>WENATCHEE, WA 98807-2599 | | | Claim Number: 2790<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $9389.38 | | |
| MONNETTE RECHTIN AND CAWLEY PS,<br>P O BOX 2599<br>WENATCHEE, WA 98807-2599 | | | Claim Number: 2789<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $494.83 | Allowed: | $23392.55 |
| MONNETTE RECHTIN AND CAWLEY PS,<br>P O BOX 2599<br>WENATCHEE, WA 98807-2599 | | | Claim Number: 2819<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $10722.81 | | |
| MONROE CITY,<br>P.O. BOX 69<br>MONROE, NC 28111 | | | Claim Number: 1369<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| PRIORITY | Claimed: | $38.02 | Scheduled: | $0.00 UNLIQ | Allowed: | $38.02 |
| MONROE COUNTY<br>TRUSTEE<br>103 COLLEGE STREET<br>MADISONVILLE, TN 37354 | | | Claim Number: 1601<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>SECURED | Claimed:<br>Claimed: | $0.00<br>$125.00 | | | Allowed: | $109.25 |

---

MONROE COUNTY A,
DEMOCRAT
P.O. BOX 389
SWEETWATER,, TN 37874

Claim Number: 1271
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3953.73 | Scheduled: | $2243.00 |
|---|---|---|---|---|

---

MONROE, DENNIS S.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7152
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

MONROY, JEREMIAS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5916
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MONTANA HOMES OF BELGRADE
ANGEL LAW FIRM
BRIAN FAY
125 W MENDENHALL
BOZEMAN, MT 59715-3500

Claim Number: 7509
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 8385 (01/10/2006)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MONTANA HOMES OF MISSOULA, INC.
C/O ANGEL LAW FIRM
125 W. MEDENHALL
BOZEMAN, MT 59715-3500

Claim Number: 4521
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8384 (01/10/2006)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MONTANO VICTOR L,
09 ANAYA
BELEN, NM 87002

Claim Number: 5478
Claim Date: 03/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $8754.56 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6281.37 | Allowed: | $8754.56 |

---

MONTANYA, PHILLIP BANKRUPTCY TRUSTEE &
CARL & TONI ARMSTRONG
C/O SUSAN WARREN
300 CENTRAL AVENUE S.W., STE 2000 EAST
ALBUQUERQUE, NM 87102

Claim Number: 2425
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $22309.13 |
|---|---|---|

---

---

| MONTES, JORGE | Claim Number: 5020 |
| C/O JUDITH LURIE | Claim Date: 03/25/2003 |
| NORTHWEST JUSTICE PROJECT | Debtor: OAKWOOD HOMES CORPORATION |
| 300 S OKANOGAN AVE, SUITE 3A | Comments: ALLOWED |
| WENATCHEE, WA 98801 | |

| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $7185.00 |

| MONTES, JORGE | Claim Number: 6498 |
| C/O JUDITH LURIE | Claim Date: 03/25/2003 |
| NW JUSTICE PROJECT | Debtor: OAKWOOD HOMES CORPORATION |
| 23 S. WENATCHEE AVE, SUITE 110 | Comments: EXPUNGED |
| WENATCHEE, WA 98801 | |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| MONTGOMERY CO C | Claim Number: 7525 |
| P O BOX 687 | Claim Date: 07/01/2003 |
| CLARKESVILLE, TN 37040 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| PRIORITY | Claimed: | $1156.15 |

---

| MONTGOMERY COUNTY | Claim Number: 6661 |
| P.O. BOX 1005 | Claim Date: 04/14/2003 |
| CLARKSVILLE, TN 370411005 | Debtor: OAKWOOD HOMES CORPORATION |

| PRIORITY | Claimed: | $95.26 |

---

| MONTGOMERY COUNTY | Claim Number: 580 |
| JOHN P. DILLMAN | Claim Date: 02/13/2003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: OAKWOOD HOMES CORPORATION |
| P.O. BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | |

| SECURED | Claimed: | $3066.83 UNLIQ |

---

| MONTGOMERY COUNTY | Claim Number: 6662 |
| PO BOX 1005 | Claim Date: 04/14/2003 |
| CLARKSVILLE, TN 37041-1005 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| PRIORITY | Claimed: | $95.26 |

---

| MONTGOMERY COUNTY | Claim Number: 6800 |
| JOHN P. DILLMAN | Claim Date: 05/01/2003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 3064 | Comments: ALLOWED |
| HOUSTON, TX 77253-3064 | DOCKET: 7441 (12/21/2004) |

| SECURED | Claimed: | $22768.45 | Allowed: | $3066.83 |

---

| MONTGOMERY COUNTY | Claim Number: 9213 |
| JOHN P DILLMAN | Claim Date: 12/01/2003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 6751 (11/09/2004) |

| ADMINISTRATIVE | Claimed: | $13699.62 |

---

---

MONTGOMERY, KOLODNY, AMATUZIO &
DUBABEK, LLP
475 17TH STREET, SUITE 1600
DENVER, CO 80202

Claim Number: 6616
Claim Date: 04/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $4631.79 | Scheduled: | $0.00 UNLIQ | Allowed: | $4053.07 |
|---|---|---|---|---|---|---|

MONTGOMERY, RAYMOND
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7153
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

MONTOYA CHRIS
8 LOS ARBOLES RD
PERALTA, NM 87042

Claim Number: 5506
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7888 (03/01/2005)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

MONTOYA SANDRA
8 LOS ARRBOLES RD
PERALTA, NM 87042

Claim Number: 5505
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7888 (03/02/2005)

| UNSECURED | Claimed: | $0.00 UNDET | | | Allowed: | $248.65 |
|---|---|---|---|---|---|---|

MONTROSE MOBILE HOME PARK
DBA MONTROSE MOBILE HOME PARK
PO BOX 3601
PALESTINE, TX 75802

Claim Number: 10402
Claim Date: 06/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $555.00 | | | | |
|---|---|---|---|---|---|---|

MONTROSE-FORD-LINCOLN-MERCURY, INC.
100 MERCHANT DR.
MONTROSE, CO 81401

Claim Number: 9960
Claim Date: 05/19/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $2160.00 | | | | |
|---|---|---|---|---|---|---|

MOODY & SONS MANAGEMENT SERVICES, LLC
1125 CONCORD DRIVE
MANSFIELD, TX 76063

Claim Number: 9689
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $5600.00 | | | | |
|---|---|---|---|---|---|---|

MOODY, FANNIE
P.O. BOX 19
ARTESIA, MS 39736

Claim Number: 4072
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

MOOG, KELLY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7154
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MOOMEY, JOHN AND KRYSTAL
RAY VINCENT
430 NW 11TH STREET
OKLAHOMA CITY, OK 73103

Claim Number: 9163
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4403 (08/13/2004)

| UNSECURED | Claimed: | $150000.00 |

---

MOON, WILLIE U
PO BOX 456
CLINTON, SC 29325

Claim Number: 9031
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $180.00 |

---

MOORE & RUTT P A,
P O BOX 554
GEORGETOWN, DE 19947

Claim Number: 6185
Claim Date: 03/31/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $5770.20 |

---

MOORE & RUTT P A,
P O BOX 554
GEORGETOWN, DE 19947

Claim Number: 6311
Claim Date: 03/31/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $5770.20 |

---

MOORE & RUTT P A,
P O BOX 554
GEORGETOWN, DE 19947

Claim Number: 6310
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $5770.20 |

---

MOORE BONESTER
PO BOX 172
WASHINGTON, AR 71862

Claim Number: 10261
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7133 (11/10/2004)

| ADMINISTRATIVE | Claimed: | $35000.00 |

---

MOORE COUNTY TAX DEPT,
PO BOX 428
CARTHAGE, NC 28327-0428

Claim Number: 6547
Claim Date: 04/08/2003
Debtor: HBOS MANUFACTURING, LP

| PRIORITY | Claimed: | $3224.00 | | |
| SECURED | Claimed: | $3946.25 | | |
| UNSECURED | Claimed: | $722.25 | Scheduled: | $47.33 |

---

---

MOORE DRILLING INC
DBA MOORE DRILLING INC
24480 S 417 W AVENUE
DEPEW, OK 74028

Claim Number: 8400
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1107.90 | | | |
|---|---|---|---|---|---|

MOORE DRILLING INC,
24480 S 417 W AVE
DEPEW, OK 74028

Claim Number: 1983
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $1107.90 | Scheduled: | $1107.90 | Allowed: | $1107.90 |
|---|---|---|---|---|---|---|

MOORE, ANDREW & MARGARET
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7049
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

MOORE, AVERY
413 MOORE LN
ANGIER, NC 27501

Claim Number: 10543
Claim Date: 07/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

MOORE, BONESTHER
1046 HEMPSTEAD 185
WASHINGTON, AR 71862

Claim Number: 8478
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

---

| UNSECURED | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

MOORE, ERIC L. & MARTI M.
7785 OLD BEATTY FORD ROAD
ROCKWELL, NC 28138

Claim Number: 10087
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $2515.00 | | | |
|---|---|---|---|---|---|

MOORE, ERIC L. & MARTI M.
7785 OLD BEATTY FORD ROAD
ROCKWELL, NC 28138

Claim Number: 10099
Claim Date: 05/25/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $2515.00 | | | |
|---|---|---|---|---|---|

MOORE, IRA RAY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3485
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

---

| UNSECURED | Claimed: | $45000.00 | | | Allowed: | $13065.44 |
|---|---|---|---|---|---|---|

---

| MOORE, JAMIE R./JAMIE COLE<br>C/O BERNARD S. VIA, III, ESQ.<br>210 JOHNSON STREET<br>BRISTOL, VA 24201 | Claim Number: 2608<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $15000.00 UNLIQ DISP |
|---|---|---|

---

| MOORE, JANIE R.<br>C/O BERNARD S. VIA III, ESQ.<br>210 JOHNSON ST<br>BRISTOL, VA 24201 | Claim Number: 9385<br>Claim Date: 02/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $12000.00 |
|---|---|---|

---

| MOORE, LOUISE<br>P O BOX 512<br>KODAK, TN 37764 | Claim Number: 8027<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1807.00 |
|---|---|---|

---

| MOORE, RICHARD H.<br>5139 N US HWY 25<br>EAST BERNSTADT, KY 40729 | Claim Number: 8222<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $400.00 |
|---|---|---|

---

| MOORE, SHANNETTE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5917<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| MOORE, SUSAN D.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5918<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $3225.00 UNLIQ |

---

| MOORE,TYNDALL & CASTELLOW,LLP<br>PO BOX 190<br>MOULTRIE, GA 31776 | Claim Number: 2523<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7487.08 |
|---|---|---|

---

---

| MOORES LBR,<br>P.O. BOX 789<br>TAPPAHANNOCK, VA 22560-0965 | Claim Number: 1974<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $1884.59 | | Scheduled: | $1884.59 | Allowed: | $1263.52 |
|---|---|---|---|---|---|---|---|

| MOORES LUMBER STORE #294<br>1625 E 10TH ST<br>ROANOKE RAPIDS, NC 27870 | Claim Number: 1973<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $6776.47 | | Scheduled: | $6893.77 | Allowed: | $6776.47 |
|---|---|---|---|---|---|---|---|

| MORALES MOBILE HOME SERVICES<br>DBA MORALES MOBILE HOME SERVICES<br>15529 N BRENTWOOD #1<br>CHANNELVIEW, TX 77530 | Claim Number: 8248<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $27200.00 |
|---|---|---|

| MORALES MOBILE HOME SERVICES,<br>DBA MORALES MOBILE HOME SERVICES<br>15529 N BRENTWOOD #1<br>CHANNELVIEW, TX 77530 | Claim Number: 4429<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $27200.00 | | Scheduled: | $27200.00 | Allowed: | $27200.00 |
|---|---|---|---|---|---|---|---|

| MOREAU HOMES LLC<br>W8146 HEMLOCK RD<br>BEAVER DAM, WI 53916 | Claim Number: 10580<br>Claim Date: 09/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $2170.00 |
|---|---|---|

| MORELOCK, JAMES & GLORIA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7050<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|---|

| MORENO, AVELINA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5919<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

MORENO, AVELINA
703 TARLTON
HILLSBORO, TX 76645

Claim Number: 8571
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $6018.75 |
| --- | --- | --- |

MORENO, JOSE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5920
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

MORENO, JOSE C
703 TARLTON
HILLSBORO, TX 76645

Claim Number: 8577
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $6018.75 |
| --- | --- | --- |

MORGAN BUILDINGS & SPAS, INC.
PO BOX 660280
DALLAS, TX 75266-0280

Claim Number: 189
Claim Date: 01/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1199.41 |
| --- | --- | --- |

MORGAN BUILDINGS & SPAS, INC.
P.O. BOX 660280
DALLAS, TX 75266-0280

Claim Number: 114
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1199.41 |
| --- | --- | --- |

MORGAN COUNTY
PO BOX 593
FT. MORGAN, CO 80701

Claim Number: 974
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $403.00 |
| --- | --- | --- |

MORGAN COUNTY TREASURER
PO BOX 593
FORT MORGAN, CO 80701

Claim Number: 322
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $30012.76 |
| --- | --- | --- |

| MORGAN COUNTY,<br>PO BOX 593<br>FT. MORGAN, CO 80701 | Claim Number: 973<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $29609.76 | | | | |

| MORGAN JOHNNY<br>6084 VANCE RD<br>KERNERSVILLE, NC 272847323 | Claim Number: 9164<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $225.00 UNLIQ |
|---|---|---|

| MORGAN MOTOR CO,<br>1510 HWY 52 N<br>PO BOX 188<br>ALBEMARLE, NC 28002 | Claim Number: 762<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $250.42 | Scheduled: | $250.42 | Allowed: | $250.42 |
|---|---|---|---|---|---|---|

| MORGAN, DOUG<br>11840 W 710 N<br>MIDDLEBURY, IN 46540 | Claim Number: 9968<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7888 (03/02/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

| MORGAN, HELEN<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205--009 | Claim Number: 3486<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $1500.00 | | | Allowed: | $725.86 |
|---|---|---|---|---|---|---|

| MORGAN, JERRY<br>27615 W 375<br>PAOLA, KS 66071 | Claim Number: 8907<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2934.00 UNLIQ |
|---|---|---|

| MORGAN, RICHARD S. AND LISA J.<br>17683 THOMPSON RIDGE RD<br>LAURELVILLE, OH 43135 | Claim Number: 9228<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $73000.00 |
|---|---|---|

| | | |
|---|---|---|
| MORGAN, TERRY<br>PO BOX 4066<br>SILVERCREEK, CO 80446 | Claim Number: 7771<br>Claim Date: 09/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | |

| PRIORITY | Claimed: | $85000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| MORGAN, TERRY<br>PO BOX 4066<br>SILVERCREEK, CO 80446 | Claim Number: 8059<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $85000.00 |
|---|---|---|

| | | |
|---|---|---|
| MORGAN-STATON, SHIRLEY BELLE<br>COX JR<br>4020 OLEANDER DR STE 4<br>WILMINGTON, NC 284036813 | Claim Number: 7606<br>Claim Date: 07/14/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | |

| UNSECURED | Claimed: | $126000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MORGAN-STATON, SHIRLEY BELLE<br>J. THOMAS COX<br>PO BOX 779<br>WRIGHTSVILLE BEACH, NC 28480 | Claim Number: 7607<br>Claim Date: 07/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

| UNSECURED | Claimed: | $126000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MORGAN-STATON, SHIRLEY BELLE<br>J. THOMAS COX<br>PO BOX 779<br>WRIGHTSVILLE BEACH, NC 28480 | Claim Number: 7608<br>Claim Date: 07/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

| UNSECURED | Claimed: | $126000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MORGAN-STATON, SHIRLEY BELLE<br>C/O COX & TILLERY<br>4020 OLEANDER DR. STE 4<br>WILMINGTON, NC 28403 | Claim Number: 10591<br>Claim Date: 09/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

| | | |
|---|---|---|
| MORGANS MOWING & LANDSCAPING,<br>DBA MORGANS MOWING & LANDSCAPING<br>PO BOX 282<br>NORRIS, SC 29667 | Claim Number: 9022<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $4810.00 UNLIQ |
|---|---|---|

---

MORRIS CAD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201-2644

Claim Number: 176
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $569.84 |
|---|---|---|

---

MORRIS CLEM
2073 NC HWY 134
TROY, NC 27371

Claim Number: 730
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

---

MORRIS WELDING SERVICE,
DBA MORRIS WELDING SERVICE
1005 HONEYSUCKLE ST
LOWELL, AR 72745

Claim Number: 1605
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $255.90 | Scheduled: | $255.90 | Allowed: | $255.90 |
|---|---|---|---|---|---|---|

---

MORRIS, JACK
ATTNY FOR DUFRENE WHITNEY P & ANGELINA S
THOMPSON, HOWEL J. & DALE D.
4051 VETERANS BLVD, SUITE 208
METAIRIE, LA 70002

Claim Number: 4784
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| PRIORITY | Claimed: | $2100.00 |
|---|---|---|
| UNSECURED | Claimed: | $72900.00 |

---

MORRIS, LAUNDRETTA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5921
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

MORRIS, LESLIE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5922
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

MORRIS, MICHAEL
C/O YRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3487
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |
|---|---|---|---|---|---|

---

---

MORRIS, STEWART
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7155
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MORROW, CYNTHIA & AREUNICE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7051
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

MORTGAGE SPECIALIST, INC.
5750 RUFE SNOW STE 120
NORTH RICHLAND HILLS, TX 76180

Claim Number: 10325
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $15422.11 |

---

MOSCOW MEADOWS MHP
P.O. BOX 266
193 N. LINCOLN DR.
TROY, MO 63379

Claim Number: 6475
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1900.00 |

---

MOSCOW MEADOWS MHP
P.O. BOX 266
193 N. LINCOLN DR.
TROY, MO 63379

Claim Number: 6341
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3585.00 |

---

MOSCOW MEADOWS MHP
P.O. BOX 266
193 N. LINCOLN DR.
TROY, MO 63379

Claim Number: 6342
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1040.00 |

---

MOSES, SR., THOMAS
811 EDNA ST.
NEW IBERIA, LA 70560

Claim Number: 10317
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $500.00 |

---

MOSKETTI, CAROLE B.
BUTLER COUNTY TREASURER
315 HIGH STREET, 10TH FLOOR
HAMILTON, OH 45011

Claim Number: 6823
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $1142.32 |

---

MOSLEYS MOBILE HOME MOVERS INC,
920 N AZ AVE #9
CHANDLER, AZ 85225-9998

Claim Number: 2793
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21785.00 | Scheduled: | $14740.00 | | |

MOSS MOBILE HOME SERVICE,
DBA MOSS MOBILE HOME SERVICE
1274 MADISON 225
FREDERICKTOWN, MO 63645

Claim Number: 842
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1450.00 | Scheduled: | $1450.00 | Allowed: | $1450.00 |

MOSS, TERRY L AND GLENDA
1499 HWY 183
RAYVILLE, LA 71269

Claim Number: 559
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8000.00 | | | | |
| UNSECURED | | | | | Allowed: | $8000.00 |

MOSS, TERRY L. & GLENDA FAYE
1499 HWY 183
RAYVILLE, LA 712697103

Claim Number: 6843
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $8000.00 | | | | |

MOTEL 6
ACCOR NORTH AMERICA
LORETTA RILEY, CREDIT & COLLECTIONS MGR.
4001 INTERNATIONAL PKWY
CARROLLTON, TX 75007

Claim Number: 10674
Claim Date: 12/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3701.48 | | | | |

MOTEL 6 OPERATIONS L.P.
ACCOR NORTH AMERICA
LORETTA RILEY, CREDIT & COLLECTIONS MGR.
4001 INTERNATIONAL PKWY
CARROLLTON, TX 75007

Claim Number: 10675
Claim Date: 12/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3701.48 | | | | |

MOTES DARRELL,
668 KINGSTON LANE NW
CONYERS, GA 30012

Claim Number: 4776
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19633.00 | Scheduled: | $19633.00 | Allowed: | $19633.00 |

MOTORISTS MUTUAL INSURANCE CO.
C/O PATRICK J. O'MALLEY
55 PUBLIC SQUARE, SUITE 800
CLEVELAND, OH 44113

Claim Number: 10629
Claim Date: 10/15/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $19365.86 |
|---|---|---|

MOTT CONTRACT
DBA:MOTT CONTRACTING
1011 WINDSAIL DRIVE
WILMINGTON, NC 28401

Claim Number: 5372
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2045.00 |
|---|---|---|

MOULTRIE AUTO PARTS-GA
325 2ND ST NE
MOULTRIE, GA 31768

Claim Number: 1884
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1979.72 | Allowed: | $1979.72 |
|---|---|---|---|---|

MOULTRIE DIESEL SERVICE-GA
1622 US HWY 319 N
NORMAN PARK, GA 31771

Claim Number: 3061
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $172.26 | Allowed: | $172.26 |
|---|---|---|---|---|

MOULTRIE DISTRIBUTORS INC-GA
P O BOX 1661
MOULTRIE, GA 31776

Claim Number: 8338
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $117.41 |
|---|---|---|

MOUNTAIN FRESH SPRING WATER INC,
701 N MAIN ST
SPRING LAKE, NC 28390

Claim Number: 766
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $43.98 | Scheduled: | $43.98 | Allowed: | $43.98 |
|---|---|---|---|---|---|---|

MOUNTAIN FURNIT,
PO BOX 1081
MORRISTOWN, TN 37814

Claim Number: 4557
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2681.00 | Scheduled: | $2681.00 | Allowed: | $2681.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MOUNTAIN VIEW E,<br>PO BOX 1600<br>1655 5TH ST<br>LIMON, CO 80828 | | | Claim Number: 1950<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $55.20 | | | | | |
| UNSECURED | | | Scheduled: | $16.12 | Allowed: | $55.20 |
| MOUNTAIN VILLAGE MOBILE HOME COMMUNITY<br>1003 OATES ROAD<br>BESSEMER CITY, NC 28016 | | | Claim Number: 4371<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| UNSECURED | Claimed: | $1735.00 | | | | | |
| MOUNTAIN WEST MOVING & STORAGE,<br>PO BOX 578<br>LA GRANDE, OR 97850 | | | Claim Number: 2037<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $2504.90 | Scheduled: | $2479.85 | Allowed: | $2504.90 |
| MOYERS, ALANA W.<br>C/O ROBERT A. CANFIELD, ATTORNEY<br>2201 LIBBIE AVE., STE 200<br>RICHMOND, VA 23230 | | | Claim Number: 7245<br>Claim Date: 05/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $9375.00 | | | Allowed: | $9375.00 |
| MP PLUMBING CO<br>P O BOX 393<br>CLACKAMAS, OR 97015 | | | Claim Number: 4864<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | Allowed: | $4634.05 |
| MP PLUMBING CO-KS,<br>PO BOX 393<br>CLACKAMAS, OR 97015 | | | Claim Number: 4863<br>Claim Date: 03/26/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $4634.05 | | |
| MR K'S FOODTOWN,<br>109 S JEFFERSON<br>PLAINVILLE, KS 67663 | | | Claim Number: 7903<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $516.34 UNLIQ | | | | |

| MR. DECK<br>14154 S. HOLCOMS BLVD.<br>OREGON CITY, OR 97045 | Claim Number: 10457<br>Claim Date: 06/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $19223.00 | | | |

| MR. UNIFORM & MAT RENTAL,<br>18500 FITZPATRICK<br>DETROIT, MI 48228-1495 | Claim Number: 796<br>Claim Date: 02/19/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $76.32 | Scheduled: $76.32 | Allowed: | $76.32 |

| MR. UNIFORM & MAT. RENTALS, INC.<br>18500 FITZPATRICK<br>DETROIT, MI 48228 | Claim Number: 9782<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $76.32 | | | |

| MR.& MRS. RYAN FRALEY AND<br>THE LAKES<br>5106 TWIN LAKES DR.<br>KIMBALL, MI 48027 | Claim Number: 7843<br>Claim Date: 11/03/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $63676.70 | | | |

| MS BETTYS<br>DBA MS BETTYS<br>RT 2 BOX 18<br>AVINGER, TX 75630 | Claim Number: 8161<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1500.00 | | | |

| MS. GENE GARCIA<br>120 JASPER DRIVE<br>CORPUS CHRIST, TX 78409 | Claim Number: 4954<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $30393.87 | | Allowed: | $14011.30 |

| MSC INDUSTRIAL SUPPLY CO., INC,<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 3974<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5266.15 | | | |

| MT STERLING ADV<br>DBA MT STERLING ADVOCATE<br>PO BOX 406<br>MT STERLING, KY 40353 | Claim Number: 3800<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $166.60 | | | | |
|---|---|---|---|---|---|---|

| MTN SHADE MOBILE HOME PARK<br>309 WALMART DR # 4<br>SODDY DAISY, TN 37379 | Claim Number: 3059<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|

| PRIORITY | Claimed: | $2530.00 | | | | |
|---|---|---|---|---|---|---|

| MUELLER ELECTRIC INC,<br>324 SOUTH MAIN ST<br>DE SOTO, MO 63020 | Claim Number: 1151<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $6495.50 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $529.88 | Allowed: | $5765.84 |

| MUGLEY, JOHN<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3187<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $7500.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2467.92 |

| MUGLEY, ROSILEE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7156<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| MUHAIMIN, MUMIN A.<br>18101 LUTHER DRIVE<br>WAGRAM, NC 28396 | Claim Number: 9711<br>Claim Date: 05/04/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3581.00 | | | |
|---|---|---|---|---|---|

| MUHAIMIN, MUMIN A.<br>PO BOX 68<br>WAGRAM, NC 28396 | Claim Number: 10722<br>Claim Date: 04/22/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1430.00 | | | |
|---|---|---|---|---|---|

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9995
Claim Date: 05/20/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MUIR, DOUGLAS R.
4200 CRANLEIGH DRIVE
GREENSBORO, NC 27407

Claim Number: 5423
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $10417.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MUIR, DOUGLAS R.
4200 CRANLEIGH DRIVE
GREENSBORO, NC 27407

Claim Number: 5629
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $10417.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MUIR, DOUGLAS R.
4200 CRANLEIGH DRIVE
GREENSBORO, NC 27407

Claim Number: 6352
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $10417.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

MUIR, DOUGLAS R., ET AL.
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9996
Claim Date: 05/20/2004
Debtor: OAKWOOD MDH4, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9924
Claim Date: 05/19/2004
Debtor: HOME SERVICE CONTRACT, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9925
Claim Date: 05/19/2004
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9926<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9927<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9928<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9929<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9930<br>Claim Date: 05/19/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9931<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9932<br>Claim Date: 05/19/2004<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

| | |
|---|---|
| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9933<br>Claim Date: 05/19/2004<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED |

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9934
Claim Date: 05/19/2004
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9935
Claim Date: 05/19/2004
Debtor: CREST CAPITAL, LLC
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9936
Claim Date: 05/19/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7804 (05/20/2005)

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9937
Claim Date: 05/19/2004
Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9938
Claim Date: 05/19/2004
Debtor: OAKWOOD INVESTMENT CORPORATION
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9939
Claim Date: 05/19/2004
Debtor: OAKWOOD HOMES OAKWOOD SERVICING HOLDINGS CO. LLC
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9940
Claim Date: 05/19/2004
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9941
Claim Date: 05/19/2004
Debtor: HOME SERVICE CONTRACT, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:            $0.00 UNLIQ

---

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9942
Claim Date: 05/19/2004
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9943
Claim Date: 05/19/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 8415 (01/30/2006)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9944
Claim Date: 05/19/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9945
Claim Date: 05/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9946
Claim Date: 05/19/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9947
Claim Date: 05/19/2004
Debtor: OAKWOOD MDH4, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9948
Claim Date: 05/19/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9949
Claim Date: 05/19/2004
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE      Claimed:        $0.00 UNLIQ

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9951<br>Claim Date: 05/19/2004<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9952<br>Claim Date: 05/19/2004<br>Debtor: GOLDEN WEST LEASING, LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9953<br>Claim Date: 05/19/2004<br>Debtor: CREST CAPITAL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9954<br>Claim Date: 05/19/2004<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9955<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9956<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD INVESTMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9957<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES OAKWOOD SERVICING HOLDINGS CO. LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| MUIR, DOUGLAS R., ET AL<br>OHC LIQUIDATION TRUST<br>7800 MCCLOUD ROAD (27409-9634)<br>P.O. BOX 35344<br>GREENSBORO, NC 27425-5344 | Claim Number: 9958<br>Claim Date: 05/19/2004<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MCCLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9950
Claim Date: 05/19/2004
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9983
Claim Date: 05/19/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9989
Claim Date: 05/20/2004
Debtor: TRI-STATE INSURANCE AGENCY, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9990
Claim Date: 05/20/2004
Debtor: HOME SERVICE CONTRACT, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9991
Claim Date: 05/20/2004
Debtor: FSI FINANCIAL SERVICES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9992
Claim Date: 05/20/2004
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9993
Claim Date: 05/20/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9994
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE     Claimed:          $0.00 UNLIQ

---

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9997
Claim Date: 05/20/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9998
Claim Date: 05/20/2004
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 9999
Claim Date: 05/20/2004
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 10000
Claim Date: 05/20/2004
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 10001
Claim Date: 05/20/2004
Debtor: GOLDEN WEST LEASING, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 10002
Claim Date: 05/20/2004
Debtor: CREST CAPITAL, LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 10003
Claim Date: 05/20/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

MUIR, DOUGLAS R., ET AL
OHC LIQUIDATION TRUST
7800 MC CLOUD ROAD (27409-9634)
P.O. BOX 35344
GREENSBORO, NC 27425-5344

Claim Number: 10004
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE        Claimed:           $0.00 UNLIQ

---

---

| MUIR, DOUGLAS R., ET AL | Claim Number: 10005 |
|---|---|
| OHC LIQUIDATION TRUST | Claim Date: 05/20/2004 |
| 7800 MC CLOUD ROAD (27409-9634) | Debtor: OAKWOOD INVESTMENT CORPORATION |
| P.O. BOX 35344 | Comments: EXPUNGED |
| GREENSBORO, NC 27425-5344 | DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| MUIR, DOUGLAS R., ET AL | Claim Number: 10006 |
|---|---|
| OHC LIQUIDATION TRUST | Claim Date: 05/20/2004 |
| 7800 MC CLOUD ROAD (27409-9634) | Debtor: OAKWOOD HOMES OAKWOOD SERVICING HOLDINGS CO. LLC |
| P.O. BOX 35344 | Comments: EXPUNGED |
| GREENSBORO, NC 27425-5344 | DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| MUKES, RAYMOND | Claim Number: 3488 |
|---|---|
| C/O BYRD & ASSOCIATES | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| PO BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| UNSECURED | Claimed: | $2500.00 | Allowed: | $1016.20 |
|---|---|---|---|---|

---

| MUKES, RAYMOND | Claim Number: 7052 |
|---|---|
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

| MULLENS, ALBERT D. & GLADYS | Claim Number: 9330 |
|---|---|
| 111 MULLENS COURT | Claim Date: 01/12/2004 |
| ROSE BUD, AR 72137 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4165 (06/18/2004) |

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

| MULLINS, LONNIE & STACEY | Claim Number: 4440 |
|---|---|
| 175 ROBBIE CT | Claim Date: 03/24/2003 |
| PRINCETON, WV 24740 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| SECURED | Claimed: | $49663.00 | | |
|---|---|---|---|---|

---

| MULLINS, LONNIE & STACEY | Claim Number: 7824 |
|---|---|
| 166 ROBBIE CT | Claim Date: 10/29/2003 |
| PRINCETON, WV 24740 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $9000.00 | Allowed: | $9000.00 |
|---|---|---|---|---|

---

| MULTI SERVICE C | Claim Number: 1630 |
|---|---|
| 8650 COLLEGE BLVD | Claim Date: 02/24/2003 |
| OVERLAND PARK, KS 66210 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $15067.17 | | |
|---|---|---|---|---|

---

---

MUMMERT BRIAN
155 GREYSTONE DRIVE
HARTLY, DE 19953

Claim Number: 5347
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2736.54 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1848.89 | Allowed: | $2736.54 |

---

MUNDY, NICHOLAS C.
MICHAEL E. PALUMBO
LAW OFFICES OF ANDREW S. MARSHALL, PC
1144 EAST JEFFERSON
PHOENIX, AZ 85034

Claim Number: 7490
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 7533 (02/16/2005)

| UNSECURED | Claimed: | $40875.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MUNDY, NICHOLAS C.
MICHAEL E. PALUMBO
LAW OFFICES OF ANDREW S. MARSHALL, PC
1144 EAST JEFFERSON
PHOENIX, AZ 85034

Claim Number: 7532
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $40875.95 |
|---|---|---|

---

MUNOZ, ROXIE
5049 REDFORDSHIRE DR
FORT WORTH, TX 761351475

Claim Number: 8544
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $150.00 |
|---|---|---|

---

MURDOCK NANCY B,
547 MURDOCK RD
TROUTMAN, NC 28166

Claim Number: 4372
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $640.00 | Scheduled: | $640.00 | Allowed: | $640.00 |
|---|---|---|---|---|---|---|

---

MURDOCK, NANCY B.
547 MURDOCK ROAD
TROUTMAN, NC 28166

Claim Number: 10079
Claim Date: 05/24/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $640.00 |
|---|---|---|

---

MURO, JOSE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5923
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $8601.20 UNLIQ |

---

| MURRAY CO TAX COMMISSIONER<br>PO BOX 336<br>CHATSWORTH, GA 30705 | Claim Number: 10274<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20024.40 |
|---|---|---|

| MURRAY COUNTY,<br>P O BOX 336<br>CHATSWORTH, GA 30705 | Claim Number: 6245<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | Claimed: | $589.70 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| MURRAY DEAN JAMES ELECTRICAL<br>814 GIBSON HILL RD<br>FARMINGTON, AR 72730 | Claim Number: 2150<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2252.00 | | Allowed: | $1558.00 |
|---|---|---|---|---|---|

| MURRAY, KENNETH L<br>P.O. BOX 208<br>MIDDLEBURY, IN 46540 | Claim Number: 8903<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| MUSIC GLENN E,<br>185 COREY DRIVE<br>STONEVILLE, NC 27048 | Claim Number: 1433<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1062.00 | Scheduled: | $1062.00 | Allowed: | $1062.00 |
|---|---|---|---|---|---|---|

| MUSIC LAURA,<br>185 COREY DRIVE<br>STONEVILLE, NC 27048 | Claim Number: 1432<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $680.00 | Scheduled: | $680.00 | Allowed: | $680.00 |
|---|---|---|---|---|---|---|

| MUSKINGUM COUNTY AUDITOR/TREASURER<br>401 MAIN ST<br>ZANESVILLE, OH 43701 | Claim Number: 3662<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 1843 (08/18/2003) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $100.00 UNLIQ | Scheduled: | $18.00 |
|---|---|---|---|---|

---

MUSKINGUM COUNTY AUDITOR/TREASURER
401 MAIN ST
ZANESVILLE, OH 43701

Claim Number: 3663
Claim Date: 03/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $100.00 UNLIQ |
|---|---|---|

---

MY ELECTRIC COMPANY,
DBA:MY ELECTRIC COMPANY
PO BOX 657
WARNER ROBINS, GA 31099

Claim Number: 1594
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1784.06 | Scheduled: | $1784.06 | Allowed: | $1784.06 |
|---|---|---|---|---|---|---|

---

MYERS CLEANING
DBA MYERS CLEANING
22 MAY FAIR CT
BEAUFORT, SC 29902

Claim Number: 8375
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

MYERS HOME SERVICES
717 N MCDOWELL BLVD #405
PETALUMA, CA 94954

Claim Number: 10535
Claim Date: 07/01/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | | | Allowed: | $960.00 |
|---|---|---|---|---|---|---|

---

MYERS HOME SERVICES,
717 N MCDOWELL BLVD #405
PETALUMA, CA 94954

Claim Number: 10532
Claim Date: 07/01/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $960.00 | Allowed: | $960.00 |
|---|---|---|---|---|---|---|

---

MYERS TIRE SUPPLY DISTRIBUTION, INC.
1293 SOUTH MAIN STREET
ATTN: NANCY COCHRANE
AKRON, OH 44301

Claim Number: 9889
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $303.17 |
|---|---|---|

---

MYERS, DOUGLAS V
625  EVERGREEN  DR
PROSPECT, OR 97536

Claim Number: 8727
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
POC NOT SIGNED

| ADMINISTRATIVE | Claimed: | $45600.00 |
|---|---|---|

---

MYERS, JACK
160 BIG JACK RD
THOMASVILLE, NC 27360

Claim Number: 1729
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $525.00 |

---

---

MYLER, RICHARD
JOHN SKAGGS/ MICHEL N. GONZALEZ
SKAGGS & GONZALES, LLP
710 LAUREL
MCALLEN, TX 78501

Claim Number: 3702
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

MYLER, RICHARD
JOHN SKAGGS/ MICHEL N. GONZALEZ
SKAGGS & GONZALES, LLP
710 LAUREL
MCALLEN, TX 78501

Claim Number: 4308
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $5000.00 |
|---|---|---|---|---|---|---|

---

MYRA, JANET G.
C/O ERIC BOPP
6725 ST. CLAUDE AVE,
ARABI, LA 70032

Claim Number: 3686
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $42662.00 | | | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

---

MYRON MANUFACTURING CO-TX
205 MAYWOOD DR
MAYWOOD, NJ 07607

Claim Number: 7998
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $276.69 |
|---|---|---|

---

MYRON MANUFACTURING COMPANY
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

Claim Number: 9791
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $276.69 |
|---|---|---|

---

MYTANA MFG INC.
746 SELBY AVE.
SAINT PAUL, MN 55104

Claim Number: 6644
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $438.05 |
|---|---|---|

---

N & F CONSTRUCTION,
4901 GUTHRIE HWY
CLARKSVILLE, TN 370405424

Claim Number: 3462
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $9506.03 | Scheduled: | $4806.03 |
|---|---|---|---|---|

---

N-1 CAPITAL, LLC
TRANSFEROR: G FINANCE CORP.
ATTN: DAVID SHORROCK
3 WESTBROOK CORORATE CTR.
WESTCHESTER, IL 60154

Claim Number: 5479
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8520 (04/05/2006)

| UNSECURED | Claimed: | $5400000.00 | | | Allowed: | $1032410.60 |
|---|---|---|---|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. GEORGIA NEWSPAPR GRP., DAILY CITIZEN NEWS, DBA: THE NORTH GEORGIA NEWSPAPER GROUP PO BOX 1167 DALTON, GA 30722 | | | Claim Number: 1207 Claim Date: 02/24/2003 Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $643.29 | Scheduled: | $536.10 | Allowed: | $643.29 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NACOGDOCHES COUNTY CAD FAIRCHILD, PRICE, THOMAS & HALEY, L.L.P. 1801 NORTH STREET P.O. DRAWER 631668 NACOGDOCHES, TX 75963-1668 | | | Claim Number: 7408 Claim Date: 06/17/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 7329 (11/16/2004) | | | | |
| SECURED | Claimed: | $810.37 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NACOL, ARIELLE - BY AND THROUGH HER SUITE 4 1092 ACADIAN DR. P.O. DRAWER 4432 GULFPORT, MS 39507 | | | Claim Number: 10725 Claim Date: 04/26/2005 Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $104103.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NACOL, ARIELLE; BY THROUGH HER PARENTS LAURA & THOMAS NACOL 1092 ACADIAN DR, SUITE 4 GULFPORT, MS 39507 | | | Claim Number: 4741 Claim Date: 03/25/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 7913 (07/13/2005) | | | | |
| UNSECURED | Claimed: | $250000.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAILS, RICHARD & GLORIA IRA M. LEVEE, ESQ. LOWENSTEIN SANDLER, P.C. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | | | Claim Number: 7053 Claim Date: 05/13/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAMPA APPLIANCE & TV, 278 CALDWELL BLVD NAMPA, ID 83651 | | | Claim Number: 2881 Claim Date: 03/04/2003 Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1999.85 | Scheduled: | $1549.90 | Allowed: | $1999.85 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAPA AUTO PARTS BUCKEYE LLC 126 S 4TH ST BUCKEYE, AZ 85326 | | | Claim Number: 8044 Claim Date: 11/07/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $423.88 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAPIER JR JAMES M 268 SCOTT MCDONALD RD ROCKINGHAM, NC 283797724 | | | Claim Number: 9230 Claim Date: 12/02/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | | |

---

| NAPPANEE FORD INC,<br>2450 N MAIN ST<br>NAPPANEE, IN 46550 | Claim Number: 1189<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $5718.41 | Allowed: | $5718.41 |
|---|---|---|---|---|---|---|

| NAQUIN, CAROLYN J<br>117 EWER RD<br>MOULTRIE, GA 317887210 | Claim Number: 8491<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5460.00 |
|---|---|---|

| NASH COUNTY TAX<br>120 W WASHINGTON ST STE 2058<br>NASHVILLE, NC 27856 | Claim Number: 7210<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $483.16 |
|---|---|---|
| UNSECURED | Claimed: | $1750.93 |

| NASH COUNTY TAX<br>120 W WASHINGTON ST STE 2058<br>NASHVILLE, NC 27856 | Claim Number: 8149<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $967.83 |
|---|---|---|

| NASH REGINALD,<br>PO BOX 1594<br>NEWTON, TX 75966 | Claim Number: 5494<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $6000.00 | Scheduled: | $6000.00 | Allowed: | $6000.00 |
|---|---|---|---|---|---|---|

| NATCHITOCHES<br>P O BOX 448<br>NATCHITOCHES, LA 71458 | Claim Number: 975<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $285.11 |
|---|---|---|

| NATCHITOCHES,<br>P O BOX 448<br>NATCHITOCHES, LA 71458 | Claim Number: 976<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1514.33 | Scheduled: | $1368.52 | Allowed: | $1514.33 |
|---|---|---|---|---|---|---|

| NATIONAL ASSET MANAGEMENT GROUP<br>NATIONAL ASSET MGMT GRP--NAMG<br>14320 FIRESTONE BLVD 303<br>LA MIRADA, CA 906385526 | Claim Number: 106<br>Claim Date: 01/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $5184.80 |
|---|---|---|

| NATIONAL ASSET MANAGEMENT GROUP<br>1300 ETHAN WAY, SUITE 100<br>SACRAMENTO, CA 95825 | Claim Number: 233<br>Claim Date: 01/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5184.80 |
|---|---|---|

| NATIONAL ASSET MANAGEMENT GROUP<br>14320 FIRESTONE BLVD. #303<br>LA MIRADA, CA 90638 | Claim Number: 9713<br>Claim Date: 04/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7141.14 |
|---|---|---|

| NATIONAL ASSET MANAGEMENT GROUP<br>14320 FIRESTONE BLVD., #303<br>SACRAMENTO, CA 95825 | Claim Number: 10412<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $19655.20 |
|---|---|---|

| NATIONAL BUILDERS HARDWARE CO-OR,<br>PO BOX 14609<br>PORTLAND, OR 97293 | Claim Number: 3822<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| UNSECURED | Claimed: | $8514.93 | Scheduled: | $8150.10 | Allowed: | $8514.93 |
|---|---|---|---|---|---|---|

| NATIONAL CODE ELECTRIC COMPANY<br>DBA: NATIONAL CODE ELECTRIC COMPANY<br>2705 LOWER STONE CHURCH R<br>ROCKWELL, NC 28138 | Claim Number: 8906<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1500.00 |
|---|---|---|

| NATIONAL FIRE CONTROL,<br>PO BOX 3667<br>APACHE JUNCTION, AZ 852173667 | Claim Number: 1010<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $0.00 | Scheduled: | $2121.87 | Allowed: | $2121.87 |
|---|---|---|---|---|---|---|

NATIONAL LOAN INVESTORS, L.P.
TRANSFEROR: U.S. BANK NATIONAL ASSOC
3030 N.W. EXPRESSWAY, SUITE 1313
OKLAHOMA, OK 73112

Claim Number: 4598
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $634567.36 |
| --- | --- | --- |

NATIONAL LOAN INVESTORS, LP
DANIEL M. ELIADES, ESQ.
FORMAN HOLT & ELIADES LLC
218 ROUTE 17 NORTH
ROCHELLE PARK, NJ 07662

Claim Number: 9567
Claim Date: 04/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $707938.08 |
| --- | --- | --- |

NATIONAL LOAN INVESTORS, LP
DANIEL M. ELIADES, ESQ.
FORMAN HOLT & ELIADES LLC
218 ROUTE 17 NORTH
ROCHELLE PARK, NJ 07662

Claim Number: 9714
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $743548.61 |
| --- | --- | --- |

NATIONAL REAL ESTATE
311 NATIONAL HWY
THOMASVILLE, NC 27360

Claim Number: 7969
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $125.00 UNLIQ |
| --- | --- | --- |

NATIONS, ZERELDA
1209 LAFAYETTE 17
TAYLOR, AR 71861

Claim Number: 8442
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $750.00 |
| --- | --- | --- |

NATIONWIDE INS/SUBRO: EVRARD
DOUG BANKS
POYNER & SPRUILL
301 S. COLLEGE STR., STE. 2300
CHARLOTTE, NC 28202

Claim Number: 7476
Claim Date: 06/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7738 (04/28/2005)

| UNSECURED | Claimed: | $97946.69 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NATIONWIDE MUTUAL FIRE INSUR. CO.
C/O COZEN O'CONNOR
301 S. COLLEGE STREET, STE 2100
CHARLOTTE, NC 28202

Claim Number: 10728
Claim Date: 04/29/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $24486.67 |
| --- | --- | --- |

NATIONWIDE TRANSPORT FINANCE
2650 LAKE SAHARA DR.
LAS VEGAS, NV 89117

Claim Number: 10390
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1882.95 |
| --- | --- | --- |

| NATIONWIDE/ED MURRAY<br>32497 WCR 37<br>GREELEY, CO 80631 | Claim Number: 1349<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $361.20 | | | Allowed: | $361.20 |

| NAVAJO FLOORING CO,<br>P.O. BOX 64128<br>FAYETTEVILLE, NC 28306 | Claim Number: 828<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1000.00 | Scheduled: | $1000.00 | Allowed: | $1000.00 |

| NAVARETTE, ALMA<br>C/O RICHARD KUHLING<br>PAINE HAMBLEN COFFIN BROOKE & MILLER LLP<br>717 W. SPRAGUE AVENUE, SUITE 1200<br>SPOKANE, WA 99201-3919 | Claim Number: 4807<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $8185.00 |
|---|---|---|---|---|---|---|

| NAVARETTE, ALMA<br>C/O RICHARD KUHLING<br>717 W. SPRAGUE, SUITE 1200<br>SPOKANE, WA 99201 | Claim Number: 6485<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| NAVARRE, MITCHELL<br>4200 SHERRY ST., #74<br>SULPHUR, LA 70665 | Claim Number: 7567<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $10000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| NAVARRE, MITCHELL<br>4200 SHERRY ST., #74<br>SULPHUR, LA 70665 | Claim Number: 9178<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10000.00 |
|---|---|---|

| NAVARRE, MR. & MRS. MITCHELL<br>4200 SHERRY STREET #74<br>SULPHUR, LA 70665 | Claim Number: 9177<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10000.00 |
|---|---|---|

| NAVARRO COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | Claim Number: 365<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $2503.24 | | Allowed: | $2503.24 |

| NAVARRO, MANUAL<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 7662<br>Claim Date: 08/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

SECURED | Claimed: | $0.00 UNLIQ

| NAVARRO, MANUEL<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 4819<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

UNSECURED | Claimed: | $0.00 UNLIQ

| NAVARRO, MANUEL<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 6487<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

UNSECURED | Claimed: | $0.00 UNLIQ

| NAVARRO, MARIA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 4814<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

UNSECURED | Claimed: | $0.00 UNLIQ

| NAVARRO, MARIA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 6488<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

UNSECURED | Claimed: | $0.00 UNLIQ

| NAVASOTA LANDSCAPE<br>DBA NAVASOTA LANDSCAPE<br>PO BOX 240<br>NAVASOTA, TX 77868 | Claim Number: 3645<br>Claim Date: 03/12/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1600.00 | | | |
| UNSECURED | | | | Allowed: | $400.00 |

---

NAVASOTA LANDSCAPE,
DBA NAVASOTA LANDSCAPE
PO BOX 240
NAVASOTA, TX 77868

Claim Number: 3677
Claim Date: 03/12/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | Allowed: | $800.00 |
|---|---|---|---|---|---|---|

NEAL C. FLOYD & ASSOCIATES INC.
8108 BWENTWOOD PLACE
RALEIGH, NC 27615

Claim Number: 4332
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $480.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $480.00 |

NEAL, LEO
130 LALA RD
REIDSVILLE, NC 27320

Claim Number: 8956
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $6000.00 | | | | |
|---|---|---|---|---|---|---|

NEAL, MANGLE
P.O. BOX 54
PATTISON, MS 39144

Claim Number: 607
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|

NEAL, MANGLE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2850
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1742.06 |

NEAL, THOMAS F
2825 OLD SELMA RD
MONTGOMERY, AL 36108

Claim Number: 8923
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $150.00 | | | | |
|---|---|---|---|---|---|---|

NEBRASKA MOTOR VEHICLE INDUSTRY
LICENSING BOARD
STATE OFFICE BUILDING
BOX 94697
LINCOLN, NE 68509

Claim Number: 6335
Claim Date: 04/02/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $340.00 | | | Allowed: | $340.00 |
|---|---|---|---|---|---|---|

---

NEELEY CHRONICLE PUBLICATIONS INC,
217 TURNER DRIVE
STE D
REIDSVILLE, NC 27320-5754

Claim Number: 1091
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 | Allowed: | $240.00 |
|---|---|---|---|---|---|---|

NEELEY CHRONICLE PUBLICATIONS INC,
217-D TURNER DR
REIDSVILLE, NC 27320

Claim Number: 8291
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $240.00 |
|---|---|---|

---

NEIGHBOR NEWSPAPERS
DBA NEIGHBOR NEWSPAPERS
8545 EAST E 41ST ST
TULSA, OK 74145

Claim Number: 1602
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $169.75 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $169.75 |

---

NELDA WELLS SPEARS, TRAVIS COUNTY
TAX COLLECTOR
C/O DAVID ESCAMILLA, COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767

Claim Number: 9399
Claim Date: 02/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $2956.51 |
|---|---|---|

---

NELOMS, RONDA S.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5924
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

NELSON JOSEPHINE,
202 WATERWOOD DR
GOOSE CREEK, SC 294454838

Claim Number: 690
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $2850.00 |
|---|---|---|---|---|

---

NELSON, DOUGLAS J
PO BOX 70315
ODESSA, TX 79769

Claim Number: 2136
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $9180.53 |
|---|---|---|---|---|

---

| NELSON, ERIC<br>509 E. 740<br>HAYS, KS 67601 | Claim Number: 10511<br>Claim Date: 06/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7664 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| NELSON, SUSAN<br>C/O PATRICK J. STOLMEIER<br>219 E. CRAIG PLACE<br>SAN ANTONIO, TX 78212 | Claim Number: 3812<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

| NELSON, SUSAN<br>C/O PATRICK J. STOLMEIER<br>219 E. CRAIG PLACE<br>SAN ANTONIO, TX 78212 | Claim Number: 9676<br>Claim Date: 04/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

| NEMAHA COUNTY CLERK,<br>1824 N STREET<br>AUBURN, NE 68305 | Claim Number: 876<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $17.00 | Scheduled: | $17.00 |
|---|---|---|---|---|

| NEOPOST LEASING<br>ATTN: REGINA PERKINS<br>3400 BRIDGE PARKWAY, #201<br>REDWOOD CITY, CA 94065 | Claim Number: 10080<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $6064.92 |
|---|---|---|

| NESBITTS ACRES<br>DBA NESBITTS ACRES<br>1112 OLD FORT RD<br>FAIRVIEW, NC 28730 | Claim Number: 6812<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| SECURED | Claimed: | $870.00 |
|---|---|---|

| NETT TECH,<br>DBA NETT TECH<br>1422 S PECAN ST<br>ARLINGTON, TX 76010 | Claim Number: 2791<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $7875.00 | Scheduled: | $1950.00 | Allowed: | $7875.00 |
|---|---|---|---|---|---|---|

---

NEUBAUER, DIANE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3489
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |

NEUBAUER, DIANE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7054
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

NEVADA POWER COMPANY
YVONNE ENOS
PO BOX 10100-S1A15
RENO, NV 89520

Claim Number: 6407
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1055.98 |

NEW ALBANY GAZE,
DBA:NEW ALBANY GAZETTE
P.O. BOX 1118
SHELBYVILLE, KY 40066-1118

Claim Number: 3144
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105.28 | Scheduled: | $187.49 | Allowed: | $105.28 |

NEW BERN CITY,
P O BOX 1129
248 CRAVEN ST
NEW BERN, NC 28563-1129

Claim Number: 1105
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $790.56 | | | Allowed: | $329.24 |

NEW BRAUNFELS
P O BOX 310289
NEW BRAUNFELS, TX 781310289

Claim Number: 2121
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1139.01 |

NEW BRAUNFELS HERA-ZEITUNG
707 LANDA STREET
NEW BRAUNFELS, TX 78130

Claim Number: 9525
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $410.16 |

| NEW BRAUNFELS ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 71<br>Claim Date: 12/20/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $33.22 UNLIQ |
|---|---|---|

| NEW BRAUNFELS ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 132<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $33.22 UNLIQ |
|---|---|---|

| NEW BRAUNFELS ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 408<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $104.88 |
|---|---|---|

| NEW BRAUNFELS ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 9162<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $734.90 UNLIQ |
|---|---|---|

| NEW BRAUNFELS ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 9859<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1469.80 UNLIQ | | Allowed: | $734.90 |
|---|---|---|---|---|---|

| NEW MEXICAN<br>P O BOX 2048<br>202 E MARCY<br>SANTA FE, NM 87501 | Claim Number: 1442<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $948.97 | | Allowed: | $948.97 |
|---|---|---|---|---|---|

| NEW NORTHWEST BROADCASTERS LLC<br>1200 CHESTERLEY #160<br>YAKIMA, WA 98902 | Claim Number: 1530<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1185.00 |
|---|---|---|

| NEW RIVER CONCRETE SUPPLY<br>PO BOX 1347<br>HARRISONBURG, VA 22801 | Claim Number: 6321<br>Claim Date: 04/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $888.07 | | | | | |
|---|---|---|---|---|---|---|---|

| NEW RIVER VALLE,<br>DBA:APEX ASSOCIATES<br>PO BOX 724<br>BLACKSBURG, VA 24063-0724 | Claim Number: 3171<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $779.44 | Scheduled: | $779.44 | Allowed: | $779.44 |
|---|---|---|---|---|---|---|

| NEWBOLD, DENNIS E<br>3600 VAUGHN AVE<br>POCATELLO, ID 83204 | Claim Number: 3540<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $3461.54 | | |
|---|---|---|---|---|

| NEWBOLD, DENNIS E.<br>4700 S 5TH AVE   TRLR 15<br>POCATELLO, ID 832042152 | Claim Number: 3539<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $218.20 | Scheduled: | $215.00 |
|---|---|---|---|---|

| NEWBORN WATER WELL SERVICE<br>DBA NEWBORN WATER WELL SERVICE<br>8015 JETHRO LANE<br>SAN ANTONIO, TX 78266 | Claim Number: 1013<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1370.84 |
|---|---|---|

| NEWBY, ROBERT W.<br>28446 39TH DR.<br>BRANFORD, FL 32008 | Claim Number: 8758<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| NEWCO AXLE & TIRE LLC<br>1206 W. STRUCK<br>ORANGE, CA 92867 | Claim Number: 10043<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $21834.00 |
|---|---|---|

| NEWCO AXLE & TIRE LLC<br>1206 W. STRUCK<br>ORANGE, CA 92867 | Claim Number: 10258<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21834.00 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| NEWCO AXLE & TIRE, LLC<br>1206 W. STRUCK<br>ORANGE, CA 92867 | | | Claim Number: 10148<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $48743.26 | | | |
| NEWELL, DEBBIE<br>27 JONES RD<br>LAUREL, MS 39443-5412 | | | Claim Number: 3188<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
| NEWELL, ROOSEVELT<br>C/O EUGENE C. TULLOS<br>PO BOX 1152<br>LAUREL, MS 39441-1152 | | | Claim Number: 5366<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| NEWELL, ROOSEVELT<br>C/O EUGENE C. TULLOS<br>PO BOX 1152<br>LAUREL, MS 39441-1152 | | | Claim Number: 5367<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| NEWFOUND CONSTRUCTION<br>770 NEWFOUND RD<br>LEICESTER, NC 28748 | | | Claim Number: 5187<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $4500.00 | Scheduled: $4500.00 | Allowed: | $4500.00 |
| NEWMAN TIMES HERALD<br>PO BOX 1052<br>NEWNAN, GA 30264 | | | Claim Number: 1123<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $473.15 | | | |
| NEWMAN, HALE<br>4184 CAMP CREEK RD<br>HUNTINGTON, WV 25701 | | | Claim Number: 8973<br>Claim Date: 11/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | |
| ADMINISTRATIVE | Claimed: | $1106.51 | | | |

---

NEWS HERALD
DBA:NEWS HERALD
PO BOX 1940
PANAMA CITY, FL 32401

Claim Number: 8938
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $511.78 | |

---

NEWS REPORTER C
P O BOX 707
WHITEVILLE, NC 28472

Claim Number: 787
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6104.79 | | Allowed: | $3646.39 |

---

NEWS REPORTER C
P O BOX 707
WHITEVILLE, NC 28472

Claim Number: 8345
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5941.65 |

---

NEWS REVIEW
345 NE WINCHESTER AVENUE
ROSEBURG, OR 97470

Claim Number: 7569
Claim Date: 07/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1129.34 |

---

NEWS TIMES PUBLISHING
PO BOX 912
EL DORADO, AR 71731

Claim Number: 1720
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19.98 | Scheduled: | $19.98 | Allowed: | $19.98 |

---

NEWS TRIBUNE, THE
P.O. BOX 11000
TACOMA, WA 98411-0008

Claim Number: 359
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | | Allowed: | $325.00 |

---

NEWS-LEADER
PO BOX 798
SPRINGFIELD, MO 65806

Claim Number: 1704
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1401.12 | | Allowed: | $1401.12 |

---

NEWSOME COMPANY
8084 N DAVIS HWY #128
PENSACOLA, FL 32514

Claim Number: 3312
Claim Date: 03/06/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4327.85 | | | | |
| UNSECURED | | | Scheduled: | $4327.85 | Allowed: | $4327.85 |

---

| NEWSOME COMPANY,<br>8084 N. DAVIS HWY #128<br>PENSACOLA, FL 32514 | Claim Number: 3313<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2175.00 | Scheduled: | $2175.00 | Allowed: | $2175.00 |

| NEWSPAPER HOLDINGS INC<br>DBA:PICAYUNE ITEM<br>P.O. BOX 580<br>PICAYUNE, MS 39466 | Claim Number: 8104<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| NEWSPAPER NETWORK OF CENTRAL<br>15 NORTH THIRD ST., 4TH FLOOR<br>NEWARK, OH 43055 | Claim Number: 5043<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $3955.72 | Scheduled: | $1618.64 | Allowed: | $3611.36 |
|---|---|---|---|---|---|---|

| NEWTON, ELIZABETH D<br>902 CHERRY STREET<br>LAWRENCEBURG, TN 38464 | Claim Number: 8385<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8000.00 |
|---|---|---|

| NEWTON, HAROLD<br>PO BOX 34<br>WILLOW SPRING, NC 27592 | Claim Number: 8581<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $480.00 UNLIQ |
|---|---|---|

| NEWTON, KEVIN & SHEILA<br>D NEIL HARRIES & ASSOCIATES PA<br>PO BOX 306<br>PASCAGOULA, MS 39568 | Claim Number: 9401<br>Claim Date: 03/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5200.00 |
|---|---|---|

| NEWTON, KEVIN AND SHEILA<br>D NEIL HARRIES & ASSOCIATES PA<br>PO BOX 306<br>PASCAGOULA, MS 39568 | Claim Number: 4976<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

NEXT GENERATION CLEANING INC,
3216 2ND STREET
WAYLAND, MI 49348

Claim Number: 1381
Claim Date: 02/24/2003
Debtor: SUBURBAN HOME SALES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | Allowed: | $125.00 |

NEXT GENERATION CLEANING INC,
CANDACE BAILEY, PRESIDENT
3216 2ND ST.
WAYLAND, MI 49348

Claim Number: 9542
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $125.00 |

NEXTEL COMMUNICATIONS
10002 PARK MEADOWS DR.
LITTLETON, CO 80124

Claim Number: 203
Claim Date: 01/10/2003
Debtor: SUBURBAN HOME SALES, INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3187.80 | | Allowed: | $3187.80 |

NEXTEL COMMUNICATIONS
10002 PARK MEADOWS DR.
LONE TREE, CO 80124

Claim Number: 116
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15052.87 |

NEXTEL COMMUNICATIONS INC.
ATTN: BANKRUPTCY
P.O. BOX 172408
DENVER, CO 80217-2408

Claim Number: 10603
Claim Date: 09/27/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2144.04 |

NICHOLAS CO CLE
P O BOX 227
CARLISLE, KY 40311

Claim Number: 1744
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9.00 | Scheduled: | $9.00 | Allowed: | $9.00 |

NICHOLAS, DARLENE
LP. SUTLEY
SUTLEY & DAVIS, P.C.
SUMMERDALE, AL 36580

Claim Number: 7493
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20000.00 UNLIQ | Scheduled: | $0.00 UNLIQ | Allowed: | $2500.00 |

NICHOLAS, EARL & MARION
757 BAYSHORE DR
TARPON SPRINGS, FL 34689

Claim Number: 5158
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $5088.64 |

NICHOLAS-ROY, JEANNE          Claim Number: 5008
STEWART AND HICKS PC          Claim Date: 03/27/2003
1206 DAUPHIN ST               Debtor: OAKWOOD HOMES CORPORATION
MOBILE, AL 366042514          Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ | | |
|---|---|---|---|---|

NICHOLS JAMES                 Claim Number: 4474
9903 HYACINTH CT              Claim Date: 03/24/2003
LOUISVILLE, KY 40241          Debtor: OAKWOOD HOMES CORPORATION
                             Comments: ALLOWED
                             DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $2650.00 | | Allowed: | $1060.00 |
|---|---|---|---|---|---|

NICHOLS, TED                  Claim Number: 7157
IRA M. LEVEE, ESQ.            Claim Date: 05/13/2003
LOWENSTEIN SANDLER, P.C.      Debtor: OAKWOOD HOMES CORPORATION
65 LIVINGSTON AVENUE          Comments: WITHDRAWN
ROSELAND, NJ 07068

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

NICHOLSON APPRAISAL           Claim Number: 1910
3007 CARPENTER LP SE          Claim Date: 02/25/2003
OLYMPIA, WA 98503             Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1800.00 | |
|---|---|---|---|

NICHOLSON APPRAISAL,          Claim Number: 1909
3007 CARPENTER LP SE          Claim Date: 02/25/2003
OLYMPIA, WA 98503             Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |
|---|---|---|---|---|

NICHOLSON APPRAISAL,          Claim Number: 1908
3007 CARPENTER LP SE          Claim Date: 02/25/2003
OLYMPIA, WA 98503             Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $975.00 | Scheduled: | $975.00 |
|---|---|---|---|---|

NICHOLSON PONNELL             Claim Number: 7894
65 KIRK ROAD                  Claim Date: 11/03/2003
PINE HILL, AL 36769           Debtor: OAKWOOD HOMES CORPORATION
                             Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $27329.06 | |
|---|---|---|---|

NICHOLSON, CURT/SANDY         Claim Number: 9472
304 GARCITAS GROOVE ROAD      Claim Date: 04/05/2004
INEZ, TX 77968               Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5000.00 | |
|---|---|---|---|

NICHOLSON, CURTIS & SANDY
17000 W. MAPLE A-14
GODDARD, KS 67052

Claim Number: 6851
Claim Date: 05/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $9693.00 | |

NICKEL
DBA THE NICKEL
1112 1/2 ADAMS AVE
LA GRANDE, OR 97850

Claim Number: 1251
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $213.43 | Allowed: | $213.43 |

NIPPER GUARANTEE APPLIANCE INC
301 PINE TREE RD
LONGVIEW, TX 75604

Claim Number: 1830
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1212.24 | | |
| UNSECURED | | | Allowed: | $1212.24 |

NITEN JOYCE P
1140 BOOTH ST
WALNUT COVE, NC 27052

Claim Number: 979
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $750.00 |

NIX ROBERT L,
1703 FOX BRIDGE RD
DALTON, GA 30720

Claim Number: 1383
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1100.00 | Scheduled: | $1100.00 | Allowed: | $1100.00 |

NIXON TRANSPORT
7728 EDMUND HWY
PELION, SC 29123

Claim Number: 1785
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9403.03 | Allowed: | $9403.03 |

NMHG FINANCIAL SERVICES, INC
44 OLD RIDGEBURY RD
DANBURY, CT 06810

Claim Number: 1239
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $70112.57 | Allowed: | $1071.64 |

---

NOAH KING TRUCKING,
3953 STATE HWY 148
MULKEYTOWN, IL 62865

Claim Number: 1517
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1700.00 | | |
|---|---|---|---|---|---|---|

---

NOBLES, HELEN
3655 HWY 41 N
BYRON, GA 31008

Claim Number: 9024
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1885.00 | | | | |
|---|---|---|---|---|---|---|

---

NOERRS GARAGE INC,
700 US HWY 22
PO BOX 827
LEWISTOWN, PA 17044

Claim Number: 1097
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $424.57 | Scheduled: | $127.58 | Allowed: | $424.57 |
|---|---|---|---|---|---|---|

---

NOLAN COUNTY/NOLAN COUNTY HOSPITAL DIST
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 13430
ARLINGTON, TX 76094

Claim Number: 10032
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $555.37 | | | | |
|---|---|---|---|---|---|---|

---

NOLLEY, DEVINE L
2505 EDIA ST
MAURICE, LA 705553173

Claim Number: 2166
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $5341.98 | | | Allowed: | $84.00 |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $8050.00 | | | | |

---

NORDYNE,
8000 PHOENIX PARKWAY
PO BOX 8809
O FALLON, MD 63366

Claim Number: 713
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $194951.82 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $224894.04 | | | | |

---

NORDYNE, INC.
8000 PHOENIX PARKWAY
O'FALLON, MO 63368

Claim Number: 1165
Claim Date: 02/21/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $194951.82 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $224894.04 | | | Allowed: | $349824.11 |

---

NORMAN KEITH APPRAISALS
DBA NORMAN KEITH APPRAISALS
PO BOX 7
SANFORD, NC 27330

Claim Number: 1482
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1050.00 | | | Allowed: | $1050.00 |

NORMAN KEITH APPRAISALS,
DBA NORMAN KEITH APPRAISALS
PO BOX 7
SANFORD, NC 27330

Claim Number: 1477
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $600.00 | Scheduled: | $850.00 | Allowed: | $600.00 |

NORMAN LANDSCAPING,
226 STATE PARK RD
TROUTMAN, NC 28166

Claim Number: 1393
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | Allowed: | $750.00 |

NORMAN SOIL CONSULTING INC
6128 PLANTATION RD
ROANOKE, VA 240194736

Claim Number: 1046
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $500.00 | | | | |
| UNSECURED | | | | | Allowed: | $500.00 |

NORMAN, DAN AND KIM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7158
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

NORMAN, NOBLE E.
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4258
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $15000.00 | | | Allowed: | $4355.15 |

NORMED-AZ,
P.O. BOX 3644
SEATTLE, WA 98124-3644

Claim Number: 3397
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $31.41 | Scheduled: | $31.41 | Allowed: | $31.41 |

NORRIS EXCAVATING, LLC
559 NORTH LEATH ROAD
PORTLAND, TN 37148

Claim Number: 4059
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $520.00 |
| --- | --- | --- |

NORRIS EXCAVATING, LLC
559 NORTH LEATH ROAD
PORTLAND, TN 37148

Claim Number: 8026
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $42.60 |
| --- | --- | --- |

NORRIS' MOBILE HOME SERVICE
P.O. BOX 479
WHITE MARSH, VA 23183

Claim Number: 9725
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $750.00 | | Allowed: | $550.00 |
| --- | --- | --- | --- | --- | --- |

NORRIS'S MH SER
DBA: NORRIS'S MH SERVICE
PO BOX 479
WHITE MARSH, VA 23183

Claim Number: 8002
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $200.00 |
| --- | --- | --- |

NORRIS'S MH SER,
DBA: NORRIS'S MH SERVICE
PO BOX 479
WHITE MARSH, VA 23183

Claim Number: 863
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $200.00 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $200.00 | Allowed: | $200.00 |

NORRIS'S MOBILE HOME SERVICE
P.O. BOX 479
WHITE MARSH, VA 23183

Claim Number: 10149
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $750.00 |
| --- | --- | --- |

NORRIS, JIMMY AND BRENDA
FRANK FRASIER
FRASIER, FRASIER & HICKMAN
PO BOX 799
TULSA, OK 74101

Claim Number: 8443
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $80000.00 |
| --- | --- | --- |

| | | | | | |
|---|---|---|---|---|---|
| NORRIS, JIMMY AND BRENDA<br>FRANK FRASIER<br>FRASIER, FRASIER & HICKMAN<br>PO BOX 799<br>TULSA, OK 74101 | | | Claim Number: 8670<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $80000.00 | | | |
| NORRIS, SHAWNA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5925<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | |
| NORRIS, W.D. & EVELYN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7055<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| NORTH AMERICAN FOREST PRODUCTS, INC.<br>PO BOX DRAWER AC<br>EDWARDSBURG, MI 49112 | | | Claim Number: 4159<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7912 (07/13/2005) | | |
| ADMINISTRATIVE | | | | Allowed: | $16008.78 |
| UNSECURED | Claimed: | $648025.33 | | Allowed: | $632016.55 |
| NORTH AMERICAN FOREST PRODUCTS, INC.<br>PO BOX DRAWER AC<br>EDWARDSBURG, MI 49112 | | | Claim Number: 9681<br>Claim Date: 04/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $22598.96 | | | |
| NORTH AMERICAN MOULDING, LLC<br>P.O. DRAWER AC<br>EDWARDSBURG, MI 49112 | | | Claim Number: 9680<br>Claim Date: 04/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $203.20 | | | |
| NORTH AMERICAN VAN LINES, INC.<br>5001 US HWY 30 W<br>FORT WAYNE, IN 46818 | | | Claim Number: 292<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
| UNSECURED | Claimed: | $16867.33 | | | |

| | | | | | |
|---|---|---|---|---|---|
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C. FOUNTAIN, BANKRUPTCY MANAGER<br>COLLECTIONS & EXAMINATIONS DIVISION<br>P.O. BOX 1168<br>RALEIGH, NC 27602-1168 | | | Claim Number: 6477<br>Claim Date: 04/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
| PRIORITY | Claimed: | $18273.24 | | | |
| UNSECURED | Claimed: | $179592.17 | | | |
| NORTH CAROLINA DEPT REVENUE<br>ANGELA C. FOUNTAIN, BANKRUPTCY MANAGER<br>COLLECTIONS & EXAMINATIONS DIVISION<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | | | Claim Number: 7735<br>Claim Date: 08/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7663 (04/05/2005) | | |
| PRIORITY | Claimed: | $18273.24 | | | |
| UNSECURED | Claimed: | $83684.36 | | Allowed: | $72941.50 |
| NORTH CENTRAL TEXAS COLLEGE<br>SAWKO & BURROUGHS, LLP<br>1100 DALLAS DR, SUITE 100<br>DENTON, TX 76205 | | | Claim Number: 6689<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | | |
| PRIORITY | Claimed: | $293.57 | | | |
| NORTH CENTRAL TEXAS COLLEGE<br>SAWKO & BURROUGHS, LLP<br>1100 DALLAS DR, SUITE 100<br>DENTON, TX 76205 | | | Claim Number: 6789<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $293.57 | | | |
| NORTH FLORIDA AIR MAINT & REPAIR<br>20035 CREWS RD<br>GLEN ST MARY, FL 32040 | | | Claim Number: 434<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $2403.44 | | | |
| NORTH FORSYTH, LLC<br>C/O JOY MCNABB<br>5255 SHATTALON DRIVE, BOX 73<br>WINSTON SALEM, NC 27106 | | | Claim Number: 5593<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) | | |
| UNSECURED | Claimed: | $2610.00 | | | |
| NORTH FORSYTH, LLC<br>C/O JOY MCNABB<br>5255 SHATTALON DRIVE, BOX 73<br>WINSTON SALEM, NC 27106 | | | Claim Number: 5594<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| UNSECURED | Claimed: | $2610.00 | | | |

---

NORTH FORSYTH, LLC
C/O JOY MCNABB
5255 SHATTALON DRIVE, BOX 73
WINSTON SALEM, NC 27106

Claim Number: 5595
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2610.00 | | | | | |
|---|---|---|---|---|---|---|---|

---

NORTH GEORGIA ELECTRIC MEMBERSHIP CORP
P O BOX 1407
DALTON, GA 30722

Claim Number: 721
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1552.96 | Scheduled: | $1163.72 | Allowed: | $1552.96 |
|---|---|---|---|---|---|---|

---

NORTH GEORGIA ELECTRIC MEMBERSHIP CORP.
P O BOX 1407
DALTON, GA 30722

Claim Number: 1160
Claim Date: 02/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1552.96 | | | | |
|---|---|---|---|---|---|---|

---

NORTH GEORGIA NEWSPAPER GROUP
DBA: DAILY CITIZEN NEWS
GROUP PO BOX 1167
DALTON, GA 30722

Claim Number: 1208
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $100.00 | | | Allowed: | $100.00 |
|---|---|---|---|---|---|---|

---

NORTH MEADOW L.L.C,
801 HUB MORRIS RD
RANDLEMAN, NC 27317

Claim Number: 1083
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $880.00 | Scheduled: | $710.00 DISP | Allowed: | $880.00 |
|---|---|---|---|---|---|---|

---

NORTH MISSISSIPPI HOME CENTER INC
589 OAK AVE
PO BOX 494
COMO, MS 38619

Claim Number: 6549
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |

---

NORTHAMPTON COUNTY TAX DEPT
PO BOX 637
JACKSON, NC 27845

Claim Number: 7908
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $572.79 |
|---|---|---|

---

| | | |
|---|---|---|
| NORTHBROOK, INC<br>DBA SIERRA REFINISHING<br>PO BOX 1560<br>FAIR OAKS, CA 95628 | Claim Number: 3353<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | |

| PRIORITY | Claimed: | $1160.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $1160.00 |

| | | |
|---|---|---|
| NORTHCENTRAL MS ELECTRIC POWER<br>PO BOX 405<br>BYHALIA, MS 38611 | Claim Number: 7985<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| ADMINISTRATIVE | Claimed: | $653.00 |
|---|---|---|

| | | |
|---|---|---|
| NORTHCENTRAL MS ELECTRIC POWER ASSOC<br>225 HIGHWAY 309 S<br>BYHALIA, MS 38611 | Claim Number: 1198<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $243.13 | | Allowed: | $243.13 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| NORTHERN HYDRAULICS-NC<br>PO BOX 1219<br>BURNSVILLE, MN 55337-0127 | Claim Number: 4879<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $106.74 |
|---|---|---|

| | | |
|---|---|---|
| NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410 | Claim Number: 454<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $61722.10 |
|---|---|---|

| | | |
|---|---|---|
| NORTHERN SAFETY CO INC-KS,<br>PO BOX 4250<br>UTICA, NY 13504-4250 | Claim Number: 3711<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $227.77 | Scheduled: | $797.53 |
|---|---|---|---|---|

| | | |
|---|---|---|
| NORTHERN SAFETY CO INC-NC<br>PO BOX 4250<br>UTICA, NY 13504-4250 | Claim Number: 2674<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $974.24 |
|---|---|---|

---

NORTHERN WILLIAMETTE VALLEY GUTTER,    Claim Number: 1810
PO BOX 2314                            Claim Date: 02/25/2003
LEBANON, OR 973550960                  Debtor: HBOS MANUFACTURING, LP
                                       Comments: ALLOWED

| PRIORITY | Claimed: | $400.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $400.00 | Allowed: | $400.00 |

NORTHGATE PARTS, INC.                   Claim Number: 351
5691 HWY. 153                          Claim Date: 02/03/2003
CHATTANOOGA, TN 37343                  Debtor: OAKWOOD HOMES CORPORATION
                                       Comments: ALLOWED
                                       DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $15735.73 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $8650.64 |

NORTHLAND ELECTRIC ENT INC.            Claim Number: 10286
14046 RED PINE DR.                     Claim Date: 05/04/2004
KENT CITY, MI 49330-9199               Debtor: OAKWOOD HOMES CORPORATION
                                       Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $596.86 |
|---|---|---|

NORTHWEST CASCADE INC                  Claim Number: 1334
P O BOX 73399                          Claim Date: 02/24/2003
PUYALLUP, WA 98373                     Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $706.41 | | Allowed: | $706.41 |
|---|---|---|---|---|---|

NORTHWEST FLORIDA DAILY NEWS           Claim Number: 4215
P O BOX 2949                           Claim Date: 03/19/2003
FORT WALTON BEACH, FL 32549            Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $327.64 | | Allowed: | $327.64 |
|---|---|---|---|---|---|

NORTHWEST VENDING COMPANY,             Claim Number: 2660
PO BOX 10698                           Claim Date: 03/03/2003
EUGENE, OR 974402698                   Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $47.50 | Scheduled: | $41.00 | Allowed: | $47.50 |
|---|---|---|---|---|---|---|

NORTHWEST WINDSHIELDS                   Claim Number: 4532
PO BOX 1670                            Claim Date: 03/24/2003
THE DALLES, OR 97058                   Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $662.10 | | Allowed: | $662.10 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| NORTHWEST WINDSHIELDS<br>PO BOX 1670<br>THE DALLES, OR 97058 | | | Claim Number: 4533<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $762.10 | | | |

| | | | | | |
|---|---|---|---|---|---|
| NORTHWEST WINDSHIELDS<br>PO BOX 1670<br>THE DALLES, OR 97058 | | | Claim Number: 4534<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $662.10 | | Allowed: | $662.10 |

| | | | | | |
|---|---|---|---|---|---|
| NORTHWOODS AUTO SALES<br>BOBBY W. STRICKLAND<br>5730 DORCHESTER RD<br>CHARLESTON, SC 29418 | | | Claim Number: 7741<br>Claim Date: 08/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
| UNSECURED | Claimed: | $4155.09 | | Allowed: | $4155.09 |

| | | | |
|---|---|---|---|
| NORWOOD CHRISTINA<br>186 CLEAR CREEK RD<br>LEOMA, TN 38468 | | | Claim Number: 3018<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4240.00 | |

| | | | |
|---|---|---|---|
| NORWOOD, CHARLES<br>598 SANCTIFIED ROAD<br>MORTON, MS 39117 | | | Claim Number: 608<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $50000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| NORWOOD, CHARLES<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2849<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY<br>UNSECURED | Claimed: | $50000.00 | | Allowed: | $14517.16 |

| | | | |
|---|---|---|---|
| NOWELL TRAILER SUPPLIES<br>DBA:NOWELL TRAILER SUPPLIES<br>438 HICKORY GROVE CHURCH RD<br>RICHTON, MS 39476 | | | Claim Number: 8297<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $322.00 | |

---

NOWELL, ROY
NOWELL TRAILER SUPPLIES
438 HICKORY GROVE CHURCH ROAD
RICHTON, MS 39476

Claim Number: 9730
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $322.00 |
|---|---|---|

---

NOYCE, DARRELL & CHRISTINE
C/O ANGSTMAN LAW, PLLC
P.O. BOX 45311
BOISE, ID 83711

Claim Number: 4210
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7374 (12/03/2004)

| SECURED | Claimed: | $40000.00 |
|---|---|---|

---

NOYCE, DARRELL & CHRISTINE
C/O ANGSTMAN LAW, PLLC
P.O. BOX 45311
BOISE, ID 83711

Claim Number: 4206
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| SECURED | Claimed: | $40000.00 |
|---|---|---|

---

NOYCE, DARRELL & CHRISTINE
C/O T.J. ANGSTMAN, ATTORNEY
3649 N. LAKEHARBOR LANE
BOISE, ID 83703

Claim Number: 10661
Claim Date: 12/03/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1000.00 |
|---|---|---|

---

NOYES EERIC
ERIC NOYES
PO BOX 768
BELGRADE, MT 597140768

Claim Number: 7623
Claim Date: 07/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $829.80 | Scheduled: | $829.80 | Allowed: | $829.80 |
|---|---|---|---|---|---|---|

---

NU WAVE AUDIO
816 WEST COLLEGE ST
PULASKI, TN 38478

Claim Number: 2715
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $376.79 | Scheduled: | $76.84 | Allowed: | $376.79 |
|---|---|---|---|---|---|---|

---

NU WOOD CO-IN,
1427 W 86TH ST STE 205
INDIANAPOLIS, IN 46260

Claim Number: 9239
Claim Date: 12/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1521.05 |
|---|---|---|

---

| NU WOOD CO-IN,<br>1427 W 86TH ST STE 205<br>INDIANAPOLIS, IN 46260 | Claim Number: 9240<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $2592.72 | | | |

| NU WOOD CO-KS,<br>1427 W 86TH ST STE 205<br>INDIANAPOLIS, IN 46260 | Claim Number: 9241<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $1935.00 | | | |

| NUCOR CORPORATION<br>MOORE & VAN ALLEN PLLC<br>ATTN: SCOTT M. TYLER, ESQ.<br>100 N. TRYON STREET, SUITE 4700<br>CHARLOTTE, NC 28202-4003 | Claim Number: 10751<br>Claim Date: 06/07/2005<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $0.00<br>PRIORITY    Claimed:    $61500.00<br>UNSECURED    Claimed:    $183571.08 | | | |

| NUCOR STEEL-BERKELEY<br>A DIV. OF NUCOR CORPORATION<br>P.O. BOX 2259<br>MOUNT PLEASANT, SC 29465 | Claim Number: 4155<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $158207.74<br>UNSECURED    Claimed:    $126952.21 | | Allowed:    $61500.00<br>Allowed:    $215965.98 | |

| NUECES COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741), PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 162<br>Claim Date: 12/27/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
|---|---|---|---|
| SECURED    Claimed:    $11942.48 UNLIQ | | | |

| NUECES COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741), PO BOX 17428<br>AUSTIN, TX 78760 | Claim Number: 8648<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
|---|---|---|---|
| SECURED    Claimed:    $11012.85 UNLIQ | | Allowed:    $2284.63 | |

| NUNEZ SHAWN<br>4836 FM 2264<br>DECATUR, TX 76082 | Claim Number: 9231<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE    Claimed:    $100000.00 | | | |

---

NUNLEY, SARAH
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5926
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

NUTT, DAVID
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7159
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

NW MANUFACTURED HOUSING SUPPLIES,
660 SE 9TH ST
BEND, OR 97702

Claim Number: 3897
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $127.40 | Scheduled: | $162.28 | Allowed: | $127.40 |

---

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 221
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $260.36 |
| UNSECURED | Claimed: | $3139.87 |

---

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 4003
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $78.22 |
| UNSECURED | Claimed: | $667.53 |

---

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 4315
Claim Date: 03/13/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $222.94 | | | | |
| UNSECURED | | | | | Allowed: | $222.94 |

---

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 4316
Claim Date: 03/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $77.16 |
| UNSECURED | Claimed: | $615.31 |

---

| NY STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 4317<br>Claim Date: 03/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $1.06 |
| UNSECURED | Claimed: | $52.22 |

| NY STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 4318<br>Claim Date: 03/13/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| PRIORITY | Claimed: | $27.54 |
| UNSECURED | Claimed: | $166.55 |

| NY STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7592<br>Claim Date: 07/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $987.04 |

| NY STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7616<br>Claim Date: 07/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $3722.63 | | | |
| UNSECURED | Claimed: | $615.31 | | Allowed: | $3632.00 |

| NYS DEPT OF TAXATION AND FINANCE,<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 7783<br>Claim Date: 09/15/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| ADMINISTRATIVE | Claimed: | $77.97 UNLIQ |

| O C W S,<br>1804 LEWIS TURNER BLVD<br>SUITE 300<br>FORT WALTON BEACH, FL 32547-1225 | Claim Number: 1184<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $56.79 | | | | |
| UNSECURED | | | Scheduled: | $56.79 | Allowed: | $56.79 |

| O C W S,<br>1804 LEWIS TURNER BLVD<br>SUITE 300<br>FORT WALTON BEACH, FL 32547-1225 | Claim Number: 9248<br>Claim Date: 12/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20.46 |

---

| O S INN CO, INC. OXFORD SUITES<br>1550 NE WILLIAMSON BLVD<br>BEND, OR 97701 | Claim Number: 8238<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3066.00 | | |
|---|---|---|---|---|

| O'BOYLE BRYAN<br>21915 3RD AVE SE<br>BOTHELL, WA 98021 | Claim Number: 4905<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $3000.00 | Scheduled: | $950.00 |
|---|---|---|---|---|

| O'BRIEN, THERESA<br>1214 SAM HOUSTON AVE, STE 3<br>HUNTSVILLE, TX 77340-4634 | Claim Number: 2923<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $102947.90 UNLIQ | | |
|---|---|---|---|---|

| O'CLAIR, FRED & BEVERLY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7056<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

| O'CLAIR, FRED & BEVERVLY<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3490<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $5000.00 | Allowed: | $1742.06 |
|---|---|---|---|---|

| O'CONNELL, DOROTHY<br>2998 CR 244<br>BRAZORIA, TX 77422 | Claim Number: 8783<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $3390.13 | | |
|---|---|---|---|---|

| O'CONNELL, DOROTHY<br>2998 CR 244<br>BRAZORIA, TX 77422 | Claim Number: 10259<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3390.13 | | |
|---|---|---|---|---|

| OAKS MOBILE HOME PARK<br>CHASTINE ALAN<br>880 S TELSHOR BLVD STE 110<br>LAS CRUCES, NM 880118601 | Claim Number: 2226<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $330.00 | | |
|---|---|---|---|---|

OAKWOOD MHP
332 N 10TH ST
QUINCY, FL 32351

Claim Number: 8381
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $825.00 | | |
|---|---|---|---|---|

OAKWOOD SCIENTIFIC LABORATORY
7102 PALE GREEN RD.
MECHANICSVILLE, VA 23116

Claim Number: 668
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $365.18 | | Allowed: | $365.18 |
|---|---|---|---|---|---|

OBERFIELDS INC
P O BOX 362
DELAWARE, OH 43015

Claim Number: 1451
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $83.50 | | Allowed: | $83.50 |
|---|---|---|---|---|---|

OBERFIELDS INC,
P O BOX 362
DELAWARE, OH 43015

Claim Number: 1363
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1856.15 | Scheduled: | $1856.15 | Allowed: | $1856.15 |
|---|---|---|---|---|---|---|

OBRIEN, J
10556 BEDFORD STREET#214
FIRESTONE, CO 80504

Claim Number: 8709
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7664 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

OCCUPATIONAL MEDICAL SERVICES,
16520 BELLE ISLE DR
CORNELIUS, NC 28031

Claim Number: 2578
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $384.00 | Scheduled: | $384.00 | Allowed: | $384.00 |
|---|---|---|---|---|---|---|

OCT GROUP
PO BOX 2000 #310
CORONA DEL MAR, CA 92625

Claim Number: 3256
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1021.15 | | |
|---|---|---|---|---|

---

| ODELL TRUE VALUE LUMBER CO,<br>VINE ST AT THIRD AVE<br>GALLIPOLIS, OH 45631 | Claim Number: 2651<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $293.25 | Scheduled: | $293.25 | Allowed: | $293.25 |
|---|---|---|---|---|---|---|

---

| ODELLS PUMP & MOTOR SERVICE,<br>1650 BELL AVE SUITE 140<br>SACRAMENTO, CA 95838 | Claim Number: 1617<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $5833.15 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5833.15 | Allowed: | $5833.15 |
| TOTAL | Claimed: | $5833.12 | | | | |

---

| ODGEN DIRECTORIES<br>519 JULIANA STREET<br>PO BOX 1787<br>PARKERSBURG, WV 26104 | Claim Number: 10255<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1470.30 |
|---|---|---|

---

| ODOM, PARA I.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 4257<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |
|---|---|---|---|---|---|

---

| ODOM, REBECCA<br>STEWART & HICKS PC<br>1206 DAUPHIN ST<br>MOBILE, AL 366042514 | Claim Number: 5009<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

| ODYSSEY GROUP LLC<br>603 EARTHWAY BLVD<br>BRISTOL, IN 46507 | Claim Number: 3993<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | | | | Allowed: | $18109.13 |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93723.98 | | Allowed: | $75614.85 |

---

| ODYSSEY GROUP LLC<br>P.O. BOX 99<br>BRISTOL, IN 46507 | Claim Number: 8992<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $53698.08 |
|---|---|---|

---

---

OFFICE BEVERAGE SYSTEMS LLC,
4325 N MAYFLOWER SUITE 105
SOUTH BEND, IN 46628

Claim Number: 882
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $572.15 | Scheduled: | $572.15 | Allowed: | $572.15 |

---

OFFICE BEVERAGE SYSTEMS LLC,
4325 N MAYFLOWER SUITE 105
SOUTH BEND, IN 46628

Claim Number: 8167
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $572.15 |

---

OFFICE DEPOT, INC.
2200 GERMANTOWN RD
DELRAY BEACH, FL 334458299

Claim Number: 70
Claim Date: 12/09/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5522.05 |

---

OFFICE DIRECT
PO BOX 400
BAKER, LA 70714

Claim Number: 7982
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $216.19 |
| UNSECURED | Claimed: | $0.00 |

---

OFFICE DIRECT
PO BOX 400
BAKER, LA 70714

Claim Number: 9504
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $216.19 |

---

OFFICE DIRECT,
PO BOX 400
BAKER, LA 70714

Claim Number: 3606
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $216.19 | Scheduled: | $59.26 |

---

OFFICE FURNITURE UNLIMITED
1551 W LEE ST
GREENSBORO, NC 27403

Claim Number: 9655
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $50.00 |

---

| OFFICE FURNITURE UNLIMITED,<br>1551 W LEE ST<br>GREENSBORO, NC 27403 | Claim Number: 10256<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $62.96 | | | | |
|---|---|---|---|---|---|---|

| OFFICE MACHINES INC<br>PO BOX 370736<br>EL PASO, TX 79937 | Claim Number: 2610<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $116.62 | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | | | Scheduled: | $114.90 | Allowed: | $116.62 |

| OFFICE PLUS BUSINESS CENTRE<br>840 MEMORIAL DR<br>DANVILLE, VA 24541 | Claim Number: 3782<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $82.31 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $82.31 | Allowed: | $82.31 |

| OFFICE PRO COPIER & FAX CO.<br>409 N HAYS ST<br>FORT WORTH, TX 76102 | Claim Number: 6317<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $698.21 | | | | |
|---|---|---|---|---|---|---|

| OFFICER BRENDA C TRUSTEE<br>1 E BOCKMAN WAY<br>WHITE CO COURTHOUSE RM 102<br>SPARTA, TN 38583 | Claim Number: 8279<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $843.25 | | | | |
|---|---|---|---|---|---|---|

| OG+E ELECTRIC SERVICES<br>ATTN: STACY ROMINES, MC-MW23<br>PO BOX 321<br>OKLAHOMA CITY, OK 73101-0321 | Claim Number: 6404<br>Claim Date: 03/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1871.29 | | | | |
|---|---|---|---|---|---|---|

| OGDEN DIRECTORIES<br>519 JULIANA ST<br>PARKERSBURG, WV 26101 | Claim Number: 7467<br>Claim Date: 06/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $183.00 | | | | |
|---|---|---|---|---|---|---|

OGDEN DIRECTORIES, INC.
519 JULIANA STREET
P.O. BOX 1787
PARKERSBURG, WV 26104

Claim Number: 9640
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1378.80 |

OHIO DEPARTMENT OF TAXATION
REBECCA L. DAUM
ATTORNEY-BANKRUPTCY DIVISION
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 4321
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8882 (02/19/2008)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4575.05 |

OHIO DEPARTMENT OF TAXATION
REBECCA L. DAUM
ATTORNEY-BANKRUPTCY DIVISION
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 7371
Claim Date: 05/30/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8882 (02/19/2008)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $599855.76 | Allowed: | $225000.00 |

OHIO PUMP & SUPPLY,
DBA; OHIO PUMP & SUPPLY
PO BOX 84
700 OHIO AVE
LOGAN, OH 43138

Claim Number: 1622
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $269.59 | Scheduled: | $254.04 | Allowed: | $269.59 |

OKANOGAN COUNTY TREASURER,
P O BOX 111
OKANOGAN, WA 98840

Claim Number: 6548
Claim Date: 04/08/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $11637.15 | | |

OKLAHOMA MFG HO,
6400 S SHIELDS BLVD
OKLAHOMA CITY, OK 73149

Claim Number: 6665
Claim Date: 04/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | | | | |
| UNSECURED | Claimed: | $2200.00 | Scheduled: | $2200.00 | Allowed: | $1650.00 |

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
P.O. BOX 53248
OKLAHOMA CITY, OK 73152-3248

Claim Number: 539
Claim Date: 02/10/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN
DOCKET: 1931 (09/02/2003)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1322.04 |

---

OKMULGEE COUNTY CLERK
P O BOX 904
OKMULGEE, OK 74447

Claim Number: 774
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15.00 |

---

OLARTE, ALFREDO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5927
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1650.00 UNLIQ |

---

OLD HOLLOW OAK ESTATES
PO BOX 655
KING, NC 27021

Claim Number: 1918
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $780.00 |

---

OLGUIN, JOSE L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5928
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

OLIVA, KEITH J
614 KYLE LANDRY DRIVE
NEW IBERIA, LA 70563

Claim Number: 3423
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $930.00 | Scheduled: | $615.00 DISP | Allowed: | $930.00 |

---

OLIVE HILL TRUCKING
PO BOX 731
OLIVE HILL, KY 41164

Claim Number: 1766
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $406.93 |

---

OLIVER DYER'S APPLIANCE
8320 CAMP BOWIE W
FORT WORTH, TX 761166320

Claim Number: 3957
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2857.69 | Scheduled: | $1546.84 |

---

---

OLNEY ISD, YOUNG CO & OLNEY HOSPITAL DIS
HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT
PO BOX 8188
WICHITA FALLS, TX 76307-8188

Claim Number: 2434
Claim Date: 02/20/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $109.11 |

---

OLSEN, DARREN & CHERLYL
C/O SANDRA LACELLE ATTORNEY
ATTN: BISHOP, CUNNINGHAM & ANDREWS
3330 KITSAP WAY
BREMERTON, WA 98312

Claim Number: 5208
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $60000.00 |

---

OLSON BACKHOE SERVICE
7954 NORTH 15TH EAST
IDAHO FALLS, ID 83401

Claim Number: 2787
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1090.00 | | |
| UNSECURED | | | Allowed: | $1090.00 |

---

OLSON BACKHOE SERVICE
7954 NORTH 15TH EAST
IDAHO FALLS, ID 83401

Claim Number: 8747
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1286.20 |

---

OLSON, DARREN & CHERYL
C/O SANDRA LACELLE
BISHOP, CUNNINGHAM & ANDREWS
BOX 5060, WEST HILLS STATION
BREMERTON, WA 98312

Claim Number: 7803
Claim Date: 10/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $13224.50 | Allowed: | $13224.50 |

---

OLSON, KARLA
C/O RICHARD KUHLING
PAINE HAMBLEN COFFIN BROOKE & MILLER LLP
717 W. SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201-3919

Claim Number: 4823
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | Allowed: | $7185.00 |

---

OLSON, KARLA
C/O RICHARD KUHLING
717 W. SPRAGUE, SUITE 1200
SPOKANE, WA 99201

Claim Number: 6482
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

---

OLSON, STEVEN J.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5929
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

---

OLYMPIC VIEW REALTY
THE VILLAS PARKMERCED
3711 19TH AVENUE
SAN FRANCISCO, CA 94132

Claim Number: 9340
Claim Date: 01/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3722 (03/04/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4844.50 |

---

OLYMPUS APPRAISAL,
DBA OLYMPUS APPRAISAL
P O BOX 940
SILVERDALE, WA 98383

Claim Number: 2769
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $191.48 | | | | |
| UNSECURED | | | Scheduled: | $166.48 | Allowed: | $166.48 |

---

OMEGA INDUSTRIAL SERVICES,
1508 N BEN JORDAN ST
VICTORIA, TX 779017344

Claim Number: 5492
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 | Allowed: | $120.00 |

---

OMEGA MH TRANSPORT
DBA OMEGA MH TRANSPORT
PO BOX 380
CORDOVA, SC 29039

Claim Number: 1927
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2000.00 |

---

OMNI COMPUTER PRODUCTS
PO BOX 6205
CARSON, CA 90749

Claim Number: 4446
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $232.09 |

---

ON THE LEVEL LLC,
PO BOX 109
CRAB ORCHARD, WV 25827

Claim Number: 3264
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |

---

| | | | | |
|---|---|---|---|---|
| ONCOR ELECTRI DELIVERY COMPANY<br>LOIS J DURAN<br>P.O. BOX 650393<br>DALLAS, TX 75265 | | | Claim Number: 4412<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $4805.55 | | |

| | | | | |
|---|---|---|---|---|
| ONCOR ELECTRIC DELIVERY COMPANY<br>LOIS J DURAN, ATTORNEY<br>P.O. BOX 650393<br>DALLAS, TX 75265 | | | Claim Number: 4015<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $4805.55 | | |

| | | | | |
|---|---|---|---|---|
| ONE BEACON INSURANCE<br>C/O NED E TOLBERT<br>COZEN & O'CONNOR<br>501 WEST BROADWAY, SUITE 1610<br>SAN DIEGO, CA 92101-3536 | | | Claim Number: 2629<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) | |
| UNSECURED | Claimed: | $110311.25 | | |

| | | | | |
|---|---|---|---|---|
| ONEAL, HAZEL/FREDDIE<br>1451 OLD HWY. 82 EAST<br>MERIGOLD, MS 38759<br>STARKVILLE | | | Claim Number: 609<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $10000.00 | | |

| | | | | |
|---|---|---|---|---|
| ONEAL, HAZEL/FREDDIE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2848<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
| PRIORITY<br>UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |

| | | | | |
|---|---|---|---|---|
| ONSLOW COUNTY TAX COLLECTOR<br>39 TALLMAN ST<br>JACKSONVILLE, NC 28540 | | | Claim Number: 3795<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) | |
| PRIORITY | Claimed: | $2204.67 | Allowed: | $520.01 |

| | | | | |
|---|---|---|---|---|
| ONYX WASTE SERVICES, INC.<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | | Claim Number: 50<br>Claim Date: 12/17/2002<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $347.53 | | |

| ONYX WASTE SERVICES, INC.<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 254<br>Claim Date: 01/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $9039.73 |
|---|---|---|

| OOTEN, ALICE<br>C/O WILLIAM H DUTY<br>PO BOX 277<br>WILLIAMSON, WV 25661 | Claim Number: 3757<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7487 (01/28/2005) |
|---|---|

| UNSECURED | Claimed: | $26206.00 |
|---|---|---|

| OOTEN, ALICE<br>WILLIAM H. DUTY<br>POB 277<br>WILLIAMSON, WV 25661 | Claim Number: 7400<br>Claim Date: 06/16/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $26206.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| OPEN DOOR REMODELING<br>DDARLIN L. MARTIN<br>64 SCENIC DRIVE<br>DENVER, PA 17517 | Claim Number: 9726<br>Claim Date: 05/06/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

| OPERATING EXCELLENCE, INC<br>2235 E LEWISVILLE CLEMMONS RD<br>CLEMMONS, NC 27012 | Claim Number: 8559<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1950.00 |
|---|---|---|

| ORANGE CO REG<br>208 S CAMERON ST<br>HILLSBOROUGH, NC 27278 | Claim Number: 2169<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $288.16 |
|---|---|---|

| ORANGE COUNTY<br>P O BOX 8181<br>HILLSBOROUGH, NC 27278 | Claim Number: 2168<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $288.16 |
|---|---|---|

| ORANGE COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 581<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $10928.10 UNLIQ |
|---|---|---|

| ORANGE COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLIAR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253 | Claim Number: 5263<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $10844.45 UNLIQ | | | |
|---|---|---|---|---|---|

| ORANGE COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9208<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3898.56 |
|---|---|---|

| ORANGE COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9422<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11987.14 |
|---|---|---|

| ORANGE COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9423<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $6996.79 | | Allowed: | $282.99 |
|---|---|---|---|---|---|

| ORANGE COUNTY BUILDING MATERIALS, INC.<br>365 OLD HIGHWAY 90 WEST<br>VIDOR, TX 77662 | Claim Number: 9888<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4358.70 |
|---|---|---|

| ORANGE COUNTY TAX COLLECTOR<br>PO BOX 8181<br>200 SOUTH CAMERON STREET<br>HILLSBOROUGH, NC 27278 | Claim Number: 7858<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1245.71 |
|---|---|---|

| ORANGE COUNTY TREASURER - TAX COLLECTOR<br>P O BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 440<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $413.09 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORANGE CTY BLDG,<br>365 OLD HIGHWAY 90 WEST<br>VIDOR, TX 77662 | | | Claim Number: 3080<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3919.13 | Scheduled: | $4724.96 | Allowed: | $3919.13 |
| ORANGE CTY FLOORING DBA<br>CUSTOM FLOORING<br>365 OLD HIGHWAY 90 WEST<br>VIDOR, TX 77662 | | | Claim Number: 3081<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $38.48 | | | Allowed: | $38.48 |
| ORANGEBURG COUNTY TAX DEPT<br>P O DRAWER 9000<br>ORANGEBURG, SC 29116 | | | Claim Number: 8473<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| ADMINISTRATIVE | Claimed: | $226.97 | | | | |
| ORANGEBURG COUNTY,<br>COUNTY TREASURER<br>P.O. BOX 9000<br>ORANGEBURG, SC 29116-9000 | | | Claim Number: 2566<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| PRIORITY<br>SECURED | Claimed: | $217.10 | Scheduled: | $0.00 UNLIQ | Allowed: | $217.10 |
| ORDAZ, FLORENTINO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5930<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4650.00 UNLIQ<br>$1368.75 UNLIQ | | | | |
| OREGON DEPT OF TRANSPORTATION<br>MOTOR CARRIER TRABSPORTATION DIV<br>550 CAPITOL STREET NE<br>SALEM, OR 97301 | | | Claim Number: 6760<br>Claim Date: 04/29/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $318.05<br>$92.35 | Scheduled: | $281.42 | | |
| OREGON PUBLICATION CORP. DBA COMMUNITY<br>NEWSPAPERS, INC.<br>ATTN: GREG KRAUS, ESQ.<br>10209 SE DIVISION STREET<br>PORTLAND, OR 97266 | | | Claim Number: 2889<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $2006.90 | Scheduled: | $466.50 | Allowed: | $2006.90 |

OREGON PUBLICATION CORP., DBA COMMUNITY
NEWSPAPERS, INC.
ATTN: GREG KRAUS, ESQ
10209 SE DIVISION STREET
PORTLAND, OR 97266

Claim Number: 2890
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2006.90 |

OREPAC BUILDING PRODUCTS
3970 SW OREPAC AVENUE
WILSONVILLE, OR 97070

Claim Number: 9744
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $123667.42 | Allowed: | $118748.47 |

OREPAC HOLDING CO
C/O CONTINENTAL CASUALTY CO.
PO BOX 905
ATTN: DENISE FIRELLI
MONMOUTH JUNCTION, NJ 08852-0905

Claim Number: 436
Claim Date: 01/30/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $271435.92 |

ORIGEN FINANCIAL LLC FKA
DYNEX FINANCIAL INC.
C/O BRUCE B. JOHNSON, PC
5550 LBJ FREEWAY, SUITE 550
DALLAS, TX 75240

Claim Number: 4727
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3980 (04/16/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 CONT |
| UNSECURED | Claimed: | $0.00 CONT |

ORKINS, ROBIN AND PATTY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7160
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

ORTEGA, THOMAS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5931
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

ORTIZ, JUAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5932
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

ORTIZ, MARCOS
P. O. BOX 955
CLINT, TX 79836

Claim Number: 6505
Claim Date: 04/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $442.50 |
|---|---|---|

---

ORTIZ, MARCOS,
P. O. BOX 955
CLINT, TX 79836

Claim Number: 6506
Claim Date: 04/08/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

ORTIZ, PETRA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5933
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

OSBAN, RICHARD, M.D.
5400 OLD LEEDS ROAD
BIRMINGHAM, AL 35210

Claim Number: 3297
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $5576.84 |
|---|---|---|

---

OSBURN, KENNETH & NONA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7057
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

OSELAND, DEZREE S
2355 BECKWOOD DR
SUMTER, SC 29150

Claim Number: 8094
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1575.00 |
|---|---|---|

---

OSTRANDER, REXFORD L.
DBA AXIS LAND SURVEYING
PO BOX 2624
SPOTSYLVANIA, VA 22553

Claim Number: 7880
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $660.00 |
|---|---|---|

OTERO COUNTY TREASURER
1000 NEW YORK AVE., ROOM 110
ALAMOGORDO, NM 88310

Claim Number: 9556
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1023.58 |
|---|---|---|

OTERO COUNTY TREASURER
1000 NEW YORK ROOM 110
ALAMOGORDO, NM 88310

Claim Number: 10091
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1032.66 |
|---|---|---|

OTERO COUNTY TREASURER
1000 NEW YORK RM 110
ALAMOGORDO, NM 88310

Claim Number: 10383
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $542.08 |
|---|---|---|

OTIS WRIGHT & ASSOCIATES
DBA OTIS WRIGHT & ASSOCIATES
PO BOX 548
LAURINBURG, NC 28352

Claim Number: 3851
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $875.00 |
|---|---|---|

OTWELL, SCOTT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7161
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

OUR FRIENDS COMPANY
PO BOX 850
BATTLEBORO, NC 27809

Claim Number: 7857
Claim Date: 11/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $117.26 |
|---|---|---|

OURS HARRY E JR,
931 E BADDOUR PKWY
LEBANON, TN 37087

Claim Number: 3831
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $540.00 | Scheduled: | $340.00 | Allowed: | $540.00 |
|---|---|---|---|---|---|---|

OUTBACK ACRES LTD,
OUTBACK ACRES
1757 N MAIN ST
WEATHERFORD, TX 760851601

Claim Number: 2692
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $713.52 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $713.52 DISP | |

| | | | | | |
|---|---|---|---|---|---|
| OUTDOOR FENCE CO<br>DBA OUTDOOR FENCE CO<br>2780 19TH STREET SE<br>SALEM, OR 97302 | | | Claim Number: 8265<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $513.47 | | | |
| OUTDOOR PARTNERSHIP, THE<br>109 GAITHER STATION ROAD<br>ELIZABETHTOWN, KY 42701 | | | Claim Number: 3535<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $29402.69 | | Allowed: | $20754.84 |
| OUTDOOR PARTNERSHIP, THE<br>109 GAITHER STATION ROAD<br>ELIZABETHTOWN, KY 42701 | | | Claim Number: 6654<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7660 (04/05/2005) | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $863.38 | | | |
| OUTDOOR PARTNERSHIP, THE<br>109 GAITHER STATION ROAD<br>ELIZABETHTOWN, KY 42701 | | | Claim Number: 6655<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7660 (04/05/2005) | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $866.32 | | | |
| OVALLE, PETE & MARTHA<br>LAW OFFICE OF F. TERRY CALLAHAN, P.C.<br>311 WEST LAUREL<br>SAN ANTONIO, TX 78212-4334 | | | Claim Number: 5090<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
| UNSECURED | Claimed: | $40000.00 | | | |
| OVALLE, PETE & MARTHA<br>LAW OFFICE OF F. TERRY CALLAHAN, P.C.<br>311 WEST LAUREL<br>SAN ANTONIO, TX 78212-4334 | | | Claim Number: 10575<br>Claim Date: 09/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $30000.00 | | | |
| OVERBYS MOBILE HOME PARK<br>DBA OVERBYS MOBILE HOME PARK<br>5301 BURLINGTON RD<br>MC LEANSVILLE, NC 27301 | | | Claim Number: 6235<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $680.00 | | | |

---

OVERNITE TRANSPORTATION CO.
PO BOX 1216
RICHMOND, VA 23218-1216

Claim Number: 3048
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $173.30 | | | | |

---

OVERTON COUNTY,
CLERK OF COURT
OVERTON COUNTY TRUSTEE
317 E UNIVERSITY ST
LIVINGSTON, TN 38570

Claim Number: 3145
Claim Date: 03/06/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $270.38 | Scheduled: | $22.00 | |

---

OVERTON, JUDY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5934
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

OVERTURF, SEAN & NORMA JEAN
4215 MINK ST
PATASKALA, OH 43062

Claim Number: 6512
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $103884.25 |

---

OWEN OSBORNE LAND SURVEYING CO,
OSBORNE LAND SURVEYING INC
575 ACADEMY ST
RURAL HALL, NC 270459614

Claim Number: 4042
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2550.00 | | | | |
| UNSECURED | | | Scheduled: | $1650.00 | Allowed: | $2550.00 |

---

OWENS CORNING
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659

Claim Number: 3746
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $112284.07 | | | |
| UNSECURED | Claimed: | $203127.89 | | Allowed: | $257047.72 |

---

OWENS CORNING
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659

Claim Number: 3747
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $112284.07 |
| UNSECURED | Claimed: | $203127.89 |

---

---

OWENS ENTERPRISES INC
7350 BROSSETTE RD
SHREVEPORT, LA 71129

Claim Number: 9076
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

OWENS ENTERPRISES INC,
7350 BROSSETTE RD
SHREVEPORT, LA 71129

Claim Number: 9597
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3716.57 |
|---|---|---|

---

OWENS, JOHN A,
305 WILSON RD
RED ROCK, TX 78662

Claim Number: 3456
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $4700.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3850.00 | Allowed: | $4700.00 |

---

OWYHEE COUNTY TAX COLLECTOR
OWYHEE COUNTY COURTHOUSE
MURPHY, ID 83650

Claim Number: 1255
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1520.46 |
|---|---|---|

---

OWYHEE COUNTY TAX COLLECTOR
OWYHEE COUNTY COURTHOUSE
MURPHY, ID 83650

Claim Number: 7324
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $2723.23 |
|---|---|---|

---

OXARC INC
PO BOX 2605
SPOKANE, WA 99220-2605

Claim Number: 1353
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2497.35 |
|---|---|---|

---

OXARC INC,
PO BOX 2605
SPOKANE, WA 99220-2605

Claim Number: 1352
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $22.96 | Scheduled: | $4490.85 | Allowed: | $22.96 |
|---|---|---|---|---|---|---|

| OXFORD LEDGER<br>200 WEST SPRING STREET<br>PO BOX 643<br>OXFORD, NC 27565 | Claim Number: 1920<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| UNSECURED      Claimed:      $80.00 | | Allowed:      $80.00 |

| OZARC GAS EQUIPMENT & SUPPLY<br>P O DRAWER 697<br>CAPE GIRARDEAU, MO 63701 | Claim Number: 6204<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED      Claimed:      $110.59 | |

| OZARC GAS EQUIPMENT & SUPPLY,<br>P O DRAWER 697<br>CAPE GIRARDEAU, MO 63701 | Claim Number: 6203<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED      Claimed:      $1274.80 | |

| OZARK APPRASAL SERVICES INC<br>PO BOX 206<br>PINEVILLE, MO 64856 | Claim Number: 9071<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $250.00 | |

| OZARK COUNTY RECORDER<br>PO BOX 416<br>GAINESVILLE, MO 65655 | Claim Number: 8035<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE      Claimed:      $23.00 | |

| OZER, MICHAEL & JENNIFER<br>14 VOSHELL MILL RD<br>DOVER, DE 199046046 | Claim Number: 9961<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| ADMINISTRATIVE      Claimed:      $6000.00 | |

| OZER, MICHAEL & JENNIFER<br>166 FITZBRIAN DRIVE<br>FELTON, DE 19943 | Claim Number: 9986<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $6000.00 | |

| P&J CARPENTRY CONCRETE WORK<br>DBA P&J CARPENTRY CONCRETE WORK<br>6007 S BLUEBIRD DR<br>TALLASSEE, TN 37878 | Claim Number: 9276<br>Claim Date: 12/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|
| ADMINISTRATIVE      Claimed:      $630.00 | |

---

| P&S ELECTRIC<br>DBA P&S ELECTRIC<br>718 HAL<br>LANCASTER, TX 75146 | Claim Number: 8328<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) |

---

| ADMINISTRATIVE | Claimed: | $784.59 |

---

| P.M. STEELE C/O PAULINE SKINNER,<br>1356 S. ST.PAUL<br>WICHITA, KS 67213 | Claim Number: 6268<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

---

| SECURED | Claimed: | $1500.00 |

---

| PA MANUFACTURED HOUSING ASSOCIATION,<br>315 LIMEKILN ROAD<br>P O BOX 248<br>NEW CUMBERLAND, PA 17070 | Claim Number: 3666<br>Claim Date: 03/12/2003<br>Debtor: HBOS MANUFACTURING, LP |

---

| UNSECURED | Claimed: | $3100.00 | Scheduled: | $3100.00 | Allowed: | $3100.00 |

---

| PAC BANNERWORKS CORP-IN<br>3622 N HOME STREET<br>MISHAWAKA, IN 46545 | Claim Number: 2671<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

---

| UNSECURED | Claimed: | $2007.77 | | | Allowed: | $2007.77 |

---

| PAC BANNERWORKS CORP-IN<br>3622 N HOME STREET<br>MISHAWAKA, IN 46545 | Claim Number: 8921<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| PAC BANNERWORKS CORP-IN,<br>3622 N HOME STREET<br>MISHAWAKA, IN 46545 | Claim Number: 2672<br>Claim Date: 03/03/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

---

| UNSECURED | Claimed: | $2007.77 | Scheduled: | $1987.92 |

---

| PACE BILLY M<br>BILLY M PACE SR<br>725 3RD ST SE<br>MOULTRIE, GA 317685521 | Claim Number: 2182<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

---

| PRIORITY | Claimed: | $3280.00 |

---

| PACE, BILLY M<br>725 3RD ST SE<br>MOULTRIE, GA 317685521 | Claim Number: 8237<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

PACE, JANICE I.,
543 N. EMERSON ST
CHANDLER, AZ 85224

Claim Number: 3674
Claim Date: 03/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $17316.62 | | Allowed: | $17316.62 |
|---|---|---|---|---|---|

PACIFIC EMPLOYERS INSURANCE COMPANY
JEFFREY A. LESS, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET STREET, SUITE 700
PHILADELPHIA, PA 19102

Claim Number: 6434
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| SECURED | Claimed: | $6945616.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $554384.00 UNLIQ |

PACIFIC EMPLOYERS INSURANCE COMPANY
JEFFREY A. LESS, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET STREET, SUITE 700
PHILADELPHIA, PA 19102

Claim Number: 9139
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8861 (01/02/2008)

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

PACIFIC EMPLOYERS INSURANCE COMPANY
JEFFREY A. LESS, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET STREET, SUITE 700
PHILADELPHIA, PA 19102

Claim Number: 9140
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PACIFIC EMPLOYERS INSURANCE COMPANY &
ACE AMERICAN INS. //JEFFREY A. LESS, ESQ
BAZELON LESS & FELDMAN, P.C.
1515 MARKET STREET, SUITE 700
PHILADELPHIA, PA 19102

Claim Number: 9684
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PACIFIC GAS & ELECTRIC CO
P O BOX 8329
STOCKTON, CA 95208

Claim Number: 3046
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $714.72 |
|---|---|---|

PACIFIC NORTHWEST JANITORAL SERVICE
PO BOX 1246
CHEHALIS, WA 985320258

Claim Number: 10254
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $530.00 |
|---|---|---|

---

PACIFIC STEEL
PO BOX 3035
PASCO, WA 99302

Claim Number: 2987
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1854.34 |

---

PACK, CECIL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5935
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

PACLIK RUDY,
917 CR 202
GAINESVILLE, TX 76240

Claim Number: 1791
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $800.00 | | | | | |
| UNSECURED | | | Scheduled: | $800.00 | Allowed: | $800.00 |

---

PADDINGTON PARK
1720 HURRICANE RD #09
PO BOX 689
COTTONDALE, AL 35453

Claim Number: 2497
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | | Allowed: | $375.00 |

---

PADGETT MILLARD,
POB 653
MOUNT AIRY, NC 27030-0653

Claim Number: 7830
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1000.00 |

---

PAHRUMP VALLEY TIMES,
SUITE A
2160 E CALVADA BLVD
PAHRUMP, NV 89048

Claim Number: 1130
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 | Allowed: | $400.00 |

---

PAIRETS INC,
136 140 N MAIN ST
FARMVILLE, VA 23901

Claim Number: 899
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105.77 | Scheduled: | $104.21 | Allowed: | $105.77 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PAKALAIS, SCOTT<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7162<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALESTINE HOMES INC<br>PO BOX 518<br>CROCKETT, TX 75835-0518 | | | Claim Number: 6065<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | |
| UNSECURED | Claimed: | $38844.17 | | | Allowed: | $10483.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALMER, LINDA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3491<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
| UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALMER, PRENTIS AND LANA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7163<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALMER, SHANNON<br>126 PRIMROSE DRIVE<br>MARSHFIELD, MO 65706 | | | Claim Number: 610<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $10000.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALMER, SHANNON<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2847<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PALMER, SHANNON<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7164<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

PALOMINO MOTEL,
DBA PALOMINO MOTEL
P O BOX 777
SANFORD, NC 27331

Claim Number: 2321
Claim Date: 02/28/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $10.00 | Scheduled: | $10.00 | Allowed: | $10.00 |
|---|---|---|---|---|---|---|

PALOMINO MOTEL,
DBA PALOMINO MOTEL
P O BOX 777
SANFORD, NC 27331

Claim Number: 2322
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

PALUMBO, PETER & MARIAN
C/O PAUL N. SANDLER
1800 CHAPEL AVENUE WEST, SUITE 301
ATTN: SANDLER & MARCHESINI PC
CHERRY HILL, NJ 08002

Claim Number: 3083
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $9027.68 |
|---|---|---|

PANAMA CITY MOBILE HOME ESTATES,
700 TRANSMITTER RD
PANAMA CITY, FL 32401

Claim Number: 5154
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $163.00 | Scheduled: | $276.00 DISP | Allowed: | $163.00 |
|---|---|---|---|---|---|---|

PANHANDLE TRANSPORT INC,
104 HORSEMANS ASSOCIATION RD
TALLAHASSEE, FL 32304

Claim Number: 3572
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7060.00 | Scheduled: | $7060.00 | Allowed: | $7060.00 |
|---|---|---|---|---|---|---|

PAPPAS, WILLIAM RICHARD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5936
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

PAQIUN, RUTH A.
1136 OLD TAR LANDING RAOD
JACKSONVILLE, NC 28540

Claim Number: 8582
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAQUIN, RUTH A.<br>1136 OLD TAR LANDING RD.<br>JACKSONVILLE, NC 28540 | | | Claim Number: 10154<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $500.00 | | | | | |
| PARADISE LAWN & LANDSCAPE MAINTENANCE,<br>PARADISE LAWN & LANDSCAPE<br>MAINTENANCE 59931 MINNTONKA CIR<br>BEND, OR 97702 | | | Claim Number: 3277<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1525.00 | Scheduled: | $1525.00 | Allowed: | $1525.00 |
| PARIS NEWS<br>DBA THE PARIS NEWS<br>P O BOX 1078<br>PARIS, TX 75461 | | | Claim Number: 671<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $455.10 | | | | | |
| PARIS UNIFORM RENTAL & SUPPLY<br>PO BOX 1043<br>DU BOIS, PA 15801 | | | Claim Number: 5342<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $376.98 | | | | | |
| PARISH SIGN & SERVICE, INC<br>P.O. BOX 766<br>RAEFORD, NC 28376 | | | Claim Number: 7919<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $200.50 | | | | | |
| PARISHER, ANN<br>150 GORDON AVE<br>NEW BERN, NC 28560 | | | Claim Number: 8056<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7444 (12/21/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $600.00 | | | | | |
| PARK VILLAGE ASSOCIATES<br>130 SOUTH GREENWICH #38<br>WICHITA, KS 67207 | | | Claim Number: 1453<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $190.00 | | | Allowed: | $190.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PARK, MARIE B.<br>2802 THERESA LANE<br>MOODY, TX 76557 | | | Claim Number: 5587<br>Claim Date: 03/27/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) | | | |
| SECURED | Claimed: | $60000.00 | | | | |
| UNSECURED | | | | | Allowed: | $2500.00 |
| PARK, MARIE B.<br>PO BOX 8221<br>WACO, TX 76714 | | | Claim Number: 6432<br>Claim Date: 03/27/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED | | | |
| SECURED | Claimed: | $60000.00 | | | | |
| PARKER APPRAISAL GROUP INC<br>PO BOX 2692<br>SMITHFIELD, NC 27577 | | | Claim Number: 8837<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | |
| PRIORITY | Claimed: | $1625.00 | | | | |
| UNSECURED | | | | | Allowed: | $925.00 |
| PARKER CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | | Claim Number: 6793<br>Claim Date: 04/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | | |
| SECURED | Claimed: | $15585.94 | | | | |
| PARKER CAD<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | | | Claim Number: 10818<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | | |
| ADMINISTRATIVE | Claimed: | $1925.66 UNLIQ | | | | |
| PARKER MHS<br>C/O KNUTE CHRISTIAN<br>PO BOX 1597<br>TUSCALOOSA, AL 35403 | | | Claim Number: 2123<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | | | |
| UNSECURED | Claimed: | $31550.00 | Scheduled: | $16350.00 | Allowed: | $16350.00 |
| PARKER, BILLY & JENNIFER<br>C/O D. NEIL HARRIS & ASSOCIATES PA<br>P.O. BOX 306<br>PASCAGOULA, MS 39568 | | | Claim Number: 10587<br>Claim Date: 09/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $8740.00 | | | | |

---

PARKER, BILLY AND JENNIFER
C/O D NEIL HARRIES & ASSOCIATES PA
PO BOX306
PASCAGOULA, MS 39568

Claim Number: 4975
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

---

PARKER, CARLA
14285 97TH LANE
LIVE OAK, FL 32060

Claim Number: 6092
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

PARKER, KEVIN L
PO 1736
WARSAW, VA 22572

Claim Number: 8001
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

PARKER, ROSALIE
C/O ANTHONY V ALBERTAZZI, PC
1070 NW BOND ST, SUITE 202
BEND, OR 97701

Claim Number: 6226
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

PARKER, TRENTON H., PRO SE,
CREDITOR-ASSIGNEE IN POSSESSION
PMB 222, 837 S. KUNER RD.
BRIGHTON, CO 80601

Claim Number: 7261
Claim Date: 05/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $250000.00 |
|---|---|---|

---

PARKIN ELECTRIC, INC,
14001 FIR STREET
OREGON CITY, OR 97045

Claim Number: 1826
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $170.50 | Scheduled: | $170.50 | Allowed: | $170.50 |
|---|---|---|---|---|---|---|

---

PARKIS, LYLE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5937
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PARKLANE MOBILE<br>DBA PARKLANE MOBILE EST<br>5255 S PARK AVE<br>TUCSON, AZ 85706 | | | Claim Number: 7895<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | | |
| PARKLANE MOBILE<br>DBA PARKLANE MOBILE EST<br>5255 S PARK AVE<br>TUCSON, AZ 85706 | | | Claim Number: 9279<br>Claim Date: 12/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4165 (06/18/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | | |
| PARKLANE MOBILE ESTATES<br>OAKWOOD ACCEPTANCE<br>5255 PARK AVE SPC 124<br>TUCSON, AZ 85706 | | | Claim Number: 9341<br>Claim Date: 01/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4165 (06/18/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3798.86 | | | | | |
| PARKVIEW OCCUPATIONAL MEDICINE<br>DBA PARKVIEW OCCUPATIONAL MEDICINE<br>9041 MAGNOLIA AVE STE 107 B<br>RIVERSIDE, CA 92503 | | | Claim Number: 6674<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $4056.00 | | | | | |
| PARRISH, RAYFORD A. JR.<br>1321 BETHLEHEM CHURCH ROAD<br>KNIGHTDALE, NC 27545 | | | Claim Number: 9838<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | | |
| ADMINISTRATIVE | Claimed: | $675.00 | | | | | |
| PARSONS MOBILE HOME SERVICE<br>682 MORNING STAR RD<br>CHURCH HILL, TN 37642 | | | Claim Number: 7966<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $1487.18 | | | | | |
| PARTNERS IN PLUMBING LP<br>PO BOX 10208<br>KILLEEN, TX 76547 | | | Claim Number: 2928<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $771.17 | | | Allowed: | $771.17 | |
| PARTNERS IN PLUMBING LP,<br>PO BOX 10208<br>KILLEEN, TX 76547 | | | Claim Number: 2927<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $313.71 | Allowed: | $313.71 | |

| PARTNERS IN PLUMBING LP,<br>PO BOX 10208<br>KILLEEN, TX 76547 | Claim Number: 2929<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55.42 | Allowed: | $55.42 |

| PARTNERS IN PLUMBING LP,<br>PO BOX 10208<br>KILLEEN, TX 76547 | Claim Number: 2930<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $286.81 | Allowed: | $286.81 |

| PARTY CAROUSEL L.L.C<br>903 NORTH SWAN ROAD<br>TUCSON, AZ 85711 | Claim Number: 1452<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| PRIORITY | Claimed: | $312.88 |

| PASADENA INDEPENDENT SCHOOL DISTRICT<br>4008 VISTA<br>SUITE 203-C<br>ATTN: L FREEMAN<br>PASADENA, TX 77504 | Claim Number: 6280<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
|---|---|---|
| UNSECURED | Claimed: | $3080.01 |

| PASQUOTANK COUN<br>PO BOX 529<br>ELIZABETH CITY, NC 27907 | Claim Number: 3856<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $362.23 | Allowed: | $362.23 |

| PASQUOTANK COUN,<br>PO BOX 529<br>ELIZABETH CITY, NC 27907 | Claim Number: 3857<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $362.23 | Scheduled: | $225.00 |

| PASQUOTANK COUNTY TAX COLLECTOR<br>P O BOX 586<br>ELIZABETH CITY, NC 27907-0586 | Claim Number: 8150<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $373.54 |

| PASQUOTANK COUNTY,<br>P.O.BOX 586<br>ELIZABETH CITY, NC 27907-0586 | Claim Number: 1087<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $354.58 | Scheduled: | $0.00 UNLIQ | Allowed: | $354.58 |

---

PAT ANDERSON FURNITURE,
DBA PAT ANDERSON FURNITURE
P O BOX 1801
KILGORE, TX 75663

Claim Number: 840
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $3971.71 | Scheduled: | $3971.71 | Allowed: | $3971.71 |
|---|---|---|---|---|---|---|

PATAR LLC,
1724 BALL MILL COURT
ATLANTA, GA 30338

Claim Number: 6834
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

PATE, LORETTA L. AND JAMES PATE
PAMELA FISK
901 N. STATE LINE AVE.
TEXARKANA, TX 75501

Claim Number: 7572
Claim Date: 07/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PATE, LORETTA L. AND JAMES PATE
PAMELA FISK
901 N. STATE LINE AVE.
TEXARKANA, TX 75501

Claim Number: 7571
Claim Date: 07/07/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PATE, LORETTA L. AND JAMES PATE
PAMELA FISK
901 N. STATE LINE AVE.
TEXARKANA, TX 75501

Claim Number: 7570
Claim Date: 07/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PATE, LORETTA L. AND JAMES PATE
PAMELA FISK
901 N. STATE LINE AVE.
TEXARKANA, TX 75501

Claim Number: 7573
Claim Date: 07/07/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PATRICK INDUSTRIES, INC.
ATTN: ANDY NEMETH
PO BOX 638
ELKHART, IN 46515

Claim Number: 8995
Claim Date: 11/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| ADMINISTRATIVE | Claimed: | $127638.93 |
|---|---|---|

PATRICK INDUSTRIES, INC.
ATTN: ANDY NEMETH
PO BOX 638
ELKHART, IN 46515

Claim Number: 8996
Claim Date: 11/25/2003
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| ADMINISTRATIVE | Claimed: | $127638.93 |
|---|---|---|

---

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 8997<br>Claim Date: 11/25/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 8998<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 8999<br>Claim Date: 11/25/2003<br>Debtor: CREST CAPITAL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9000<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9001<br>Claim Date: 11/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93<br>UNSECURED | | Allowed: | $97638.93 |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9002<br>Claim Date: 11/25/2003<br>Debtor: GOLDEN WEST LEASING, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9014<br>Claim Date: 11/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $127638.93 | | | |

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9015<br>Claim Date: 11/25/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9016<br>Claim Date: 11/25/2003<br>Debtor: HOME SERVICE CONTRACT, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9017<br>Claim Date: 11/25/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9018<br>Claim Date: 11/25/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9019<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9020<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $127638.93

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9688<br>Claim Date: 05/03/2004<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

ADMINISTRATIVE        Claimed:        $7045.00

| PATRICK INDUSTRIES, INC.<br>ATTN: ANDY NEMETH<br>PO BOX 638<br>ELKHART, IN 46515 | Claim Number: 9700<br>Claim Date: 04/30/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

ADMINISTRATIVE        Claimed:        $7045.00

| | | | | | |
|---|---|---|---|---|---|
| PATRICK, TERESA E.<br>PO BOX 451<br>CLAYTON, AL 36016 | | Claim Number: 5027<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| PATRICK, TERESA E.<br>PO BOX 451<br>CLAYTON, AL 36016 | | Claim Number: 9306<br>Claim Date: 12/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $2000.00 | | Allowed: | $2000.00 |
| PATRIOT SALES, INC.<br>TRANSFEROR: WILSON, TODD D. & KELLY<br>C/O STEVEN K. LIKE<br>307 MAIN STREET<br>ELKHART, IN 46516 | | Claim Number: 5584<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8312 (11/17/2005) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $25000.00 |
| PATTERSON BUSIN<br>PO BOX 1243<br>CHARLOTTE, NC 28201 | | Claim Number: 4147<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $682.78 | | Allowed: | $682.78 |
| PATTERSON, JULIAN<br>7212 EAST WASHINGTON STREET<br>MEBANE, NC 27302 | | Claim Number: 9189<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | |
| ADMINISTRATIVE | Claimed: | $3685.00 | | | |
| PATTERSON, MARY H.<br>2887 CENTERGROVE RD<br>KANNAPOLIS, NC 28083 | | Claim Number: 3921<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1125.00 DISP | |
| PATTERSON, MARY H.<br>2887 CENTERGROVE RD.<br>KANNAPOLIS, NC 82083 | | Claim Number: 7674<br>Claim Date: 08/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
| SECURED<br>UNSECURED | Claimed: | $0.00 UNDET | | Allowed: | $1125.00 |

---

PAUKNER, MICHAEL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7165
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

PAUL BILLINGSLEY
C/O PAUL BILLINGSLEY
1000 N. JEFFERSON CT.
HAMMOND, LA 70401

Claim Number: 6111
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70000.00 UNLIQ |

PAUL CHRISTOPHER J
808 BRANTENBURG WAY
LUTZ, FL 33549

Claim Number: 4344
Claim Date: 03/21/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | Scheduled: | $4650.00 | |
| UNSECURED | Claimed: | $24734.64 | Scheduled: | $23069.88 | |

PAUL L. BILLINGSLEY, LTD.
C/O PAUL BILLINGSLEY
1000 N. JEFFERSON CT.
HAMMOND, LA 70401

Claim Number: 6870
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70000.00 UNLIQ |

PAUL M MILLBURN ACREAGES
834 N KICKAPOO
SHAWNEE, OK 74801

Claim Number: 1869
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $2291.80 |

PAUL SANDLER ESQ.
ATTORNEY FOR RECOVERY SERV. INT'L
SANDLER & MARCHESINI PC
1800 CHAPEL AVE. W. STE 301
CHERRY HILL, NJ 08002

Claim Number: 7792
Claim Date: 09/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5777.68 | | Allowed: | $5777.68 |

PAUL WINKLER IN
P. O. BOX 721
SPRINGFIELD, OR 97477

Claim Number: 4363
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1750.00 | | | | |
| UNSECURED | | | Scheduled: | $7100.82 | Allowed: | $5483.32 |

---

PAUL WINKLER INC.
P.O. BOX 721
SPRINGFIELD, OR 97477

Claim Number: 10515
Claim Date: 07/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| UNSECURED | Claimed: | $8950.82 | | |
|---|---|---|---|---|

---

PAUL, AARON & MELISSA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7058
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

PAULINO GARDENS, INC.
6300 NO. BROADWAY
DENVER, CO 80216-1035

Claim Number: 9543
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $341.36 | | |
|---|---|---|---|---|

---

PAULS PLUMBING & HEATING
911 HWY 494
NATCHITOCHES, LA 71457

Claim Number: 907
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $203.28 | Allowed: | $203.28 |
|---|---|---|---|---|

---

PAVEMENT SPECIALTIES OF IDAHO, INC.
4850 HENRY ST
BOISE, ID 83709

Claim Number: 3615
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $130.00 | Allowed: | $130.00 |
|---|---|---|---|---|

---

PAWLESS DIANE L
RT.1 BOX 278
CLEVELAND, OK 74020

Claim Number: 3587
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

---

PAYMASTER, HOUSTON
CHECK & FORMS HANDLING EQUIPMENT
217 WEST ECHO GLEN DR.
HOUSTON, TX 77076-2001

Claim Number: 499
Claim Date: 02/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Allowed: | $248.98 |
|---|---|---|---|---|

| PAYTON, KELVIN<br>STEVEN K. KORTANEK, ESQ.<br>919 N MARKET ST<br>SUITE 100<br>WILMINGTON, DE 19801 | | | Claim Number: 7446<br>Claim Date: 06/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | |
| UNSECURED | Claimed: | $1256.25 | |

| PCCA<br>PO BOX 519<br>MOUNT VERNON, WA 98273 | | | Claim Number: 9378<br>Claim Date: 02/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|---|---|
| UNSECURED | Claimed: | $386.78 | |

| PEAKE, PATRICIA<br>317 SHIRWAY ROAD<br>LEXINGTON, SC 29073 | | | Claim Number: 9848<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $836.00 | |

| PEAKLOAD INC OF AMERICA<br>PO BOX 4346 DEPT 248<br>HOUSTON, TX 77210 | | | Claim Number: 1800<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| UNSECURED | Claimed: | $3796.92 | |

| PEARMAN RICHARD M JR<br>PO BOX 3563<br>GREENSBORO, NC 27402 | | | Claim Number: 4271<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|---|---|
| UNSECURED | Claimed: | $3675.00 | |

| PEARMAN, RICAHRD M JR<br>PO. BOX 3563<br>GREENSBORO, NC 27402 | | | Claim Number: 4272<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|---|---|
| UNSECURED | Claimed: | $1200.00 | |

| PEARSON BALLARD TATE<br>PO BOX 2669<br>CANDLER, NC 287152669 | | | Claim Number: 3389<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|---|---|
| PRIORITY | Claimed: | $1375.00 | |
| UNSECURED | | | Scheduled: $3555.00    Allowed: $1375.00 |

---

PEARSON, FANNIE
C/O MCCORQUODALE & MCCORQUODALE
P.O. DRAWER 1137
JACKSON, AL 36545

Claim Number: 4380
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $400000.00 |

---

PEARSON, JOSEPH R
525 S CLAUSE DR
BREAUX BRIDGE, LA 70517

Claim Number: 8975
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $54.00 | | | Allowed: | $50.00 |

---

PEBBLE CREEK FU,
PO BOX 1081
MORRISTOWN, TN 37816-1081

Claim Number: 5488
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3719.00 | Scheduled: | $3719.00 | Allowed: | $3719.00 |

---

PECTOL, PAT & PERRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7059
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

PEEBLES MESSENGER,
PO BOX 573
PEEBLES, OH 45660

Claim Number: 1838
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $40.00 | Scheduled: | $40.00 | Allowed: | $40.00 |

---

PEEBLES MESSENGER,
PO BOX 573
PEEBLES, OH 45660

Claim Number: 1837
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $169.00 | Scheduled: | $169.00 | Allowed: | $169.00 |

---

PEEK, LEIGH A.
129 E TRYON ST
PO BOX 1529
ATTN: COLEMAN GLEDHILL & HARGRAVE
HILLSBOROUGH, NC 27278

Claim Number: 7779
Claim Date: 09/16/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7574.23 | | Allowed: | $7574.23 |

---

---

PEEPLES, MARIE B
838 LOUIS BENNETT RD
ANGUILLA, MS 38721

Claim Number: 10784
Claim Date: 10/14/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

PEEPLES, MARIE B
838 LOUIS BENNETT RD
ANGUILLA, MS 38721

Claim Number: 10835
Claim Date: 02/21/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $236.00 |
|---|---|---|

---

PEEWEE'S MOBILE HOME MOVES
404 BELL TOWN RD.
BEDFORD, VA 24523

Claim Number: 10314
Claim Date: 06/10/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $4238.00 |
|---|---|---|

---

PEEWEES MOBILE HOME MOVERS,
DBA PEEWEES MOBILE HOME MOVERS
1404 BELLTOWN RD
BEDFORD, VA 24523

Claim Number: 2096
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $4238.00 |
|---|---|---|---|---|

---

PELL CITY
1905 FIRST AVENUE NORTH
PELL CITY, AL 35125

Claim Number: 9317
Claim Date: 01/15/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4165 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

PEMBROOK OCCUPATIONAL HEALTH
2307 N PARHAM RD.
RICHMOND, VA 23229

Claim Number: 9121
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1957.00 | | Allowed: | $694.00 |
|---|---|---|---|---|---|

---

PEMBROOKE OCCUPATIONAL HEALTH INC,
INC-MN
2307 N PARHAM RD
RICHMOND, VA 23229

Claim Number: 9122
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/16/2006)

| ADMINISTRATIVE | Claimed: | $1725.79 | | Allowed: | $1250.79 |
|---|---|---|---|---|---|

---

PEMBROOKE OCCUPATIONAL HEALTH-TN
2307 N PARHAM RD
RICHMOND, VA 23229

Claim Number: 5287
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $9583.15 | Scheduled: | $5037.95 |
|---|---|---|---|---|

---

PENA JR, DANIEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5938
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

PENDER CO TAX COLLECTOR
PO BOX 1047
BURGAW, NC 28425

Claim Number: 9152
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2179.20 |

PENDER COUNTY TAX COLLECTIONS
PO BOX 366
BURGAW, NC 28425

Claim Number: 6842
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $978.76 |

PENDER COUNTY TAX COLLECTIONS
PO BOX 366
BURGAW, NC 28425

Claim Number: 346
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $465.53 |

PENDER COUNTY TAX COLLECTIONS
PO BOX 1047
BURGAW, NC 28425

Claim Number: 8430
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2179.20 |

PENDER COUNTY TAX COLLECTIONS
PO BOX 1047
BURGAW, NC 28425

Claim Number: 9698
Claim Date: 04/30/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1274.03 |

PENDLETON, REGINA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3189
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50000.00 | | |
| UNSECURED | | | Allowed: | $14517.16 |

---

| PENN EQUIPMENT,<br>100 WINDMILL HILL<br>PO BOX 86<br>BURNHAM, PA 17009 | Claim Number: 1095<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $2717.28 | Scheduled: | $2717.28 | Allowed: | $2717.28 |
|---|---|---|---|---|---|---|

---

| PENNINGTON, HAZEL<br>5827 TIM DONALD RD<br>JUSTIN, TX 76247 | Claim Number: 9108<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | Claim Number: 455<br>Claim Date: 01/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $225.00 |
|---|---|---|
| SECURED | Claimed: | $911.00 |
| UNSECURED | Claimed: | $80.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | Claim Number: 7670<br>Claim Date: 07/30/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $800.00 |
|---|---|---|
| SECURED | Claimed: | $911.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | Claim Number: 7672<br>Claim Date: 07/30/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $3384.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | Claim Number: 7677<br>Claim Date: 08/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $3354.00 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | Claim Number: 7678<br>Claim Date: 08/05/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $800.00 |
|---|---|---|
| SECURED | Claimed: | $911.00 |

---

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKPUTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | | Claim Number: 10875<br>Claim Date: 05/01/2007<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8878 (02/19/2008) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $329.00 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPT OF REVENUE,<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0496 | | Claim Number: 401<br>Claim Date: 01/21/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $72491.02 |
| SECURED | Claimed: | $3025.00 |
| UNSECURED | Claimed: | $38856.73 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPT OF REVENUE,<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG, PA 17128-0496 | | Claim Number: 402<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $72491.02 |
| SECURED | Claimed: | $3025.00 |
| UNSECURED | Claimed: | $38856.73 |

| | | |
|---|---|---|
| PENNSYLVANIA ONE CALL SYSTEM INC<br>925 IRWIN RUN RD<br>WEST MIFFLIN, PA 15122 | | Claim Number: 3315<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | Allowed: | $50.00 |

| | | |
|---|---|---|
| PENNY NORTH SHAUL<br>JUST LAW OFFICE<br>PO BOX 50271<br>IDAHO FALLS, ID 83405-0271 | | Claim Number: 4465<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1345.73 |

| | | |
|---|---|---|
| PENNY PINCHER<br>DBA PENNY PINCHER<br>PO BOX 105<br>MACON, GA 312020105 | | Claim Number: 2794<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $834.75 | Allowed: | $834.75 |

| | | |
|---|---|---|
| PENSKE TRUCK LEASING<br>PO BOX 301<br>READING, PA 19603 | | Claim Number: 6847<br>Claim Date: 04/18/2003<br>Debtor: NEW DIMENSION HOMES, INC<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $65431.01 |

PENSKE TRUCK LEASING CO., L.P.
C/O THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 7681
Claim Date: 08/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $143987.01 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 7682
Claim Date: 08/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $143987.01 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 7683
Claim Date: 08/07/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $143987.01 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THE THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 8274
Claim Date: 11/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $23409.82 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THE THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 8275
Claim Date: 11/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $23409.82 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THE THEODORE J. TACCONELLI, ESQ.
FERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 8276
Claim Date: 11/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $23409.82 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THEODORE J. TACCONELLI, ESQ.
PERRY, JOSEPH & PEARCE, P.A.
824 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 10652
Claim Date: 11/22/2004
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $18799.67 |
|---|---|---|

PENSKE TRUCK LEASING CO., L.P.
C/O THEODORE J. TACCONELLI, ESQ.
FERRY, JOSPEH & PEARCE, P.A.
821 MARKET STREET, P.O. BOX 1351
WILMINGTON, DE 19899

Claim Number: 10653
Claim Date: 11/22/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $18799.67 |
|---|---|---|

---

PENSKE TRUCK LEASING CO., L.P.  
C/O THEODORE J. TACCONELLI, ESQ.  
FERRY, JOSEPH & PEARCE, P.A.  
824 MARKET STREET, P.O. BOX 1351  
WILMINGTON, DE 19899  

Claim Number: 10654  
Claim Date: 11/22/2004  
Debtor: OAKWOOD HOMES CORPORATION  

| ADMINISTRATIVE | Claimed: | $18799.67 |
|---|---|---|

---

PENTON, LORI  
C/O PERRY ZIVLEY JR.  
909 FANNIN SUITE #1150  
HOUSTON, TX 77010  

Claim Number: 6560  
Claim Date: 04/14/2003  
Debtor: OAKWOOD HOMES CORPORATION  
Comments: WITHDRAWN  
DOCKET: 7504 (02/02/2005)  

| UNSECURED | Claimed: | $157500.00 |
|---|---|---|

---

PEOPLE NEWS  
P O BOX 3921  
CLEVELAND, TN 37320  

Claim Number: 9798  
Claim Date: 05/10/2004  
Debtor: OAKWOOD MOBILE HOMES, INC.  
Comments: EXPUNGED  
DOCKET: 4213 (08/13/2004)  

| ADMINISTRATIVE | Claimed: | $140.00 |
|---|---|---|

---

PEOPLE SENTINEL  
DBA:THE PEOPLE SENTINEL  
P O BOX 1255  
BARNWELL, SC 29812  

Claim Number: 6334  
Claim Date: 04/02/2003  
Debtor: OAKWOOD HOMES CORPORATION  
Comments: EXPUNGED  

| UNSECURED | Claimed: | $393.71 |
|---|---|---|

---

PEPLOWSKI, LARRY J.  
D/B/A PAPA'S DIRT WORKES  
HCR 31  BOX 866  
SANDY VALLEY, NV 89019  

Claim Number: 10041  
Claim Date: 05/21/2004  
Debtor: OAKWOOD HOMES CORPORATION  

| ADMINISTRATIVE | Claimed: | $6685.00 |
|---|---|---|

---

PEPPER FAYE H,  
3140 EVERETTS SCHOOL RD  
ROANOKE RAPIDS, NC 27870  

Claim Number: 1131  
Claim Date: 02/19/2003  
Debtor: OAKWOOD MOBILE HOMES, INC.  

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

---

PEPPER FAYE H,  
3140 EVERETTS SCHOOL RD  
ROANOKE RAPIDS, NC 27870  

Claim Number: 7829  
Claim Date: 11/03/2003  
Debtor: OAKWOOD HOMES CORPORATION  
Comments: EXPUNGED  

| ADMINISTRATIVE | Claimed: | $75.00 |
|---|---|---|

---

PEPPER, FAYE H.  
3140 EVERETTS SCHOOL ROAD  
ROANOKE RAPIDS, NC 27870  

Claim Number: 9729  
Claim Date: 05/06/2004  
Debtor: OAKWOOD HOMES CORPORATION  
Comments: EXPUNGED  
DOCKET: 4214 (07/30/2004)  

| ADMINISTRATIVE | Claimed: | $75.00 |
|---|---|---|

---

| | | |
|---|---|---|
| PEPPER, FAYE H.<br>3140 EVERETTS SCHOOL ROAD<br>ROANOKE RAPIDS, NC 27870 | Claim Number: 10195<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |

| ADMINISTRATIVE | Claimed: | $75.00 |
|---|---|---|

| | | |
|---|---|---|
| PEREZ JACQUELINE,<br>439 HIGHVIEW RANCH DR<br>CEDAR CREEK, TX 78612 | Claim Number: 1985<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| PRIORITY | Claimed: | $2175.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1605.00 |

| | | |
|---|---|---|
| PEREZ SR, ARNULFO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5941<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| | | |
|---|---|---|
| PEREZ, ORALIA B.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5939<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| PEREZ, SAUL M.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5940<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| | | |
|---|---|---|
| PERFECT WORD REPORTING & VIDEO<br>PO BOX 8243<br>BEND, OR 97708 | Claim Number: 9181<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | |

| ADMINISTRATIVE | Claimed: | $280.75 |
|---|---|---|

| | | |
|---|---|---|
| PERFECT WORD REPORTING & VIDEO,<br>PO BOX 8243<br>BEND, OR 97708 | Claim Number: 2248<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | |

| UNSECURED | Claimed: | $280.75 | Scheduled: | $280.75 | Allowed: | $280.75 |
|---|---|---|---|---|---|---|

---

PERICO'S CONSTRUCTION
PO BOX 5471
YUMA, AZ 85366

Claim Number: 10348
Claim Date: 06/14/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1775.00 |
|---|---|---|

---

PERICOS GENERAL CONSTRUCTION
PO BOX 5471
YUMA, AZ 85366

Claim Number: 8037
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1775.00 |
|---|---|---|

---

PERICOS GENERAL CONSTRUCTION,
PO BOX 5471
YUMA, AZ 85366

Claim Number: 2488
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1775.00 | Scheduled: | $1775.00 | Allowed: | $1775.00 |
|---|---|---|---|---|---|---|

---

PERKINS FURNITURE
642 E. HOUSTON
JASPER, TX 75951

Claim Number: 9652
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $400.47 |
|---|---|---|

---

PERKINS, JOHNNY & MINDY
5152 PERKINS STREET
LAFITTE, LA 70067

Claim Number: 10687
Claim Date: 01/03/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| UNSECURED | Claimed: | $3662.00 |
|---|---|---|

---

PERKINS, LINDA
THOMAS WELLS
1254 DORCHESTER DR
ALEXANDRIA, LA 71303

Claim Number: 7504
Claim Date: 06/30/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $5800.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

PERLMAN, CYNTHIA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5942
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $806.25 UNLIQ |

---

---

PERRY COUNTY CONCRETE,
10915 TUNNELL HILL RD
NEW LEXINGTON, OH 437649424

Claim Number: 3878
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $641.46 | Scheduled: | $582.72 | Allowed: | $641.46 |

PERRY COUNTY TREASURER
PO BOX 288
NEW LEXINGTON, OH 43764

Claim Number: 8815
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $46.24 |

PERRY TERRELL LEE
PO BOX 14
TREVILIANS, VA 23170

Claim Number: 4869
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1150.00 |

PERRY, JONES A
215 LANE CR
PULASKI, TN 38478

Claim Number: 2771
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

---

| UNSECURED | Claimed: | $0.00 UNDET |

PERRY, NONA D.
P.O. BOX 1532
WENDELL, NC 27591

Claim Number: 10450
Claim Date: 06/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

PERSINGER SUPPLY COMPANY
PO BOX 188
PRICHARD, WV 25555-0188

Claim Number: 9500
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

---

| ADMINISTRATIVE | Claimed: | $5831.45 |

PERSINGER SUPPLY COMPANY,
PO BOX 188
PRICHARD, WV 25555

Claim Number: 792
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $5831.45 | Scheduled: | $3482.88 |

PERSINGER SUPPLY COMPANY,
PO BOX 188
PRICHARD, WV 25555

Claim Number: 7870
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $1249.62 |

---

PERSON COUNTY T
P O BOX 1701
ROXBORO, NC 27573

Claim Number: 3890
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $262.26 | | | Allowed: | $252.12 |

---

PERSON COUNTY TAX COLLECTOR
PO BOX 1701
ROXBORO, NC 27573

Claim Number: 9894
Claim Date: 05/18/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $345.53 |

---

PERSON COUNTY TAX COLLECTOR
PO BOX 1701
ROXBORO, NC 27573

Claim Number: 9895
Claim Date: 05/18/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2224.33 |

---

PERSON COUNTY,
P O BOX 1701
ROXBORO, NC 27573

Claim Number: 3889
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $468.52 | | | Allowed: | $247.88 |
| UNSECURED | Claimed: | $340.26 | | | | |

---

PERSON COUNTY,
P O BOX 1701
ROXBORO, NC 27573

Claim Number: 8607
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3777.32 |

---

PERSONNEL PLUS
P O BOX 6111
TWIN FALLS, ID 83303

Claim Number: 1755
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1245.02 | | | Allowed: | $1245.02 |

---

PERSONNEL SAFETY ENTERPRISES INC,
P O BOX 2487
FLAGSTAFF, AZ 86003

Claim Number: 1143
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30.00 | Scheduled: | $30.00 | Allowed: | $30.00 |

---

---

PESEK, JESSE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5943
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | | |

---

PESHOFF MICHELE L
PO BOX 191
CREOLE, LA 706320191

Claim Number: 1418
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 2282 (11/04/2003)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1944.91 |

---

PETAL ADVOCTE
DBA THE PETAL ADVOCATE
C/O HOLLY RAMBIN
1387 STONE ROAD
CHARLESTON, WV 25314

Claim Number: 8812
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $96.00 |

---

PETER HAVAS
533 SOUTH OATES ST
DOTHAN, AL 36302

Claim Number: 5551
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $120550.19 |

---

PETER MOOTE LAW FIRM
PO BOX 625
FREELAND, WA 98249

Claim Number: 5370
Claim Date: 03/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15831.75 | | | | |
| UNSECURED | | | Scheduled: | $15831.75 | Allowed: | $15831.75 |

---

PETERSON, ROGER JAY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5944
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $8468.69 UNLIQ |

---

PETES MOBILE HOME SERVICE,
DBA PETES MOBILE HOME SERVICE
73 VOGEL CIRCLE
ARNOLD, MO 63010

Claim Number: 848
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1235.00 | Scheduled: | $1235.00 | Allowed: | $1235.00 |

| | |
|---|---|
| PETRANDIS MORTGAGE & INVESTMENTS INC,<br>4178 APALACHEE PKWY<br>TALLAHASSEE, FL 32301 | Claim Number: 7867<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

ADMINISTRATIVE        Claimed:            $1200.00

| | |
|---|---|
| PETREE, WALTER FRANK<br>406 BLUR RIDGE AVE<br>ELKIN, NC 28621 | Claim Number: 3708<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |

PRIORITY              Claimed:            $0.00 UNDET
UNSECURED                                 Scheduled:        $4500.00

| | |
|---|---|
| PETTUS, JAMES & LARAYNE<br>C/O JAMES REBARCHAK, ESQ.<br>ATTN: MILLER, HAMILTON, SNIDER & ODOM<br>254 STATE ST<br>MOBILE, AL 36603 | Claim Number: 4511<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |

UNSECURED            Claimed:          $250000.00

| | |
|---|---|
| PETTUS, JAMES & LARAYNE<br>C/O JAMES RABARCHAK, ESQ.<br>MILLER, HAMILTON, SNIDER & ODOM<br>254 STATE STREET<br>MOBILE, AL 36603 | Claim Number: 10571<br>Claim Date: 09/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED            Claimed:           $25000.00

| | |
|---|---|
| PHARR - SAN JUAN-ALAMO ISD<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 8646<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

SECURED              Claimed:            $2135.20 UNLIQ

| | |
|---|---|
| PHARR - SAN JUAN-ALAMO ISD<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 8647<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |

ADMINISTRATIVE        Claimed:            $944.59 UNLIQ

| | |
|---|---|
| PHARR-SAN JUAN ALAMO ISD<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741), PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 225<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |

SECURED              Claimed:            $4540.30

| | | | | | | |
|---|---|---|---|---|---|---|
| PHAUX CO<br>DBA PHAUX CO<br>PO BOX 299<br>KIRTLAND, NM 87417 | | | Claim Number: 8123<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |
| ADMINISTRATIVE | Claimed: | $900.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHELPS DODGE BAGDAD, INC.<br>CB RICHARD ELLIS AND MANAGING AGENTS<br>P.O. BOX 202<br>BAGDAD, AZ 86321 | | | Claim Number: 10552<br>Claim Date: 07/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | | | |
| ADMINISTRATIVE | Claimed: | $1528.86 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHIL STERLING HOME SERVICE INC,<br>17230 BECK ROAD<br>DALLAS, OR 97338 | | | Claim Number: 1332<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY | Claimed: | $5850.00 | | | | |
| UNSECURED | | | Scheduled: | $6000.00 | Allowed: | $3350.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHILCO & ASSOC INC-OR,<br>1370 TANDEM AVE NE<br>SALEM, OR 97303 4106 | | | Claim Number: 7563<br>Claim Date: 07/07/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $64038.93 | Scheduled: | $63337.00 DISP | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHILIPS PRODUCTS<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5118<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | |
| UNSECURED | Claimed: | $3993.62 | Scheduled: | $2771.14 | Allowed: | $2253.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHILIPS PRODUCTS<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5121<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | |
| UNSECURED | Claimed: | $4030.17 | Scheduled: | $7093.17 | Allowed: | $1723.92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHILIPS PRODUCTS<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5178<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | |
| UNSECURED | Claimed: | $6085.76 | Scheduled: | $3915.74 | Allowed: | $6085.76 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PHILIPS PRODUCTS<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5183<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $2924.59 | | | | Allowed: | $1985.89 |
| PHILIPS PRODUCTS - TX<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5181<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $3616.00 | Scheduled: | $2941.62 | | Allowed: | $1777.48 |
| PHILIPS PRODUCTS-AZ,<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5179<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $7958.28 | Scheduled: | $5444.91 | | Allowed: | $7891.35 |
| PHILIPS PRODUCTS-IN,<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5176<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $5557.60 | Scheduled: | $4734.05 | | Allowed: | $3362.76 |
| PHILIPS PRODUCTS-IN,<br>PO BOX 360899<br>PITTSBURGH, PA 15251 6899 | | | Claim Number: 5119<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $146935.90 | Scheduled: | $245960.26 | | Allowed: | $126539.53 |
| PHILIPS PRODUCTS-NC,<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5182<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $13367.68 | Scheduled: | $12583.07 | | Allowed: | $12053.86 |
| PHILIPS PRODUCTS-NC,<br>PO BOX 360899<br>PITTSBURGH, PA 15251 | | | Claim Number: 5120<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $180758.05 | Scheduled: | $180098.90 | | Allowed: | $168141.97 |
| PHILIPS PRODUCTS-OR,<br>PO BOX 102006<br>ATLANTA, GA 30368-2006 | | | Claim Number: 5177<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
| UNSECURED | Claimed: | $9122.67 | Scheduled: | $3271.32 | | Allowed: | $8630.87 |

---

PHILIPS PRODUCTS-PA,
P.O. BOX 102006
ATLANTA, GA 30368-2006

Claim Number: 5175
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3415.27 | Scheduled: | $1588.00 | Allowed: | $3361.11 |

---

PHILIPS PRODUCTS-PA,
PO BOX 1020056
ATLANTA, GA 30368-2006

Claim Number: 5174
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15763.80 | Scheduled: | $154514.95 |

---

PHILIPS PRODUCTS-TX,
PO BOX 102006
ATLANTA, GA 30368-2006

Claim Number: 5180
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54654.21 | Scheduled: | $53726.17 | Allowed: | $49392.12 |

---

PHILLIPS 66 COMPANY
CONOCO PHILLIPS
POB 27288
TEMPE, AZ 852857288

Claim Number: 701
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3668.07 |

---

PHILLIPS II, KERMIT G.
P.O. BOX 9515
GREENSBORO, NC 27429

Claim Number: 5420
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

PHILLIPS II, KERMIT G.
PO BOX 9515
GREENSBORO, NC 27429

Claim Number: 5626
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

PHILLIPS II, KERMIT G.
PO BOX 9515
GREENSBORO, NC 27429

Claim Number: 6372
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

---

PHILLIPS, ADRIANE
C/O GODWIN, ROSEMARY
TWO HANOVER SQUARE, SUITE 2130
RALEIGH, NC 27601

Claim Number: 6269
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| UNSECURED | Claimed: | $15000.00 | | |
|---|---|---|---|---|

---

PHILLIPS, ADRIANE
C/O ROSEMARY GODWIN
TWO HANOVER SQUARE, SUITE 2130
RALEIGH, NC 27601

Claim Number: 8792
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $15000.00 | | |
|---|---|---|---|---|

---

PHILLIPS, BETTY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4256
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $15000.00 | Allowed: | $4355.15 |
|---|---|---|---|---|

---

PHILLIPS, DARYL
912 4TH ST. N.W.
MOULTRIE, GA 31768

Claim Number: 3324
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

PHILLIPS, ROSA MARIE
C/O DAVID R. BARLOW
1125 GRAND BLVD., STE 2020
KANSAS CITY, MO 64106

Claim Number: 7591
Claim Date: 07/07/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $15210.00 | | |
|---|---|---|---|---|

---

PHILLIPS, ROSE MARIE
C/O DAVID R. BARLOW
1125 GRAND BLVD., SE 2020
KANSAS CITY, MO 64106

Claim Number: 7580
Claim Date: 07/09/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| UNSECURED | Claimed: | $15210.00 | Allowed: | $7500.00 |
|---|---|---|---|---|

---

PHIPPS-TABER, AMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7060
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

PHOENIX EMPLOYMENT GUIDE
UNITED ADVERTISNG MEDIA
C/O CYNTHIA GALBRECHT
100 WEST PLUME STREET
NORFOLK, VA 23510

Claim Number: 46
Claim Date: 12/16/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $395.00 | Allowed: | $395.00 |
|---|---|---|---|---|

---

PICARD REALTY INVESTMENTS LLC
244 WOODHILL DR
MOBILE, AL 36608

Claim Number: 5222
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 DISP | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

---

PICARD REALTY INVESTMENTS LLC
244 WOODHILL DR
MOBILE, AL 36608

Claim Number: 5221
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 DISP | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

---

PICARD REALTY INVESTMENTS LLC
244 WOODHILL DR
MOBILE, AL 36608

Claim Number: 5223
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE PRIORITY | Claimed: | $750.00 | | | Allowed: | $750.00 |
|---|---|---|---|---|---|---|

---

PICKENS CO TAX COLLECTOR
214 EAST MAIN STREET
PO BOX 431
PICKENS, SC 29671

Claim Number: 2059
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1740.37 |
|---|---|---|

---

PIEDMONT GEOTECHNICAL INC PA
3855 REDBUD RD
HAW RIVER, NC 27258

Claim Number: 5086
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2219.17 |
|---|---|---|

---

PIEDMONT LAND SURVEYING, LLC
3416 VIRGINIA AVE., STE 5
COLLINSVILLE, VA 24078

Claim Number: 9506
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $353.58 |
|---|---|---|

---

PIEDMONT NATUR,
P O BOX 33068
CHARLOTTE, NC 28233-3068

Claim Number: 2364
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $152.29 | Scheduled: | $200.70 |
|---|---|---|---|---|

---

PIEDMONT NATURAL GAS CO-NC
PO BOX 609
SALISBURY, NC 28144

Claim Number: 1887
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $7322.80 | Scheduled: | $2723.37 | Allowed: | $4285.00 |
|---|---|---|---|---|---|---|

PIERCE COUNTY PUBLIC WORKS AND UTILITIES
ATTN: MARGARET KNIGHT
9850 64TH ST W.
UNIVERSITY PLACE, WA 98467

Claim Number: 503
Claim Date: 02/10/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $84.13 |
|---|---|---|
| UNSECURED | Claimed: | $49.74 |

PIERCE COUNTY, ATTN: RON ROCKWELL
PIERCE CO BUDGET & FINANCE
PO BOX 11621
TACOMA, WA 98411

Claim Number: 4993
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $70.28 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $844.98 |

PIERCE COUNTY, ATTN: RON ROCKWELL
PIERCO CO BUDGET & FINANCE
PO BOX 11621
TACOMA, WA 98411

Claim Number: 4994
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $82.10 |
|---|---|---|

PIERCE COUNTY, ATTN: RON ROCKWELL
PIERCE CO BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411

Claim Number: 4995
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $846.42 |
|---|---|---|

PIERCE COUNTY, ATTN: RON ROCKWELL
PIERCE CO BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411

Claim Number: 4996
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $3153.86 | Allowed: | $858.48 |
|---|---|---|---|---|

PIERCE COUNTY, ATTN: RON ROCKWELL
PIERCE CO BUDGET & FINANCE
P.O. BOX 11621
TACOMA, WA 98411

Claim Number: 4997
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $2096.90 |
|---|---|---|

| PIERCE COUNTY, ATTN: RON ROCKWELL<br>PO BOX 11620<br>TACOMA, WA 98411 | Claim Number: 4998<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| PRIORITY | Claimed: | $3396.19 |

| PIERCE COUNTY, ATTN: RON ROCKWELL<br>PIERCE CO BUDGET & FINANCE<br>P.O. BOX 11621<br>TACOMA, WA 98411 | Claim Number: 4999<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| PRIORITY | Claimed: | $1053.86 |

| PIKAS, JOSEPH L.<br>3115 MESQUITE DR<br>SUGAR LAND, TX 77479-1863 | Claim Number: 9594<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| ADMINISTRATIVE | Claimed: | $3083.43 |

| PIKAS, JOSEPH L.<br>3115 MESQUITE DR<br>SUGAR LAND, TX 77479-1863 | Claim Number: 9790<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $3083.43 |

| PIKES PEAK GROUP, LLC<br>DBA SHANGRI-LA M.H.P.<br>3526 N. CASCADE AVE.<br>COLORADO SPRINGS, CO 80907 | Claim Number: 10513<br>Claim Date: 07/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $585.10 |

| PILCHER ENTERPRISES INC,<br>447 CEDAR CREEK ROAD<br>MOCKSVILLE, NC 27028-6134 | Claim Number: 2746<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $7930.00 | Scheduled: | $12980.00 | Allowed: | $7930.00 |

| PILLAR, CAROLINE<br>NEIL HARRIS<br>NEIL HARRIS & ASSOC.<br>PO BOX 306<br>PASCAGOULA, MS 39567 | Claim Number: 7593<br>Claim Date: 07/11/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |

| PILLAR, CAROLINE<br>NEIL HARRIS<br>NEIL HARRIS & ASSOC.<br>PO BOX 306<br>PASCAGOULA, MS 39567 | Claim Number: 7600<br>Claim Date: 07/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $150000.00 | Scheduled: | $0.00 UNLIQ |

---

PILLAR, CAROLINE
NEIL HARRIS
NEIL HARRIS & ASSOC.
PO BOX 306
PASCAGOULA, MS 39567

Claim Number: 7601
Claim Date: 07/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $150000.00 | | Scheduled: | $0.00 UNLIQ | | |

---

PILLER, CAROLINE
C/O D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4972
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $150000.00 | | | | | |

---

PILLER, CAROLINE
C/O D. NEIL HARRIS, ATTY
P.O. BOX 306
PASCAGOULA, MS 39568

Claim Number: 10616
Claim Date: 10/04/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 | | | | | |

---

PIMA COUNTY TREASURER
ATTN BETH FORD
115 N CHURCH ST
TUCSON, AZ 85701

Claim Number: 8816
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2301.53 | | | | | |

---

PIMA COUNTY, ARIZONA
TERRI A. ROBERTS
DEPUTY COUNTY ATTORNEY
32 N. STONE, SUITE 2100
TUCSON, AZ 85701

Claim Number: 4535
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1593.00 | | | | | |

---

PINAIRE MHP,
5205 S CLIFTON #102
WICHITA, KS 67216

Claim Number: 2029
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $370.00 | | Scheduled: | $370.00 DISP | Allowed: | $370.00 |

---

PINAL COUNTY
LEONARD N. SOWERS
DEPUTY COUNTY ATTORNEY
P.O. BOX 729
FLORENCE, AZ 85232

Claim Number: 281
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $9179.17 UNLIQ | | | | | |

---

PINAL COUNTY
PO BOX 848
FLORENCE, AZ 85232

Claim Number: 3697
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $77.00 | | Scheduled: | $154.85 | Allowed: | $77.00 |

---

| | | |
|---|---|---|
| PINAL COUNTY<br>LEONARD N. SOWERS<br>DEPUTY COUNTY ATTORNEY<br>P.O. BOX 729<br>FLORENCE, AZ 85232 | | Claim Number: 330<br>Claim Date: 01/29/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| SECURED | Claimed: | $9179.17 |

| | | |
|---|---|---|
| PINAL COUNTY<br>LEONARD N. SOWERS<br>DEPUTY COUNTY ATTORNEY<br>P.O. BOX 729<br>FLORENCE, AZ 85232 | | Claim Number: 8615<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $7030.28 |

| | | |
|---|---|---|
| PINAL COUNTY TREASURER<br>P O BOX 729<br>FLORENCE, AZ 85232-0729 | | Claim Number: 2888<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
| SECURED | Claimed: | $10609.24 |

| | | |
|---|---|---|
| PINAL COUNTY TREASURER<br>DOLORES J. DOOLITTLE, TREASURER<br>P.O. BOX 729<br>FLORENCE, AZ 85232 | | Claim Number: 10074<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $2531.48 |

| | | |
|---|---|---|
| PINAL COUNTY TREASURER<br>P O BOX 729<br>FLORENCE, AZ 85232 | | Claim Number: 10626<br>Claim Date: 10/12/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) |
| ADMINISTRATIVE | Claimed: | $6281.61 |

| | | |
|---|---|---|
| PINAL COUNTY TREASURER,<br>P O BOX 729<br>FLORENCE, AZ 85232-0729 | | Claim Number: 9531<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| ADMINISTRATIVE | Claimed: | $5762.48 |

| | | | | |
|---|---|---|---|---|
| PINAL EXCAVATION INC<br>P O BOX 180<br>VALLEY FARMS, AZ 85291 | | Claim Number: 6096<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>SETTLEMENT | | |
| SECURED | Claimed: | $260.00 | | |
| UNSECURED | | | Allowed: | $260.00 |

| PINAL EXCAVATION INC,<br>P O BOX 180<br>VALLEY FARMS, AZ 85291 | Claim Number: 6094<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>SETTLEMENT |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $4400.00 |
| UNSECURED | | | Scheduled: | $14788.50 |

| PINAL EXCAVATION INC,<br>P O BOX 180<br>VALLEY FARMS, AZ 85291 | Claim Number: 6095<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

| SECURED | Claimed: | $2963.76 |

| PINARD, JUSTIN & CINDY<br>C/O DONALD C. CRANDLEMIRE, ESQ.<br>WIGGIN & NOURIE, P.A.<br>20 MARKET STREET, P.O. BOX 808<br>MANCHESTER, NH 03105-0808 | Claim Number: 378<br>Claim Date: 01/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET |

| PINARD, JUSTIN & CINDY<br>C/O DONALD C. CRANDLEMIRE, ESQ.<br>WIGIN & NOURIE, P.A.<br>20 MARKET STREET, P.O. BOX 808<br>MANCHESTER, NH 03105-0808 | Claim Number: 7788<br>Claim Date: 09/22/2003<br>Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $7500.00 | | Allowed: | $7500.00 |

| PINCKNEY, KEITH A.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5945<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| PINCKNEY, SOPHIA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5946<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| PINE CREEK ESTATES<br>P O BOX 258<br>PRINCETON, LA 71067 | Claim Number: 6550<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $262.50 |

---

| PINE LAKE VILLAGE MHC,<br>DBA PINE LAKE VILLAGE MHC<br>7200 HWY 14 #36<br>FORT COLLINS, CO 80524 | Claim Number: 720<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $57.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $57.00 | | Allowed: | $57.00 |

| PINE LAKE VILLAGE MHC,<br>DBA PINE LAKE VILLAGE MHC<br>7200 HWY 14 #36<br>FORT COLLINS, CO 80524 | Claim Number: 7841<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $57.00 |
|---|---|---|

| PINE, R.E.<br>3900 CR 48<br>ROSHARON, TX 77583 | Claim Number: 9769<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| PINEBLUFF TOWN<br>P.O. BOX 367<br>PINEBLUFF, NC 28373 | Claim Number: 1081<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| UNSECURED | Claimed: | $13460.71 | | Allowed: | $11172.21 |
|---|---|---|---|---|---|

| PINEBLUFF TOWN<br>325 EAST BALTIMORE AVE<br>PINEBLUFF, NC 28373 | Claim Number: 8429<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7936.19 |
|---|---|---|

| PINEDA, JOSE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5947<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| PINEDA, RODRIGO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5948<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

PINES MOBILE HOME PARK,
DBA THE PINES MOBILE HOME PARK
161 S MAIN ST
MOCKSVILLE, NC 27028

Claim Number: 1116
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $140.00 | Scheduled: | $140.00 | Allowed: | $140.00 |

---

PINES MOBILE HOME PARK, THE
61000 BROSTERHOUS ROAD
BEND, OR 97702

Claim Number: 250
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $740.00 | | | |
| UNSECURED | | | | Allowed: | $740.00 |

---

PINETREE MOBILE HOME PARK
7663 JONES HASTINGS RD
PARSONSBORO, MD 21849

Claim Number: 2496
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $945.00 |

---

PINEY WOODS TRANSPORT
DBA PINEY WOODS TRANSPORT
206 S MEDFORD DRIVE
LUFKIN, TX 75901

Claim Number: 8487
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3914.00 |

---

PINEY WOODS TRANSPORT,
DBA PINEY WOODS TRANSPORT
206 S MEDFORD DRIVE
LUFKIN, TX 75901

Claim Number: 3356
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3914.00 | Scheduled: | $3914.00 | Allowed: | $3914.00 |

---

PINION TRAILER PARK
DBA PINION TRIALER PARK
PO BOX 1304
CORRALES, NM 87048

Claim Number: 2116
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1170.00 |

---

PINION TRAILER PARK,
DBA PINION TRAILER PARK
PO BOX 1304
CORRALES, NM 87048

Claim Number: 2217
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1072.50 | | |
| UNSECURED | | | Scheduled: | $780.00 DISP |

---

| PIONEER COMMUNI<br>P O BOX 1220<br>COOKEVILLE, TN 38503 | Claim Number: 1788<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $65.00 |

| PIONEER HEATING<br>1404 4TH AVE. EAST<br>TWIN FALLS, ID 83301 | Claim Number: 8110<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $300.00 |

| PIONEER HEATING,<br>1404 4TH AVE. EAST<br>TWIN FALLS, ID 83301 | Claim Number: 2666<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $1007.50 | Allowed: | $300.00 |

| PIONEER HEATING, A/C & ELECTRIC<br>1404 4TH AVE E<br>TWIN FALLS, ID 83301 | Claim Number: 9603<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $300.00 |

| PIPKINS, RHONDA K.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3492<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $7500.00 | | | Allowed: | $2467.92 |

| PIPPIN, BEATRICE<br>WILBUR COLOM<br>PO BOX 866<br>COLUMBUS, MS 39703 | Claim Number: 7515<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 3826 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $100000.00 |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| PIT COUNTY TAX<br>PO BOX 875<br>GREENVILLE, NC 27834 | Claim Number: 7835<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2346.45 |

PITNEY BOWES CREDIT CORPORAION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 2382
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $33.08 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 184
Claim Date: 01/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $116347.00 | Scheduled: | $21661.29 | Allowed: | $15237.93 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 205
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $521.01 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 206
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $267.64 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 207
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $753.48 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 208
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $335.78 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 209
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $248.95 | |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 210
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $269.83 | |

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 211
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $382.74 |
|-----------|----------|---------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 212
Claim Date: 01/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $447.21 |
|-----------|----------|---------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 213
Claim Date: 01/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $454.61 |
|-----------|----------|---------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 113
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $116347.00 |
|-----------|----------|------------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
25 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 230
Claim Date: 01/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $447.21 |
|-----------|----------|---------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 244
Claim Date: 01/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $248.95 |
|-----------|----------|---------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 245
Claim Date: 01/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $753.48 | Scheduled: | $1284.27 |
|-----------|----------|---------|-----------|----------|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 249
Claim Date: 01/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $335.78 |
|-----------|----------|---------|

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-5151 | Claim Number: 258<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $267.64 | | | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-5151 | Claim Number: 260<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $521.01 | Scheduled: | $81.94 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-5151 | Claim Number: 261<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $454.61 | | | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-5151 | Claim Number: 262<br>Claim Date: 01/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $269.83 | | | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 295<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7675.16 | | | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 296<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4392.38 | Scheduled: | $1293.45 | Allowed: | $615.55 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 299<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1031.96 | Scheduled: | $563.36 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 405<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1044.36 | | | Allowed: | $504.00 |

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 557
Claim Date: 02/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $309.24 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 560
Claim Date: 02/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $280.00 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 562
Claim Date: 02/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $87.54 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 537
Claim Date: 02/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $141.25 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 2369
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $179.82 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-5151

Claim Number: 2370
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $963.19 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 2371
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $32.28 |
|---|---|---|

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 2372
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $65.00 |
|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2373<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $277.86 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2374<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $91.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2375<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $319.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2376<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $466.33 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2377<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $96.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2378<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $247.51 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2379<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $249.43 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2380<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $289.54 |
|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2381<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $718.21 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2383<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $744.80 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2384<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $270.29 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2385<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $247.47 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2386<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $657.37 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2401<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| UNSECURED | Claimed: | $657.37 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2402<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| UNSECURED | Claimed: | $718.21 |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 2403<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
| UNSECURED | Claimed: | $270.29 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2404<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $249.43 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2429<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $33.08 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2431<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $276.41 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2432<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| UNSECURED | Claimed: | $91.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2549<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $96.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2550<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $466.33 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2551<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $96.00 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2552<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1461.27 | Scheduled: | $600.00 |
|---|---|---|---|---|

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2557<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $963.19

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2559<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $247.51

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 2560<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $319.00

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2443<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $65.00

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2444<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $247.47

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2445<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $319.00          Scheduled:          $651.54

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2446<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $277.86

| | |
|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 2452<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

UNSECURED          Claimed:          $32.28

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 2453
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $179.82 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 2454
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $289.54 | Scheduled: | $926.32 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 2455
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $744.80 | Scheduled: | $178.02 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 4006
Claim Date: 03/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1154.00 | Scheduled: | $666.98 | Allowed: | $274.96 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 5271
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1110.55 | Scheduled: | $1675.26 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6508
Claim Date: 04/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $255.89 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6509
Claim Date: 04/07/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $396.96 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 6557
Claim Date: 04/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $680.49 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6558<br>Claim Date: 04/09/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|
| UNSECURED          Claimed:          $730.11 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484 | Claim Number: 6621<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|
| UNSECURED          Claimed:          $209.50 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DEPT.<br>SHELTON, CT 06484 | Claim Number: 6629<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $396.96 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484 | Claim Number: 6631<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $209.50 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484 | Claim Number: 6632<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $255.89 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6724<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $284.00 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6725<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $217.74 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 6726<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $353.22 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6727<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $318.09 | |
|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERIEW DR.<br>SHELTON, CT 06484-5151 | Claim Number: 6782<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $353.22 | |
|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 6783<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $217.74 | |
|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 6784<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $284.00 | |
|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 6785<br>Claim Date: 04/22/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $318.09 | |
|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 6792<br>Claim Date: 04/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $6621.13 | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 6865<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $6621.13 | |
|---|---|---|---|

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT<br>27TH WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 10586<br>Claim Date: 08/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| UNSECURED | Claimed: | $3842.16 |

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>EVA MILANOWSKI, BANKRUPTCY ADMINISTRATOR<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-5151 | | Claim Number: 10672<br>Claim Date: 11/15/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $294.79 |

| | | |
|---|---|---|
| PITRE, OMELIA<br>5815 ROSS AVE<br>VINTON, LA 70668 | | Claim Number: 4754<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| UNSECURED | Claimed: | $500000.00 |

| | | |
|---|---|---|
| PITRE, OMELIA<br>5815 ROSS AVE<br>VINTON, LA 70668 | | Claim Number: 10618<br>Claim Date: 10/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $40000.00 |

| | | |
|---|---|---|
| PITT COUNTY<br>P O BOX 875<br>GREENVILLE, NC 278350875 | | Claim Number: 7836<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
| ADMINISTRATIVE | Claimed: | $1098.22 |

| | | |
|---|---|---|
| PITT COUNTY TAX COLLECTO<br>PO BOX 875<br>GREENVILLE, NC 27835 | | Claim Number: 10522<br>Claim Date: 07/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| ADMINISTRATIVE | Claimed: | $3108.95 |

| | | |
|---|---|---|
| PITT OHIO EXPRESS INC<br>PO BOX 371013<br>PITTSBURGH, PA 15250-7013 | | Claim Number: 7738<br>Claim Date: 08/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $38.48 |

| | | |
|---|---|---|
| PITTMAN GREGORY J<br>147 LEWIS RD<br>MOULTRIE, GA 31768 | | Claim Number: 4548<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | | | | |
|---|---|---|---|---|---|
| PITTMAN, DALE W.<br>THOMAS D. DOMONOSKE<br>THE LAW OFFICE OF DALE W. PITTMAN<br>112-A W. TABB STREET<br>PETERSBURG, VA 23803 | | | Claim Number: 5328<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | |
| UNSECURED | Claimed: | $82516.27 | | | |
| PITTMAN, DALE W.<br>THOMAS D. DOMONOSKE<br>THE LAW OFFICE OF DALE W. PITTMAN<br>112-A W. TABB STREET<br>PETERSBURG, VA 23803 | | | Claim Number: 9465<br>Claim Date: 03/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $25000.00 | | | |
| PITTMAN, GREGORY J<br>147 LEWIS RD<br>MOULTRIE, GA 31768 | | | Claim Number: 8226<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |
| ADMINISTRATIVE | Claimed: | $5000.00 | | | |
| PITTMAN, GREGORY J.<br>147 LEWIS ROAD<br>MOULTRU, 31788 | | | Claim Number: 10312<br>Claim Date: 06/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| PITTMAN, HATTIE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3493<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $2000.00 | | Allowed: | $871.03 |
| PITTS, LEON<br>908 DOUGLAS AVE<br>BREWTON, AL 36426 | | | Claim Number: 9099<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) | | |
| ADMINISTRATIVE | Claimed: | $2150.00 | | | |
| PITTSYLVANIA CO<br>405 R & L SMITH DRIVE<br>DANVILLE, VA 24540 | | | Claim Number: 1044<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $61.00 | | | |
| PITTSYLVANIA COUNTY<br>PO BOX 230<br>CHATHAM, VA 24531 | | | Claim Number: 8440<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) | | |
| ADMINISTRATIVE | Claimed: | $7448.88 | | Allowed: | $5623.73 |

---

PIZANA, JOE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5949
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1931.25 UNLIQ |

---

PLAIA PATRICIA A
12309 PALM HARBORWAY
BUDA, TX 786104870

Claim Number: 7852
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.00 UNLIQ |

---

PLANTATION HOME PARK.
P O BOX 3408
MARTINSVILLE, VA 24115

Claim Number: 3589
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 DISP | Allowed: | $300.00 |

---

PLANTATION PARKS
1500 HARRY BYRD HWY
DARLINGTON, SC 29532

Claim Number: 9540
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $360.00 UNLIQ |

---

PLANTATION PARKS
1500 HARRY BYRD HWY
DARLINGTON, SC 29532

Claim Number: 9800
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $450.00 UNLIQ |

---

PLANTATION PARKS
1500 HARRY BYRD HWY
DARLINGTON, SC 29532

Claim Number: 10223
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $90.00 |

---

PLATINUM CONSTRUCTION
DBA PLATINUM CONSTRUCTION
5005 SETON PLACE
COLORADO SPRINGS, CO 80918

Claim Number: 4207
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21033.00 |

---

| | | |
|---|---|---|
| PLAUCHE, SMITH & NIESET<br>C/O CHARLES V. MUSSO, JR.<br>POST OFFICE DRAWER 1705<br>LAKE CHARLES, LA 70602 | Claim Number: 7411<br>Claim Date: 06/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| UNSECURED | Claimed: | $3940.00 |
|---|---|---|

| | | |
|---|---|---|
| PLAUCHE, SMITH & NIESET<br>ATTN: CHARLES MUSSO<br>1123 PITHON STREET<br>LAKE CHARLES, LA 70601 | Claim Number: 7562<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |

| UNSECURED | Claimed: | $3940.00 | | Allowed: | $2850.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| PLEASANT POINT MOBILE HOME PARK<br>LOUISE W. REEL<br>1161 OLD LEICESTER HWY<br>ASHEVILLE, NC 28806 | Claim Number: 10542<br>Claim Date: 07/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $800.00 |
|---|---|---|

| | | |
|---|---|---|
| PLETCHER, FLORENCE<br>J. KEVIN LUNDHOLM<br>PO BOX 668<br>NEW PHILADELPHIA, OH 44663 | Claim Number: 7466<br>Claim Date: 06/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 4578 (09/22/2004) | |

| PRIORITY | Claimed: | $150000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

| | | |
|---|---|---|
| PLETCHER, FLORENCE<br>C/O J. KEVIN LUNDHOLM<br>P.O. BOX 668<br>NEW PHILADELPHIA, OH 44663 | Claim Number: 10588<br>Claim Date: 09/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $24000.00 |
|---|---|---|

| | | |
|---|---|---|
| PLETCHER, FLORENCE M.<br>31425 TUNNELL HILL ROAD<br>BOWERSTON, OH 44695 | Claim Number: 6866<br>Claim Date: 05/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | |

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

| | | |
|---|---|---|
| PLUMB RIGHT PLUMBING,<br>DBA PLUMB RIGHT PLUMBING<br>2562 HOPE LANE<br>FAYETTEVILLE, AR 72704 | Claim Number: 3337<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| UNSECURED | Claimed: | $0.00 | Scheduled: | $350.00 | Allowed: | $350.00 |
|---|---|---|---|---|---|---|

---

PLUMB RIGHT PLUMBING,
DBA PLUMB RIGHT PLUMBING
2562 HOPE LANE
FAYETTEVILLE, AR 72704

Claim Number: 3336
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $3350.00 | Scheduled: | $3350.00 | Allowed: | $3350.00 |
|---|---|---|---|---|---|---|

PLUMMER, MACK & DILLOW, PATRICIA
PLUMMER LAW OFFICES PLLC
6002 E KINGS AVE
SCOTTSDALE, AZ 852541384

Claim Number: 110
Claim Date: 01/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| SECURED | Claimed: | $200000.00 |
|---|---|---|

PLUMMER, MACK & DILLOW, PATRICIA
PLUMMER LAW OFFICES PLLC
6002 E KINGS AVE
SCOTTSDALE, AZ 852541384

Claim Number: 263
Claim Date: 01/17/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| SECURED | Claimed: | $350000.00 |
|---|---|---|

PLUMMER, MACK & PATRICIA DILLOW
PLUMMER LAW OFFICES PLLC
6002 E KING AVE
SCOTTSDALE, AZ 852541384

Claim Number: 291
Claim Date: 01/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| SECURED | Claimed: | $350000.00 |
|---|---|---|

PLUMMER, PEGGY
C/O TIM CORWIN
CORWIN & CORWIN, LLP
600 AUSTIN AVE, STE 23
WACO, TX 76701

Claim Number: 5600
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

PNIEWKSI, JOSEPH
RT 1 BOX1310 C
WAYNE, WV 25570

Claim Number: 9098
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4114 (06/02/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

PNM ELECTRIC AND GAS SERVICE
ALVARADO SQUARE M/S 2560
ALBUQUERQUE, NM 87158

Claim Number: 2517
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $2026.89 |
|---|---|---|

POE, JERMOROW AND HELENA
C/O ROY A. PERKINS, ESQ.
82 PLAZA - SUITE 104
PO BOX 678
STARKVILLE, MS 39760-0678

Claim Number: 5373
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

POE, JERMOROW HELENA
119-A AZALEA LN
STARKVILLE, MS 39759

Claim Number: 4447
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |

POINTS, TED
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7166
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

POKRAKA ALICIA A,
3370 FRONT ST
VIDOR, TX 77662-9208

Claim Number: 4706
Claim Date: 03/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $3298.30 | | | |
| UNSECURED | | | Scheduled: $1000.00 | Allowed: | $1000.00 |

POLING, DULCIE
984 N STRATHMORE AVE,
LINDSAY, CA 93247

Claim Number: 8513
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8813.00 |

POLK CO RECORDER OFFICE
ATTN: DEBBI R-MCGINNIS
102 E. BROADWAY #6
BOLIVAR, MO 65613

Claim Number: 9333
Claim Date: 01/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $520.12 |

POLK COUNTY
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 582
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5579.14 | | Allowed: | $460.63 |

POLK COUNTY
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 9207
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4526.29 |

| POLK COUNTY<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 9418<br>Claim Date: 03/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
|---|---|---|---|
| ADMINISTRATIVE Claimed: $2602.92 | | Allowed: | $1181.12 |

| POLK COUNTY TAX COLLECTOR<br>850 MAIN STREET<br>DALLAS, OR 97338 | Claim Number: 2641<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| SECURED Claimed: $849.25 | |

| POLK COUNTY, FLORIDA<br>JOE G TEDDER TAX COLLECTOR<br>DELINQUENCY AND ENFORCEMENT<br>PO BOX 2016<br>BARTOW, FL 33831-2016 | Claim Number: 10877<br>Claim Date: 08/20/2007<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|
| SECURED Claimed: $2722.94 | |

| POLK, CURTIS M<br>3420 RIGGINS RD<br>HUEYTOWN, AL 35023 | Claim Number: 8773<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) |
|---|---|
| ADMINISTRATIVE Claimed: $26000.00 | |

| POLK, CURTIS MARIE<br>3420 RIGGINS RD.<br>HUEXTOWN, AL 35023 | Claim Number: 10377<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|
| ADMINISTRATIVE Claimed: $23000.00 UNLIQ | |

| POLK, ROBERT<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3190<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED Claimed: $25000.00 | | Allowed: | $7258.58 |

| POLLARD, MARY M<br>2780 LINDALE MT HOLLY RD<br>LOT 67<br>AMELIA, OH 45102 | Claim Number: 8939<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE Claimed: $0.00 UNDET | |

| | | | | | |
|---|---|---|---|---|---|
| PONCE, MIGUEL<br>103 DICKSON<br>NAVASOTA, TX 77868 | | | Claim Number: 3846<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1669.20 | Allowed: | $1669.20 |

| | | | |
|---|---|---|---|
| PONDER ENTERPRISES INC,<br>9009 DOUBLE ROCK RD<br>PONDER, TX 76259 | | | Claim Number: 3368<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $320.00 |

| | | |
|---|---|---|
| PONDEROSA DEVELOPMENT<br>7065 W. ANN ROAD2303 N 199TH AVE<br>#130-405<br>LAS VEGAS, NV 89130 | | Claim Number: 8718<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3526.13 |

| | | |
|---|---|---|
| PONDEROSA TRAILER PARK,<br>RT1 BOX 570<br>LAKESIDE, AZ 85929 | | Claim Number: 3563<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $269.00 | Scheduled: | $269.00 DISP | Allowed: | $269.00 |

| | | |
|---|---|---|
| PONY SOLDIER MOTOR INN-OR,<br>315 AIRPORT RD SE<br>ALBANY, OR 97321 | | Claim Number: 1866<br>Claim Date: 02/26/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $902.52 | Scheduled: | $902.52 | Allowed: | $902.52 |

| | | |
|---|---|---|
| POPE COMPANIES<br>1349C S PARK DR<br>KERNERSVILLE, NC 27284 | | Claim Number: 683<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7431 (12/15/2004) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10610.00 | | | | |
| UNSECURED | | | Scheduled: | $95.00 | Allowed: | $707.50 |

| | | |
|---|---|---|
| POPE, CHRISTOPHER LEE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5950<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| POPE, MICHAEL<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5951<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1678.13 UNLIQ |

| POPULAR HOMES INC<br>6650 BROADOAK<br>BEAUMONT, TX 77713 | Claim Number: 8444<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1764.00 |

| POPULAR HOMES INC<br>6650 BROADOAK<br>BEAUMONT, TX 77713 | Claim Number: 8445<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2259.00 |

| POPULAR HOMES INC<br>6650 BROADOAK<br>BEAUMONT, TX 77713 | Claim Number: 8446<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $441.00 |

| PORT ORCHARD INDEPENDENT,<br>DBA PORT ORCHARD INDEPENDENT<br>2950 SW MILE HILL DR<br>PORT ORCHARD, WA 98366 | Claim Number: 4770<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $3953.02 | | | | |
| UNSECURED | | | Scheduled: | $3442.79 | Allowed: | $3953.02 |

| PORTA-JOHN, TRIAD<br>3902 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 10146<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $159.18 |

| PORTER & COMPANY<br>215 BROOKE AVE #505<br>NORFOLK, VA 23510 | Claim Number: 811<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | | Allowed: | $1124.00 |

---

| PORTER WILLIAM<br>1404 WINNS BRANCH RD<br>PIKEVILLE, KY 41501 | Claim Number: 1194<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | | Allowed: | $130.00 |
|---|---|---|---|---|---|

---

| PORTER, CAROLYN<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5952<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| PORTER, REGINALD<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5953<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1678.13 UNLIQ |

---

| PORTER, RITA RAE<br>C/O JAMES F. SCHERR<br>109 NORTH OREGAN, 12TH FLOOR<br>EL PASO, TX 79901 | Claim Number: 56<br>Claim Date: 12/09/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $250000.00 |
|---|---|---|

---

| PORTER, RITA RAE<br>C/O JAMES F SCHERR<br>109 NORTH OREGON, 12TH FL<br>EL PASO, TX 79901 | Claim Number: 10796<br>Claim Date: 12/08/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $27963.00 |
|---|---|---|

---

| PORTLAND EMPLOYMENT GUIDE<br>UNITED ADVERTISING MEDIA<br>C/O CYNTHIA GALBRECHT<br>100 WEST PLUME STREET<br>NORFOLK, VA 23510 | Claim Number: 44<br>Claim Date: 12/16/2002<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $695.00 |
|---|---|---|

---

| PORTLAND GENERAL ELECTRIC<br>7895 SW MOHAWK STREET<br>TUALATIN, OR 97062 | Claim Number: 4403<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | Allowed: | $370.00 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| PORTLAND GENERAL ELECTRIC<br>P O BOX 4438<br>PORTLAND, OR 97208-4438 | | Claim Number: 4405<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $266.69 | Allowed: | $266.69 |

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC<br>P O BOX 4438<br>PORTLAND, OR 97208-4438 | Claim Number: 4406<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $248.54 | Allowed: | $248.54 |

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC (PGE)<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Number: 2821<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2099.05 |

| | | |
|---|---|---|
| PORTLAND MOBILE HOME PARK<br>DBA; PORTLAND MOBILE HOME PARK<br>664 COUNTY ROAD 72<br>PORTLAND, TX 78374 | Claim Number: 4733<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $558.58 UNLIQ |

| | | |
|---|---|---|
| POSEY SUPPLY CO<br>PO BOX 156<br>DOUBLE SPRINGS, AL 35553 | Claim Number: 1844<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $917.40 |

| | | |
|---|---|---|
| POSEY SUPPLY CO-TN,<br>PO BOX 156<br>DOUBLE SPRINGS, AL 35553 | Claim Number: 8101<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $917.40 |

| | | |
|---|---|---|
| POST AND COURIER,<br>134 COLUMBUS ST<br>CHARLESTON, SC 29403 4800 | Claim Number: 725<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3622.28 | Scheduled: | $3622.28 | Allowed: | $3622.28 |

| POSY SHOP, THE<br>C/O COLLECTIONS<br>PO BOX 5067<br>KINGSPORT, TN 37663 | Claim Number: 10448<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $59.91 |
|---|---|---|

| POTTAWATOMIE COUNTY CLERK,<br>P O BOX 576<br>SHAWNEE, OK 74802 | Claim Number: 2148<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $232.09 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15.00 UNLIQ |

| POTTAWATOMIE COUNTY CLERK,<br>PO BOX 576<br>SHAWNEE, OK 74802 | Claim Number: 2149<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $232.09 |
|---|---|---|

| POTTS REAL ESTATE INC,<br>P O BOX 11<br>ADVANCE, NC 27006 | Claim Number: 5160<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $600.00 | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $850.00 | | | | |
| UNSECURED | | | Scheduled: | $1450.00 DISP | Allowed: | $1450.00 |

| POULOS STACY,<br>756 ARCIBALD RD<br>CONCORD, NC 28025 | Claim Number: 3235<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $1850.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $650.00 | Allowed: | $1850.00 |

| POW, SHIRLEY<br>P.O. BOX 131<br>BUCKATUNNA, MS 39322 | Claim Number: 4255<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
|---|---|---|---|---|---|

| POWER & GLORY WKDX<br>PO BOX 827<br>HAMLET, NC 28345 | Claim Number: 2257<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $270.00 | | Allowed: | $270.00 |
|---|---|---|---|---|---|

| POWERS, JAMES M<br>C/O ANDREA YOUNG BEBBER<br>1515 MOCKINGBIRD LN<br>STE 407<br>CHARLOTTE, NC 28209 | Claim Number: 10828<br>Claim Date: 02/10/2006<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $20414.38 |
|---|---|---|

| POWERS, JAMES M.<br>6325 KINGS DRIVE<br>HARRISBURG, NC 28075 | Claim Number: 10411<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $150000.00 |
|---|---|---|

| POWERS, SALLY<br>C/O PAUL T. VLACHOS, ESQ<br>5659 STADIUM DR<br>KALAMAZOO, MI 49009-1932 | Claim Number: 4431<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 4232 (07/06/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| POWERS, SALLY<br>C/O PAUL T. VLACHOS, ESQ<br>5659 STADIUM DR<br>KALAMAZOO, MI 49009-1932 | Claim Number: 4432<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| POWLESS, BRADLEY K & LISA<br>15835 OLREY RD.<br>CENTERBURG, OH 43011 | Claim Number: 3549<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7135 (11/10/2004) |
|---|---|

| UNSECURED | Claimed: | $114100.00 |
|---|---|---|

| POWLESS, BRADLEY K & LISA<br>15835 OLREY RD.<br>CENTERBURG, OH 43011 | Claim Number: 3550<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7136 (11/10/2004) |
|---|---|

| UNSECURED | Claimed: | $114100.00 |
|---|---|---|

| PPL ELECTRIC UTILITIES<br>2 N 9TH ST<br>ALLENTOWN, PA 18101 | Claim Number: 2354<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5449.42 | Scheduled: | $8721.21 |
|---|---|---|---|---|

| PR NEWSWIRE<br>GPOB 5897<br>NEW YORK, NY 10087 | Claim Number: 294<br>Claim Date: 01/21/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $1292.75 |
|---|---|---|

| PRAXAIR | Claim Number: 6567 |
| C/O D&B/RMS BANKRUPTCY SERVICES | Claim Date: 04/15/2003 |
| PO BOX 5126 | Debtor: OAKWOOD HOMES CORPORATION |
| TIMONIUM S, MD 21094 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $750.00 |

| PRAXAIR | Claim Number: 6568 |
| C/O D&B/RMS BANKRUPTCY SERVICES | Claim Date: 04/15/2003 |
| PO BOX 5126 | Debtor: OAKWOOD HOMES CORPORATION |
| TIMONIUM, MD 21094 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $223.31 |

| PRECISE LAWN CARE | Claim Number: 369 |
| GREG LOOPE | Claim Date: 02/05/2003 |
| 813 W. FAYE DR. | Debtor: OAKWOOD HOMES CORPORATION |
| MARYVILLE, TN 37803 | |

| UNSECURED | Claimed: | $265.00 |

| PRECISION COUNTERTOPS-OR, | Claim Number: 3128 |
| PO BOX 1265 | Claim Date: 03/06/2003 |
| TUALATIN, OR 97062 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $10041.70 | | | | |
| UNSECURED | | | Scheduled: | $10041.70 | Allowed: | $10041.70 |

| PRECISION LOCK & KEY | Claim Number: 3384 |
| 4160 N 1ST AVE 100 | Claim Date: 03/05/2003 |
| TUCSON, AZ 857191023 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $30.00 |

| PRELL JR, KIPTON L | Claim Number: 9034 |
| 274 CR 853 | Claim Date: 11/25/2003 |
| GREEN FOREST, AR 72638 | Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $3122.11 |

| PREMIER EVENTS INC, | Claim Number: 3954 |
| 1373 LONDON BRIDGE RD | Claim Date: 03/14/2003 |
| VIRGINIA BEACH, VA 234533110 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: ALLOWED |

| PRIORITY | Claimed: | $926.33 | | | | |
| UNSECURED | | | Scheduled: | $926.33 | Allowed: | $926.33 |

---

PREMIERE CONFERENCING,
P O BOX 87-5450
KANSAS CITY, MO 64187

Claim Number: 4486
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2051.78 | Scheduled: | $740.12 | Allowed: | $740.12 |

---

PREMONT ISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
149 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 253
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| SECURED | Claimed: | $720.37 |

---

PRESNA HISPANA INC
PO BOX 29
AVON PARK, FL 33826

Claim Number: 1538
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |

---

PRESNA HISPANA INC,
PO BOX 29
AVON PARK, FL 33826

Claim Number: 1539
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $300.00 |

---

PRESSLEY, MISTY
7208 NOLAND RD
KANSAS CITY, MO 641337013

Claim Number: 6212
Claim Date: 03/31/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $973.00 |

---

PRESSLEYS MOBILE HOME REPAIR INC,
114 FARIDA DRIVE
ASHEVILLE, NC 28804

Claim Number: 1942
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |

---

PRESSLEYS MOBILE HOME REPAIR INC,
114 FARIDA DRIVE
ASHEVILLE, NC 28804

Claim Number: 1943
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: | $425.00 | Allowed: | $200.00 |

---

PRESTIGE MOBILE HOME SERVICE
DBA PRESTIGE MOBILE
HOME SERVICE
2717 S ROAN ST LOT 31
JOHNSON CITY, TN 37601

Claim Number: 8693
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $450.00 |

---

| PRESTIGE PROPERTY MANAGEMENT INC,<br>3205 E GRANT RD<br>TUCSON, AZ 85716 | Claim Number: 3794<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $185.00 | Scheduled: | $185.00 DISP | Allowed: | $185.00 |
|---|---|---|---|---|---|---|

| PRESTLY RAY & KELLY<br>210 BRODERICK WAY<br>NILES, MI 49120 | Claim Number: 9236<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $8000.00 |
|---|---|---|

| PREVATT KIRT A<br>59 NINETH ST.<br>EAST LAURINBURG, NC 28352 | Claim Number: 9229<br>Claim Date: 12/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| PRICE & ASSOCIATES,<br>1801 W NORTON RD STE 206<br>SPRINGFIELD, MO 65803 | Claim Number: 5448<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $922.00 | Scheduled: | $1844.00 | Allowed: | $922.00 |
|---|---|---|---|---|---|---|

| PRICE, CARRIE<br>C/O PATRICK J. STOLMEIER<br>219 E. CRAIG PLACE<br>SAN ANTONIO, TX 78212 | Claim Number: 3813<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $40000.00 |
|---|---|---|

| PRICE, CARRIE<br>C/O PATRICK J. STOLMEIER<br>219 E. CRAIG PLACE<br>SAN ANTONIO, TX 78212 | Claim Number: 9657<br>Claim Date: 04/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

| PRICE, GARY<br>1249 SHIRTTAIL ALLEY<br>HARRISONBURG, VA 22801 | Claim Number: 10368<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1350.00 |
|---|---|---|

| PRICE, GLORIA<br>300 MAPLE<br>STAR CITY, AR 71667 | Claim Number: 611<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $15000.00 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PRICE, GLORIA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2846<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY | Claimed: | $15000.00 | | | |
| UNSECURED | | | | Allowed: | $4355.15 |
| PRICE, GLORIA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7167<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| PRICE, LORETTA<br>24341 FORD RD. #130 F<br>PORTER, TX 77365 | | | Claim Number: 10329<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| UNSECURED | Claimed: | $170.00 | | | |
| PRICE, WILLIAM<br>PO BOX 192<br>TRAIL, OR 97541 | | | Claim Number: 4436<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
| PRIORITY | Claimed: | $21756.88 | | | |
| PRICE, WILLIAM<br>PO BOX 192<br>TRAIL, OR 97541 | | | Claim Number: 7627<br>Claim Date: 07/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $108784.40 | | | |
| PRICE, WILLIAM<br>PO BOX 192<br>TRAIL, OR 97541 | | | Claim Number: 7628<br>Claim Date: 07/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| PRIORITY | Claimed: | $108784.40 | | | |
| PRIDDY'S LUMBER & ACE HARDWARE<br>DRAWER D<br>CRAB ORCHARD, WV 25827 | | | Claim Number: 10273<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) | | |
| ADMINISTRATIVE | Claimed: | $838.00 | | Allowed: | $270.77 |

PRIDE, LASHONDA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3494
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

PRINCE EDWARD COUNTY
OFFICE OF THE TREASURER
PO BOX 522
FARMVILLE, VA 23901

Claim Number: 6238
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $7113.09 | | Allowed: | $7113.09 |

PRINCE HVAC
5580 MOUSE CREEK RD
CLEVELAND, TN 37312

Claim Number: 6405
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1550.00 |

PRINCE HVAC
5580 MOUSE CREEK RD
CLEVELAND, TN 37312

Claim Number: 8224
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1550.00 |

PRIORITY ONE SECURITY SERVICES INC,
PO BOX 36
MAULDIN, SC 29662

Claim Number: 3611
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $145.00 | Scheduled: | $50.00 | Allowed: | $145.00 |

PRO 356 INC,
8795 PINE RUN
DAPHNE, AL 36527

Claim Number: 6646
Claim Date: 04/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $5000.00 |

PRO MOBILE
PO BOX 1294
HELOTES, TX 78023

Claim Number: 651
Claim Date: 02/18/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $29526.44 |

PRO MOBILE HOMES REMODELING
DBA PRO MOBILE HOMES REMODELING
PO BOX 342
DUMAS, AR 71639

Claim Number: 9097
Claim Date: 11/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $450.00 |

---

| PRO PLUMB HEATING & COOLING INC<br>735 STONE CANYON DR<br>LAS CRUCES, NM 88011 | Claim Number: 4269<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $11960.79 | | | | |
|---|---|---|---|---|---|---|

---

| PRO-PACK INC,<br>PO BOX 681015<br>INDIANAPOLIS, IN 46268 | Claim Number: 1627<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $3399.20 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3399.20 | Allowed: | $3399.20 |

---

| PRO-TUNE PLUS INC<br>828 AIRPORT RD<br>BISMARCK, ND 58504 | Claim Number: 8613<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $3077.17 | | |
|---|---|---|---|---|

---

| PROCTOR,GENE,<br>689 HOOD SWAMP R<br>GOLDSBORO, NC 27534 | Claim Number: 6803<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1235.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $70.00 DISP |

---

| PRODUCTION HYDRAULICS, INC.<br>PO BOX 1165<br>HERMISTON, OR 97838 | Claim Number: 8329<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $120.32 | | | | |
|---|---|---|---|---|---|---|

---

| PRODUCTION HYDRAULICS, INC.,<br>PO BOX 1165<br>HERMISTON, OR 97838 | Claim Number: 798<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $120.32 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $120.32 | Allowed: | $120.32 |

---

| PROFESSIONAL APPRAISALS<br>DBA PROFESSIONAL APPRAISALS<br>1616 25TH AVE N<br>NORTH MYRTLE BEACH, SC 29582 | Claim Number: 1881<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $2150.00 | |
|---|---|---|---|

---

| PROFESSIONAL CARGO SERVICES INC<br>PO BOX 9244<br>WICHITA, KS 67277 | Claim Number: 8220<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $287.10 | | | | |
|---|---|---|---|---|---|---|

| PROFESSIONAL TECHNOLOGIES INC,<br>RT 4 BOX 710<br>PRINCETON, WV 24740 | Claim Number: 1821<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $272.47 | Scheduled: | $272.47 | Allowed: | $272.47 |
|---|---|---|---|---|---|---|

| PROFITT, JEFF<br>185 PROFFITT LANE<br>CROSSVILLE, TN 385558 | Claim Number: 1711<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $340.00 | | | | |
|---|---|---|---|---|---|---|

| PROGRESS ENERGY CAROLINAS<br>PO BOX 1551<br>RALEIGH, NC 27602 | Claim Number: 10101<br>Claim Date: 05/25/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $202.33 | | | | |
|---|---|---|---|---|---|---|

| PROGRESSIVE GROUNDS MANAGMENT,<br>DBA PROGRESSIVE GROUNDS MANAGMENT<br>PO BOX 791<br>CARENCRO, LA 70520 | Claim Number: 7219<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1690.00 | | | | |
| UNSECURED | | | Scheduled: | $1410.00 | Allowed: | $1690.00 |

| PROJECT MASTERS,<br>DBA PROJECT MASTERS<br>1122 EAGLE VIEW DR<br>KODAK, TN 37764 | Claim Number: 2039<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 | Allowed: | $340.00 |
|---|---|---|---|---|---|---|

| PROPERTY MARKETING ASSOCIATES<br>P O BOX 228<br>MOUNT STORM, WV 26739 | Claim Number: 1066<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $300.00 | | | | |
| UNSECURED | | | | | Allowed: | $300.00 |

---

PROSPECTOR,
PO BOX 13335
WICHITA, KS 67213

Claim Number: 1842
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 | Allowed: | $240.00 |

---

PROTECTION ONE
PO BOX 740933
DALLAS, TX 75374

Claim Number: 4323
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $196.72 |

---

PROVOST & UMPHREY (MARK SPARKS)
STEVE & REGINA CARNLEY
490 PARK STREET
BEAUMONT, TX 77701

Claim Number: 6309
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $200000.00 |

---

PROVOST & UMPHREY LLP,
STEVE & REGINA CARNLEY
490 PARK STREET
BEAUMONT, TX 77701

Claim Number: 6115
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $200000.00 | Scheduled: | $5000.00 |

---

PROVOST & UMPHREY, LLP (MARK SPARKS)
STEVE & REGINA CARNLEY
490 PARK STREET
BEAUMONT, TX 77701

Claim Number: 10622
Claim Date: 10/08/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $14800.00 |

---

PRUDENTIAL SECURITIES C/F
ALFRED A. MOURSUND
122 ENEINO GRANDE ST
SAN ANTONIO, TX 78232-3815

Claim Number: 4902
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| SECURED | Claimed: | $393.76 |
| UNSECURED | Claimed: | $5000.00 |

---

PRUETT, RONALD
PO BOX 539
JEFFERSON, OR 97352

Claim Number: 4806
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $5807.02 | | | | |
| UNSECURED | | | Scheduled: | $4902.82 | Allowed: | $5807.02 |

---

| PRUITT MOBILE HOME SERVICE,<br>DBA PRUITT MOBILE HOME SERVICE<br>1758 OLD STATESVILLE RD<br>WATERTOWN, TN 37184 | Claim Number: 3425<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $3214.78 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3214.78 | Allowed: | $3214.78 |

| PRUITT MOBILE HOME SERVICE,<br>DBA PRUITT MOBILE HOME SERVICE<br>1758 OLD STATESVILLE RD<br>WATERTOWN, TN 37184 | Claim Number: 9203<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3191.08 |
|---|---|---|

| PRUITT, JAMES & EDDIE<br>1357 CR 2737<br>CADDO MILLS, TX 75135 | Claim Number: 8448<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4216 (10/08/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $400000.00 |
|---|---|---|

| PRUITT, TERRI<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3495<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |
|---|---|---|---|---|---|

| PTS OFFICE<br>840 S EL PASEO STE C<br>LAS CRUCES, NM 88001 | Claim Number: 2218<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $84.13 |
|---|---|---|

| PTS, INC.<br>602 FLATWOOD<br>HODGES, SC 29653 | Claim Number: 9539<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2051.41 |
|---|---|---|

| PUD #1 OF SKAMANIA COUNTY,<br>P O BOX 500<br>CARSON, WA 98610 | Claim Number: 1607<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $39.67 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $111.53 | Allowed: | $39.67 |

| | | |
|---|---|---|
| PUD #1 OF SNOHOMISH COUNTY<br>P O BOX 1100<br>EVERETT, WA 98206 | | Claim Number: 8206<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| ADMINISTRATIVE | Claimed: $92.13 | |

| | | |
|---|---|---|
| PUEBLO COUNTY TREASURER<br>ATTN AURELIO SISNEROS<br>P O BOX 953<br>PUEBLO, CO 81002 | | Claim Number: 6536<br>Claim Date: 04/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| SECURED | Claimed: $179.34 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN , LTD<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | Claim Number: 6186<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| SECURED | Claimed: $1434.92 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN , LTD<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | Claim Number: 6189<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| PRIORITY | Claimed: $1811.18 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN , LTD<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | Claim Number: 6455<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| PRIORITY | Claimed: $1811.18 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN , LTD<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | Claim Number: 6454<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| SECURED | Claimed: $1434.92 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN , LTD<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | Claim Number: 6357<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
| PRIORITY | Claimed: $1811.18 | |

| | | |
|---|---|---|
| PUEBLO DEL SOL MOBILE HOME PARK<br>10080 ALTA DR 200<br>LAS VEGAS, NV 891458651 | | Claim Number: 6358<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
| SECURED | Claimed: $1434.92 | |

---

PUENTES, JOSE R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5954
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $4650.00 UNLIQ |
| UNSECURED | | $1368.75 UNLIQ |

---

PUGET SOUND ENERGY
CLOSED ACCOUNTS, BOT-01G
P.O. BOX 90868
BELLEVUE, WA 98009

Claim Number: 2396
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3940.33 |

---

PUGET SOUND ENERGY
P.O. BOX 90868
CLOSED ACOUNTS, BOT-01G
BELLEVUE, WA 98009

Claim Number: 6628
Claim Date: 04/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4846.96 |

---

PUGH, PAULETTE
668 JOE CECIL RD
LEXINGTON, NC 27292

Claim Number: 5470
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| SECURED | | $2000.00 UNLIQ | | |
| UNSECURED | | | | $19000.00 |

---

PUGHS CONTRACTING,
DBA PUGHS CONTRACTING
102 FLYNNS COVE RD
CROSSVILLE, TN 38572

Claim Number: 3345
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| PRIORITY | | $9840.00 | | | | |
| UNSECURED | | | | $9840.00 | | $9840.00 |

---

PULASKI CITY,
CITY RECORDER
P. O. BOX 633
PULASKI, TN 38478

Claim Number: 7211
Claim Date: 05/13/2003
Debtor: HBOS MANUFACTURING, LP

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $3102.60 | | $0.00 UNLIQ |

---

PULASKI ELECTRIC SYSTEM,
PO BOX 368
PULASKI, TN 38478

Claim Number: 6516
Claim Date: 04/07/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3039.27 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PULASKI ELECTRIC SYSTEM,<br>PO BOX 368<br>PULASKI, TN 38478 | | | Claim Number: 6515<br>Claim Date: 04/07/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $11899.20 | | | | |
| PUPPY CREEK PARK<br>PO BOX 42203<br>FAYETTEVILLE, NC 28309-2203 | | | Claim Number: 4750<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
| PRIORITY | Claimed: | $345.00 | | | | |
| UNSECURED | | | Scheduled: | $345.00 DISP | Allowed: | $345.00 |
| PURDES, JESSICA<br>358 SUNFIRE TRAIL<br>SEGUIN, TX 78155 | | | Claim Number: 7421<br>Claim Date: 06/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | |
| PRIORITY | Claimed: | $5000.00 | | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | | |
| PURTER, MICHAEL<br>PO BOX 110755<br>TACOMA, WA 98411-0755 | | | Claim Number: 10362<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | |
| ADMINISTRATIVE | Claimed: | $124000.00 | | | | |
| PURVIS BEARING SERVICE, INC,<br>PO BOX 540757<br>DALLAS, TX 75354 | | | Claim Number: 548<br>Claim Date: 02/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
| PRIORITY | Claimed: | $72.85 | | | | |
| UNSECURED | | | Scheduled: | $72.85 | Allowed: | $72.85 |
| PUTNAM CO. CLERK<br>29 N WASHINGTON AVE<br>COOKEVILLE, TN 38501 | | | Claim Number: 6666<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| PRIORITY | Claimed: | $826.63 | | | Allowed: | $826.63 |
| PUTNAM CO. TAX<br>P O BOX 1339<br>PULATKA, FL 32178 | | | Claim Number: 1479<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | |
| PRIORITY | Claimed: | $1081.69 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PUTNAM COUNTY<br>300 E SPRING ST RM 2<br>COOKEVILLE, TN 38501 | | | Claim Number: 1311<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $78.00 | | | | | |
| PUTNAM COUNTY TRUSTEE<br>300 E SPRING ST RM 2<br>COOKEVILLE, TN 38501 | | | Claim Number: 1312<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $78.00 | | | | | |
| PUTNAM COUNTY TRUSTEE<br>300 E SPRING ST RM 2<br>COOKEVILLE, TN 38501 | | | Claim Number: 7850<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $92.00 | | | | | |
| PUTNAM COUNTY,<br>300 E SPRING ST RM 2<br>COOKEVILLE, TN 38501 | | | Claim Number: 1310<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $78.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $68.17 | |
| PWC<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | | | Claim Number: 1404<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1356.66 | | | Allowed: | $1356.66 | |
| PWC<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | | | Claim Number: 1405<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $84.44 | | | Allowed: | $84.44 | |
| PWC,<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | | | Claim Number: 1403<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $338.79 | Scheduled: | $2199.31 | Allowed: | $338.79 | |
| QUALITY APPRAISAL GROUP<br>4706 EL ALAMO CT<br>RIO RANCHO, NM 87124 | | | Claim Number: 10244<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $550.00 | | | | | |

QUALITY APPRAISAL SERVICE
DBA QUALITY APPRAISAL SERVICE
PO BOX 8241
WILSON, NC 27893

Claim Number: 7834
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $325.00 | | | |
|---|---|---|---|---|---|

QUALITY CERTIFIED INSURANCE SERVICES
P.O. BOX 1715
HAMILTON, AL 35570

Claim Number: 3886
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $649.00 | | Allowed: | $649.00 |
|---|---|---|---|---|---|

QUALITY DOORS-TN
LOCK BOX 842503
DALLAS, TX 75284

Claim Number: 3006
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2492.23 | | | |
|---|---|---|---|---|---|

QUALITY HOMES LLC
7 HUTCHWOOD LANE
WAYNESBORO, VA 22980

Claim Number: 1544
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $3950.00 | | | |
|---|---|---|---|---|---|

QUALITY HOMES LLC,
7 HUTCHWOOD LANE
WAYNESBORO, VA 22980

Claim Number: 1545
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8773 (03/06/2007)

| SECURED | Claimed: | $6534.54 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: $4534.64 | Allowed: | $4534.64 |

QUALITY HOMES LLC,
7 HUTCHWOOD LANE
WAYNESBORO, VA 22980

Claim Number: 1546
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $6700.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: $192.00 | Allowed: | $192.00 |

QUALITY HOMES LLC,
7 HUTCHWOOD LANE
WAYNESBORO, VA 22980

Claim Number: 7826
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $4645.00 | | | |
|---|---|---|---|---|---|

| QUALITY INSURANCE<br>PO BOX 1374<br>ORANGE PARK, FL 32067-1374 | Claim Number: 4378<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $1240.00 | Scheduled: | $1240.00 | Allowed: | $1240.00 |
|---|---|---|---|---|---|---|

| QUALITY LAWN SERVICE<br>165 SHANKLIN RD<br>BEAUFORT, SC 29906 | Claim Number: 806<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $950.00 |
|---|---|---|

| QUALITY LAWN SERVICE<br>165 SHANKLIN RD<br>BEAUFORT, SC 29906 | Claim Number: 8233<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $650.00 |
|---|---|---|

| QUALITY LAWN SERVICE,<br>165 SHANKLIN RD<br>BEAUFORT, SC 29906 | Claim Number: 807<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7912 (07/13/2005) |
|---|---|

| UNSECURED | Claimed: | $950.00 | Scheduled: | $650.00 | Allowed: | $650.00 |
|---|---|---|---|---|---|---|

| QUALITY MAINTENANCE COMPANY<br>DBA QUALITY MAINTENANCE COMPANY<br>294 ELMA GATE RD W<br>OAKVILLE, WA 98568 | Claim Number: 1476<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

| QUALITY MAINTENANCE COMPANY<br>DBA QUALITY MAINTENANCE COMPANY<br>294 ELMA GATE RD W<br>OAKVILLE, WA 98568 | Claim Number: 8190<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

| QUALITY PIER BUILDERS,<br>DBA QUALITY PIER BUILDERS<br>PO BOX 64<br>BRACEY, VA 23919 | Claim Number: 1474<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1536.00 | Scheduled: | $1536.00 | Allowed: | $1536.00 |
|---|---|---|---|---|---|---|

| QUALITY REMODEL,<br>DBA:QUALITY REMODELING &<br>PO BOX 431<br>ALBEMARLE, NC 28002 | | | Claim Number: 2896<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3250.00 | | | | |
| UNSECURED | | | Scheduled: | $3250.00 | Allowed: | $3250.00 |

| QUALITY RESIN SYSTEMS INC<br>PO BOX 881<br>DAVIDSON, NC 28036 | | | Claim Number: 4342<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $2920.00 |
| PRIORITY | Claimed: | $4420.00 | | | | |
| UNSECURED | Claimed: | $14899.99 | | | Allowed: | $16399.99 |

| QUALITY RESIN SYSTEMS INC<br>PO BOX 881<br>DAVIDSON, NC 28036 | | | Claim Number: 9352<br>Claim Date: 01/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4420.00 | |
| UNSECURED | Claimed: | $23839.98 | |

| QUALITY RESIN SYSTEMS INC-AZ,<br>PO BOX 881<br>DAVIDSON, NC 28036 | | | Claim Number: 9459<br>Claim Date: 03/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4420.00 | |
| UNSECURED | Claimed: | $14319.99 | |
| TOTAL | Claimed: | $19319.99 | |

| QUALITY WATER SERVICE<br>P.O. BOX 3121<br>HICKORY, NC 28602 | | | Claim Number: 10219<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $79.54 | |

| QUALLS COMPANY INC<br>P.O. BOX 426<br>ABERNATHY, TX 79311 | | | Claim Number: 2100<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35711.19 | Scheduled: | $39108.38 | Allowed: | $9191.00 |

| QUAR, H TRAUTMAN<br>5000 BUSSEN RD<br>SAINT LOUIS, MO 63129 | | | Claim Number: 8310<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $84.07 | |

---

QUEBEDEAUX, BRENDA M.
307 TALL TIMBERS RD
ARNAUDVILLE, LA 70512

Claim Number: 3316
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $390.00 | Allowed: | $450.00 |

---

QUEEN CITY TV & APPLIANCE
2430 I-85 SOUTH
CHARLOTTE, NC 28208

Claim Number: 9501
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3504.32 |
|---|---|---|

---

QUESTAR GAS COMPANY
1140 WEST 200 SOUTH
P.O. BOX 3194
SALT LAKE CITY, UT 84110-3194

Claim Number: 6464
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $124.21 |
|---|---|---|

---

QUESTAR GAS COMPANY
1140 WEST 200 SOUTH
P.O. BOX 3194
SALT LAKE CITY, UT 84110

Claim Number: 6279
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $124.21 |
|---|---|---|

---

QUICK SIGNS
8381 PERRIN BEITEL
SAN ANTONIO, TX 78218

Claim Number: 8032
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $242.12 |
|---|---|---|

---

QUICK SIGNS
1403 SOUTH FIRST ST
WILLMAR, MN 56201

Claim Number: 8402
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $210.02 |
|---|---|---|

---

QUICK SIGNS
8381 PERRIN BEITEL
SAN ANTONIO, TX 78218

Claim Number: 9492
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $242.12 |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| QUICK SIGNS<br>8381 PERRIN BEITEL<br>SAN ANTONIO, TX 78218 | | | Claim Number: 9784<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $237.12 | | | | | |
| QUICK SIGNS<br>8381-2 PERRIN BEITEL<br>3376 N MAYO TRAIL<br>SAN ANTONIO, TX 78218 | | | Claim Number: 10236<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $237.12 | | | | | |
| QUICK SIGNS,<br>8381 PERRIN BEITEL<br>SAN ANTONIO, TX 78218 | | | Claim Number: 982<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $222.24 | Scheduled: | $222.24 | Allowed: | $222.24 |
| QUICK SIGNS,<br>165 DAKOTA DR<br>LITTLETON, NC 278509353 | | | Claim Number: 2173<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $532.50 | Scheduled: | $532.50 | Allowed: | $532.50 |
| QUICKPORCH INC,<br>5961 E 64TH AVE<br>COMMERCE CITY, CO 80022 | | | Claim Number: 2302<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $11766.45 | Scheduled: | $11766.63 | Allowed: | $11766.45 |
| QUINTANA, DANIEL M.<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 4254<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |
| QWEST<br>BANKRUPTCY DEPT.<br>BOX 5508<br>BISMARCK, ND 58506 | | | Claim Number: 452<br>Claim Date: 02/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $12296.59 | Scheduled: | $134.60 | | |
| R & G MOBILE HOME SUPPLY INC,<br>2406 WEST EULESS BLVD<br>EULESS, TX 76040 | | | Claim Number: 767<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | | |
| UNSECURED | Claimed: | $1094.83 | Scheduled: | $1094.83 | Allowed: | $1094.83 |

| R & G QUALITY CONTRACTORS, INC.<br>22517 ANGOSTURA BLVD.<br>SAN ANTONIO, TX 78261 | Claim Number: 4194<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |

| UNSECURED | Claimed: | $26110.75 | Scheduled: | $15022.00 | | |

| R & G TRACTOR SERVICE<br>P O BOX 147<br>RESCUE, CA 95672 | Claim Number: 1377<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $2000.00 | | | | |
| UNSECURED | | | | | Allowed: | $2000.00 |

| R & G TRACTOR SERVICE<br>P O BOX 147<br>RESCUE, CA 95672 | Claim Number: 9049<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $2000.00 | | |

| R & J FURNITURE XPRESS,<br>1015 N SALISBURY AVE<br>SPENCER, NC 28159 | Claim Number: 2301<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |

| UNSECURED | Claimed: | $5875.00 | Scheduled: | $4917.00 | Allowed: | $5875.00 |

| R & R BACKHOE SERVICE<br>R AND R BACKHOE SERVICE<br>108 CYNTHIA DR<br>PLEASANTON, TX 780641508 | Claim Number: 6198<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $0.00 UNDET | | |

| R & R BACKHOE SERVICE,<br>108 CYNTHIA DR.<br>PLEASANTON, TX 78064 | Claim Number: 6196<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $6800.00 |

| R & R BACKHOE SERVICE,<br>108 CYNTHIA DR.<br>PLEASANTON, TX 78064 | Claim Number: 6197<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $4450.00 | | |

R & R FENCING
DBA R & R FENCING
713 N WASHINGTON ST
CHANDLER, AZ 85225

Claim Number: 2003
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $375.00 | | | | Allowed: | $375.00 |

R & R FENCING
DBA R & R FENCING
713 N WASHINGTON ST
CHANDLER, AZ 85225

Claim Number: 8293
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $375.00 |

R & R MOBILE HOME PARK
24 COUNTY RD 901
JEMISON, AL 35085

Claim Number: 8603
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $450.00 |

R & R MOBILE HOME SERVICE
PO BOX 884
RAYNE, LA 70578

Claim Number: 1760
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

R & R MOBILE HOME SERVICE,
PO BOX 884
RAYNE, LA 70578

Claim Number: 1761
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $18249.21 |

R & R MOBILE HOME SERVICE,
PO BOX 884
RAYNE, LA 70578

Claim Number: 1759
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3565.00 | Allowed: | $32315.38 |

R B S INCORPORATED,
P O BOX 490
WHITE SULPHUR SPRINGS, WV 24986

Claim Number: 2784
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1106.21 | Scheduled: | $1170.77 | Allowed: | $1106.21 |

R C APPRAISALS
8201 EMERALD DRIVE 8K
EMERALD ISLE, NC 28594

Claim Number: 7512
Claim Date: 06/30/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | Allowed: | $750.00 |

R C APPRAISALS
8201 EMERALD DRIVE 8K
EMERALD ISLE, NC 28594

Claim Number: 8611
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $943.77 | | | | | |
|---|---|---|---|---|---|---|---|

R C ELECTRIC,
DBA R C ELECTRIC
2600 YOUNGERS CREEK RD
ELIZABETHTOWN, KY 42701

Claim Number: 1460
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2832.50 | Scheduled: | $2832.50 | Allowed: | $2832.50 |
|---|---|---|---|---|---|---|

R RATE PLUMBING & HEATING,
284 WEST FIRST AVE
COLVILLE, WA 99114

Claim Number: 7551
Claim Date: 07/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $527.24 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $527.24 | Allowed: | $527.24 |

R&G QUALITY CONTRACTORS INC
2517 ANGOSTURA BLVD
SAN ANTONIO, TX 78261

Claim Number: 3441
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $26110.75 | | | | |
|---|---|---|---|---|---|---|

R&G QUALITY CONTRACTORS INC.
22517 ANGOSTURA BLVD.
SAN ANTONIO, TX 78261

Claim Number: 3418
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $26110.75 | | | Allowed: | $15022.00 |
|---|---|---|---|---|---|---|

R&L APPRAISALS INC
540 E 200 S
BURLEY, ID 83318

Claim Number: 8145
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

R&P CONTRACTORS
2327 TALLEY OAK HILL RD
UPTON, KY 427849636

Claim Number: 1551
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $1100.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1100.00 |

---

R&R MASONRY,
DBA R&R MASONRY
1551 FLEM CLAYTON RD
ROXBORO, NC 27573

Claim Number: 783
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $3325.00 | Scheduled: | $3325.00 | Allowed: | $3325.00 |

R&S ELECTRIC SERVICE,
DBA R&S ELECTRIC SERVICE
PO BOX 193
VALLEY HEAD, WV 26294

Claim Number: 707
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $740.70 | Scheduled: | $740.70 | Allowed: | $740.70 |

R&S ELECTRICAL SERVICE
DBA R&S ELECTRAL SERVICE
PO BOX 193
VALLEY HEAD, WV 26294

Claim Number: 9562
Claim Date: 04/13/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $740.70 |

R. COLIN CAMPBELL
8558 NORTH MAIN STREET
EDEN, NY 14057

Claim Number: 930
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 2283 (11/04/2003)

---

| UNSECURED | Claimed: | $50000.00 UNLIQ |

R. PUGA HOME IMPROVEMENT
8235 W. VERMONT AVE
GLENDALE, AZ 85303

Claim Number: 10280
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $692.00 |

R.D. BAKER FOUNDATIONS, INC.
13420 BUNKER HILL DR
WILLIS, TX 773185308

Claim Number: 2128
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $11180.00 | Scheduled: | $11180.00 | Allowed: | $11180.00 |

R.J. MACGILLIVRAY
NORTHEAST WASHINGTON ACCOUNTS
RECEIVABLE MANGEMENT
711 PEND ORIELLE WAY
COLVILLE, WA 99114

Claim Number: 7609
Claim Date: 07/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $210.75 |

R.R. DONNELLEY RECEIVABLES, INC.
R.R. DONNELLEY (AS AGENT)
77 W. WACKER DRIVE
77-15/CREDIT
CHICAGO, IL 60601

Claim Number: 1870
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $1708.40 |

---

RABURN ROSS
404 MAPLE STREET
MADISONVILLE, TN 37354

Claim Number: 7203
Claim Date: 05/09/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1550.00 |
|-----------|----------|----------|

---

RABURN ROSS,
404 MAPLE STREET
MADISONVILLE, TN 37354

Claim Number: 7892
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1560.00 |
|----------------|----------|----------|

---

RABURN ROSS,
404 MAPLE STREET
MADISONVILLE, TN 37354

Claim Number: 7202
Claim Date: 05/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1550.00 |
|-----------|----------|----------|

---

RABURN, ROSS
404 MAPLE STREET
MADISONVILLE, TN 37354

Claim Number: 9799
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1560.00 |
|----------------|----------|----------|

---

RAC JAC PROPERTIES
1500 THOMPSON BLVD
SEDALIA, MO 65301

Claim Number: 1408
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $2345.00 UNDET |
|----------|----------|----------------|

---

RACHEL'S INTER
P O BOX 70815
ALBANY, GA 31708-0815

Claim Number: 2120
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1745.00 | Scheduled: | $1745.00 | Allowed: | $1745.00 |
|--------------------|----------|----------|------------|----------|----------|----------|

---

RACHEL'S INTERIOR DESIGNS
P.O. BOX 70815
ALBANY, GA 31708-0815

Claim Number: 9751
Claim Date: 05/07/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1745.00 |
|----------------|----------|----------|

---

---

RADDE, KARL D
PO BOX 4492
BRYAN, TX 77805

Claim Number: 6626
Claim Date: 04/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $3767.12 |
|---|---|---|

---

RADDE, KARL D
PO BOX 4492
BRYAN, TX 77805

Claim Number: 8806
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $3767.12 |
|---|---|---|

---

RADFORD, CECIL
5911 SOUTHFORD ST
HOUSTON, TX 77033

Claim Number: 8619
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5500.00 |
|---|---|---|

---

RADFORD, CECIL
2620 ARBOR #1
HOUSTON, TX 77004

Claim Number: 10203
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $5500.00 |
|---|---|---|

---

RADIANT WATER PUMPS & PURIFICATION CO,
4103 E 11TH ST
TULSA, OK 74112

Claim Number: 1355
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $560.00 | Scheduled: | $560.00 | Allowed: | $560.00 |
|---|---|---|---|---|---|---|

---

RADIO SHACK INC-NC,
ATTN: JUDY WONG
300 W. THIRD ST., STE. 600
FORTWORTH, TX 76102

Claim Number: 4305
Claim Date: 03/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| SECURED | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $590.81 | Scheduled: | $590.81 | Allowed: | $590.81 |

---

RADIOSHACK CREDIT SERVICES
300 W. THIRD ST STE 600
ATTN: JUDY WONG
FORT WORTH, TX 76102

Claim Number: 515
Claim Date: 02/05/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| SECURED | Claimed: | $590.81 |
|---|---|---|

---

---

RADISSON HOTEL-GREENSBORO,
DBA RADISSON HOTEL
GREENSBORO
415 SWING ROAD
GREENSBORO, NC 27409

Claim Number: 2390
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2096.01 | Scheduled: | $1164.45 | Allowed: | $2096.01 |
|---|---|---|---|---|---|---|

RAGAN, JODI L
142 COUNTRY TOWN DR
COLUMBIA, SC 29212

Claim Number: 8181
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $190.00 |
|---|---|---|

RAINBOW DRILLING PRECAST,
PO BOX 6119
PEORIA, AZ 85385

Claim Number: 3464
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $2985.00 | Scheduled: | $2985.00 | Allowed: | $2985.00 |
|---|---|---|---|---|---|---|

RAINBOW FIRE SPINKLES, INC,
38567 SCRAVEL HILL RD N
ALBANY, OR 97321

Claim Number: 1653
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1647.53 | Scheduled: | $937.72 | Allowed: | $1647.53 |
|---|---|---|---|---|---|---|

RAINDANCE COMMUNICATIONS
1157 CENTURY DR
LOUISVILLE, CO 80027

Claim Number: 4275
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $146.68 | | | Allowed: | $146.68 |
|---|---|---|---|---|---|---|

RAINIER VIEW WATER CO
P O BOX 44427
TACOMA, WA 98444

Claim Number: 1512
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $22.43 | | | Allowed: | $22.43 |
|---|---|---|---|---|---|---|

RAMADA INN DAYTON MALL
3555 MIAMISBURG CENTERVILLE
DAYTON, OH 45449

Claim Number: 1058
Claim Date: 02/19/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $336.78 | | | Allowed: | $336.78 |
|---|---|---|---|---|---|---|

---

| RAMADA INN ELKHART, | Claim Number: 5140 |
| 3011 BELVIDERE ROAD | Claim Date: 03/27/2003 |
| ELKHART, IN 46514 | Debtor: PREFERRED HOUSING SERVICES, LP |

| UNSECURED | Claimed: | $129.80 | Scheduled: | $129.80 | Allowed: | $129.80 |

| RAMADA INN ELKHART, | Claim Number: 5139 |
| 3011 BELVEDERE ROAD | Claim Date: 03/27/2003 |
| ELKHART, IN 46514 | Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $4159.10 | Scheduled: | $8471.10 | Allowed: | $4159.10 |

| RAMANDA INN, | Claim Number: 5141 |
| 3011 BELVEDERE RD | Claim Date: 03/27/2003 |
| ELKHART, IN 46514 | Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $7918.90 | Scheduled: | $7918.90 | Allowed: | $7918.90 |

| RAMBO, RUDOLPH LEVON | Claim Number: 3869 |
| P.O. BOX 4898 | Claim Date: 03/15/2003 |
| FLORENCE, SC 29502 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: DOCKET: 8609 (07/19/2006) |
| | ADJOURNED PER THE 96TH ORD |

| UNSECURED | Claimed: | $3165.73 | Scheduled: | $3165.73 |

| RAMBO, RUDOLPH RAMBO | Claim Number: 3868 |
| P.O. BOX 4898 | Claim Date: 03/15/2003 |
| FLORENCE, SC 29502 | Debtor: PREFERRED HOUSING SERVICES, LP |
| | Comments: DOCKET: 8609 (07/19/2006) |
| | ADJOURNED PER THE 96TH ORDER |

| UNSECURED | Claimed: | $68972.83 | Scheduled: | $50320.54 | Allowed: | $50320.54 |

| RAMBOW INC | Claim Number: 8075 |
| PO BOX 418 | Claim Date: 11/07/2003 |
| NEW LONDON, MN 56273 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1061.84 |

| RAMBOW INC | Claim Number: 9489 |
| PO BOX 418 | Claim Date: 04/09/2004 |
| NEW LONDON, MN 56273 | Debtor: HBOS MANUFACTURING, LP |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1093.68 |

| RAMBOW INC, | Claim Number: 1005 |
| 1000 RAMBOW PKWY | Claim Date: 02/19/2003 |
| NEW LONDON, MN 56273 | Debtor: HBOS MANUFACTURING, LP |

| UNSECURED | Claimed: | $943.45 | Scheduled: | $902.25 | Allowed: | $943.45 |

---

RAMIREZ, ISAAC
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5955
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

RAMIREZ, JOSE GUADALUPE
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7447
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1368.75 |

---

RAMIREZ, LINDA C.
PO BOX 192
SAPULPA, OK 74067

Claim Number: 7610
Claim Date: 07/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $52.00 | Allowed: | $52.00 |

---

RAMIREZ, LUIS
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 4824
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $5857.00 |

---

RAMIREZ, LUIS
C/O RICHARD KUHLING
717 W. SPRAGUE, SUITE 1200
SPOKANE, WA 99201

Claim Number: 6494
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

RAMIREZ, NOE
104 YOUR ROAD CT
AZLE, TX 76020

Claim Number: 3565
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | | |
| UNSECURED | | | Scheduled: | $1260.00 |

---

RAMIREZ, RAFAEL
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 4812
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $5857.00 |

---

---

RAMIREZ, RAFAEL
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 4816
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

RAMSBURG, ALYCIA MARIE, BY HER GUARDIAN,
DUNCAN B MCFAYDEN III
JIMMIE R KEEL, AS COUNSEL
PO BOX 1158
TARBORO, NC 27886

Claim Number: 10873
Claim Date: 03/26/2007
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $120000.00 |
| --- | --- | --- |

---

RAMSBURG, ALYCIA MARIE; BY AND THROUGH
HER GUARDIAN AD LITEM DUNCAN B MCFAYDEN
C/O JIMMY R. KEEL, ESQ.
511 ST. ANDREW ST., STE 4/PO BOX 1158
TARBORO, NC 27886

Claim Number: 5210
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

RAMSBURG, ALYCIA MARIE; BY AND THROUGH
HER GUARDIAN AD LITEM DUNCAN B MCFAYDEN
C/O JIMMY R. KEEL, ESQ.
511 ST ANDREW ST., STE 4/ PO BOX 1158
TARBORO, NC 27886

Claim Number: 5211
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

RAMSDEN & LYONS
PO BOX 1336
COEUR D ALENE, ID 83816

Claim Number: 7605
Claim Date: 07/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $2383.98 | Scheduled: | $1385.50 | Allowed: | $2383.98 |
| --- | --- | --- | --- | --- | --- | --- |

---

RAMSDEN & LYONS
PO BOX 1336
COEUR D ALENE, ID 83816

Claim Number: 8910
Claim Date: 11/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $222.93 |
| --- | --- | --- |

---

RAMSDEN & LYONS
PO BOX 1336
COEUR D ALENE, ID 83816

Claim Number: 8913
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

RAMSEUR, MARION E
1805 TOMES RD
LINCOLNTON, NC 28092

Claim Number: 8586
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $4200.00 |
| --- | --- | --- |

---

---

RAMSEY AUTO BODY & PAINT
PO BOX 529
BRINKLEY, AR 72021

Claim Number: 752
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $240.00 | | Allowed: | $240.00 |

---

RAMSEYS MH PART
367 N LOUISIANA AVE
ASHEVILLE, NC 28806

Claim Number: 3583
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $33822.56 | | | |
| UNSECURED | | | | Allowed: | $22330.07 |

---

RAN-MAR, INC.
149 PARTRIDGE ROAD
BERLIN STREET
BARRE, VT 05641

Claim Number: 989
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $177.50 |

---

RANDELL, JIM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7168
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

RANDLE JOHNNIE
6885 GIBBS CREEK ROAD
CHAPPELL HILL, TX 77426

Claim Number: 3841
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | | | | Allowed: | $2457.60 |
| UNSECURED | Claimed: | $3250.00 | | | |

---

RANDLE, ALFREDO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5956
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

RANDLOPH COUNTY TAX DEPARTMENT
725 MCDOWELL ROAD
ASHEBORO, NC 27205

Claim Number: 8488
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $2212.83 |

---

| RANDOLPH COUNTY TAX COLLECTOR<br>725 MCDOWELL RD<br>ASHEBORO, NC 272037370 | Claim Number: 4470<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $1593.58 |
|---|---|---|

| RANDOLPH COUNTY TAX COLLECTOR<br>725 MCDOWELL RD<br>ASHEBORO, NC 272037370 | Claim Number: 9557<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $422.02 |
|---|---|---|

| RANDOLPH GUIDE<br>PO BOX 1044<br>ASHEBORO, NC 27204 | Claim Number: 1684<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $20.00 | Scheduled: | $20.00 | Allowed: | $20.00 |
|---|---|---|---|---|---|---|

| RANDOLPH HVAC INC<br>RT 1 BOX 28<br>RED HOUSE, WV 25168 | Claim Number: 5539<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $106.00 |
|---|---|---|

| RANDOLPH HVAC INC<br>RT 1 BOX 28<br>RED HOUSE, WV 25168 | Claim Number: 5540<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4960.70 |
|---|---|---|

| RANDOLPH HVAC INC<br>RT 1 BOX 28<br>RED HOUSE, WV 25168 | Claim Number: 5542<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $6305.00 |
|---|---|---|

| RANDOLPH HVAC INC,<br>RT 1 BOX 28<br>RED HOUSE, WV 25168 | Claim Number: 5541<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $5839.96 | Scheduled: | $6898.00 |
|---|---|---|---|---|

| RANDOLPH, JEFF AND LAURA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7169<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

RANDY BRUMFIELD PLUMBING &,
SEPTIC TANK
721 BLUE RIDGE DRIVE
GRETNA, VA 24557

Claim Number: 3393
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2971.80 | Scheduled: | $2800.00 | Allowed: | $2971.80 |
|---|---|---|---|---|---|---|

RANEY GEOTECHNICAL INC,
3140 BEACON BLVD
WEST SACRAMENTO, CA 95691

Claim Number: 676
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $405.00 | Scheduled: | $405.00 | Allowed: | $405.00 |
|---|---|---|---|---|---|---|

RANEY MAX L,
218 STANFORD CT
HEATH, TX 75032

Claim Number: 6086
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $612.79 | Scheduled: | $612.79 | Allowed: | $612.79 |
|---|---|---|---|---|---|---|

RANEY MAX L,
218 STANFORD CT
HEATH, TX 75032

Claim Number: 6087
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $48725.54 | Scheduled: | $85192.14 | Allowed: | $48725.54 |
|---|---|---|---|---|---|---|

RANGER DEVELOPMENT CO,
4044 FOUNTAIN VIEW DR
TEXARKANA, TX 75501

Claim Number: 717
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

RANKIN, JESS LEE
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7451
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 |

RAPHAEL SALDANA,
203 SOUTHGATE DR.
CRESTVIEW, FL 32539

Claim Number: 2933
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 3377 (10/08/2004)

| PRIORITY | Claimed: | $75000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

RAPIDES PARISH,                         Claim Number: 6287
P O BOX 1590                            Claim Date: 03/31/2003
ALEXANDRIA, LA 71309                    Debtor: OAKWOOD MOBILE HOMES, INC.

---

| PRIORITY | Claimed: | $19361.31 | Scheduled: | $0.00 UNLIQ | | |

---

RAPPAHANNOCK ELECTRIC COOPERATIVE       Claim Number: 2586
PO BOX 7388                             Claim Date: 02/28/2003
FREDERICKSBURG, VA 22404                Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: ALLOWED

---

| PRIORITY | Claimed: | $1414.94 | | | | |
| UNSECURED | | | | | Allowed: | $1414.94 |

---

RAPPAHANNOCK ELECTRIC COOPERATIVE       Claim Number: 7911
PO BOX 7388                             Claim Date: 11/04/2003
FREDERICKSBURG, VA 22404                Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1157.82 | | | | |

---

RATLIFF DRILLIN                         Claim Number: 1112
PO BOX 477                              Claim Date: 02/19/2003
CEDAR BLUFF, VA 24609                   Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $5368.00 | | | | |

---

RATLIFF DRILLING CO INC,                Claim Number: 1111
PO BOX 477                              Claim Date: 02/19/2003
CEDAR BLUFF, VA 24609                   Debtor: OAKWOOD SHARED SERVICES, LLC

---

| UNSECURED | Claimed: | $2989.50 | Scheduled: | $2989.50 | Allowed: | $2989.50 |

---

RATLIFF DRILLING CO. INC.               Claim Number: 9590
PO BOX 477                              Claim Date: 04/16/2004
CEDAR BLUFF, VA 24609                   Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED
                                        DOCKET: 4214 (07/30/2004)

---

| ADMINISTRATIVE | Claimed: | $2989.50 | | | | |

---

RATLIFF DRILLING COMPANY, INC.          Claim Number: 10208
P.O. BOX 477                            Claim Date: 06/04/2004
CEDAR BLUFF, VA 246098                  Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED
                                        DOCKET: 4492 (09/03/2004)

---

| ADMINISTRATIVE | Claimed: | $2989.50 | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| RATLIFF JASON B<br>3581 COUNTY ROAD 172<br>MOUNT GILEAD, OH 43338 | | | Claim Number: 9339<br>Claim Date: 01/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) | | |
| ADMINISTRATIVE | Claimed: | $8400.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| RATLIFF, JASON B<br>3581 COUNTY ROAD 172<br>MOUNT GILEAD, OH 43338 | | | Claim Number: 8471<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $8400.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| RAULS CONSTRUCTION CO<br>RR 1 BOX 1K<br>GRADY, AR 716448601 | | | Claim Number: 1436<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $180.00 | | Allowed: | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| RAY'S SEPTIC TANK SERVICE<br>P.O. BOX 14411<br>HIGH POINT, NC 27263 | | | Claim Number: 10504<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $750.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| RAY, DEBRA/MICHAEL<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 612<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $30000.00 | | Allowed: | $8710.29 |

| | | | | | |
|---|---|---|---|---|---|
| RAY, DEBRA/MICHAEL<br>2120 BENNETT ROAD<br>BENTON, AR 72015 | | | Claim Number: 2845<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $30000.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| RAY, MICHAEL & DEBRA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7061<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| | | | | | |
|---|---|---|---|---|---|
| RAYCOMM MEDIA INC<br>1400 PICKENS ST<br>COLUMBIA, SC 29201 | | | Claim Number: 1934<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $996.00 | | Allowed: | $996.00 |

RAYMOND, ANGIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3496
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

RAYMOND, ANGIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7062
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

RAZZLE, MELLISA L.
405 COURTLAND DR.
SUMMERVILLE, SC 29483

Claim Number: 3906
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $307.00 | |

RCG CARPATHIA MASTER FUND, LTD
TRANSFEROR: CANA, INC.
666 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

Claim Number: 3359
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2243 (10/29/2003)

| UNSECURED | Claimed: | $2633.65 | Scheduled: | $2175.73 | Allowed: | $2633.65 |

RCG CARPATHIA MASTER FUND, LTD
TRANSFEROR: CANA, INC.
666 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

Claim Number: 3358
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2243 (10/29/2003)

| UNSECURED | Claimed: | $14023.44 | Scheduled: | $13141.96 | Allowed: | $12999.64 |

RCG CARPATHIA MASTER FUND, LTD
TRANSFEROR: CANA, INC.
666 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

Claim Number: 3502
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2243 (10/29/2003)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $91172.51 | Allowed: | $91172.51 |

RCG CARPATHIA MASTER FUND, LTD
TRANSFEROR: CANA, INC.
666 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

Claim Number: 3362
Claim Date: 03/05/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2243 (10/29/2003)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $3721.34 | Allowed: | $3297.93 |

RCG CARPATHIA MASTER FUND, LTD
TRANSFEROR: CANA INC
666 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

Claim Number: 3364
Claim Date: 03/05/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET: 2243 (10/29/2003)

| UNSECURED | Claimed: | $1348.32 | Scheduled: | $430.17 | Allowed: | $1348.32 |

| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: CANA INC<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 3360<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 2245 (10/29/2003) |

| UNSECURED | Claimed: | $7485.73 | Scheduled: | $7537.37 | Allowed: | $7485.73 |

| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: CANA INC<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 3361<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 2245 (10/29/2003) |

| UNSECURED | Claimed: | $4619.93 | Scheduled: | $5462.62 | Allowed: | $4619.93 |

| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: MAAX INC.<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 3960<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $15912.50 |

| RCG CARPATHIA MASTER FUND, LTD<br>599 LEXINGTON AVE.<br>21ST FLOOR<br>ATTN: OWEN LITTMAN<br>NEW YORK, NY 10022 | Claim Number: 3962<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |

| UNSECURED | Claimed: | $222878.17 | | | Allowed: | $127969.63 |

| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: MAAX, INC.<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 9141<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $414496.96 | Scheduled: | $319598.42 |

| RCG CARPATHIA MASTER FUND, LTD<br>599 LEXINGTON AVE.<br>21ST FLOOR<br>ATTN: OWEN LITTMAN<br>NEW YORK, NY 10022 | Claim Number: 3961<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $175706.29 |

| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: MAAX, INC.<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 9703<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $414496.96 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: FABRAL<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | | | Claim Number: 278<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $26940.86 | | Allowed: | $26940.86 |

| | | | | |
|---|---|---|---|---|
| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: CANA INC-TX,<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | | | Claim Number: 3363<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 2245 (10/29/2003) | |
| UNSECURED | Claimed: | $35612.50 | Scheduled: | $35654.24 |

| | | | | | |
|---|---|---|---|---|---|
| RCG CARPATHIA MASTER FUND, LTD<br>TRANSFEROR: TOLKO INDUSTRIES, LTD.<br>666 THIRD AVENUE, 26TH FLOOR<br>NEW YORK, NY 10017 | | | Claim Number: 3330<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| ADMINISTRATIVE | | | | Allowed: | $2856.84 |
| UNSECURED | Claimed: | $73090.83 | Scheduled: $71522.76 | Allowed: | $68665.92 |

| | | |
|---|---|---|
| REA, CANDELARIO A.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5957<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1931.25 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| REAGAN COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201-2644 | | | Claim Number: 361<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
| SECURED | Claimed: | $1189.62 | | Allowed: | $1189.62 |

| | | |
|---|---|---|
| REAGAN COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER, S KNIGHTON, L SPINDLER<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | | Claim Number: 10820<br>Claim Date: 02/08/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
| ADMINISTRATIVE | Claimed: | $1204.75 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| REAL ESTATE APPRAISING,<br>DBA REAL ESTATE APPRAISING<br>2607 JENKS AVE<br>PANAMA CITY, FL 32405 | | | Claim Number: 2516<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
| PRIORITY | Claimed: | $1800.00 | | | |
| UNSECURED | | | Scheduled: $250.00 | Allowed: | $250.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REBEL RENTS, INC.<br>C/O CRS<br>PO BOX 1389<br>SIMI VALLEY, CA 93062 | | | Claim Number: 7737<br>Claim Date: 08/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $176.12 | | | | | |
| REBER ALLEN D,<br>276 E DESERT HOLLY DR<br>QUEEN CREEK, AZ 85242 | | | Claim Number: 740<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $300.00 DISP | Allowed: | $150.00 |
| REBER BUILDING COMPANY,<br>DBA REBER BUILDING COMPANY<br>1612 E CENTRAL<br>SUTHERLIN, OR 97479 | | | Claim Number: 2931<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | | |
| UNSECURED | Claimed: | $14950.00 | Scheduled: | $14950.00 | Allowed: | $8900.00 |
| REBOLLAR, ENRIQUE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5958<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |
| REBOLLAR, ISAEL<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5959<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |
| RECORD, JOHN<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5960<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |
| RECYCLING EARTH PRODUCTS,<br>2216 VIA SUBRIA<br>VISTA, CA 92084-2834 | | | Claim Number: 1348<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: DOCKET: 8486 (03/15/2006) | | | | |
| UNSECURED | Claimed: | $6300.00 | Scheduled: | $6300.00 | Allowed: | $6300.00 |

---

| RED BALL MOBILE HOME PARK<br>7410 S. MANSFIELD HWY<br>KENNEDALE, TX 76060 | Claim Number: 9685<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $500.00 | | | |
|---|---|---|---|---|---|

---

| RED FEATHER PAPER CO<br>PO BOX 1116<br>MANKATO, MN 56002-1116 | Claim Number: 1613<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $436.83 | | Allowed: | $436.83 |
|---|---|---|---|---|---|

---

| RED FEATHER PAPER CO,<br>PO BOX 1116<br>MANKATO, MN 56002-1116 | Claim Number: 1614<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $474.11 | Scheduled: | $474.11 | Allowed: | $474.11 |
|---|---|---|---|---|---|---|

---

| RED RIVER ROOSTER<br>PO BOX 448<br>NATCHITOCHES, LA 71458 | Claim Number: 977<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $947.62 | | | |
|---|---|---|---|---|---|

---

| REDDI ROOTER OF WICHITA,<br>4225 BOUNOUS<br>WICHITA, KS 67209 | Claim Number: 7846<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $196.65 | | | |
|---|---|---|---|---|---|

---

| REDDIX, CHARLENE<br>P.O. BOX 145<br>GUNNISON, MS 38746 | Claim Number: 613<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $10000.00 | | | |
|---|---|---|---|---|---|

---

| REDDIX, CHARLENE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2844<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $10000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $2903.43 |

| REDING CURTIS C<br>PO BOX 173<br>MONTGOMERY, AL 36101 | Claim Number: 2707<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1.00 UNLIQ |
|---|---|---|

| REDLANDS LION CLUB,<br>2463 BROADWAY<br>GRAND JUNCTION, CO 81503 | Claim Number: 6535<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $161.45 |
|---|---|---|

| REDROCK HOMES INC-AZ,<br>775 E CHINLE DR<br>KANAB, UT 84741 | Claim Number: 1970<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $72.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $72.00 | Allowed: | $72.00 |

| REDWOOD FALLS PUBLIC UTILITIES,<br>PO BOX 48<br>REDWOOD FALLS, MN 56283 | Claim Number: 5532<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $23324.63 | Scheduled: | $21012.33 | Allowed: | $23324.63 |
|---|---|---|---|---|---|---|

| REDWOOD GAZETTE/LIVEWIRE<br>PO BOX 299<br>REDWOOD FALLS, MN 56283 | Claim Number: 4168<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $104.20 | Scheduled: | $69.00 | Allowed: | $104.20 |
|---|---|---|---|---|---|---|

| REDWOOD GAZETTE/LIVEWIRE,<br>PO BOX 299<br>REDWOOD FALLS, MN 56283 | Claim Number: 7873<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $112.06 |
|---|---|---|

| REDWOOD TERRACE MHP<br>MACK RICE<br>137 REDWOOD TERRACE<br>NEW BERN, NC 28562 | Claim Number: 9119<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2260.00 |
|---|---|---|

| REDWOOD TIRE SERVICE INC<br>1630 EAST BRIDGE STREET<br>REDWOOD FALLS, MN 56283 | Claim Number: 1304<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | | | Allowed: | $718.95 |
|---|---|---|---|---|---|---|

| REECE HEATING & AIR<br>DBA"REECE HEATING & AIR<br>112 AIR PORT ROAD EXT<br>PERRY, GA 31069 | Claim Number: 7878<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1977.31 |
|---|---|---|

| REECE HEATING & AIR<br>112 AIRPORT ROAD EXT<br>PERRY, GA 31069 | Claim Number: 9985<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1977.31 |
|---|---|---|

| REECE HEATING & AIR,<br>DBA"REECE HEATING & AIR<br>112 AIR PORT ROAD EXT<br>PERRY, GA 31069 | Claim Number: 4860<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1977.31 | Scheduled: | $1977.31 | Allowed: | $1977.31 |
|---|---|---|---|---|---|---|

| REECE HOLDING & AIR<br>112 AIRPORT ROAD EXT.<br>PERRY, GA 31069 | Claim Number: 10300<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1977.31 |
|---|---|---|

| REED LUMBER CO INC,<br>195 SULLIVAN STREET<br>CHRISTIANSBURG, VA 24073 | Claim Number: 906<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $476.19 | Scheduled: | $476.19 | Allowed: | $476.19 |
|---|---|---|---|---|---|---|

| REED, CHARLES & JAN<br>150 MARTESIA WAY<br>INDIAN HARBOUR, FL 32937 | Claim Number: 6278<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $6746.92 |
|---|---|---|

---

REEL, RICHARD G.
129 WI-ST PARK PLACE
MARION, NC 28752

Claim Number: 10036
Claim Date: 05/21/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $8375.72 |
|---|---|---|

---

REESE SERVICE COMPANY INC
419 EIGHTH AVE
BURNHAM, PA 17009

Claim Number: 7938
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $111.50 |
|---|---|---|

---

REFURB COMPANY, THE
5576 EDMUND HIGHWAY
LEXINGTON, SC 29073

Claim Number: 4197
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $8252.30 |
|---|---|---|

---

REGEN CAPITAL I, INC.
TRANSFEROR: AT&T CORP
PO BOX 826
PLANETARIUM STATION
NEW YORK, NY 10024-0540

Claim Number: 2409
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10624.31 |
|---|---|---|

---

REGIONAL INCOME TAX AGENCY
PO BOX 470537
ATTN: LEGAL DEPT
BROADVIEW HEIGHTS, OH 44147

Claim Number: 4444
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

REGIONAL INCOME TAX AGENCY
PO BOX 470537
ATTN: LEGAL DEPT
BROADVIEW HEIGHTS, OH 44147

Claim Number: 4445
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $347.85 |
|---|---|---|

---

REGULATION COMPLIANCE, INC,
6363 RILEY WAY
RIVERSIDE, CA 92509

Claim Number: 2972
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $7204.06 | Scheduled: | $2080.00 | Allowed: | $7204.06 |
|---|---|---|---|---|---|---|

---

REI INVESTMENTS, INC.
DBA CENTER POINT MHC
2212-163 FT WORTH DR
DENTON, TX 76205

Claim Number: 3871
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $250.00 |
|---|---|---|

---

---

REI INVESTMENTS, INC.
DBA CENTER POINT MHC
2212-163 FT WORTH DR
DENTON, TX 76205

Claim Number: 8067
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $250.00 |
|---|---|---|

---

RELIABLE DATA PRODUCTS-GA,
121 1ST ST SE
MOULTRIE, GA 31768

Claim Number: 1154
Claim Date: 02/20/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $1449.29 | Scheduled: | $1318.71 | Allowed: | $1449.29 |
|---|---|---|---|---|---|---|

---

RELIANT ENERGY
PO BOX 1409
HOUSTON, TX 77251-1409

Claim Number: 4004
Claim Date: 03/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $6842.78 |
|---|---|---|

---

RELIANT ENERGY
PO BOX 1046
HOUSTON, TX 772511046

Claim Number: 7457
Claim Date: 06/20/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $11193.89 | Scheduled: | $8695.05 |
|---|---|---|---|---|

---

REMINGER & REMINGER CO., LPA
505 SOUTH HIGH STREET
COLUMBUS, OH 43215

Claim Number: 6410
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $15744.64 | Scheduled: | $11074.08 |
|---|---|---|---|---|

---

REMINGER & REMINGER CO., LPA
505 SOUTH HIGH STREET
COLUMBUS, OH 43215

Claim Number: 6411
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $3471.50 |
|---|---|---|

---

REMINGTON ACRES ESTATES
1870 W PRINCE RD #47
TUCSON, AZ 85705

Claim Number: 8543
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $90.89 |
|---|---|---|

---

REMSING, LARRY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6911
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

---

REMTRON INC,
1916 W MISSION RD
ESCONDIDO, CA 92029

Claim Number: 1219
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $17.68 | Allowed: | $17.68 |
|-----------|----------|-------|------------|--------|----------|--------|

RENFRO, JEFFREY R
105 COUNTRYWOOD DRIVE
LAWRENCEBURG, TN 38464

Claim Number: 8707
Claim Date: 11/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|----------------|----------|-------------|

---

RENNER CONSTRUCTION,
DBA RENNER CONSTRUCTION
892 MONROE AVE
CHILLICOTHE, OH 45601

Claim Number: 2473
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $2250.00 | | | | |
|----------|----------|----------|------------|---------|----------|----------|
| UNSECURED | | | Scheduled: | $1500.00 | Allowed: | $2250.00 |

RENO GAZETTE-JOURNAL
BARBARA SMITH
PO BOX 22000
RENO, NV 89502

Claim Number: 2417
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $995.30 |
|-----------|----------|---------|

---

RENTAL KENNETH & PEARL DIX,
PO BOX 776
DAWSONVILLE, GA 30534

Claim Number: 2522
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $175.00 | | | | |
|----------|----------|---------|------------|--------------|----------|---------|
| SECURED | Claimed: | $875.00 | | | | |
| UNSECURED | | | Scheduled: | $875.00 DISP | Allowed: | $875.00 |

RENTCH ENTERP
DBA: RENTCH ENTERPRISES
HCR 34 BOX 938 C
UVALDE, TX 78801

Claim Number: 988
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $2850.00 | | |
|----------|----------|----------|----------|----------|
| UNSECURED | | | Allowed: | $2850.00 |

RENU FIBERGLASS SERVICE
DBA RENU FIBERGLASS SERVICE
P O BOX 1542
WILSON, NC 27894

Claim Number: 1171
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $310.00 | | Allowed: | $310.00 |
|-----------|----------|---------|---|----------|---------|

---

REPUBLIC SERVICES, INC
REPUBLIC SILVER STATE DISPOSAL INC. DBA:
REPUBLIC SERVICES, INC.
770 E. SAHARA AVE;
LAS VEGAS, NV 89104

Claim Number: 377
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $257.03 | | Allowed: | $257.03 |

---

REPUBLIC WASTE SERVICES OF HIL
PO BOX 9001073
LOUISVILLE, KY 40290

Claim Number: 1493
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $943.24 | | Allowed: | $658.71 |

---

RESIDENCE ROW MOBILE HOME PARK
3105 CEMETERY RD
OPELOUSAS, LA 70570

Claim Number: 2592
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $450.00 |

---

RESOURCE LOGISTICS INTL
PO BOX 1566
CONROE, TX 77305 1566

Claim Number: 2805
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3707.21 |

---

RESOURCE MATERIAL CORPORATION
1411 MAJESTIC DR.
FREMONT, OH 43420

Claim Number: 3939
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3674.32 |

---

REST MASTER BUILDING CO., INC.
16 REST MASTER LANE
NORTH AUGUSTA, SC 29860

Claim Number: 6671
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4163.17 |

---

REVENUE COMMISSIONER
STARLA M. MATTHEWS
PO  DRAWER 6406
DOTHAN, AL 36302

Claim Number: 4434
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18.83 | | Allowed: | $18.83 |

---

---

REVENUE MANAGEMENT
TRANSFEROR: LANIER WORLDWIDE, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10117
Claim Date: 05/27/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63789.92 | | Allowed: | $59052.63 |

---

REVIA TRUCKING LLC
1055 NORTH ST
VIDOR, TX 77662

Claim Number: 8725
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1243.60 |

---

REXFORD L. OSTRANDER
DBA AXIS LAND SURVEYING
PO BOX 2624
SPOTSYLVANIA, VA 22553

Claim Number: 1141
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $660.00 | | Allowed: | $660.00 |

---

REYES LYDIA M
701 CAMBRIDGE
ROUND ROCK, TX 78664

Claim Number: 3767
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71.84 | | Allowed: | $71.84 |

---

REYES, LYDIA
701 CAMBRIDGE DR.
ROUND ROCK, TX

Claim Number: 3766
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $410.74 |

---

REYES, MARCUS
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5961
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $5626.44 UNLIQ |

---

REYES, MARIA
1910 DIXIE DRIVE
LUBBOCK, TX 79405

Claim Number: 9144
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1450.00 |

---

---

REYNOLDS CO., THE
P.O. BOX 1925
GREENVILLE, SC 29602

Claim Number: 1572
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $2214.46 | | Allowed: | $2214.46 |

---

REYNOLDS WELDING SUPPLY CO
1728 N RIVERFRONT DR
MANKATO, MN 56001

Claim Number: 1063
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7478.48 |

---

REYNOLDS, JERRY AND MELANIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7170
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

REYNOLDS, LINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6912
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

REYNOLDS, LINDA W
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 614
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |

---

REYNOLDS, MELANIE
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 3191
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |

---

REYNOLDSBURG INVESTMENT CO,
5682 NOTRE DAME PLACE
COLUMBUS, OH 43213

Claim Number: 4023
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | | | | | | | |
| UNSECURED | Claimed: | $2700.00 | | Scheduled: | $2700.00 DISP | Allowed: | $2700.00 |

---

REYNOSO, AMADA M.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5962
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

RHOADS, GAY & VETA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6913
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

RHODES, ELIZABETH
J. RANDALL LIVINGSTON
THE LIVINGSTON LAW FIRM
ONE RIVERWAY; SUITE 2030
HOUSTON, TX 77056

Claim Number: 7444
Claim Date: 06/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35000.00 | Scheduled: | $0.00 UNLIQ |

---

RHODES, ELIZABETH
2603 AUGUSTA DR   STE 1000
HOUSTON, TX 770575638

Claim Number: 10775
Claim Date: 08/26/2005
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12000.00 |

---

RICARD, MARTIN K
656 HAMLET CIRCLE
GOOSE CREEK, SC 29445

Claim Number: 8068
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $810.00 |

---

RICE, MARK A
19215 129TH CT NE
BOTHELL, WA 98011

Claim Number: 8031
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4165 (06/18/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2000.00 |

---

RICH INTERIORS
DBA RICH INTERIORS
P O BOX 2023
OLYMPIA, WA 98507

Claim Number: 3290
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3787.13 |

---

RICH INTERIORS
DBA RICH INTERIORS
P O BOX 2023
OLYMPIA, WA 98507

Claim Number: 8914
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3787.13 |
|---|---|---|

RICH INTERIORS
P.O. BOX 2023
OLYMPIA, WA 98507

Claim Number: 9804
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2810.88 |
|---|---|---|

RICH INTERIORS,
DBA RICH INTERIORS
P O BOX 2023
OLYMPIA, WA 98507

Claim Number: 3289
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $3787.13 | Scheduled: | $3308.26 | Allowed: | $1831.11 |
|---|---|---|---|---|---|---|

RICHARD FEWELL SHERIFF & TAX COLLECTOR
P.O. BOX 1803
MONROE, LA 71210-1803

Claim Number: 1523
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17664.78 |
|---|---|---|

RICHARDS ROBERT E
PO BOX 37
CONCAN, TX 78838

Claim Number: 4745
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $1614234.00 | | | Allowed: | $377500.00 |
|---|---|---|---|---|---|---|

RICHARDS, BABE R.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3497
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

RICHARDSON, EVELYN C.
1310 ST. JOHN RD.
BRAXTON, MS 39044

Claim Number: 4547
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

RICHARDSON, JOHILLA & WILLIAM
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6914
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| RICHLAND COUNTY TREASURER<br>P.O. BOX 11947<br>COLUMBIA, SC 29211 | | Claim Number: 9331<br>Claim Date: 01/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |

| | | |
|---|---|---|
| SECURED | Claimed: | $406.47 |

---

RICHLAND STEEL LLC,
1905 MINES ROAD
PULASKI, TN 38478

Claim Number: 710
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2226.21 | | | | |
| UNSECURED | | | Scheduled: | $2226.21 | Allowed: | $2226.21 |

---

RICHMOND, CATHERINE S
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 3920538756

Claim Number: 4253
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7500.00 | Allowed: | $2467.92 |

---

RICHMOND, DONALD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5963
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

RICHS OUTDOOR SERVICES
DBA RICHS OUTDOOR SERVICES
9347 W QUAIL AVE
PEORIA, AZ 85382

Claim Number: 996
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1180.00 | | |
| UNSECURED | | | Allowed: | $1180.00 |

---

RICHS OUTDOOR SERVICES,
DBA RICHS OUTDOOR SERVICES
9347 W QUAIL AVE
PEORIA, AZ 85382

Claim Number: 1568
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1595.00 | | | | |
| UNSECURED | | | Scheduled: | $1595.00 | Allowed: | $1595.00 |

---

RICKENBACKER, PATRICIA
902 E AVE H
BELTON, TX 76513

Claim Number: 8826
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $300.00 |

---

RICKENBAUGH BUILDING SUPPLY
ROUTE 35 NORTH
P.O. BOX 67
MC ALISTERVILLE, PA 17049

Claim Number: 227
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1580.00 |
|---|---|---|

RICKENBAUGH BUILDING SUPPLY
ROUTE 35 NORTH
P.O. BOX 67
MC ALISTERVILLE, PA 17049

Claim Number: 228
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $408.30 |
|---|---|---|

RICKENBAUGH BUILDING SUPPLY
ROUTE 35 NORTH
P.O. BOX 67
MCALISTERVILLE, PA 17049

Claim Number: 396
Claim Date: 01/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $408.30 |
|---|---|---|

RICKENBRODE, TIMOTHY & NOLTE, KILEY
EVERETTE H. SANDERSON
MOORE LANDRY LLP
390 PARK STREET, SUITE 500
BEAUMONT, TX 77701

Claim Number: 9190
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $37773.50 |
|---|---|---|

RICKMAN, ELDON
420 CANYON PL
WENATCHEE, WA 98801

Claim Number: 4877
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $200.00 | | | Allowed: | $200.00 |
|---|---|---|---|---|---|---|

RICKS MOBILE HOME SERVICE,
1986 BURKIN RD
MC CONNELLS, SC 29726

Claim Number: 2576
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $3515.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3515.00 | Allowed: | $3515.00 |

RICKS, MARVIN L.
8080 SPYKER RD
BASTROP, LA 712207377

Claim Number: 2571
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $5362.50 | Scheduled: | $3965.00 |
|---|---|---|---|---|

RIDGEVIEW DEVELOPMENT COMPANY
DBA BROOKWOOD MOBILE HOME PARK
1908 E. 19TH
LAWRENCE, KS 66046

Claim Number: 9807
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1377.86 |
| --- | --- | --- |

RIDGEWAY RENTALS
DBA PARRISH REALTY
PO BOX 1688
WENDELL, NC 27591

Claim Number: 8579
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $585.00 |
| --- | --- | --- |

RIEHLE CONSTRUCTION LLC
15591 CO RD D-50
BRYAN, OH 43506

Claim Number: 8573
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7971.13 |
| --- | --- | --- |

RIEMER MORGAN E
303 CLOUD ST
KILLEEN, TX 765415015

Claim Number: 4742
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $0.00 UNDET |
| --- | --- | --- |

RIEMER, NIKOLAI
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5964
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $834.38 UNLIQ |

RIFLE RANGE ESTATES MHP
7808 STILLBROOK LANE
KNOXVILLE, TN 37938

Claim Number: 7556
Claim Date: 07/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $350.00 | Allowed: | $350.00 |
| --- | --- | --- | --- | --- | --- | --- |

RIGGS, CHRISTY
535 LUTHER BANKS
RICHLANDS, NC 28574

Claim Number: 9651
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

RIGGS, KIMBERLY L.
DBA CREATIVE EARTH WORKS
928 OLD FORT ROAD #21
FAIRVIEW, NC 28730

Claim Number: 9521
Claim Date: 04/12/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

RIGGS, KIMBERLY L.
DBA CREATIVE EARTHWORKS
928 OLD FORT ROAD, #21
FAIRVIEW, NC 28730

Claim Number: 9874
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $2500.00 |
|---|---|---|

RIGHTMYER MACHINE RENTALS, INC.
497 HWY 48
ROANOKE RAPIDS, NC 27870

Claim Number: 714
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $575.07 | Scheduled: | $575.07 | Allowed: | $575.07 |
|---|---|---|---|---|---|---|

RIKARD MARTIN K
656 HAMLET CIRCLE
GOOSE CREEK, SC 29445

Claim Number: 4127
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $810.00 |
|---|---|---|

RILEY, ELIZABETH
C/O WENDEL FINNER, P.A.
206A 15TH AVENUE SOUTH
JACKSONVILLE BEACH, FL 32250-6324

Claim Number: 7539
Claim Date: 06/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 3598 (02/17/2004)

---

| UNSECURED | Claimed: | $2873.29 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RILEY, ELIZABETH
C/O WENDEL FINNER, P.A.
206A 15TH AVENUE SOUTH
JACKSONVILLE BEACH, FL 32250-6324

Claim Number: 7540
Claim Date: 06/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 3599 (02/17/2004)

---

| UNSECURED | Claimed: | $833452.19 |
|---|---|---|

RILEY, ELIZABETH
C/O WENDEL FINNER, P.A.
206A 15TH AVENUE SOUTH
JACKSONVILLE BEACH, FL 32250-6324

Claim Number: 7541
Claim Date: 06/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3600 (02/17/2004)

---

| UNSECURED | Claimed: | $833452.19 |
|---|---|---|

RILEY, ELIZABETH
C/O WENDEL FINNER, P.A.
206A 15TH AVENUE SOUTH
JACKSONVILLE BEACH, FL 32250-6324

Claim Number: 7542
Claim Date: 06/26/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $2873.29 |
|---|---|---|

---

RILEY, ELIZABETH
C/O WENDEL FINNER, P.A.
206A 15TH AVENUE SOUTH
JACKSONVILLE BEACH, FL 32250-6324

Claim Number: 9364
Claim Date: 02/10/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $16500.00 | | | |
|---|---|---|---|---|---|

---

RILEY, HEWITT & SWEITZER, P.C.
650 WASHINGTON ROAD, SUITE 300
PITTSBURGH, PA 15228

Claim Number: 3913
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4477.06 | | Allowed: | $4477.06 |
|---|---|---|---|---|---|

---

RILEYS HOME REPAIR,
296 TURKEY HILL RD
LEXINGTON, VA 24450

Claim Number: 2001
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| PRIORITY | Claimed: | $3170.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2845.00 | Allowed: | $3170.00 |

---

RIO GRANDE TITLE
DOUG STUART
PO BOX 3565
ALBUQUERQUE, NM 87190

Claim Number: 7995
Claim Date: 11/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7335 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $3225.40 | | Allowed: | $684.94 |
|---|---|---|---|---|---|

---

RIO VISTA RESORT
PO BOX 389
KINGSLAND, TX 78639

Claim Number: 8079
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $3412.50 | | | |
|---|---|---|---|---|---|

---

RITTMAN HARDWARE
3703 EISENHAUER
SAN ANTONIO, TX 78218

Claim Number: 808
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $212.03 | | | |
|---|---|---|---|---|---|

---

RITTMAN HARDWARE
3703 EISENHAUER
SAN ANTONIO, TX 78218

Claim Number: 8298
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $212.46 | | | |
|---|---|---|---|---|---|

---

---

RIVER GARDENS MOBILE HOME PARK/
ROBERT MILHOLLAND
PO BOX 755
GREENACRES, WA 99016

Claim Number: 8640
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $1000.00 | | | | |
|---|---|---|---|---|---|---|

---

RIVER PARK INC-AZ,
21953 PROTECTA DR
ELKHART, IN 46516

Claim Number: 2955
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3061.47 | Scheduled: | $3000.00 | Allowed: | $3061.47 |
|---|---|---|---|---|---|---|

---

RIVER PARK INC-IN,
21953 PROTECTA DR
ELKHART, IN 46516

Claim Number: 2952
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3160.50 | Scheduled: | $3160.50 | Allowed: | $3160.50 |
|---|---|---|---|---|---|---|

---

RIVER PARK INC-PA,
21953 PROTECTA DR
ELKHART, IN 46516

Claim Number: 2954
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3665.00 | Scheduled: | $3665.00 | Allowed: | $3665.00 |
|---|---|---|---|---|---|---|

---

RIVER PARK INC-TX,
21953 PROTECTA DRIVE
ELKHART, IN 46516

Claim Number: 2953
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $348.50 | Scheduled: | $348.50 | Allowed: | $348.50 |
|---|---|---|---|---|---|---|

---

RIVER ROADS DISTRIBUTING
5911 HALL ST
SAINT LOUIS, MO 63147

Claim Number: 1686
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|

---

RIVER, TED
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5005
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| UNSECURED | Claimed: | $75000.00 UNLIQ | | | Allowed: | $8365.00 |
|---|---|---|---|---|---|---|

---

RIVERA, ANA
C/O TIMOTHY KEYSER
PO BOX 92
INTERLACHEN, FL 32148

Claim Number: 7436
Claim Date: 06/23/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 3928 (03/30/2004)

| UNSECURED | Claimed: | $165000.00 | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|

---

---

RIVERA, ANA
C/O TIMOTHY KEYSER
PO BOX 92
INTERLACHEN, FL 32148

Claim Number: 7433
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $64844.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

RIVERA, ANA
C/O TIMOTHY KEYSER
PO BOX 92
INTERLACHEN, FL 32148

Claim Number: 9393
Claim Date: 02/24/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $31000.00 |
| --- | --- | --- |

---

RIVERA, TOMASA & CRUZ, CARLOS
C/O ALICIA A. WILDE, ATTORNEY
ALICIA A. WILDE, P.C.
8716 N. MOPAC
AUSTIN, TX 78759

Claim Number: 5580
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| PRIORITY | Claimed: | $2100.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $147900.00 |

---

RIVERA, TOMASA AND CRUZ, CARLOS
C/O ALICIA A. WILDE, ATTORNEY
8716 N. MOPAC
AUSTIN, TX 78759

Claim Number: 10699
Claim Date: 02/09/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 |
| --- | --- | --- |

---

RIVERBEND MANUFACTURED HOME COMMUNITY
13900 S.E. HWY 212
CLACKAMAS, OR 97015

Claim Number: 190
Claim Date: 01/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| SECURED | Claimed: | $996.80 |
| --- | --- | --- |

---

RIVERBROOK
59477 HARDY LANE
NEW HAVEN, MI 48048

Claim Number: 3727
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2656.00 UNDET |
| --- | --- | --- |

---

RIVERSHORE HOTEL
1900 CLACKAMETTE DR
OREGON CITY, OR 97045

Claim Number: 2277
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $94.68 |
| --- | --- | --- |

---

---

| RIVERSIDE COUNTY TREASURER,TAX COLLECTOR<br>PAUL MCDONNELL<br>P.O. BOX 12005<br>RIVERSIDE, CA 92502-2205 | Claim Number: 9131<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | Allowed: | $16246.95 |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $144578.84 | | | | |
| UNSECURED | | | | | Allowed: | $84377.72 |

---

| RIVERSIDE UNIFORM-GA<br>PO BOX 669<br>MOULTRIE, GA 31776-0699 | Claim Number: 3391<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $369.15 | Scheduled: | $295.32 | Allowed: | $369.15 |
|---|---|---|---|---|---|---|

---

| RIVERVIEW MOBIL HOME PARK<br>LUX, CHARLES J.<br>212 W. 2ND ST<br>PO BOX 45661<br>PIKETON, OH 45661 | Claim Number: 9552<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $180.00 UNLIQ |
|---|---|---|

---

| RIVERVIEW MOBIL HOME PARK<br>CHARLES J. LUX<br>P.O. BOX 5<br>212 W. 2ND STREET<br>PIKETON, OH 45661 | Claim Number: 9876<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $360.00 |
|---|---|---|

---

| RIVERVIEW MOBIL HOME PARK<br>LUX, CHARLES J.<br>212 W. 2ND ST<br>PO BOX 5<br>PIKETON, OH 45661 | Claim Number: 10234<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $540.00 |
|---|---|---|

---

| RIVERVIEW MOBILE CC<br>1010 S 74TH TERRACE<br>KANSAS CITY, KS 66111 | Claim Number: 2565<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $648.00 |
|---|---|---|

---

| RIVERVIEW MOBILE CC,<br>1010 S 74TH TERRACE<br>KANSAS CITY, KS 66111 | Claim Number: 2564<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $1623.50 | Scheduled: | $510.00 DISP |
|---|---|---|---|---|

RLB CONTRACTOR
DBA RLB CONTRACTOR
2803 DUBLIN STREET
AUSTIN, TX 78745

Claim Number: 4738
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $7506.64 | Scheduled: | $1620.60 |
|---|---|---|---|---|

ROACH SUSAN D
1451 CO ROAD 37
SCOTTOWN, OH 45678

Claim Number: 9287
Claim Date: 12/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

ROAD RUNNER HOLD CO LLC
13241 WOODLAND PARK ROAD
HERNDON, VA 20171

Claim Number: 10020
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $3582.60 | Allowed: | $2750.00 |
|---|---|---|---|---|

ROADWAY EXPRESS, INC
1077 GORGE BLVD
PO BOX 3552
AKRON, OH 44309-3552

Claim Number: 2985
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1103.61 |
|---|---|---|

ROANOKE CITY,
P.O. BOX 1451
ROANOKE, VA 24007-1451

Claim Number: 3873
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $215.15 | | |

ROARK DAVID
PO BOX 146
PLANTERSVILLE, TX 77363

Claim Number: 2350
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| PRIORITY | | | | Allowed: | $3163.72 |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3846.18 | | | |

ROARK, GREG & LAURA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6915
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

ROARK-SUTHERLAND DEBBIE
DBA SPACE CENTER STORAGE
P.O. BOX 55586
LEXINGTON, KY 40555

Claim Number: 5252
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $85517.00 | | | |
|---|---|---|---|---|---|

---

ROARK-SUTHERLAND DEBBIE
C/O DONALD R. ROSE, ATTORNEY AND AGENT
271 W. SHORT ST., SUITE 600
LEXINGTON, KY 40507

Claim Number: 5388
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $85517.00 | | Allowed: | $85517.00 |
|---|---|---|---|---|---|

---

ROARK-SUTHERLAND, DEBBIE
C/O DONALD R. ROSE, ATTORNEY AND AGENT
271 W. SHORT ST., SUITE 600
LEXINGTON, KY 40507

Claim Number: 9110
Claim Date: 11/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $2000.00 | | | |
|---|---|---|---|---|---|

---

ROBBINS & GREEN P A,
201 N CENTRAL AVENUE, SUITE 1100
PHOENIX, AZ 85004

Claim Number: 2423
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $8928.41 | Scheduled: | $25601.28 DISP CONT | Allowed: | $8928.41 |
|---|---|---|---|---|---|---|

---

ROBBINS & GREEN P A,
1800 NORWEST TOWER
3300 N CENTRAL AVE
PHOENIX, AZ 85012

Claim Number: 2424
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $868.55 | Scheduled: | $868.55 | Allowed: | $868.55 |
|---|---|---|---|---|---|---|

---

ROBBINS & GREEN, PA
3300 N CENTRAL AVE
PHOENIX, AZ 85012

Claim Number: 9580
Claim Date: 04/15/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $6630.20 | | | |
|---|---|---|---|---|---|

---

ROBBINS & GREEN, PA
C/O BRADLEY J. STEVENS
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, AZ 85012

Claim Number: 9824
Claim Date: 05/10/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $9176.65 | | Allowed: | $4432.99 |
|---|---|---|---|---|---|

---

ROBBINS AND GREEN PA
1800 NORWEST TOWER
3300 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012

Claim Number: 8653
Claim Date: 11/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $25877.66 | | Allowed: | $8865.98 |
|---|---|---|---|---|---|

---

| ROBBINS LOIS,<br>1655 MARTIN TRAIL<br>STANFORD, KY 40484 | Claim Number: 1481<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2280.00 | Scheduled: | $2280.00 | Allowed: | $2280.00 |
|---|---|---|---|---|---|---|

| ROBERSON COUNTY TAX COLLECTOR<br>500 N ELM ST<br>LUMBERTON, NC 28358 | Claim Number: 1303<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $144.50 | | | Allowed: | $133.53 |
|---|---|---|---|---|---|---|

| ROBERSON, CHARLES<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3192<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $50000.00 | | | Allowed: | $14517.16 |
|---|---|---|---|---|---|---|

| ROBERSON, ROBERT L.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 4252<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |
|---|---|---|---|---|---|---|

| ROBERT A. WOLF, JR.,<br>P.O. BOX 12367<br>ALEXANDRIA, LA 71315 | Claim Number: 7866<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2403.82 |
|---|---|---|

| ROBERT D. SCHWARTZ ET AL, LTD.<br>5524 SHADOW CREST<br>HOUSTON, TX 77096-3008 | Claim Number: 5484<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ROBERT DIETRICK COMPANY-IN,<br>9051 TECHNOLOGY DRIVE<br>FISHERS, IN 46038 | Claim Number: 1967<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $6524.00 | Scheduled: | $6524.00 | Allowed: | $6524.00 |
|---|---|---|---|---|---|---|

---

ROBERT HARVILLE DOZIER & BACKHOE SERVICE
DBA ROBERT HARVILLE DOZIER &
BACKHOE SVC 267 MAGGART RD
ELMWOOD, TN 38560

Claim Number: 9277
Claim Date: 12/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $673.50 |
|---|---|---|

---

ROBERT J. LEWANDOWSI
32289 S. CHEROKEE LANE
PARK HILL, OK 74451

Claim Number: 10866
Claim Date: 01/25/2007
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1000.00 |
|---|---|---|

---

ROBERT ROLLHEISER
DBA RSR INTERNATIONAL
633 S BREA BLVD
STE 204
BREA, CA 92821

Claim Number: 2108
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $51500.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $10000.00 |
|---|---|---|---|---|---|---|

---

ROBERT WEED PLYWOOD CORP
PO BOX 487
BRISTOL, IN 46507

Claim Number: 6073
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $76848.24 | | | Allowed: | $76848.24 |
|---|---|---|---|---|---|---|

---

ROBERT WEED PLYWOOD CORP-IN,
PO BOX 487
BRISTOL, IN 46507

Claim Number: 6072
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $76848.24 | Scheduled: | $58923.15 |
|---|---|---|---|---|

---

ROBERT WEED PLYWOOD CORP-KS,
PO BOX 487
BRISTOL, IN 46507

Claim Number: 6068
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $76848.24 | Scheduled: | $6016.05 |
|---|---|---|---|---|

---

ROBERT WEED PLYWOOD CORP-MN,
PO BOX 487
BRISTOL, IN 46507

Claim Number: 6071
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $76848.24 | Scheduled: | $5125.10 |
|---|---|---|---|---|

---

ROBERT WEED PLYWOOD CORP-PA,
PO BOX 487
BRISTOL, IN 46507

Claim Number: 6070
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $76848.24 | Scheduled: | $1399.20 |
|---|---|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ROBERT WEED PLYWOOD CORP-TX,<br>PO BOX 487<br>BRISTOL, IN 46507 | | | Claim Number: 6069<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| UNSECURED | Claimed: | $76848.24 | | Scheduled: | $5384.74 | | |
| ROBERT WOLF REALTOR-APPRAISER<br>PO BOX 12367<br>ALEXANDRIA, LA 71315 2216 | | | Claim Number: 1745<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
| SECURED<br>UNSECURED | Claimed: | $2403.82 | | | | Allowed: | $2403.82 |
| ROBERTS ANITA<br>ARTHUR J. REDDEN, JR.<br>PO BOX 2197<br>HENDERSONVILLE, NC 28793 | | | Claim Number: 7402<br>Claim Date: 06/16/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7635 (03/31/2005) | | | | |
| UNSECURED | Claimed: | $10000.00 UNLIQ | Scheduled: | $0.00 UNLIQ | | | |
| ROBERTS BACKHOE & DOZER,<br>DBA ROBERTS BACKHOE & DOZER<br>158 PEEK HOLLOW LANE<br>MONROE, TN 38573 | | | Claim Number: 2264<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3100.00 | | Scheduled: | $3100.00 | Allowed: | $3100.00 |
| ROBERTS BACKHOE AND DOZER<br>EDDIE ROBERTS<br>BOX 158, PEEK HOLLOW LN<br>MONROE, TN 38573 | | | Claim Number: 463<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $3100.00 | | | | | |
| ROBERTS CREEK W<br>4336 OLD HWY 99 SOUTH<br>ROSEBURG, OR 97470 | | | Claim Number: 2461<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $31.82 | | | | Allowed: | $31.82 |
| ROBERTS RAYMOND D<br>1159 HARRISON PIKE APT# 2502<br>CLEVELAND, TN 37311 | | | Claim Number: 4222<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 3377 (10/08/2004) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4440.53 | | | | Allowed: | $4000.00 |

---

ROBERTS, ANNETTE
2811 COLLEGE AVE
CALDWELL, ID 836055846

Claim Number: 4113
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3826 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2100.00 | |
| UNSECURED | Claimed: | $18400.00 | |

---

ROBERTS, CREEK W
4336 OLD HWY 99 SOUTH
ROSEBURG, OR 97470

Claim Number: 2460
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | Scheduled: | $102.82 DISP | Allowed: | $125.00 |

---

ROBERTS, MICHAEL Q.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5965
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

---

ROBERTS, PHILLIP J
2312 5TH ST SE
MOULTRIE, GA 31768

Claim Number: 9245
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

---

ROBERTS, PHYLIS
1300 SOUTH LONG STREET, LOT 4
OPELIKA, AL 36801

Claim Number: 5076
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4387 (08/12/2004)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1000000.00 | |

---

ROBERTSON JR, CARLESTER
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5966
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

---

ROBERTSON, TONY
DBA S & T CONTRACTING
933 HUTCH MOUNTAIN RD
FLETCHER, NC 28732

Claim Number: 3619
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1580.00 | Scheduled: | $1580.00 | Allowed: | $1580.00 |

---

| ROBESON COUNTY TAX COLLECTOR<br>500 N ELM ST<br>LUMBERTON, NC 28358 | Claim Number: 9068<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3412.21 |
|---|---|---|

| ROBINDALE PARK LLC<br>PO BOX 1283<br>FENTON, MO 63026 | Claim Number: 2041<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $50.00 | | | Allowed: | $50.00 |
|---|---|---|---|---|---|---|

| ROBINDALE PARK LLC,<br>PO BOX 1283<br>FENTON, MO 63026 | Claim Number: 2042<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $362.50 | Scheduled: | $450.00 DISP | Allowed: | $362.50 |
|---|---|---|---|---|---|---|

| ROBINETTE, JAMES & CARLETTA<br>C/O LAWRENCE R. WEBSTER<br>163 MAIN STREET, SUITE 2<br>PIKEVILLE, KY 41502 | Claim Number: 10613<br>Claim Date: 10/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

| ROBINNETTE, JAMES & CARLETTA<br>C/O LAWRENCE R. WEBSTER<br>163 MAIN ST.; STE 2<br>PIKEVILLE, KY 41502 | Claim Number: 1508<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| UNSECURED | Claimed: | $61685.00 |
|---|---|---|

| ROBINSON BRUCE G<br>4506 120TH STREET NE #A<br>MARYSVILLE, WA 98271 | Claim Number: 5349<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $31668.25 | Scheduled: | $31668.25 | Allowed: | $31668.25 |
|---|---|---|---|---|---|---|

| ROBINSON SANDY W<br>207 MCNEILL RD<br>ROCKINGHAM, NC 28379 | Claim Number: 4099<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

ROBINSON, BILLY D.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5967
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

ROBINSON, E.H.
1400 N DAYTON
CHICAGO, IL 60622

Claim Number: 6513
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1445.00 |

---

ROBINSON, FLOYD
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7171
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

ROBINSON, JOHN S JR. & TOM BICKLE
HENRY NEWTON BELL, III
ATTORNEY AT LAW
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 99
Claim Date: 12/30/2002
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71590.00 |

---

ROBINSON, JOHN S JR. & TOM BICKLE
HENRY NEWTON BELL, III
ATTORNEY AT LAW
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 100
Claim Date: 12/30/2002
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71590.00 |

---

ROBINSON, JOHN S. & BICKLE, TOM
HENRY NEWTON BELL, III
ATTORNEY AT LAW
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 164
Claim Date: 12/27/2002
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71590.00 |

---

ROBINSON, JOHN S. JR. & TOM BICKLE
HENRY NEWTON BELL, III
ATTORNEY AT LAW
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 92
Claim Date: 12/26/2002
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71590.00 |

---

ROBINSON, JOHN S., JR & TOM BICKLE
HENRY NEWTON BELL, III
ATTORNEY AT LAW
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 93
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $71590.00 |
|---|---|---|

ROBINSON, JOHN S., JR & TOM BICKLE
C/O HENRY NEWTON BELL, III
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 3332
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $71590.00 |
|---|---|---|

ROBINSON, JOHN S., JR & TOM BICKLE
C/O HENRY NEWTON BELL, III
6000 N. LAMAR BLVD., STE. 210
AUSTIN, TX 78752

Claim Number: 3344
Claim Date: 03/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $71590.00 UNLIQ |
|---|---|---|

ROBINSON, KEVIN & TAMMMY
C/O ROYDERA HACKWORTH
2500 BRANDT FOREST COURT
GREENSBORO, NC 27455

Claim Number: 2363
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| SECURED | Claimed: | $50000.00 UNLIQ |
|---|---|---|

ROBINSON, KEVIN & TAMMY
C/O ROYDERA HACKWORTH
2500 BRANDT FOREST COURT
GREENSBORO, NC 27455

Claim Number: 8969
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $1500.00 |
|---|---|---|

ROBINSON, LINDA
STEWART & HICKS PC
PO BOX 40250
MOBILE, AL 366400250

Claim Number: 5002
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

ROBINSON, MCFADDEN & MOORE, P.C.
ATTN: ANNEMARIE B. MATHEWS, ESQ.
POST OFFICE BOX 944
COLUMBIA, SC 29202

Claim Number: 805
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $119527.46 | Scheduled: | $13692.13 | Allowed: | $112171.45 |
|---|---|---|---|---|---|---|

ROBINSON, MCFADDEN & MOORE, P.C.
ATTN: ANNEMARIE B. MATHEWS, ESQ.
POST OFFICE BOX 944
COLUMBIA, SC 29202

Claim Number: 815
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $5650.00 | | | Allowed: | $1672.98 |
|---|---|---|---|---|---|---|

---

ROBY, BETTY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6581
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | | |
| UNSECURED | | | | Allowed: | $2903.43 |

---

ROBY, RALPH
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4251
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |

---

ROCHESTER SENTINEL
PO BOX 260
ROCHESTER, IN 46975

Claim Number: 8776
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $160.32 |

---

ROCK CREEK MH
1335 VILLAGE RD
WHITSETT, NC 27377

Claim Number: 1921
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $7500.00 |

---

ROCKFORD BUSINESS INTERIORS
PO BOX 200030
HOUSTON, TX 77216

Claim Number: 3141
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $667.80 |

---

ROCKING K ENTERPRISES, INC.
DBA:ROCKING K ENTERPRISES
214 MORRIS LANE
HUNTSVILLE, TX 77320

Claim Number: 2044
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3700.00 | Scheduled: | $1600.00 |

---

ROCKINGHAM COUNTY TAX
DELINQUENT TAX COLLECTOR
PO BOX 107
WENTWORTH, NC 27375-0107

Claim Number: 4464
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $1407.50 |

---

---

ROCKINGHAM COUNTY TAX DEPARTMENT
PO BOX 107
WENTWORTH, NC 27375

Claim Number: 8831
Claim Date: 11/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $745.97 |
|---|---|---|

---

RODDA PAINT
PO BOX 5127
PORTLAND, OR 97208-5127

Claim Number: 1222
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7484.78 |
|---|---|---|

---

RODGERS, JOYCE
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366402514

Claim Number: 5112
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

RODRIGUES, FELIPE O.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5971
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

RODRIGUEZ MARIA C,
317 GENEVA
ODESSA, TX 79763

Claim Number: 7719
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2675.00 | Scheduled: | $2675.00 | Allowed: | $2675.00 |
|---|---|---|---|---|---|---|

---

RODRIGUEZ, ABELARDO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5968
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

RODRIGUEZ, EDDIE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5969
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

---

RODRIGUEZ, ELIZABETH
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5970
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

RODRIGUEZ, GRADY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5972
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

RODRIGUEZ, JENICE Y.
P.O. BOX 53
HARRINGTON, DE 19952

Claim Number: 10310
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8191 (10/04/2005)

| ADMINISTRATIVE | Claimed: | $6000.00 UNLIQ |

---

RODRIGUEZ, JENICE, Y & WALTER
404B MOYER CIR
MILFORD, DE 19963

Claim Number: 10783
Claim Date: 10/12/2005
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $5600.20 |

---

RODRIGUEZ, JENICE/WALTER
P.O. BOX 53
HARRINGTON, DE 19952

Claim Number: 10529
Claim Date: 07/08/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8190 (10/04/2005)

| UNSECURED | Claimed: | $3400.00 |

---

RODRIGUEZ, JENISE
404 B MOYER CIRCLE
MILFORD, DE 19963

Claim Number: 9372
Claim Date: 02/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8189 (10/04/2005)

| PRIORITY | Claimed: | $6602.00 UNLIQ |

---

RODRIGUEZ, JOSE G.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5973
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

---

RODRIGUEZ, JUAN E.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5974
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $2775.00 | UNLIQ |

---

RODRIGUEZ, JULIAN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5975
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

RODRIGUEZ, MARY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5976
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $3646.88 | UNLIQ |

---

RODRIGUEZ, SYLVIA C.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5977
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

ROE, ALVIN AND JUDY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7172
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

ROE, PATRICIA
C/O CHRISTINA D. CROW, ESQ.
219 NORTH PRAIRIE STREET
PO BOX 350
UNION SPRINGS, AL 36089

Claim Number: 4594
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $100000.00 |
|---|---|---|

---

ROE, PATRICIA
C/O CHRISTINA D. CROW, ESQ.
219 NORTH PRAIRIE STREET
PO BOX 350
UNION SPRINGS, AL 36089

Claim Number: 4595
Claim Date: 03/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 4104 (06/02/2004)

| UNSECURED | Claimed: | $100000.00 |
|---|---|---|

---

---

ROE, PATRICIA
C/O CHRISTINA D. CROW, ESQ.
P.O. BOX 350
UNION SPRINGS, AL 36089

Claim Number: 9638
Claim Date: 04/26/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

---

ROEDEL PARSONS KOCH FROST BALHOFF
8440 JEFFERSON HWY STE 301
BATON ROUGE, LA 70809

Claim Number: 4723
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $41359.82 | | Allowed: | $41359.82 |
|---|---|---|---|---|---|

---

ROFF-FUQUAY, SUSAN
9337 E RANCH DR
YUMA, AZ 85365

Claim Number: 2366
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $15000.00 UNLIQ |
|---|---|---|

---

ROFF-FUQUAY, SUSAN I.
9337 E. RANCH DR.
YUMA, AZ 85365

Claim Number: 2421
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $15000.00 UNLIQ |
|---|---|---|

---

ROFF-FUQUAY, SUSAN I.
9337 E. RANCH DR.
YUMA, AZ 85365

Claim Number: 5528
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10632.51 | | Allowed: | $10632.51 |
|---|---|---|---|---|---|

---

ROGER M. WARNKEN
C/O PETER COSTEA, ATTORNEY
ONE RIVERWAY
SUITE 1700
HOUSTON, TX 77056

Claim Number: 7407
Claim Date: 06/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7552 (03/01/2005)

| UNSECURED | Claimed: | $500000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ROGERS COUNTY TREASURER
P O BOX 699
CLAREMORE, OK 74018

Claim Number: 4200
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $1097.39 | | Allowed: | $1097.39 |
|---|---|---|---|---|---|

---

ROGERS ELECTRICAL AIR CONTROLS INC,
4130 HUELL MATTHEWS HWY
SOUTH BOSTON, VA 24592

Claim Number: 4373
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $690.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $690.00 | Allowed: | $690.00 |

---

| ROGERS GRACE<br>15312 WOODHILL CT<br>HORIZON CITY, TX 799287032 | Claim Number: 4370<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1400.00 | | | | |
|---|---|---|---|---|---|---|

| ROGERS MACHINERY CO, INC,<br>PO BOX 230429<br>PORTLAND, OR 97281-0429 | Claim Number: 5227<br>Claim Date: 03/27/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $603.46 | Scheduled: | $603.46 | Allowed: | $603.46 |
|---|---|---|---|---|---|---|

| ROGERS READY MIX LLC,<br>45232 ROGERS RD<br>HAMMOND, LA 70401 | Claim Number: 2122<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1522.50 | Scheduled: | $1522.50 | Allowed: | $1522.50 |
|---|---|---|---|---|---|---|

| ROGERS SALE & SERVICE,<br>P O BOX 863<br>TROUTMAN, NC 28166 | Claim Number: 2343<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2685.94 | Scheduled: | $1725.54 | Allowed: | $2685.94 |
|---|---|---|---|---|---|---|

| ROGERS UNDERPINNING,<br>P.O. BOX 736<br>CLIFTON, TN 37717 | Claim Number: 4573<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $3649.89 | Scheduled: | $1190.00 | | |
|---|---|---|---|---|---|---|

| ROGERS, ANTHONY C.<br>225 INDIAN LAKE DR LOT 28<br>NORMAN PARK, GA 31771 | Claim Number: 9057<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4000.00 | | | | |
|---|---|---|---|---|---|---|

| ROGERS, BOBBY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7173<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| ROGERS, DONNIE R SR<br>PO BOX 283<br>FT LAWN, SC 297140283 | Claim Number: 10797<br>Claim Date: 12/30/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8588 (06/16/2006) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

| ROGERS, GRACE<br>15312 WOODHILL CT<br>HORIZON CITY, TX 799287032 | Claim Number: 8312<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1400.00 |
|---|---|---|

---

| ROGERS, LARRY & CAROLYN<br>C/O RICHARD KUHLING<br>717 W. SPRAGUE, SUITE 1200<br>SPOKANE, WA 99201 | Claim Number: 4820<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| ROGERS, LARRY & CAROLYN<br>C/O RICHARD KUHLING<br>717 W. SPRAGUE, SUITE 1200<br>SPOKANE, WA 99201 | Claim Number: 6491<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| ROGERS, LARRY & CAROLYN, C/O R. KUHLING<br>COUNSEL FOR LARRY & CAROLYN ROGERS<br>PAINE HAMBLEN COFFIN BROOKE & MILLER LLP<br>717 W. SPRAGUE AVENUE, SUITE 1200<br>SPOKANE, WA 99201-3919 | Claim Number: 7668<br>Claim Date: 08/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $7185.00 |

---

| ROGUE VALLEY SEWER SERVICE<br>PO BOX 3130<br>(BEAR CREEK VALLEY SANITARY AUTHORITY)<br>CENTRAL POINT, OR 97502 | Claim Number: 9041<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20.74 |
|---|---|---|

---

| ROGUE VALLEY SEWER SERVICES<br>PO BOX 3130<br>CENTRAL POINT, OR 97502-0005 | Claim Number: 9589<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20.74 |
|---|---|---|

---

| ROHLING, SARAH<br>BOX 214<br>COUNCIL GROVE, KS 66846 | Claim Number: 10487<br>Claim Date: 06/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $365.00 |
|---|---|---|

---

---

| ROLLIE WILLIAMS PAINT SPOT INC | Claim Number: 1190 | | |
| PO BOX 1385 | Claim Date: 02/24/2003 | | |
| ELKHART, IN 46515 | Debtor: OAKWOOD HOMES CORPORATION | | |
| | Comments: ALLOWED | | |

| ADMINISTRATIVE | | | | | Allowed: | $987.70 |
| UNSECURED | Claimed: | $7359.40 | | | Allowed: | $6371.70 |

---

| ROLLIN HILLS | Claim Number: 6855 |
| 4219 WHIPPOORWILL CIR | Claim Date: 05/07/2003 |
| LAS VEGAS, NV 89121-5251 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $4348.40 |

---

| ROLLING HILLS LANDSCAPING | Claim Number: 9054 |
| 37805 WINKLER | Claim Date: 11/25/2003 |
| HARRISON TWSP., MI 48045 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4186 (06/25/2004) |

| ADMINISTRATIVE | Claimed: | $3000.00 |

---

| ROLLING HILLS LANDSCAPING, | Claim Number: 4707 |
| 37805 WINKLER | Claim Date: 03/25/2003 |
| HARRISON TWSP., MI 48045 | Debtor: SUBURBAN HOME SALES, INC. |

| UNSECURED | Claimed: | $3000.00 | Scheduled: | $2980.00 | Allowed: | $3000.00 |

---

| ROLLING HILLS MHP | Claim Number: 6337 |
| DBA ROLLING HILLS MHP | Claim Date: 04/02/2003 |
| P O BOX 222 | Debtor: OAKWOOD HOMES CORPORATION |
| BLAIRS, VA 24522 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $245.00 |

---

| ROLLING HOMES | Claim Number: 1233 |
| DBA:ROLLING HOMES TRANSIT | Claim Date: 02/24/2003 |
| P O BOX 813 | Debtor: OAKWOOD HOMES CORPORATION |
| CHANDLER, TX 75758 | |

| UNSECURED | Claimed: | $3600.00 |

---

| ROLLING HOMES | Claim Number: 9191 |
| DBA:ROLLING HOMES TRANSIT | Claim Date: 11/26/2003 |
| P O BOX 813 | Debtor: OAKWOOD HOMES CORPORATION |
| CHANDLER, TX 75758 | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $3600.00 |

---

| ROLLING MEADOWS MH PARK, 304 ROLLING MEADOWS OFALLON, MO 63366 | Claim Number: 3282 Claim Date: 03/10/2003 Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $214.00 | Scheduled: | $214.00 | Allowed: | $214.00 |
|---|---|---|---|---|---|---|

| ROLLING MEADOWS OF ST. CHARLES COUNTY 304 ROLLLING MEADOWS O FALLON, MO 63366 | Claim Number: 5549 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $384.50 | | | Allowed: | $384.50 |
|---|---|---|---|---|---|---|

| ROMAN, MILITZA STEVEN K. KORTANEK, ESQ. KLEHR HARRISON HARVEY BRANZBURG ELLERS 919 N MARKET ST, SUITE 1000 WILMINGTON, DE 19801 | Claim Number: 5978 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| ROMEDICAL CARE INC 1035 LINCOLNTON ROAD SALISBURY, NC 28144 | Claim Number: 10090 Claim Date: 05/24/2004 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $235.00 |
|---|---|---|

| ROMEDICAL CARE INC. 1035 LINCOLN RD SALISBURY, NC 28144 | Claim Number: 9522 Claim Date: 04/12/2004 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $150.00 |
|---|---|---|

| ROMERO PLUMBING, 3714 ROMERO RD YOUNGSVILLE, LA 70592 | Claim Number: 2635 Claim Date: 02/28/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: EXPUNGED DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1196.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $677.00 DISP |

| ROMERO, AMBER BARRY DOMINIQUE SIMON LAW OFFICES PO BOX 52242 LAFAYETTE, LA 70505 | Claim Number: 7389 Claim Date: 06/13/2004 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: WITHDRAWN DOCKET: 4413 (08/18/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ROMERO, AMBER
BARRY DOMINIQUE
SIMON LAW OFFICES
PO BOX 52242
LAFAYETTE, LA 70505

Claim Number: 7387
Claim Date: 06/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 4422 (08/19/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ | |

---

ROMERO, GUADALUPE M.
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7450
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1368.75 |

---

ROMERO, JOHN
3521 TEAKWOOD CT
PUEBLO, CO 81005

Claim Number: 8242
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $113082.44 |

---

ROMERO, JR., RONALD
BARRY DOMINIQUE
SIMON LAW OFFICES
PO BOX 52242
LAFAYETTE, LA 70505

Claim Number: 7388
Claim Date: 06/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 4412 (08/18/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ | |

---

RON HANNA TRUCKING
PO BOX 248
MORENO VALLEY, CA 92556

Claim Number: 10607
Claim Date: 10/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3306.00 |

---

RON'S MOBILE HOME REPAIR,
957 SUMMER MEADOWS COURT
SEDRO WOOLLEY, WA 98284

Claim Number: 4376
Claim Date: 03/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1380.00 | Scheduled: | $1230.00 | Allowed: | $1380.00 |

---

RON'S MOBILE HOME REPAIR,
957 SUMMER MEADOWS COURT
SEDRO WOOLLEY, WA 98284

Claim Number: 3796
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $412.00 | Scheduled: | $430.00 | Allowed: | $412.00 |

---

RONALD ESTES
PO BOX 3442
ATTN: RONALD D. ESTES, PLLC
WENATCHEE, WA 98807

Claim Number: 1458
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 | | | Allowed: | $10000.00 |

---

RONALD H GORDAN & ASSOCIATES,
DBA RONALD H GORDAN & ASSOCIATES
PO BOX 53
DINWIDDIE, VA 23841

Claim Number: 2615
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $175.00 | | | | |
| UNSECURED | | | Scheduled: | $175.00 | Allowed: | $175.00 |

---

RONNEY FAWS MHP
475 FRIENDLY GROVE CH RD
MILLERS CREEK, NC 28651

Claim Number: 1291
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $312.50 | | | | |

---

RONNEY FAWS MHP,
475 FRIENDLY GROVE CH RD
MILLERS CREEK, NC 28651

Claim Number: 1292
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $312.50 | Scheduled: | $187.50 | Allowed: | $312.50 |

---

RONQUILLE BRANDON
AND CARLY EUBANKS
7990 CYPRESS ST LOT 13
WEST MONROE, LA 71291

Claim Number: 2504
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

RONQUILLE BRANDON,
MARVIN RICKS
7990 CYPRESS ST LOT 13
WEST MONROE, LA 71291

Claim Number: 2663
Claim Date: 03/03/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2735.00 | Scheduled: | $1367.50 | | |

---

RONQUILLE, BRANDON
7990 CYPRESS ST., LOT 13
W. MONROE, LA 71291

Claim Number: 2505
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $2735.00 | Scheduled: | $0.00 UNLIQ | | |

---

---

RONQUILLE, BRANDON
493 PLATT ROAD
MARION, LA 71260

Claim Number: 9429
Claim Date: 03/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2735.00 | | |
|---|---|---|---|---|

---

ROOD, JOHN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7174
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

ROOFING WHOLESALE CO INC
1918 W GRANT ST
PHOENIX, AZ 85009

Claim Number: 4618
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1004.21 | |
|---|---|---|---|

---

ROOKS COUNTY COURTHOUSE
115 N WALNUT
STOCKTON, KS 67669

Claim Number: 8965
Claim Date: 11/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $107754.78 | |
|---|---|---|---|

---

ROOKS COUNTY SANITAT
303 S WALNUT
STOCKTON, KS 67669

Claim Number: 8933
Claim Date: 11/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $1376.31 | |
|---|---|---|---|

---

ROOKS COUNTY SANITATION DEPARTMENT
303 S WALNUT
STOCKTON, KS 67669

Claim Number: 10349
Claim Date: 06/14/2004
Debtor: HBOS MANUFACTURING, LP

| ADMINISTRATIVE | Claimed: | $4543.14 | |
|---|---|---|---|

---

ROOKS COUNTY,
P.O. BOX 525
STOCKTON, KS 67669

Claim Number: 2082
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 4209 (08/13/2004)

| PRIORITY | Claimed: | $101194.34 | Scheduled: | $0.00 UNLIQ | Allowed: | $27512.28 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7975.56 UNLIQ | | |

---

ROOKS COUNTY, KANSAS
COURT HOUSE
115 N. WALNUT
STOCKTON, KS 67669

Claim Number: 9426
Claim Date: 03/22/2004
Debtor: HBOS MANUFACTURING, LP

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $65832.56 | |

---

ROOKS, LEWIS H.
3618 LITTLE KELLEY ROAD
ROCKY POINT, NC 28457

Claim Number: 10062
Claim Date: 05/04/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1928.34 |

---

ROSE APPRAISAL GROUP
2809 W 30TH PL
YUMA, AZ 853647498

Claim Number: 3420
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2400.00 | Scheduled: | $400.00 |

---

ROSE APPRAISAL,
670 E 32ND ST STE 9
YUMA, AZ 853653576

Claim Number: 3419
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2400.00 | Scheduled: | $200.00 |

---

ROSE CITY SAND CORPORATION,
PO BOX 1253
BEAUMONT, TX 77704

Claim Number: 781
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66.20 | Scheduled: | $66.20 | Allowed: | $66.20 |

---

ROSE ISABELLA A,
5593 BURGAW HWY
MAPLE HILL, NC 28454

Claim Number: 4473
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1447.80 | | | | |
| UNSECURED | | | Scheduled: | $1447.80 | Allowed: | $1447.80 |

---

ROSE LITTLE
ATTN: ELIZABETH DRANTTEL
3803 ATRISCO BLVD., NW
SUITE A
ALBUQUERQUE, NM 87120

Claim Number: 9282
Claim Date: 12/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $27407.97 |

---

ROSE'S LAWN SERVICE
DBA:ROSE'S LAWN SERVICE
PMB 156
GOOSE CREEK, SC 29445

Claim Number: 8720
Claim Date: 11/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $380.00 |
|---|---|---|

ROSEBERRY, JEREMY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5979
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2100.00 UNLIQ |

ROSEK, WILLIAM & LAVINA S.
HIDDEN ACRES
LOT 21 HIDDEN ACRES DRIVE
FRANKFORD, DE 19945

Claim Number: 6394
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| UNSECURED | Claimed: | $12000.00 | | Allowed: | $500.00 |
|---|---|---|---|---|---|

ROSEMARY GODWIN
TWO HANOVER SQUARE, SUITE 2130
ATTN: NONE
RALEIGH, NC 27601

Claim Number: 7863
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 UNDET | | Allowed: | $7500.00 |
|---|---|---|---|---|---|

ROSEWOOD EST,
12721 WEST GREENWAY RD
ELMIRAGE, AZ 85335

Claim Number: 1176
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $292.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $267.00 DISP | Allowed: | $292.00 |

ROSS' JANITORIAL SERVICE-IN
20968 RIVER BLVD
GOSHEN, IN 465288982

Claim Number: 1772
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| PRIORITY | Claimed: | $4225.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4895.69 |

ROSS' JANITORIAL SERVICE-IN
ROSS JANITORIAL SERVICES
20968 RIVER BLVD.
GOSHEN, IN 46528

Claim Number: 8434
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4225.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| ROSS, BENNETT J.<br>10715-119 S BURLINGTON<br>BURLINGTON, NC 27217 | | | Claim Number: 9518<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| ADMINISTRATIVE | Claimed: | $300.00 | |

| | | | |
|---|---|---|---|
| ROSS, BENNETT J.<br>MOBILE HOME COURT<br>10715 N.C. 119 S.<br>BURLINGTON, NC 27217 | | | Claim Number: 10297<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| ADMINISTRATIVE | Claimed: | $600.00 | |

| | | | |
|---|---|---|---|
| ROSS, WILLIAM<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5980<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

| | | | |
|---|---|---|---|
| ROSSELL, BETTY<br>10841 GOOD OAK LANE<br>GLEN ALLEN, VA 23060 | | | Claim Number: 9665<br>Claim Date: 04/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $185085.89 | |

| | | | |
|---|---|---|---|
| ROSSON, DEBBIE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5981<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $2775.00 UNLIQ | |

| | | | |
|---|---|---|---|
| ROSWELL PROPERTIES L.L.C., LTD.<br>THE CADLE COMPANY<br>100 NORTH CENTER STREET<br>NEWTON FALLS, OH 44444 | | | Claim Number: 450<br>Claim Date: 01/30/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7659 (04/05/2005) |
| UNSECURED | Claimed: | $11844.02 | |

| | | | |
|---|---|---|---|
| ROTHACHER, CHRISTIAN<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5982<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | |

---

ROUGHTON, HEATHER
RENEE D. HARRELL
HARRELL & JOHNSON
4735 SUNBEAM ROAD
JACKSONVILLE, FL 32257

Claim Number: 8634
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

ROUGHTON, HEATHER
RENEE D. HARRELL
HARRELL & JOHNSON
4735 SUNBEAM ROAD
JACKSONVILLE, FL 32257

Claim Number: 8633
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7583 (03/14/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

ROUND ROCK ISD
DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741), PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 9962
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION OAKWOOD FINANC OAKWOOD FINANCIAL
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $600.93 |
|---|---|---|

---

ROUNTREE, SANDRA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6916
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

ROUSE,ROUSE,PENN & ROUSE L.L.P,
PO BOX 2152
EDEN, NC 27289

Claim Number: 3916
Claim Date: 03/15/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $29200.00 |
|---|---|---|---|---|

---

ROUSEY, MICHAEL W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5983
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1565.63 UNLIQ |

---

ROUSH MIKE,
PO BOX 141
NEW LEXINGTON, OH 43764

Claim Number: 3065
Claim Date: 03/05/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $862.40 | Scheduled: | $862.40 | Allowed: | $862.40 |
|---|---|---|---|---|---|---|

---

---

ROWAN CO ASSESSOR'S OFFICE
402 N MAIN ST
SALISBURY, NC 28144-4391

Claim Number: 8600
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

---

ADMINISTRATIVE          Claimed:          $5778.20

---

ROWAN CO ASSESSORS OFFICE
402 N MAIN ST
SALISBURY, NC 281444391

Claim Number: 2138
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

---

SECURED          Claimed:          $2110.98

---

ROWAN CO ASSESSORS OFFICE
402 S MAIN ST
SALISBURY, NC 281444391

Claim Number: 8599
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

---

ADMINISTRATIVE          Claimed:          $5778.20

---

ROWAN COUNTY
402 N. MAIN STREET
SALISBURY, NC 28144

Claim Number: 6875
Claim Date: 05/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

---

PRIORITY          Claimed:          $9201.13                              Allowed:          $8541.87

---

ROWAN COUNTY
ROWAN COUNTY LANDFILL
130 WEST INNES STREET
SALISBURY, NC 28144

Claim Number: 10284
Claim Date: 06/08/2004
Debtor: OAKWOOD HOMES CORPORATION

---

ADMINISTRATIVE          Claimed:          $7327.27

---

ROWAN COUNTY TAX COLLECTOR
402 N MAIN ST
SALISBURY, NC 28144

Claim Number: 7884
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

---

ADMINISTRATIVE          Claimed:          $51352.44

---

ROWAN COUNTY TAX COLLECTOR
ATTN: JANET H PHILLIPS, DEP TAX COLL
402 N MAIN ST
SALISBURY, NC 28144

Claim Number: 10841
Claim Date: 05/10/2006
Debtor: HBOS MANUFACTURING, LP

---

ADMINISTRATIVE          Claimed:          $2966.28

---

ROWAN COUNTY,
402 N. MAIN STREET
SALISBURY, NC 28144

Claim Number: 2184
Claim Date: 02/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

---

PRIORITY                                  Scheduled:          $0.00 UNLIQ
SECURED          Claimed:          $2507.58

---

ROWAN POWER EQUIPMENT
PO BOX 1440
GRANITE QUARRY, NC 28072

Claim Number: 8401
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $215.44 |
| --- | --- | --- |

ROWLAND CONCRETE CO., INC,
PO BOX 1279
DANVILLE, VA 24543

Claim Number: 1961
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $991.71 | Scheduled: | $991.71 | Allowed: | $991.71 |
| --- | --- | --- | --- | --- | --- | --- |

ROXBERG DAVID S
25272 CO HWY 9
BELVIEW, MN 56214

Claim Number: 9199
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $700.00 |
| --- | --- | --- |

ROY J HADDOCK, SURVEYOR, PC
559 EXECUTIVE PLACE, STE 102
FAYETTEVILLE, NC 28305

Claim Number: 8334
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $800.00 |
| --- | --- | --- |

ROY S. DICKINSON
2300 MCKOWN DRIVE
ATTN: ROY S. DICKINSON, P.C. ATTY AT LAW
NORMAN, OK 73072

Claim Number: 4397
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 1790 (08/08/2003)

| UNSECURED | Claimed: | $25000.00 |
| --- | --- | --- |

ROYAL HOMES, INC
C/O JAMES S BERG
105 NO THIRD ST
YAKIMA, WA 98901

Claim Number: 10768
Claim Date: 08/08/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $21266.63 |
| --- | --- | --- |

ROYAL HOMES, INC.
1913 SOUTH 1ST STREET
YAKIMA, WA 98903

Claim Number: 10380
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $10300.00 |
| --- | --- | --- |

ROYAL HOMES, INC.
1913 SOUTH 1ST STREET
YAKIMA, WA 98903

Claim Number: 10381
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8004 (08/08/2005)

| UNSECURED | Claimed: | $39441.27 UNLIQ |
| --- | --- | --- |

---

ROYAL MARBLE CO INC-PA,
1108 MAPLE STREET
NILES, MI 49120

Claim Number: 8628
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2238.06 |
|---|---|---|

---

ROYAL OFFICE PRODUCTS,
P O BOX 88486
CHICAGO, IL 60680

Claim Number: 1240
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $163.10 | Scheduled: | $474.85 | Allowed: | $163.10 |
|---|---|---|---|---|---|---|

---

ROYAL PALMS MH
7901 E BEN WHITE BLVD
AUSTIN, TX 78741

Claim Number: 2170
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $1452.84 |
|---|---|---|

---

ROYAL PALMS MH
7901 E BEN WHITE BLVD
AUSTIN, TX 78741

Claim Number: 8247
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $6178.67 UNLIQ |
|---|---|---|

---

ROYDERA, HACKWORTH
2500 BRANDT FOREST COURT
GREENSBORO, NC 27455

Claim Number: 8970
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $1500.00 |
|---|---|---|

---

ROYER HOMES,
PO BOX 10441
GULFPORT, MS 395050441

Claim Number: 6097
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 8609 (07/19/2006)

| UNSECURED | Claimed: | $40046.43 | Scheduled: | $6832.05 UNDET | Allowed: | $6832.05 |
|---|---|---|---|---|---|---|

---

ROZAS, TRINA
BENJAMIN MOUNT
PO DRAWER 3004
LAKE CHARLES, LA 70602

Claim Number: 7440
Claim Date: 06/23/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7664 (04/05/2005)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | Allowed: | $7500.00 |
|---|---|---|---|---|---|---|

---

RSH RENTALS
1381 GRAND OAKS LANE
HICKORY, NC 28602

Claim Number: 8241
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1260.00 |
|---|---|---|

---

RSM PROPERTIES LLC,
DBA RSM PROPERTIES LLC
SYLVAN ISLAND
SAVANNAH, GA 31404

Claim Number: 2963
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2237.21 | Scheduled: | $2237.21 | Allowed: | $2237.21 |

RUBIO'S MOBILE,
DBA:RUBIO'S MH TRANSPORTI
PO BOX 600
CLINT, TX 79836

Claim Number: 8173
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $710.00 |

RUBIO, EDMUNDO
PO BOX 600
CLINT, TX 79836

Claim Number: 8172
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $700.00 |

RUCKMAN EXCAVATING INC
RD 3 BOX 214
MOUNDSVILLE, WV 26041

Claim Number: 8054
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1500.00 |

RUFF, RANDY & CARRIE
400 COLOMA WAY
BONNER, MT 59823

Claim Number: 8451
Claim Date: 11/13/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2500.00 UNLIQ |

RUIZ, ISABELA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5984
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

RULON JONES FLOOR COVERING SERVICES,
DBA RULON JONES FLOOR COVERING
SERVICES PO BOX 95386
SOUTH JORDAN, UT 84095

Claim Number: 3696
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $683.00 | Scheduled: | $683.00 | Allowed: | $683.00 |

---

RUMPH, TAMMY G.
4296 ANTIOCH CHURCH RD
MIDWAY, AL 63053

Claim Number: 5030
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

---

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

RUMPH, TAMMY G.
4296 ANTIOCH CHURCH RD
MIDWAY, AL 63053

Claim Number: 9348
Claim Date: 01/23/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $3000.00 |
|-----------|----------|----------|

RUMPKE
10795 HUGHES RD.
CINCINNATI, OH 45251

Claim Number: 8596
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $74.44 |
|----------------|----------|--------|

RUMPKE,
10795 HUGHES RD.
CINCINNATI, OH 45251

Claim Number: 2270
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

---

| UNSECURED | Claimed: | $201.27 | Scheduled: | $175.00 | Allowed: | $201.27 |
|-----------|----------|---------|-----------|---------|----------|---------|

RUNION LES L
MANUFACTURED HOUSING SPECIALIST
RT 5 BOX 144
JACKSONVILLE, TX 75766

Claim Number: 3138
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $3230.00 |
|-----------|----------|----------|

RUNION LES L. MANUFACTURED HOUSING
MANUFACTURED HOUSING SPECIALIST
RT . S BOX 114
JACKSONVILLE, TX 75766

Claim Number: 9664
Claim Date: 04/29/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

---

| ADMINISTRATIVE | Claimed: | $3230.00 |
|----------------|----------|----------|

RUNK, THEODORE AND KATARIN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7175
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|-----------|----------|-----------|--|--|----------|-----------|

RUNNELS, JOHN
P.O. BOX 764
COWETA, OK 74429

Claim Number: 9766
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $2200.00 |
|----------------|----------|----------|

---

---

RUNNING SUPPLY, INC.
1401 EAST MAIN
MARSHALL, MN 56258

Claim Number: 4580
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $777.66 |
|---|---|---|

---

RUOTI, SUSAN
C/O LINDA BREMER
4065 WEST 4300 SOUTH LOT 33
WEST VALLEY CITY, UT 84120

Claim Number: 10045
Claim Date: 05/21/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2252.42 |
|---|---|---|

---

RURAL WATER DISTRICT #3
MIAMI COUNTY KS
PO BOX 35
OSAWATOMIE, KS 66064

Claim Number: 7953
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

RUSE, DAVID
12715 WHEATGRASS LOOP
CROOKED RIVER RANCH, OR 97760

Claim Number: 4199
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $600.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | Allowed: | $600.00 |

---

RUSHING, LARRY & LINDA
WILLIAM L. SCIBA, III
COLE, COLE & EASLEY
PO BOX 510
VICTORIA, TX 77902

Claim Number: 7809
Claim Date: 10/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3676 (02/27/2004)

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

RUSHING, LARRY & LINDA
C/O WILL SCIBA
COLE, COLE & EASLEY
PO BOX 510
VICTORIA, TX 77902

Claim Number: 9362
Claim Date: 02/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

---

RUSHING, LARRY & LINDA
C/O WILL SCIBA
COLE, COLE & EASLEY
PO BOX 510
VICTORIA, TX 77902

Claim Number: 9373
Claim Date: 02/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| RUSHING, NENA<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6582<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $35000.00 | | | Allowed: | $10162.01 |
| RUSHLOW, DAVID ROBERT<br>C/O DEPOSITORY TRUST COMPANY<br>55 WATER STREET<br>NEW YORK, NY 10041 | | | Claim Number: 3598<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) | | | |
| SECURED | Claimed: | $40000.00 | | | | |
| RUSSELL ANTHONY<br>JOBIE RUSSELL<br>301 RUE BEAURGARD STE B<br>LAFAYETTE, LA 70502 | | | Claim Number: 9242<br>Claim Date: 12/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $5000.00 | | | | |
| RUSSELL G CARNIAK PC,<br>401 S OLD WOODWARD AVE<br>SUITE 400<br>BIRMINGHAM, MI 48009 | | | Claim Number: 5490<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC | | | |
| UNSECURED | Claimed: | $8878.75 | Scheduled: $8878.75 | | Allowed: | $8878.75 |
| RUSSELL G. CARNIAK, P.C.,<br>401 SOUTH OLD WOODWARD AVE<br>SUITE 400<br>BIRMINGHAM, MI 48009-6629 | | | Claim Number: 5489<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC. | | | |
| UNSECURED | Claimed: | $1937.50 | Scheduled: $1937.50 | | Allowed: | $1937.50 |
| RUSSELL PRODUCTS INC-IN,<br>17989 COMMERCE DRIVE<br>BRISTOL, IN 46507 | | | Claim Number: 1624<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7363.32 | Scheduled: $7363.32 | | Allowed: | $7363.32 |
| RUSSELL PRODUCTS INC-MN,<br>17989 COMMERCE DRIVE<br>BRISTOL, IN 46507 | | | Claim Number: 1625<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1986.07 | Scheduled: $1986.07 | | Allowed: | $1986.07 |

---

RUSSELL PRODUCTS INC-OR,
17989 COMMERCE DRIVE
BRISTOL, IN 46507

Claim Number: 1626
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $623.35 | Scheduled: | $623.35 | Allowed: | $623.35 |
|---|---|---|---|---|---|---|

---

RUSSELL PRODUCTS INC-PA,
17989 COMMERCE DRIVE
BRISTOL, IN 46507

Claim Number: 1623
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1225.00 | Scheduled: | $1225.00 | Allowed: | $1225.00 |
|---|---|---|---|---|---|---|

---

RUSSELL RESIDENTIAL SERVICES
221 COOPER LANE
STE E
EASLEY, SC 29642

Claim Number: 3728
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6540.00 | | Allowed: | $6540.00 |
|---|---|---|---|---|---|

---

RUSSELL'S MOBILE HOME MOVING
RUSSELL SHEFFIELD
750 WINTER LANE
JONESBORO, GA 30238-3141

Claim Number: 350
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3705.00 |
|---|---|---|

---

RUSSELL, BETTY
10841 GOOD OAK LANE
GLEN ALLEN, VA 23060

Claim Number: 5327
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $185085.89 |
|---|---|---|

---

RUTHERFORD ACCOUNTING SERVICES
ATTN: DAVID M. RUTHERFORD
P.O. BOX 477
4656 GRAVIS ROAD
HOUSE SPRINGS, MO 63051

Claim Number: 10264
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1031.25 |
|---|---|---|

---

RUTHERFORD ACCOUNTING SERVICES
ATTN: DAVID M. RUTHERFORD
P.O. BOX 477
4656 GRAVIS ROAD
HOUSE SPRINGS, MO 63051

Claim Number: 10265
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $406.50 |
|---|---|---|

---

---

| RUTHERFORD, DAVID M.<br>RUTHERFORD ACCOUNTING SERVICES<br>P.O. BOX 477<br>4656 GRAVOIS ROAD<br>HOUSE SPRINGS, MO 63051 | Claim Number: 9781<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1437.50 |
|---|---|---|

---

| RUTLEDGE REGGIE<br>5764 NC 8 HWY S<br>GERMANTON, NC 27019 | Claim Number: 7208<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $175.00 |
|---|---|---|

---

| RUTLEDGE, REGINALD J.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5985<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| RVA PROPERTIES<br>DBA RVA PROPERTIES<br>152 BESHEARS OWINGS LANE<br>NORTH WILKESBORO, NC 28659 | Claim Number: 2345<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $187.50 | | Allowed: | $187.50 |
|---|---|---|---|---|---|

---

| RVA PROPERTIES<br>DBA RVA PROPERTIES<br>152 BESHEARS OWINGS LANE<br>NORTH WILKESBORO, NC 28659 | Claim Number: 8777<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $250.00 |
|---|---|---|

---

| RW PROPERTIES LLC,<br>125 OLD HWY 135 SE<br>CORYDON, IN 47112 | Claim Number: 881<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $150.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $150.00 DISP | Allowed: | $150.00 |

---

| RYAN, AUDREY M.; ADMIN. OF THE ESTATE OF<br>PEGGY J. HAURY<br>C/O PETER B. VADEN, ATTORNEY<br>P.O. BOX 111<br>CHARLOTTESVILLE, VA 22902-0111 | Claim Number: 9628<br>Claim Date: 04/22/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7488 (01/28/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $500000.00 |
|---|---|---|

---

---

RYAN, AUDREY M.; ADMIN. OF THE ESTATE OF
PETER B. VADEN TRUST ACCOUNT
C/O PETER B. VADEN, ATTORNEY
P.O. BOX 111
CHARLOTTESVILLE, VA 22902-0111

Claim Number: 10669
Claim Date: 12/06/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $3000.00 |
|---|---|---|

---

RYAN, RON
PO BOX 581195
SALT LAKE CITY, UT 84108

Claim Number: 6559
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8669 (09/21/2006)

| UNSECURED | Claimed: | $197480.70 | | Allowed: | $29071.00 |
|---|---|---|---|---|---|

---

RYDER HERBERT
1501 E PRIEN LAKE RD
LAKE CHARLES, LA 70601

Claim Number: 9343
Claim Date: 01/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

---

RYDER SHARED SERVICES CENTER
M/S2868
6000 WINDWARD PKWY
ALPHARETTA, GA 30005

Claim Number: 200
Claim Date: 01/07/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| UNSECURED | Claimed: | $38183.97 | | Allowed: | $7218.34 |
|---|---|---|---|---|---|

---

RYDER SHARED SERVICES CENTER
M/S2868
6000 WINDWARD PKWY
ALPHARETTA, GA 30005

Claim Number: 201
Claim Date: 01/07/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: EXPUNGED

| UNSECURED | Claimed: | $13228.57 |
|---|---|---|

---

RYDER SHARED SERVICES CENTER
M/S2868
6000 WINDWARD PKWY
ALPHARETTA, GA 30005

Claim Number: 435
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $15609.75 | Scheduled: | $10308.77 | Allowed: | $14039.82 |
|---|---|---|---|---|---|---|

---

RYDER TRS INC-CUSTOMERS
PO BOX 2396
CAROL STREAM, IL 60132

Claim Number: 8598
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $2954.21 |
|---|---|---|

---

RYDER, HERBERT L.
1501 E. PRIEN LAKE ROAD
LAKE CHARLES, LA 70601

Claim Number: 9748
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

---

| S & J MOBILE HOME,<br>DBA:S & J MOBILE HOME<br>RT 1 BOX 2860<br>COUNCIL HILL, OK 74428 | Claim Number: 4574<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $6225.00 | Scheduled: | $7125.00 | Allowed: | $6225.00 |
|---|---|---|---|---|---|---|

| S & P SERVICES<br>P O BOX 21<br>SAMANTHA, AL 35482 | Claim Number: 1865<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $19487.50 |
|---|---|---|

| S & P SERVICES<br>P O BOX 21<br>SAMANTHA, AL 35482 | Claim Number: 8821<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4295.00 |
|---|---|---|

| S & S ENTERPRISES INC<br>704 LAKE ROAD<br>BELTON, TX 76513 | Claim Number: 778<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | | | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

| S & S REWALL<br>7846 SAYBROOK DR<br>CITRUS HEIGHTS, CA 95621 | Claim Number: 7815<br>Claim Date: 10/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $11785.00 |
|---|---|---|

| S & S REWALL<br>7846 SAYBROOK DR<br>CITRUS HEIGHTS, CA 95621 | Claim Number: 7813<br>Claim Date: 10/20/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $11785.00 | Scheduled: | $2770.00 |
|---|---|---|---|---|

| S & S REWALL,<br>7846 SAYBROOK DR<br>CITRUS HEIGHTS, CA 95621 | Claim Number: 7814<br>Claim Date: 10/20/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $11785.00 | Scheduled: | $4170.00 |
|---|---|---|---|---|

---

S A K ELECTRIC PLUMBING & CONCRETE
P O BOX 6606
MESA, AZ 85216

Claim Number: 1516
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

---

| PRIORITY | Claimed: | $1422.05 | | | | |
|---|---|---|---|---|---|---|

S A K ELECTRIC PLUMBING & CONCRETE,
P O BOX 6606
MESA, AZ 85216

Claim Number: 1515
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1422.05 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3890.00 | Allowed: | $1422.05 |

---

S H ENTERPRISES
2109 W US HWY 90 STE 170 PMB 225
LAKE CITY, FL 320554742

Claim Number: 8372
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3650.00 | | | | |
|---|---|---|---|---|---|---|

---

S&N DESIGN,
121 N 8TH ST
MANHATTAN, KS 66502

Claim Number: 4625
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1690.27 | Scheduled: | $1569.00 | Allowed: | $1690.27 |
|---|---|---|---|---|---|---|

---

S&S CONSTRUCTION,
DBA S&S CONSTRUCTION
308 SALLY DR
DALTON, GA 30721

Claim Number: 2009
Claim Date: 02/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $11757.32 | Scheduled: | $11757.32 | Allowed: | $11757.32 |
|---|---|---|---|---|---|---|

---

S&S CONSTRUCTION,
DBA S&S CONSTRUCTION
308 SALLY DR
DALTON, GA 30721

Claim Number: 2005
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $2209.37 | Scheduled: | $2209.37 | Allowed: | $2209.37 |
|---|---|---|---|---|---|---|

---

S&W MOBILE HOME COURT,
C/O PHILLIP WOLF
PO BOX 767
HAYES, VA 23072

Claim Number: 1525
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $675.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $675.00 DISP | Allowed: | $675.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | | | Claim Number: 6553<br>Claim Date: 04/14/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $232.31 | | | |
| UNSECURED | Claimed: | $4.56 | | | |
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | | | Claim Number: 6554<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | |
| PRIORITY | Claimed: | $21708.48 | | | |
| UNSECURED | Claimed: | $215.07 | | Allowed: | $215.08 |
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | | | Claim Number: 6563<br>Claim Date: 04/14/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) | | |
| PRIORITY | Claimed: | $232.31 | | | |
| UNSECURED | Claimed: | $4.56 | | | |
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | | | Claim Number: 6564<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $21708.48 | | | |
| UNSECURED | Claimed: | $215.07 | | | |
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA, SC 29214 | | | Claim Number: 9410<br>Claim Date: 03/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) | | |
| PRIORITY | Claimed: | $10607.87 | | | |
| UNSECURED | | | | Allowed: | $9502.00 |
| SA COMMUNICATIONS<br>3636 GARDEN ST.<br>WAYLAND, MI 49348 | | | Claim Number: 7204<br>Claim Date: 05/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| SECURED | Claimed: | $183.36 | | | |
| UNSECURED | | | | Allowed: | $183.36 |
| SACCENTI, THERESA M.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6583<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| PRIORITY | Claimed: | $10000.00 | | | |
| UNSECURED | | | | Allowed: | $2903.43 |

| | | | | | |
|---|---|---|---|---|---|
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H ST, ROOM 1710<br>SACRAMENTO, CA 95814 | | | Claim Number: 4433<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | |
| SECURED | Claimed: | $356.09 | | | |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H ST, ROOM 1710<br>SACRAMENTO, CA 95814 | | | Claim Number: 7673<br>Claim Date: 08/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
| ADMINISTRATIVE | Claimed: | $387.23 | | | |
| SAENZ, TONY<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5986<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4650.00 UNLIQ<br>$1368.75 UNLIQ | | | |
| SAFE HOMES OF CHERRY PARK<br>3302 S NEW HOPE RD STE 200E<br>GASTONIA, NC 28056 | | | Claim Number: 8561<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
| ADMINISTRATIVE | Claimed: | $2500.00 | | | |
| SAFELITE GLASS<br>P.O. BOX 740933<br>DALLAS, TX 75374 | | | Claim Number: 556<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $311.25 | | Allowed: | $311.25 |
| SAFETY SERVICES INC<br>PO BOX 3539<br>KALAMAZOO, MI 49003 | | | Claim Number: 883<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $218.87 | | | |
| SAFFORD, ELKENIMA<br>PO BOX 55<br>HARDAWAY, AL 36039 | | | Claim Number: 7564<br>Claim Date: 07/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $7500.00 | | | |

---

SAINT JO INDEPENDENT SCHOOL DISTRICT
HAROLD LEREW
ATTORNEY FOR CLAIMANT
PO BOX 8188
WICHITA FALLS, TX 76307-8188

Claim Number: 2395
Claim Date: 02/20/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY | Claimed: | $73.49 |
|----------|----------|--------|

---

SALAS, MARCOLINA
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5987
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SALAS, ROBERTINO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5988
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|----------|----------|----------------|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SALDANA, RAFAEL A.
203 SOUTHGATE DRIVE
CRESTVIEW FLORIDA
CRESTVIEW, FL 32539

Claim Number: 453
Claim Date: 02/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7829 (05/31/2005)

| PRIORITY | Claimed: | $75000.00 | | |
|----------|----------|-----------|-----------|-----------|
| UNSECURED | | | Allowed: | $10000.00 |

---

SALEM BUILDING SPECIALTIES, INC.
3625 PORTLAND RD NE
SALEM, OR 97303

Claim Number: 476
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1313.00 |
|-----------|----------|----------|

---

SALEM BUILDING SPECIALTIES, INC.
3625 PORTLAND RD NE
SALEM, OR 97303

Claim Number: 540
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1313.00 |
|-----------|----------|----------|

---

SALINE COUNTY COLLECTOR
215 NORTH MAIN, SUITE 3
BENTON, AR 72015

Claim Number: 9398
Claim Date: 02/27/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $7821.45 |
|----------------|----------|----------|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SALINE COUNTY,<br>215 NORTH MAIN, SUITE 3<br>BENTON, AR 72015 | | | Claim Number: 3621<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| PRIORITY | Claimed: | $470.83 | Scheduled: | $0.00 UNLIQ | Allowed: | $470.83 |

| | | | |
|---|---|---|---|
| SALISBURY MHP INC,<br>PO BOX 64230<br>BALTIMORE, MD 21264 | | | Claim Number: 8764<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
| ADMINISTRATIVE | Claimed: | $677.07 | |

| | | | |
|---|---|---|---|
| SALLYS<br>2014 MAPLE STREET<br>WENATCHEE, WA 98801 | | | Claim Number: 2878<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $50.00 | |

| | | | | | |
|---|---|---|---|---|---|
| SALMON, TEDDY L.<br>2216 HWY 178 E<br>BLUE SPRINGS, MS 38828 | | | Claim Number: 4250<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |

| | | | |
|---|---|---|---|
| SALT LAKE COUNTY TREASURER<br>ATTN: RAY LANCASTER<br>2001 SOUTH STATE #N1200<br>SALT LAKE CITY, UT 84190 | | | Claim Number: 8636<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
| SECURED | Claimed: | $1824.59 | |

| | | | |
|---|---|---|---|
| SALVADOR, PEDRO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5989<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | |

| | | | |
|---|---|---|---|
| SALVADOR, VICTOR<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5990<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | |

---

SALYER INC
PO BOX 842
HARRISONBURG, VA 22801

Claim Number: 9089
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $29500.00 |
|---|---|---|

---

SAM'S HOTEL & G,
DBA:SAM'S TOWN HOTEL & GA
5111  BOULDER HWY
LAS VEGAS, NV 89122

Claim Number: 3936
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $34.87 | Scheduled: | $34.87 | Allowed: | $34.87 |
|---|---|---|---|---|---|---|

---

SAMBORSKI FRANK & PAT
277 N HOBBS HWY
TRAVERSE CITY, MI 49686

Claim Number: 4692
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4500.00 |
|---|---|---|

---

SAMPSON INDEPENDENT
PO BOX 89
CLINTON, NC 28329

Claim Number: 9682
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $149.33 |
|---|---|---|

---

SAMPSON INDEPENDENT, THE
P.O. BOX 89
(303 ELIZABETH ST.)
CLINTON, NC 28328

Claim Number: 10352
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $151.36 |
|---|---|---|

---

SAMS, BYRON K.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5991
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SAMUEL ADAMS
P.O. BOX 1690
ATTN: MERRILL, HARRISON & ADAMS
DOTHAN, AL 36302

Claim Number: 5031
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

SAN ANTONIO EXPRESS NEWS, THE
ATTN: CREDIT DEPARTMENT
PO BOX 2171
SAN ANTONIO, TX 78297-2171

Claim Number: 7806
Claim Date: 10/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $7797.34 |
|-----------|----------|----------|

---

SAN ANTONIO EXPRESS NEWS, THE
ATTN: CREDIT DEPARTMENT
P O BOX 2171
SAN ANTONIO, TX 78297

Claim Number: 7807
Claim Date: 10/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $7797.34 |
|-----------|----------|----------|

---

SAN JACINTO COUNTY
1410 WEST 6TH STREET
AUSTIN, TX 78703

Claim Number: 6822
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/17/2004)

| UNSECURED | Claimed: | $2095.82 |
|-----------|----------|----------|

---

SAN JOAQUIN COUNTY PROPERTY TAX
SHABBIR A. KAHN
PO BOX 2169
STOCKTON, CA 95201-2169

Claim Number: 8259
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $331.72 |
|----------------|----------|---------|

---

SAN JUAN MOBILE HOME SUPPLY
DBA:SAN JUAN MH SUPPLY
2402 WEST MAIN
FARMINGTON, NM 87401

Claim Number: 8804
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $665.82 |
|----------------|----------|---------|

---

SAN MARCOS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 90
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1381.85 UNLIQ |
|---------|----------|----------------|

---

SAN MARCOS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 155
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $1381.85 | Allowed: | $1381.85 |
|---------|----------|----------|----------|----------|

---

SAN MARCOS CISD
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8644
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| ADMINISTRATIVE | Claimed: | $310.40 UNLIQ |
|----------------|----------|---------------|

---

| SAN PATRICIO COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) P O BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 1163<br>Claim Date: 02/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $9481.43 UNLIQ |
|---|---|---|

| SAN PATRICIO COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 8642<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| SECURED | Claimed: | $10894.16 UNLIQ |
|---|---|---|

| SAN PATRICIO COUNTY<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>1949 SOUTH IH 35 (78741) PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 8643<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3342.14 UNLIQ |
|---|---|---|

| SAN PATRICIO COUNTY TAX ASSESSOR<br>LORI ROBERTSON<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Number: 2397<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $9481.43 UNLIQ |
|---|---|---|

| SAN SOUCI MOBILE ESTATES<br>604 WEST MEEKER STREET<br>KENT, WA 98032 | Claim Number: 2662<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2088.22 |
|---|---|---|

| SANCHEZ BERTHA<br>11151 S OLD NOGALS HWY<br>TUCSON, AZ 85706 | Claim Number: 7772<br>Claim Date: 09/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $400.00 |
|---|---|---|

| SANCHEZ MOBILE HOME INSTALLER,<br>2311 EAST 20TH ST<br>MISSION, TX 78572 | Claim Number: 2155<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $5360.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4550.00 | Allowed: | $4550.00 |

---

SANCHEZ MOBILE HOME TRANSPORT
2311 EAST 20TH STREET
MISSION, TX 78572

Claim Number: 9764
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $6500.00 |
|---|---|---|

---

SANCHEZ TERESA,
5716 COLIN POWELL
EL PASO, TX 79924

Claim Number: 1412
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1050.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1050.00 | Allowed: | $1050.00 |

---

SANCHEZ, BERTHA
11151 S OLD NOGALS HWY
TUCSON, AZ 85706

Claim Number: 8494
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $400.00 |
|---|---|---|

---

SANCHEZ, ISAUL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5992
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

SANCHEZ, MARTHA
1674 GREEN PEAR DR
EL PASO, TX 79927

Claim Number: 3664
Claim Date: 03/12/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $24207.05 | | Allowed: | $22028.77 |
|---|---|---|---|---|---|

---

SANCHEZ, TERESA
5716 COLIN POWELL
EL PASO, TX 79924

Claim Number: 9246
Claim Date: 12/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $1050.00 |
|---|---|---|

---

SANCHEZ, TERESA
5716 COLIN POWELL
EL PASO, TX 79934

Claim Number: 10196
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1050.00 |
|---|---|---|

---

---

SANCHEZ, TERESA E.
5716 COLIN POWELL AVENUE
EL PASO, TX 79934

Claim Number: 9778
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $1050.00 |
| --- | --- | --- |

---

SANCHEZ, TERESA E.
5716 COLIN POWELL AVENUE
EL PASO, TX 79934

Claim Number: 10214
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1050.00 |
| --- | --- | --- |

---

SAND MAN,
DBA SAND MAN
4416 WILCOX RD
NEW BERN, NC 28562

Claim Number: 1104
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $665.00 | Scheduled: | $665.00 | Allowed: | $665.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

SAND STONE TERRACE MHP
4236 VORE RIDGE RD.
ATHENS, OH 45701

Claim Number: 1322
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $300.00 |
| --- | --- | --- |

---

SANDERAL COUNTY TREASURER
PO BOX 40
BERNALILLO, NM 87004

Claim Number: 9582
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $54.07 |
| --- | --- | --- |

---

SANDERS AUTIN PRUDICH & FLANIGAN,
320 COURTHOUSE RD
PRINCETON, WV 24740

Claim Number: 4700
Claim Date: 03/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| SECURED | Claimed: | $10000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $10000.00 |

---

SANDERS CONSTRUCTION,
DBA SANDERS CONSTRUCTION
545 EAST BOLIVIA
VIDOR, TX 77662

Claim Number: 2637
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $6293.69 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $6293.69 | Allowed: | $6293.69 |

---

| | | | | | |
|---|---|---|---|---|---|
| SANDERS, BRUCE G.<br>1 INDIGO LAKE TERRACE<br>GREENSBORO, NC 27455 | | | Claim Number: 10353<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| SANDERS, DONELL<br>1018 9TH AVENUE, S.E.<br>MOULTRIE, GA 31768 | | | Claim Number: 8694<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | | |
| ADMINISTRATIVE | Claimed: | $4000000.00 | | | |
| SANDERS, SHONDA G.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 5236<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $2500.00 | | Allowed: | $1016.20 |
| SANDHILLS LOCK & KEY<br>1600-C N SANDHILLS BLVD<br>ABERDEEN, NC 28315 | | | Claim Number: 4172<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $111.37 |
| SANDRIDGE MHP<br>1500 HIGHWAY 15 # LOT 1<br>MYRTLE BEACH, SC 29577 | | | Claim Number: 9574<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
| ADMINISTRATIVE | Claimed: | $510.00 | | | |
| SANDRIDGE MOBILE HOME PARK<br>1500 HIGHWAY 15 #1<br>MYRTLE BEACH, SC 29577 | | | Claim Number: 829<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | |
| SECURED | Claimed: | $510.00 | | | |
| SANDY BOTTOM MATERIALS<br>3441 BRIDGE RD<br>SUFFOLK, VA 234351803 | | | Claim Number: 9627<br>Claim Date: 04/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| ADMINISTRATIVE | Claimed: | $427.58 | | | |
| SANFORD ELECTRIC MOTOR SERVICE,<br>2840 LEE AVE<br>SANFORD, NC 27330-6206 | | | Claim Number: 1431<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
| UNSECURED | Claimed: | $258.00 | Scheduled: $258.00 | Allowed: | $258.00 |

| SANFORD HERALD, THE<br>P.O. BOX 100<br>SANFORD, NC 27331 | Claim Number: 10073<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $977.59 | |
|---|---|---|---|

| SANILAC COUNTY TREASURER<br>60 W. SANILAC AVE<br>PO BOX 286<br>SANDUSKY, MI 48471 | Claim Number: 7323<br>Claim Date: 05/23/2003<br>Debtor: SUBURBAN HOME SALES, INC. |
|---|---|

| PRIORITY | Claimed: | $1251.92 UNLIQ | |
|---|---|---|---|

| SANITORY DISPOSAL INC<br>PO BOX 316<br>HERMISTON, OR 97838 | Claim Number: 8330<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $124.88 | |
|---|---|---|---|

| SANTA ROSA COUNTY TAX COLLECTOR<br>ATTN: CAROL WATFORD,<br>SUPERVISOR, DELINQUENT TAXES<br>P.O. BOX 7100<br>MILTON, FL 32572 | Claim Number: 1532<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8156 (09/20/2005) |
|---|---|

| SECURED | Claimed: | $1342.55 UNLIQ | |
|---|---|---|---|

| SANTA ROSA COUNTY, TAX COLLECTOR<br>ATTN: CAROL WATFORD SUPERVISOR DEL TAXES<br>PO BOX 7100<br>MILTON, FL 32572 | Claim Number: 10304<br>Claim Date: 12/05/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| SECURED | Claimed: | $234.45 UNLIQ | |
|---|---|---|---|

| SANTIAGO ESTATES<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN, LTD.<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | Claim Number: 6191<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1908.44 | |
|---|---|---|---|
| SECURED | Claimed: | $19.71 | |

| SANTIAGO ESTATES<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN, LTD.<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | Claim Number: 6459<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1908.44 | |
|---|---|---|---|
| SECURED | Claimed: | $19.71 | |

| | | | |
|---|---|---|---|
| SANTIAGO ESTATES<br>C/O MATTHEW L. JOHNSON<br>HUTCHISON & STEFFEN, LTD.<br>8831 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 | | | Claim Number: 6355<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
| PRIORITY | Claimed: | $1908.44 | |
| SECURED | Claimed: | $19.71 | |
| SANTIAGOS ELECTRIC<br>1266 HWY 85<br>BELEN, NM 87002 | | | Claim Number: 8392<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $2922.81 | |
| SANTIAGOS ELECTRIC<br>1266 HWY 85<br>BELEN, NM 87002 | | | Claim Number: 8394<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $2922.81 | |
| SARAH A ROHLING REAL ESTATE & APPRAISAL<br>PO BOX 214<br>COUNCIL GROVE, KS 668460214 | | | Claim Number: 9217<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
| ADMINISTRATIVE | Claimed: | $365.00 | |
| SASSER, IRA L<br>DBA SASSERS MHP<br>PO BOX 694<br>HINESVILLE, GA 31310 | | | Claim Number: 8924<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $100.00 UNLIQ | |
| SATTERFIELD, RHONDA & HOWARD, RONNIE V.<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7176<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $74999.00 | Allowed: $74999.00 |
| SAV-MART<br>PO BOX 330<br>WENATCHEE, WA 98807 | | | Claim Number: 9816<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $330.46 | |

---

SAV-ON INC
PO BOX 1657
FORT WORTH, TX 76101-1657

Claim Number: 3730
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $777.69 | Scheduled: | $681.83 | Allowed: | $777.69 |

SAV-ON OFFICE & SCHOOL SUPPLY,
PO BOX 1657
FORT WORTH, TX 76101-1657

Claim Number: 3729
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $417.30 | Scheduled: | $441.31 | Allowed: | $417.30 |

SAVANNAH PINES
DBA SAVANNAH PINES
1518 DEAN FOREST ROAD
SAVANNAH, GA 31408

Claim Number: 6273
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $525.00 |

SAVE A MINUTE CHECK CASHING,
P.O. BOX 756
COLLINS, MS 39428

Claim Number: 1187
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |

SAVERENCE, JAMES P., JR; AS COUNSEL FOR
DENNIS MCDOWELL
P.O. BOX 568
BISHOPVILLE, SC 29010

Claim Number: 10713
Claim Date: 03/17/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments:
Amends claim previously filed on 11/21/03.

| UNSECURED | Claimed: | $4793.86 |

SAXTON, ELIZABETH
6916 KELLY COLETRANE DR.
RANDLEMAN, NC 27317

Claim Number: 9095
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 3830 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $1700.00 |

SBA (FEMA)
CREARY, PHILIP OR TWILA
****NO ADDRESS PROVIDED****

Claim Number: 4123
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $0.00 UNDET |

SBC/PACIFIC BELL
ATTN: BANKRUPTCY RECOVERY CENTER
PO BOX 981268
SACRAMENTO, CA 95851

Claim Number: 6551
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $494.54 |

---

| | | | |
|---|---|---|---|
| SBC/PACIFIC BELL<br>ATTN: BANKRUPTCY RECOVERY CENTER<br>PO BOX 981268<br>SACRAMENTO, CA 95851 | | | Claim Number: 6561<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $494.54 | |
| SCARLETT MACHINERY INC.<br>4334 BROCKTON DR SE STE I<br>GRAND RAPIDS, MI 495124067 | | | Claim Number: 9723<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $690.96 | |
| SCDPS<br>SC DEPARTMENT OF PUBLIC SAFETY<br>POB 1993<br>BLYTHEWOOD, SC 290161993 | | | Claim Number: 7756<br>Claim Date: 08/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4210 (08/13/2004) |
| PRIORITY | Claimed: | $60.00 | |
| SCDPS<br>SC DEPARTMENT OF PUBLIC SAFETY<br>POB 1993<br>BLYTHEWOOD, SC 290161993 | | | Claim Number: 7784<br>Claim Date: 09/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
| PRIORITY | Claimed: | $642.00 | |
| SCE&G<br>BOX 1168<br>108 ROBERT SMALLS PARKWAY<br>BEAUFORT, SC 29901 | | | Claim Number: 5589<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $2534.41 | Scheduled: $4615.09 |
| SCENIC ACRES MOBILE HOME PARK,<br>DBA SCENIC ACRES MOBILE HOME PARK<br>RT 1 BOX 2590<br>LUFKIN, TX 75901 | | | Claim Number: 1580<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| UNSECURED | Claimed: | $140.00 | Scheduled: $140.00 DISP |
| SCENIC ACRES MOBILE HOME PARK,<br>DBA SCENIC ACRES MOBILE HOME PARK<br>RT 1 BOX 2590<br>LUFKIN, TX 75901 | | | Claim Number: 3245<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
| UNSECURED | Claimed: | $420.00 | |
| SCENIC VIEW LANDSCAPE<br>1107 BLACK MTN RD.<br>DAHLONEGA, GA 30533 | | | Claim Number: 494<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
| PRIORITY | Claimed: | $350.00 | |
| UNSECURED | | | Allowed: $350.00 |

| | | | |
|---|---|---|---|
| SCHAFER, DUWAYNE M.<br>4203 35TH AVE S<br>FARGO, ND 581047513 | | Claim Number: 10271<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION | |
| ADMINISTRATIVE | Claimed: | $2397.11 | |

| | | | |
|---|---|---|---|
| SCHAFFER, LAX, MCNAUGHTON & CHEN<br>19782 MACARTHUR BLVD, STE 260<br>ATTN: DAVID HIGHMAN<br>GOLDEN SUN HOMES, INC.<br>IRVINE, CA 92612 | | Claim Number: 6116<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| | | | |
|---|---|---|---|
| SCHANK CHARLES<br>VALDEZ<br>19 LANDING RD<br>HATTIESBURG, MS 394019458 | | Claim Number: 2013<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $4000.00 | |

| | | | |
|---|---|---|---|
| SCHANK, CHARLES<br>VALDEZ<br>73 SHADOW LAKE DR<br>HATTIESBURG, MS 394019192 | | Claim Number: 8091<br>Claim Date: 11/07/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $4000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| SCHARPF'S, TWIN OAKS BUILDERS SUPPLY<br>PO BOX 69<br>ALBANY, OR 97321 | | Claim Number: 1812<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $559.81 | Scheduled: | $559.81 | Allowed: | $559.81 |

| | | | | |
|---|---|---|---|---|
| SCHMIDT GEORGE<br>459 FOG RD NE<br>RESACA, GA 30735 | | Claim Number: 3601<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $900.00 | Allowed: | $900.00 |

| | | | |
|---|---|---|---|
| SCHMIDT, ALVIN<br>1475 MADISON 4425<br>COMBS, AR 72721 | | Claim Number: 9877<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

| | | | |
|---|---|---|---|
| SCHMIDT, GEORGE D.<br>459 FOG ROAD NE<br>RESACA, GA 30735 | | Claim Number: 9667<br>Claim Date: 04/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
| ADMINISTRATIVE | Claimed: | $900.00 | |

SCHMITTAUER, JERRY
64 KENYON PL.
HEBRON, OH 43025

Claim Number: 10355
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 6751 (11/08/2004)

| ADMINISTRATIVE | Claimed: | $282900.00 |
|---|---|---|

SCHOFER, M.
5908 W. RAFTER CIRCLE
TUCSON, AZ 85713

Claim Number: 9757
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7632 (03/31/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

SCHOFER, MARILYN
5908 W. RAFTER CIRCLE
TUCSON, AZ 85713

Claim Number: 10719
Claim Date: 04/12/2005
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $2700.00 |
|---|---|---|

SCHOFFMANS INC
PO BOX 379
REDWOOD FALLS, MN 56283

Claim Number: 8540
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $109.12 |
|---|---|---|

SCHOFFMANS INC,
PO BOX 379
REDWOOD FALLS, MN 56283

Claim Number: 2654
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $760.92 | Scheduled: | $738.51 | Allowed: | $760.92 |
|---|---|---|---|---|---|---|

SCHORR, HAROLD
1113 RILEY WAY
CHAPARRAL, NM 88081

Claim Number: 8782
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

SCHRINER, EVELYN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4249
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $10000.00 | | | Allowed: | $2903.43 |
|---|---|---|---|---|---|---|

SCHULT HOMES
CARLA MULLEN
221 US 20 WEST
MIDDLEBURY, IN 46540

Claim Number: 10628
Claim Date: 10/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $1389.88 UNLIQ |
|---|---|---|

SCHWARTZ, TIM & NATALE
C/O JUDITH LURIE
NORTHWEST JUSTICE PROJECT
300 S OKANOGAN AVE, SUITE 3A
WENATCHEE, WA 98801

Claim Number: 4811
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $16870.00 |
|---|---|---|---|---|---|

SCHWARTZ, TIM & NATALE
C/O JUDITH LURIE
NW JUSTICE PROJECT
23 S. WENATCHEE AVE, SUITE 110
WENATCHEE, WA 98801

Claim Number: 6497
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SCIOTO BLOCK,
DBA:SCIOTO BLOCK
PO BOX 1209
ASHLAND, KY 41101

Claim Number: 2685
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $373.81 | Scheduled: | $373.81 | Allowed: | $373.81 |
|---|---|---|---|---|---|---|

SCIOTO STORAGE,
2924 LINN HIPSHER
MARION, OH 43302

Claim Number: 757
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $2000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $900.00 |

SCOTLAND COUNTY,
P O BOX 488
LAURINBURG, NC 28353

Claim Number: 743
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | | | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1710.66 | | | Allowed: | $1710.66 |

SCOTT ENGINEERING INC
838 WALKER RD STE 21-2
DOVER, DE 19904

Claim Number: 7946
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

SCOTT ENGINEERING, INC.
838 WALKER ROAD
STE 21-2
DOVER, DE 19904

Claim Number: 9481
Claim Date: 04/08/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

| SCOTT HARBICK CONSTRUCTION CO, | | | Claim Number: 5145 | | | |
| 63151 TERRY DR | | | Claim Date: 03/27/2003 | | | |
| BEND, OR 97701 | | | Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| | | | Comments: ALLOWED | | | |
| | | | DOCKET: 4488 (09/03/2004) | | | |
| PRIORITY | Claimed: | $15238.07 | | | | |
| UNSECURED | | | Scheduled: | $125.00 | Allowed: | $15238.07 |

| SCOTT HULE MARSHALL FEUILLE FINGER & | | | Claim Number: 5254 | |
| THURMOND PC | | | Claim Date: 03/27/2003 | |
| 1100 CHASE TOWER | | | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |
| ATTN: DAVID R. PIERCE | | | Comments: EXPUNGED | |
| EL PASO, TX 79999 | | | DOCKET: 4187 (06/25/2004) | |
| UNSECURED | Claimed: | $5486.87 | | |

| SCOTT HULE MARSHALL FEUILLE FINGER & | | | Claim Number: 5256 |
| THURMOND PC | | | Claim Date: 03/27/2003 |
| 1100 CHASE TOWER | | | Debtor: OAKWOOD HOMES CORPORATION |
| ATTN: DAVID R. PIERCE | | | |
| EL PASO, TX 79999 | | | |
| UNSECURED | Claimed: | $2338.50 | |

| SCOTT HULSE MARSHALL FEUILLE FINGER & | | | Claim Number: 8961 |
| THURMOND PC | | | Claim Date: 11/24/2003 |
| 1100 CHASE TOWER | | | Debtor: OAKWOOD HOMES CORPORATION |
| ATTN: DAVID R. PIERCE | | | |
| EL PASO, TX 79999 | | | |
| ADMINISTRATIVE | Claimed: | $707.42 | |

| SCOTT JERRY, | | | Claim Number: 3342 | | | |
| 56 BONISEE CIRCLE | | | Claim Date: 03/05/2003 | | | |
| LAKELAND, FL 338016735 | | | Debtor: PREFERRED HOUSING SERVICES, LP | | | |
| | | | Comments: ALLOWED | | | |
| PRIORITY | Claimed: | $2420.20 | | | | |
| UNSECURED | | | Scheduled: | $2322.06 | Allowed: | $2420.20 |

| SCOTT OFFICE PRODUCTS | | | Claim Number: 2179 | |
| 315 S UNION AVE | | | Claim Date: 02/26/2003 | |
| PUEBLO, CO 81003 | | | Debtor: OAKWOOD HOMES CORPORATION | |
| | | | Comments: ALLOWED | |
| PRIORITY | Claimed: | $58.99 | | |
| UNSECURED | | | | Allowed: | $58.99 |

| SCOTT OFFICE PRODUCTS | | | Claim Number: 10320 |
| 315 S UNION AVE | | | Claim Date: 06/10/2004 |
| PUEBLO, CO 81003 | | | Debtor: OAKWOOD HOMES CORPORATION |
| | | | Comments: EXPUNGED |
| | | | DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $100.00 | |

---

SCOTT, CALVIN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5993
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SCOTT, HOWARD CHARLES
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7177
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

SCOTT, JERRY
PO BOX 712
SUMMERDALE, AL 36580

Claim Number: 3341
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $11550.05 |

---

SCOTT, JERRY W.
160 OLIVIA LANE
SALISBURY, NC 28146

Claim Number: 9686
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

SCOTTS INC
PO BOX 98
FAIR BLUFF, NC 28439

Claim Number: 2256
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1064.30 |

---

SCOTTS REMODELING,
DBA SCOTTS REMODELING
16903 OLD MAXTON RD
LAURINBURG, NC 28352

Claim Number: 4551
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $4896.27 | | | |
| UNSECURED | | | Scheduled: | $4896.27 | Allowed: | $4896.27 |

---

SCOTTY FRENCH DRYWALL
DBA SCOTTY FRENCH DRYWALL
RT 1 BOX 209
CLINTWOOD, VA 24228

Claim Number: 3310
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1000.00 | | | |
| UNSECURED | | | | Allowed: | $1000.00 |

| SCOTTY FRENCH DRYWALL, DBA SCOTTY FRENCH DRYWALL RT 1 BOX 209 CLINTWOOD, VA 24228 | Claim Number: 3311 Claim Date: 03/06/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: ALLOWED |
|---|---|

| PRIORITY UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

| SCR TRUCKING LLC, 1462 COUNTY ROAD #173 EVANSTON, WY 82930 | Claim Number: 3874 Claim Date: 03/15/2003 Debtor: OAKWOOD MOBILE HOMES, INC. Comments: ALLOWED DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY UNSECURED | Claimed: | $3011.50 | Scheduled: | $700.00 | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

| SCURRY COUNTY TAX OFFICE 1806 25TH ST STE 103 SNYDER, TX 79549 | Claim Number: 4627 Claim Date: 03/24/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC Comments: EXPUNGED DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $696.55 |
|---|---|---|

| SEAN T. O'CONNELL P.O. BOX 977; 140 WASHINGTON ST DOVER, NH 03821 | Claim Number: 5572 Claim Date: 03/27/2003 Debtor: OAKWOOD HOMES CORPORATION Comments: EXPUNGED DOCKET: 7804 (05/20/2005) |
|---|---|

| PRIORITY | Claimed: | $75000.00 |
|---|---|---|

| SEARCY SOIL MAPPING, DBA SEARCY SOIL MAPPING 351 CLINE RD DANDRIDGE, TN 37725 | Claim Number: 1595 Claim Date: 02/24/2003 Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

| SEARLES ALEXANDRIA, 343 MCDUFFIE RD CAMERON, NC 28326 | Claim Number: 1076 Claim Date: 02/19/2003 Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 DISP | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

| SEARS 219 BRANTLEY RDG WARNER ROBINS, GA 31088-2571 | Claim Number: 8988 Claim Date: 11/25/2003 Debtor: HBOS MANUFACTURING, LP Comments: EXPUNGED DOCKET: 4486 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60000.00 |
|---|---|---|

---

| SEARS ROEBUCK AND CO | Claim Number: 6445 |
| COMMERCIAL CREDIT | Claim Date: 04/03/2003 |
| PO BOX 450627 | Debtor: OAKWOOD HOMES CORPORATION |
| ATLANTA, GA 31145 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $1569.00 |

---

| SEARS ROEBUCK AND CO | Claim Number: 6446 |
| COMMERCIAL CREDIT | Claim Date: 04/03/2003 |
| PO BOX 450627 | Debtor: OAKWOOD HOMES CORPORATION |
| ATLANTA, GA 31145 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $629.59 |

---

| SEARS, ROEBUCK AND CO. | Claim Number: 634 |
| ATLANTA COMMERCIAL CREDIT CENTRAL 8406 | Claim Date: 02/14/2003 |
| P.O. TOX 450627 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ATLANTA, GA 31145-9800 | |

| UNSECURED | Claimed: | $266.61 |

---

| SEARS, ROEBUCK AND CO. | Claim Number: 635 |
| ATLANTA COMMERCIAL CREDIT CENTRAL 8406 | Claim Date: 02/14/2003 |
| P.O. TOX 450627 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ATLANTA, GA 31145-9800 | |

| UNSECURED | Claimed: | $2689.00 |

---

| SEARS, ROEBUCK AND CO. | Claim Number: 636 |
| ATLANTA COMMERCIAL CREDIT CENTRAL 8406 | Claim Date: 02/14/2003 |
| P.O. TOX 450627 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| ATLANTA, GA 31145-9800 | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $290.85 | Scheduled: | $396.00 |

---

| SEAY, JOSEPH & PATRICIA | Claim Number: 7355 |
| W. CHAD JENKINS | Claim Date: 06/09/2003 |
| PO BOX 190 | Debtor: HBOS MANUFACTURING, LP |
| NEWBERRY, SC 29108 | Comments: ALLOWED |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | Allowed: | $2500.00 |

---

| SEBASTIAN COUNTY TAX COLLECTOR | Claim Number: 4541 |
| 35 SOUTH 6TH ST | Claim Date: 03/24/2003 |
| FT. SMITH, AR 72901 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4211 (08/13/2004) |

| SECURED | Claimed: | $11926.17 |

---

| SEBASTIAN COUNTY-COURTHOUSE | Claim Number: 9662 |
| TAX COLLECTORS OFFICE | Claim Date: 04/29/2004 |
| P.O. BOX 427 | Debtor: OAKWOOD HOMES CORPORATION |
| FORT SMITH, AR 72901 | Comments: EXPUNGED |
| | DOCKET: 4491 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $19351.24 |

---

---

SECS ELECTRIC
1206 PENDERGRASS
SANFORD, NC 27330

Claim Number: 2754
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1524.00 | | | | |

---

SECS ELECTRIC,
1206 PENDERGRASS
SANFORD, NC 27330

Claim Number: 6740
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1524.00 | Scheduled: | $715.00 | | |

---

SECURITY ALARM CORP
217 MAIN SE
ALBANY, OR 97321

Claim Number: 1714
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $332.87 | Scheduled: | $379.87 | Allowed: | $332.87 |

---

SEDA, DARIO FERIA
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7454
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | | | | |
| UNSECURED | Claimed: | $1368.75 | | | | |

---

SEDGWICK COUNTY
OFFICE OF THE COUNTY COUNSELOR
CLANCY HOLEMAN, #11623
525 N. MAIN, SUITE 359
WICHITA, KS 67203

Claim Number: 2083
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7328 (11/17/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $465.64 | | | Allowed: | $12077.57 |
| SECURED | Claimed: | $38120.79 | | | | |
| UNSECURED | | | | | Allowed: | $21384.59 |

---

SEEGARS FENCE COMPANY INC
PO BOX 41145
RALEIGH, NC 27629

Claim Number: 8268
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2216.04 | | | | |

---

SEEKER CHRISTIAN NEWS
DBA THE SEEKER CHRISTIAN NEWS
P O BOX 302
BEREA, KY 40403

Claim Number: 2869
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $150.00 | | | | |
| UNSECURED | | | | | Allowed: | $150.00 |

---

---

SEGER, BETTY
C/O REGAN S. RUSSELL
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 10599
Claim Date: 09/23/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4000.00 |
|-----------|----------|----------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX909
NEW ALBANY, MS 38652

Claim Number: 4311
Claim Date: 03/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4312
Claim Date: 03/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 4112 (06/02/2004)

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4313
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4113 (06/02/2004)

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4508
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4509
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4510
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4404
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4407
Claim Date: 03/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|---|---|---|

---

SEGER, CHARLES AND BETTY
LAW OFFICE OF REGAN S. RUSSELL, P.A.
P.O. BOX 909
NEW ALBANY, MS 38652

Claim Number: 4408
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $2000000.00 |
|---|---|---|

---

SEIB & BRADY
350 FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TX 75202

Claim Number: 43
Claim Date: 12/16/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $295902.44 |
|---|---|---|

---

SEIB & BRADY
6351 PRESTON ROAD   #350
FRISCO, TX 75034

Claim Number: 846
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $39239.98 | Scheduled: | $356.75 |
|---|---|---|---|---|

---

SEIB & BRADY
6351 PRESTON ROAD #350
FRISCO, TX 75034

Claim Number: 2200
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $256662.46 | Scheduled: | $271081.00 DISP CONT |
|---|---|---|---|---|

---

SEINFELD, MAXINE
PHILLIP E. LEWIS
TATE YOUNG MORPHIS BACH & TAYLOR, L.L.P.
PO DRAWER 2428
HICKORY, NC 28603-2428

Claim Number: 7363
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| UNSECURED | Claimed: | $80000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

SEINFELD, MAXINE
2360 CINDI LANE
CLAREMONT, NC 28610

Claim Number: 10701
Claim Date: 02/24/2005
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $5000.00 |
|---|---|---|

---

SEISMIC DRILLING COMPANY,
P O BOX 732
MARION, OH 43301

Claim Number: 4681
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $22359.11 | Scheduled: | $22359.11 | Allowed: | $22359.11 |
|---|---|---|---|---|---|---|

---

---

| SELECTEMP CORPORATION<br>PO BOX 71250<br>EUGENE, OR 97404 | Claim Number: 1002<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $184577.60 | | |
|---|---|---|---|---|

---

| SELF, SANDRA<br>CATOOSA COUNTY TAX COMMISSIONER<br>7703 NASHVILLE ST.<br>RINGGOLD, GA 30736 | Claim Number: 485<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7658 (04/05/2005) |
|---|---|

| SECURED | Claimed: | $7256.92 | Allowed: | $6261.29 |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $145.86 |

---

| SELLARS, CLIFTON & MARTHA<br>FOR SELLARS MOBILE HOME PARK &<br>MINERAL SPRINGS MOBILE PARK<br>6323 BURTON CHAPEL RD.<br>MEBANE, NC 27302 | Claim Number: 10313<br>Claim Date: 06/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1850.00 |
|---|---|---|

---

| SELLERS, FRANKLIN S<br>925 WILBURN MURPHY RD<br>HARTSFIELD, GA 31756 | Claim Number: 2677<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $3800.00 |
|---|---|---|

---

| SELLING SELLING INC.<br>221 N. KANSAS SUITE 1211<br>EL PASO, TX 79901 | Claim Number: 4621<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $900.00 | Allowed: | $900.00 |
|---|---|---|---|---|

---

| SELLS, BARRY K.<br>164 FREEMAN HILL ROAD<br>LEOMA, TN 38468 | Claim Number: 3909<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $3472.00 |
|---|---|---|

---

| SENSATIONAL SIGN CO<br>1376 HILLCREST DR<br>NEW BRAUNFELS, TX 78130 | Claim Number: 8437<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $310.00 | Allowed: | $155.00 |
|---|---|---|---|---|

---

SENTRY WATCH INC
PO BOX 10362
GREENSBORO, NC 27404

Claim Number: 1137
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $673.88 |
|---|---|---|

---

SENTRY WATCH, INC.
1705 HOLBROOK STREET
GREENSBORO, NC 27403

Claim Number: 9879
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $60.00 |
|---|---|---|

---

SEQUATCHIE CON,
P O BOX 129
SOUTH PITTSBURG, TN 37380

Claim Number: 3919
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $7369.14 | Scheduled: | $6068.69 |
|---|---|---|---|---|

---

SER J'S COUNTRY LIVING MH PARK
301 SILVER CREEK LANDING
SWANSBORO, NC 28584

Claim Number: 2324
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

SERENITY KNOLLS MHP,
550 GREEN VALLEY RD
LEICESTER, NC 28748

Claim Number: 7207
Claim Date: 05/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $360.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $360.00 DISP | Allowed: | $360.00 |

---

SERVICE & SUPPLY DISTRIBUTION LLC
SALISBURY, NC BRANCH #14
P.O. BOX 749
COREDELE, GA 31010

Claim Number: 4351
Claim Date: 03/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $2160.30 | | | Allowed: | $2160.30 |
|---|---|---|---|---|---|---|

---

SERVICE 4 HOMES,
DBA: SERVICE 4 HOMES
17832 N 34 DRIVE
PHOENIX, AZ 85053

Claim Number: 1802
Claim Date: 02/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $2876.05 | Allowed: | $2636.05 |
|---|---|---|---|---|---|---|

---

---

SERVICE CASTER CORPORATION,
RIVERFRONT BUSINESS CENTER
9 SOUTH FIRST AVENUE
READING, PA 19611

Claim Number: 1616
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $92.26 | Scheduled: | $92.26 | Allowed: | $92.26 |
|---|---|---|---|---|---|---|

---

SERVICE MASTER OF YAMHILL CO
PO BOX 1336
MCMINNVILLE, OR 97128

Claim Number: 7962
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2216.60 |
|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION LLC
SALISBURY NC BRANCH #14
P.O. BOX 749
CORDELE, GA 31015

Claim Number: 4347
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $21965.45 | | | Allowed: | $21965.45 |
|---|---|---|---|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION LLC
SALISBURY NC BRANCH #14
P.O. BOX 749
CORDELE, GA 31015

Claim Number: 4348
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $17537.46 | | | Allowed: | $17537.46 |
|---|---|---|---|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION LLC
SALISBURY NC BRANCH #14
P.O. BOX 749
CORDELE, GA 31015

Claim Number: 4349
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $15420.87 | | | Allowed: | $15420.87 |
|---|---|---|---|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION LLC
SALISBURY NC BRANCH #14
P.O. BOX 749
CORDELE, GA 31015

Claim Number: 4350
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $28817.36 | | | Allowed: | $28817.36 |
|---|---|---|---|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION, LLC
PO BOX 749
CORDELE, GA 31010

Claim Number: 9891
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $3527.69 |
|---|---|---|

---

SERVICE SUPPLY DISTRIBUTION, LLC
PO BOX 749
CORDELE, GA 31010

Claim Number: 9892
Claim Date: 05/18/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $258.60 |
|---|---|---|

---

| | | |
|---|---|---|
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9893<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $80.86 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9898<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $4974.79 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9901<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $112.65 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9907<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $33093.71 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9908<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
| ADMINISTRATIVE | Claimed: | $45659.64 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9910<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $4974.79 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9911<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $258.60 |
| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | | Claim Number: 9913<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $112.65 |

| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | Claim Number: 9914<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $80.86 |
|---|---|---|

| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | Claim Number: 9915<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $33093.71 |
|---|---|---|

| SERVICE SUPPLY DISTRIBUTION, LLC<br>PO BOX 749<br>CORDELE, GA 31010 | Claim Number: 9916<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $45659.64 |
|---|---|---|

| SERVICE SUPPLY DISTRICT LLC<br>PO BOX 749<br>CORDELE, GA 31010 | Claim Number: 9912<br>Claim Date: 05/18/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3527.69 |
|---|---|---|

| SEVERT, JOY & TERRY & JIMMY<br>633 WEST 4TH STREET, SUITE 150<br>ATTN: J. DOUGHTON, ATTY.<br>WINSTON SALEM, NC 27101 | Claim Number: 5329<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 |
|---|---|---|

| SEVERT, JOY, TERRY & JIMMY<br>C/O THOMAS J. DOUGHTON<br>633 WEST 4TH ST, SUITE 150<br>WINSTON SALEM, NC 27101 | Claim Number: 10756<br>Claim Date: 07/11/2005<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

| SEVIER COUNTY,<br>125 COURT AVE<br>SUITE 212W<br>SEVIERVILLE, TN 37862 | Claim Number: 4614<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $32.00 UNLIQ | Scheduled:<br>Scheduled: | $0.00 UNLIQ<br>$8.00 UNLIQ | Allowed: | $31.46 |
|---|---|---|---|---|---|---|

---

| SEVIERVILLE CITY | Claim Number: 8740 |
| P. O. BOX 5500 | Claim Date: 11/19/2003 |
| SEVIERVILLE, TN 37864-5500 | Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $8.89 |

---

| SEWELL, ANNA | Claim Number: 9743 |
| P.O. BOX 1672 | Claim Date: 05/07/2004 |
| LAS VEGAS, NM 87701 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $150.00 |

---

| SEXTON, JASON | Claim Number: 5994 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST, SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| SEXTON, RICHARD | Claim Number: 5995 |
| STEVEN K. KORTANEK, ESQ. | Claim Date: 03/27/2003 |
| KLEHR HARRISON HARVEY BRANZBURG ELLERS | Debtor: OAKWOOD HOMES CORPORATION |
| 919 N MARKET ST, SUITE 1000 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

| SEXTON-PERRYMAN, SUSIE | Claim Number: 6917 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

| SEYMOUR & ASSOCIATES, | Claim Number: 1128 |
| DBA SEYMOUR & ASSOCIATES | Claim Date: 02/19/2003 |
| 830 W HUNTER ST | Debtor: OAKWOOD SHARED SERVICES, LLC |
| LOGAN, OH 43138 | |

| UNSECURED | Claimed: | $1740.00 | Scheduled: | $1740.00 | Allowed: | $1740.00 |

---

| SFI OF DELAWARE, LLC | Claim Number: 37 |
| PO BOX 2418 | Claim Date: 12/16/2002 |
| NORFOLK, VA 23501 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $4818.85 |

---

| SFI OF DELAWARE, LLC<br>PO BOX 3933<br>DAYTON, OH 45401 | Claim Number: 530<br>Claim Date: 02/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5750.10 | |
|---|---|---|---|

| SHABBIR A. KHAN<br>SAN JOAQUIN COUNTY TAX COLLECTOR<br>PO BOX 2169<br>STOCKTON, CA 95201-2169 | Claim Number: 6647<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $1084.36 UNLIQ |
|---|---|---|

| SHABBIR A. KHAN, SAN JOAQUIN COUNTY TAX<br>COLLECOTR<br>P.O. BOX 2169<br>STOCKTON, CA 95201 | Claim Number: 3317<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1084.36 UNLIQ |
|---|---|---|

| SHABBIR A. KHAN, SAN JOAQUIN COUNTY TAX<br>COLLECOTR<br>P.O. BOX 2169<br>STOCKTON, CA 95201 | Claim Number: 8524<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $331.72 |
|---|---|---|

| SHACKELFORD, BARRY & TERESA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 4818<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| SHACKELFORD, BARRY & TERESA<br>C/O JUDITH LURIE<br>NW JUSTICE PROJECT<br>23 S. WENATCHEE AVE, SUITE 110<br>WENATCHEE, WA 98801 | Claim Number: 6483<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| SHACKELFORD, BARRY & TERESA<br>C/O JUDITH LURIE<br>NORTHWEST JUSTICE PROJECT<br>300 S OKANOGAN AVE, SUITE 3A<br>WENATCHEE, WA 98801 | Claim Number: 7665<br>Claim Date: 08/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $14370.00 |

---

| SHADOW ESTATES<br>317 TIMBERLAND CIRCLE<br>CORBIN, KY 40701 | Claim Number: 4881<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $257.50 | | | |
| UNSECURED | | | | Allowed: | $132.50 |

---

| SHADOW LAKE MOBILE COMMUNITY<br>DBA SHADOW LAKE MOBILE COMMUNITY<br>24 BROWN FARM ROAD<br>ATTN: BRIAN G. BROWN, OWNER/MANAGER<br>HENDERSONVILLE, NC 28793 | Claim Number: 6448<br>Claim Date: 04/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $150.00 UNLIQ |

---

| SHADOW MOUNTAIN SPRING WATER COMPANY,<br>PO BOX 696<br>OREM, UT 84059 | Claim Number: 3885<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $22.88 | Scheduled: | $13.88 | Allowed: | $22.88 |

---

| SHADOW MTN. WATER COMPANY<br>P.O. BOXX 696<br>OREM, UT 84059 | Claim Number: 9777<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| SHADOW MTN. WATER COMPANY<br>P.O. BOXX 696<br>OREM, UT 84059 | Claim Number: 10315<br>Claim Date: 06/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $61.88 |

---

| SHADY OAKS SUBDIVISION,<br>202 PECAN DRIVE<br>VICTORIA, TX 77905 | Claim Number: 2006<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $592.48 | Scheduled: | $592.48 DISP | Allowed: | $592.48 |

---

| SHADY RIO MOBILE HOME PARK,<br>DBA SHADY RIO MOBILE<br>HOME PARK<br>203 BERNARD<br>BELEN, NM 87002 | Claim Number: 1904<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $1772.02 | Scheduled: | $1137.50 DISP |

---

| SHADYBROOK MOBILE HOME PARK, | Claim Number: 8272 |
| PO BOX 462 | Claim Date: 11/12/2003 |
| ALEXANDRIA, AL 36250 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $255.00 |

| SHAFER, CHARLES AND BRENDA | Claim Number: 7178 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| SHAFFER, GOLD & RUBAUM | Claim Number: 4964 |
| ATTORNEYS AT LAW, STE 600 | Claim Date: 03/26/2003 |
| 12011 SAN VICENTE BLVD | Debtor: OAKWOOD HOMES CORPORATION |
| LOS ANGELES, CA 90049 | |

| UNSECURED | Claimed: | $981.00 | | Allowed: | $981.00 |

| SHAFFER, GOLD & RUBAUM, | Claim Number: 4966 |
| ATTORNEYS AT LAW, STE 6 | Claim Date: 03/26/2003 |
| 12011 SAN VICENTE BLVD | Debtor: OAKWOOD SHARED SERVICES, LLC |
| LOS ANGELES, CA 90049 | |

| UNSECURED | Claimed: | $5765.07 | Scheduled: | $5767.66 | Allowed: | $5765.07 |

| SHAFFER, GOLD & RUBAUM, | Claim Number: 4965 |
| ATTORNEYS AT LAW, STE 600 | Claim Date: 03/26/2003 |
| 12011 SAN VICENTE BLVD | Debtor: HBOS MANUFACTURING, LP |
| LOS ANGELES, CA 90049 | |

| UNSECURED | Claimed: | $2031.50 | Scheduled: | $459.00 |

| SHAFFER, LOYD | Claim Number: 615 |
| P.O. BOX 382 | Claim Date: 02/14/2003 |
| BENTONIA, MS 39040 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $75000.00 |

| SHAFFER, LOYD | Claim Number: 2843 |
| C/O BYRD AND ASSOCIATES, PLLC | Claim Date: 05/27/2005 |
| ATTN: SUZANNE KEYS | Debtor: OAKWOOD HOMES CORPORATION |
| P.O. BOX 19 | Comments: ALLOWED |
| JACKSON, MS 39205-0019 | DOCKET: 7766 (05/27/2005) |

| PRIORITY | Claimed: | $75000.00 |
| UNSECURED | | | | Allowed: | $21775.73 |

| SHAMBLIN STONE,<br>PO BOX 510<br>DUNBAR, WV 25064 | | | Claim Number: 939<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $625.52 | Scheduled: | $625.52 | Allowed: | $625.52 |

| SHANDO ESTATES<br>1987 N HWY 150<br>LEXINGTON, NC 27295 | | | Claim Number: 4606<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7431 (12/15/2004) |
|---|---|---|---|
| SECURED | Claimed: | $2310.00 | |

| SHANNON, JAMES D.<br>DUKE, DIANA K.<br>14307 RAVEO DRIVE<br>SAN ANTONIO, TX 78223 | | | Claim Number: 9797<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30000.00 | |

| SHANNONWOOD MOBILE HOME COMMUNITY<br>215 SHANNONWOOD CIRCLE<br>MONCKS CORNER, SC 29461 | | | Claim Number: 6060<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1010.94 | Allowed: | $1010.94 |

| SHANOFSKY, JEFFREY<br>JEFFREY SHANOFSKY<br>3944 EXULTANT DR<br>RANCHO P VERDE, CA 902756037 | | | Claim Number: 7649<br>Claim Date: 07/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9700.00 | Allowed: | $9700.00 |

| SHANOFSKY, JEFFREY B<br>JEFFREY SHANOFSKY<br>3944 EXULTANT DR<br>RANCHO P VERDE, CA 902756037 | | | Claim Number: 3504<br>Claim Date: 03/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| PRIORITY | Claimed: | $50000.00 | |

| SHANOFSKY, JEFFREY B<br>JEFFREY SHANOFSKY<br>3944 EXULTANT DR<br>RANCHO P VERDE, CA 902756037 | | | Claim Number: 3506<br>Claim Date: 03/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| PRIORITY | Claimed: | $50000.00 | |

---

SHARP DRILLING
6501 94TH ST
NOBLE, OK 73068

Claim Number: 2887
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2190.00 | | | | | |

---

SHARP, JOHN
2000 LAKFLINE BLVD APT 612
LEANDER, TX 786414911

Claim Number: 3306
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $150.00 | | | | | |
| UNSECURED | | | Scheduled: | $150.00 | Allowed: | $150.00 |

---

SHARPS
6340 LAKE WORTH BLVD #101
FORT WORTH, TX 761353602

Claim Number: 1880
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1410.00 | Scheduled: | $1410.00 | Allowed: | $1410.00 |

---

SHARPS
DBA:SHARPS
450 W MAIN ST
AZLE, TX 76020

Claim Number: 1879
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1410.00 | | | | | |

---

SHATTALON OAKS, LLC
C/O JOY MCNABB
5255 SHATTALON DRIVE, BOX 73
WINSTON SALEM, NC 27106

Claim Number: 5596
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| UNSECURED | Claimed: | $2980.29 | | | | | |

---

SHATTALON OAKS, LLC
C/O JOY MCNABB
5255 SHATTALON DRIVE, BOX 73
WINSTON SALEM, NC 27106

Claim Number: 5597
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2980.29 | | | | | |

---

SHATTALON OAKS, LLC
C/O JOY MCNABB
5255 SHATTALON DRIVE, BOX 73
WINSTON SALEM, NC 27106

Claim Number: 5598
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2980.29 | | | | | |

---

SHAVER DARREN,
13802 PERSIMMON LN
HIWASSE, AR 72739

Claim Number: 6222
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1850.00 |
|---|---|---|

SHAW'S CUSTOM CARPET, INC.
P.O. BOX 310
MOCKSVILLE, NC 27028

Claim Number: 10464
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $375.00 |
|---|---|---|

SHAW, CHAD AND JILL
212 E. SOUTH STREET
ITHACA, MI 48847

Claim Number: 9487
Claim Date: 04/09/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

SHAW, JOHN
162 BUGLIE LANE
MOCKSVILLE, NC 27028

Claim Number: 10462
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $350.00 |
|---|---|---|

SHAWN MOTGOMERY CONSTRUCTION
215 POOH LANE
GRANTS PASS, OR 97526

Claim Number: 4450
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $796.67 | | Allowed: | $796.67 |
|---|---|---|---|---|---|

SHEDD, DIANE
7229 3RD AVE SOUTH
BIRMINGHAM, AL 35206

Claim Number: 7787
Claim Date: 09/23/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6500.00 | | Allowed: | $6500.00 |
|---|---|---|---|---|---|

SHEDD, DIANNE
184 SLADE ROAD
MIDWAY, GA 31320-5658

Claim Number: 4193
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

SHEDD, DIANNNE
184 SLADE ROAD
MIDWAY, GA 31320-5658

Claim Number: 7801
Claim Date: 10/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $6500.00 |
|---|---|---|

---

SHEETS, GINA
269 SIDDEN ST
MOUNT AIRY, NC 27030

Claim Number: 9570
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $834.80 |
|---|---|---|

---

SHEETS, TAMMY
P.O. BOX 588
NORTH TAZWELL, VA 24630

Claim Number: 9755
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $450.00 |
|---|---|---|

---

SHELBY COUNTY
P.O. BOX 1298
COLUMBIANA, AL 35051

Claim Number: 1604
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $157.76 | Allowed: | $19.88 |
|---|---|---|---|---|

---

SHELBY COUNTY,
P.O. BOX 1298
COLUMBIANA, AL 35051

Claim Number: 8927
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $32.27 |
|---|---|---|

---

SHELBY SHOPPER
P O BOX 2424
503 N LAFAYETTE ST
SHELBY, NC 28151-2424

Claim Number: 9269
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $686.85 |
|---|---|---|

---

SHELBY SHOPPER, THE
P.O. BOX 2424
503 N. LAFAYETTE STREET
SHELBY, NC 28151

Claim Number: 10251
Claim Date: 06/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $686.85 |
|---|---|---|

---

SHELBYVILLE TIMES GAZETTE
P O BOX 380
SHELBYVILLE, TN 37162

Claim Number: 8592
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $806.27 |
|---|---|---|

---

SHELDON INDEPENDENT SCHOOL DISTRICT
OWEN M. SONIK
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 6883
Claim Date: 05/13/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| SECURED | Claimed: | $852.10 |
|---|---|---|

---

---

SHELDON INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10127
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $2173.71 UNLIQ |
|---|---|---|

---

SHELFER, KENNETH E.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5996
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $10223.80 UNLIQ |

---

SHELLEYS CLEANING SERVICE
ROBINSON
160 TIGER TRL
RINGGOLD, GA 307362026

Claim Number: 6063
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $2210.00 | | Allowed: | $2210.00 |
|---|---|---|---|---|---|
| UNSECURED | | | | | |

---

SHELLEYS CLEANING SERVICE,
ROBINSON
160 TIGER TRL
RINGGOLD, GA 307362026

Claim Number: 6062
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $2210.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1810.00 |

---

SHELLY MATERIALS INC
399 FRANK RD
COLUMBUS, OH 43207

Claim Number: 1661
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $78.87 | Allowed: | $78.87 |
|---|---|---|---|---|

---

SHELTER INS CO A/S/O
JERRY AND LINDA KIRKPATRICK
9524 WHITEHURST DRIVE (75243)_
POST OFFICE 741057
DALLAS, TX 75374

Claim Number: 10801
Claim Date: 01/13/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17250.00 |
|---|---|---|

---

SHELTER INSURANCE COMPANY SUBROGEE
OF JERRY & LINDA KIRKPATRICK
C/O KEMP LYDICK
8150 W. CENTRAL EXPRESSWAY #600
DALLAS, TX 75206

Claim Number: 10743
Claim Date: 05/03/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| PRIORITY | Claimed: | $53990.50 |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHELTER PRODUCTS INC-MN,<br>PO BOX 174<br>NEW ULM, MN 56073 | | | Claim Number: 2579<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $51360.50 | Scheduled: | $50829.30 | | Allowed: | $51360.50 |
| SHELTER PRODUCTS, INC<br>PO BOX 174<br>NEW ULM, MN 56073 | | | Claim Number: 10772<br>Claim Date: 08/22/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>This amends claim previously filed on 2/28/03. | | | | |
| UNSECURED | Claimed: | $45000.00 | | | | | |
| SHELTON STACEY JASON<br>363 COUNTY ROAD 320<br>TRINITY, AL 356733911 | | | Claim Number: 3501<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 DISP | | Allowed: | $500.00 |
| SHELTON STACEY JASON<br>23375 CO RD 460<br>TRINITY, AL 35673 | | | Claim Number: 3009<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $500.00 | | | | | |
| SHEPHARD, TEMECA<br>408 HERITAGE ST.<br>NEWTON, MS 39345 | | | Claim Number: 3907<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | | |
| SHEPHERD ELECTRIC SUPPLY<br>PO BOX 58787<br>RALEIGH, NC 276588787 | | | Claim Number: 1008<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $954.51 | | | | | |
| SHERATON ESTATES<br>4332 CERRITOS AVE STE 207<br>LOS ALAMITOS, CA 907202557 | | | Claim Number: 1742<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $4992.75 | | | | | |
| SHERIDAN, ANNE<br>8010 HIGHWAY 115<br>PENROSE, CO 81240 | | | Claim Number: 3015<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $5000.00 | | | | | |

| | | |
|---|---|---|
| SHERIFF OF UPSHOR COUNTY<br>38 W. MAIN STREET, ROOM 101<br>BUCKHANNON, WV 26201 | | Claim Number: 10424<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $1425.98 |
|---|---|---|

| | | |
|---|---|---|
| SHERIFF OF UPSHUR COUNTY<br>38 W. MAIN STREET ROOM 101<br>BUCKHANNON, WV 26201 | | Claim Number: 7256<br>Claim Date: 05/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $2098.26 |
|---|---|---|

| | | |
|---|---|---|
| SHERIFF OF UPSHUR COUNTY<br>38 W. MAIN STREET ROOM 101<br>BUCKHANNON, WV 26201 | | Claim Number: 7481<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) |

| PRIORITY | Claimed: | $1699.92 |
|---|---|---|

| | | |
|---|---|---|
| SHERMAN LAWRENCE,<br>3739 US HIGHWAY 42<br>CARDINGTON, OH 43315 | | Claim Number: 980<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $215.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $215.00 | Allowed: | $215.00 |

| | | |
|---|---|---|
| SHERMAN MHP, LLC<br>12272 MADISON PIKE<br>INDEPENDENCE, KY 41051 | | Claim Number: 3574<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |

| SECURED | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $230.00 | Scheduled: | $230.00 DISP | Allowed: | $230.00 |

| | | |
|---|---|---|
| SHERRIT, PAT AND ELIZABETH<br>P.O. BOX 41763 HAWK ST<br>CARBON HILL, OH 43111 | | Claim Number: 8127<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |

| ADMINISTRATIVE | Claimed: | $118.00 |
|---|---|---|

| | | |
|---|---|---|
| SHERRITT, PAT AND ELIZABETH<br>P.O. BOX 74<br>41823 PROSPECT ST.<br>CARBON HILL, OH 43111 | | Claim Number: 4402<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| SHERRY R. DEATRICK<br>513 NORTH ST<br>RICHMOND, KY 404751352 | Claim Number: 1509<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| SHERWIN WILLIAMS<br>1740A EAST POWELL BLVD<br>GRESHAM, OR 97030 | Claim Number: 3679<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $17.50 |
|---|---|---|

---

| SHERWIN WILLIAMS<br>1740A EAST POWELL BLVD<br>GRESHAM, OR 97030 | Claim Number: 3680<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $37.79 |
|---|---|---|

---

| SHERWIN WILLIAMS<br>186 CENTER STREET<br>CLINTON, NJ 08809 | Claim Number: 7948<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3435.40 |
|---|---|---|

---

| SHERWIN WILLIAMS<br>3611 NEW BOSTON RD<br>TEXARKANA, TX 75501 | Claim Number: 8121<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $24.44 |
|---|---|---|

---

| SHERWIN WILLIAMS<br>1653 A EUBANKS BLVD NE<br>ALBUQUERQUE, NM 87112 | Claim Number: 8519<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $668.08 |
|---|---|---|

---

| SHERWIN WILLIAMS CO<br>SHERWIN WILLIAMS<br>2100 LAKESIDE BLVD 400 500<br>RICHARDSON, TX 750824302 | Claim Number: 4564<br>Claim Date: 03/24/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $1461.52 | | Allowed: | $1461.52 |
|---|---|---|---|---|---|

---

| SHERWIN WILLIAMS CO<br>2100 LAKESIDE BLVD SUITE 500<br>RICHARDSON, TX 75082 | Claim Number: 4565<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $72692.86 |
|---|---|---|

---

---

| SHERWIN WILLIAMS CO,<br>2807 SOUTH 1ST ST<br>WILLMAR, MN 56201 | Claim Number: 2243<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $8459.93 | Scheduled: | $8459.93 | Allowed: | $8459.93 |
|---|---|---|---|---|---|---|

| SHERWIN WILLIAMS CO.<br>2100 LAKESIDE BLVD # 400-500<br>RICHARDSON, TX 75082 | Claim Number: 4566<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $799.63 |
|---|---|---|

| SHERWIN WILLIAMS CO.<br>SOUTHEASTERN DIVISION CREDIT OFFICE<br>2191 NORTHLAKE PARKWAY<br>SUITE 116<br>TUCKER, GA 30084 | Claim Number: 5270<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $11573.96 |
|---|---|---|

| SHERWIN WILLIAMS CO., THE<br>2518 VINE ST<br>HAYS, KS 67601 | Claim Number: 340<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $20500.06 |
|---|---|---|

| SHERWIN WILLIAMS COMPANY<br>1740A EAST POWELL BLVD<br>GRESHAM, OR 97030 | Claim Number: 3681<br>Claim Date: 03/12/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| ADMINISTRATIVE | | | | | Allowed: | $938.58 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $139690.45 | Scheduled: | $136876.94 | Allowed: | $138751.87 |

| SHERWIN WILLIAMS,<br>4325 EASTON AVENUE<br>BETHLEHEM, PA 19020 | Claim Number: 946<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $2734.68 | Scheduled: | $2734.68 | Allowed: | $2734.68 |
|---|---|---|---|---|---|---|

| SHERWIN WILLIAMS,<br>115 SE EMIGRANT<br>PENDLETON, OR 97801 | Claim Number: 3357<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| ADMINISTRATIVE | | | | | Allowed: | $3792.38 |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $163717.07 | Scheduled: | $163717.07 | Allowed: | $155138.80 |

SHERWIN WILLIAMS,
1010 E 10TH ST
ROANOKE RAPIDS, NC 27870

Claim Number: 3002
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13.41 | Scheduled: | $76.65 | Allowed: | $13.41 |

SHERWIN WILLIAMS-NC
136 HWY 740 BYPASS E
ALBEMARLE, NC 28001 6301

Claim Number: 3005
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15245.53 |

SHERWIN WILLIAMS-NC,
136 HWY 740 BYPASS E
ALBEMARLE, NC 28001 6301

Claim Number: 3003
Claim Date: 03/10/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $28.59 |
| UNSECURED | Claimed: | $1840.92 | Scheduled: | $2135.61 | Allowed: | $1812.33 |

SHERWIN WILLIAMS-NC,
136 HWY 740 BYPASS E
ALBEMARLE, NC 28001 6301

Claim Number: 3004
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | Allowed: | $137.79 |
| UNSECURED | Claimed: | $13404.61 | Scheduled: | $13404.61 | Allowed: | $13266.82 |

SHERWIN WILLIAMS-OR
1740A EAST POWELL ROAD
GRESHAM, OR 97030

Claim Number: 3678
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $240.84 |

SHERWIN WILLIAMS-OR
115 E EMIGRANT
PENDLETON, OR 97801

Claim Number: 2798
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $917.17 | | Allowed: | $917.17 |

SHERWIN WILLIAMS-PA
4325 EASTON AVENUE
BETHLEHAM, PA 18020

Claim Number: 1737
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2543.67 |

| SHERWIN WILLIAMS-PA<br>186 CENTER ST.<br>CLINTON, NJ 08809 | Claim Number: 7928<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6775.03 | | |

| SHERWIN WILLIAMS-PA,<br>186 CENTER ST.<br>CLINTON, NJ 08809 | Claim Number: 1101<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6775.03 | Scheduled: | $6871.81 |

| SHERWIN WILLIAMS-PA,<br>186 CENTER ST.<br>CLINTON, NJ 08809 | Claim Number: 8313<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2543.67 | | |

| SHERWIN WILLIAMST,<br>1503 N DETROIT ST<br>WARSAW, IN 46580 | Claim Number: 1952<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $273.66 | Scheduled: | $142.32 |

| SHERWIN-WILLIAM<br>SHERWIN WILLIAMS<br>2100 LAKESIDE BLVD 400 500<br>RICHARDSON, TX 750824302 | Claim Number: 1710<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $220.49 | Allowed: | $220.49 |

| SHIELDS BAG & PRINTING CO,<br>1009 ROCK AVE<br>PO BOX 9848<br>YAKIMA, WA 98909 | Claim Number: 1667<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5358.60 | Scheduled: | $5358.60 | Allowed: $5358.60 |

| SHIELDS, JUSTIN T<br>13806 W CATHARPIN RD<br>SPOTSYLVANIA, VA 22553 | Claim Number: 8025<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6000.00 | |

| SHILO INN SEASIDE EAST<br>900 S HOLLADAY<br>SEASIDE, OR 97138 | Claim Number: 3013<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $127.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $127.44 |

| SHILO INN-TILLAMOOK<br>2515 N MAIN<br>TILLAMOOK, OR 97141 | Claim Number: 2696<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $285.91 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $285.91 |

| SHINDLER COVE<br>7543 TAURUS CIRCLE E<br>JACKSONVILLE, FL 32222 | Claim Number: 1587<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $550.00 |
|---|---|---|

| SHIPLEY, LAURA<br>HAROLD B. GOLD<br>625 CENTERVILLE, SUITE 110<br>GARLAND, TX 75041 | Claim Number: 7497<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $40000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| SHIPLEY, LAURA<br>HAROLD B. GOLD<br>625 CENTERVILLE<br>SUITE 110<br>GARLAND, TX 75041 | Claim Number: 7498<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $40000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| SHIPLEY, LAURA<br>HAROLD B. GOLD<br>625 CENTERVILLE<br>SUITE 110<br>GARLAND, TX 75041 | Claim Number: 7496<br>Claim Date: 06/30/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| SECURED | Claimed: | $40000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | Allowed: | $4500.00 |

| SHIPMAN, DAYL AND PATRICIA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7179<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

| SHIRLEY SILK FLORAL DESIGN,<br>DBA SHIRLEY SILK FLORAL DESIGN<br>PO BOX 402<br>FLETCHER, NC 28732 | Claim Number: 1672<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $173.00 | Scheduled: | $173.00 | Allowed: | $173.00 |
|---|---|---|---|---|---|---|

---

| SHIRLEY, JULIE<br>4180 HIGHWAY 373<br>LOT 205-BOX 77<br>COLUMBUS, MS 39705 | Claim Number: 616<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

| SHIRLEY, JULIE<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2842<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5000.00 | | | Allowed: | $1742.06 |
|---|---|---|---|---|---|---|

---

| SHOFFMAN'S INC.<br>P.O. BOX 379<br>REDWOOD FALLS, MN 56283 | Claim Number: 10072<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $81.31 |
|---|---|---|

---

| SHOFFNER LAWN & GARDEN CENTER<br>7200 EAST FORK ROAD<br>HIGH POINT, NC 27265 | Claim Number: 1138<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $1500.00 |
|---|---|---|

---

| SHOPKO STORES, INC.<br>700 PILGRIM WAY<br>GREEN BAY, WI 54307-9060 | Claim Number: 7212<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $424.59 |
|---|---|---|

---

| SHOWCASE OF HOMES (PIEDMONT)<br>3200 EARL E MORRIS JR HWY<br>PIEDMONT, SC 29673 | Claim Number: 7632<br>Claim Date: 07/22/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $2080.33 | Scheduled: | $2230.69 | Allowed: | $2080.33 |
|---|---|---|---|---|---|---|

---

SHOWN, LINDA
P.O. BOX 229
ALCOA, TN 37001

Claim Number: 6244
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

SHRADER, TERESA & CHARLES
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6918
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

SHRINER, EVELYN C.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7180
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

SHUMAKER, EDWARD
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6584
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | |
| UNSECURED | | | Allowed: | $2903.43 |

---

SHUMAKER, RITA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4248
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $7500.00 | Allowed: | $2467.92 |

---

SIAS JR, JOAQUIN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5997
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | |

---

SIDDEN, KEVIN R.
P.O. BOX 153
WALLBURG, NC 27373

Claim Number: 354
Claim Date: 02/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $610.00 | | |
| UNSECURED | | | Allowed: | $610.00 |

---

---

| SIDERIUS, ROBERT R. | Claim Number: 5038 |
| PO BOX 1688 | Claim Date: 03/26/2003 |
| ATTORNEYS FOR LORETTA & JEFF WILSON | Debtor: OAKWOOD HOMES CORPORATION |
| WENATCHEE, WA 98807 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $150000.00 |

---

| SIDERIUS, ROBERT R. | Claim Number: 5507 |
| PO BOX 1688 | Claim Date: 03/27/2003 |
| ATTORNEYS FOR LORETTA & JEFF WILSON | Debtor: OAKWOOD HOMES CORPORATION |
| WENATCHEE, WA 98807 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $150000.00 |

---

| SIDERIUS, ROBERT R. | Claim Number: 7747 |
| PO BOX 1688 | Claim Date: 08/20/2003 |
| ATTORNEYS FOR JEFF & LORETTA WILSON | Debtor: OAKWOOD HOMES CORPORATION |
| WENATCHEE, WA 98807 | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $150000.00 |

---

| SIDWELL MATERIALS INC, | Claim Number: 6881 |
| PO BOX 192 | Claim Date: 05/13/2003 |
| WHITE COTTAGE, OH 43791 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |

| UNSECURED | Claimed: | $2369.25 |

---

| SIEGENTHAL, CHARLES & ROBIN | Claim Number: 10724 |
| 122 SHERMAN STREET | Claim Date: 04/15/2005 |
| GALION, OH 44833 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8292 (11/03/2005) |

| UNSECURED | Claimed: | $978.40 |

---

| SIERRA ENVIRONMENTAL SERVICES INC | Claim Number: 3374 |
| 1107 MAGNOLIA WOODS | Claim Date: 03/05/2003 |
| SUITE 100 | Debtor: OAKWOOD HOMES CORPORATION |
| SUGAR LAND, TX 77479 | Comments: ALLOWED |

| PRIORITY | Claimed: | $10372.68 |
| UNSECURED | | | Allowed: | $10372.68 |

---

| SIERRA INVESTMENTS | Claim Number: 2197 |
| DBA CHAPARRAL VILLAGE & NORTH CO VILLAGE | Claim Date: 02/27/2003 |
| 3180 E. 88TH AVE | Debtor: OAKWOOD HOMES CORPORATION |
| DENVER, CO 802229 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $7740.70 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIERRA INVESTMENTS DBA CHAPARRAL VILLAGE<br>PIONEER VILLAGE & NORTH COUNTY VILLAGE<br>KENNETH J. BUECHLER, SENDER & WASSERMAN<br>1999 BROADWAY, #2305<br>DENVER, CO 80202 | | Claim Number: 7332<br>Claim Date: 05/30/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4653 (10/12/2004) | | | | | |
| SECURED | Claimed: | $11560.05 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIERRA INVESTMENTS, DBA CHAPARRAL<br>VILLAGE & N. COUNTY VILL.<br>C/O ELIZAVETH KEENEN/SENDER & WASSERMAN<br>1999 BROADWAY, #2305<br>DENVER, CO 80202 | | Claim Number: 3975<br>Claim Date: 03/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4653 (10/12/2004) | | | | | |
| SECURED | Claimed: | $7740.70 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIERRA PACIFIC POWER COMPANY<br>YVONNE ENOS<br>PO BOX 10100-S1A15<br>RENO, NV 89520 | | Claim Number: 6406<br>Claim Date: 03/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | | |
| UNSECURED | Claimed: | $1095.73 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIFFORD, MICHAEL R.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5998<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $2775.00 UNLIQ | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIFTON GARDENS MHP<br>SIFTON GARDENS MOBILE ESTATES<br>PO BOX 821450<br>VANCOUVER, WA 986820033 | | Claim Number: 8717<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | | |
| ADMINISTRATIVE | Claimed: | $332.55 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIGMON BRENDA I,<br>228 STEWART ROCK RD<br>STONY POINT, NC 286788977 | | Claim Number: 747<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | | |
| UNSECURED | Claimed: | $340.00 | Scheduled: | $340.00 | Allowed: | $340.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIGN A RAMA,<br>723 S WOODROW LN<br>DENTON, TX 762056313 | | Claim Number: 2219<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | | |
| UNSECURED | Claimed: | $942.82 | Scheduled: | $942.82 | Allowed: | $942.82 | |

---

SIGN AD INC,
P O BOX 8626
HOUSTON, TX 77249

Claim Number: 4746
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $7202.20 | Scheduled: | $146.77 | | |

---

SIGN AD OUTDOOR ADVERTISING
P.O. BOX 8626
HOUSTON, TX 77249

Claim Number: 9274
Claim Date: 12/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $7202.20 | | | | |

---

SIGN CRAFTERS USA,
DBA SIGN CRAFTERS USA
17 A D ASBURY RD
GREENVILLE, SC 29605

Claim Number: 1338
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $258.00 | Scheduled: | $258.00 | Allowed: | $258.00 |

---

SIGN CRAFTERS,
17 AD ASBURY RD
GREENVILLE, SC 29605

Claim Number: 1337
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $590.18 | Scheduled: | $590.18 | Allowed: | $590.18 |

---

SIGNATURE INTEGRATED SYSTEMS
DBA: SIGNATURE INTEGRATED SYSTEMS
374 COUNTY ROAD 396
JARRELL, TX 76537

Claim Number: 7220
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $339.50 | | | | |

---

SIGNATURE INTEGRATED SYSTEMS,
DBA: SIGNATURE INTEGRATED SYSTEMS
374 COUNTY ROAD 396
JARRELL, TX 76537

Claim Number: 6804
Claim Date: 05/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $339.50 | | | | |

---

SIGNS & SIGNS INC
P O BOX 859
MAYFIELD, KY 42066

Claim Number: 2477
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1023.00 | | | Allowed: | $1023.00 |

---

SIGNS IN TIME,
22554 HILL STREET
WARREN, MI 48093

Claim Number: 3303
Claim Date: 03/10/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $966.16 | Scheduled: | $966.16 | Allowed: | $966.16 |

---

| | | | |
|---|---|---|---|
| SIKES, TOMMY/PAMELA<br>P.O. BOX 364<br>WASHINGTON, MS 39190 | | | Claim Number: 617<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $20000.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SIKES, TOMMY/PAMELA<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2841<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |

| PRIORITY | Claimed: | $20000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $5806.86 |

| | | | |
|---|---|---|---|
| SILESSI MOBILE HOME PARK,<br>61585 HIGHWAY 1091<br>PEARL RIVER, LA 70452 | | | Claim Number: 1683<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $1434.00 | Scheduled: | $636.00 DISP |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SILVER CITY MOBILE HOME PARK<br>DBA SILVER CITY MOBILE HOME PARK<br>212 WHORTON DR<br>BRUNSWICK, GA 31525 | | | Claim Number: 4471<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |

| PRIORITY | Claimed: | $705.11 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $705.11 |

| | | | |
|---|---|---|---|
| SILVEY, BILL<br>DBA DONE RIGHT ROOFING<br>1647 S. U.S. HWY 36<br>MILANO, TX 76556 | | | Claim Number: 488<br>Claim Date: 02/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |

| UNSECURED | Claimed: | $28196.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SILVEY, BILL<br>DBA DONE RIGHT ROOFING<br>1647 S. U.S. HWY 36<br>MILANO, TX 76556 | | | Claim Number: 569<br>Claim Date: 02/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $28196.00 | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SIMMONS, CINDY<br>PO BOX 6065<br>GULFPORT, MS 39506 | | | Claim Number: 3876<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4426 (08/19/2004) |

| PRIORITY | Claimed: | $1000.00 UNLIQ | |
|---|---|---|---|

---

SIMMONS, DONNY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5999
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | |

---

SIMMONS, HEATHER
C/O ROY A. PERKINS, ESQ.
82 PLAZA - SUITE 104
PO BOX 678
STARKVILLE, MS 39760-0678

Claim Number: 5374
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12000.00 | Allowed: | $3484.12 |

---

SIMMONS, HUBERT
4211 HWY 37 EAST
MOULTRIE, GA 31768

Claim Number: 3314
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $795.00 | Allowed: | $795.00 |

---

SIMMONS, ROY & KELLIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6919
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

SIMONE ROBERTS & WEISS, PA
8102 MENAUL, NE
ALBUQUERQUE, NM 87110

Claim Number: 4670
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250000.00 |

---

SIMPAD LLC
600 WEST CUMMMINGS PARK
SUITE 3050
WOBURN, MA 01801

Claim Number: 4668
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2272.50 | Allowed: | $2272.50 |

---

SIMPAD LLC
600 WEST CUMMINGS PARK
SUITE 3050
WOBURN, MA 01801

Claim Number: 4669
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47203.26 | Allowed: | $40703.26 |

---

---

SIMPLER SURVEYING & ASSOCIATE, INC.
RD 1 BOX 98E
FRANKFORD, DE 19945

Claim Number: 1216
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | | | Allowed: | $275.00 |

---

SIMPLER, MARYLYN
9438 THARP RD.
SEAFORD, DE 19973

Claim Number: 2609
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $645.00 | Scheduled: | $645.00 DISP | Allowed: | $645.00 |

---

SIMPSON CONSTRUCTION CO INC,
PO BOX 280
DUBLIN, VA 24084

Claim Number: 1555
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $500.00 | Allowed: | $500.00 |

---

SIMPSON, OWEN R.
P.O. BOX 113
ROCKWELL, NC 28138

Claim Number: 3949
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1800.00 |

---

SINGLETON DOZER SERVICE,
DBA SINGLETON DOZER SERVICE
4725 SINGLETON RD
VIDOR, TX 77662

Claim Number: 6846
Claim Date: 05/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $360.00 |

---

SINGLETON MOBILE HOME REPAIR & SERVICE
SINGLETON MOBILE HOME REPAIR &
SERVICE PO BOX 429
THOMASVILLE, GA 31799

Claim Number: 2542
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $550.00 | | | | |
| UNSECURED | | | | | Allowed: | $550.00 |

---

SINGLETON MOBILE HOME REPAIR & SERVICE,
SINGLETON MOBILE HOME REPAIR &
SERVICE PO BOX 429
THOMASVILLE, GA 31799

Claim Number: 2580
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $16204.09 | | | | |
| UNSECURED | | | Scheduled: | $16204.09 | Allowed: | $16204.09 |

---

SINGLETON MOBILE HOME REPAIR & SERVICE,
SINGLETON MOBILE HOME REPAIR &
SERVICE PO BOX 429
THOMASVILLE, GA 31799

Claim Number: 2541
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1920.00 | | | | | |
| UNSECURED | | | Scheduled: | $1920.00 | | Allowed: | $1920.00 |

SINGLETON'S M/H REPAIR & SERVICE
GORDON W. SINGLETON
PO BOX 429
THOMASVILLE, GA 31799

Claim Number: 9553
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18674.09 |

SINGLETON'S MOBILE HOME REPAIR & SERVICE
P.O. BOX 429
THOMASVILLE, GA 31799

Claim Number: 9787
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18674.09 |

SINGLEY, KENNETH R
PO BOX 181
NORMAN PARK, GA 31771

Claim Number: 8482
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

SINKING CREEK MOBILE HOME PARK
DBA SINKING CREEK MOBILE HOME PARK
122 VANOVER ROAD
JOHNSON CITY, TN 37601

Claim Number: 2223
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $427.00 | | | | | |
| UNSECURED | Claimed: | $300.00 | | | | Allowed: | $727.00 |

SISSON AND RYAN
P O BOX 128
SHAWSVILLE, VA 24162

Claim Number: 3261
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1500.53 | | Scheduled: | $2082.61 | Allowed: | $1500.53 |

SITAS MARY K,
1105 E. FAIRFIELD RD.
HIGH POINT, NC 27263

Claim Number: 954
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $630.00 | | | | | |
| UNSECURED | | | Scheduled: | $630.00 | | Allowed: | $630.00 |

---

SITE MECHANICAL,
100 KENTUCK RD
DANVILLE, VA 24540

Claim Number: 1485
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3266.40 | Scheduled: | $2279.00 | Allowed: | $3266.40 |
|-----------|----------|----------|------------|----------|----------|----------|

SKAGGS, DIANE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7181
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|-----------|----------|-----------|---|---|----------|-----------|

SKAGGS, MICHAEL AND SUSAN
MICHAEL VOGLER
FARMER LAW OFFICE
185 WEST MICHIGAN AVE.
ROGERS CITY, MI 49779

Claim Number: 7603
Claim Date: 07/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $10318.07 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-----------|------------|-------------|

SKAGIT COUNTY
PO BOX 1306
MOUNT VERNON, WA 98273

Claim Number: 9118
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3313.55 |
|----------------|----------|----------|

SKAGIT COUNTY TREASURER
PO BOX 518
MOUNT VERNON, WA 98273

Claim Number: 7469
Claim Date: 06/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| SECURED | Claimed: | $2276.93 |
|---------|----------|----------|

SKAGIT COUNTY TREASURER
PO BOX 518
MOUNT VERNON, WA 98273

Claim Number: 9404
Claim Date: 03/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $7013.37 |
|----------------|----------|----------|

SKAGIT COUNTY TREASURER
PO BOX 518
MOUNT VERNON, WA 98273

Claim Number: 9563
Claim Date: 04/13/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $121.64 |
|----------------|----------|---------|

SKAGIT COUNTY,
TREASURER
P.O. BOX 518
MOUNT VERNON, WA 98273

Claim Number: 2031
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY SECURED | Claimed: | $166.69 | Scheduled: | $0.00 UNLIQ |
|------------------|----------|---------|------------|-------------|

| SKELTON ROY C<br>PO BOX 591<br>ITALY, TX 76651 | | | Claim Number: 7770<br>Claim Date: 09/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4740.00 | | | | | |

| SKELTON, ROY C.<br>PO BOX 591<br>ITALY, TX 76651 | | | Claim Number: 2623<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1775.00 | | | | | |
| UNSECURED | Claimed: | $2965.00 | Scheduled: | $4740.00 | Allowed: | $4740.00 | |

| SKELTON, ROY C.<br>PO BOX 591<br>ITALY, TX 76651 | | | Claim Number: 8531<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4740.00 | | | | | |

| SKINNER, JAMES ALLEN<br>STEVEN K. KORTANEK, ESQ.<br>919 N MARKET ST<br>SUITE 100<br>WILMINGTON, DE 19801 | | | Claim Number: 7449<br>Claim Date: 06/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | | | | | |
| UNSECURED | Claimed: | $834.38 | | | | | |

| SLATER BUILDERS SUPPLY,<br>DBA SLATER BUILDERS SUPPLY<br>35255 HOCKING DR<br>LOGAN, OH 43138 | | | Claim Number: 2591<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1938.91 | Scheduled: | $1039.67 | Allowed: | $1938.91 | |

| SLAUGHTER COMPANY<br>35061 EAGLE WAY<br>CHICAGO, IL 60678 | | | Claim Number: 9382<br>Claim Date: 02/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $183.23 | | | | | |
| UNSECURED | | | | | Allowed: | $183.23 | |

| SLAUGHTER COMPANY LLC-PA<br>35061 EAGLE WAY<br>CHICAGO, IL 60678 | | | Claim Number: 5151<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1084.63 | | | | | |

| SLAUGHTER COMPANY LLC-PA,<br>35061 EAGLE WAY<br>CHICAGO, IL 60678 | | | Claim Number: 9383<br>Claim Date: 02/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $183.33 | | | |
| UNSECURED | | | | Allowed: | $183.33 |

| SLAUGHTER COMPANY LLC-PA,<br>35061 EAGLE WAY<br>CHICAGO, IL 60678 | | | Claim Number: 9384<br>Claim Date: 02/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $251.23 | | | |
| UNSECURED | | | | Allowed: | $251.23 |

| SLAY, OTIS LEE<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6000<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $834.38 UNLIQ | |

| SLEDGE, TORI MONIQUE<br>C/O RICHARD C. FRY, ATTORNEY AT LAW<br>P.O. BOX 5571<br>AUSTIN, TX 78763-5571 | | | Claim Number: 4343<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>Claim out of balance |
|---|---|---|---|
| PRIORITY | Claimed: | $36641.37 | |
| TOTAL | Claimed: | $34272.27 | |

| SLIDER, TONY DOUGLAS<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6001<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | |
| UNSECURED | Claimed: | $1931.25 UNLIQ | |

| SLOAN ELECTRIC INC<br>535 GROBVES POINT DR<br>HAMPSTEAD, NC 284433158 | | | Claim Number: 4293<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1863.50 | Scheduled: | $3471.50 | Allowed: | $1863.50 |

| SLOAN ELECTRIC INC<br>535 GROBVES POINT DR<br>HAMPSTEAD, NC 284433158 | | | Claim Number: 7865<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $366.60 | |

---

SLOAN ELECTRIC INC
535 GROBVES POINT DR
HAMPSTEAD, NC 284433158

Claim Number: 8527
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $366.60 |
|---|---|---|

---

SLONE, DEWAYNE E.
1541 E RONS RD
TUSCON, AZ 85706

Claim Number: 9111
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4109 (06/02/2004)

| ADMINISTRATIVE | Claimed: | $2000.00 |
|---|---|---|

---

SLUDER JEFFERY L
5630 SPYGLASS LN
CITRIS HEIGHTS, CA 95610

Claim Number: 2758
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $1188.00 | | Allowed: | $1188.00 |
|---|---|---|---|---|---|

---

SLUSHER SURVEYING & ASSOCIATES
PO BOX 646
BEDFORD, VA 24523

Claim Number: 8604
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $960.00 |
|---|---|---|

---

SMALL, LUSHAUN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6018
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SMALL, RUTHANE
300 N HOLDEN, STE 201
WARRENSBURG, MO 64093

Claim Number: 7804
Claim Date: 10/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $989.00 |

---

SMALLWOOD, DAVID AND ANGELA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7182
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

---

| SMART BUY FURNITURE DISCOUNT CENTER,<br>DBA:SMART BUY FURNITURE DISCOUNT<br>CENTER PO BOX 835<br>WELCOME, NC 27374 | Claim Number: 1125<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $1231.14 | Scheduled: | $1231.14 | Allowed: | $1231.14 |
|---|---|---|---|---|---|---|

---

| SMH SERVICES<br>DBA SMH SERVICES<br>PO BOX 192<br>WHEELERSBURG, OH 45694 | Claim Number: 3390<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $508.00 | | | Allowed: | $508.00 |
|---|---|---|---|---|---|---|

---

| SMILEY, DANI<br>C/O RICHARD KUHLING<br>PAINE HAMBLEN COFFIN BROOKE & MILLER LLP<br>717 W. SPRAGUE AVENUE, SUITE 1200<br>SPOKANE, WA 99201-3919 | Claim Number: 4821<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $14370.00 |
|---|---|---|---|---|---|---|

---

| SMILEY, DANI<br>C/O RICHARD KUHLING<br>717 W. SPRAGUE, SUITE 1200<br>SPOKANE, WA 99201 | Claim Number: 6492<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

---

| SMITH ADAMS, KIMBERLY<br>C/O HER ATTORNEY, JOSEPH T. HOWELL<br>KIRK, KIRK, HOWELL, CUTLER & THOMAS, LLP<br>P.O. BOX 729<br>WENDELL, NC 27591 | Claim Number: 3932<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4233 (07/06/2004) |
|---|---|

| UNSECURED | Claimed: | $10000.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

---

| SMITH AND SMITH ATTORNEYS,<br>300 S FIRST TRUST CENTRE<br>200 S FIFTH STREET<br>LOUISVILLE, KY 40202 | Claim Number: 3967<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $7962.95 | Scheduled: | $15343.90 | Allowed: | $7962.95 |
|---|---|---|---|---|---|---|

---

| SMITH COUNTY<br>ELIZABETH COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201 | Claim Number: 66<br>Claim Date: 12/09/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $4374.87 | | | Allowed: | $1052.72 |
|---|---|---|---|---|---|---|

---

| SMITH COUNTY<br>ELIZABETH COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST 1720 UNIVISION CTR<br>DALLAS, TX 75201 | Claim Number: 77<br>Claim Date: 12/20/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $4374.87 UNLIQ | | | | |
|---|---|---|---|---|---|---|

---

| SMITH COUNTY, SMITH CO. WATER DISTRICT, TYLER JUNIOR COLLEGE, ET AL TAB BEALL P.O. BOX 2007 TYLER, TX 75710-2007 | Claim Number: 10058<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8407.85 |
|---|---|---|

| SMITH DEBNAM NARRON WYCHE, ET AL. ATTN: FRANKLIN DRAKE PO BOX 26268 RALEIGH, NC 27611 | Claim Number: 4033<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $139414.76 | Scheduled: | $47939.01 |
|---|---|---|---|---|

| SMITH DONA R 349 SCHLOSS RD LOUISBURG, NC 27549 | Claim Number: 1139<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $326.90 | | Allowed: | $326.90 |
|---|---|---|---|---|---|

| SMITH DONA R 349 SCHLOSS RD LOUISBURG, NC 27549 | Claim Number: 1140<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $326.90 |
|---|---|---|

| SMITH DONA R 349 SCHLOSS RD LOUISBURG, NC 27549 | Claim Number: 7856<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $326.90 |
|---|---|---|

| SMITH II JIMMIE F 24602 IKE'S LANE HUFFMAN, TX 77336 | Claim Number: 5564<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|
| UNSECURED | Claimed: | $1100.55 |

| SMITH RICHARD MARTIN, 120 PATSTOWN RD HOLLY SPRINGS, NC 27540 | Claim Number: 2620<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $200.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $200.00 | Allowed: | $200.00 |

---

SMITH RICK
RT 1 BOX 413
EAST LYNN, WV 25512

Claim Number: 2294
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $8400.00 | | | | | |

---

SMITH THOMAS G ATTY,
PO BOX 1450
DARIEN, GA 31305

Claim Number: 1915
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $160.00 | Scheduled: | $160.00 | Allowed: | $160.00 |

---

SMITH YVONNE LIPPE
2134 CASA RIO CIRCLE
DICKINSON, TX 77539

Claim Number: 1588
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $95.00 | | | Allowed: | $95.00 |

---

SMITH, ALBERT R
510 MALLARD DUCK DR
DARLINGTON, SC 29532

Claim Number: 8263
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1020.00 |

---

SMITH, BRET A.
315 N 5TH ST
MUSKOGEE, OK 744016002

Claim Number: 3928
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2100.00 |
| UNSECURED | Claimed: | $20734.03 |

---

SMITH, CARLA J. & PORTIS, MARY
37074 GRINDSTONE TRAIL #168
NEW HAVEN, MI 48048

Claim Number: 10361
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 |

---

SMITH, CAROLINE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7183
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

SMITH, CHARLES
P.O. BOX 1211
BAY SPRINGS, MS 39422

Claim Number: 6679
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5000.00 | | |

SMITH, CHARLES
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6858
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100000.00 | | Allowed: | $29034.31 |

SMITH, CHARLES
C/O OAKWOOD HOMES S/C#419
16001 ELMORE RD
LAURINBURG, NC 28352

Claim Number: 8147
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4115 (06/02/2004)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

SMITH, DANNY
504 KIRBYTOWN RD
LAFAYETTE, TN 37083

Claim Number: 3408
Claim Date: 03/11/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7531.82 | Scheduled: | $7377.76 | Allowed: | $7531.82 |

SMITH, DANNY
504 KIRBYTOWN RD
LAFAYETTE, TN 37083

Claim Number: 3407
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1368.63 | Scheduled: | $1368.63 | Allowed: | $1368.63 |

SMITH, DANNY
504 KIRBY TOWN RD
LAFAYETTE, TN 37083

Claim Number: 9502
Claim Date: 04/12/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8968.62 |

SMITH, DANNY
504 KIRBY TOWN RD
LAFAYETTE, TN 37083

Claim Number: 9966
Claim Date: 05/19/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8968.62 |

SMITH, DARON
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6019
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| SMITH, DAVID O.<br>208 GORDON STREET<br>FOR GLEN & VALERIE TURNER<br>CORBIN, KY 40702 | Claim Number: 4274<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | | |
| UNSECURED     Claimed:     $74999.00 | | | | | |
| SMITH, DONA R.<br>349 SCHLOSS RD.<br>LOUISBURG, NC 27549 | Claim Number: 10296<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE     Claimed:     $326.90 | | | | | |
| SMITH, DONALD B.<br>C/O NORMAN B. SMITH<br>PO  BOX 990<br>GREENSBORO, NC 27402 | Claim Number: 6408<br>Claim Date: 03/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| SECURED     Claimed:     $30000.00 | | | | | |
| SMITH, ED L<br>PO BOX 309<br>ELGIN, SC 29045 | Claim Number: 8064<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE     Claimed:     $1050.00 | | | | | |
| SMITH, EDDIE<br>28 AKINS LANE<br>COLUMBIA, MS 39429 | Claim Number: 6680<br>Claim Date: 04/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| PRIORITY     Claimed:     $5000.00 | | | | | |
| SMITH, EDDIE & BARBARA<br>C/O SUZANNE KEYS<br>BYRD, GIBBS & MARTIN PLLC<br>P.O. BOX 19<br>JAKCSON, MS 39205 | Claim Number: 10737<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| UNSECURED     Claimed:     $1742.06 | | | | Allowed:     $1742.06 | |
| SMITH, GARY,<br>19 LYNDON LN<br>ETHRIDGE, TN 38456 | Claim Number: 3830<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED     Claimed:     $500.00 | | Scheduled:     $500.00 | | Allowed:     $500.00 | |
| SMITH, HARRELL H<br>SHARON SMITH<br>449 CR 158<br>EVANSTON, WY 82930 | Claim Number: 8397<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE     Claimed:     $743.00 | | | | | |

---

| SMITH, HENRY | Claim Number: 5107 |
| STEWART & HICKS PC | Claim Date: 03/27/2003 |
| PO BOX 40250 | Debtor: OAKWOOD HOMES CORPORATION |
| MOBILE, AL 366400250 | Comments: EXPUNGED |

| UNSECURED | Claimed: | $75000.00 UNLIQ |

---

| SMITH, HERMAN & SHAMIKA | Claim Number: 6825 |
| 938 HWY 82 | Claim Date: 05/05/2003 |
| FITZPATRICK, AL 36029 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| UNSECURED | Claimed: | $45000.00 |

---

| SMITH, HERMAN & SHAMIKA | Claim Number: 9363 |
| 938 HIGHWAY 82 | Claim Date: 02/10/2004 |
| FITZPATRICK, AL 36029 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $6500.00 |

---

| SMITH, IRA EUGENE & ANNIE MAE | Claim Number: 3612 |
| ****NO ADDRESS PROVIDED**** | Claim Date: 03/11/2003 |
| | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| | Comments: EXPUNGED |
| | DOCKET: 7659 (04/05/2005) |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| SMITH, JAMES | Claim Number: 10776 |
| 1560 EAST SAIN ROAD | Claim Date: 08/29/2005 |
| ATOKA, OK 74525 | Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $1284.11 |

---

| SMITH, LISA | Claim Number: 10269 |
| 1127 CLANTON ST | Claim Date: 06/07/2004 |
| RALEIGH, NC 276062020 | Debtor: OAKWOOD HOMES CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7444 (12/21/2004) |

| ADMINISTRATIVE | Claimed: | $600.00 |

---

| SMITH, LONNIE | Claim Number: 7184 |
| IRA M. LEVEE, ESQ. | Claim Date: 05/13/2003 |
| LOWENSTEIN SANDLER, P.C. | Debtor: OAKWOOD HOMES CORPORATION |
| 65 LIVINGSTON AVENUE | Comments: WITHDRAWN |
| ROSELAND, NJ 07068 | |

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

| SMITH, LONNY | Claim Number: 10833 |
| C/O ROSENBAUM & ASSOC, PC | Claim Date: 02/15/2006 |
| 1818 MARKET ST | Debtor: OAKWOOD HOMES CORPORATION |
| STE 3200 | Comments: WITHDRAWN |
| PHILADELPHIA, PA 19103 | |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

---

| SMITH, LONNY<br>C/O ROSENBAUM & ASSOC., P.C.<br>1818 MARKET ST., SUITE 3200<br>PHILADELPHIA, PA 19103 | Claim Number: 10870<br>Claim Date: 02/09/2007<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $197000.00 |
|---|---|---|

---

| SMITH, LORRIE A<br>163 LAKE LOGAN RD<br>ARDMORE, TN 38449 | Claim Number: 8438<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8000.00 |
|---|---|---|

---

| SMITH, LUCIAN A.<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3193<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $10000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2903.43 |

---

| SMITH, MARY BARROW<br>SAMUEL ADAMS<br>MERRILL, HARRISON & ADAMS<br>P.O. BOX 1690<br>DOTHAN, AL 36302 | Claim Number: 7420<br>Claim Date: 06/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3364 (01/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| SMITH, PEGGY L.<br>GORDON COUNTY TAX COMMISSIONER<br>P.O. BOX 337<br>CALHOUN, GA 30703-0337 | Claim Number: 10549<br>Claim Date: 07/26/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $750.00 |
|---|---|---|

---

| SMITH, PENNY L.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6020<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| SMITH, RANDALL F.<br>312 PRAIRIE LN<br>AZLE, TX 760208860 | Claim Number: 1868<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $162.61 | | Allowed: | $162.61 |
|---|---|---|---|---|---|

---

| SMITH, RANDELLE R. | | Claim Number: 5421 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: WITHDRAWN |
| | | DOCKET: 8935 (03/06/2009) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 5431 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: CREST CAPITAL, LLC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 5433 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: GOLDEN WEST LEASING, LLC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 5603 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: CREST CAPITAL, LLC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 5605 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: GOLDEN WEST LEASING, LLC |
| | | Comments: EXPUNGED |
| | | DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 5627 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R. | | Claim Number: 6373 |
|---|---|---|
| 3708 WALDENBROOK ROAD | | Claim Date: 03/27/2003 |
| GREENSBORO, NC 27407 | | Debtor: OAKWOOD HOMES CORPORATION |
| | | Comments: EXPUNGED |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R.<br>3708 WALDENBROOK ROAD<br>GREENSBORO, NC 27407 | Claim Number: 6389<br>Claim Date: 03/27/2003<br>Debtor: GOLDEN WEST LEASING, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, RANDELLE R.<br>3708 WALDENBROOK ROAD<br>GREENSBORO, NC 27407 | Claim Number: 6391<br>Claim Date: 03/27/2003<br>Debtor: CREST CAPITAL, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | Claim Number: 5407<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $20833.00 |

| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | Claim Number: 5409<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $20833.00 |

| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | Claim Number: 5410<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $20833.00 |

| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | Claim Number: 5412<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $20833.00 |

| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | Claim Number: 5427<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| SECURED | Claimed: | $20833.00 |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5428<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $20833.00 |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINTON SALEM, NC 27104 | | Claim Number: 5402<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27401 | | Claim Number: 5403<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5405<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5608<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5610<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTION SALEM, NC 27104 | | Claim Number: 5612<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5614<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5616<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5618<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5620<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 5633<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 6350<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |
| SMITH, ROBERT A.<br>10009 GREENHURST RD<br>WINSTON SALEM, NC 27104 | | Claim Number: 6375<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6380 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
| | Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6382 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6384 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: SUBURBAN HOME SALES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6387 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: TRI-STATE INSURANCE AGENCY, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6388 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINTON SALEM, NC 27104 | Debtor: DREAMSTREET COMPANY, LLC |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6393 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: DREAMSTREET COMPANY, LLC |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| SMITH, ROBERT A. | Claim Number: 6438 |
| 10009 GREENHURST RD | Claim Date: 03/27/2003 |
| WINSTON SALEM, NC 27104 | Debtor: FSI FINANCIAL SERVICES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4188 (06/25/2004) |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

SMITH, ROBERT FREDERICK
425 W. MUHAMMED ALI BLVD
ATTN: LEGAL AID SOCIETY
LOUISVILLE, KY 40202

Claim Number: 5348
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3601 (02/17/2004)

| UNSECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

SMITH, RONNIE D.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6021
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1790.63 UNLIQ |

SMITH, STANLEY & MARY BARROW
32 BARR CIRCLE
BRUNDIDGE, AL 36010

Claim Number: 5022
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMITH, STANLEY & MARY BARROW
32 BARR CIRCLE
BRUNDIDGE, AL 36010

Claim Number: 9328
Claim Date: 01/08/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1000.00 |
|---|---|---|

SMITH, THOMAS
P.O. BOX 1196
SAFFORD, AZ 85548-1196

Claim Number: 7820
Claim Date: 10/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4212 (08/13/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMITH, THOMAS
P.O. BOX 1196
SAFFORD, AZ 85548-1196

Claim Number: 8505
Claim Date: 11/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7487 (01/28/2005)

| ADMINISTRATIVE | Claimed: | $1343.55 UNLIQ |
|---|---|---|

SMITH, TOYA O.
P.O. BOX 253
MACON, MS 39341

Claim Number: 618
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

| | | |
|---|---|---|
| SMITH, TOYA O.<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2840<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |

| PRIORITY | Claimed: | $10000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2903.43 |

| | | |
|---|---|---|
| SMOKEY MOUNTAIN MOBILE HOME MOVERS<br>PO BOX 816<br>MOUNTAIN HOME, NC 28758 | Claim Number: 3100<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |

| UNSECURED | Claimed: | $1950.00 |
|---|---|---|

| | | |
|---|---|---|
| SMOKEY MOUNTAIN MOBILE HOME MOVERS,<br>PO BOX 816<br>MOUNTAIN HOME, NC 28758 | Claim Number: 3099<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| UNSECURED | Claimed: | $1950.00 | Scheduled: | $700.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SMOKEY MOUNTAIN MOBILE HOME MOVERS,<br>PO BOX 816<br>MOUNTAIN HOME, NC 28758 | Claim Number: 7879<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $1950.00 |
|---|---|---|

| | | |
|---|---|---|
| SMURFIT NEWSPRINT-OR<br>PO BOX 651564<br>CHARLOTTE, NC 28265-1564 | Claim Number: 1845<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 8486 (03/15/2006) | |

| ADMINISTRATIVE | | | Allowed: | $94.23 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8184.83 | Allowed: | $8090.60 |

| | | |
|---|---|---|
| SN COMMERCIAL , LLC<br>ATTN: AMERICAN BUSINESS LEASING INC<br>PO BOX 730742<br>A/C NO B-166853 PMTS<br>DALLAS, TX 75373-0742<br>USA | Claim Number: 9337<br>Claim Date: 01/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | |

| UNSECURED | Claimed: | $1789.56 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNARE MARGARET L,<br>911 CHARLES ST<br>LOS LUNAS, NM 87031 | Claim Number: 1946<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 | Allowed: | $100.00 |
|---|---|---|---|---|---|---|

---

SNARE, MARGARET L
911 CHARLES ST
LOS LUNAS, NM 87031

Claim Number: 8398
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $100.00 |
|---|---|---|

---

SNEDEKER OIL COMPANY,
709 EAST WALNUT ST
PO BOX 585
LEWISTOWN, PA 17044

Claim Number: 945
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $176.05 | Scheduled: | $143.75 | Allowed: | $176.05 |
|---|---|---|---|---|---|---|

---

SNOHOMISH COUNTY PUD
PUD #1
P.O. BOX 1107
EVERETT, WA 98206

Claim Number: 2408
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $92.13 |
|---|---|---|

---

SNOHOMISH COUNTY TREASURER
ATTN: BANKRUPTCY OFFICER
M/S 501 3000 ROCKEFELLER AVE
EVERETT, WA 98201

Claim Number: 79
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $9761.11 |
|---|---|---|

---

SNOHOMISH COUNTY TREASURER
ATTN: BANKRUPTCY OFFICER
M/S 501 3000 ROCKEFELLER AVE
EVERETT, WA 98201-4060

Claim Number: 133
Claim Date: 12/19/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $9761.11 |
|---|---|---|

---

SNOHOMISH COUNTY TREASURER
ATTN: BANKRUPTCY OFFICER
M/S 501 3000 ROCKEFELLER AVE
EVERETT, WA 98201

Claim Number: 3044
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| ADMINISTRATIVE | Claimed: | $3241.99 |
|---|---|---|

---

SNOHOMISH COUNTY TREASURER
ATTN: BANKRUPTCY OFFICER
M/S 501  3000 ROCKEFELLER AVE
EVERETT, WA 98201-4060

Claim Number: 10671
Claim Date: 12/06/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $9110.85 |
|---|---|---|

---

SNOW PEAK CARPENTRY,
PO BOX 795
SCIO, OR 97374

Claim Number: 4514
Claim Date: 03/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $4174.84 | Scheduled: | $1781.45 | Allowed: | $1781.45 |
|---|---|---|---|---|---|---|

---

---

SNYDER APRAISAL SERVICE
753 E LAKEWOOD ST
SPRINGFIELD, MO 658102421

Claim Number: 7602
Claim Date: 07/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $250.00 | Allowed: | $250.00 |

SNYDER, JUDY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7185
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

SNYDER, JUDY KEMP
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6585
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | | |
| UNSECURED | | | Allowed: | $2903.43 |

SODAROS ELECTRONICS SALES, INC
304 W WASHINGTON ST
CHARLESTON, WV 25302

Claim Number: 3937
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6350.00 | Allowed: | $6350.00 |

SOLAR GROUP,
PO BOX 711971
CINCINNATI, OH 45271

Claim Number: 6224
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $681.30 |

SOLAR SAW
13841 ROSEWELL AVE
UNIT L
CHINO, CA 91710

Claim Number: 3870
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $831.95 |

SOLIS, ROBERTO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6022
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SOLIS, STEVE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6023
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

SOLORZANO, ROBERTO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6024
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SONNER, PATRICIA M
131 YOUPON DR
HUBERT, NC 28539

Claim Number: 10805
Claim Date: 01/19/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

SONNER, PATRICIA M
131 YOUPON DR
HUBERT, NC 28539

Claim Number: 10847
Claim Date: 06/08/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments:
This replaces claim previously filed and dated 1/19/06.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7150.00 |

---

SONRAY SERVICES,
3476 BOW COURT
ROCKFORD, IL 61109

Claim Number: 3715
Claim Date: 03/14/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $353.69 | | | | |
| UNSECURED | | | Scheduled: | $353.69 | Allowed: | $353.69 |

---

SORENSEN, JILL; EXECUTOR OF THE ESTATE
OF HAROLD D. NEGUS
P.O. BOX 193
GRACE, ID 83241

Claim Number: 10729
Claim Date: 05/02/2005
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23093.00 |

---

SORENSON, JILL, EXECUTRIX OF THE ESTATE
OF HAROLD D NEGUS
PO BOX 193
GRACE, ID 83241

Claim Number: 3503
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7767 (05/12/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48000.00 |

---

| | | | |
|---|---|---|---|
| SORENSON, JILL, EXECUTRIX OF THE ESTATE<br>OF HAROLD D NEGUS<br>PO BOX 193<br>GRACE, ID 83241 | Claim Number: 8309<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |

| ADMINISTRATIVE | Claimed: | $48000.00 | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SOS LOCK SERVICE<br>PO BOX 1112<br>CANBY, OR 97013 | Claim Number: 2335<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $981.40 | Allowed: | $981.40 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SOS REPAIR INC<br>1223 S 1220 W<br>PROVO, UT 84601 | Claim Number: 2124<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |

| UNSECURED | Claimed: | $222.49 | Allowed: | $222.49 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SOS REPAIR INC,<br>1223 S 1220 W<br>PROVO, UT 84601 | Claim Number: 2125<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |

| UNSECURED | Claimed: | $386.56 | Scheduled: | $472.41 | Allowed: | $386.56 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SOS REPAIR INC.<br>1223 S 1220 W.<br>PROVO, UT 84601 | Claim Number: 2126<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |

| UNSECURED | Claimed: | $313.24 | Allowed: | $313.24 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| SOTELO, MARCO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6025<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2100.00 UNLIQ |

| | | | |
|---|---|---|---|
| SOTOS, DEBBIE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7186<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOUTH CAROLINE ELECTRIC & GAS COMPANY<br>LV SCHIESSER, BANKRUPTCY PARALEGAL<br>SCANA SERVICES<br>1426 MAIN ST., MAIL CODE 130<br>COLUMBIA, SC 29218 | | | Claim Number: 7611<br>Claim Date: 07/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $2749.18 | | | | Allowed: | $2749.18 |
| SOUTH CENTRAL POWER CO,<br>P O BOX 2001<br>LANCASTER, OH 43130 | | | Claim Number: 679<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $620.09 | Scheduled: | $634.80 | | Allowed: | $620.09 |
| SOUTHEAST STAMP & SIGN, INC.<br>D/B/A GREENSBORO RUBBER STAMP<br>STEVE HEWITT<br>P.O. BOX 360<br>GREENSBORO, NC 27402 | | | Claim Number: 10108<br>Claim Date: 05/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| ADMINISTRATIVE | Claimed: | $799.28 | | | | | |
| SOUTHEAST TENNESSEE LAND SURVEYING<br>DBA SOUTHEAST TENNESSEE LAND<br>SURVEYING 5899 BATES PIKE<br>CLEVELAND, TN 37323 | | | Claim Number: 2912<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $800.00 | | | | Allowed: | $800.00 |
| SOUTHEASTERN FREIGHT LINES<br>PO BOX 1691<br>COLUMBIA, SC 29202 | | | Claim Number: 5278<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $2744.83 | | | | | |
| SOUTHEASTERN FREIGHT LINES<br>PO BOX 1691<br>COLUMBIA, SC 29202 | | | Claim Number: 5279<br>Claim Date: 12/09/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $863.25 | | | | | |
| SOUTHEASTERN FURNITURE-GA<br>PO BOX 2526<br>KENNESAW, GA 301569109 | | | Claim Number: 4684<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5623.00 | Scheduled: | $1028.00 | | Allowed: | $5623.00 |

---

SOUTHEASTERN PLUMBING
PO BOX 36
SALISBURY, NC 28145-0036

Claim Number: 920
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $738.62 | | Allowed: | $738.62 |

SOUTHEASTERN PLUMBING,
PO BOX 36
SALISBURY, NC 28145-0036

Claim Number: 953
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $738.62 | Scheduled: | $623.26 |

---

SOUTHEASTERN STEP & DECK CORP
PO BOX 3558
LUMBERTON, NC 28359

Claim Number: 1113
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $490.00 |

---

SOUTHERN AIR & ELECTRIC
6060 HWY 165
PINEVILLE, LA 71360

Claim Number: 5251
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $197.10 | | | |
| UNSECURED | | | | Allowed: | $197.10 |

SOUTHERN BLDG M,
DBA:SOUTHERN BLDG MAINT
108 S WALNUT CIRCLE
GREENSBORO, NC 27409-2625

Claim Number: 704
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25588.37 | Scheduled: | $24797.75 | Allowed: | $25588.37 |

SOUTHERN CALIFORNIA EDISON CO.
ATTN: CREDIT & PAYMENT SERVICES
2131 WALNUT GROVE AVE
ROSEMEAD, CA 91770

Claim Number: 382
Claim Date: 01/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8010.92 | | Allowed: | $8010.92 |

SOUTHERN COMFORT HOMES
2106 HWY 21 EAST
BRYAN, TX 77808

Claim Number: 1035
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6800.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| SOUTHERN CONCRE<br>P O BOX 5395<br>ASHEVILLE, NC 28813 | | | Claim Number: 5167<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
| PRIORITY<br>UNSECURED | Claimed: | $1198.41 | | Allowed: | $1198.41 |
| SOUTHERN FOODSERVICE MGMT INC.<br>500 OFFICE PARK DR<br>SUITE 210<br>BIRMINGHAM, AL 35223 | | | Claim Number: 384<br>Claim Date: 01/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | |
| UNSECURED | Claimed: | $22520.11 | | Allowed: | $19579.04 |
| SOUTHERN HOME SERVICE<br>18717 SHORELINE WAY<br>FAYETTEVILLE, AR 72703 | | | Claim Number: 1917<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| UNSECURED | Claimed: | $6220.18 | | | |
| SOUTHERN NM STATE FAIR,<br>P O BOX 1145<br>LAS CRUCES, NM 88004 | | | Claim Number: 6272<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $1500.00 | | | |
| SOUTHERN OHIO FINANCIAL SERVICES INC<br>3135 ST RT 141<br>GALLIPOLIS, OH 45631 | | | Claim Number: 3848<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $1700.00 | | Allowed: | $1700.00 |
| SOUTHERN PHOTO PRINT & SUPPLY CO,<br>P O BOX 420<br>GREENSBORO, NC 27402 | | | Claim Number: 1134<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
| UNSECURED | Claimed: | $62.04 | Scheduled: $35.95 | Allowed: | $62.04 |
| SOUTHERN WATER COND CO.OF WILMINGTON<br>1717 NORTH 23RD STREET<br>WILMINGTON, NC 28405 | | | Claim Number: 1375<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $85.18 | | Allowed: | $85.18 |

---

SOUTHLAND WASTE SYSTEMS,
PO BOX 9001658
LOUISVILLE, KY 40290

Claim Number: 3561
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $226.93 | Scheduled: | $324.43 | Allowed: | $226.93 |
|---|---|---|---|---|---|---|

SOUTHLAND WASTE SYSTEMS-MACON,
2201 TRADE DRIVE
MACON, GA 31032

Claim Number: 2872
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $80.79 | Scheduled: | $242.37 | Allowed: | $80.79 |
|---|---|---|---|---|---|---|

SOUTHSIDE HEATING SUPPLIES-PA
PO BOX 2689
ELKHART, IN 46515

Claim Number: 8273
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $9453.36 |
|---|---|---|

SOUTHSIDE MOBILE HOME,
DBA SOUTHSIDE MOBILE HOME
725 ELAM STREET
GASTONIA, NC 28054

Claim Number: 2753
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $340.00 | Scheduled: | $85.00 DISP | Allowed: | $340.00 |
|---|---|---|---|---|---|---|

SOUTHSIDE RECAPPING, INC.
808 S SECOND ST
ALBEMARLE, NC 28001

Claim Number: 1646
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $429.37 | Scheduled: | $434.73 | Allowed: | $429.37 |
|---|---|---|---|---|---|---|

SOUTHSIDE SHOPP,
P.O. BOX 449
GARNER, NC 27529

Claim Number: 1085
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1245.37 | Scheduled: | $1784.33 | Allowed: | $1245.37 |
|---|---|---|---|---|---|---|

SOUTHSIDE SHOPPER, INC.
PO BOX 449
GARNER, NC 27529

Claim Number: 9565
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1173.60 |
|---|---|---|

SOUTHSIDE SHOPPER, INC.
2339 TIMBER DRIVE
GARNER, NC 27529

Claim Number: 10503
Claim Date: 06/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1173.60 |
|---|---|---|

| SOUTHWEESTERN BELL TELEPHONE COMPANY<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Number: 518<br>Claim Date: 02/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 7661 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $31622.59 |
|---|---|---|

| SOUTHWEST DECK CO,<br>DBA SOUTHWEST DECK CO<br>1515 FRANKLIN<br>SAN MARCOS, TX 78666 | Claim Number: 1709<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | Allowed: | $600.00 |
|---|---|---|---|---|---|---|

| SOUTHWEST DISTRIBUTION CENTER<br>PO BOX 12001<br>LUBBOCK, TX 79452 | Claim Number: 2646<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $3306.25 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40.59 | Scheduled: | $2654.68 | Allowed: | $2654.68 |

| SOUTHWEST FEDERATED NORTH TEXAS L P<br>8117 PRESTON RD STE 160<br>DALLAS, TX 75225 | Claim Number: 6452<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $622.75 |
|---|---|---|

| SOUTHWEST FEDERATED NORTH TEXAS L P<br>8117 PRESTON RD STE 160<br>DALLAS, TX 75225 | Claim Number: 6286<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $622.75 |
|---|---|---|

| SOUTHWEST GAS CORP<br>P O BOX 26500<br>TUCSON, AZ 85726 | Claim Number: 7750<br>Claim Date: 08/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $337.79 |
|---|---|---|

| SOUTHWEST HORTICULTURAL SERVICES,<br>DBA SOUTHWEST HORTICULTURAL<br>SERVICES PO BOX 690972<br>HOUSTON, TX 77269 | Claim Number: 3240<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $3623.80 | Scheduled: | $3607.72 | Allowed: | $3623.80 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| SOUTHWEST SHEET METAL INC<br>D/B/A SOUTHWEST A/C & SHEET METAL<br>129 JEFFERSON BLVD<br>LAFAYETTE, LA 70501 | Claim Number: 7625<br>Claim Date: 07/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |

SECURED          Claimed:          $24898.13

| | | |
|---|---|---|
| SOUTHWEST SOILS INC<br>PO BOX 90<br>WOODLAWN, VA 24381 | Claim Number: 962<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

PRIORITY          Claimed:          $512.50

| | | |
|---|---|---|
| SOUTHWEST SOILS INC<br>PO BOX 90<br>WOODLAWN, VA 24381 | Claim Number: 8030<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

ADMINISTRATIVE          Claimed:          $512.50

| | | |
|---|---|---|
| SOUTHWESTERN BELL YELLOW PAGES, INC.<br>P.O. BOX 567<br>SAINT LOUIS, MO 63188-9802 | Claim Number: 138<br>Claim Date: 12/23/2002<br>Debtor: OAKWOOD HOMES CORPORATION | |

UNSECURED          Claimed:          $1432.87                                                    Allowed:          $1432.87

| | | |
|---|---|---|
| SOUTHWIND CARPET INC<br>7300 N 1000W<br>SHIPSHEWANA, IN 46565-9668 | Claim Number: 8118<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

ADMINISTRATIVE          Claimed:          $1167.56

| | | |
|---|---|---|
| SOUTHWIND CARPET INC,<br>7300 N 1000W<br>SHIPSHEWANA, IN 46565-9668 | Claim Number: 1191<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | |

UNSECURED          Claimed:          $948.12          Scheduled:          $948.12          Allowed:          $948.12

| | | |
|---|---|---|
| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3115<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | |

PRIORITY          Claimed:          $12214.20
UNSECURED                                                                              Allowed:          $12214.20

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3117<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $6737.50 | Allowed: $6737.50 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3118<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1958.00 | Allowed: $1958.00 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3119<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2020.00 | Allowed: $2020.00 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3120<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5340.35 | Allowed: $5340.35 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3121<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5644.80 | Allowed: $5644.80 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3122<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $7589.15 | Allowed: $7589.15 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | Claim Number: 3111<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $11268.18 | Allowed: $11268.18 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | | | Claim Number: 3112<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $4461.66 | | | | Allowed: | $4461.66 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | | | Claim Number: 3113<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $2458.89 | | | | Allowed: | $2458.89 |

| SOVEREIGN SPECIALTY CHEMICALS<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609 | | | Claim Number: 3114<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $9505.83 | | | | Allowed: | $9505.83 |

| SOVEREIGN SPECIALTY CHEMICALS-GA,<br>9 FURMAN HALL CT<br>GREENVILLE, SC 29609-3745 | | | Claim Number: 3116<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $5280.00 | Scheduled: | $8467.20 DISP | Allowed: | $5280.00 |

| SPALDING COUNTY<br>PO BOX 509<br>GRIFFIN, GA 30224 | | | Claim Number: 1241<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4474.69 | | | | | |

| SPARKLE & SHINE CLEANING SERVICE<br>751 E COUNTRY PL RD<br>PAHRUMP, NV 89048 | | | Claim Number: 875<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1523.75 | | | | | |

| SPARKLE & SHINE CLEANING SERVICE,<br>751 E COUNTRY PL RD<br>PAHRUMP, NV 89048 | | | Claim Number: 874<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1523.75 | Scheduled: | $1323.50 | Allowed: | $1523.75 |

| SPARKS ELECTRIC<br>5574 BETHANY CHURCH ROAD<br>BUMPASS, VA 23024 | Claim Number: 4024<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $2272.00 | Scheduled: | $159.00 |
|---|---|---|---|---|

| SPARKS, CHERIE L.<br>C/O MITCHELL D. GLINES, ESQ.<br>3017 W. CHARLESTON BLVD.<br>SUITE 95<br>LAS VEGAS, NV 89102 | Claim Number: 10025<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $75000.00 |
|---|---|---|

| SPARKS, CHERIE L.<br>C/O MITCHELL D. GLINES, ESQ.<br>3017 W. CHARLESTON BLVD.<br>SUITE 95<br>LAS VEGAS, NV 89102 | Claim Number: 10578<br>Claim Date: 09/07/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| ADMINISTRATIVE | Claimed: | $7500.00 |
|---|---|---|

| SPARKS, DAVID<br>DBA A-1 SERVICE<br>3111 BAMBOO<br>MESQUITE, TX 75150 | Claim Number: 10410<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $7153.44 |
|---|---|---|

| SPARKS, GEORGE<br>CHARLES B. HILL, II<br>102 COURT SQUARE<br>POB 852<br>KINGSTON, TN 37763 | Claim Number: 7486<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| SPARKS, GEORGE<br>CHARLES B. HILL, II<br>102 COURT SQUARE<br>POB 852<br>KINGSTON, TN 37763 | Claim Number: 7487<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| SPARKS, WILLIAM L.<br>484 BUTTERCUP DR<br>BRANSON, MO 65616 | Claim Number: 6507<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $500.00 | | | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SPARTANBURG COUNTY<br>JEAN R. JAMESON, TAX COLLECTOR<br>P.O. BOX 3060<br>SPARTANBURG, SC 29304 | | | Claim Number: 8012<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | | |
| SECURED | Claimed: | $2738.42 | | | | | |
| SPARTANGURG COUNTY TAX COLLECTOR<br>JEAN R. JAMESON<br>P.O. BOX 3060<br>SPARTANBURG, SC 29304 | | | Claim Number: 6730<br>Claim Date: 04/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7328 (11/16/2004) | | | | |
| PRIORITY | Claimed: | $2219.45 | | | Allowed: | $1475.69 | |
| SPEAK ENTERPRISES<br>14760 MEMORIAL DR STE 103<br>HOUSTON, TX 77079 | | | Claim Number: 7959<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $225.00 | | | | | |
| SPEAK ENTERPRISES<br>14760 MEMORIAL DR STE 103<br>HOUSTON, TX 77079 | | | Claim Number: 10202<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $225.00 | | | | | |
| SPEAS INC,<br>1150 CARTERVILLE RD<br>CARTERSVILLE, VA 23027 | | | Claim Number: 889<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $1500.00 | Scheduled: | $1500.00 | Allowed: | $1500.00 | |
| SPEAS, INC.<br>1150 CARTERSVILLE ROAD<br>CARTERSVILLE, VA 23027 | | | Claim Number: 10287<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1500.00 | | | | | |
| SPECIALIZED GRADING ENTERPRISES INC,<br>PO BOX 551<br>MORRISON, CO 80465 | | | Claim Number: 6668<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $3140.00 | | | | | |
| SPECIALTY CONTRACTING,<br>109 GRASSY MEADOW RD<br>HOLLY SPRINGS, NC 27540 | | | Claim Number: 3748<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $7165.00 | Scheduled: | $7165.00 | Allowed: | $7165.00 | |

---

SPECK, RUSS & SYLVIA
1107 N GOLD DR
APACHE JUNCTION, AZ 85220

Claim Number: 9622
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $6750.00 |
|---|---|---|

---

SPECK, RUSS & SYLVIA
1107 N GOLD DR
APACHE JUNCTION, AZ 85220

Claim Number: 10046
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7601 (03/21/2005)

| ADMINISTRATIVE | Claimed: | $20000.00 |
|---|---|---|

---

SPECK, RUSS AND SYLVIA
1107 N. GOLD DRIVE
APACHE JUNCTION, AZ 85220

Claim Number: 10604
Claim Date: 09/27/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $12000.00 |
|---|---|---|

---

SPEEDY CHECK #32,
NSF DEPARTMENT
690 N. MAIN
VIDOR, TX 77662

Claim Number: 2885
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $850.00 |
|---|---|---|---|---|

---

SPEEDY SIGN A RAMA
1725 BENJAMIN PKWY
GREENSBORO, NC 27408

Claim Number: 702
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $230.04 | | Allowed: | $230.04 |
|---|---|---|---|---|---|

---

SPELLERBERG K
249 N 200 W
JEROME, ID 83338

Claim Number: 8539
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

SPENCER ELDON
9837 ST RT 350
CLARKSVILLE, OH 45113

Claim Number: 2695
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $3594.00 |
|---|---|---|

---

SPENCER STEVE
8322 EAST COVINGTON DR
COTTONDALE, AL 35453

Claim Number: 1542
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

---

SPENCER STEVE,
8322 EAST COVINGTON DR
COTTONDALE, AL 35453

Claim Number: 1541
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $600.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

---

SPENCER, ELDON
9837 ST RT 350
CLARKSVILLE, OH 45113

Claim Number: 8177
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3594.00 |
|---|---|---|

---

SPENCER, THOMAS & RAREN
3104 138TH STREET SE
MILL CREEK, WA 98012

Claim Number: 9663
Claim Date: 04/29/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

SPIERS, CURTIS AND GWYNN
D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4974
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $150000.00 |
|---|---|---|

---

SPILMAN,THOMAS
P.O. BOX 273
300 KANAWHA BLVD EAST
CHARLESTON, WV 25321

Claim Number: 4459
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $2000.70 |
|---|---|---|

---

SPILMAN,THOMAS,
P.O. BOX 273
300 KANAWHA BLVD EAST
CHARLESTON, WV 25321

Claim Number: 4457
Claim Date: 03/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $34500.64 | Scheduled: | $13809.28 DISP CONT | Allowed: | $23353.90 |
|---|---|---|---|---|---|---|

---

SPILMAN,THOMAS,
P.O. BOX 273
300 KANAWHA BLVD EAST
CHARLESTON, WV 25321

Claim Number: 4458
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $132.00 | Scheduled: | $8586.77 |
|---|---|---|---|---|

---

SPINKS, STEVEN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6026
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 |

---

---

| SPIVEY KEVIN,<br>500 TIMOTHY DRIVE<br>ELIZABETH CITY, NC 27909 | Claim Number: 3705<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $274.00 | Scheduled: | $274.00 | Allowed: | $274.00 |
|---|---|---|---|---|---|---|

---

| SPLENDOR INDEPENDENT SCHOOL DISTRICT<br>YOLANDA M. HUMPHREY<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>1235 NORTH LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 | Claim Number: 10128<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1096.82 UNLIQ |
|---|---|---|

---

| SPLENDORA INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>1235 NORTH LOOP WEST, STE 600<br>HOUSTON, TX 77008 | Claim Number: 7224<br>Claim Date: 05/14/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| SECURED | Claimed: | $523.05 |
|---|---|---|

---

| SPOKANE COUNTY TREASURER,<br>P O BOX 199<br>SPOKANE, WA 99210 | Claim Number: 2647<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $140.93 |
|---|---|---|

---

| SPOKANE COUNTY TREASURER,<br>P O BOX 199<br>SPOKANE, WA 99210 | Claim Number: 6877<br>Claim Date: 05/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $142.34 |
|---|---|---|
| SECURED | Claimed: | $8816.79 |

---

| SPOKANE COUNTY TREASURER,<br>P O BOX 199<br>SPOKANE, WA 99210 | Claim Number: 7258<br>Claim Date: 05/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $142.34 |
|---|---|---|
| SECURED | Claimed: | $8816.79 |

---

| SPOKANE COUNTY TREASURER,<br>P O BOX 199<br>SPOKANE, WA 99210 | Claim Number: 7755<br>Claim Date: 08/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| PRIORITY | Claimed: | $120.93 |
|---|---|---|
| SECURED | Claimed: | $5456.61 |

---

| SPOKANE COUNTY TREASURER, P O BOX 199 SPOKANE, WA 99210 | Claim Number: 7764<br>Claim Date: 09/02/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $120.93 | | | |
| SECURED | Claimed: | $5456.61 | | | |

| SPOROCO INC-PA, PO BOX 208 SELINSGROVE, PA 17870 | Claim Number: 847<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $86411.87 | Scheduled: $86379.82 | Allowed: | $86411.87 |

| SPRADIN, EDWARD 204 AFONS MEADOW RD VINTON, VA 24179 | Claim Number: 8100<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $450.00 | Allowed: | $337.50 |

| SPRADLIN, BIRDIE & ROBERT IRA M. LEVEE, ESQ. LOWENSTEIN SANDLER, P.C. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 6920<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

| SPRADLIN, ROBERT IRA M. LEVEE, ESQ. LOWENSTEIN SANDLER, P.C. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | Claim Number: 7187<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

| SPRAY CONNECTION 113 W WOODWARD AVE EUSTIS, FL 32726 | Claim Number: 3130<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2563.09 | |

| SPRENGELMEYER, LAURA M. 20 COOLIDGE ST LARCHMONT, NY 10538 | Claim Number: 5155<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5000.00 | |

---

| SPRING BRANCH E,<br>DBA:SPRING BRANCH ELECTRI<br>254 WILL ROGERS<br>SPRING BRANCH, TX 78070 | Claim Number: 1949<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $408.84 | Scheduled: | $322.54 | Allowed: | $408.84 |
|---|---|---|---|---|---|---|

| SPRING INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>1235 NORTH LOOP WEST, STE. 600<br>HOUSTON, TX 77008 | Claim Number: 3994<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $1437.58 | | | Allowed: | $1370.92 |
|---|---|---|---|---|---|---|

| SPRING INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>1235 NORTH LOOP WEST, STE. 600<br>HOUSTON, TX 77008 | Claim Number: 4417<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1437.58 |
|---|---|---|

| SPRING INDEPENDENT SCHOOL DISTRICT<br>YOLANDA M. HUMPHREY<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>1235 NORTH LOOP WEST, STE 600<br>HOUSTON, TX 77008 | Claim Number: 10106<br>Claim Date: 05/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $6197.91 UNLIQ |

| SPRINGFIELD ADVANCED PRESS,<br>13 S MARSHALL AVE<br>SPRINGFIELD, MN 56087 | Claim Number: 2713<br>Claim Date: 03/03/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $27.20 | Scheduled: | $27.20 | Allowed: | $27.20 |
|---|---|---|---|---|---|---|

| SPRINGTIME LAWN SERVICE<br>DBA SPRINGTIME LAWN SERVICE<br>PO BOX 622<br>FRUITLAND, ID 83619 | Claim Number: 6089<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $350.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $945.00 UNLIQ |

| SPROWLS, SHERRIE<br>PO BOX 85<br>58 PUBLIC SQUARE<br>ELIZABETHTOWN, KY 42701 | Claim Number: 5515<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1300000.00 UNLIQ |
|---|---|---|

SPROWLS, SHERRIE & STEPHEN
250 JESSE ABELL RD
HODGENVILLE, KY 427489216

Claim Number: 5338
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $120000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $100.00 |

SPRUNGER JIM-IN
1427 MARTINEZ DR
LADY LAKE, FL 32159

Claim Number: 1471
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $605.00 | | | Allowed: | $605.00 |

SPRUNGER JIM-IN,
1427 MARTINEZ DR
LADY LAKE, FL 32159

Claim Number: 1472
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $582.50 | Scheduled: | $1187.50 | Allowed: | $582.50 |

SQUEAKY CLEAN,
DBA SQUEAKY CLEAN
2206 PENNY RD
HIGH POINT, NC 27265

Claim Number: 7430
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 | Allowed: | $295.00 |

SRP,
PO BOX 2950
PHOENIX, AZ 85062

Claim Number: 3429
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $738.81 | Scheduled: | $1107.06 | Allowed: | $738.81 |

ST. CHARLES COUNTY
201 N. SECOND ST.
ST. CHARLES, MO 633012889

Claim Number: 6738
Claim Date: 04/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $140.60 UNLIQ | | | Allowed: | $140.60 |

ST. CLAIR COUNTY
1815 COGSWELL AVE
SUITE 205
PELL CITY, AL 35125

Claim Number: 4054
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $65.33 | | | Allowed: | $65.33 |

---

STAATS, DOROTHY M.
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7127
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

STABACK, PETER & SHARON
307 2ND PL
MICHIGAN CITY, IN 46360

Claim Number: 10861
Claim Date: 12/01/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3250.00 |

---

STADHEIM PROPERTIES LLP
7008 S IH 35
AUSTIN, TX 78745

Claim Number: 6690
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $6500.00 |

---

STADHEIM PROPERTIES LTD
DBA SCHULT HOMES CENTER; 7008 S
I-35
AUSTIN, TX 78745

Claim Number: 6693
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3900.00 |

---

STADHEIM PROPERTIES LTD
7008 S I-35
AUSTIN, TX 78745

Claim Number: 7249
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3900.00 |

---

STADHEIM PROPERTIES LTD,
7008 S IH 35
AUSTIN, TX 78745

Claim Number: 7250
Claim Date: 05/16/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $6500.00 |

---

STAFFORD COUNTY ATTORNEY
GAIL G. ROBERTS
ASSISTANT COUNTY ATTORNEY
PO BOX 339
STAFFORD, VA 22555

Claim Number: 4507
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $273.12 |
| UNSECURED | Claimed: | $594.64 |

---

| STAFFORD, BETTY ,<br>1718 GRANDVIEW ROAD<br>BEDFORD, VA 24523 | | | Claim Number: 1557<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |
| STAFFORD, BETTY H<br>1718 GRANDVIEW ROAD<br>BEDFORD, VA 24523 | | | Claim Number: 1558<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $500.00 | | | | |
| STANCIL, CLEOLA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 6586<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $15000.00 | | | Allowed: | $4355.15 |
| STANCO, INC<br>2780 19TH ST SE<br>SALEM, OR 97302 | | | Claim Number: 1824<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $141.00 | Scheduled: | $2430.65 | Allowed: | $2430.65 |
| STANCO, INC<br>2738 19TH ST SE<br>SALEM, OR 97302 | | | Claim Number: 8266<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $2571.65 | | | | |
| STANCO, INC<br>2738 19TH ST SE<br>SALEM, OR 97302 | | | Claim Number: 8267<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $568.50 | | | | |
| STANDARD ELECTRIC MOTOR SERVICE, INC<br>835 SE DIVISION STREET<br>PORTLAND, OR 97214 | | | Claim Number: 1723<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $1938.23 | | | Allowed: | $1703.15 |

STANDARD OFF
PO BOX 369
ALBEMARLE, NC 28001

Claim Number: 1675
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $76.67 | Scheduled: | $76.67 | Allowed: | $76.67 |
|---|---|---|---|---|---|---|

STANDARD OFF
PO BOX 369
ALBEMARLE, NC 28001

Claim Number: 1673
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $336.65 | Scheduled: | $336.65 | Allowed: | $336.65 |
|---|---|---|---|---|---|---|

STANDARD OFF
PO BOX 369
ALBEMARLE, NC 28001

Claim Number: 1679
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $19.56 | | | Allowed: | $19.56 |
|---|---|---|---|---|---|---|

STANDARD OFFICE EQUIPMENT
PO BOX 369
ALBEMARLE, NC 28001

Claim Number: 1677
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $2544.88 | Scheduled: | $2544.88 | Allowed: | $2544.88 |
|---|---|---|---|---|---|---|

STANDARD OFFICE EQUIPMENT
PO BOX 369
ALBEMARLE, NC 28001

Claim Number: 1678
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $466.39 | | | Allowed: | $466.39 |
|---|---|---|---|---|---|---|

STANDARD OFFICE EQUIPMENT CO.
PO BOX 369
ALBEMARLE, NC 28002

Claim Number: 9498
Claim Date: 04/09/2004
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $356.33 |
|---|---|---|

STANDARD OFFICE EQUIPMENT CO.
PO BOX 369
ALBEMARLE, NC 28002

Claim Number: 9499
Claim Date: 04/09/2004
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $4441.65 |
|---|---|---|

STANDARD OFFICE EQUIPMENT CO., INC.
PO BOX 369
175 N. SECOND STREET
ALBEMARLE, NC 28002

Claim Number: 9812
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $4982.33 |
|---|---|---|

---

STANDARD OFFICE EQUIPMENT, INC.          Claim Number: 10240
PO BOX 369                               Claim Date: 06/07/2004
175 NORTH SECOND STREET                  Debtor: OAKWOOD HOMES CORPORATION
ALBEMARLE, NC 28002

| UNSECURED | Claimed: | $783.31 | | | | |

---

STANDARD OFFICE EQUIPMENT-NC             Claim Number: 1674
PO BOX 369                               Claim Date: 02/24/2003
ALBEMARLE, NC 28001                      Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $279.66 | Scheduled: | $279.66 | Allowed: | $279.66 |

---

STANDARD OFFICE EQUIPMENT-NC,            Claim Number: 1676
PO BOX 369                               Claim Date: 02/24/2003
ALBEMARLE, NC 28001                      Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1595.17 | Scheduled: | $1595.17 | Allowed: | $1595.17 |

---

STANDARD PAINT,                          Claim Number: 867
101 NORTH 3RD AVE                        Claim Date: 02/19/2003
YAKIMA, WA 98902                         Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $920.57 | Scheduled: | $93.01 | Allowed: | $920.57 |

---

STANDARD PUBLIS,                         Claim Number: 1790
P O BOX 150                              Claim Date: 02/25/2003
MCMINNVILLE, TN 37110-0150               Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $99.00 | Scheduled: | $11.00 | Allowed: | $99.00 |

---

STANDARD REGISTER                        Claim Number: 7352
600 ALBANY STREET                        Claim Date: 06/06/2003
DAYTON, OH 45408                         Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $17024.91 | | | Allowed: | $17024.91 |

---

STANDARD REGISTER COMPANY, THE           Claim Number: 492
600 ALBANY ST                            Claim Date: 02/11/2003
DAYTON, OH 45408                         Debtor: OAKWOOD HOMES CORPORATION
                                         Comments: EXPUNGED

| UNSECURED | Claimed: | $16207.77 | | | | |

---

STANDIFER, DOUGLAS                       Claim Number: 8474
PO BOX 866                               Claim Date: 11/13/2003
KINSTON, NC 28501                        Debtor: OAKWOOD MOBILE HOMES, INC.
                                         Comments: EXPUNGED
                                         DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $8613.55 | | | | |

---

| STANDISH, MYLES E<br>P.O. BOX 837<br>SUMMER FIELD, NC 27358 | | Claim Number: 5400<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5406<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5408<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5411<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5413<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5414<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5429<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5404<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5607<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5609<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5611<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5613<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5615<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5617<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5619<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 5634<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 6349<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 6378<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 6379<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | Claim Number: 6383<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: EXPUNGED |
|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | | Claim Number: 6385<br>Claim Date: 03/27/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | | Claim Number: 6386<br>Claim Date: 03/27/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | | Claim Number: 6437<br>Claim Date: 03/27/2003<br>Debtor: TRI-STATE INSURANCE AGENCY, INC.<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | | Claim Number: 6439<br>Claim Date: 03/27/2003<br>Debtor: FSI FINANCIAL SERVICES, INC.<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| STANDISH, MYLES E.<br>P.O. BOX 837<br>SUMMERFIELD, NC 27358 | | | Claim Number: 6381<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $22917.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| STANDRIDGE, CHRISTY & KEN | | | Claim Number: 10476<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6000.00 | |

| STANFIELD, PAUL<br>P O BOX 90031<br>CHATTANOOGA, TN 37412 | | | Claim Number: 4907<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN |
|---|---|---|---|
| UNSECURED | Claimed: | $13837.26 | |

STANFIELD, PAUL W & BARBARA
C/O WEB & SULLIVAN
ATTN: AMY BROWN
300 DELAWARE AVE, PO BOX 25046
WILMINGTON, DE 19899

Claim Number: 10770
Claim Date: 08/17/2005
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3765.85 |
| UNSECURED | Claimed: | $26969.12 |

STANFIELD, PAUL W. & BARBARA
331 LOVELLA DRIVE
RINGGOLD, GA 30736

Claim Number: 7794
Claim Date: 09/29/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $39628.00 |

STANION WHOLESALE ELECTRIC COMPANY
PO DRAWER F
PRATT, KS 67124

Claim Number: 3146
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $188.35 |

STANLEY FASTENING-OR
DEPT LA 21034
PASADENA, CA 91185

Claim Number: 5475
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $10098.13 |

STANLEY INDUSTRIAL TIRES INC-TX,
P.O. BOX 3163
COPPELL, TX 75019

Claim Number: 1109
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $842.19 | Scheduled: | $842.19 | Allowed: | $842.19 |

STANLEY STEEMER,
120 BAYNE ROAD
SALEM, VA 24153

Claim Number: 2508
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $405.00 | Scheduled: | $405.00 | Allowed: | $405.00 |

STANLEY WOODWORKING INC,
RR 3 BOX 315B
MIDDLEBURG, PA 17842

Claim Number: 997
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2934.84 | Scheduled: | $2934.84 | Allowed: | $2934.84 |

---

| STANLY COUNTY TAX COLLECTOR<br>201 S 2ND ST<br>ALBEMARLE, NC 28001 | Claim Number: 1394<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| SECURED        Claimed:        $10094.07 | | Allowed:        $9573.29 |

---

| STANLY NEWS AND PRESS<br>237 W N ST<br>PO BOX 488<br>ALBEMARLE, NC 28001 | Claim Number: 763<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED        Claimed:        $297.38 | | |

---

| STANLY NEWS AND PRESS,<br>237 W N ST<br>PO BOX 488<br>ALBEMARLE, NC 28001 | Claim Number: 734<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED        Claimed:        $0.00 | Scheduled:        $132.00 | Allowed:        $132.00 |

---

| STANOFSKI SHIRELY,<br>33021 HILL CREEK RD<br>WAGRAM, NC 28396-9049 | Claim Number: 746<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED        Claimed:        $50.00 | Scheduled:        $50.00 | Allowed:        $50.00 |

---

| STANS ACE HARDWARE<br>12212 SAGAMORE RD<br>LEAWOOD, KS 662091260 | Claim Number: 1148<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED        Claimed:        $329.24 | | Allowed:        $329.24 |

---

| STANS CLEAN SWEEP<br>DBA STANS CLEAN SWEEP<br>1366 MRS TATES RD<br>WHITEVILLE, NC 28472 | Claim Number: 5169<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
|---|---|---|---|
| PRIORITY        Claimed:        $1017.50 | | |

---

| STANS CLEAN SWEEP,<br>DBA STANS CLEAN SWEEP<br>1366 MRS TATES RD<br>WHITEVILLE, NC 28472 | Claim Number: 5168<br>Claim Date: 03/27/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY        Claimed:        $1017.50<br>UNSECURED | Scheduled:        $1017.50 | Allowed:        $1017.50 |

---

STANTON MECHANICAL,
DBA STANTON MECHANICAL
PO BOX 117
RESCUE, CA 95672

Claim Number: 6737
Claim Date: 04/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 | Allowed: | $260.00 |
|---|---|---|---|---|---|---|

STAPLETON, KIMBERLY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7128
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

STAR GROUP
DBA THE STAR GROUP
319 N BURLESON BLVD
BURLESON, TX 76028

Claim Number: 1898
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $120.83 | Scheduled: | $431.20 | Allowed: | $120.83 |
|---|---|---|---|---|---|---|

STAR GROUP
DBA THE STAR GROUP
319 N BURLESON BLVD
BURLESON, TX 76028

Claim Number: 1899
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $771.97 | | | Allowed: | $771.97 |
|---|---|---|---|---|---|---|

STAR TELEGRAM,
P O BOX 901051
FORT WORTH, TX 76101

Claim Number: 3088
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3443.90 | Scheduled: | $3178.94 | Allowed: | $3443.90 |
|---|---|---|---|---|---|---|

STAR TRUCK RENTALS
3940 EASTERN AVENUE S.E.
GRAND RAPIDS, MI 49508-2497

Claim Number: 10605
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $1250.00 | | | | |
|---|---|---|---|---|---|---|

STAR TRUCK RENTALS, INC.
3940 EASTERN AVE SE
GRAND RAPIDS, MI 49508

Claim Number: 10024
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $3435.08 | | | Allowed: | $1250.00 |
|---|---|---|---|---|---|---|

STAR TRUCK RENTALS, INC.
3940 EASTERN AVE SE
GRAND RAPIDS, MI 49508

Claim Number: 10548
Claim Date: 07/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $3435.08 | | | | |
|---|---|---|---|---|---|---|

STARDATA CONSULTANTS
BEVERLY ROCKETT
5208 BEAR CREEK RD
WINSTON SALEM, NC 27106-9603

Claim Number: 5499
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6715.00 | | | | | |

STARGEL OFFICE SYSTEMS,
1220 BLALOCK #100
HOUSTON, TX 77055

Claim Number: 1977
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $499.36 | Scheduled: | $522.67 | Allowed: | $499.36 |

STARK ELDON
RR 1  BOX 166
CRANE, MO 656339613

Claim Number: 4120
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2165.45 | | | | | |
| UNSECURED | | | | | Allowed: | $2165.45 |

STARK EVENT TRADING, LTD.
TRANSFEROR: MATERIAL DISTRIBUTORS, INC.
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

Claim Number: 5144
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET: 2576 (12/10/2003)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $97117.60 | Scheduled: | $102201.89 | Allowed: | $97117.60 |

STARKS, LINDA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7130
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

STARKS, LINDA DIANNA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7129
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

STARLA MOSS MATTHEWS
REVENUE COMMISSIONER
P.O. DRAWER 6406
DOTHAN, AL 36302

Claim Number: 10747
Claim Date: 05/09/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8292 (11/03/2005)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $344.22 | | | | | |

STARO ASSET MANAGEMENT
TRANSFEROR: FIRSTSITE STAFFING, INC.
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

Claim Number: 1220
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: DOCKET 2577 (12/10/2003)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68188.21 | | Scheduled: | $68188.21 | Allowed: | $68188.21 |

STARO ASSET MANAGEMENT
TRANSFEROR: BADGER REFURB CENTER
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

Claim Number: 5095
Claim Date: 03/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: DOCKET 3557 (02/10/2004)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $80325.87 | | Scheduled: | $75993.34 |

STARO ASSET MANAGEMENT
TRANSFEROR: SECURE ALERT INC
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

Claim Number: 1155
Claim Date: 02/20/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $196782.26 | | Allowed: | $194148.40 |

STARTS ELECTRIC
1100 N 4TH ST
LAKEVIEW, OR 976301320

Claim Number: 2706
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $175.33 | | Scheduled: | $175.33 | Allowed: | $175.33 |

STATE BOARD OF EQUALIZATION
SPECIAL PROCEDURES SECTION, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 4307
Claim Date: 03/13/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN
DOCKET: 1977 (09/16/2003)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1676.00 |

STATE BOARD OF EQUALIZATION
SPECIAL PROCEDURES SECTION, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 7246
Claim Date: 05/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET 2321 (11/04/2003)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $419784.52 |

STATE FARM A/S/O DENISE WRIGHT
C/O CHRISTOPHER W. CONNER
GARNER, KULL, FREESTATEL & CONNER
250 HIGH ST., PO BOX 5059
MARYVUILLE, TN 37802

Claim Number: 10700
Claim Date: 02/22/2005
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

---

STATE FARM BUR/SUBRO: ADA COUCH
DOUGLAS MUSHLITZ
PO DRAWER 285
LEWISTON, ID 83501

Claim Number: 7468
Claim Date: 06/26/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4394 (08/12/2004)

| UNSECURED | Claimed: | $200000.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

STATE FARM FIRE COMPANY
7700 E. POLO
WICHITA, KS 67206

Claim Number: 7327
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $59781.13 |
|---|---|---|

---

STATE FARM FIRE COMPANY
7700 E. POLO
WICHITA, KS 67206

Claim Number: 10594
Claim Date: 09/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $19927.04 |
|---|---|---|

---

STATE FARM INS.
A/S/O GALLAWAY & MELEOD
PO BOX 0447
DUPONT, WA 98327

Claim Number: 10519
Claim Date: 07/02/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $11869.81 |
|---|---|---|

---

STATE FARM INS. ASO GALBWAY & MCLEOD
PO BOX 0447
DUPONT, WA 98327

Claim Number: 4779
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $33913.75 |
|---|---|---|

---

STATE INDUSTRIES
500 LINDAHL PARKWAY
ASHLAND CITY, TN 37015

Claim Number: 3927
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $194263.79 |
|---|---|---|

---

STATE OF ALABAMA
BOB BONNER TAX COLLECTOR
P.O. BOX 407
BREWTON, AL 36427

Claim Number: 641
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $19.14 |
|---|---|---|

---

STATE OF CALIFORNIA, EMPLOYMENT
DEVELOPMENT DEPARTMENT
BANKRUPTCY UNIT MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280

Claim Number: 6412
Claim Date: 03/31/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN
DOCKET: 1913

| PRIORITY | Claimed: | $1348.66 |
|---|---|---|
| UNSECURED | Claimed: | $146.87 |

---

---

STATE OF CALIFORNIA, EMPLOYMENT
DEVELOPMENT DEPARTMENT
BANKRUPTCY UNIT MIC 92E
P.O. BXO 826880
SACRAMENTO, CA 94280

Claim Number: 6413
Claim Date: 03/31/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN
DOCKET: 1893 (09/03/2003)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $14702.94 |
| UNSECURED | Claimed: | $1611.80 |

---

STATE OF CALIFORNIA, EMPLOYMENT
DEVELOPMENT DEPARTMENT
BANKRUPTCY UNIT MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280

Claim Number: 6414
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 1932 (09/03/2003)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $1623.80 |
| UNSECURED | Claimed: | $166.68 |

---

STATE OF DELAWARE DIVISION OF REVENUE
820 N. FRENCH STREET, 8TH FLOOR
ATTN: RANDY R. WELLER - MS #25
WILMINGTON, DE 19801-0820

Claim Number: 6862
Claim Date: 04/30/2003
Debtor: HBOS MANUFACTURING, LP

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $8.26 |
| UNSECURED | Claimed: | $37.50 |

---

STATE OF FLORIDA - DEPT OF REVENUE
PO BOX 6668
TALLAHASSEE, FL 32314-6668

Claim Number: 3049
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 1326 (06/02/2003)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1827.25 |

---

STATE OF LOUISIANA
DEPARTMENT OF REVENUE
P.O. BOX 66658
BATON ROUGE, LA 70896

Claim Number: 160
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 735 (03/04/2003)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $13300.00 |

---

STATE OF LOUISIANA
DEPARTMENT OF REVENUE
P.O. BOX 66658
BATON ROUGE, LA 70896

Claim Number: 533
Claim Date: 02/06/2003
Debtor: DREAMSTREET COMPANY, LLC
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $199.00 |

---

STATE OF LOUISIANA
DEPARTMENT OF REVENUE
P.O. BOX 66658
BATON ROUGE, LA 70896

Claim Number: 534
Claim Date: 02/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $199.00 |

---

| | | | |
|---|---|---|---|
| STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | | Claim Number: 535<br>Claim Date: 02/06/2003<br>Debtor: OAKWOOD MDH4, LLC<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $422.00 | |
| UNSECURED | Claimed: | $20.00 | |

| | | | |
|---|---|---|---|
| STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | | Claim Number: 2426<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 762 (03/04/2003) |
| PRIORITY | Claimed: | $225.00 | |
| UNSECURED | Claimed: | $20.00 | |

| | | | |
|---|---|---|---|
| STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | | Claim Number: 3051<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $3100.00 | |

| | | | |
|---|---|---|---|
| STATE OF LOUISIANA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | | Claim Number: 3052<br>Claim Date: 03/04/2003<br>Debtor: DREAMSTREET COMPANY, LLC<br>Comments: WITHDRAWN<br>DOCKET: 1566 (07/11/2003) |
| PRIORITY | Claimed: | $69.00 | |

| | | | |
|---|---|---|---|
| STATE OF LOUISIANA,<br>DEPT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | | | Claim Number: 532<br>Claim Date: 02/06/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
| PRIORITY | Claimed: | $199.00 | |

| | | | |
|---|---|---|---|
| STATE OF MARYLAND<br>COMPLIANCE DIVISION<br>301 W PRESTON ST RM 410<br>BALTIMORE, MD 21201 | | | Claim Number: 4012<br>Claim Date: 03/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 1054 (04/07/2003) |
| PRIORITY | Claimed: | $2550.00 | |

| | | | |
|---|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF THE TREASURY<br>FIRST FLOOR, TREASURY BUILDING<br>STEVEN B. FLANCHER, ASST. ATTY. GENERAL<br>LANSING, MI 48922 | | | Claim Number: 7309<br>Claim Date: 05/19/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 1298 (05/27/2003) |
| ADMINISTRATIVE | Claimed: | $59.64 | |
| PRIORITY | Claimed: | $0.00 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF THE TREASURY<br>FIRST FLOOR, TREASURY BUILDING<br>STEVEN B. FLANCHER, ASST. ATTY. GENERAL<br>LANSING, MI 48922 | | Claim Number: 7310<br>Claim Date: 05/19/2003<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 1298 (05/27/2003) |
| PRIORITY | Claimed: $401.79 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>COLLECTIONS DIVISION, TREASURY BUILDING<br>ATTN: SANDRA M. BRAUN<br>LANSING, MI 48922 | | Claim Number: 7311<br>Claim Date: 05/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: $424407.57 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>COLLECTIONS DIVISION, TREASURY BUILDING<br>ATTN: SANDRA M. BRAUN<br>LANSING, MI 48922 | | Claim Number: 7312<br>Claim Date: 05/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: $25000.00 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>COLLECTIONS DIVISION, TREASURY BUILDING<br>ATTN: SANDRA M. BRAUN<br>LANSING, MI 48922 | | Claim Number: 7313<br>Claim Date: 05/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: $56292.38 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPT OF TREASURY, REVENUE DIVISION<br>FIRST FLOOR TREASURY BUILDING<br>LANSING, MI 48922 | | Claim Number: 7734<br>Claim Date: 08/04/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
| ADMINISTRATIVE | Claimed: $72940.57 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPT OF TREASURY, REVENUE DIVISION<br>FIRST FLOOR TREASURY BUILDING<br>LANSING, MI 48922 | | Claim Number: 7743<br>Claim Date: 08/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: $72940.57 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>STEVEN B. FLANCHER, ASSISTANT ATTY. GEN.<br>FIRST FLOOR, TREASURY BUILDING<br>LANSING, MI 48922 | | Claim Number: 7769<br>Claim Date: 09/02/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 1979 (09/15/2003) |
| PRIORITY | Claimed: $424407.57 | |

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>COLLECTIONS DIVISION, TREASURY BUILDING<br>ATTN:  SANDRA M. BRAUN<br>LANSING, MI 48922 | | Claim Number: 10110<br>Claim Date: 05/24/2004<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: $38875.46 | |

---

STATE OF MICHIGAN DEPARTMENT OF TREASURY
STEVEN B. FLANCHER
FIRST FLOOR, TREASURY BUILDING
LANSING, MI 48922

Claim Number: 6638
Claim Date: 04/07/2003
Debtor: NEW DIMENSION HOMES, INC
Comments: WITHDRAWN
DOCKET: 1264 (05/13/2003)

| PRIORITY | Claimed: | $30000.00 |
|---|---|---|

---

STATE OF MICHIGAN DEPARTMENT OF TREASURY
STEVEN B. FLANCHER
FIRST FLOOR, TREASURY BUILDING
LANSING, MI 48922

Claim Number: 6791
Claim Date: 04/24/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $2445.65 |
|---|---|---|

---

STATE OF WASHINGTON, DEPT OF REVENUE
ATTN: MI SONG
2101 4TH AVENUE
SUITE 1400
SEATTLE, WA 98121-1400

Claim Number: 6569
Claim Date: 04/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

STATE OF WASHINGTON, DEPT OF REVENUE
ATTN: MI SONG
2101 4TH AVENUE, STE 1400
SEATTLE, WA 98121-2300

Claim Number: 9473
Claim Date: 04/05/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4488 (09/03/2004)

| PRIORITY | Claimed: | $14505.00 |
|---|---|---|
| UNSECURED | Claimed: | $656.00 |

---

STATEFARM A/S/O DENISE WRIGHT
CHRISTOPHER CONNER
AMBROSE, WILSON LLP
PO BOX 2466
KNOXVILLE, TN 37901

Claim Number: 8205
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| ADMINISTRATIVE | Claimed: | $87712.90 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $87712.90 |

---

STATEWIDE SERV
11503 E LOOP 1604 N #110
UNIVERSAL CITY, TX 781483823

Claim Number: 5522
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $43801.26 |
|---|---|---|

---

STE GENEVIEVE HERALD,
PO BOX 447
SAINTE GENEVIEVE, MO 63670

Claim Number: 3850
Claim Date: 03/15/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $75.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15.00 | Allowed: | $75.00 |

---

---

| STEAL & DEALS<br>PO BOX 13<br>SEAGROVE, NC 27341 | | | Claim Number: 1092<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1402.20 | | | Allowed: | $1051.00 |

---

| STEEL & PIPE CORPORATION,<br>PO BOX 700<br>SANFORD, NC 27331-0700 | | | Claim Number: 670<br>Claim Date: 02/18/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1842.17 | Scheduled: | $1799.58 | Allowed: | $1842.17 |

---

| STEELE, JOSEPH MICHAEL<br>6251 N KY HWY 15 APT 106<br>HAZARD, KY 417015684 | | | Claim Number: 8829<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $95.00 UNLIQ | | | | |

---

| STEIGERWALT WAYNE<br>2292 SLAGEL RD<br>SPRING GROVE, PA 17362 | | | Claim Number: 4871<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | | | |

---

| STEPHEN & MANDY VISE, BRANDY L. HOLLAND<br>& DEBRA D. PRESCOTT<br>C/O LAWRENCE B. VOIT/SILVER, VOIT ET AL<br>4317-A MIDMOST DRIVE<br>MOBILE, AL 36609-5589 | | | Claim Number: 1224<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7488 (01/28/2005) | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2500000.00 | | | | |

---

| STERICYCLE INC,<br>2333 WAUKEGAN RD   STE 300<br>BANNOCKBURN, IL 600151575 | | | Claim Number: 3578<br>Claim Date: 03/11/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110.90 | Scheduled: | $8.23 | Allowed: | $110.90 |

---

| STERLING SIGN<br>PO BOX 7069<br>GREENSBORO, NC 27417-0069 | | | Claim Number: 2134<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10825.17 | Scheduled: | $10825.17 | Allowed: | $10825.17 |

---

| STETTNER MILLER & COHN PC,<br>LAWRENCE STREET CENTER<br>1380 LAWRENCE ST STE 1000<br>DENVER, CO 80204 | Claim Number: 2605<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC |
|---|---|

| UNSECURED | Claimed: | $2180.18 | Scheduled: | $1749.86 | Allowed: | $2180.18 |
|---|---|---|---|---|---|---|

---

| STEVE WOOD MASONARY<br>DBA:STEVE WOOD MASONARY<br>1004 BERKLEY BLVD<br>GOLDSBORO, NC 27534 | Claim Number: 4858<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $4700.00 |
|---|---|---|

---

| STEVE'S ELECTRIC<br>588 MABRY ROAD<br>ANGIER, NC 27501 | Claim Number: 1326<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $1775.00 | | | Allowed: | $1550.00 |
|---|---|---|---|---|---|---|

---

| STEVE'S ELECTRIC<br>588 MABRY ROAD<br>ANGIER, NC 27501 | Claim Number: 10015<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18245.50 |
|---|---|---|

---

| STEVE, ARBUCKLE<br>20164 COLEBROOK AVE<br>CALDWELL, ID 836057987 | Claim Number: 1712<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $293.37 | Scheduled: | $293.37 | Allowed: | $293.37 |
|---|---|---|---|---|---|---|

---

| STEVEN C. JAMES - ATTORNEY FOR<br>RICHARD & JO CABLER<br>521 TEXAS AVE.<br>EL PASO, TX 79901 | Claim Number: 4896<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $147448.14 |
|---|---|---|

---

| STEVENS, BOBBY/JOSEPHINE<br>P.O. BOX 71<br>PAULDING, MS 39348 | Claim Number: 619<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $50000.00 |
|---|---|---|

---

| STEVENS, BOBBY/JOSEPHINE<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2839<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $50000.00 | | | Allowed: | $14517.16 |
|---|---|---|---|---|---|---|

---

---

STEVENS, MARK & AMY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6921
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

STEVENSON, JASEN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6027
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $11268.75 UNLIQ |

---

STEWART SEPTIC SYSTEMS,
DBA STEWART SEPTIC SYSTEMS
P O BOX 607
DOYLINE, LA 71023

Claim Number: 4613
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3220.00 | | | | |
| UNSECURED | | | Scheduled: | $3000.00 | Allowed: | $3220.00 |

---

STEWART, HOPE
401 S. HWY 95
LITTLE RIVER, TX 76554

Claim Number: 10437
Claim Date: 06/17/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7444 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3350.00 | | Allowed: | $2450.00 |

---

STEWART, JANNIE R.
P.O. BOX 31095
AUGUSTA, GA 30903

Claim Number: 10375
Claim Date: 06/14/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 4579 (09/22/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

STEWART, MICHAEL
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6587
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25000.00 | | | |
| UNSECURED | | | | Allowed: | $7258.58 |

---

STEWART, RHONDA M
616 F ST
PERRYVILLE, AR 72126

Claim Number: 4400
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| STILLIONS, JOHN AND SUE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7131<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

| | | |
|---|---|---|
| STINNETT, WONDA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 6028<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| STINSON, BENNIE MAE<br>1416 ELM STREET<br>OPELIKA, AL 36801 | | Claim Number: 5079<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4387 (08/12/2004) |
| UNSECURED | Claimed: | $1000000.00 |

| | | |
|---|---|---|
| STINSON, WILLIAM<br>P.O. BOX 69<br>BAILEY, MS 39320 | | Claim Number: 8034<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) |
| ADMINISTRATIVE | Claimed: | $0.00 |

| | | |
|---|---|---|
| STINSON, WILLIAM<br>P.O. BOX 69<br>BAILEY, MS 39320 | | Claim Number: 9668<br>Claim Date: 04/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $79500.00 |

| | | |
|---|---|---|
| STINSON, WILLIAM E.<br>P.O. BOX 69<br>BAILEY, MS 39320 | | Claim Number: 10467<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
| ADMINISTRATIVE | Claimed: | $79900.00 |

| | | |
|---|---|---|
| STOCKDALE ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 549<br>Claim Date: 02/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
| SECURED | Claimed: | $3458.60 |

---

| STOCKDALE ISD<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 9160<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |

| ADMINISTRATIVE | Claimed: | $763.82 UNLIQ |

---

| STOKER TAD,<br>1675 FRANKLIN ROAD<br>HALLSVILLE, TX 75650 | Claim Number: 3758<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $500.00 | | | | |
| UNSECURED | | | Scheduled: | $500.00 | Allowed: | $500.00 |

---

| STOKES COUNTY TAX COLLECTOR<br>P O BOX 57<br>DANBURY, NC 27016 | Claim Number: 9296<br>Claim Date: 12/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1588.79 |

---

| STOKES COUNTY TAX COLLECTOR,<br>P O BOX 57<br>DANBURY, NC 27016 | Claim Number: 3133<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |

| UNSECURED | Claimed: | $640.28 | Scheduled: | $328.08 DISP |

---

| STOKES MOBILE HOME REPAIR<br>PO BOX 31<br>GERMANTON, NC 27019 | Claim Number: 9612<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $740.00 |

---

| STOKES MOBILE HOME REPAIR<br>P.O. BOX 31<br>GERMANTON, NC 27019 | Claim Number: 10466<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $740.00 |

---

| STOKES MOBILE HOME REPAIR,<br>DBA STOKES MOBILE HOME REPAIR<br>PO BOX 31<br>GERMANTON, NC 27019 | Claim Number: 7898<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $740.00 |

---

STOKES, ALPHONSO
126 MT CARMEL DR
NATCHEZ, MS 39120-2207

Claim Number: 4119
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $30600.12 | |
| UNSECURED | Claimed: | $49896.68 | |

---

STOKES, BRENDA M.
C/O PAUL G. ENTERLINE, ESQ.
PO BOX 826
GEORGETOWN, DE 19947

Claim Number: 3410
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25489.00 | Allowed: | $3397.00 |

---

STOLLAR, JOHN H
2108 FAIRY STONE PARK RD
FERRUM, VA 24088

Claim Number: 10774
Claim Date: 08/25/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8292 (11/03/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6500.00 |

---

STONE, BECKIE BRISSON
111 J JOHN PENN CIR
SALISBURY, NC 28145

Claim Number: 10440
Claim Date: 06/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38536.00 UNDET |

---

STONE, HELEN B.
5180 BIGWOODS ROAD
CHAPEL HILL, NC 27517

Claim Number: 8631
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1350.00 |

---

STONE, MORRIS E
2732 WOODBROOK DR.
BATON ROUGE, LA 70816

Claim Number: 8830
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10000.00 |

---

STORM WINDOW PLACE
1305A JARVIS
LUBBOCK, TX 79403

Claim Number: 3703
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1168.08 |

---

---

STORM'S SPECIALTY SERVICE, INC.
DBA STORM'S MOBILE HOME SERVICE
454 N. MULBERRY STREET
FRUITA, CO 81521

Claim Number: 9795
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

---

STORY, JOSEPH L.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6029
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $8330.77 UNLIQ |

---

STOUT, BRIAN
8418 CALHOUN DR
SILSBEE, TX 77656-6747

Claim Number: 6326
Claim Date: 04/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $2992.23 |
|---|---|---|

---

STOUT, VIOLET
PO BOX 401
EASTON, WA 98925

Claim Number: 6200
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 CONT |
|---|---|---|

---

STOVER, LOYD AND KARLA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7132
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

STOWE LAW FIRM
530 PATTON ST
DANVILLE, VA 24541

Claim Number: 3717
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $70.00 | | Allowed: | $70.00 |
|---|---|---|---|---|---|

---

STOWELL, EUGENE
17 POCOHONTAS AVE
MILLSBORO, DE 19966

Claim Number: 7950
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $132.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $125.00 |

---

---

STOWERS BRIAN & PATRICIA
C/O DAVID AMBERS, ATTORNEY
105 J STREET
LA PORTE, IN 46350

Claim Number: 4279
Claim Date: 03/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 3366 (01/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35000.00 |

---

STRAIN, HEIDI
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6030
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

STRATEN, RICK W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6031
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2775.00 UNLIQ |

---

STREETER, SABIN C.
IRVO WOODS WITCH LANE
CHAPPAGUA, NY 10514

Claim Number: 5426
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

STREETER, SABIN C.
TWO WOODS WITCH LANE
CHAPPAQUA, NY 10514

Claim Number: 5632
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

STREETER, SABIN C.
TWO WOODS WITCH LANE
CHAPPAQUA, NY 10514

Claim Number: 6367
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

STRIBLING II, PHILLIP E
1103 HOGANSVILLE RD
LAGRANGE, GA 30241

Claim Number: 8117
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1800.00 UNLIQ |

---

---

STRICKLAND STUART,
104 SHADY KNOLLS LANE LOT 5
JACKSONVILLE, NC 28546

Claim Number: 3584
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2075.00 | Scheduled: | $1925.00 | Allowed: | $2075.00 |

STRICKLAND, BOBBY W.
DBA NORTHWOODS AUTO SALES
5730 DORCHESTER ROAD
CHARLESTON, SC 29418

Claim Number: 1429
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8310.18 |

STRIPLING, KIM E
P.O. BOX 781
NORMAN PARK, GA 31771

Claim Number: 8762
Claim Date: 11/20/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3660.80 |

STROMAN APPLIANCE CENTER
1460 EXECUTIVE CT
ORANGEBURG, SC 29115

Claim Number: 2332
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $825.01 | | | |
| UNSECURED | | | | Allowed: | $825.01 |

STUART CONCRETE INC
PO BOX 565
STUART, VA 24171

Claim Number: 8710
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $436.99 |

STULL, IRA I.
STEVEN K. KORTANEK, ESQ.
919 N MARKET ST
SUITE 100
WILMINGTON, DE 19801

Claim Number: 7448
Claim Date: 06/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $6167.31 |

STUTZMAN ROGER
57334 ARABIAN DRIVE
GOSHEN, IN 46528

Claim Number: 5491
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1672.00 | | Allowed: | $1672.00 |

| STYLECREST HOME<br>600 HAGERTY DRIVE<br>FREMONT, OH 43420 | | | Claim Number: 10013<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5283.75 | | | | |

| STYLECREST SALES<br>600 HAGERTY DRIVE<br>FREMONT, OH 43420 | | | Claim Number: 10014<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7344 (11/17/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37142.03 | | | Allowed: | $47.52 |

| STYLECREST-IN,<br>2010 RELIABLE PARKWAY<br>CHICAGO, IL 60680 | | | Claim Number: 3941<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11430.79 | Scheduled: | $11983.72 | Allowed: | $11430.79 |

| STYLECREST-KS,<br>2010 RELIABLE PARKWAY<br>CHICAGO, IL 60680 | | | Claim Number: 3938<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16065.09 | Scheduled: | $15217.53 | Allowed: | $16065.09 |

| STYLECREST-MN<br>2010 RELIABLE PARKWAY<br>CHICAGO, IL 60680 | | | Claim Number: 3942<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9123.06 | Scheduled: | $8332.98 | Allowed: | $9123.06 |

| STYLECREST-OR,<br>2010 RELIABLE PARKWAY<br>CHICAGO, IL 60680 | | | Claim Number: 3940<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1857.12 | Scheduled: | $628.32 | Allowed: | $1857.12 |

| STYLECREST-PA,<br>2010 RELIABLE PARKWAY<br>CHICAGO, IL 60680 | | | Claim Number: 3943<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4007.41 | Scheduled: | $4015.32 | Allowed: | $4007.41 |

| SUAREZ, ASTREBERTA SALAS<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6032<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $1256.25 UNLIQ | | | | |

SUBURBAN COMPUTER SERVICES,INC,
P.O. BOX 768
MT. CLEMENS, MI 48046

Claim Number: 797
Claim Date: 02/19/2003
Debtor: TRI-STATE INSURANCE AGENCY, INC.

| UNSECURED | Claimed: | $60.00 | Scheduled: | $60.00 | Allowed: | $60.00 |
|---|---|---|---|---|---|---|

SUBURBAN JOURNALS
1714 DEER TRACKS TRAIL
SAINT LOUIS, MO 63131

Claim Number: 7340
Claim Date: 06/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $844.95 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $844.95 |

SUBURBAN JOURNALS,
1714 DEER TRACKS TRAIL
SAINT LOUIS, MO 63131

Claim Number: 6183
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $1959.62 | | | | |
|---|---|---|---|---|---|---|

SUCCESSORIES, INC.
2520 DIEHL RD
AURORA, IL 60504-9497

Claim Number: 180
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $82.99 | | | Allowed: | $82.99 |
|---|---|---|---|---|---|---|

SUCCESSORIES, INC.
2520 DIEHL RD
AURORA, IL 60504-9497

Claim Number: 181
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $162.97 | | | Allowed: | $162.97 |
|---|---|---|---|---|---|---|

SUCCESSORIES, INC.
2520 DIEHL RD
AURORA, IL 60504-9497

Claim Number: 546
Claim Date: 02/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $83.34 | Scheduled: | $166.33 | Allowed: | $83.34 |
|---|---|---|---|---|---|---|

SUES CLEANING
DBA:SUES CLEANING
4530 KENTUCKY HWY 1247
STANFORD, KY 40484

Claim Number: 1765
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $210.00 | | | Allowed: | $210.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| SUES CLEANING<br>DBA:SUES CLEANING<br>4530 KENTUCKY HWY 1247<br>STANFORD, KY 40484 | | Claim Number: 8049<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $210.00 |
|---|---|---|

| | | |
|---|---|---|
| SUFFOLK NEWS<br>P O BOX 1220<br>130 S SARATOGA ST<br>SUFFOLK, VA 23439-1220 | | Claim Number: 8614<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $160.55 |
|---|---|---|

| | | |
|---|---|---|
| SUFFOLK NEWS HE,<br>P O BOX 1220<br>130 S SARATOGA ST<br>SUFFOLK, VA 23439-1220 | | Claim Number: 1520<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |

| PRIORITY | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $160.55 | Scheduled: | $160.55 | Allowed: | $160.55 |

| | | |
|---|---|---|
| SUGGS, JAY JR<br>112 1ST AVE<br>CHADBOURN, NC 28431 | | Claim Number: 8929<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

| | | |
|---|---|---|
| SULLINS JOHNSTON ROHRBACH & MAGERS<br>2200 PHOENIX TOWER<br>3200 SOUTHWEST FRWY<br>ATTN: MONICA S PECKHAM<br>HOUSTON, TX 77027 | | Claim Number: 5322<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $50482.00 | Scheduled: | $37977.10 DISP CONT |
|---|---|---|---|---|

| | | |
|---|---|---|
| SULLINS JOHNSTON ROHRBACH & MAGERS,<br>2200 PHOENIX TOWER<br>3200 SOUTHWEST FRWY<br>ATTN: BILL ROHRBACH<br>HOUSTON, TX 77027 | | Claim Number: 8983<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| ADMINISTRATIVE | Claimed: | $246914.90 |
|---|---|---|

| | | |
|---|---|---|
| SULLIVAN COUNTY<br>3258 HWY. 1256 , STE. 101<br>BLOUNTVILLE, TN 37617 | | Claim Number: 1948<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| PRIORITY | Claimed: | $695.75 |
|---|---|---|

SUMMER PLACE SUBDIVISION
2450 10TH NE
EAST WENATCHEE, WA 98802

Claim Number: 3433
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $897.00 | | |
|---------|----------|---------|-------|--------|
| UNSECURED | | | Allowed: | $897.00 |

SUMMEROW RONNIE
7190 GILLETT RD
CANUTILLO, TX 79835

Claim Number: 1178
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $700.00 |
|-----------|----------|---------|

SUMMERS, JANICE
JOHN A. FLYNN, ESQ.
P.O. BOX 1344
CABOT, AR 72023

Claim Number: 30
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $250000.00 |
|-----------|----------|------------|

SUMMERS, JANICE
JOHN A. FLYN, ESQ.
P.O. BOX 1344
CABOT, AR 72023

Claim Number: 55
Claim Date: 12/12/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $250000.00 |
|-----------|----------|------------|

SUMMERS, STEVEN
JOHN A. FLYNN, ESQ.
P.O. BOX 1344
CABOT, AR 72023

Claim Number: 29
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $2500000.00 |
|-----------|----------|-------------|

SUMMERS, STEVEN
JOHN A. FLYNN
PO BOX 1344
CABOT, AR 72023

Claim Number: 7441
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $2500000.00 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-------------|------------|-------------|

SUMMERS, STEVEN & JANICE
ATTN:JOHN A FLYNN
FLYNN LAW FIRM
PO BOX 1344
CABOT, AR 72023-1344

Claim Number: 10787
Claim Date: 10/27/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $250000.00 |
|-----------|----------|------------|

---

| SUMMERVILLE, MARY JANE<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 4247<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $1500.00 | | | Allowed: | $725.86 |

---

| SUMNER & SONS DRYWALL & MORE<br>724 CLAYTON DRIVE<br>CLARKSVILLE, TN 37040 | Claim Number: 3405<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP |
|---|---|

| UNSECURED | Claimed: | $8525.00 | | | Allowed: | $8525.00 |

---

| SUMNER & SONS DRYWALL & MORE,<br>724 CLAYTON DRIVE<br>CLARKSVILLE, TN 37040 | Claim Number: 3404<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $8525.00 | Scheduled: | $8525.00 |

---

| SUMTER COUNTY TREASURER<br>13 E CANAL ST<br>SUMTER, SC 29150 | Claim Number: 7215<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $1278.18 |

---

| SUMTER COUNTY TREASURER,<br>13 E CANAL ST<br>SUMTER, SC 29150 | Claim Number: 7216<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $766.58 | Scheduled: | $334.42 DISP | Allowed: | $766.58 |

---

| SUMTER COUNTY TREASURER,<br>13 E CANAL ST<br>SUMTER, SC 29150 | Claim Number: 7760<br>Claim Date: 09/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $1556.82 |

---

| SUMTER COUNTY TREASURER,<br>13 E CANAL ST<br>SUMTER, SC 29150 | Claim Number: 9377<br>Claim Date: 02/17/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $478.39 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| SUN MOUNTAIN AMERICA INC,<br>PO BOX 1291<br>SILVER CITY, NM 88062 | | | Claim Number: 1792<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $505.28 | Scheduled: | $505.28 | Allowed: | $505.28 |
| SUN NEWS<br>P O BOX 406<br>MYRTLE BEACH, SC 29578-0406 | | | Claim Number: 1685<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $478.24 | Scheduled: | $478.24 | Allowed: | $478.24 |
| SUNBURST MOBILE,<br>PO BOX 5833<br>SANTA FE, NM 87502 | | | Claim Number: 3764<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1325.00 | Scheduled: | $300.00 | | |
| SUNBURST SKYLIGHTS, LTD.<br>1210 INDUSTRIAL WAY<br>PARKSVILLE, BC V9P 1R2<br>CANADA | | | Claim Number: 7348<br>Claim Date: 06/04/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $21732.00 | | | | |
| SUNDARAM ENGINEERING, INC<br>1343 W KIOWA AVE<br>MESA, AZ 85202 | | | Claim Number: 9515<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | |
| SUNDARAM ENGINEERING, INC<br>1343 W KIOWA AVE<br>MESA, AZ 85202 | | | Claim Number: 10281<br>Claim Date: 06/08/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
| SUNDERMAN MELVIN,<br>1037 DEAD RIVER RD<br>EAGLE LAKE, TX 774347282 | | | Claim Number: 2778<br>Claim Date: 03/03/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 | Allowed: | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| SUNDERMAN, MELVIN<br>PO BOX 7<br>GARWOOD, TX 77442 | | | Claim Number: 7960<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE | Claimed: | $100.00 | | | |
| SUNFLOWER CLEANING SERVICES<br>DBA SUNFLOWER CLEANING SERVICES<br>4294 STATE HWY 3<br>BREMERTON, WA 98312 | | | Claim Number: 1936<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | |
| PRIORITY | Claimed: | $1200.00 | | | |
| SUNGARD AVAILABILTY SERVICES, LP<br>ATTENTION: MAUREEN A. MCGREEVEY, ESQ.<br>680 EAST SWEDESFORD ROAD<br>WAYNE, PA 19087 | | | Claim Number: 10306<br>Claim Date: 06/09/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $67463.00 | | | |
| UNSECURED | Claimed: | $23469.00 | | Allowed: | $23469.00 |
| SUNGARD RECOVERY SERVICES, LP<br>ATTN: MAUREEN A. MCGREEVEY, ESQ<br>680 EAST SWEDESFORD ROAD<br>WAYNE, PA 19087 | | | Claim Number: 9319<br>Claim Date: 12/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) | | |
| ADMINISTRATIVE | Claimed: | $77062.00 | | | |
| SECURED | Claimed: | $5408.00 | | | |
| UNSECURED | | | Scheduled: | $10877.00 | |
| SUNNY KNOLL COURT,<br>DBA SUNNY KNOLL COURT<br>PO BOX 104<br>ADRIAN, MO 64720 | | | Claim Number: 1250<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $270.20 | | | |
| UNSECURED | | | Scheduled: | $270.20 DISP | Allowed: $270.20 |
| SUNNY KNOLL COURT,<br>DBA SUNNY KNOLL COURT<br>PO BOX 104<br>ADRIAN, MO 64720 | | | Claim Number: 1260<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $270.20 | | | |
| SUNRISE GARDENS MOBILE HOME COMM-OFFICE<br>6105 E. SAHARA AVE.<br>LAS VEGAS, NV 89142 | | | Claim Number: 10342<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $1418.34 | | | |

SUNRISE GARDENS MOBILE HOME COMMUNITY
6105 E. SAHARA AVE.
LAS VEGAS, NV 89142

Claim Number: 10168
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $319.00 | |
| SECURED | Claimed: | $1353.18 | |

SUNRISE GARDENS MOBILE HOME COMMUNITY
6105 E. SAHARA AVE.
LAS VEGAS, NV 89142

Claim Number: 10169
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1133.00 | Allowed: | $650.00 |

SUNRISE GARDENS MOBILE HOME COMMUNITY
6105 E. SAHARA AVE.
LAS VEGAS, NV 89142

Claim Number: 10170
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $454.00 |
| SECURED | Claimed: | $1439.34 |
| TOTAL | Claimed: | $1923.34 |

SUNRISE MHP
1004 RED BANK RD
GOOSE CREEK, SC 29445

Claim Number: 1570
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $748.00 |

SUNRISE POINTE MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6192
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1615.92 |
| TOTAL | Claimed: | $1128.92 |

SUNRISE POINTE MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6460
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1615.92 |
| TOTAL | Claimed: | $1128.92 |

SUNRISE POINTE MOBILE HOME PARK
C/O MATTHEW L. JOHNSON
HUTCHISON & STEFFEN, LTD.
8831 W. SAHARA AVENUE
LAS VEGAS, NV 89117

Claim Number: 6354
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1615.92 |
| TOTAL | Claimed: | $1128.92 |

| | | | |
|---|---|---|---|
| SUNSET RIDGE MANUFACTURED HOME PARK<br>RONALD STEITLER<br>6406 W. 7TH<br>TEXARKANA, TX 75501 | | | Claim Number: 640<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |

| | | |
|---|---|---|
| SECURED | Claimed: | $877.50 |

| | | | |
|---|---|---|---|
| SUNTRUST RCM<br>C/O NACM-SE<br>PO BOX 29429<br>ATLANTA, GA 30359 | | | Claim Number: 10707<br>Claim Date: 03/01/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7913 (07/13/2005) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5678.00 |

| | | | |
|---|---|---|---|
| SUPER 8 MOTEL<br>3216 CLARK LANE<br>COLUMBIA, MO 65202 | | | Claim Number: 3233<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4553.05 |

| | | | |
|---|---|---|---|
| SUPER 8 MOTEL<br>1733 WEST 5TH ST<br>EUREKA, MO 63025 | | | Claim Number: 5497<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $1165.16 | | Allowed: | $898.44 |

| | | | |
|---|---|---|---|
| SUPER 8 MOTEL,<br>3216 CLARK LANE<br>COLUMBIA, MO 65202 | | | Claim Number: 3234<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $496.12 | Scheduled: | $46.94 |

| | | | |
|---|---|---|---|
| SUPER CLEAN,<br>DBA SUPER CLEAN<br>130-1 WHIPPERWILL CT<br>GROVER, NC 28073 | | | Claim Number: 3283<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $785.00 | Scheduled: | $525.00 | Allowed: | $785.00 |

| | | | |
|---|---|---|---|
| SUPERIOR AIR<br>PO BOX 236<br>SILVERHILL, AL 36576 | | | Claim Number: 1503<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2409.26 |

| SUPERIOR ELECTRIC,<br>945 NW HAYES<br>CORVALLIS, OR 97330 | | | Claim Number: 928<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $188.79 | Allowed: | $188.79 |

| SUPERIOR MANU. HOME DEVEL.,<br>STANLEY<br>1225 W MARSHALL AVE<br>LONGVIEW, TX 756045110 | | | Claim Number: 2192<br>Claim Date: 02/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $4858.33 | | | Allowed: | $4858.33 |

| SUPERIOR MOBILE HOME MOVING<br>RR 2 BOX 293<br>HILL CITY, KS 67642 | | | Claim Number: 9176<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $727.50 | | | | |

| SUPERIOR PRINTING<br>SUPERIOR PRINTING CO<br>2616 E WOODLYN WAY<br>GREENSBORO, NC 274075042 | | | Claim Number: 3676<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17497.79 | | | | |

| SUPERIOR PROFILES INC-GA<br>PO BOX 890615<br>CHARLOTTE, NC 28289 | | | Claim Number: 3733<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3377.87 | | | | |

| SUPERIOR PROFILES INC-TX<br>PO BOX 2699<br>FLORENCE, AL 35630-0020 | | | Claim Number: 8935<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3377.87 | | | | |

| SUPERIOR SERVICES COLUMBIA<br>P.O. BOX 389<br>MACON, MO 63552 | | | Claim Number: 2816<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $344.00 | Scheduled: | $345.08 | Allowed: | $344.00 |

---

SUPERIOR TIRE & AXLE INC-IN,
3001 TUSCANY DRIVE
ELKHART, IN 46514

Claim Number: 2941
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $147933.00 | | Allowed: | $149411.00 |

---

SURLES HUGH
7206 HWY 210 NORTH
ANGIER, NC 27501

Claim Number: 2734
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $360.00 |

---

SURLES HUGH,
7206 HWY 210 NORTH
ANGIER, NC 27501

Claim Number: 2733
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $360.00 | | | | | |
| UNSECURED | | | Scheduled: | $360.00 DISP | | Allowed: | $360.00 |

---

SURLES, HUGH
7206 HWY 210 NORTH
ANGIER, NC 27501

Claim Number: 8510
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $360.00 |

---

SURLES, HUGH
7206 NC 210 NORTH
ANGIER, NC 27501

Claim Number: 10354
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $360.00 |

---

SURRETT, DAVID DANIEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5837
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1256.25 | UNLIQ |

---

SURRY CO TAX COLLECTOR
PO BOX 576
DOBSON, NC 27017-0576

Claim Number: 8485
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1086.36 |

---

---

SURRY COUNTY TAX COLLECTOR
PO BOX 576
DOBSON, NC 27017

Claim Number: 10539
Claim Date: 07/15/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1236.49 | | | | |

---

SUSSEX LUMBER CO LLC,
PO BOX 509
MILLSBORO, DE 19966

Claim Number: 4767
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $260.85 | Scheduled: | $84.88 | Allowed: | $260.85 |

---

SUTHERLANDS
1209 MILITARY RD
BENTON, AR 72015

Claim Number: 4525
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3831.81 | | | | |

---

SUTHERLANDS HOM
MID-STATE MALL
2450 S 9TH ST.
SALINA, KS 67401

Claim Number: 4524
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1529.49 | | | | |

---

SUTHERLIN SANIT,
P O BOX 599
SUTHERLIN, OR 97479

Claim Number: 735
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $618.00 | Scheduled: | $300.00 | Allowed: | $618.00 |

---

SUTTELL & ASSOCIATES
7525 S.E. 24TH STREET #310
MERCER ISLAND, WA 98040

Claim Number: 4374
Claim Date: 03/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $26326.99 | Scheduled: | $8402.46 | Allowed: | $21447.46 |

---

SUTTELL & ASSOCIATES
7525 S.E. 24TH STREET #310
MERCER ISLAND, WA 98040

Claim Number: 5280
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $26326.99 | | | | |

---

SUTTELL & ASSOCIATES
7525 S.E. 24TH STREET #310
MERCER ISLAND, WA 98040

Claim Number: 8580
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $4134.01 | | | | |

---

---

SUTTON TRENCHING,
SUTTON TRENCHING
P O BOX 99
SPAVINAW, OK 74366

Claim Number: 4066
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5330.00 | | | | | |
| UNSECURED | | | Scheduled: | $5330.00 | | Allowed: | $5330.00 |

---

SUTTON, ANTONIO O.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5838
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

SUTTON, ELLA LOUISE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5839
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $693.75 UNLIQ |

---

SUTTON, HOMER J
797 SMITH ROAD
MOULTRIE, GA 31768

Claim Number: 8227
Claim Date: 11/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

SUTTON, LARRY D. AND RUTH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7133
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

SUTTON, MICHAEL D
797 SMITH RD
MOULTRIE, GA 31768

Claim Number: 8339
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

SVEA MCALLISTER
3408 LORI LANE NORTH
LAKELAND, FL 33801

Claim Number: 5127
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6364.22 | | | |
| UNSECURED | | | | Allowed: | $6364.22 |

---

SWAN, CLYDE M
50177 BURR RD
ABERDEEN, MS 39730

Claim Number: 1727
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $325.00 | Scheduled: | $325.00 | Allowed: | $325.00 |
|---|---|---|---|---|---|---|

SWAN, CLYDE M.
50177 BURR RD
ABERDEEN, MS 39730-8594

Claim Number: 9585
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $325.00 |
|---|---|---|

SWAN, CLYDE MICHAEL
50177 BURR ROAD
ABERDEEN, MS 39730

Claim Number: 9752
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $325.00 |
|---|---|---|

SWANN, GLADYS
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7134
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

SWARNER COMMUN
DBA:SWARNER COMMUNICATION
PO BOX 98801
TAMOCA, WA 98498

Claim Number: 1852
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1885.43 |
|---|---|---|

SWEET, SUZETTE KIM
29123 ELIZABETH LN
NEW HUDSON, MI 481659715

Claim Number: 8249
Claim Date: 11/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $27000.00 |
|---|---|---|

SWEETWATER CITY
TAX COLLECTOR
P. O. BOX 267
203 MONROE STREET
SWEETWATER, TN 37874

Claim Number: 6705
Claim Date: 04/21/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $64.67 | | | Allowed: | $64.67 |
|---|---|---|---|---|---|---|

SWEETWATER UTILITIES BOARD
101 S OAK ST.
PO BOX 191
SWEETWATER, TN 37873

Claim Number: 9536
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $945.91 |
|---|---|---|

---

SWENSON, MARIE
2702 SHOEMAKE AVENUE
MODESTO, CA 95358

Claim Number: 10213
Claim Date: 06/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1500.00 |
| --- | --- | --- |

---

SWICEGOOD PAPER CORP
PO BOX 1787
SALISBURY, NC 28144

Claim Number: 2175
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $135.09 |
| --- | --- | --- |

---

SWINDLER, BRIAN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7135
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| --- | --- | --- | --- | --- | --- |

---

SYCAMORE SPRING LLC
4833 GREEN VALLEY DR
HIGH RIDGE, MO 63049

Claim Number: 5468
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $530.00 |
| --- | --- | --- |

---

SYCAMORE SPRING LLC,
4833 GREEN VALLEY DR
HIGH RIDGE, MO 63049

Claim Number: 5465
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| PRIORITY | Claimed: | $550.00 | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $1201.00 | DISP |

---

SYCAMORE SPRING LLC,
4833 GREEN VALLEY DR
HIGH RIDGE, MO 63049

Claim Number: 5466
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $550.00 |
| --- | --- | --- |

---

SYCAMORE SPRING LLC,
4833 GREEN VALLEY DR
HIGH RIDGE, MO 63049

Claim Number: 5467
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $1590.00 | | | |
| --- | --- | --- | --- | --- | --- |
| UNSECURED | | | | Allowed: | $1590.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYCAMORE SPRING LLC,<br>4833 GREEN VALLEY DR<br>HIGH RIDGE, MO 63049 | | | Claim Number: 5469<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $530.00 | | | | | |
| SYFERT, ANDREW & LACEY<br>JOSEPH M. PAGE, ATTORNEY<br>700 E. CAPITAL<br>PO BOX 1438<br>JEFFERSON CITY, MO 65102 | | | Claim Number: 325<br>Claim Date: 01/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $4000.00 | | | | | |
| SYFERT, ANDREW & LACEY<br>JOSEPH M. PAGE, ATTORNEY<br>700 E. CAPITAL<br>PO BOX 1438<br>JEFFERSON CITY, MO 65102 | | | Claim Number: 477<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $4000.00 | | | | | |
| SYFERT, ANDREW & LACEY<br>JOSEPH M. PAGE, ATTORNESY<br>700 E. CAPITAL<br>PO BOX 1438<br>JEFFERSON CITY, MO 65102 | | | Claim Number: 7805<br>Claim Date: 10/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $500.00 | | | | Allowed: | $500.00 |
| T & H SALES & SALVAGE-GA,<br>PO BOX 276<br>PAVO, GA 31778 | | | Claim Number: 1305<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $492.90 | Scheduled: | $492.90 | | Allowed: | $492.90 |
| T & L CUSTOM GRADING INC<br>7543 CEDAR SQUARE RD<br>RANDLEMAN, NC 27317 | | | Claim Number: 1343<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $5300.00 | | | | | |
| T & M MOBILE HOME MOVERS INC,<br>282 ROTHROCK ROAD<br>LEXINGTON, NC 27292 | | | Claim Number: 4744<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $4948.00 | Scheduled: | $4948.00 | | Allowed: | $4948.00 |
| T & S FIRE<br>3025 RANDLEMAN RD<br>GREENSBORO, NC 27406 | | | Claim Number: 1170<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $422.00 | | | | | |

---

T G I F WEEKEND BANDIT
P O BOX 1142
DENISON, TX 75021

Claim Number: 8004
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $420.00 |
|---|---|---|

---

T J T INC-CA,
P O BOX 278
EMMETT, ID 83617

Claim Number: 4722
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| UNSECURED | Claimed: | $39000.00 | Scheduled: | $90190.60 |
|---|---|---|---|---|

---

T K GROUP INC
308 W. STATE ST SUITE 250
ROCKFORD, IL 61101

Claim Number: 2314
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2482.65 | | | Allowed: | $2482.65 |
|---|---|---|---|---|---|---|

---

T K GROUP INC,
308 W. STATE ST SUITE 250
ROCKFORD, IL 61101

Claim Number: 2315
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $485.00 | Scheduled: | $2482.65 | Allowed: | $485.00 |
|---|---|---|---|---|---|---|

---

T&D MOBILE HOME REPAIR,
DBA T&D MOBILE HOME REPAIR
1811 PRICE RD
EDEN, NC 27288

Claim Number: 2587
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $2095.00 | Scheduled: | $2095.00 | Allowed: | $2095.00 |
|---|---|---|---|---|---|---|

---

T&D MOBILE HOME REPAIR,
DBA T&D MOBILE HOME REPAIR
1811 PRICE RD
EDEN, NC 27288

Claim Number: 7837
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2095.00 |
|---|---|---|

---

T&L CLEANING,
TAGGART WENDY
12635 TRAIL DR RD
MELBA, ID 836414250

Claim Number: 8124
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

---

| T&R MASONARY<br>PO BOX 759<br>LEWISTON WOODVILLE, NC 27849 | | | Claim Number: 10285<br>Claim Date: 05/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1000.00 | | | | |

| T&R MASONRY<br>PO BOX 759<br>LEWISTON WOODVILLE, NC 27849 | | | Claim Number: 1731<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1000.00 | | | | |
| UNSECURED | | | Scheduled: | $1000.00 | Allowed: | $1000.00 |

| T-MOBILE<br>PO BOX 37380<br>ALBUQUERQUE, NM 87176 | | | Claim Number: 10360<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $318.20 | | | | |

| T-MOBILE WIRLESS<br>T MOBILE<br>5421 JEFFERSON ST NE<br>ALBUQUERQUE, NM 871093406 | | | Claim Number: 2973<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $318.20 | | | | |

| T.A.G. CUSTOM,<br>DBA:T.A.G. CUSTOM & MODUL<br>34481 TIFFANY LANE<br>ALBEMARLE, NC 28001 | | | Claim Number: 6289<br>Claim Date: 03/31/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3736.88 | | | | |

| TABOR, SUSAN D<br>499 NICHOLS ROAD<br>CROSSVILLE, TN 38571 | | | Claim Number: 8439<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4486 (09/03/2004) | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |

| TAFOYA JOHN,<br>1407 ARNOLD ST<br>P O BOX 234<br>RATON, NM 87740 | | | Claim Number: 2494<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3400.00 | | | | |
| UNSECURED | | | Scheduled: | $3400.00 | Allowed: | $3400.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TALLAHASSEE COMMUNITY,<br>COLLEGE FOUNDATION, INC.<br>444 APPLEYARD DRIVE<br>TALLAHASSEE, FL 32304 | | | Claim Number: 5094<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $42800.00 | | | | Allowed: | $42800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAMKO ROOFING PRODUCTS, INC.<br>PO BOX 1404<br>JOPLIN, MO 64802-1404 | | | Claim Number: 5345<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $21023.50 | Scheduled: | $21975.84 | Allowed: | $21023.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAMMY CARPENTER<br>ROYDERA HACKWORTH<br>2500 BRANDT FOREST COURT<br>GREENSBORO, NC 27455 | | | Claim Number: 7379<br>Claim Date: 06/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $20000.00 | Scheduled: | $0.00 UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAMMYS CLEANING SERVICE,<br>DBA TAMMYS CLEANING SERVICE<br>2426 THORNHILL RD<br>TIFTON, GA 31794 | | | Claim Number: 7353<br>Claim Date: 06/09/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $160.00 | Scheduled: | $160.00 | Allowed: | $160.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAMMYS CLEANING SERVICE,<br>DBA TAMMYS CLEANING SERVICE<br>2426 THORNHILL RD<br>TIFTON, GA 31794 | | | Claim Number: 7848<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $160.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TANDEM MOBILE<br>12271 STATE HIGHWAY 31 W<br>TYLER, TX 75709 | | | Claim Number: 785<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1550.91 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TANDEM MOBILE<br>12271 STATE HIGHWAY 31 W<br>TYLER, TX 75709 | | | Claim Number: 8769<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | | |

| TANGIPAHOA PARISH SHERIFF'S OFFICE<br>PO BOX 942<br>J. EDWARD LAYRISSON, SHERIFF<br>AMITE, LA 70422 | Claim Number: 700<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $16440.53 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2091.36 | | Allowed: | $2091.36 |

| TANKSLEY, SHERRY<br>200 23RD STREET, APT 27<br>MERIDIAN, MS 39301 | Claim Number: 4246<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| UNSECURED | Claimed: | $20000.00 | | Allowed: | $5806.86 |
|---|---|---|---|---|---|

| TANKSLEY, SHERRY<br>299 HIGHWAY 39 N #05<br>DE KALB, MS 393289468 | Claim Number: 8071<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $75000.00 |
|---|---|---|

| TANKSLEY, SHERRY<br>299 HIGHWAY 39 N#05<br>DEKALB, MS 39328-9468 | Claim Number: 9613<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| TANKSLEY, SHERRY<br>299 HIGHWAY 39 N #05<br>DEKALB, MS 39328-9468 | Claim Number: 9886<br>Claim Date: 05/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| TANKSLEY, SHERRY<br>200 23RD ST APT B154<br>MERIDAN, MS 393011755 | Claim Number: 10480<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $500000.00 |
|---|---|---|

| TANN, LORENZA<br>P.O. BOX 233<br>JACKSON, NC 27845-0233 | Claim Number: 9701<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6388.76 |
|---|---|---|

| TANNER, RICHARD<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7136<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |
|---|---|---|
| UNSECURED          Claimed:          $74999.00 | | Allowed:          $74999.00 |

| TAPIA, DAVID<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5840<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY          Claimed:          $4650.00 UNLIQ<br>UNSECURED          Claimed:          $1368.75 UNLIQ | |

| TAPIA, JOE & DOREEN<br>6 DEREK CT<br>SANDIA PARK, NM 87047 | Claim Number: 10780<br>Claim Date: 09/13/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8381 (01/10/2006) |
|---|---|
| UNSECURED          Claimed:          $10000.00 | |

| TAPIA, JOE & DOREEN<br>6 DEREK CT<br>SANDIA PARK, NM 87047 | Claim Number: 10799<br>Claim Date: 01/09/2006<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|
| UNSECURED          Claimed:          $5500.00 | |

| TAPIA, MARGARITO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5841<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY          Claimed:          $4650.00 UNLIQ<br>UNSECURED          Claimed:          $1368.75 UNLIQ | |

| TAPIA, MARIA<br>C/O JUDITH LURIE<br>NORTHWEST JUSTICE PROJECT<br>300 S OKANOGAN AVE, SUITE 3A<br>WENATCHEE, WA 98801 | Claim Number: 4822<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |
|---|---|---|
| UNSECURED          Claimed:          $0.00 UNLIQ | | Allowed:          $5857.00 |

| TAPIA, MARIA<br>C/O RICHARD KUHLING<br>717 W. SPRAGUE, SUITE 1200<br>SPOKANE, WA 99201 | Claim Number: 6493<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|
| UNSECURED          Claimed:          $0.00 UNLIQ | |

---

TAPIA, SOLEDAD
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5842
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

TAPPARO, JUDY
6784 W. 76TH PLACE
ARVADA, CO 80003

Claim Number: 7398
Claim Date: 06/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $12000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $12000.00 |

---

TAPPARO, JUDY
6784 W. 76TH PLACE
ARVADA, CO 80003

Claim Number: 8704
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4186 (06/25/2004)

| ADMINISTRATIVE | Claimed: | $12000.00 |

---

TAPPARO, JUDY
6784 W. 76TH PLACE
ARVADA, CO 80003

Claim Number: 10076
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $12000.00 |

---

TARHEEL PAPER
P O BOX 890336
CHARLOTTE, NC 28289

Claim Number: 1430
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1390.53 |

---

TARRANT COUNTY
C/O ELIZABETH WELLER
LINEBARGER GOGGAN BALIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 6
Claim Date: 12/02/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $19194.04 | | | Allowed: | $3615.33 |

---

TARRANT COUNTY
C/O ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN ST 1720 UNIVISION CTR
DALLAS, TX 75201

Claim Number: 32
Claim Date: 12/06/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $19194.04 |

---

| | | | | | |
|---|---|---|---|---|---|
| TARRANT COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: E WELLER/S KNIGHTON<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201-2691 | | | Claim Number: 10829<br>Claim Date: 02/09/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | | |
| ADMINISTRATIVE<br>SECURED | Claimed: | $12166.42 UNLIQ | | Allowed: | $3149.93 |
| TATE<br>63 MATILDA MCGEE RD<br>CRAWFORD, MS 39743-9578 | | | Claim Number: 4267<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
| UNSECURED | Claimed: | $7500.00 | | Allowed: | $2467.92 |
| TATE, JOHNNIE A.<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7137<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| TATES, PAMELA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 5843<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $4650.00 UNLIQ<br>$1256.25 UNLIQ | | | |
| TATTNALL COUNTY TAX COMMISIONER,<br>P O BOX 920<br>REIDSVILLE, GA 30453 | | | Claim Number: 772<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | |
| PRIORITY<br>UNSECURED | Claimed: | $18.00 | Scheduled: $18.00 | | |
| TATUM, JOHN<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7138<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
| TATUM, JOHN & JOETTA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | | Claim Number: 7027<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

TAUSCHER APPRAISAL SERVICES
DBA TAUSCHER APPRAISAL SERVICES
P O BOX 928
CENTRALIA, WA 98531

Claim Number: 3620
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $425.00 | | | Allowed: | $425.00 |
|---|---|---|---|---|---|---|

TAUSCHER APPRAISAL SERVICES
DBA TAUSCHER APPRAISAL SERVICES
P O BOX 928
CENTRALIA, WA 98531

Claim Number: 8416
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $725.00 |
|---|---|---|

---

TAUSCHER APPRAISAL SERVICES,
DBA TAUSCHER APPRAISAL SERVICES
P O BOX 928
CENTRALIA, WA 98531

Claim Number: 4686
Claim Date: 03/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $300.00 | Scheduled: | $100.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

TAVI CONSTRUCTION,
19856 ARROW WOOD RD
BEND, OR 97702

Claim Number: 4748
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $285.00 | Scheduled: | $285.00 | Allowed: | $285.00 |
|---|---|---|---|---|---|---|

TAVOS MOBILE HOME SERVICE,
DBA TAVOS MOBILE HOME SERVICE
230 FLOR AMARILLA
EL PASO, TX 79927

Claim Number: 3720
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | Allowed: | $750.00 |
|---|---|---|---|---|---|---|

TAX APPRAISAL DISTRICT OF BELL COUNTY
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 96
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $229825.69 |
|---|---|---|

---

TAX APPRAISAL DISTRICT OF BELL COUNTY
MICHAEL REED
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
5929 BALCONES DR, STE 200, PO BOX 26990
AUSTIN, TX 78755

Claim Number: 159
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4209 (08/13/2004)

| SECURED | Claimed: | $229825.69 | | Allowed: | $58512.37 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| TAX APPRAISAL DISTRICT OF BELL COUNTY<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7266<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED       Claimed:       $229825.69 | | |

| | | |
|---|---|---|
| TAX APPRAISAL DISTRICT OF BELL COUNTY<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DR, STE 200, PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 7285<br>Claim Date: 05/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED       Claimed:       $229825.69 | | |

| | | |
|---|---|---|
| TAX APPRAISAL DISTRICT OF BELL COUNTY<br>MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>5929 BALCONES DRIVE, STE 200, POB 26990<br>AUSTIN, TX 78755 | Claim Number: 10185<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4487 (09/03/2004) | |
| ADMINISTRATIVE   Claimed:       $334027.67 | | |
| SECURED          Claimed:       $0.00 | Allowed:       $1695.25 | |

| | | |
|---|---|---|
| TAX COLLECTOR-CONTRA COSTA COUNTY<br>PO BOX 967<br>MARTINEZ, CA 94553 | Claim Number: 10576<br>Claim Date: 09/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7443 (12/21/2004) | |
| ADMINISTRATIVE   Claimed:       $24687.12 | | |

| | | |
|---|---|---|
| TAX COLLECTORS OFFICE<br>PO BOX 1358<br>FT SMITH, AR 729021358 | Claim Number: 10167<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7444 (12/21/2004) | |
| ADMINISTRATIVE   Claimed:       $0.00 | | |
| SECURED | Allowed:       $11926.27 | |

| | | |
|---|---|---|
| TAX CONSULTANTS, INC.<br>830 WILIAMSBURG DR.<br>ROCKINGHAM, NC 28379 | Claim Number: 10011<br>Claim Date: 05/20/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |
| UNSECURED       Claimed:       $39128.67 | | |

| | | |
|---|---|---|
| TAYLOR CHRISTIAN<br>TAYLOR MOBILE HOMES<br>1010 SE BOWENS MILL HWY<br>DOUGLAS, GA 31533 | Claim Number: 4105<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | |
| UNSECURED       Claimed:       $0.00 | Allowed:       $800.00 | |

| TAYLOR CONSTRUCTION & BACKHOE SERVICE<br>115 DAVIS HOLLOW RD<br>ELIZABETHTON, TN 37643 | Claim Number: 4162<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5450.00 UNLIQ |
|---|---|---|

| TAYLOR CONSTRUCTION & BACKHOE SERVICE<br>115 DAVIS HOLLOW RD<br>ELIZABETHTON, TN 37643 | Claim Number: 7886<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $3550.00 |
|---|---|---|

| TAYLOR HOMES SALES & SERVICE INC-GA<br>PO BOX 469<br>DOUGLAS, GA 31533 | Claim Number: 4134<br>Claim Date: 03/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |
|---|---|

| UNSECURED | Claimed: | $8507.68 |
|---|---|---|

| TAYLOR HOMES SALES & SERVICE INC-GA,<br>PO BOX 469<br>DOUGLAS, GA 31533 | Claim Number: 6253<br>Claim Date: 03/31/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $12240.48 |
|---|---|---|

| TAYLOR HOMES-HOME OFFICE<br>1113 BOWENS MILL RD<br>DOUGLAS, GA 31533 | Claim Number: 4131<br>Claim Date: 03/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7441 (12/21/2004) |
|---|---|

| PRIORITY | Claimed: | $17156.00 |
|---|---|---|

| TAYLOR HOMES-HOME OFFICE<br>1113 BOWENS MILL RD<br>DOUGLAS, GA 31533 | Claim Number: 4132<br>Claim Date: 03/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $6500.00 |
|---|---|---|

| TAYLOR HOMES-HOME OFFICE<br>1113 BOWENS MILL RD<br>DOUGLAS, GA 31533 | Claim Number: 4048<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $3135.00 |
|---|---|---|

| TAYLOR HOMES-HOME OFFICE,<br>1113 BOWENS MILL RD<br>DOUGLAS, GA 31533 | Claim Number: 4049<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $6045.00 |
|---|---|---|

---

TAYLOR MOBILE H
PO BOX 469
DOUGLAS, GA 31534

Claim Number: 4047
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $6000.00 |
|---|---|---|

---

TAYLOR MOBILE HOMES
1113 BOWENS MILL RD
DOUGLAS, GA 31533

Claim Number: 4046
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $6000.00 |
|---|---|---|

---

TAYLOR TERRY,
6045 CAIN FOREST DR
WALKERTOWN, NC 27051

Claim Number: 1127
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | Allowed: | $850.00 |
|---|---|---|---|---|---|---|

---

TAYLOR WILLIAM C,
2113 22ND AVE N
TEXAS CITY, TX 775904703

Claim Number: 4438
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $25.00 | Scheduled: | $25.00 | Allowed: | $25.00 |
|---|---|---|---|---|---|---|

---

TAYLOR'S MH
DBA:TAYLOR'S MOBILE HOMES
4530 STAGE COACH RD
EFFINGHAM, SC 29541

Claim Number: 8771
Claim Date: 11/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $7850.00 |
|---|---|---|

---

TAYLOR'S MH,
401 DANIELLE AUN
EFFINGHAM, SC 29541

Claim Number: 2613
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $7850.00 | Scheduled: | $7850.00 | Allowed: | $7850.00 |
|---|---|---|---|---|---|---|

---

TAYLOR, DIANA
PO BOX 500
BROOKSVILLE, MS 39739

Claim Number: 8085
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $7500.00 |
|---|---|---|

---

TAYLOR, ESSIE
C/O JOSHUA J. JACKSON
SAMFORD DENSON HORSLEY PETTEY & BRIDGES
PO BOX 2345
OPELIKA, AL 36803-2345

Claim Number: 6403
Claim Date: 03/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $250000.00 |
|---|---|---|

---

---

TAYLOR, ESSIE
C/O JOSHUA J. JACKSON
SAMFORD, DENSON, HORSLEY, ET AL
P.O. BOX 2345
OPELIKA, AL 36803-2345

Claim Number: 9314
Claim Date: 01/13/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2000.00 |

---

TAYLOR, JAMES & CONNIE
C/O D. NEIL HARRIS, ATTORNEY
PO BOX 306
PASCAGOULA, MS 39568

Claim Number: 10663
Claim Date: 12/03/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 |

---

TAYLOR, JAMES AND CONNIE
D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4967
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7448 (01/28/2005)

| UNSECURED | Claimed: | $150000.00 |

---

TAYLOR, JANET, GEORGE, TRAVIS & KASEY
C/O BARRY D. LEVY, ATTORNEY
1014 VINE STREET, SUITE 2200
CINCINNATI, OH 45202

Claim Number: 6436
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
withdrawn per creditor letter

| UNSECURED | Claimed: | $10000000.00 |

---

TAYLOR, JANET, GEORGE, TRAVIS & KASEY
C/O BARRY D LEVY, ATTY
1014 VINE ST, STE 2200
2200 KROGER BLDG
CINCINNATI, OH 45202-1116

Claim Number: 10782
Claim Date: 10/03/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments:
This amends claim #6436, previously filed and dated 3/27/03.

| UNSECURED | Claimed: | $20000.00 |

---

TAYLOR, MARIE W.
2205 GIBSON AVENUE
WILMINGTON, NC 28403

Claim Number: 9727
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $100.00 |

---

TBC CORPORATION, INC.
D/B/A HOWSER'S HOME CENTER, ET AL
C/O TOBIAS G. WARD, JR, TODD & WARD, PC
PO BOX 1549
COLUMBIA, SC 29202-1549

Claim Number: 10428
Claim Date: 06/17/2004
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $25000.00 UNLIQ |

---

TEAGUE, ROBERT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7028
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

TEAL FURNITURE INC
7521 STAPLES MILL RD
RICHMOND, VA 23228

Claim Number: 8408
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1895.00 |
|---|---|---|

TECH PRODUCTS-GA
PO BOX 6485
THOMASVILLE, GA 31758

Claim Number: 5085
Claim Date: 03/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| PRIORITY | Claimed: | $9885.00 |
|---|---|---|

TECH PRODUCTS-GA,
PO BOX 6485
THOMASVILLE, GA 31758

Claim Number: 2678
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $9885.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9885.00 | Allowed: | $9885.00 |

TEEM, JOHN H.
C/O STEPHEN C. FERLMANN
CURTIS & ARATA
P.O. BOX 3030
MODESTO, CA 95353

Claim Number: 5000
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7488 (01/28/2005)

| UNSECURED | Claimed: | $89588.00 |
|---|---|---|

TEEM, JOHN H.
C/O STEPHEN C. FERLMANN
CURTIS & ARATA
P.O. BOX 3030
MODESTO, CA 95353

Claim Number: 10677
Claim Date: 12/09/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $15000.00 |
|---|---|---|

TEEMS ELECTRIC CO INC,
P O BOX 609
RINGGOLD, GA 30736

Claim Number: 1591
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $821.00 | Scheduled: | $821.00 | Allowed: | $821.00 |
|---|---|---|---|---|---|---|

TEJAS REFURB
DBA TEJAS REFURB
1117 N PRUETT
BAYTOWN, TX 77520

Claim Number: 9087
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $500.00 UNLIQ |
|---|---|---|

---

TEKELL, BOOK & MATTHEWS
ATTN: KEN TEKELL, JR./ MIKE MORRIS
1221 MCKINNEY
4300 ONE HOUSTON CTR.
HOUSTON, TX 77010

Claim Number: 7636
Claim Date: 07/23/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 4415 (08/18/2004)

| UNSECURED | Claimed: | $70721.33 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

TEKELL, BOOK & MATTHEWS
ATTN: KEN TEKELL, JR./ MIKE MORRIS
1221 MCKINNEY
4300 ONE HOUSTON CTR.
HOUSTON, TX 77010

Claim Number: 7645
Claim Date: 07/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $70721.33 |
|---|---|---|

---

TEKELL, BOOK & MATTHEWS
ATTN: KEN TEKELL, JR./ MIKE MORRIS
1221 MCKINNEY
4300 ONE HOUSTON CTR.
HOUSTON, TX 77010

Claim Number: 8976
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4398.30 |
|---|---|---|

---

TEKELL, BOOK & MATTHEWS
ATTN: KEN TEKELL, JR./ MIKE MORRIS
1221 MCKINNEY
4300 ONE HOUSTON CTR.
HOUSTON, TX 77010

Claim Number: 8987
Claim Date: 11/25/2003
Debtor: HBOS MANUFACTURING, LP

| ADMINISTRATIVE | Claimed: | $539.45 |
|---|---|---|

---

TEKSYSTEMS, INC.
ATTN: RICH RODGERS
7437 RACE RD.
HANOVER, MD 21076

Claim Number: 243
Claim Date: 01/08/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $14652.00 |
|---|---|---|

---

TEKSYSTEMS, INC.
ATTN: RICH RODGERS
7437 RACE RD.
HANOVER, MD 21076

Claim Number: 247
Claim Date: 01/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $11088.00 |
|---|---|---|

---

TELEPHONE INDUSTRIES INC
22755 SAVI RANCH PKWY STE E
YORBA LINDA, CA 92887

Claim Number: 8060
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1035.61 |
|---|---|---|

---

TELLER COUNTY TREASURER
PO BOX 367
CRIPPLE CREEK, CO 80813

Claim Number: 7213
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $304.41 UNLIQ |
|---|---|---|

---

| TELLO, ELISEO GUILLEN<br>9177 TIMBERWILDE DR.<br>BRYAN, TX 77808 | Claim Number: 10844<br>Claim Date: 05/23/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8685 (09/25/2006) | | |
|---|---|---|---|
| SECURED        Claimed:        $4840.00 | | | |

| TEMPCON CORPORA<br>1901 MIDWAY AVE<br>PETERSBURG, VA 23803 | Claim Number: 1100<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED        Claimed:        $680.00 | | | |

| TEMPLE PRODUCTS OF PA<br>P.O. BOX 55<br>SELINSGROVE, PA 17870 | Claim Number: 2568<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED        Claimed:        $4001.65 | | Allowed:        $4001.65 | |

| TEMPLE PRODUCTS OF PA,<br>P.O. BOX 55<br>SELINSGROVE, PA 17870 | Claim Number: 2585<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
|---|---|---|---|
| UNSECURED        Claimed:        $3601.16 | Scheduled:        $7600.41 | Allowed:        $3601.16 | |

| TEMPLE WELDING SUPPLY INC<br>P O BOX 1998<br>TEMPLE, TX 76503 | Claim Number: 6227<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED        Claimed:        $529.60 | | | |

| TENNER, FRANCESCA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 5235<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| UNSECURED        Claimed:        $15000.00 | | Allowed:        $4355.15 | |

| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 10673<br>Claim Date: 11/22/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY        Claimed:        $50555.05<br>UNSECURED        Claimed:        $548.44 | | Allowed:        $18908.30 | |

---

TENNESSEE DEPT. OF REVENUE,
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37242

Claim Number: 7374
Claim Date: 06/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7803 (05/20/2005)

| PRIORITY | Claimed: | $70525.80 | | | | | |
|---|---|---|---|---|---|---|---|

---

TEPE SANITARY SUPPLY,
52878 FREDERIC DR
ELKHART, IN 465147637

Claim Number: 1421
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1241.41 | Scheduled: | $1241.41 | Allowed: | $1241.41 |
|---|---|---|---|---|---|---|

---

TERECK OFFICE SOLUTIONS
5410 HIGHWAY 55 SUITE AA
DURHAM, NC 27713

Claim Number: 4883
Claim Date: 03/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $303.49 | Scheduled: | $271.58 | Allowed: | $575.07 |
|---|---|---|---|---|---|---|

---

TERECK OFFICE SOLUTIONS
5410 HIGHWAY 55 SUITE AA
DURHAM, NC 27713

Claim Number: 4884
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $55.55 | | Allowed: | $55.55 |
|---|---|---|---|---|---|

---

TERECK OFFICE SOLUTIONS
5410 HIGHWAY 55 SUITE AA
DURHAM, NC 27713

Claim Number: 4885
Claim Date: 03/26/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $367.74 | | Allowed: | $367.74 |
|---|---|---|---|---|---|

---

TERECK OFFICE SOLUTIONS
5410 HIGHWAY 55 SUITE AA
DURHAM, NC 27713

Claim Number: 4886
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $345.14 | | Allowed: | $345.14 |
|---|---|---|---|---|---|

---

TERECK OFFICE SOLUTIONS
5410 HIGHWAY 55 SUITE AA
DURHAM, NC 27713

Claim Number: 4887
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3408.00 | | Allowed: | $3408.00 |
|---|---|---|---|---|---|

---

TERHUNE, ANGELA D.
CLIFFORD BERTHOLF
330 N. MAIN
WICHITA, KS 67202

Claim Number: 7506
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7335 (11/17/2004)

| SECURED | Claimed: | $30000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55000.00 | Scheduled: | $0.00 UNLIQ | |

---

---

TERIOS MOBILE HOME PARK,
DBA TERIOS MOBILE HOME PARK
3520 E GASKIN RD LOT 1
BARTOW, FL 33830

Claim Number: 2293
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $300.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $300.00 DISP | | Allowed: | $300.00 |

---

TERMINIX
P O BOX 2627
COLUMBIA, SC 29202

Claim Number: 4523
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TERMINIX COMM,
110 G SHIELDS PARK DRIVE
KERNERSVILLE, NC 27284

Claim Number: 8570
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $716.45 |
|---|---|---|

---

TERMINIX COMM.,
110 SHIELDS PARK DR STE G
KERNERSVILLE, NC 272843567

Claim Number: 3575
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $375.90 | Scheduled: | $75.00 |
|---|---|---|---|---|

---

TERRANCE HOYCHICK
ATTN: YOUNG, HOYCHICK & AGUILLARD
141 SOUTH 6TH STREET
EUNICE, LA 70535

Claim Number: 4299
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $150000.00 |
|---|---|---|

---

TERRELL JIMMY D,
P O BOX 201
SMITHVILLE, MS 38870

Claim Number: 4160
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4006.89 | Scheduled: | $4006.89 | Allowed: | $4006.89 |
|---|---|---|---|---|---|---|

---

TERRELL MELBA,
3464 CO RD 11
HEFLIN, AL 36264

Claim Number: 6839
Claim Date: 05/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

TERRELL, MELBA                          Claim Number: 8680
3464 CO RD 11                           Claim Date: 11/19/2003
HEFLIN, AL 36264                        Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED

---

ADMINISTRATIVE          Claimed:          $1040.00

---

TERREO OFFICE MACHINES INC,             Claim Number: 1321
PO BOX 328                              Claim Date: 02/24/2003
ASHLAND, KY 41105                       Debtor: OAKWOOD MOBILE HOMES, INC.

---

UNSECURED          Claimed:          $225.89          Scheduled:          $225.89          Allowed:          $225.89

---

TERRI PANETTA, VINCENT PANETTA, AND     Claim Number: 10881
DENNIS L. FINCH, P.A.                   Claim Date: 05/12/2008
307 N.E. 36TH AVENUE                    Debtor: OAKWOOD HOMES CORPORATION
SUITE 2
OCALA, FL 34470

---

ADMINISTRATIVE          Claimed:          $10000.00

---

TERRI, IVY                              Claim Number: 4069
4031 OLD HWY 19 SE                      Claim Date: 03/18/2003
MERIDIAN, MS 39301                      Debtor: OAKWOOD HOMES CORPORATION
                                        Comments: EXPUNGED
                                        DOCKET: 7659 (04/05/2005)

---

UNSECURED          Claimed:          $0.00 UNDET

---

TERRY'S FIBERGLASS & ACRYLIC REPAIR     Claim Number: 7495
DBA TERRYS FIBERGLASS & ACRYLIC REPAIR  Claim Date: 06/30/2003
RR 1 BOX 518                            Debtor: HBOS MANUFACTURING, LP
WARREN CENTER, PA 18851                 Comments: ALLOWED

---

PRIORITY          Claimed:          $225.00
UNSECURED                                                Scheduled:          $225.00          Allowed:          $225.00

---

TERRY'S FIBERGLASS & ACRYLIC REPAIR     Claim Number: 9586
TERRY PATTERSON                         Claim Date: 04/16/2004
RR 1 BOX 518                            Debtor: OAKWOOD HOMES CORPORATION
WARREN CENTER, PA 18851                 Comments: EXPUNGED
                                        DOCKET: 4214 (07/30/2004)

---

ADMINISTRATIVE          Claimed:          $225.00

---

TERSTEEGS HOLIDAY MARKET,               Claim Number: 2186
1111 EAST BRIDGE STREET                 Claim Date: 02/26/2003
REDWOOD FALLS, MN 56283                 Debtor: HBOS MANUFACTURING, LP

---

UNSECURED          Claimed:          $329.48          Scheduled:          $340.00          Allowed:          $329.48

---

TETON WEST LUMBER INC.
EULER/AMERICAN CREDIT INDEMNITY, AGENT
100 E. PRATT STREET, 5TH FLR.
BALTIMORE, MD 21202

Claim Number: 4418
Claim Date: 01/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $70284.00 | |

TEXARKANA NEWSP,
315 PINE ST.
TEXARKANA, TX 75501

Claim Number: 1043
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1525.98 | | | | |
| UNSECURED | | | Scheduled: | $1525.98 | Allowed: | $1525.98 |

TEXAS COMPTROLLER OF ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
COLLECTION DIVISION - BANKRUPTCY SECTION
P.O. BOX 12548
AUSTIN, TX 78774

Claim Number: 2394
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30366.09 |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
COLLECTION DIVISION - BANKRUPTCY SECTION
PO BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 3027
Claim Date: 02/26/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3255.73 |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
COLLECTION DIVISION - BANKRUPTCY SECTION
P.O. BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 4000
Claim Date: 03/05/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30366.09 |

TEXAS FLAG & BANNER
DBA TEXAS FLAG & BANNER
7002 TIERRA BONITA
DAVID M. LAVELLE, OWNER
SAN ANTONIO, TX 78236

Claim Number: 572
Claim Date: 02/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $2330.96 | | | |
| UNSECURED | | | | Allowed: | $2330.96 |

TEXAS JOB CONNECTION INC
331 MELROSE DRIVE STE 112
RICHARDSON, TX 75080

Claim Number: 915
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3900.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEXAS SERVICES LTD<br>PO BOX 710012<br>HOUSTON, TX 77271 | | | Claim Number: 1098<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $587.07 | | | | | |
| TEXAS SERVICES LTD,<br>PO BOX 710012<br>HOUSTON, TX 77271 | | | Claim Number: 911<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $587.07 | Scheduled: | $587.07 | Allowed: | $587.07 | |
| TEXEL CONSTRUCTION<br>DBA; TEXEL CONSTRUCTION<br>6 RANCHO DR.<br>KELLER, TX 76248 | | | Claim Number: 2286<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $7585.00 | | | | | |
| TEXOMA APPRAISALS INC<br>P O BOX 3334<br>SHERMAN, TX 75091 | | | Claim Number: 897<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1100.00 | | | Allowed: | $1100.00 | |
| THACKER VALERIE MULE<br>PO BOX 6047<br>MOUNT AIRY, NC 27030 | | | Claim Number: 7644<br>Claim Date: 07/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $150.00 | | | | | |
| THACKERM KENT D<br>PO BOX 1152<br>PIKEVILLE, KY 41502 | | | Claim Number: 8036<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7661 (04/05/2005) | | | | |
| ADMINISTRATIVE | Claimed: | $500.00 | | | | | |
| THAD ZEIGLER,<br>P.O. BOX 8298<br>SAN ANTONIO, TX 78208-0298 | | | Claim Number: 931<br>Claim Date: 02/19/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | | |
| UNSECURED | Claimed: | $6845.97 | Scheduled: | $6211.36 | Allowed: | $6845.97 | |

---

THAMES, BRENDA
28785 WINDING WOODS CIRCLE
WRIGHT CITY, MO 63390

Claim Number: 2691
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 3818 (03/15/2004)

| UNSECURED | Claimed: | $25000.00 | | | Allowed: | $2500.00 |

---

THE ANN ARBOR NEWS,
P.O. BOX 1147
ANN ARBOR, MI 48106

Claim Number: 1380
Claim Date: 02/24/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $475.24 | Scheduled: | $475.24 | Allowed: | $475.24 |

---

THE AWARD FACTORY-IN,
P.O. BOX 430
TOPEKA, IN 46571

Claim Number: 3243
Claim Date: 03/06/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $7703.12 | Scheduled: | $7703.12 | Allowed: | $7703.12 |

---

THE AWARD FACTORY-OR,
PO BOX 430
TOPEKA, IN 46571

Claim Number: 3398
Claim Date: 03/06/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3906.27 | Scheduled: | $3906.27 | Allowed: | $3906.27 |

---

THE AWARD FACTORY-PA
P.O. BOX 430
TOPEKA, IN 46571

Claim Number: 3242
Claim Date: 03/06/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $3703.59 | | | Allowed: | $3703.59 |

---

THE GREENVILLE NEIGHBOR,
DBA; THE GREENVILLE NEIGHBOR
517 TUSCULUM BLVD.
GREENEVILLE, TN 37745

Claim Number: 1454
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1401.00 | Scheduled: | $746.00 | Allowed: | $1401.00 |

---

THE MARK
625 WEST MCKELLIPS
MESA, AZ 85201

Claim Number: 5229
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (12/15/2004)

| PRIORITY | Claimed: | $3991.23 | | | | |

---

THE NICKEL
DBA THE NICKEL
1635 N 1ST ST
GRAND JUNCTION, CO 81501

Claim Number: 3096
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $1484.38 | | | Allowed: | $1010.64 |

---

---

THERESEA O'BRIEN
1214 SAN HOUSTON AVE. STE3
HUNTSVILLE, TX 77340

Claim Number: 9316
Claim Date: 01/15/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

---

THERMAL-TEC/MI INC
13801 FRANCIS WAY
CEDAR SPRINGS, MI 49319

Claim Number: 10849
Claim Date: 08/16/2006
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5866.93 |
|---|---|---|

---

THERMOCOPY OF TENNESSEE INC,
3505 SUTHERLAND AVE
KNOXVILLE, TN 37919

Claim Number: 722
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $816.10 | Scheduled: | $816.10 | Allowed: | $816.10 |
|---|---|---|---|---|---|---|

---

THEROUX, ROBERT
310 SELWAY
MESILLA PARK, NM 88047

Claim Number: 2225
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $3129.00 | Scheduled: | $3129.00 | Allowed: | $3129.00 |
|---|---|---|---|---|---|---|

---

THEROUX, ROBERT
310 SELWAY
MESILLA PARK, NM 88047

Claim Number: 8530
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3129.00 |
|---|---|---|

---

THETFORD, CARLTON A.
4911 PEACHTREE CIRCLE
GRANBURY, TX 76048

Claim Number: 8726
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $1538.75 |
|---|---|---|

---

THEUT PRODUCTS, INC.
GERALD J. RICHTER, ESQ.
70 W LONG LAKE RD, SUITE 120
TROY, MI 48098

Claim Number: 8201
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5345.12 |
|---|---|---|

---

---

THEUT PRODUCTS, INC.,
GERALD J. RICHTER, ATTORNEY AT LAW
70 W LONG LAKE RD, SUITE 120
TROY, MI 48098

Claim Number: 3174
Claim Date: 03/06/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $5505.46 | Scheduled: | $5345.12 | Allowed: | $5505.46 |

THIEL, COLLEEN
RD 2 BOX 118
NEW ALEXANDRIA, PA 15670

Claim Number: 10723
Claim Date: 04/25/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8382 (01/10/2006)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

THOMAS COOK DESIGNS
DBA: THOMAS COOK DESIGNS
1405 FRESHWATER CT
WAKE FOREST, NC 27587

Claim Number: 4849
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $159.75 | | | Allowed: | $159.75 |

THOMAS COOK DESIGNS,
DBA: THOMAS COOK DESIGNS
1405 FRESHWATER CT
WAKE FOREST, NC 27587

Claim Number: 4850
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $297.14 | Scheduled: | $297.14 | Allowed: | $297.14 |

THOMAS E. JENKINS & ASSOCIATES
123 N. WAUKESHA ST
BONIFAY, FL 32425

Claim Number: 3710
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $400.00 | | | Allowed: | $400.00 |

THOMAS ENVIRONMENTAL
DBA THOMAS ENVIRONMENTAL
2245 SE 16TH ST
NEWCASTLE, OK 73065

Claim Number: 9070
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $240.00 | | | Allowed: | $120.00 |

THOMAS JR LUCIOUS
916 HIGHLAND BLVD S.W.
MOULTRIE, GA 31768

Claim Number: 1370
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |

THOMAS JR, LUCIOUS
916 HIGHLAND BLVD S.W.
MOULTRIE, GA 31768

Claim Number: 8041
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| THOMAS LAWN SERVICE,<br>DBA:THOMAS LAWN SERVICE<br>2501 COLD CREEK BLVD<br>JACKSONVILLE, FL 32221 | Claim Number: 8711<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1425.00 | Scheduled: | $1425.00 | Allowed: | $1425.00 |

| THOMAS LOCKSMITH SERVICE<br>DBA THOMAS LOCKSMITH SERVICE<br>204 S LEE DRIVE<br>GOLDSBORO, NC 27534 | Claim Number: 8955<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $436.30 | | | Allowed: | $55.00 |
|---|---|---|---|---|---|---|

| THOMAS MAILE REAL ESTATE COMPANY<br>380 W STATE STREET<br>EAGLE, ID 83616 | Claim Number: 6533<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $1750.00 UNLIQ |
|---|---|---|

| THOMAS O. FALB<br>603 HENRY ST<br>ALTON, IL 620023633 | Claim Number: 1488<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2050000.00 UNLIQ |
|---|---|---|

| THOMAS O. FALB, ATTORNEY FOR DAWN KUHN<br>THOMAS O FALB<br>603 HENRY ST<br>ALTON, IL 620023633 | Claim Number: 3257<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $2000000.00 UNLIQ |
|---|---|---|

| THOMAS SURVEYING<br>P.O. BOX 634<br>HERCULANEUM, MO 63048 | Claim Number: 10500<br>Claim Date: 06/29/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $650.00 |
|---|---|---|

| THOMAS SURVEYING,<br>DBA THOMAS SURVEYING<br>PO BOX 634<br>HERCULANEUM, MO 63048 | Claim Number: 1273<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD SHARED SERVICES, LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $650.00 | Scheduled: | $175.00 | Allowed: | $650.00 |

---

THOMAS, BRIDGETTE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5844
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

THOMAS, ELFI N.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5845
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

THOMAS, JANET S.
781 DRY RUN
MARION, VA 24354

Claim Number: 7502
Claim Date: 06/30/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY | Claimed: | $750.00 | | |
| UNSECURED | | | Allowed: | $750.00 |

---

THOMAS, JANET S.
PO BOX 205
ATKINS, VA 24311

Claim Number: 8606
Claim Date: 11/17/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $750.00 |

---

THOMAS, JANET S.
PO BOX 205
ATKINS, VA 24311

Claim Number: 10122
Claim Date: 05/28/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $750.00 |

---

THOMAS, LUCILLE R.
4138 WOODVINE ROAD
LORMAN, MS 39096

Claim Number: 620
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |

---

THOMAS, LUCILLE R.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2838
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | |
| UNSECURED | | | Allowed: | $2903.43 |

---

| | | |
|---|---|---|
| THOMAS, RICK<br>212 MORNINGSICK DR.<br>WAVERLY, OH 45690 | Claim Number: 10158<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $800.00 |
|---|---|---|

| | | |
|---|---|---|
| THOMAS, RICKY & DEBR<br>PO BOX 364<br>CENTERVILLE, LA 70522 | Claim Number: 10363<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| | | |
|---|---|---|
| THOMAS, WILLIAM E.<br>3926 BRANDON LEE WAY<br>SNELLVILLE, GA 30039 | Claim Number: 9050<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | |

| ADMINISTRATIVE | Claimed: | $1912.50 |
|---|---|---|

| | | |
|---|---|---|
| THOMASON, JEANNIE (CLAUDIA GROUND)<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7029<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| THOMASTON, WILLIAM<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7139<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| THOMPSON EXCAVATING<br>DBA THOMPSON EXCAVATING<br>6421 HOENIG DR<br>ASHLAND, KY 41102 | Claim Number: 8082<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $2755.39 |
|---|---|---|

| | | |
|---|---|---|
| THOMPSON GEORGE,<br>303 O'CONNER RD<br>LUCASVILLE, OH 45648 | Claim Number: 3891<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED | |

| PRIORITY<br>UNSECURED | Claimed: | $700.00 | Scheduled: | $700.00 DISP | Allowed: | $700.00 |
|---|---|---|---|---|---|---|

---

THOMPSON HINE LLP
2000 COURTHOUSE PLAZA N.E.
P.O. BOX 8801
ATTN: LAWRENCE T. BURICK
DAYTON, OH 45401-8801

Claim Number: 367
Claim Date: 02/04/2003
Debtor: SUBURBAN HOME SALES, INC.

| UNSECURED | Claimed: | $6975.84 | Scheduled: | $2694.34 | Allowed: | $6975.84 |

---

THOMPSON JR., HURLEY E.
ATTORNEY AT LAW
P.O. BOX 1300
CARTHAGE, NC 28327

Claim Number: 9263
Claim Date: 12/09/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $612.00 |

---

THOMPSON ROGER & BARBARA
1298 PALISADES RD
PALISADES, WA 98845

Claim Number: 3883
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
Claim out of balance

| PRIORITY | Claimed: | $5910.10 |
| SECURED | Claimed: | $5910.10 |
| TOTAL | Claimed: | $5910.10 |

---

THOMPSON, ALICIA D
7938 NEW WORLD
SAN ANTONIO, TX 782393515

Claim Number: 9205
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7888 (03/02/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

THOMPSON, ASHLEY
643 CR471
VARDAMAN, MS 38878

Claim Number: 621
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $7500.00 |

---

THOMPSON, ASHLEY
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 2837
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $7500.00 | | | | |
| UNSECURED | | | | | Allowed: | $2467.92 |

---

THOMPSON, BRENDA
PO BOX 272
MILLESBURG, KY 40348

Claim Number: 4544
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3343.00 | | | Allowed: | $3343.00 |

---

| THOMPSON, CHARLES R.<br>432 E. MARION SCHOOL ROAD<br>COLUMBIA, MS 39429 | Claim Number: 622<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $10000.00 |
|---|---|---|

| THOMPSON, CHARLES R.<br>C/O BYRD AND ASSOCIATE, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2836<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY | Claimed: | $10000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $2903.43 |

| THOMPSON, EVA MARIE<br>7408 GENTILE LANE<br>VACAVILLE, CA 95688 | Claim Number: 8925<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $5000.00 |
|---|---|---|

| THOMPSON, J.C.<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7140<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| THOMPSON, LARRY<br>ROY BAIN<br>2909 MARKET STREET<br>WILMINGTON, NC 28403 | Claim Number: 7383<br>Claim Date: 06/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $10000.00 UNLIQ | Scheduled: | $0.00 UNLIQ | Allowed: | $10000.00 |
|---|---|---|---|---|---|---|

| THOMPSON, LARRY<br>C/O ROY BAIN<br>2909 MARKET STREET<br>WILMINGTON, NC 28403 | Claim Number: 9257<br>Claim Date: 12/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $10000.00 | | Allowed: | $10000.00 |
|---|---|---|---|---|---|

| THOMPSON, TERRY<br>RT 2 BOX 470<br>WAYNESVILLE, GA 31566 | Claim Number: 9801<br>Claim Date: 05/10/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1750.00 |
|---|---|---|

---

THOMPSON, WENDELL AND JESSICA
7142 NORWOOD ROAD
GLADSTONE, VA 24553

Claim Number: 9690
Claim Date: 05/03/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $1226.49 | | | | |
|---|---|---|---|---|---|---|

---

THOREAU MOBILE HOME PARK
PAM GARCIA
345 E. PASADENA AVE.
PHOENIX, AZ 85012

Claim Number: 10316
Claim Date: 06/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $330.00 | | | | |
|---|---|---|---|---|---|---|

---

THORKVEEN TILFORD,
129 DOGWOOD LANE
LUMBERTON, TX 77657

Claim Number: 672
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2338.00 | Scheduled: | $2338.00 | Allowed: | $2338.00 |
|---|---|---|---|---|---|---|

---

THORNTON EDWARD
326 HWY 58 N
SNOW HILL, NC 28580

Claim Number: 2630
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
POC NOT SIGNED

| PRIORITY UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 DISP | | |
|---|---|---|---|---|---|---|

---

THORNTON EDWARD
326 HWY 58 N
SNOW HILL, NC 28580

Claim Number: 3348
Claim Date: 03/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $710.00 | | | Allowed: | $710.00 |
|---|---|---|---|---|---|---|

---

THORNTON JAMES E
210 SARAH ELIZABETH DR
CLARKSVILLE, TN 37042

Claim Number: 919
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| PRIORITY | Claimed: | $3890.00 | | | | |
|---|---|---|---|---|---|---|

---

THORNTON JAMES E,
210 SARAH ELIZABETH DR
CLARKSVILLE, TN 37042

Claim Number: 918
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $3890.00 | Scheduled: | $3890.00 | Allowed: | $3890.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| THORNTON, ROBERT E<br>PO BOX 2135<br>LEAVENWORTH, WA 98826 | Claim Number: 8735<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | | |
| ADMINISTRATIVE | Claimed: | $31000.00 UNDET | | | | |
| THRASH CORPORATION<br>94 GASTON MOUNTAIN RD.<br>ASHEVILLE, NC 28806 | Claim Number: 8668<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7486 (01/28/2005) | | | | | |
| UNSECURED | Claimed: | $73219.96 | | | Allowed: | $73219.96 |
| THRASH CORPORATION<br>94 GASTON MOUNTAIN RD.<br>ASHEVILLE, NC 28806 | Claim Number: 8669<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) | | | | | |
| UNSECURED | Claimed: | $47760.18 | | | | |
| THRASH CORPORATION<br>94 GASTON MOUNTAIN RD.<br>ASHEVILLE, NC 28806 | Claim Number: 9595<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $47760.18 | | | | |
| THRASH CORPORATION<br>94 GASTON MOUNTAIN RD.<br>ASHEVILLE, NC 28806 | Claim Number: 10165<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | | | | |
| ADMINISTRATIVE | Claimed: | $47760.18 | | | | |
| THRASH CORPORATION<br>94 GASTON MOUNTAIN RD.<br>ASHEVILLE, NC 28806 | Claim Number: 10391<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4653 (10/08/2004) | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $47760.18 | | | Allowed:<br>Allowed: | $38608.95<br>$3050.41 |
| THREATT, PAULINE<br>2740 UNIVERSITY DRIVE<br>LANCASTER, SC 29720 | Claim Number: 2726<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | | |
| UNSECURED | Claimed: | $440.00 | Scheduled: | $440.00 DISP | Allowed: | $440.00 |

---

THRIFTY NICKEL
PO BOX 30459
KNOXVILLE, TN 37930-0459

Claim Number: 2313
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | | Allowed: | $313.00 |
|---|---|---|---|---|---|

---

THRIFTY NICKEL
DBA: THRIFTY NICKEL
2903 N. 3RD STREET
ABILENE, TX 79603

Claim Number: 1618
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $708.00 |
|---|---|---|

---

THRIFTY NICKEL
1385 CARR ST
LAKEWOOD, CO 80215

Claim Number: 2698
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2500.00 |
|---|---|---|

---

THRIFTY NICKEL
595 WEST MAIN
LEAGUE CITY, TX 77573

Claim Number: 2700
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1952.00 | | Allowed: | $1952.00 |
|---|---|---|---|---|---|

---

THRIFTY NICKEL
4142 MELROSE AVE NW #13
ROANOKE, VA 24017

Claim Number: 1039
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $110.00 | | Allowed: | $110.00 |
|---|---|---|---|---|---|

---

THRIFTY NICKEL
PO BOX 8529
GREENSBORO, NC 27419

Claim Number: 8088
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2188.80 |
|---|---|---|

---

THRIFTY NICKEL
DBA: THRIFTY NICKEL WANT
PO BOX 18095
KANSAS CITY, MO 64133

Claim Number: 8286
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $319.00 |
|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| THRIFTY NICKEL<br>AMERICAN CLASSIFIEDS<br>PO BOX 12578<br>BEAUMONT, TX 77706 | | | Claim Number: 9596<br>Claim Date: 04/19/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | |
| ADMINISTRATIVE | Claimed: | $3171.15 | | | | |
| THRIFTY NICKEL WANT ADS OF BOISE<br>3612 OVERLAND RD<br>BOISE, ID 83705 | | | Claim Number: 4717<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $2501.40 | | | | |
| THRIFTY NICKEL WANT ADS,<br>595 WEST MAIN<br>LEAGUE CITY, TX 77573 | | | Claim Number: 2701<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $1952.00 | Scheduled: | $1305.00 | | |
| THRIFTY NICKEL,<br>595 WEST MAIN<br>LEAGUE CITY, TX 77573 | | | Claim Number: 2702<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $1952.00 | Scheduled: | $1990.00 | | |
| THRIFTY NICKEL,<br>P O BOX 470113<br>FORT WORTH, TX 76147 | | | Claim Number: 1877<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $3438.20 | Scheduled: | $2674.00 | Allowed: | $3438.20 |
| THRIFTY NICKEL,<br>P O BOX 8889<br>SHREVEPORT, LA 71148 | | | Claim Number: 3024<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $981.60 | Scheduled: | $981.60 | Allowed: | $981.60 |
| THRIFTY NICKEL,<br>P O BOX 1026<br>ST PETERS, MO 63376 | | | Claim Number: 3354<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2382.43 | Scheduled: | $1598.00 | Allowed: | $2382.43 |

---

THRIFTY NICKEL,
498 CLEVELAND
IDAHO FALLS, ID 83403

Claim Number: 2607
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $702.25 | Scheduled: | $474.57 | Allowed: | $702.25 |

THRIFTY NICKEL,
2708 N. BEN WILSON
VICTORIA, TX 77901

Claim Number: 1957
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2130.00 | Scheduled: | $2130.00 | Allowed: | $2130.00 |

THRIFTY NICKEL,
4142 MELROSE AVE NW #13
ROANOKE, VA 24017

Claim Number: 1038
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $417.00 | | | | |
| UNSECURED | | | Scheduled: | $383.75 | Allowed: | $417.00 |

THRIFTY NICKEL,
DBA THRIFTY NICKEL
7900 JONES MALTSBERGER
SAN ANTONIO, TX 78216

Claim Number: 6447
Claim Date: 04/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $3277.05 |

THRIFTY SUPPLY,
PO BOX 4148
BELLEVUE, WA 98009-4148

Claim Number: 1156
Claim Date: 02/20/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1627.44 | Scheduled: | $469.68 | Allowed: | $1627.44 |

THROWER LANETTE S
RICHARD A THROWER
3594 LESLIE HWY
ROCK HILL, SC 29730

Claim Number: 1978
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $56000.00 |

THURSTON COUNTY TREASURER
2000 LAKERIDGE DRIVE SW
OLYMPIA, WA 98502

Claim Number: 7317
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $5404.92 |

| THURSTON COUNTY TREASURER<br>2000 LAKERIDGE DRIVE SW<br>OLYMPIA, WA 98502 | Claim Number: 8405<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $3095.59 | Allowed: | $1278.62 |

| TIDELAND ELECTRIC MEMBERSHIP CORP<br>P O BOX 159<br>PANTEGO, NC 27860 | Claim Number: 5500<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6.07 | Allowed: | $6.07 |

| TIGER COMMUNICATIONS, INC.<br>1695 EAST UNIVERSITY DRIVE<br>AUBURN, AL 36830 | Claim Number: 9157<br>Claim Date: 11/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | |

| TIGER COMMUNICATIONS, INC.<br>1695 EAST UNIVERSITY DRIVE<br>AUBURN, AL 36830 | Claim Number: 10121<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $600.00 | |

| TIJERINA, ERNESTINA  L<br>P.O. BOX 1574<br>FORT COLLINS, CO 80522-1574 | Claim Number: 3641<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $250000.00 | Allowed: | $12500.00 |

| TIJERINA, JOHNNY<br>P.O. BOX 1574<br>FORT COLLINS, CO 80522-1574 | Claim Number: 3640<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $250000.00 | Allowed: | $12500.00 |

| TIM HOGANS CARPET INC,<br>TIM HOGAN CARPET<br>PO BOX 58026<br>CHARLESTON, WV 253580026 | Claim Number: 7889<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $743.32 | |

---

TIM MESIC
DBA MESIC CONTRACTING & REMODELING
28851 N. 168TH AVE.
SURPRISE, AZ 85387

Claim Number: 644
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $9027.84 |
|---|---|---|

---

TIMBER RIDGE MOBILE HOME PARK,
102 TIMBERIDGE DR
CLARKSVILLE, TN 37042

Claim Number: 3450
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| UNSECURED | Claimed: | $9521.71 | Scheduled: | $1642.50 | Allowed: | $1642.50 |
|---|---|---|---|---|---|---|

---

TIMBERLAKE, SMITH, THOMAS & MOSES, P.C.
25 NORTH CENTRAL AVENUE
P.O. BOX BOX 108
STAUNTON, VA 24402-0108

Claim Number: 9647
Claim Date: 04/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $18734.72 |
|---|---|---|

---

TIMBERLAKE, SMITH, THOMAS & MOSES, P.C.
25 NORTH CENTRAL AVENUE
P.O. BOX BOX 108
STAUNTON, VA 24402-0108

Claim Number: 10454
Claim Date: 06/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $18436.75 |
|---|---|---|

---

TIMBERLINE HOMES INC (TUSCALOOSA)
6201 HWY 69 S
TUSCALOOSA, AL 35405

Claim Number: 7881
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $100.00 |
|---|---|---|

---

TIMBERLINE HOMES INC (TUSCALOOSA)
6201 HWY 69 S
TUSCALOOSA, AL 35405

Claim Number: 7882
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $100.00 |
|---|---|---|

---

TIMBERLINE LTD,
ATTN MALCOM BLANKENSHIP
P O DRAWER 23
SALISBURY, NC 28145-1617

Claim Number: 1938
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1975.00 | Scheduled: | $1975.00 | Allowed: | $1975.00 |
|---|---|---|---|---|---|---|

---

TIMBERS
THOMAS
2303 HEDGEPATH
HILLSBOROUGH, NC 272789652

Claim Number: 6291
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $575.00 |
|---|---|---|

---

| TIME WARNER TELECOM<br>LINDA BOYLE, LEGAL SPECIALIST<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 4013<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $18280.48 | | | |

| TIME WARNER TELECOM<br>LINDA BOYLE, LEGAL SPECIALIST<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 4467<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $18280.48 | | | |

| TIME WARNER TELECOM<br>LINDA BOYLE, LEGAL SPECIALIST<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 4413<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $0.00 | | Allowed: | $21100.46 |

| TIME WARNER TELECOM INC.<br>LINDA BOYLE, LEGAL SPECIALIST<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 10455<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $5467.85 | | | |

| TIME WARNER TELECOM INC.<br>LINDA BOYLE, LEGAL SPECIALIST<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 10481<br>Claim Date: 06/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed:          $5467.85 | | | |

| TIMELY APPRAISAL SERVICE<br>2300 CR 4106<br>KAUFMAN, TX 75142 | Claim Number: 3675<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
|---|---|---|---|
| PRIORITY          Claimed:          $2425.00<br>UNSECURED | | Allowed: | $2425.00 |

| TIMES HERALD<br>P.O. 5009<br>PORT HURON, MI 48061 | Claim Number: 1682<br>Claim Date: 02/24/2003<br>Debtor: SUBURBAN HOME SALES, INC. | | |
|---|---|---|---|
| UNSECURED      Claimed:      $7348.14          Scheduled:      $7348.14      Allowed:      $7348.14 | | | |

---

TIMES REFRIGERATION
AIR CONDITIONING-HEATING INC.
P.O. BOX 370875
EL PASO, TX 79937

Claim Number: 9762
Claim Date: 05/07/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3926.70 |
| --- | --- | --- |

---

TIMES, THE
P O BOX 30222
SHREVEPORT, LA 71130

Claim Number: 673
Claim Date: 02/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $988.09 | Scheduled: | $945.55 | Allowed: | $988.09 |
| --- | --- | --- | --- | --- | --- | --- |

---

TIMES-NEWS
P O BOX 490
HENDERSONVILLE, NC 28793

Claim Number: 10346
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $4235.67 |
| --- | --- | --- |

---

TIMMERMAN STEVEN F
1148 WILLIAMS DRIVE
AIKEN, SC 29803

Claim Number: 3875
Claim Date: 03/15/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $525.00 |
| --- | --- | --- |

---

TIMS INSTALLATION INC
901 CLIFFORD CIRCLE
STANTON, MI 48888

Claim Number: 2129
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $449.44 |
| --- | --- | --- |

---

TINKER LUCY
PO BOX 53
SAWYERVILLE, AL 36776

Claim Number: 10472
Claim Date: 06/17/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $164000.00 |
| --- | --- | --- |

---

TINKER, LUCY
PO BOX 53
SAWYERVILLE, AL 36776

Claim Number: 10471
Claim Date: 06/17/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $38000.00 |
| --- | --- | --- |

---

TINSLEY BYRON
PO BOX 163
BARNSDALL, OK 74002

Claim Number: 6713
Claim Date: 04/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $675.00 | Scheduled: | $900.00 DISP | Allowed: | $675.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

---

| TINY TOWN MOBILE HOME PARK<br>830 TINY TOWN RD<br>CLAUDE T MATHES, OWNER<br>CLARKSVILLE, TN 37042 | Claim Number: 2012<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $365.88 |

---

| TIPPECANOE COUNTY TREASURER<br>20 N. THIRD STREET<br>LAFAYETTE, IN 47901 | Claim Number: 10441<br>Claim Date: 06/18/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| UNSECURED | Claimed: | $541.26 |

---

| TIPPECANOE COUNTY TREASURER<br>DAVID A. ROSENTHAL, ATTORNEY<br>P.O. BOX 349<br>LAFAYETTE, IN 47902 | Claim Number: 10483<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |

| ADMINISTRATIVE | Claimed: | $541.26 |

---

| TIPPECANOE COUNTY TREASURER<br>20 N. THIRD STREET<br>LAFAYETTE, IN 47901 | Claim Number: 10484<br>Claim Date: 06/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4489 (09/03/2004) |

| UNSECURED | Claimed: | $541.26 |

---

| TIPTON CONTRACTING<br>DBA"TIPTON CONTRACTING<br>3349 KNIGHT ROAD<br>WOODLAWN, TN 37191 | Claim Number: 2939<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $6160.00 | | Allowed: | $6160.00 |

---

| TIPTON CONTRACTING,<br>DBA"TIPTON CONTRACTING<br>3349 KNIGHT ROAD<br>WOODLAWN, TN 37191 | Claim Number: 2940<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

| UNSECURED | Claimed: | $6160.00 | Scheduled: | $4950.00 |

---

| TIRE CENTERS, LLC<br>ATTN: D. MINTON, ASST. CREDIT MANAGER<br>310 INGLESBY PARKWAY<br>DUNCAN, SC 29334 | Claim Number: 393<br>Claim Date: 01/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1121.94 |

---

| TISDALE, BOYDE, ADMIN, AND MARY TURNER<br>INDIV AND AS PARENT OF LAUREN OATES<br>111 E NORTH ST<br>GREENVILLE, SC 29601 | Claim Number: 10876<br>Claim Date: 06/25/2007<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $500000.00 |

---

| | | |
|---|---|---|
| TJT INC - CA<br>PO BOX 278<br>EMMETT, ID 83617 | Claim Number: 4642<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |

| UNSECURED | Claimed: | $39000.00 |
|---|---|---|

| | | |
|---|---|---|
| TJT, INC<br>C/O JOHN C WARD<br>MOFFAT THOMAS BARRETT ETAL<br>PO BOX 829<br>BOISE, ID 83701 | Claim Number: 10836<br>Claim Date: 02/27/2006<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $76952.70 |
|---|---|---|

| | | |
|---|---|---|
| TMP WORLDWIDE<br>MONSTER WORLDWIDE<br>7800 W. BROWN DEER RD.<br>MILWAUKEE, WI 53223 | Claim Number: 9216<br>Claim Date: 12/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $3114.51 |
|---|---|---|

| | | |
|---|---|---|
| TNT SKIRTING & STEPS INC.<br>PO BOX 92195<br>LAKELAND, FL 33804 | Claim Number: 3548<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | |

| PRIORITY | Claimed: | $6666.00 | | |
|---|---|---|---|---|
| UNSECURED | | Scheduled: | $5416.00 | |

| | | |
|---|---|---|
| TODD'S MOBILE HOME SERVICE<br>PO BOX 1775<br>CONWAY, SC 29528 | Claim Number: 7905<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $875.00 |
|---|---|---|

| | | |
|---|---|---|
| TODD'S MOBILE HOME SERVICE,<br>PO BOX 1775<br>CONWAY, SC 29528 | Claim Number: 732<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | |

| UNSECURED | Claimed: | $875.00 | Scheduled: | $875.00 | Allowed: | $875.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TODDCO<br>DBA: TODDCO<br>P O BOX 1895<br>ONALASKA, TX 77360 | Claim Number: 8347<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $1100.00 |
|---|---|---|

---

| TODDCO,<br>DBA: TODDCO<br>P O BOX 1895<br>ONALASKA, TX 77360 | Claim Number: 810<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1100.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1100.00 | Allowed: | $1100.00 |

---

| TOLBERT, ROBERT EARL<br>C/O C. CARTER CLAY ESQ<br>PITTMAN DUTTON KIRBY & HELLUMS PC<br>1100 PARK PLACE TOWER<br>BIRMINGHAM, AL 35203 | Claim Number: 10863<br>Claim Date: 12/12/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8878 (02/19/2008) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| TOM CATS TRUCKING<br>DBA: TOM CATS TRUCKING<br>6527 NEW JESUP HWY<br>BRUNSWICK, GA 31523 | Claim Number: 1411<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $65.00 | | Allowed: | $65.00 |
|---|---|---|---|---|---|

---

| TOM CATS TRUCKING<br>DBA: TOM CATS TRUCKING<br>6527 NEW JESUP HWY<br>BRUNSWICK, GA 31523 | Claim Number: 8553<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $65.00 |
|---|---|---|

---

| TOM DENNIS REALTY INC<br>P O BOX 41<br>HORATIO, SC 290620041 | Claim Number: 2661<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $590.00 |
|---|---|---|

---

| TOM GREEN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST., 1720 UNIVISION CTR<br>DALLAS, TX 2644 | Claim Number: 2427<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) |
|---|---|

| SECURED | Claimed: | $2444.71 | | Allowed: | $2267.29 |
|---|---|---|---|---|---|

---

| TOM N. KIEHNHOFF<br>801 LAUREL STREET P.O. BOX 26005<br>ATTN: REAUD, MORGAN & QUINN, INC.<br>BEAUMONT, TX 77720 | Claim Number: 5585<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

---

TOMACO INC,
PO BOX 21
HILLSBORO, MO 63050

Claim Number: 3695
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $2914.06 | Scheduled: | $2914.06 DISP | Allowed: | $2914.06 |
|---|---|---|---|---|---|---|

---

TOMBALL INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE BRANDON FIELDER COLLINS & MOTT
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 10107
Claim Date: 05/26/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $6112.78 UNLIQ |

---

TOMBALL INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10132
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $435.12 UNLIQ |
|---|---|---|

---

TOMBALL INDEPENENT SCHOOL DISTRICT
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 6887
Claim Date: 05/13/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| SECURED | Claimed: | $1566.83 |
|---|---|---|

---

TOMMY MARSHALL & ASSOCIATES
PO BOX 158
DENTON, TX 762020158

Claim Number: 6208
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

---

TOMMY MARSHALL & ASSOCIATES
PO BOX 158
DENTON, TX 762020158

Claim Number: 6209
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

TOMPKINS, GARY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7141
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

TOMS FREDERIC,
103-A KILMAYNE DRIVE
CARY, NC 27511

Claim Number: 4297
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $75554.46 | Scheduled: | $14158.06 | | |
|---|---|---|---|---|---|---|

TOMS FREDERIC,
103-A KILMAYNE DRIVE
CARY, NC 27511

Claim Number: 4301
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1763.19 | Scheduled: | $12298.99 | | |
|---|---|---|---|---|---|---|

TOMS GARDEN CENTER,
350 NW HICKORY ST
ALBANY, OR 973211726

Claim Number: 3693
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $660.00 | Scheduled: | $660.00 | Allowed: | $660.00 |
|---|---|---|---|---|---|---|

TOO TALL HILL
CARMICAL
1804 WILLIAMS ST
CHATTANOOGA, TN 374081726

Claim Number: 4554
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $305.00 UNDET | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $220.00 UNDET | | | | |

TOOELE COUNTY ASSESSOR
47 S MAIN
TOOELE, UT 84074

Claim Number: 6523
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $1311.51 | | | | |
|---|---|---|---|---|---|---|

TOOELE COUNTY ASSESSOR
47 S MAIN
TOOELE, UT 84074

Claim Number: 7320
Claim Date: 05/22/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $1788.55 | | | | |
|---|---|---|---|---|---|---|

TOOELE COUNTY ASSESSOR
47 S MAIN
TOOELE, UT 84074

Claim Number: 7757
Claim Date: 08/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $719.66 | | | | |
|---|---|---|---|---|---|---|

---

TOOL PRO
DIV OF TEXAS CORP
1460 LOCKHART DR
KENNESAW, GA 30144

Claim Number: 9607
Claim Date: 04/19/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $177.70 |

---

TOOLPRO-AZ,
DIV. OF TEXAR CORP.
1460 LOCKHHART DRIVE
KENNESAW, GA 30144

Claim Number: 1124
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $521.64 | Scheduled: | $521.64 | Allowed: | $521.64 |

---

TOOLPRO-IN,
DIV. OF TEXAR CORP.
1460 LOCKHHART DRIVE
KENNESAW, GA 30144

Claim Number: 978
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $312.06 | Scheduled: | $80.94 | Allowed: | $312.06 |

---

TOOMBS COUNTY
PO BOX 458
LYONS, GA 30436

Claim Number: 6663
Claim Date: 04/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $18.00 |

---

TOOMBS COUNTY
PO BOX 458
GLENDA WILLIAM/TAG AGENT FOR GEORGIA
LYONS, GA 30436

Claim Number: 8007
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18.00 |

---

TOOMBS COUNTY,
PO BOX 458
GLENDA WILLIAM/ TAG AGENT FOR GEORGIA
LYONS, GA 30436

Claim Number: 1368
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $18.00 | | | Allowed: | $18.00 |
| UNSECURED | | | Scheduled: | $36.00 DISP | | |

---

TORRALBA, FRANKLIN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7142
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

TORRES, BRENDA RICKARD
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7030
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

TORRES, GILBERTO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5846
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1396.88 UNLIQ |

---

TORRES, HIGINIO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6002
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

TORRES, ROBERT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7031
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

TORRES, ROBERT/KATHY
14333 HERMAN REID ROAD
BAUXITE, AR 72011

Claim Number: 623
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50000.00 |

---

TORRES, ROBERT/KATHY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2835
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50000.00 | | |
| UNSECURED | | | Allowed: | $14517.16 |

---

TOWN & COUNTRY AC CO,
757 HUNTERS LANE
PROVIDENCE, NC 27315

Claim Number: 1559
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $600.00 | | | | |
| UNSECURED | | | Scheduled: | $600.00 | Allowed: | $600.00 |

---

| TOWN COUNCIL OF THE TOWN OF KNIGHTDALE<br>HOLT YORK MCDARRIS HIGH LLP<br>434 FAYETTEVILLE ST MALL 2010<br>RALEIGH, NC 276011767 | Claim Number: 7483<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 4542 (09/14/2004) |
|---|---|

| UNSECURED | Claimed: | $8000.00 | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|

| TOWN OF BUCKEYE,<br>100 N APACHE RD<br>BUCKEYE, AZ 85326 | Claim Number: 1188<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4652 (10/12/2004) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $630.25 | Scheduled: | $630.25 | | |
|---|---|---|---|---|---|---|

| TOWN OF CHRISTI<br>100 EAST MAIN ST<br>CHRISTIANSBURG, VA 24073 | Claim Number: 677<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $47.56 | | Allowed: | $47.56 |
|---|---|---|---|---|---|

| TOWN OF ETNA GREEN<br>PO BOX 183<br>ETNA GREEN, IN 46524 | Claim Number: 2904<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: PAID<br>9th dist check returned. asserted pd in full |
|---|---|

| UNSECURED | Claimed: | $13317.66 | | |
|---|---|---|---|---|

| TOWN OF ETNA GREEN<br>PO BOX 183<br>ETNA GREEN, IN 46524 | Claim Number: 7887<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $13317.66 | | |
|---|---|---|---|---|

| TOWN OF GREENV<br>200 N COLLEGE STREET<br>GREENVILLE, TN 37745 | Claim Number: 695<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $54.00 | | Allowed: | $47.19 |
|---|---|---|---|---|---|

| TOWN OF KNIGHTDALE, NC<br>HOLT YORK MCDARRIS HIGH LLP<br>PO BOX 2060<br>RALEIGH, NC 276022060 | Claim Number: 4025<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $8000.00 | | |
|---|---|---|---|---|

---

TOWN OF KNIGHTDALE, NC
PO BOX 2060
RALEIGH, NC 276022060

Claim Number: 4430
Claim Date: 03/21/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $8000.00 |
|---|---|---|

TOWN OF PEMBROKE
203 W. THIRD ST
P.O. BOX 866
PEMBROKE, NC 28372

Claim Number: 4002
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

---

| SECURED | Claimed: | $2800.01 |
|---|---|---|

TOWN OF PEMBROKE
P.O. BOX 866
PEMBROKE, NC 28372

Claim Number: 7479
Claim Date: 06/27/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| SECURED | Claimed: | $2848.88 |
|---|---|---|

TOWN OF PINEBLUFF
WATER DEPARTMENT
PO BOX 367
PINEBLUFF, NC 28373

Claim Number: 1079
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $262.52 | | Allowed: | $262.52 |
|---|---|---|---|---|---|

TOWN OF PINEBLUFF
PO BOX 367
PINEBLUFF, NC 28373

Claim Number: 1080
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

---

| SECURED | Claimed: | $843.45 | | Allowed: | $781.50 |
|---|---|---|---|---|---|

TOWN OF PINEBLUFF
325 EAST BALTIMORE AVE
PINEBLUFF, NC 28373

Claim Number: 8428
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| ADMINISTRATIVE | Claimed: | $2365.34 |
|---|---|---|

TOWN OF PINEBLUFF-WATER
WATER DEPARTMENT
PO BOX 367
PINEBLUFF, NC 28373

Claim Number: 1078
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $96.42 | | Allowed: | $96.42 |
|---|---|---|---|---|---|

TOWN TALK,
PO BOX 7558
ALEXANDRIA, LA 71306

Claim Number: 926
Claim Date: 02/19/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

---

| UNSECURED | Claimed: | $568.83 | Scheduled: | $568.83 | Allowed: | $568.83 |
|---|---|---|---|---|---|---|

---

TOWNSEND ENTERPRISES,
100 SOUTH FRANKLIN ST
CHRISTIANSBURG, VA 24073

Claim Number: 1748
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2532.50 | Scheduled: | $5684.00 | Allowed: | $2532.50 |

---

TOWNSEND, BRYCE A.
POB 746
PONTOTOC, MS 38863

Claim Number: 624
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 |

---

TOWNSEND, BRYCE A.
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2834
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
| UNSECURED | | | | | Allowed: | $1742.06 |

---

TOWNSEND, ROY AND ANNETTE
1213 MUDDY CREEK
WINCHESTER, KY 40391

Claim Number: 10008
Claim Date: 05/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $5171.06 |

---

TOWNSHIP OF CLINTON
C/O JOSEPH P. CIARAMITARO, JR.
42850 GARFIELD, SUITE 104
CLINTON TOWNSHIP, MI 48038

Claim Number: 4051
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $517.84 |

---

TOWNSHIP OF CLINTON
C/O JOSEPH P. CIARAMITARO, JR.
42850 GARFIELD, SUITE 104
CLINTON TOWNSHIP, MI 48038

Claim Number: 4322
Claim Date: 03/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $517.84 |

---

TOWNSHIP OF CLINTON
C/O JOSEPH P. CIARAMITARO, JR.
42850 GARFIELD, SUITE 104
CLINTON TOWNSHIP, MI 48038

Claim Number: 4410
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $517.84 |

---

---

| TP EDWARDS CONSTRUCTION COMPANY<br>106 WILLOWBROOK CIR<br>LEXINGTON, NC 272951660 | Claim Number: 2744<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $750.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | | Allowed: | $750.00 |

---

| TP EDWARDS CONSTRUCTION COMPANY,<br>DBA TP EDWARDS CONSTRUCTION COMPANY<br>357 EARLY JAMES ROAD<br>LEXINGTON, NC 27295 | Claim Number: 2766<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $125.00 | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $125.00 | | Allowed: | $125.00 |

---

| TRADING POST<br>PO BOX 1002 TCAS<br>BLOUNTVILLE, TN 37617 | Claim Number: 9292<br>Claim Date: 12/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| TRAILS END<br>POB 231525<br>LAS VEGAS, NV 89123 | Claim Number: 9264<br>Claim Date: 12/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8989.00 |
|---|---|---|

---

| TRANERS PLUMBING & HEATING INC,<br>80611 HWY 395 N<br>HERMISTON, OR 97838 | Claim Number: 2048<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $116.00 | | Scheduled: | $116.00 | | Allowed: | $116.00 |
|---|---|---|---|---|---|---|---|---|

---

| TRANSAMERICAN COMMERCIAL FINANCE CORP<br>11121 CARMEL COMMONS BLVD<br>SUITE 350<br>CHARLOTTE, NC 28226 | Claim Number: 5341<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4421 (08/19/2004) |
|---|---|

| SECURED | Claimed: | $2795000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2515000.00 UNLIQ |

---

| TRANSAMERICAN COMMERCIAL, FINANCE CORP.<br>11121 CARMEL COMMONS BLVD<br>SUITE 350<br>CHARLOTTE, NC 28226 | Claim Number: 5340<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: WITHDRAWN<br>DOCKET: 4418 (08/18/2004) |
|---|---|

| SECURED | Claimed: | $2795000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2515000.00 UNLIQ |

---

| TRANSAMERICAN COMMERCIAL, FINANCE CORP.<br>11121 CARMEL COMMONS BLVD<br>SUITE 350<br>CHARLOTTE, NC 28226 | Claim Number: 5472<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |

| SECURED | Claimed: | $2795000.00 |

| TRANSAMERICAN COMMERCIAL, FINANCE CORP.<br>11121 CARMEL COMMONS BLVD<br>SUITE 350<br>CHARLOTTE, NC 28226 | Claim Number: 5473<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $2795000.00 |

| TRANSIT MIX CONCRETE<br>PO BOX 5187<br>BEAUMONT, TX 77726 | Claim Number: 1736<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $5035.56 |

| TRANSIT MIX CONCRETE & MATERIALS CO,<br>P O BOX 3625<br>TEMPLE, TX 76505 | Claim Number: 4845<br>Claim Date: 03/26/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED |

| SECURED | Claimed: | $454.65 | | | | |
| UNSECURED | | | Scheduled: | $454.65 | Allowed: | $454.65 |

| TRANSOURCE /B2 DIRECT<br>ATTN: RUTH TOLAND<br>10931 LAUREATE DRIVE<br>SAN ANTONIO, TX 78249 | Claim Number: 456<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $349.99 |

| TRANSPLY INC<br>PO BOX 7727<br>YORK, PA 17404 | Claim Number: 2245<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| PRIORITY | Claimed: | $119.28 | | | |
| UNSECURED | | | | Allowed: | $119.28 |

| TRANSPORT TECHNOLOGIES LLC<br>PO BOX 1864<br>GREENEVILLE, TN 37744-1864 | Claim Number: 1598<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $642.11 | Scheduled: | $642.11 | Allowed: | $642.11 |

| | | |
|---|---|---|
| TRAVERSE CITY RECORD-EAGLE<br>P.O. BOX 632<br>120 W. FRONT ST.<br>TRAVERSE CITY, MI 49685-0632 | Claim Number: 884<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $462.63 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY<br>DAVID ESCAMILLA<br>PO BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 9359<br>Claim Date: 02/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $22280.69 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY<br>DAVID ESCAMILLA<br>COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 9360<br>Claim Date: 02/02/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4487 (09/03/2004) | |

| SECURED | Claimed: | $39543.98 | Allowed: | $17008.68 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY ET AL<br>NELDA SPEARS, COUNTY TAX COLLECTOR<br>DAVID ESCAMILLA, ATTORNEY<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 7621<br>Claim Date: 07/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | |

| SECURED | Claimed: | $39217.76 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY, ET AL<br>NELDA SPEARS<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 1620<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| SECURED | Claimed: | $133936.58 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY, ET AL<br>NELDA WELLS SPEARS, TAX COLLECTOR<br>DAVID ESCAMILLA<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 10555<br>Claim Date: 07/30/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | |

| ADMINISTRATIVE | Claimed: | $1394.05 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS COUNTY, TEXAS ET AL<br>NELDA SPEARS, TAX COLLECTOR<br>DAVID ESCAMILLA, ATTORNEY<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | Claim Number: 7341<br>Claim Date: 06/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| SECURED | Claimed: | $138824.75 |
|---|---|---|

| | | |
|---|---|---|
| TRAVIS, EUGENE<br>C/O BYRD AND ASSOCIATE, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 3498<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |

| UNSECURED | Claimed: | $10000.00 | Allowed: | $2903.43 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRAYLOR C/O TRAYLOR MOTOR CO.,<br>9000 HWY 271 S<br>FT SMITH, AR 72901 | | | Claim Number: 3630<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $3700.00 UNLIQ | | | | | |
| TRAYLOR, GLEN<br>PO BOX 3017<br>LAUREL, MS 394423017 | | | Claim Number: 6588<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $15000.00 | | | | Allowed: | $4355.15 |
| TRC STAFFING SVC,<br>PO BOX 888485<br>ATLANTA, GA 30356 | | | Claim Number: 4713<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | | |
| UNSECURED | Claimed: | $7272.74 | Scheduled: | $1654.20 | | Allowed: | $7272.74 |
| TREASUERE OF PRINCE EDWARD<br>PO BOX 522<br>FARMVILLE, VA 23901 | | | Claim Number: 8151<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| ADMINISTRATIVE | Claimed: | $6766.02 | | | | | |
| TREASURER OF BRUNSWICK COUNTY<br>228 NORTH MAIN STREET, ROOM 104<br>LAWRENCEVILLE, VA 23868 | | | Claim Number: 10308<br>Claim Date: 06/10/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $453.50 | | | | | |
| TREASURER OF TAZEWELL CO<br>PO BOX 969<br>TAZEWELL, VA 24651 | | | Claim Number: 3826<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $5700.31 | | | | Allowed: | $4418.54 |
| TREASURER OF TIPPECANOE COUNTY<br>20 N. 3RD STREET<br>LAFAYETTE, IN 47901-1218 | | | Claim Number: 9060<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $541.26 | | | | | |

---

TREASURY OPERATIONS
KING COUNTY ADMINISTRATION BLDG
500 4TH AVE, ROOM 600
SEATTLE, WA 98104-2387

Claim Number: 9591
Claim Date: 04/16/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $1120.98 |
|---|---|---|

---

TREBAR INC,
4100 S TRANSPORT RD
BOISE, ID 83705

Claim Number: 1446
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $676.04 | Scheduled: | $676.04 | Allowed: | $676.04 |
|---|---|---|---|---|---|---|

---

TRENT INC
550 N.E. COLUMBIA BLVD
PORTLAND, OR 97211

Claim Number: 8089
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $2169.41 |
|---|---|---|

---

TRENT INC.
550 N.E. COLUMBIA BLVD.
PORTLAND, OR 97211

Claim Number: 9560
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $2169.41 UNLIQ |
|---|---|---|

---

TRENTON H. PARKER
CREDIT-ASSIGNEE IN POSSESSION
PMB 222, 837 S. KUNER RD
BRIGHTON, CO 80601

Claim Number: 7236
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $250000.00 |
|---|---|---|

---

TREVINO JR,RAUL G.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6003
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

TRI STAR HEATING & COOLING
10065 DUNCAN DRIVE
FLORENCE, KY 41042

Claim Number: 2018
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1282.00 | | | Allowed: | $1282.00 |
|---|---|---|---|---|---|---|

---

---

TRI STAR HEATING & COOLING,
10065 DUNCAN DRIVE
FLORENCE, KY 41042

Claim Number: 2019
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1475.00 | Scheduled: | $1475.00 | Allowed: | $1475.00 |

TRI STATE COMMUNICATIONS INC
134 S MAIN STREET
JASPER, GA 30143

Claim Number: 3279
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $600.00 | | | Allowed: | $600.00 |

TRI STATE COMMUNICATIONS INC,
WLJA RADIO - TRI STATE COMMUNICATION
134 S MAIN ST
JASPER, GA 301431702

Claim Number: 3280
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $600.00 | Scheduled: | $200.00 |

TRI STATE LIME & STONE
C/O COLLECTIONS
PO BOX 5067
KINGSPORT, TN 37663

Claim Number: 10449
Claim Date: 06/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| UNSECURED | Claimed: | $1975.02 |

TRI-COUNTY NEWS
P O BOX 303
GARDNER, KS 66030

Claim Number: 1426
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1162.24 |

TRI-GAS INC,
PO BOX 845502
DALLAS, TX 75284-5502

Claim Number: 1447
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $234.24 | Scheduled: | $33.22 | Allowed: | $234.24 |

TRI-STATE OUTDOOR MEDIA GROUP INC
PO BOX 905122
CHARLOTTE, NC 28290 5122

Claim Number: 2657
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2800.00 |

TRI-STATE OUTDOOR MEDIA GROUP,
PO BOX 905122
CHARLOTTE, NC 28290 5122

Claim Number: 2656
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1400.00 | Scheduled: | $1200.00 | Allowed: | $1400.00 |

---

| TRI-WOOD CORP OF GA-GA,<br>124 AUSTIN ROAD<br>AMERICUS, GA 31719 | Claim Number: 2246<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $1934.00 | Scheduled: | $1934.00 | Allowed: | $1934.00 |
|---|---|---|---|---|---|---|

| TRIAD DISTRIBUTING-NORTHWEST, INC.<br>TRIAD DISTRIBUTING NW<br>250 W 36TH ST<br>BOISE, ID 837146531 | Claim Number: 472<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $34.50 |
|---|---|---|

| TRIAD DITRIBUTING-NORTHWEST,INC.<br>TRIAD DISTRIBUTING NW<br>250 W 36TH ST<br>BOISE, ID 837146531 | Claim Number: 457<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $955.20 |
|---|---|---|

| TRIAD INVESTMENTS INC<br>PO BOX 4243<br>ARCHDALE, NC 27263 | Claim Number: 8254<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1800.00 |
|---|---|---|

| TRIAD PORTA-JOHN, INC.<br>3902 PATTERSON STREET<br>GREENSBORO, NC 27407 | Claim Number: 7931<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $222.81 UNDET |
|---|---|---|

| TRIANGLE PORTA-JOHN<br>3902 PATTERSON ST<br>GREENSBORO, NC 27407 | Claim Number: 7932<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3676 (02/27/2004) |
|---|---|

| UNSECURED | Claimed: | $79.65 UNDET |
|---|---|---|

| TRIM OUT<br>DBA TRIM OUT<br>10854 W LONE CACTUS DR<br>SUN CITY, AZ 85373 | Claim Number: 6617<br>Claim Date: 04/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $7256.00 |
|---|---|---|

| TRIM OUT INC<br>10854 W LONE CACTUS DR<br>SUN CITY, AZ 85373 | Claim Number: 6619<br>Claim Date: 04/16/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $7256.00 |
|---|---|---|

TRIM OUT INC
10854 W LONE CACTUS DR
SUN CITY, AZ 85373

Claim Number: 8409
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $10894.00 |
| --- | --- | --- |

TRIM OUT,
DBA TRIM OUT
10854 W LONE CACTUS DR
SUN CITY, AZ 85373

Claim Number: 6618
Claim Date: 04/16/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $7256.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3638.00 |

TRIO APRAISAL COMPANY
PO BOX 2449
LANCASTER, OH 43130

Claim Number: 7916
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $200.00 |
| --- | --- | --- |

TRIPLE B RANCH INC,
C/O DALE BOEHNER
1151 EAGLE DR #354
LOVELAND, CO 80537

Claim Number: 3001
Claim Date: 03/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $33949.52 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $6676.05 | Allowed: | $33949.52 |

TRIPLE M MOBILE HOME SERVICE, INC.
111 W ASHBY PL
SAN ANTONIO, TX 782125839

Claim Number: 8966
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $181560.00 |
| --- | --- | --- |

TRIPLE M MOBILE HOME SERVICE, INC.
21969 CAMPBELLTON ROAD
SAN ANTONIO, TX 78264

Claim Number: 8967
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| ADMINISTRATIVE | Claimed: | $75100.46 |
| --- | --- | --- |

TRISTAR-IN
PO BOX 2986
ELKHART, IN 46515

Claim Number: 1478
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4558.34 |
| --- | --- | --- |

---

TRISURE CORP,
P O BOX 4039
CARY, NC 27519

Claim Number: 3449
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $15569.00 | Scheduled: | $14577.00 DISP CONT |

---

TROMPETER, GEMMA; ET AL
C/O MARK S. BOSTICK, ESQ.
WENDEL, ROSEN, BLACK & DEAN LLP
1111 BROADWAY, 24TH FLOOR
OAKLAND, CA 94607

Claim Number: 10689
Claim Date: 01/03/2005
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $1500000.00 UNLIQ |

---

TROTT & TROTT, P.C.
PO BOX 67000 DEPT 291101
DETROIT, MI 482670002

Claim Number: 4330
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1250.00 | | Allowed: | $1250.00 |

---

TROVALLI'S LANDSCAPING CO.
9640 HOPKINS ROAD
RICHMOND, VA 23237-4125

Claim Number: 10193
Claim Date: 06/03/2004
Debtor: OAKWOOD MOBILE HOMES, INC.

| ADMINISTRATIVE | Claimed: | $2400.00 |

---

TROY ENTERPRISE,
PO BOX 561
ROXBORO, NC 27573

Claim Number: 6669
Claim Date: 04/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 |

---

TRU TEX AC SYSTEMS,
DBA TRU TEX AC SYSTEMS
20343 SCOTT GARDNER RD
NEW CANEY, TX 77357

Claim Number: 1214
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $3608.52 | | | |
| UNSECURED | | | Scheduled: | $3548.98 | Allowed: | $3608.52 |

---

TRU-TEX A/C SYSTEMS
20343 SCOTT GARDNER ROAD
NEW CANEY, TX 77357

Claim Number: 10048
Claim Date: 05/21/2004
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $3608.52 |

---

| TRUMAN ARNOLD COMPANIES,<br>P.O. BOX 1481<br>ATTN: GREG ARNOLD<br>TEXARKANA, TX 75504 | | | Claim Number: 3958<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $11942.82 | | Allowed: | $11942.82 |

| TRUMM NICHOLAS<br>4916 E 96TH STREET<br>DENVER, CO 80229 | | | Claim Number: 4355<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $275.00 | | Allowed: | $275.00 |

| TRUSTY, DEBORAH B.<br>DBA ACCU-APPRAISALS<br>226 FREEMAN STREET<br>MOUNT PLEASANT, SC 29464 | | | Claim Number: 10085<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7661 (04/05/2005) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1400.00 | | Allowed: | $950.00 |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $450.00 |

| TRUSTY, DEBORAH B.<br>DBA ACCU-APPRAISALS<br>226 FREEMAN STREET<br>MOUNT PLEASANT, SC 29464 | | | Claim Number: 10389<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1400.00 | | | |

| TRYM-TEX, INC<br>PO BOX 927<br>KENT, WA 98035 | | | Claim Number: 2050<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3657.26 | | | |

| TSF VALUATION SERVICES<br>DBA TSF VALUATION SERVICES<br>PO BOX 371<br>ONALASKA, TX 77360 | | | Claim Number: 1543<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $710.00 | | Allowed: | $710.00 |

| TSI INC.<br>5200 S. YALE SUITE 608<br>TULSA, OK 74135 | | | Claim Number: 10206<br>Claim Date: 06/04/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $76.32 | | | |

---

TSO WILKIE
PO BOX 441
CHINLE, AZ 86503

Claim Number: 8215
Claim Date: 11/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

TSO WILKIE,
PO BOX 441
CHINLE, AZ 86503

Claim Number: 6806
Claim Date: 05/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1000.00 |
|---|---|---|

---

TSO, WILKIE E.
P.O. BOX 441
CHINLE, AZ 86503

Claim Number: 9610
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

TSO, WILKIE E.
P.O. BOX 441
CHINLE, AZ 86503

Claim Number: 10288
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 |
|---|---|---|

---

TUBMAN BATHTUB REFINISHING
PO BOX 700082
SAN ANTONIO, TX 78270

Claim Number: 10064
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $307.44 |
|---|---|---|

---

TUCKER LUMBER CO
PO BOX 657
HILLSBORO, TX 76645

Claim Number: 1439
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1066.44 |
|---|---|---|

---

TUCKER RENTALS,
6000 CLEAR CREEK RD
KILLEEN, TX 76549

Claim Number: 1234
Claim Date: 02/24/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| PRIORITY UNSECURED | Claimed: | $2003.50 | Scheduled: | $1649.50 DISP | Allowed: | $1560.00 |
|---|---|---|---|---|---|---|

---

TUCKER TREASSIE,
1679 CARDINAL RD
MANSFIELD, TX 76063

Claim Number: 2659
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $476.71 | Scheduled: | $476.71 | Allowed: | $476.71 |

---

TUCKER, JANET E.
8240 WHITE OAK PL.
HOUSTON, TX 77040

Claim Number: 10387
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $15960.00 |

---

TUCKER, KENNETH W.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6004
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

TUCKER, WILLIAM III
185 CRYSTALWAY
ROCKY MOUNT, NC 27801

Claim Number: 10082
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $525.00 |

---

TUCSON APPLIANCE CO L L C
4229 E SPEEDWAY
TUCSON, AZ 85712

Claim Number: 8415
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $9003.27 |

---

TUCSON ELECTRIC POWER CO.
PO BOX 80077
PRESCOTT, AZ 863048077

Claim Number: 2553
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $730.26 |

---

TUCSON NEWSPAPERS
PO BOX 2115
PHOENIX, AZ 850012115

Claim Number: 2925
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1852.47 | | | Allowed: | $1852.47 |

---

---

TUCSON NEWSPAPERS,
PO BOX 2195
PHOENIX, AZ 850012195

Claim Number: 2924
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $611.50 | Scheduled: | $611.50 | Allowed: | $611.50 |
|---|---|---|---|---|---|---|

TULSA COUNTY
J. DENNIS SEMLER, TREASURER
500 S. DENVER
TULSA, OK 74103

Claim Number: 10568
Claim Date: 08/23/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1294.82 | | | Allowed: | $614.82 |
|---|---|---|---|---|---|---|

TULSA COUNTY TRASURER
J. DENNIS SEMLER
500 S. DENVER
TULSA, OK 74103

Claim Number: 10088
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $838.35 | | | | |
|---|---|---|---|---|---|---|

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S DENVER
TULSA, OK 74103

Claim Number: 6873
Claim Date: 05/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $280.70 | | | Allowed: | $264.81 |
|---|---|---|---|---|---|---|

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S DENVER
TULSA, OK 74103

Claim Number: 10111
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7330 (11/17/2004)

| SECURED | Claimed: | $838.35 | | | | |
|---|---|---|---|---|---|---|

TULSA TONER TECHNOLOGY
2122 S 67TH E AVE
TULSA, OK 74129

Claim Number: 8770
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $64.49 | | | | |
|---|---|---|---|---|---|---|

TURF SERVICE INC.
126 MANLEY AVE.
GREENSBORO, NC 27407

Claim Number: 314
Claim Date: 01/23/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $530.00 | | | | |
|---|---|---|---|---|---|---|

TURK PATRICIA
P O BOX 112
DAWSONVILLE, GA 30534

Claim Number: 2938
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $3925.00 | | | Allowed: | $3925.00 |
|---|---|---|---|---|---|---|

---

TURK PATRICIA,
P O BOX 112
DAWSONVILLE, GA 30534

Claim Number: 2937
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1700.00 | Scheduled: | $1700.00 | | |

---

TURN KEY DEVELOPERS
DBA:TURN KEY DEVELOPERS
4151 OLD US HWY 52
LEXINGTON, NC 27295

Claim Number: 9094
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $725.00 |

---

TURN KEY DEVELOPERS LLC
PO BOX 853
LINWOOD, NC 27299

Claim Number: 10340
Claim Date: 06/14/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $36963.09 |

---

TURN KEY DEVELOPERS, LLC
PO BOX 853
LINWOOD, NC 272990853

Claim Number: 4743
Claim Date: 03/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $6582.00 | Scheduled: | $5857.00 | Allowed: | $5857.00 |

---

TURNBULL, BRIAN
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7143
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

---

TURNER ELECTRIC
PO BOX 608
FLORENCE, TX 76527

Claim Number: 2994
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1560.00 |

---

TURNER ELECTRIC
PO BOX 608
FLORENCE, TX 76527

Claim Number: 2995
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1430.00 |

---

TURNER, CECIL WAYNE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6005
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2212.50 UNLIQ |

---

| | |
|---|---|
| TURNER, CORINA<br>O.F. JONES, III<br>109 W. SANTA ROSA<br>VICTORIA, TX 77902 | Claim Number: 9405<br>Claim Date: 03/05/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED     Claimed:     $17770.71

| | |
|---|---|
| TURNER, CORINA D.<br>O.F. JONES III<br>109 W. SANTA ROSA<br>VICTORIA, TX 77902 | Claim Number: 7415<br>Claim Date: 06/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |

UNSECURED     Claimed:     $0.00 UNLIQ     Scheduled:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, CORINA D.<br>O.F. JONES III<br>109 W. SANTA ROSA<br>VICTORIA, TX 77902 | Claim Number: 7416<br>Claim Date: 06/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

UNSECURED     Claimed:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, CORINA D.<br>O.F. JONES III<br>109 W. SANTA ROSA<br>VICTORIA, TX 77902 | Claim Number: 7417<br>Claim Date: 06/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3507 (02/02/2004) |

UNSECURED     Claimed:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, GREGORY & CORINA<br>C/O O.F. JONES III<br>PO DRAWER E<br>VICTORIA, TX 77902 | Claim Number: 5124<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

UNSECURED     Claimed:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, GREGORY & CORINA<br>C/O O.F. JONES III<br>PO DRAWER E<br>VICTORIA, TX 77902 | Claim Number: 5125<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |

UNSECURED     Claimed:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, GREGORY & CORINA<br>C/O O.F. JONES III<br>PO DRAWER E<br>VICTORIA, TX 77902 | Claim Number: 5126<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

UNSECURED     Claimed:     $0.00 UNLIQ

| | |
|---|---|
| TURNER, KENNETH E.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6006<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

PRIORITY     Claimed:     $4650.00 UNLIQ
UNSECURED     Claimed:     $1368.75 UNLIQ

---

TURNER, MONTGOMERY R
4722 WEST LOENESIO
SUN VALLEY, NV 89433

Claim Number: 8278
Claim Date: 11/12/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $124291.00 |
|---|---|---|

---

TURNER, MONTGOMERY R.
4722 W LEONESTO
SUN VALLEY, ID 89433

Claim Number: 10853
Claim Date: 09/22/2006
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $25000.00 |
|---|---|---|

---

TURNER, SHON J.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6007
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $2662.50 UNLIQ |

---

TURNER, TERRY B.
1799 COUNTY ROAD 20
CLAYTON, AL 36016

Claim Number: 5024
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

TURNER, TERRY B.
1799 COUNTY ROAD 20
CLAYTON, AL 36016

Claim Number: 9294
Claim Date: 12/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1500.00 | Allowed: | $1500.00 |
|---|---|---|---|---|

---

TURNER, WARREN
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6008
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

TURTLE COVE MOBILE HOME PARK
DBA"TURTLE COVE MOBILE HOME PARK
509 NEPTUNE DR
SWANSBORO, NC 28584

Claim Number: 5142
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $370.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $370.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TUSCALOOSA COUNTY<br>ROOM 124, TUSCALOOSA COUNTY<br>COURTHOUSE 714 GREENSBORO AVENUE<br>PEYTON C. COCHRANE, TAX COLLECTOR<br>TUSCALOOSA, AL 354011891 | | | Claim Number: 8008<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |

| ADMINISTRATIVE | Claimed: | $227.63 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TUSCALOOSA MHC<br>TUSCALOOSA MOBILE HOME COMMUNITY<br>3801 11TH AVE LOT 45<br>TUSC, AL 354017531 | | | Claim Number: 1306<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |

| UNSECURED | Claimed: | $4955.00 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TUSCALOOSA NEWS,<br>DBA: THE TUSCALOOSA NEWS<br>P O BOX 116477<br>ATLANTA, GA 30368 | | | Claim Number: 3775<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |

| UNSECURED | Claimed: | $945.13 | Scheduled: | $542.10 | Allowed: | $945.13 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TWIGGS COUNTY TAX COMMISSION<br>P O BOX 187<br>JEFFERSONVILLE, GA 31044 | | | Claim Number: 3573<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |

| SECURED | Claimed: | $24.17 |
|---|---|---|
| UNSECURED | Claimed: | $241.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TWILLEY, GLORIA<br>P.O. BOX 34<br>BENOIT, MS 38725 | | | Claim Number: 625<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TWILLEY, GLORIA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 2833<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | | |

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TWIN FALLS COUNTY TREASUER<br>425 SHOSHONE ST S<br>TWIN FALLS, ID 83301 | | | Claim Number: 6281<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |

| SECURED | Claimed: | $428.68 |
|---|---|---|

TWIN FALLS COUNTY TREASUER
425 SHOSHONE ST S
TWIN FALLS, ID 83301

Claim Number: 6282
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $95.66 | | Allowed: | $95.66 |

TWIN FIRS MHP
DBA TWIN FIRS MHP
20505 10TH AVE E
SPANAWAY, WA 98387

Claim Number: 158
Claim Date: 12/24/2002
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1540.00 UNLIQ | | | |

TWIN LAKES ESTA
BOX 7001 TWIN LAKES EST
FORT MILL, SC 29715

Claim Number: 3381
Claim Date: 03/05/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $215.00 DISP | Allowed: | $107.50 |

TWIN OAKS MOBILE HOME PARK,
DBA"TWIN OAKS MOBILE HOME PARK
14 CAROLYNS WAY
LOUISBURG, NC 27549

Claim Number: 1034
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 DISP | Allowed: | $150.00 |

TWIN RIVERS PLUMBING INC
1555 S FIRST ST
REDMOND, OR 97756

Claim Number: 1717
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $357.00 | | | | |
| UNSECURED | | | Scheduled: | $357.00 | Allowed: | $357.00 |

TWINSCAPE LAWN CARE
PO BOX 221
ROBBINS, NC 27325

Claim Number: 8424
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3250.00 | | | |

TX DEPT. OF LICENSING & REGULATION
PO BOX 12157
AUSTIN, TX 78711

Claim Number: 1075
Claim Date: 02/10/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $312.20 | Scheduled: | $312.20 | Allowed: | $312.20 |

---

TX DEPT. OF LICENSING & REGULATION
PO BOX 12157
AUSTIN, TX 78711

Claim Number: 2879
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $312.20 |
|---|---|---|

---

TXU ENERGY RETAIL COMPANY LP
DBA TXU ENERGY
LOIS J DURAN
P.O. BOX 650393
DALLAS, TX 75265

Claim Number: 5335
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $131620.43 | Scheduled: | $96307.97 | Allowed: | $51635.52 |
|---|---|---|---|---|---|---|

---

TXU ENERGY RETAIL COMPANY LP
DBA TXU ENERGY
LOIS J DURAN
P.O. BOX 650393
DALLAS, TX 75265

Claim Number: 5336
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3941.56 | Scheduled: | $461.02 |
|---|---|---|---|---|

---

TXU ENERGY RETAIL COMPANY LP
DBA TXU ENERGY
ATT: TERI STEWART MACE, ESQ.
P.O. BOX 650393
DALLAS, TX 75265

Claim Number: 8722
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 6751 (11/09/2004)

| ADMINISTRATIVE | Claimed: | $51635.52 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

TXU GAS COMPANY
PO BOX 650393
ATTN: LOIS J. DURAN
DALLAS, TX 75265

Claim Number: 4582
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $997.89 | Scheduled: | $953.61 |
|---|---|---|---|---|

---

TY CLARK OF APPRAISAL ASSOCIATES
119 SHORT ST
WINCHESTER, KY 40391

Claim Number: 4579
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2800.00 |
|---|---|---|

---

U HAUL INTL
2727 N. CENTRAL AVE
P.O. BOX 21502
PHOENIX, AZ 85036-1502

Claim Number: 3448
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3295.01 | Scheduled: | $161.74 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ET AL<br>C/O MICHAEL B. FISCO, ESQ.<br>FAEGRE & BENSON LLP<br>2200 WELLS FARGO CENTER, 90 S. 7TH ST.<br>MINNEAPOLIS, MN 55402 | | Claim Number: 5249<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $2700653.47 | Scheduled: | $2701567.71 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ET AL<br>C/O MICHAEL B. FISCO, ESQ.<br>FAEGRE & BENSON LLP<br>2200 WELLS FARGO CENTER, 90 S. 7TH ST.<br>MINNEAPOLIS, MN 55402 | | Claim Number: 5250<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $304580353.06 | Scheduled: | $303836636.58 |
|---|---|---|---|---|

| | | |
|---|---|---|
| U.S. GREEN FIBER LLC<br>2500 DISTRIBUTION ST<br>CHARLOTTE, NC 282035028 | | Claim Number: 10333<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $79007.84 |
|---|---|---|

| | | |
|---|---|---|
| UBB PROPERTY MANAGEMENT CO.<br>1012 NW GRAND BLVD, SUITE A<br>OKLAHOMA CITY, OK 73118 | | Claim Number: 3007<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $872.72 |
|---|---|---|

| | | |
|---|---|---|
| UBN PROPERTY MANAGEMENT CO,<br>1012 NW GRAND BLVD. STE A<br>OKLAHOMA CITY, OK 73118 | | Claim Number: 3008<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |

| UNSECURED | Claimed: | $203.50 | Scheduled: | $203.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| UDELL JOYCE<br>70 MALLARD CIRCLE<br>CROSSVILLE, TN 38555 | | Claim Number: 1227<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $4000.00 |
|---|---|---|

| | | |
|---|---|---|
| UESCO CRANES<br>P.O. BOX 489<br>WORTH, IL 60482 | | Claim Number: 506<br>Claim Date: 02/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1522.01 |
|---|---|---|

| | | |
|---|---|---|
| UGL ENERGY SERVICES INC.<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | | Claim Number: 426<br>Claim Date: 02/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $4594.55 |
|---|---|---|

---

ULINE-MN
220 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

Claim Number: 1413
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1609.41 |
| --- | --- | --- |

---

UMATILLA CO ASSESSMENT & TAXATION
PO BOX 68
PENDLETON, OR 97801

Claim Number: 324
Claim Date: 01/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7329 (11/16/2004)

| SECURED | Claimed: | $1598.49 |
| --- | --- | --- |

---

UMATILLA COUNTY ASSESMENT & TAXATION
PO BOX 68
PENDLETON, OR 97801

Claim Number: 3642
Claim Date: 03/12/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 4209 (08/13/2004)

| SECURED | Claimed: | $104106.63 |
| --- | --- | --- |

---

UNDERWOOD, SHERYL & TONY
3912 FAYETTEVILLE RD.
RALEIGH, NC 27603

Claim Number: 10600
Claim Date: 09/23/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7443 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $6400.00 |
| --- | --- | --- |

---

UNIFIED OFFICE SERVICES
14415 48TH AVE CT NW
GIG HARBOR, WA 98332

Claim Number: 1897
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $615.03 |
| --- | --- | --- |

---

UNIFIRST CORP
PO BOX 600
WILMINGTON, MA 01887

Claim Number: 4367
Claim Date: 03/21/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8486 (03/15/2006)

| UNSECURED | Claimed: | $12357.61 | Scheduled: | $1743.63 |
| --- | --- | --- | --- | --- |

---

UNION COUNTY
P.O. BOX 420
MARYSVILLE, OH 43040-0420

Claim Number: 2231
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY | Claimed: | $346.10 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

UNION COUNTY
P.O. BOX 420
MARYSVILLE, OH 430400420

Claim Number: 2234
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $481.06 |
| --- | --- | --- |

---

| UNION COUNTY<br>P.O. BOX 420<br>MARYSVILLE, OH 43040-0420 | Claim Number: 2232<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $346.10 | | | | |
|---|---|---|---|---|---|---|

| UNION COUNTY<br>P.O. BOX 420<br>MARYSVILLE, OH 43040-0420 | Claim Number: 2233<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $346.10 | | | | |
|---|---|---|---|---|---|---|

| UNION COUNTY<br>P.O. BOX 420<br>MARYSVILLE, OH 430400420 | Claim Number: 2235<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $481.06 | | | | |
|---|---|---|---|---|---|---|

| UNION COUNTY CLERK OF COURT,<br>55 W MAIN ST<br>LAKE BUTLER, FL 32054 | Claim Number: 2011<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $57.00 | Scheduled: | $23.00 | Allowed: | $57.00 |
|---|---|---|---|---|---|---|

| UNION COUNTY DEPT OF TAX COLLECTIONS<br>PO BOX 38<br>MONROE, NC 28111 | Claim Number: 7646<br>Claim Date: 07/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $43.98 | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $1141.76 | | | | |

| UNION COUNTY TREASURER<br>P.O. BOX 420<br>MARYSVILLE, OH 43040 | Claim Number: 2229<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $1355.98 | Scheduled: | $483.44 | | |
|---|---|---|---|---|---|---|

| UNION COUNTY TREASURER<br>P.O. BOX 420<br>MARYSVILLE, OH 43040 | Claim Number: 2230<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $0.00 | | | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| UNIPROP<br>JAMES A. CHAVEZ, P.C.<br>320 GOLD AVE., SW, SUITE 1400<br>ALBUQUERQUE, NM 87102 | Claim Number: 5547<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | |

| SECURED | Claimed: | $1130.67 |
|---|---|---|

| | | |
|---|---|---|
| UNIPROP<br>JAMES A. CHAVEZ, P.C.<br>320 GOLD AVE., SW, SUITE 1400<br>ALBUQUERQUE, NM 87102 | Claim Number: 5577<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| SECURED | Claimed: | $1130.67 |
|---|---|---|

| | | |
|---|---|---|
| UNITED CARPET<br>PO BOX 4112<br>SANFORD, NC 27331-4112 | Claim Number: 9508<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | |

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

| | | |
|---|---|---|
| UNITED CARPET,<br>225 INDEPENDENCE WAY<br>CAMERON, NC 28326 | Claim Number: 3351<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | |

| PRIORITY<br>UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | Allowed: | $200.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| UNITED COMMUNICATIONS CAPITAL CORP<br>5323 WIDEWATERS PKWY<br>EAST SYRACUSE, NY 13057-0800 | Claim Number: 1040<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $417.00 |
|---|---|---|

| | | |
|---|---|---|
| UNITED COOPERATIVE SERVICES,<br>PO BOX 290<br>STEPHENSVILLE, TX 76401 | Claim Number: 1585<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| UNSECURED | Claimed: | $561.88 | Scheduled: | $970.70 | Allowed: | $561.88 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | Claim Number: 120<br>Claim Date: 12/19/2002<br>Debtor: PREFERRED HOUSING SERVICES, LP | |

| UNSECURED | Claimed: | $1800.18 | | | Allowed: | $1800.18 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 121<br>Claim Date: 12/19/2002<br>Debtor: FSI FINANCIAL SERVICES, INC. | | |
| UNSECURED | Claimed: | $14.68 | Allowed: | $14.68 |
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 122<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $585.11 | Allowed: | $585.11 |
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 123<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | |
| UNSECURED | Claimed: | $269.40 | Allowed: | $269.40 |
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 124<br>Claim Date: 12/19/2002<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
| UNSECURED | Claimed: | $1801.26 | Allowed: | $1801.26 |
| UNITED PARCEL SERVICE<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 125<br>Claim Date: 12/19/2002<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $23424.45 | Allowed: | $17967.71 |
| UNITED PROPERTIES, INC.<br>825 MID POINT DR<br>O FALLON, MD 633665946 | | Claim Number: 4771<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | |
| UNSECURED | Claimed: | $6260.54 | | |
| UNITED RENTALS INC<br>PO BOX 79334<br>CITY OF INDUS, CA 917169334 | | Claim Number: 2719<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
| UNSECURED | Claimed: | $150.69 | | |
| UNITED RENTALS, INC.<br>4230 KIEZNAN AVE, STE 140<br>MODESTO, CA 95356 | | Claim Number: 51<br>Claim Date: 12/17/2002<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | | |
| PRIORITY<br>UNSECURED | Claimed: | $5802.80 | Allowed: | $200.89 |

---

| UNITY COMMUNICATIONS | | | Claim Number: 1289 | | |
| PO BOX 1760 | | | Claim Date: 02/24/2003 | | |
| ASHLAND, KY 41105 | | | Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $150.10 | | Allowed: | $150.10 |

---

| UNIVERSAL FOREST PRODUCTS | | | Claim Number: 8208 | | |
| PO BOX 560 | | | Claim Date: 11/07/2003 | | |
| MOULTRIE, GA 31768 | | | Debtor: OAKWOOD HOMES CORPORATION | | |

| ADMINISTRATIVE | Claimed: | $216457.17 |

---

| UNIVERSAL FOREST PRODUCTS INC. | | | Claim Number: 10113 | | |
| 2801 EAST BELTLINE NE | | | Claim Date: 05/20/2004 | | |
| GRAND RAPIDS, MI 49525 | | | Debtor: OAKWOOD HOMES CORPORATION | | |
| | | | Comments: WITHDRAWN | | |
| | | | DOCKET: 7765 (05/12/2005) | | |

| ADMINISTRATIVE | Claimed: | $293833.64 |

---

| UPSHAW, ULYSSES | | | Claim Number: 8695 | | |
| 1909 CAMILLA HWY | | | Claim Date: 11/19/2003 | | |
| MOULTRIE, GA 30617 | | | Debtor: OAKWOOD HOMES CORPORATION | | |
| | | | Comments: EXPUNGED | | |
| | | | DOCKET: 3829 (03/16/2004) | | |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| URQUHART, MIKE J. | | | Claim Number: 675 | | |
| 214 SECOND AVE., NORTH; STE 105 | | | Claim Date: 02/18/2003 | | |
| NASHVILLE, TN 37201 | | | Debtor: OAKWOOD HOMES CORPORATION | | |
| | | | Comments: WITHDRAWN | | |
| | | | DOCKET: 8383 (01/10/2006) | | |

| UNSECURED | Claimed: | $300000.00 UNLIQ |

---

| URRUTIAS CONSTRUCTION | | | Claim Number: 8796 | | |
| 510 LOCKWOOD ST | | | Claim Date: 11/20/2003 | | |
| SAN MARCOS, TX 78666 | | | Debtor: PREFERRED HOUSING SERVICES, LP | | |
| | | | Comments: EXPUNGED | | |

| ADMINISTRATIVE | Claimed: | $8742.33 |

---

| US AIRWAYS | | | Claim Number: 2986 | | |
| 4000 E SKY HARBOR BLVD | | | Claim Date: 03/10/2003 | | |
| PHOENIX, AZ 85034 | | | Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $127807.38 |

---

| US BANCORP BUSINESS EQUIPMENT FINANCE | | | Claim Number: 519 | | |
| GROUP | | | Claim Date: 02/06/2003 | | |
| ATTN: CORPORATE ATTORNEY | | | Debtor: OAKWOOD HOMES CORPORATION | | |
| 1310 MADRID STREET, SUITE 100 | | | Comments: ALLOWED | | |
| MARSHALL, MN 56258 | | | DOCKET: 7912 (07/13/2005) | | |

| SECURED | Claimed: | $8624.59 | | | |
| UNSECURED | | | | Allowed: | $258.86 |

---

| US BANCORP,<br>10450 CHARING CROSS RD<br>LOS ANGELES, CA 90024 | Claim Number: 1396<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| SECURED | | | Scheduled: | $631476.00 UNDET | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

| US EQUAL EMP OPP COM<br>C/O ZOE G. MAHOOD<br>1309 ANNAPOLIS DR<br>RALEIGH, NC 27608 | Claim Number: 6511<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1162 (05/05/2003) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| US EQUAL EMP. OPP. COM.<br>C/O ZOE G. MAHOOD<br>1309 ANNAPOLIS DRIVE<br>RALEIGH, NC 27608 | Claim Number: 6637<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| US FLAG MART,<br>P O BOX 5062<br>LUBBOCK, TX 79408 | Claim Number: 6845<br>Claim Date: 05/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $346.68 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $346.68 | Allowed: | $346.68 |

| US INDUSTRIAL FASTNERS,<br>PO BOX 27251<br>TEMPE, AZ 85285 | Claim Number: 1400<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $147.50 | Scheduled: | $129.50 | Allowed: | $147.50 |
|---|---|---|---|---|---|---|

| US LINEN & UNIFORM<br>1106 HARDING ST<br>RICHLAND, WA 99352 | Claim Number: 8391<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $97.86 |
|---|---|---|

| US MOBIL HOME T<br>5575 S MASTERSON AVE #14<br>TUCSON, AZ 85706 | Claim Number: 2669<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4045.10 | | | Allowed: | $4045.10 |
|---|---|---|---|---|---|---|

---

US MOBILE TRANSPORT INC
5575 SO MASTERSON #14
TUCSON, AZ 85706

Claim Number: 2875
Claim Date: 03/04/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8490.00 | | | Allowed: | $8490.00 |
|---|---|---|---|---|---|---|

US TIMBER CO,
PO BOX 2119
BOISE, ID 83616

Claim Number: 2880
Claim Date: 03/04/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $8262.84 | Scheduled: | $8262.84 | Allowed: | $8262.84 |
|---|---|---|---|---|---|---|

USDOL-OSHA
7 N. WILKES-BARRE BLVD., STE 410
WILKES BARRE, PA 18702

Claim Number: 9843
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $18500.00 |
|---|---|---|

USF DUGAN, INC.
4330 W 29TH ST S
WICHITA, KS 672151017

Claim Number: 175
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3312.48 |
|---|---|---|

USF HOLLAND INC.
750 E. 40TH ST.
HOLLAND, MI 49423

Claim Number: 4309
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4210 (08/13/2004)

| UNSECURED | Claimed: | $5817.33 | | | Allowed: | $2843.36 |
|---|---|---|---|---|---|---|

USF REDDAWAY
PO BOX 1035
CLACKAMAS, OR 97015

Claim Number: 183
Claim Date: 12/30/2002
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1650.86 |
|---|---|---|

USF REDDAWAY
P.O BOX 1035
CLACKAMAS, OR 97015

Claim Number: 137
Claim Date: 12/23/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $475.87 |
|---|---|---|

UTILITIES, INC. OF CENTRAL NEVADA
1240 E STATE STREET #115
PAHRUMP, NV 89048

Claim Number: 10289
Claim Date: 05/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $78.67 |
|---|---|---|

---

| V & V FOOTINGS<br>DBA V & V FOOTINGS<br>23476 CR 4118<br>LINDALE, TX 75771 | Claim Number: 4212<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $9150.00 | | |
|---|---|---|---|---|

| VACATION INCENTIVE SERVICES<br>P O BOX 293154<br>LEWISVILLE, TX 75029 | Claim Number: 910<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $0.00 | Allowed: | $522.15 |
|---|---|---|---|---|

| VALDEZ PLUMBING & HEATING INC<br>1608 4TH STREET<br>SANTA FE, NM 87505 | Claim Number: 7951<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $872.27 |
|---|---|---|

| VALDEZ, BOBBY<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6009<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

| VALDEZ, GILBERT<br>6501 GLENDORA DR., N.E.<br>ALBUQUERQUE, NM 87109 | Claim Number: 10512<br>Claim Date: 07/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6586.50 |
|---|---|---|

| VALENCIA COUNTY, TREASURER<br>P.O. BOX 939<br>LOS LUNAS, NM 87031-0939 | Claim Number: 6700<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4488 (09/03/2004) |
|---|---|

| PRIORITY | Claimed: | $1884.60 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| VALLADARES, ANGELA/LEONARDO<br>1692 HWY.15 NORTH<br>HOUSTON, MS 38851 | Claim Number: 626<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $25000.00 |
|---|---|---|

| VALLADARES, ANGELA/LEONARDO<br>C/O BYRD AND ASSOCIATES, PLLC<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 2832<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $25000.00 | |
| UNSECURED | | | Allowed: $7258.58 |

| VALLEJO, ISMAEL<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6010<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|
| PRIORITY | Claimed: $4650.00 UNLIQ |
| UNSECURED | Claimed: $1256.25 UNLIQ |

| VALLEY AG & TURF LLC<br>141 BYERS LN<br>WATSONTOWN, PA 17777 | Claim Number: 1928<br>Claim Date: 02/25/2003<br>Debtor: HBOS MANUFACTURING, LP | | |
|---|---|---|---|
| UNSECURED | Claimed: $2242.55 | Scheduled: $2145.98 | Allowed: $2242.55 |

| VALLEY ELECTRIC ASSOCIATION<br>800 E HIGHWAY 372<br>PO BOX 237<br>PAHRUMP, NV 89041 0237 | Claim Number: 7544<br>Claim Date: 06/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED | Claimed: $438.35 |

| VALLEY ELECTRIC ASSOCIATION<br>ATTN: ANGIE<br>PO BOX 237<br>PAHRUMP, NV 89041 0237 | Claim Number: 7579<br>Claim Date: 07/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| UNSECURED | Claimed: $438.35 |

| VALLEY ELECTRIC ASSOCIATION INC<br>800 E HIGHWAY 372<br>PO BOX 237<br>ATTN: ANGIE<br>PAHRUMP, NV 89041 0237 | Claim Number: 8432<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|
| ADMINISTRATIVE | Claimed: $438.35 |

| VALLEY HERALD VALLEY TIMES,<br>P.O. BOX 664<br>MILTON FREEWATER, OR 97862 | Claim Number: 4034<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: $939.00 | Scheduled: $939.00 | Allowed: $939.00 |

VALLEY PACKAGING CORP,
275 INDUSTIAL BLVD
PULASKI, TN 38478

Claim Number: 3451
Claim Date: 03/11/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $459.34 | Scheduled: | $289.07 | Allowed: | $459.34 |
|---|---|---|---|---|---|---|

VALLEY PACKAGING CORP,
275 INDUSTIAL BLVD
PULASKI, TN 38478

Claim Number: 3461
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1109.06 | Scheduled: | $797.83 | Allowed: | $1109.06 |
|---|---|---|---|---|---|---|

VALLEY QUALITY HOMES OF SPOKANE LLC
1830 S 1ST STREET
YAKIMA, WA 98903

Claim Number: 4687
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $42024.00 |
|---|---|---|

VALLEY RESOURCE CENTER,
721 E HOBSON WAY
BLYTHE, CA 92225

Claim Number: 2971
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments:
POC NOT SIGNED

| UNSECURED | Claimed: | $6176.59 | Scheduled: | $6176.59 | Allowed: | $6176.59 |
|---|---|---|---|---|---|---|

VALLEY WOODS MOBILE ESTATES
2725 HODGE RD
KNIGHTDALE, NC 27545

Claim Number: 1860
Claim Date: 02/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1995.00 |
|---|---|---|

VALLEYWIDE APPRAISAL SERVICE
15414 N 7TH ST
NUMBER 8  216
PHOENIX, AZ 85022

Claim Number: 1177
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $475.00 | | | Allowed: | $475.00 |
|---|---|---|---|---|---|---|

VALOR TELECOMMUNICATIONS ENTERPRISES
201 E. JOHN CARPENTER FREEWAY
STE. 200
ATTN: CYNTHIA B. AYERS, ESQ.
IRVING, TX 75062

Claim Number: 7316
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $1035.86 |
|---|---|---|

VALUE CITY FURNITURE
DBA VALUE CITY FURNITURE
1800 MOLER RD
COLUMBUS, OH 43207

Claim Number: 3440
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

VALUE CITY FURNITURE
1800 MOLER ROAD
COLUMBUS, OH 43207

Claim Number: 2577
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1998.06 |
| --- | --- | --- |

---

VALUE CITY FURNITURE-WARREN
1800 MOLER ROAD
COLUMBUS, OH 43207

Claim Number: 2582
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 |
| --- | --- | --- |

---

VALUE LINK APPRAISALS
DBA VALUE LINK APPRAISALS
38594 CALLE DE LA SIESTA
MURRIETA, CA 92563

Claim Number: 8985
Claim Date: 11/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE UNSECURED | Claimed: | $1425.00 | | Allowed: | $375.00 |
| --- | --- | --- | --- | --- | --- |

---

VAN DYKE ENGINEERING,
DBA VAN DYKE ENGINEERING
9542 W LOUISIANA AVE
LAKEWOOD, CO 80232

Claim Number: 3321
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | Allowed: | $250.00 |
| --- | --- | --- | --- | --- | --- | --- |

---

VAN SLOTEN & ASSOCIATES
84 S SHELLEY LAKE LN
SPOKANE VLY, WA 990378403

Claim Number: 1888
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $2745.00 | | Allowed: | $2745.00 |
| --- | --- | --- | --- | --- | --- |

---

VAN ZANDT COUNTY APPRAISAL DISTRICT
MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN P.C.
5929 BALCONES DRIVE, STE 200, POB 26990
AUSTIN, TX 78755

Claim Number: 10173
Claim Date: 05/21/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $4037.49 |
| --- | --- | --- |
| SECURED | Claimed: | $0.00 |

---

VANCE COUNTY
122 YOUNG STREET, SUITE E
HENDERSON, NC 27536

Claim Number: 10779
Claim Date: 09/06/2005
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 8878 (02/19/2008)

| PRIORITY | Claimed: | $1606.11 |
| --- | --- | --- |

---

| | | | |
|---|---|---|---|
| VANCE COUNTY<br>CODE ENFORCEMENT DEPT<br>156 CHURCH ST<br>HENDERSON, NC 27536 | | Claim Number: 685<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 7659 (04/05/2005) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $617.00 |

| | | | |
|---|---|---|---|
| VANCE COUNTY<br>122 YOUNG STREET, SUITE E<br>HENDERSON, NC 27536 | | Claim Number: 7508<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3100.78 |

| | | | |
|---|---|---|---|
| VANCE COUNTY<br>CODE ENFORCEMENT DEPT.<br>156 CHURCH ST<br>HENDERSON, NC 27536 | | Claim Number: 7991<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7331 (11/17/2004) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $617.00 |

| | | | |
|---|---|---|---|
| VANCE COUNTY,<br>122 YOUNG STREET, SUITE E<br>HENDERSON, NC 27536 | | Claim Number: 7507<br>Claim Date: 06/30/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3100.78 | Scheduled: | $0.00 UNLIQ |

| | | | |
|---|---|---|---|
| VANCE ENTERPRISES,<br>DBA"VANCE ENTERPRISES<br>112 CLEMMER RD<br>ROCKINGHAM, NC 28379 | | Claim Number: 2021<br>Claim Date: 02/25/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17422.87 | Scheduled: | $14713.05 | Allowed: | $16318.95 |

| | | | |
|---|---|---|---|
| VANCIL, RONALD DEE<br>1050 PAIRIE LN.<br>SULLIVAN, MO 63080 | | Claim Number: 475<br>Claim Date: 02/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4488 (09/03/2004) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10282.88 | | |
| UNSECURED | | | Allowed: | $8542.88 |

| | | | |
|---|---|---|---|
| VANDENBERGHE TIMOTHY S<br>EXPRESS BUILDINGS<br>29 MOTTS DR<br>CANDLER, NC 28715 | | Claim Number: 6704<br>Claim Date: 04/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| SECURED | Claimed: | $20000.00 UNLIQ |

| | |
|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC<br>AS ASSIGNEE FOR: PAUL & SUSAN GINGERY<br>C/O DEWEY WHITLEY<br>7800 MCCLOUD RD<br>GREENSBORO, NC 27409 | Claim Number: 10794<br>Claim Date: 12/05/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>This claim replaces previously filed claim no. 5185. |

UNSECURED        Claimed:        $26129.64

| | |
|---|---|
| VANDYKE, GREGORY A & BALL, PATRICK D.<br>20 SOUTH MAIN ST<br>STE # 115<br>MOUNT CLEMENS, MI 48043 | Claim Number: 10879<br>Claim Date: 10/09/2007<br>Debtor: OAKWOOD HOMES CORPORATION |

ADMINISTRATIVE        Claimed:        $65000.00

| | |
|---|---|
| VANDYKE, GREGORY A.<br>34211 24 MILE ROAD<br>CHESTERFIELD TOWNSHIP, MI 48047 | Claim Number: 10305<br>Claim Date: 06/09/2004<br>Debtor: SUBURBAN HOME SALES, INC.<br>Comments: WITHDRAWN |

ADMINISTRATIVE        Claimed:        $100000.00

| | |
|---|---|
| VANSTON, HELEN R.<br>70 HOLLOWCREST RD.<br>TUNKHANNOCK, PA 18657 | Claim Number: 4581<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

PRIORITY        Claimed:        $30000.00

| | |
|---|---|
| VANTOCH PAUL<br>102 CHRISTOPHER LANE<br>THOMASVILLE, NC 27360 | Claim Number: 4861<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

UNSECURED        Claimed:        $1200.00

| | |
|---|---|
| VAQUERA, ISMAEL<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 6011<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

PRIORITY        Claimed:        $4650.00 UNLIQ
UNSECURED        Claimed:        $1368.75 UNLIQ

| | |
|---|---|
| VARDAS DANNY<br>PO BOX 41<br>RAINBOW, TX 760770041 | Claim Number: 4360<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

PRIORITY        Claimed:        $735.00
UNSECURED                                                          Allowed:        $735.00

| VARGAS, BERNABE<br>2025 COLLEGE AVE.<br>FORT COLLINS, CO 80524 | Claim Number: 3638<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7330 (11/17/2004) |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| VARGAS, JULIA G.<br>PO BOX 2827<br>LITTLETON, CO 80161-2827 | Claim Number: 3637<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $5500.00 |

| VARNS & HOOVER HARDWARE<br>PO BOX 366<br>101 SOUTH MAIN ST<br>MIDDLEBURY, IN 46540 | Claim Number: 6473<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $920.66 |
|---|---|---|

| VARNS & HOOVER HARDWARE<br>PO BOX 366<br>101 SOUTH MAIN ST<br>MIDDLEBURY, IN 46540 | Claim Number: 8000<br>Claim Date: 11/06/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1855.29 |
|---|---|---|

| VARNS & HOOVER HARDWARE,<br>PO BOX 366<br>101 SOUTH MAIN ST<br>MIDDLEBURY, IN 46540 | Claim Number: 6333<br>Claim Date: 04/02/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $846.94 |
|---|---|---|

| VASQUES ELECTRIC,<br>113 E.CROCKETT<br>ALAMO, TX 78516 | Claim Number: 2546<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $800.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $800.00 | Allowed: | $800.00 |

| VASQUES, ROSENDO<br>P.O. BOX 315<br>NAVASOTA, TX 77868 | Claim Number: 9297<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

VAUGHN, JOHNNY
D NEIL HARRIES & ASSOCIATES PA
P O BOX 306
PASCAGOULA, MS 39568

Claim Number: 4969
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| UNSECURED | Claimed: | $150000.00 | | |
|---|---|---|---|---|

VAUGHN, JULIE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7144
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

VAZQUEZ, PEDRO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6012
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ | | |

VELAZQUEZ, TIFFENY NICHOLE N
1539 MEADOWBROOK LN
HICKORY, NC 28602

Claim Number: 8490
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

VENTURE ENCODING SERVICE INC,
4401 CAMBRIDGE RD
FORT WORTH, TX 76155

Claim Number: 10141
Claim Date: 05/28/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 6751 (11/08/2004)

| ADMINISTRATIVE | Claimed: | $20941.41 | Allowed: | $4974.00 |
|---|---|---|---|---|

VENUS INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
ATTORNEY FOR CLAIMANT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 4306
Claim Date: 03/12/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $114.08 | | |
|---|---|---|---|---|

VEREDA, INC.
500 SUGARMILL ROAD
SUITE 245A
ATLANTA, GA 30350

Claim Number: 1153
Claim Date: 02/20/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $22341.00 | Scheduled: | $22341.00 | Allowed: | $22341.00 |
|---|---|---|---|---|---|---|

| VERGAS, MELANIE<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7145<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

| VERIZON DIRECTORIES<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 9286<br>Claim Date: 12/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $1554.60 |
|---|---|---|

| VERIZON INC<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | Claim Number: 5284<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3562.27 |
|---|---|---|

| VERIZON WIRELESS - GREAT LAKES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT LOWELL ROAD<br>SUITE 200<br>TUCSON, AZ 85712 | Claim Number: 6771<br>Claim Date: 04/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $346.83 |
|---|---|---|

| VERIZON WIRELESS - GREAT LAKES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT LOWELL ROAD<br>SUITE 200<br>TUCSON, AZ 85712 | Claim Number: 6772<br>Claim Date: 04/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1416.56 |
|---|---|---|

| VERN LEWIS WELDING SUPPLY INC-AZ,<br>275 S BLACK CANYON HWY<br>PHOENIX, AZ 85009-5227 | Claim Number: 3838<br>Claim Date: 03/15/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| UNSECURED | Claimed: | $8659.71 | Scheduled: | $5776.97 |
|---|---|---|---|---|

| VERN LEWIS WELDING SUPPLY, INC.<br>275 S BLACK CANYON HWY<br>PHOENIX, AZ 85009-5227 | Claim Number: 10095<br>Claim Date: 05/24/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $966.58 |
|---|---|---|

| VERNON JAMES R JR<br>230 PLANTATION RD<br>EDEN, NC 27288 | Claim Number: 2688<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $45.00 |
|---|---|---|

---

VERNON JAMES R JR,
194 PLANTATION RD
EDEN, NC 272887602

Claim Number: 2689
Claim Date: 03/03/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45.00 | | Scheduled: | $45.00 | Allowed: | $45.00 |

---

VERNON JAMES R JR,
230 PLANTATION RD
EDEN, NC 27288

Claim Number: 2690
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1240.00 | | Scheduled: | $1240.00 | Allowed: | $1240.00 |

---

VESTAL, CINDY,
8534 HUDSON JAMES RD
SUMMERFIELD, NC 27358

Claim Number: 4075
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $872.50 | Scheduled: | $872.50 | Allowed: | $872.50 |
|---|---|---|---|---|---|---|

---

VEXUS INTERNATIONAL
DBA ALLEN SIGN CO.
3800 CHAPMAN HWY
KNOXVILLE, TN 37920

Claim Number: 7679
Claim Date: 08/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $450.00 |
|---|---|---|
| UNSECURED | Claimed: | $29.37 |

---

VIACOM OUTDOOR INC.
1850 N CENTRAL AVE FL 19
PHOENIX, AZ 850044565

Claim Number: 192
Claim Date: 01/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1145.48 |
|---|---|---|

---

VICTORIA COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 91
Claim Date: 12/26/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $10585.18 UNLIQ |
|---|---|---|

---

VICTORIA COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 153
Claim Date: 12/24/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| SECURED | Claimed: | $10585.18 UNLIQ | | Allowed: | $1853.98 |
|---|---|---|---|---|---|

---

VICTORIA COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760-7428

Claim Number: 8641
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1377.54 UNLIQ | | | |

---

VICTORIA COUNTY
LORI ROBERTSON
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 SOUTH IH 35 (78741) PO BOX 17428
AUSTIN, TX 78760

Claim Number: 8656
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE SECURED | Claimed: | $6573.44 UNLIQ | Allowed: | $4472.64 |

---

VICTORIA ELECTR,
P.O. BOX 2178
VICTORIA, TX 77904

Claim Number: 1067
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1125.53 | Scheduled: | $1056.65 | Allowed: | $1125.53 |

---

VICTORIA VILLAGE MOBILE HOME PARK
KELVIN COURTNEY, MANAGER/OWNER
25610 CANDY LANE
MAGNOLIA, TX 77355

Claim Number: 5371
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7329 (11/16/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

VIKING OFFICE SUPPLY
2200 GERMANTOWN RD
DELRAY BEACH, FL 334458299

Claim Number: 1
Claim Date: 11/27/2002
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $563.70 | Allowed: | $563.70 |

---

VIKING OFFICE SUPPLY
VIKING OFFICE PRODUCTS INC.
ATTN: BANKRUPTCY DEPT.
8200 E. 32ND N
WICHITA, KS 67226

Claim Number: 57
Claim Date: 12/04/2002
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $603.98 | Scheduled: | $47.65 | Allowed: | $603.98 |

---

VIKING OFFICE SUPPLY
VIKING OFFICE PRODUCTS INC.
ATTN: BANKRUPTCY DEPT.
8200 E. 32ND N
WICHITA, KS 67226

Claim Number: 60
Claim Date: 12/05/2002
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.59 | Scheduled: | $500.59 | Allowed: | $500.59 |

---

VIKING OFFICE SUPPLY
VIKING OFFICE PRODUCTS INC.
ATTN: BANKRUPTCY DEPT.
8200 E. 32ND N
WICHITA, KS 67226

Claim Number: 552
Claim Date: 02/10/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3434.12 | Scheduled: | $1068.90 | | Allowed: | $3434.12 |

VILLAGE ADVOCATE
2447 SMITHVILLE HWY
MCMINNVILLE, TN 37110

Claim Number: 8705
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $216.70 |

VILLAGE ADVOCATE,
2447 SMITHVILLE HWY
MCMINNVILLE, TN 37110

Claim Number: 6546
Claim Date: 04/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $216.70 |

VILLAGE AT EAST FORK
55 MEADOWS DRIVE
PAOPOSA SPRINGS, CO 81147

Claim Number: 5396
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $55.53 | | | | | |
| UNSECURED | | | Scheduled: | $361.53 DISP | | Allowed: | $55.53 |

VILLAGE AT EAST FORK,
55 MEADOWS DRIVE
PAOPOSA SPRINGS, CO 81147

Claim Number: 5395
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $854.75 | | | | | |
| UNSECURED | | | Scheduled: | $854.75 DISP | | Allowed: | $854.75 |

VILLAGE HOMES SALES INC
3302 S NEW HOPE RD
STE 200E
GASTONIA, NC 28056

Claim Number: 8562
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2500.00 |

VILLAGE OF CECIL WOOD
1801 W PULASKI HWY.
ELKTON, MD 21921

Claim Number: 8480
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $151.08 |

---

VILLAGE OF CECIL WOODS,
1801 W PULASKI HWY.
ELKTON, MD 21921

Claim Number: 1025
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $168.64 | Scheduled: | $168.64 | Allowed: | $168.64 |

---

VILLAGE OF PECK
30 E. LAPEER
P.O. BOX 317
PECK, MI 48466

Claim Number: 941
Claim Date: 02/19/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $3650.00 |

---

VILLAGE PARK
900 N. GRAPE DRIVE #17
MOSES LAKE, WA 98837

Claim Number: 161
Claim Date: 12/24/2002
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| PRIORITY | Claimed: | $617.00 UNLIQ |

---

VILLALOBOS, SAUL
514 COLUMBIA STREET
MARFA, TX 79843

Claim Number: 8825
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1000.00 |

---

VILLALOBOS, SAUL
504 COLUMBIA STREET
P.O. BOX 404
MARFA, TX 79843

Claim Number: 9863
Claim Date: 05/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1000.00 |

---

VILLAREAL JOE
2203 SANTA RITA ST
AUSTIN, TX 78702-4621

Claim Number: 2213
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| PRIORITY UNSECURED | Claimed: | $1595.00 | | | Allowed: | $1595.00 |

---

VILLAREAL, JOEL
205 MARVELLE ST
VICTORIA, TX 77901

Claim Number: 4487
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | | | Allowed: | $3111.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VILLAREAL, JOEL<br>205 MARVELLE ST<br>VICTORIA, TX 77901 | | | Claim Number: 9834<br>Claim Date: 05/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3116.38 | | | | | |
| VILLARREAL, JOEL<br>205 MARVELLE ST.<br>VICTORIA, TX 77901 | | | Claim Number: 9547<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $3111.38 | | | | | |
| VILLASENOR, GABRIEL<br>1920 KLEIN AVE<br>LAS CRUCES, NM 88001 | | | Claim Number: 3454<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $27743.36 | Scheduled: | $22056.85 | Allowed: | $22621.85 | |
| VILLASENOR, GABRIEL<br>1920 KLEIN AVE<br>LAS CRUCES, NM 88001 | | | Claim Number: 3455<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $27743.36 | Scheduled: | $565.00 | | | |
| VILLASENOR, GABRIEL<br>1920 KLEIN AVE<br>LAS CRUCES, NM 88001 | | | Claim Number: 3536<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED | | | | |
| PRIORITY | Claimed: | $27743.36 | | | | | |
| VILLASENOR, GABRIEL<br>1920 KLEIN AVE<br>LAS CRUCES, NM 88001 | | | Claim Number: 3537<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) | | | | |
| PRIORITY | Claimed: | $27743.36 | | | | | |
| VILLEGAS, ERNESTO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6013<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | | | | | |

---

VILLEGAS, JOSE R.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6014
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ | | | |
| UNSECURED | Claimed: | $1368.75 UNLIQ | | | |

---

VINCE'S MOBILE HOME SUPPLY
J. PAUL MANNING
CLIFFORD FIELD, KRIER, MANNING, STONE
& WILKERSON, P.C., 2112 INDIANA
LUBBOCK, TX 79410

Claim Number: 7326
Claim Date: 05/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1356.61 | | Allowed: | $1356.61 |

---

VINCENT SELF APPRAISAL SERVICE
309 BURKEMONT AVENUE
MORGANTON, NC 28655

Claim Number: 10279
Claim Date: 06/08/2004
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7334 (11/17/2004)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $875.00 | | Allowed: | $6750.00 |

---

VINCENT, HUBERT A.
198 WILLS RD
BOWLING GREEN, KY 42101-7309

Claim Number: 3499
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20000.00 | | Allowed: | $5806.86 |

---

VINITA MOBILE HOME PARK,
EATON
1709 MARIETTA ST
PRYOR, OK 743618503

Claim Number: 5486
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40.00 | Scheduled: $40.00 | Allowed: | $40.00 |

---

VINSON DONALD L
23 OLEANDER
WACO, TX 76708

Claim Number: 2224
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3461.00 |

---

VIOLET WARD
341 WILLOW WOODS DRIVE
WILMINGTON, NC 28409

Claim Number: 9535
Claim Date: 04/13/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $175.00 |

---

---

| VIRGINIA GAZETTE COMPANIES LLC<br>216 IRONBOUND RD<br>WILLIAMSBURG, VA 23188 | Claim Number: 1494<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $346.60 | | | Allowed: | $346.60 |
|---|---|---|---|---|---|---|

| VIRGINIA REAL ESTATE REVIEW INC<br>NEW RIVER VALLEY REAL ESTATE REVIEW<br>228 OXFORD DRIVE<br>MARTINSVILLE, VA 24112 | Claim Number: 8635<br>Claim Date: 11/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $707.00 |
|---|---|---|

| VIRGINIA-CAROLINA APPRAISAL COMPANY, INC<br>113 N. BRUNSWICK AVENUE<br>SOUTH HILL, VA 23970 | Claim Number: 4688<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

| VIRGINIA-CAROLINA APPRAISAL COMPANY, INC<br>113 N. BRUNSWICK AVENUE<br>SOUTH HILL, VA 23970 | Claim Number: 9149<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $850.00 |
|---|---|---|

| VIRGINIA-CAROLINA APPRAISAL COMPANY, INC<br>113 N. BRUNSWICK AVENUE<br>SOUTH HILL, VA 23970 | Claim Number: 9619<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $850.00 |
|---|---|---|

| VIRGINIA-CAROLINA APPRAISAL COMPANY, INC<br>113 N. BRUNSWICK AVENUE<br>SOUTH HILL, VA 23970 | Claim Number: 9872<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $850.00 |
|---|---|---|

| VIRGINIA-CAROLINA APPRAISAL COMPANY, INC<br>113 N. BRUNSWICK AVENUE<br>SOUTH HILL, VA 23970 | Claim Number: 10159<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $850.00 |
|---|---|---|

| VIRGINIAN LEADE<br>DRAWER C<br>PEARISBURG, VA 24134 | Claim Number: 7973<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $438.24 |
|---|---|---|

---

VISE, STEPHEN & MANDY, BRANDY L. HOLLAND
7071 STONE DRIVE SUITE A
DAPHNE, AL 36526

Claim Number: 10657
Claim Date: 12/01/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $82438.55 |
|---|---|---|

---

VISION CONSTRUCTION
DBA:VISION CONSTRUCTION
2280 VICTORY RD
MARION, OH 43302

Claim Number: 8931
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $850.00 |
|---|---|---|

---

VISTA PROPERTIE
P.O. BOX 455
CLANTON, AL 35045

Claim Number: 1499
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

VISUAL INNOVATIONS 4 PROMOTIONS
VISUAL INNOVATIONS AND PROMOTIONS
4117 STONE WAY N
SEATTLE, WA 981038013

Claim Number: 9786
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| ADMINISTRATIVE | Claimed: | $1313.43 |
|---|---|---|

---

VITAFOAM, INC.
2222 SURRETT DR
HIGH POINT, NC 27263

Claim Number: 2365
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1779.16 | | Allowed: | $1779.16 |
|---|---|---|---|---|---|

---

VOGL, EDWIN G., TTEE
VOGL, EDWIN G., TRUST
U/A DTD 8-29-94
3405 LANDSTROM RD
ROCKFORD, IL 61107

Claim Number: 4545
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10406.00 |
|---|---|---|

---

VOLPE BAJALIA & WICKES,
1301 RIVERPLACE BLVD STE#1700
JACKSONVILLE, FL 32207

Claim Number: 4988
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $21637.92 | Scheduled: | $73.11 |
|---|---|---|---|---|

---

VOLPE,BAJALIA,WICKES & ROGERSON
1301 RIVERPLACE BLVD STE 1700
JACKSONVILLE, FL 32207

Claim Number: 4987
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $306.50 |
|---|---|---|

---

---

VOLUNTEER ELEC
PO BOX 609
CROSSVILLE, TN 38557

Claim Number: 2807
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $863.64 | | | | |
|---|---|---|---|---|---|---|

---

VORWALLER HOMESTEAD & RV PARK
690 NORTH 100 WEST
TOOELE, UT 84074

Claim Number: 5207
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| UNSECURED | Claimed: | $520.00 | Scheduled: | $520.00 DISP | Allowed: | $520.00 |
|---|---|---|---|---|---|---|

---

VORWALLER HOMESTEAD & RV PARK
690 NORTH 100 WEST
TOOELE, UT 84074

Claim Number: 5206
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $14705.00 | Scheduled: | $11260.00 DISP | | |
|---|---|---|---|---|---|---|

---

VORWALLER HOMESTEAD & RV PARK
690 NORTH 100 WEST
TOOELE, UT 84074

Claim Number: 5205
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $550.00 | | | | |
|---|---|---|---|---|---|---|

---

VORYS, SATER, SEYMOUR, PEASE
ATTN: JOHN GARTLAND
PO BOX 1008
COLUMBUS, OH 43216

Claim Number: 7615
Claim Date: 07/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $787.50 | Scheduled: | $0.00 UNLIQ | Allowed: | $787.50 |
|---|---|---|---|---|---|---|

---

VRANA, RUTH
ANGELWOOD VILLAGE
P.O. BOX 479
HAUGHTON, LA 71037

Claim Number: 8964
Claim Date: 11/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $430.00 | | | | |
|---|---|---|---|---|---|---|

---

W & G DEVELOPMENT CORP
THE WOLF CORP
PO BOX 620153
NEWTON, MA 024620153

Claim Number: 7263
Claim Date: 05/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $2560.59 | | | | |
|---|---|---|---|---|---|---|

---

W & G DEVELOPMENT CORP
15R COTTAGE STREET
NORWOOD, MA 02062

Claim Number: 7218
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W C JONES GENERAL CONTRACTOR<br>1503 LOCUST ST APT 110<br>ELKHART, IN 46514-2914 | | | Claim Number: 8065<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $5570.00 | | | | | |
| W R B RENTALS INC<br>P O BOX 607<br>MURFREESBORO, NC 27855 | | | Claim Number: 1730<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| UNSECURED | Claimed: | $1129.42 | | | | | |
| W V DAILY NEWS & VALLEY RANGER,<br>DBA"W V DAILY NEWS & VALLEY RANGER<br>PO BOX 471<br>LEWISBURG, WV 24901 | | | Claim Number: 744<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $797.36 | Scheduled: | $707.36 | Allowed: | $797.36 | |
| W VA ELECTRIC SUPPLY CO<br>P O BOX 6668<br>HUNTINGTON, WV 25773 | | | Claim Number: 3934<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $1258.02 | | | | | |
| W VA ELECTRIC SUPPLY CO,<br>P O BOX 6668<br>HUNTINGTON, WV 25773 | | | Claim Number: 3935<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $132.89 | Scheduled: | $132.89 | Allowed: | $132.89 | |
| W.A. DEHART, INC.,<br>OLD RT. 15<br>NEW COLUMBIA, PA 17856 | | | Claim Number: 1496<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $696.01 | Scheduled: | $696.01 | Allowed: | $696.01 | |
| W.T. RUPLE<br>C/O GEORGEL. CLAUER III, ESQ.<br>11750 BRICKSOME AVENUE, SUITE B<br>BATON ROUGE, LA 70816 | | | Claim Number: 3338<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $5338.00 UNLIQ | | | | | |
| W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | | | Claim Number: 2389<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $7305.59 | | | | | |

| W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | Claim Number: 2418<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $7305.59 |
|---|---|---|

| W.W. GRAINGER INC.<br>7300 N. MELVINA<br>NILES, IL 60714 | Claim Number: 6627<br>Claim Date: 04/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $602.42 |
|---|---|---|

| WACHOVIA BANK, N.A.<br>CORPORATE TRUST DEPT.<br>NC1179<br>401 S TRYON ST, 12TH FL<br>CHARLOTTE, NC 28288 | Claim Number: 3025<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4294.81 | Allowed: | $4294.81 |
|---|---|---|---|---|

| WACHTER NETWORKS SERVICES INC<br>16001 WEST 99TH ST.<br>LENEXA, KS 66219 | Claim Number: 2561<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7815.64 |
|---|---|---|

| WADDELL DOROTHY<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 10405<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55995.00 UNLIQ |
|---|---|---|
| TOTAL | Claimed: | $0.00 UNLIQ |

| WADDELL, DOROTHY<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 5275<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4486 (09/03/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| WADDELL, DOROTHY<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 5276<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| WADDELL, DOROTHY<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 5277<br>Claim Date: 03/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| WADDELL, DOROTHY C.<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 10404<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55995.00 UNLIQ |
|---|---|---|
| TOTAL | Claimed: | $0.00 UNLIQ |

| WADDELL, DOROTHY C.<br>470 POLLY RIDGE RD<br>P.O. BOX 332<br>MARGARET, AL 35112 | Claim Number: 10406<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55995.00 UNLIQ |
|---|---|---|

| WADE DANNY L<br>1811 PRICE RD<br>EDEN, NC 27288 | Claim Number: 7838<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2095.00 |
|---|---|---|

| WADE EXPRESSWAY<br>DBA:WADE EXPRESSWAY TRANS<br>1600 W PICACHO<br>LAS CRUCES, NM 88005 | Claim Number: 4725<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2616.00 |
|---|---|---|

| WADE EXPRESSWAY<br>DBA:WADE EXPRESSWAY TRANS<br>1600 W PICACHO<br>LAS CRUCES, NM 88005 | Claim Number: 8506<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $2616.00 |
|---|---|---|

| WADE, THERESA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7188<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |
|---|---|---|---|---|

---

| WAGNER APPLIANCE SALES INC,<br>700 WAUGHTON ST.<br>WINSTON SALEM, NC 27107 | Claim Number: 7855<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $420.68 | |
|---|---|---|---|

---

| WAGNER, WILLIAM & YVONNE<br>6584 TULANE STREET<br>ORANGE, TX 77630 | Claim Number: 4710<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $17500.00 |
|---|---|---|

---

| WAGSTAFF TOWN & COUNTRY<br>DBA WAGSTAFF TOWN & COUNTRY<br>310 ODELL DRIVE<br>KANNAPOLIS, NC 28083 | Claim Number: 4740<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7659 (04/05/2005) |
|---|---|

| PRIORITY | Claimed: | $225.00 UNLIQ |
|---|---|---|

---

| WAGSTAFF TOWN & COUNTRY<br>DBA WAGSTAFF TOWN & COUNTRY<br>310 ODELL DRIVE<br>KANNAPOLIS, NC 28083 | Claim Number: 7631<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1855.00 UNLIQ |
|---|---|---|

---

| WAGSTAFF TOWN & COUNTRY<br>DBA WAGSTAFF TOWN & COUNTRY<br>310 ODELL DRIVE<br>KANNAPOLIS, NC 28083 | Claim Number: 8626<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6751 (11/09/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2025.00 UNLIQ |
|---|---|---|

---

| WAKE COUNTY<br>P O BOX 96084<br>CHARLOTTE, NC 282960084 | Claim Number: 6871<br>Claim Date: 05/12/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1327.70 |
|---|---|---|

---

| WAKE COUNTY<br>P O BOX 96084<br>CHARLOTTE, NC 282960084 | Claim Number: 6872<br>Claim Date: 05/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) |
|---|---|

| PRIORITY | Claimed: | $846.94 |
|---|---|---|

---

| WAKE COUNTY REVENUE DEPT<br>PO BOX 2331<br>RALEIGH, NC 27602-0550 | Claim Number: 9174<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6081.03 |
|---|---|---|

---

| WAKE COUNTY REVENUE DEPT<br>PO BOX 2331<br>RALEIGH, NC 27602-0550 | Claim Number: 9175<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $6868.85 |
| UNSECURED | Claimed: | $313.23 |

| WAKE COUNTY REVENUE DEPT<br>PO BOX 2331<br>RALEIGH, NC 27602-2331 | Claim Number: 10409<br>Claim Date: 06/16/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8558.88 |

| WAKE ELECTRIC<br>PO BOX 700<br>HILLSBOROUGH, NC 27278 | Claim Number: 1173<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $25.79 |

| WAKE ELECTRIC<br>PO BOX 1229<br>WAKE FOREST, NC 27588 | Claim Number: 1084<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $896.41 |

| WAKE ELECTRIC,<br>PO BOX 1229<br>WAKE FOREST, NC 27588 | Claim Number: 1086<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $364.41 | Scheduled: | $160.21 |

| WALDEN, ROBERT<br>C/O BRADFORD P. SIMPSON, ESQ.<br>500 TAYLOR STREET<br>COLUMBIA, SC 29202 | Claim Number: 5543<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $84160.00 |
| UNSECURED | | | Allowed: | $36000.00 |

| WALDIE, WALTER E.<br>5750 BARNES<br>THEODORE, AL 36582 | Claim Number: 6681<br>Claim Date: 04/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $25000.00 |

---

| WALDIE, WALTER E.<br>C/O SUZANNE KEYS<br>BYRD, GIBBS & MARTIN PLLC<br>P.O. BOX 19<br>JAKCSON, MS 39205 | Claim Number: 10738<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |

| UNSECURED | Claimed: | $7258.58 | Allowed: | $7258.58 |

---

| WALKER BRIAN,<br>1955 CHAMPION RD<br>FERGUSON, NC 28624 | Claim Number: 5477<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | | |

| UNSECURED | Claimed: | $2750.00 | Scheduled: | $2750.00 | Allowed: | $2750.00 |

---

| WALKER CO TAX<br>POB 628<br>LAFAYETTE, GA 30728 | Claim Number: 8691<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |

| PRIORITY | Claimed: | $259.80 |

---

| WALKER COUNTY PROPERTY TAX OFFICE<br>P.O. BOX 628<br>LA FAYETTE, GA 30728 | Claim Number: 9923<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |

| ADMINISTRATIVE | Claimed: | $1434.23 |

---

| WALKER COUNTY TAX COMMISSIONER<br>101 FARRIS STREET<br>PO BOX 628<br>LA FAYETTE, GA 30728 | Claim Number: 10506<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1588.89 |

---

| WALKER LAWN CARE<br>DBA WALKER LAWN CARE<br>28 ROBERTSON ROAD<br>TRAVELERS REST, SC 29690 | Claim Number: 1984<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |

| UNSECURED | Claimed: | $690.00 | Allowed: | $690.00 |

---

| WALKER, CLARENCE W.<br>PO BOX 27081<br>CHARLOTTE, NC 28202-4006 | Claim Number: 5623<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | | |
|---|---|---|---|
| WALKER, CLARENCE W.<br>PO BOX 27081<br>CHARLOTTE, NC 28202-4006 | | Claim Number: 6369<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |

| | | | |
|---|---|---|---|
| WALKER, KATRINA<br>5859 CONLEY COX ROAD<br>WEST POINT, MS 39773 | | Claim Number: 627<br>Claim Date: 02/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

| | | | |
|---|---|---|---|
| WALKER, KATRINA<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | Claim Number: 2831<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25000.00 | | |
| UNSECURED | | | Allowed: | $7258.58 |

| | | | |
|---|---|---|---|
| WALKER, KATRINA<br>C/O ROY A. PERKINS, ESQ.<br>82 PLAZA - SUITE 104<br>PO BOX 678<br>STARKVILLE, MS 39760-0678 | | Claim Number: 5375<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10000.00 |

| | | | |
|---|---|---|---|
| WALKER, M<br>HC 73, BOX 165<br>STAR CITY, AR 71667 | | Claim Number: 9305<br>Claim Date: 12/22/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 |

| | | | |
|---|---|---|---|
| WALKER, QUEEN<br>C.O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | | Claim Number: 4266<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7500.00 | Allowed: | $2467.92 |

| | | | |
|---|---|---|---|
| WALL, JOHN H<br>812 DARBYSHIRE RD LOT 23<br>NORMAN PARK, GA 31771 | | Claim Number: 2649<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

WALLACE ANDREW,
RT 1 BOX 374
MILTON, WV 25541

Claim Number: 851
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 DISP | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

---

WALLACE HURST MOBILE HOME TRANSPORT
HERBERT W. BENSON
PO BOX 1165
TIFTON, GA 31793

Claim Number: 6139
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| UNSECURED | Claimed: | $25407.00 | Scheduled: | $18973.00 | Allowed: | $18973.00 |
|---|---|---|---|---|---|---|

---

WALLACE JR, MELVIN A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST, SUITE 1000
WILMINGTON, DE 19801

Claim Number: 6015
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

WALLACE, CHAD
RT 1 BOX 104
GOODWELL, OK 73939

Claim Number: 8819
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

---

WALLACE, DAVID AND MARSHA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7189
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

WALLACE, STEVE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7190
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

WALLER COUNTY
LAW OFFICES OF HENRY G. STEEN, JR., PC
STEEN BUILDING, SUITE 306
3001 N. LAMAR BLVD.
AUSTIN, TX 78705

Claim Number: 5380
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| SECURED | Claimed: | $2263.79 |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLER COUNTY<br>LAW OFFICES OF HENRY G. STEEN, JR., P.C.<br>STEEN BUILDING, SUITE 306<br>3001 N. LAMAR BLVD.<br>AUSTIN, TX 78705 | | | Claim Number: 6301<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) | | | | |
| SECURED | Claimed: | $2263.79 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLER COUNTY<br>LAW OFFICES OF HENRY G STEEN, JR., P.C.<br>STEEN BUILDING, SUITE 306<br>3001 N. LAMAR BLVD.<br>AUSTIN, TX 78705 | | | Claim Number: 6748<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| SECURED | Claimed: | $2263.79 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLER, MICHAEL L<br>1096 S. 10TH ST<br>LEBANON, OR 97355 | | | Claim Number: 3379<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7810 (05/20/2005) | | | | |
| SECURED | Claimed: | $40261.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLIS, DANNY J.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6016<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 | UNLIQ | | | | |
| UNSECURED | Claimed: | $5834.44 | UNLIQ | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLIS, SANDRA<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST, SUITE 1000<br>WILMINGTON, DE 19801 | | | Claim Number: 6017<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | | | |
| PRIORITY | Claimed: | $4650.00 | UNLIQ | | | | |
| UNSECURED | Claimed: | $2775.00 | UNLIQ | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLS INSURANCE & SECURITIES SCHOOL,<br>555 116TH AVE NE<br>SUITE 125<br>BELLEVUE, WA 98004 | | | Claim Number: 2034<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 | Allowed: | $275.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WALLS INSURANCE & SECURITIES SCHOOL,<br>555 116TH AVE NE<br>SUITE 125<br>BELLEVUE, WA 98004 | | | Claim Number: 7833<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $25.00 | | | | | |

---

WALLS LUMBER CO,
10415 CAMPBELLSVILLE RD
PULASKI, TN 38478

Claim Number: 1203
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $9.37 |
|-----------|----------|-------------|------------|-------|

---

WALLS, JESSE D. FOR ESTATE OF
MICHAEL K. AUGST, DEC'D; W.A. POSEY, ESQ
KEATING MUETHING, KLEKAMP, PLL
1400 PROVIDENT TOWER, 1 EAST 4TH ST
CINCINNATI, OH 45202

Claim Number: 4728
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $1000000.00 |
|-----------|----------|-------------|

---

WALLS, JESSE D. FOR ESTATE OF
MICHAEL AUGST JR, DEC'D; W.A. POSEY, ESQ
KEATING MUETHING, KLEKAMP, PLL
1400 PROVIDENT TOWER, 1 EAST 4TH ST
CINCINNATI, OH 45202

Claim Number: 4729
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $1000000.00 |
|-----------|----------|-------------|

---

WALLS, JESSE D. FOR ESTATE OF
FELISHA A. AUGST, DEC'D; W.A. POSEY, ESQ
KEATING MUETHING, KLEKAMP, PLL
1400 PROVIDENT TOWER, 1 EAST 4TH ST
CINCINNATI, OH 45202

Claim Number: 4730
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $2000000.00 |
|-----------|----------|-------------|

---

WALLY'S HARDWAR
P O BOX 1305
1291 BROAD ST EXT
SUMTER, SC 29151

Claim Number: 3595
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $105.33 | | | Allowed: | $105.33 |
|-----------|----------|---------|--|--|----------|---------|

---

WALLYS CARPET INSTALLATION,
DBA WALLYS CARPET INSTALLATION
04 HAVENS RD
LOS LUNAS, NM 87031

Claim Number: 1522
Claim Date: 02/24/2003
Debtor: PREFERRED HOUSING SERVICES, LP

| UNSECURED | Claimed: | $1046.00 | Scheduled: | $1046.00 | Allowed: | $1046.00 |
|-----------|----------|----------|------------|----------|----------|----------|

---

WALLYS CARPET INSTALLATION,
DBA WALLYS CARPET INSTALLATION
04 HAVENS RD
LOS LUNAS, NM 87031

Claim Number: 1521
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $874.25 | Scheduled: | $874.25 | Allowed: | $874.25 |
|-----------|----------|---------|------------|---------|----------|---------|

---

WALSER ROGER
3905 WY 150 SOUTH
LEXINGTON, NC 27295

Claim Number: 3692
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $350.00 | | | | |
|----------|----------|---------|--|--|----------|---------|
| UNSECURED | | | | | Allowed: | $350.00 |

---

WALTER WELLS,
6610 CHURCH
FAIR HAVEN, MI 48023

Claim Number: 3175
Claim Date: 03/06/2003
Debtor: SUBURBAN HOME SALES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $4310.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4310.00 | Allowed: | $4310.00 |

WALTERBORO RENTAL & EQUIPMENT CENTER INC
2754 ROBERTSON BLVD
WALTERBORO, SC 29488

Claim Number: 691
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $159.00 | Allowed: | $159.00 |
|---|---|---|---|---|

WALTERS, JOHN
715 RANDOLPH AVE
HUNTSVILLE, AL 35801

Claim Number: 4499
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1500.00 |
|---|---|---|

WALTON, JAMES
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6589
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

WANLESS, DENNIS R.
267 LAKEVIEW DRIVE
CHARLOTTESVILLE, VA 22901

Claim Number: 3505
Claim Date: 03/13/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

WANT ADS OF KERRVILLE INC
31320 IH 10 W E
BOERNE, TX 780069238

Claim Number: 8344
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

WANTADS OF FARM
THRIFTY NICKEL WANT ADS
928 EAST MAIN STREET
FARMINGTON, NM 87401

Claim Number: 2942
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1307.27 |
|---|---|---|

---

WANTADS OF FARM
THRIFTY NICKEL WANT ADS
928 EAST MAIN STREET
FARMINGTON, NM 87401

Claim Number: 8620
Claim Date: 11/17/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1307.27 | | | |
|---|---|---|---|---|---|

---

WANTADS OF FARM,
THRIFTY NICKEL WANT ADS
928 EAST MAIN STREET
FARMINGTON, NM 87401

Claim Number: 2902
Claim Date: 03/04/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1307.27 | Scheduled: | $1025.18 | Allowed: | $1307.27 |
|---|---|---|---|---|---|---|

---

WARD PLACE,
PO BOX 5164
KINGSPORT, TN 37663

Claim Number: 1507
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $1099.92 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1099.92 | Allowed: | $1099.92 |

---

WARD, DAVID
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7192
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

WARD, DWAIN & SHARRON
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4265
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $35000.00 | | | Allowed: | $10162.01 |
|---|---|---|---|---|---|---|

---

WARD, DWAIN AND SHARRON
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7191
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

WARD, JAMES & SANDRA
3047 EAST BALL ROAD
HILLSDALE, MI 49242

Claim Number: 9918
Claim Date: 05/19/2004
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| ADMINISTRATIVE | Claimed: | $25000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $100.00 |

| | | |
|---|---|---|
| WARD, SHAWN<br>DBA S&J MOBILE HOME SERVICE<br>RT 1  BOX 2860<br>COUNCIL HILL, OK 74428 | | Claim Number: 9691<br>Claim Date: 05/03/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $6225.00 |
| WARD, SHAWN<br>DBA S&J MOBILE HOME SERVICE<br>RT 1  BOX 2860<br>COUNCIL HILL, OK 74428 | | Claim Number: 9970<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
| ADMINISTRATIVE | Claimed: | $6225.00 |
| WARD, VIOLET<br>341 WILLOW WOODS DRIVE<br>WILMINGTON, NC 28409 | | Claim Number: 10222<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
| ADMINISTRATIVE | Claimed: | $175.00 |
| WARDLAW, ELIZABETH DORN<br>4374 CHICORA STREET<br>COLUMBIA, SC 29206 | | Claim Number: 3292<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $12900.00 |
| WARDS DECKS<br>3348 ALTAMAHAW CHURCH RD<br>ELON COLLEGE, NC 27244 | | Claim Number: 7984<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
| ADMINISTRATIVE | Claimed: | $7965.00 |
| WARE COUNTY TAX COMMISSIONER<br>800 CHURCH ST., ROOM 133<br>WAYCROSS, GA 31501 | | Claim Number: 10365<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
| ADMINISTRATIVE | Claimed: | $379.51 |
| WARE, JR., JULIAN<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5819<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| WARE, JULIA LAWANDA<br>28 LIGHTING LANE<br>LA FAYETTE, GA 30728 | Claim Number: 8141<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) |
|---|---|

| ADMINISTRATIVE | Claimed: | $125.00 UNDET |

| WAREHOUSE-DISCO<br>COX WAREHOUSE DISCOUNT FURN<br>PO BOX 1981<br>WHITEVILLE, NC 28472-1981 | Claim Number: 8671<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3475.00 |

| WAREHOUSE-DISCO<br>COX WAREHOUSE DISCOUNT FURN<br>PO BOX 1981<br>WHITEVILLE, NC 28472-1981 | Claim Number: 8672<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $3475.00 |

| WARNIX MARILYN,<br>1095 NATURE LAND DR<br>LEOLA, AR 72084 | Claim Number: 738<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $250.61 | Scheduled: | $250.61 DISP | Allowed: | $250.61 |

| WARREN COUNTY<br>P.O. BOX 185<br>WARRENTON, NC 27589 | Claim Number: 8403<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4214.99 |

| WARREN COUNTY<br>PO BOX 185<br>WARRENTON, NC 27589 | Claim Number: 8126<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4214.99 |

| WARREN COUNTY<br>P.O. BOX 189<br>WARRENTON, GA 30828 | Claim Number: 10332<br>Claim Date: 06/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $834.12 |

| WARREN COUNTY CLERK AND MASTER<br>P.O. BOX 639<br>MC MINNVILLE, TN 37111 | Claim Number: 9497<br>Claim Date: 04/09/2004<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $842.63 |
|---|---|---|

| WARREN COUNTY CLERK OF COURT,<br>19 DAVE AVE<br>PO BOX 238<br>LEBANON, OH 45036 | Claim Number: 6799<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| PRIORITY | Claimed: | $20.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $24.00 |

| WARREN COUNTY COLLECTOR<br>105 S MARKET ST<br>WARRENTON, MO 63383 | Claim Number: 7395<br>Claim Date: 06/13/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $453.71 |
|---|---|---|

| WARREN COUNTY TAX COLLECTOR<br>PO BOX 185<br>WARRENTON, NC 27589 | Claim Number: 10231<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3943.13 |
|---|---|---|

| WARREN COUNTY TREASURER<br>406 JUSTICE DRIVE<br>LEBANON, OH 45036 | Claim Number: 6809<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $353.84 |
|---|---|---|

| WARREN COUNTY TREASURER<br>406 JUSTICE DRIVE<br>LEBANON, OH 45036 | Claim Number: 6810<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| PRIORITY | Claimed: | $427.16 |
|---|---|---|

| WARREN COUNTY TREASURER<br>406 JUSTICE DRIVE<br>LEBANON, OH 45036 | Claim Number: 6811<br>Claim Date: 05/02/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| PRIORITY | Claimed: | $1149.82 |
|---|---|---|

---

WARSAW MASONRY SUPPLY,
1403 N DETROIT ST
WARSAW, IN 46580

Claim Number: 2686
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $55.20 | Scheduled: | $55.20 | Allowed: | $55.20 |

---

WASHBURN, ERNIE AND TRACY
4062 CR 67
BAYARD, NE 69334

Claim Number: 8817
Claim Date: 11/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $580.00 |

---

WASHINGTON CAD
JOHN B. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 7762
Claim Date: 09/02/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 8506 (03/24/2006)

| SECURED | Claimed: | $1375.38 |

---

WASHINGTON CAD
JOHN B. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 9206
Claim Date: 12/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4082 (05/20/2004)

| ADMINISTRATIVE | Claimed: | $460.10 |

---

WASHINGTON COUNTY,
TRUSTEE
P. O. BOX 215
JONESBOROUGH, TN 37659

Claim Number: 4538
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| PRIORITY |  |  | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $180.24 UNLIQ |

---

WASHINGTON, ANNETTE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5820
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

WASHINGTON, DAVID A.
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5821
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $834.38 UNLIQ |

---

---

WASHINGTON, SHEILA
C/O EUGENE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5353
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

WASHINGTON, SULISE
232 C RD
BAY SPRINGS, MS 39422

Claim Number: 4685
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

WASHOE COUNTY TREASURER,
PO BOX 30039
RENO, NV 89520-3039

Claim Number: 333
Claim Date: 01/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5394.73 | | Allowed: | $43.85 |
| UNSECURED | Claimed: | $955.43 | Scheduled: $236.06 | | |

---

WASHOE COUNTY TREASURER,
PO BOX 30039
RENO, NV 89520

Claim Number: 7739
Claim Date: 08/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43.85 |

---

WASHTINGTON, SHEILA
C/O EUGENE TULLOS
PO BOX 74
RALEIGH, MS 39153

Claim Number: 5354
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

WASTE CONNECTION
2745 N OHIO
WICHITA, KS 67219

Claim Number: 9616
Claim Date: 04/20/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $716.74 |

---

WASTE CONNECTIONS INC
2745 N OHIO
WICHITA, KS 67219

Claim Number: 992
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $716.74 | | |
| UNSECURED | | | Allowed: | $716.74 |

---

WASTE CONNECTIONS INC,
2745 N OHIO
WICHITA, KS 67219

Claim Number: 8325
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

WASTE DISPOSAL SOLUTIONS
2007 YANCEYVILLE STREET
SUITE 210
GREENSBORO, NC 27405

Claim Number: 9679
Claim Date: 04/30/2004
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $33940.66 |
|---|---|---|

WASTE DISPOSAL SOLUTIONS,
2007 YANCEYVILLE STREET
SUITE 210
GREENSBORO, NC 27405

Claim Number: 5566
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

---

| UNSECURED | Claimed: | $14097.21 | | Allowed: | $14097.21 |
|---|---|---|---|---|---|

WASTE INDUSTRIES INC
PO BOX 580304
CHARLOTTE, NC 28258-0304

Claim Number: 8748
Claim Date: 11/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $2425.78 |
|---|---|---|

WASTE MANAGEMENT FT WORTH HAUL,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7691
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $104.18 | Allowed: | $104.18 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT MONROE LOUISI,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7711
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $91.08 | Allowed: | $91.08 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF ARCADIANA,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7697
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $167.70 | Allowed: | $167.70 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF ARKANSAS,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7701
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $309.81 | Allowed: | $309.81 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF ASHEVILLE,
C/O WASTE MANAGEMENT, INC
1001 FANNIN, STE. 4000
HOUSTON, KY 40290

Claim Number: 7704
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $513.09 | Allowed: | $513.09 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF AUGUSTA AI,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7702
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $535.76 | Allowed: | $535.76 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF AZ
1580 E ELWOOD
PHOENIX, AZ 85040

Claim Number: 290
Claim Date: 01/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $925.35 | | | Allowed: | $925.35 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF BATON ROUG,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7698
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $314.01 | Allowed: | $314.01 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF BAY COUNTY,
C/O WASTE MANAGEMENT INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7731
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $928.77 | Allowed: | $928.77 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF CAROLINAS,
WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7690
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $126.75 | Allowed: | $126.75 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF COLUMBUS,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7694
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $271.89 | Allowed: | $271.89 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF DARLINGTON,
C/O WASTE MANAGEMENT INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7725
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $298.15 | Allowed: | $298.15 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF DELMARVA,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7732
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $172.69 | Allowed: | $172.69 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF GRANITE QUARRY,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN STE. 4000
HOUSTON, TX 77002

Claim Number: 7712
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $467.60 | Allowed: | $467.60 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF LEON CNTY,
C/O WASTE MANAGEMENT INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7722
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $232.73 | Allowed: | $232.73 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF MOBILE BAL,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7693
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $244.58 | Allowed: | $244.58 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF NASHVILLE,
C/O WASTE MANAGEMENT INC.
1001 FANNIN, STE. 4000
LOUISVILLE, KY 40290-1054

Claim Number: 7689
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $111.99 | Allowed: | $111.99 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF NE COLORAD,
C/O WASTE MANAGEMENT INC.
1001 FANNIN, STE 4000
HOUSTON, TX 77002

Claim Number: 7707
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $66.28 | Allowed: | $66.28 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF NEW MEXICO,
PO BOX 78251
PHOENIX, AZ 85062-8251

Claim Number: 7695
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1844.07 | Allowed: | $1844.07 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF OHIO - DAYTON
1700 N BROAD ST.
FAIRBORN, OH 45324-9505

Claim Number: 7590
Claim Date: 07/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $333.63 |
|---|---|---|

WASTE MANAGEMENT OF OHIO -LIM,          Claim Number: 7687
C/O WAST MANAGEMENT INC.                Claim Date: 08/08/2003
1001 FANNIN, STE 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $401.90 | Allowed: | $401.90 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF ORMOND BEACH        Claim Number: 7713
C/O WASTE MANAGEMENT INC.               Claim Date: 08/08/2003
1001 FANNIN, STE. 4000                  Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $25.37 | Allowed: | $25.37 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF ORMOND BEACH        Claim Number: 7714
C/O WASTE MANAGEMENT INC.               Claim Date: 08/08/2003
1001 FANNIN STE 4000                    Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

WASTE MANAGEMENT OF POLK COUNTY,        Claim Number: 7705
C/O WASTE MANAGEMENT, INC.              Claim Date: 08/08/2003
1001 FANNIN, STE. 4000                  Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $75.00 | Allowed: | $75.00 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF RALEIGH HA,         Claim Number: 7728
C/O WASTE MANAGEMENT, INC.              Claim Date: 08/11/2003
1001 FANNIN, STE. 4000                  Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $353.47 | Allowed: | $353.47 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF SAN ANTONI,         Claim Number: 7703
C/O WASTE MANAGEMENT, INC.              Claim Date: 08/08/2003
1001 FANNIN, STE. 4000                  Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $67.36 | Allowed: | $67.36 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF SANFORD,            Claim Number: 7724
C/O WASTE MANAGEMENT, INC.              Claim Date: 08/11/2003
1001 FANNIN, STE. 4000                  Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $485.90 | Allowed: | $485.90 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF SKAGIT,             Claim Number: 7706
C/O WASTE MANAGEMENT, INC.              Claim Date: 08/08/2003
1001 FANNIN, STE 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                       Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1666.51 | Allowed: | $1666.51 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF SOUTHERN C,          Claim Number: 7692
C/O WAST MANAGEMENT, INC.                Claim Date: 08/08/2003
1001 FANNIN, STE 4000                    Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $218.39 | Allowed: | $218.39 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF TUCSON,              Claim Number: 7710
C/O WASTE MANAGEMENT, INC.               Claim Date: 08/08/2003
1001 FANNIN, STE. 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $460.09 | Allowed: | $182.33 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WELDON,              Claim Number: 7720
C/O WASTE MANAGEMENT, INC.               Claim Date: 08/11/2003
1001 FANNIN STE. 4000                    Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $539.50 | Allowed: | $539.50 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WENATCHEE,           Claim Number: 7709
C/O WAST MANAGEMENT, INC.                Claim Date: 08/08/2003
1001 FANNIN, STE. 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $332.42 | Allowed: | $332.42 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WILKESBORO,          Claim Number: 7723
C/O WASTE MANAGEMENT, INC.               Claim Date: 08/11/2003
1001 FANNIN, STE. 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77022                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $547.24 | Allowed: | $547.24 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WILMINGTON,          Claim Number: 7730
C/O WASTE MANAGEMENT, INC.               Claim Date: 08/11/2003
1001 FANNIN, STE. 4000                   Debtor: OAKWOOD MOBILE HOMES, INC.
HOUSTON, TX 77002                        Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $587.03 | Allowed: | $587.03 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WINSTON-SA,          Claim Number: 7721
PO BOX 830003                            Claim Date: 08/11/2003
BALTIMORE, MD 21283-0003                 Debtor: OAKWOOD MOBILE HOMES, INC.
                                         Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $136.11 | Allowed: | $136.11 |
|---|---|---|---|---|---|---|

WASTE MANAGEMENT OF WOODLAND,            Claim Number: 7696
WASTE MANAGEMENT                         Claim Date: 08/08/2003
PO BOX 79121                             Debtor: OAKWOOD MOBILE HOMES, INC.
PHOENIX, AZ 850629121                    Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $233.11 | Allowed: | $233.11 |
|---|---|---|---|---|---|---|

---

WASTE MANAGEMENT TRI-CITIES,
WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7699
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $532.74 | Allowed: | $532.74 |
|-----------|----------|-------------|------------|---------|----------|---------|

WASTE MANAGEMENT,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7708
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1866.69 | Allowed: | $1866.69 |
|-----------|----------|-------------|------------|----------|----------|----------|

WASTE MANAGEMENT,
PO BOX 9001054
LOUISVILLE, KY 40290

Claim Number: 7700
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1448.02 | Allowed: | $1448.02 |
|-----------|----------|-------------|------------|----------|----------|----------|

WASTE MANAGEMENT,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN, STE. 4000
HOUSTON, TX 77002

Claim Number: 7729
Claim Date: 08/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $64.92 | Allowed: | $64.92 |
|-----------|----------|-------------|------------|--------|----------|--------|

WASTE MANAGEMENT/ORANGEBURG HA,
C/O WASTE MANAGEMENT, INC.
1001 FANNIN STE. 4000
HOUSTON, TX 77002

Claim Number: 7688
Claim Date: 08/08/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $530.19 | Allowed: | $530.19 |
|-----------|----------|-------------|------------|---------|----------|---------|

WASTE MANAGEMENTF
OF CENTRAL CAROLINA-NC
2712 LOWELL ROAD
GASTONIA, NC 28054

Claim Number: 6225
Claim Date: 03/31/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $629.60 |
|-----------|----------|---------|

WATERS, JOHN & LORETTA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3500
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7746 (05/05/2005)

| UNSECURED | Claimed: | $10000.00 |
|-----------|----------|-----------|

WATKINS, ANNIE
3172 COUNTY RD 47
MIDWAY, AL 36053

Claim Number: 5029
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNDET |
|-----------|----------|-------------|

---

WATKINS, ANNIE
3172 COUNTY RD 47
MIDWAY, AL 36053

Claim Number: 9327
Claim Date: 01/09/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3000.00 |
|---|---|---|

---

WATKINS, BRUCE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7193
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

---

WATKINS, CAROL
BRIAN TURNER
TURNER & TURNER
PO BOX 2688
TUSCALOOSA, AL 35403

Claim Number: 7442
Claim Date: 06/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $250000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

WATKINS, CAROL
C/O BRIAN D TURNER
TURNER AND TURNER PC
PO BOX 2688
TUSCALOOSA, AL 35403

Claim Number: 10864
Claim Date: 12/15/2006
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
|---|---|---|

---

WATKINS, CRAIG
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5822
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

WATKINS, HAL R.
1040 NOAH DRIVE
MADISON, NC 27025

Claim Number: 5511
Claim Date: 03/27/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $490.00 | Scheduled: | $490.00 | Allowed: | $490.00 |
|---|---|---|---|---|---|---|

---

WATSON DONNA
302 WOOD LAMOND WAY
HUNTINGTON, WV 25705

Claim Number: 4515
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $1300.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $700.00 |

---

---

WATSON, GERALD M.
40605 SHADE RD WEST
REEDSVILLE, OH 45772-9739

Claim Number: 5063
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 8414 (01/30/2006)

| UNSECURED | Claimed: | $62269.61 |
| --- | --- | --- |

---

WATSON, JR., BILLY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5823
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $1368.75 UNLIQ |

---

WATTS WILLIAM D
2761 EAST HWY 9
LORIS, SC 29569

Claim Number: 3129
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4419 (08/19/2004)

| SECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

WATTS, EVA
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 613
JACKSON, MS 39205-0019

Claim Number: 6590
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Allowed: | $2903.43 |

---

WAUSAU INSURANCE COMPANIES
BILLING AND COLLECTION
PO BOX 8017
WAUSAU, WI 54402

Claim Number: 3762
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $302824.98 |
| --- | --- | --- |

---

WAUSAU INSURANCE COMPANIES
BILLING AND COLLECTION
PO BOX 8017
WAUSAU, WI 54402

Claim Number: 7768
Claim Date: 09/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: DOCKET: 7850 (06/07/2005)

| UNSECURED | Claimed: | $97250.09 |
| --- | --- | --- |

---

WAXAHACHIE INDEPENDENT SCHOOL DISTRICT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 543
Claim Date: 02/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

| SECURED | Claimed: | $7537.89 |
| --- | --- | --- |

---

| WAXAHACHIE ISD<br>ELIZABETH BANDA<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | Claim Number: 10138<br>Claim Date: 05/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7334 (11/17/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE      Claimed:          $2048.27 | | | |

| WAYNE BOYKIN & ASSOCIATES<br>411 HILL ST<br>LEBANON, TN 370872627 | Claim Number: 3562<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED          Claimed:          $0.00 | | Allowed:          $300.00 | |

| WAYNE BOYKIN & ASSOCIATES<br>1030 W MAIN ST<br>LEBANON, TN 37087 | Claim Number: 8916<br>Claim Date: 11/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | | |
|---|---|---|---|
| ADMINISTRATIVE      Claimed:          $0.00 UNDET | | | |

| WAYNE COUNTY<br>P O BOX 580478<br>CHARLOTTE, NC 282580478 | Claim Number: 6645<br>Claim Date: 04/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7329 (11/16/2004) | | |
|---|---|---|---|
| PRIORITY          Claimed:          $762.14 | | Allowed:          $243.66 | |

| WAYNE FRIER'S M H SALES<br>12788 US HWY 90<br>LINE OAK, FL | Claim Number: 10831<br>Claim Date: 02/14/2006<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8544 (04/25/2006) | | |
|---|---|---|---|
| UNSECURED          Claimed:          $0.00 UNDET | | | |

| WAYNES ELECTRIC,<br>RT2 BOX 172<br>HONEY GROVE, TX 75446 | Claim Number: 3437<br>Claim Date: 03/11/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
|---|---|---|---|
| SECURED          Claimed:          $1602.50<br>UNSECURED | | Scheduled:          $425.00 | Allowed:          $1602.50 |

| WAYNES ELECTRIC,<br>RT2 BOX 172<br>HONEY GROVE, TX 75446 | Claim Number: 3599<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | |
|---|---|---|---|
| SECURED          Claimed:          $3400.00<br>UNSECURED | | Scheduled:          $3400.00 | Allowed:          $3400.00 |

| WEATHER RITE AWNING, | Claim Number: 4101 |
|---|---|
| 6614 PONDEROSA STREET | Claim Date: 03/18/2003 |
| CENTRAL POINT, OR 97502 | Debtor: OAKWOOD MOBILE HOMES, INC. |

| UNSECURED | Claimed: | $531.00 | Scheduled: | $531.00 | Allowed: | $531.00 |
|---|---|---|---|---|---|---|

| WEAVER, BOBBY A. | Claim Number: 9805 |
|---|---|
| 47 JEFFERSON DOCK ROAD | Claim Date: 05/10/2004 |
| PENHOOK, VA 24137 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4213 (08/13/2004) |

| ADMINISTRATIVE | Claimed: | $1150.00 |
|---|---|---|

| WEAVER, H. MICHAEL | Claim Number: 5425 |
|---|---|
| WEAVER INVESTMENT COMPANY | Claim Date: 03/27/2003 |
| PO BOX 26040 | Debtor: OAKWOOD HOMES CORPORATION |
| GREENSBORO, NC 27420-6040 | Comments: EXPUNGED |
| | DOCKET: 7441 (12/21/2004) |

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| WEAVER, H. MICHAEL | Claim Number: 5631 |
|---|---|
| WEAVER INVESTMENT COMPANY | Claim Date: 03/27/2003 |
| PO BOX 26040 | Debtor: OAKWOOD HOMES CORPORATION |
| GREENSBORO, NC 27420-6040 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| WEAVER, H. MICHAEL | Claim Number: 6374 |
|---|---|
| WEAVER INVESTMENT COMPANY | Claim Date: 03/27/2003 |
| PO BOX 26040 | Debtor: OAKWOOD HOMES CORPORATION |
| GREENSBORO, NC 27420-6040 | Comments: EXPUNGED |

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

| WEBB MICHAEL S | Claim Number: 1373 |
|---|---|
| 838 BERRY RD | Claim Date: 02/24/2003 |
| SPARTANBURG, SC 29316 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $600.00 | | Allowed: | $600.00 |
|---|---|---|---|---|---|

| WEBB MIKE S | Claim Number: 1374 |
|---|---|
| 838 BERRY RD | Claim Date: 02/24/2003 |
| SPARTANBURG, SC 29316 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $300.00 | | Allowed: | $300.00 |
|---|---|---|---|---|---|

---

WEBB, JAMES D
223 EAST JAMES M CAMPBELL BLVD
COLUMBIA, TN 38401

Claim Number: 2265
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|---|---|

---

WEBER, JEFFREY
CLIFFORD BERTHOLF
330 NORTH MAIN STREET
WICHITA, KS 67202

Claim Number: 7505
Claim Date: 06/30/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7335 (11/17/2004)

| SECURED | Claimed: | $30000.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55000.00 | Scheduled: | $0.00 UNLIQ |

---

WEBSTER COUNTY RECORDER
101 N CRITTENDEN ROOM 15
MARSHFIELD, MO 65706

Claim Number: 2679
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4652 (10/12/2004)

| PRIORITY | Claimed: | $1040.91 |
|---|---|---|

---

WEEKES, MARY V.
1296 FIRE CREEK DRIVE
DUPO, IL 62239-1177

Claim Number: 10463
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4492 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

WEEKS AUDREY W
104 BULLCREEK RD RIVERWOOD
MOULTRIE, GA 31768

Claim Number: 3442
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $50023.07 |
|---|---|---|

---

WEEKS, DOUGLAS J
3377 ELLENTON-NORMAN PARK RD
NORMAN PARK, GA 31771

Claim Number: 8129
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

WEEKS, SYLVIA R
3377 ELLENTON-NORMAN PARK
NORMAN PARK, GA 31771

Claim Number: 8095
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

WEGER, DANIEL & TIFFANY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7032
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

WEIDMAN, CHRISTOPHER
C/O BYRD AND ASOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6591
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $1742.06 |

WEIGEL CONSTRUCTION INC,
19935 W 161ST ST
OLATHE, KS 66062

Claim Number: 2281
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $4223.92 | Scheduled: | $4100.00 | Allowed: | $4223.92 |
|---|---|---|---|---|---|---|

WEINBERG, GANELLE O.
DBA: WEINBERG'S MOBILE HOME PARK
1706 S. MAIN ST.
DARLINGTON, SC 29532

Claim Number: 10465
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

WEINBERGS MHP
DBA WEINBERGS MHP
1706 S MAIN ST
DARLINGTON, SC 29532

Claim Number: 8511
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | | |
|---|---|---|---|---|---|---|

WEIR, CLARAY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5824
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1368.75 UNLIQ | | | | |

WELCH KENNETH R
1622 MOSS CREEK RD
WAYCROSS, GA 315014184

Claim Number: 1339
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3517.38 | | | Allowed: | $3517.38 |
|---|---|---|---|---|---|---|

---

WELCH, JOHNNIE
387 COUNTYLINE ROAD
GREENVILLE, MS 38701

Claim Number: 628
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25000.00 |

---

WELCH, JOHNNIE
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2830
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25000.00 | | |
| UNSECURED | | | Allowed: | $7258.58 |

---

WELCH, THOMAS & CHERYL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7033
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | Allowed: | $74999.00 |

---

WELD COUNTY TREASURER
C/O CYNDY GIAUQUE
ASSISTANT WELD COUNTY ATTORNEY
P.O. BOX 758
GREELEY, CO 80632

Claim Number: 7231
Claim Date: 05/15/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 1792 (08/14/2003)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $114.76 | | | |

---

WELD COUNTY, TREASURER
C/O CYNDY GIAUQUE
ASSISTANT WELD COUNTY ATTORNEY
P.O. BOX 758
GREELEY, CO 80632

Claim Number: 7232
Claim Date: 05/15/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 1792 (08/11/2003)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $553.48 |

---

WELDIN, ANGELA LINONER
5422 LIDDELL RD
SEVEN SPRINGS, NC 28578

Claim Number: 8332
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 |

---

WELLS & HENRY
ATTN: D. BRENT WELLS
440 LOUISIANA STE 718
HOUSTON, TX 77002

Claim Number: 3417
Claim Date: 03/11/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8978.21 |

---

---

WELLS & HENRY
ATTN: D. BRENT WELLS
440 LOUISIANA STE 718
HOUSTON, TX 77002

Claim Number: 3446
Claim Date: 03/11/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $240.93 |
|---|---|---|

---

WELLS & HENRY
ATTN: BRENT WELLS
440 LOUISIANA STE 718
HOUSTON, TX 77002

Claim Number: 3447
Claim Date: 03/11/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $237.58 |
|---|---|---|

---

WELLS & HENRY,
ATTENTION: D. BRENT WELLS
440 LOUISIANA STE 718
HOUSTON, TX 77002

Claim Number: 3445
Claim Date: 03/11/2003
Debtor: OAKWOOD SHARED SERVICES, LLC
Comments: WITHDRAWN
DOCKET: 7438 (12/20/2004)

| UNSECURED | Claimed: | $9456.72 | Scheduled: | $9456.72 |
|---|---|---|---|---|

---

WELLS & HENRY, P.C.
440 LOUISIANA, SUITE 718
ATTN: D. BRENT WELLS, PRESIDENT
HOUSTON, TX 77002

Claim Number: 10489
Claim Date: 06/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 4672 (10/18/2004)

| ADMINISTRATIVE | Claimed: | $1421.68 |
|---|---|---|

---

WELLS FARGO BANK MINNESOTA, N.A.
C/O STEPHEN M. MERTZ
FAEGRE & BENSON LLP
2200 WELLS FARGO CTR., 90 S. SEVENTH ST.
MINNEAPOLIS, MN 55402-3901

Claim Number: 9136
Claim Date: 11/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 8658 (05/26/2006)

| ADMINISTRATIVE PRIORITY | Claimed: | $0.00 UNLIQ | | Allowed: | $10851.01 |
|---|---|---|---|---|---|

---

WELLS FARGO BANK MINNESOTA, N.A.
C/O STEPHEN M. MERTZ
FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER/90 SOUTH 7TH ST
MINNEAPOLIS, MN 55402-3901

Claim Number: 9218
Claim Date: 12/01/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 8658 (05/26/2006)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 300
Claim Date: 01/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $8522.09 |
|---|---|---|

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 301
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $7335.76 | | | Allowed: | $735.29 |

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 308
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $72858.78 | | | | |

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 309
Claim Date: 01/21/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $72858.78 | | | | |

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 407
Claim Date: 02/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $3463.49 | | | Allowed: | $264.00 |

WELLS FARGO FINANCIAL LEASING, INC.
604 LOCUST STREET, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 2448
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $28503.69 | | | | |

WELLS FARGO LEASING, INC.
604 LOCUST ST, 14TH FLOOR
DES MOINES, IA 50309

Claim Number: 185
Claim Date: 12/28/2002
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7811 (05/20/2005)

| UNSECURED | Claimed: | $17628.52 | | | Allowed: | $285.94 |

WELLS GROUP LLC
P.O BOX 28
WEST LIBERTY, KY 41472

Claim Number: 1963
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $443.63 | | | Allowed: | $443.63 |

WELLS GROUP LLC,
P.O BOX 28
WEST LIBERTY, KY 41472

Claim Number: 1962
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $546.00 | Scheduled: | $546.00 | Allowed: | $546.00 |

---

| WELLS GROUP, LLC, THE<br>PO BOX 28<br>WEST LIBERTY, KY 41472 | Claim Number: 9588<br>Claim Date: 04/16/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1147.24 |
|---|---|---|

---

| WELLS GROUP, LLC, THE<br>PO BOX 28<br>WEST LIBERTY, KY 41472 | Claim Number: 10356<br>Claim Date: 06/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1147.24 |
|---|---|---|

---

| WELLS INVESTMENTS,<br>DBA WELLS INVESTMENTS<br>430 CLEARVIEW DRIVE<br>COLUMBIA, SC 29212 | Claim Number: 3594<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 DISP | Allowed: | $400.00 |
|---|---|---|---|---|---|---|

---

| WELLS LAWNCARE, LLC<br>37 TALLWOOD DRIVE<br>HAMPTON, VA 23666 | Claim Number: 9967<br>Claim Date: 05/19/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $327.71 |
|---|---|---|

---

| WELLS MOBILE HO,<br>DBA:WELLS MOBILE HOMES<br>3002 SHADY DRIVE<br>KILLEEN, TX 76543 | Claim Number: 777<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC |
|---|---|

| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 DISP | Allowed: | $100.00 |
|---|---|---|---|---|---|---|

---

| WELLS ROGER DALE,<br>P O BOX 152<br>LEICESTER, NC 28748 | Claim Number: 4040<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | Allowed: | $125.00 |
|---|---|---|---|---|---|---|

---

| WELLS TROPHY MF<br>1703 WEST LEE ST<br>GREENSBORO, NC 27403 | Claim Number: 674<br>Claim Date: 02/18/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4455.44 |
|---|---|---|

---

| WELLS TROPHY MF<br>1703 WEST LEE ST<br>GREENSBORO, NC 27403 | Claim Number: 8528<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $4439.63 |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WELLS, ROGER DALE<br>P O BOX 152<br>LEICESTER, NC 28748 | | | Claim Number: 8175<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $125.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WELLS, THOMAS<br>P.O. BOX 13438<br>ALEXANDRIA, LA 71315 | | | Claim Number: 8587<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $5800.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WELSCH, EDNA & RONALD<br>940 CR 153<br>CARDINGTON, OH 43315 | | | Claim Number: 10721<br>Claim Date: 04/18/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8609 (07/19/2006) | | | | |
| ADMINISTRATIVE | | | | | | Allowed: | $150.00 |
| PRIORITY | Claimed: | $0.00 | | | | | |
| SECURED | Claimed: | $5530.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WELTSCH EQUIPMENT INC,<br>PO BOX 477<br>REDWOOD FALLS, MN 56283 | | | Claim Number: 1351<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $712.74 | Scheduled: | $57.76 | Allowed: | $712.74 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WENC<br>108 RADIO STATION ROAD<br>WHITEVILLE, NC 28472 | | | Claim Number: 9523<br>Claim Date: 04/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $600.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WENC RADIO<br>DBA WENC RADIO<br>108 RADIO STATION RD<br>WHITEVILLE, NC 28472 | | | Claim Number: 8390<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $600.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WENDY'S EMBROIDERED SPECIALTIES-NC<br>24641 NC 73 HWY<br>ALBEMARLE, NC 28001 | | | Claim Number: 3386<br>Claim Date: 03/05/2003<br>Debtor: HBOS MANUFACTURING, LP | | | | |
| UNSECURED | Claimed: | $732.72 | Scheduled: | $820.40 DISP | Allowed: | $732.72 |

---

WESCO DISTRIBUTION INC
221 SOUTH 10TH STREET
PO BOX 626
LEMOYNE, PA 17043

Claim Number: 3738
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $114610.14 | Scheduled: | $23.00 UNLIQ | Allowed: | $7460.90 |
|---|---|---|---|---|---|---|

WESCO DISTRIBUTION INC,
221 SOUTH 10TH STREET
PO BOX 626
LEMOYNE, PA 17043

Claim Number: 3745
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $25562.25 | | | | |
|---|---|---|---|---|---|---|

WESCO DISTRIBUTION INC,
221 SOUTH 10TH STREET
PO BOX 626
LEMOYNE, PA 17043

Claim Number: 3755
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $57288.51 | | | | |
|---|---|---|---|---|---|---|

WESCO-CA,
PO BOX 890942
LOS ANGELES, CA 90074-6325

Claim Number: 3756
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $50816.20 | Scheduled: | $50753.19 UNLIQ | Allowed: | $50816.20 |
|---|---|---|---|---|---|---|

WESCO-GA,
PO BOX 530409
ATLANTA, GA 30353-0409

Claim Number: 3743
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $29030.30 | Scheduled: | $29381.80 UNLIQ | Allowed: | $29030.30 |
|---|---|---|---|---|---|---|

WESCO-IN,
PO BOX 890942
CHICAGO, IL 60693

Claim Number: 3739
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $88252.65 | Scheduled: | $88513.85 UNLIQ | Allowed: | $88252.65 |
|---|---|---|---|---|---|---|

WESCO-MN,
PO BOX 890942
CHICAGO, IL 60693

Claim Number: 3740
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $44249.97 | Scheduled: | $41777.93 UNLIQ | Allowed: | $44249.97 |
|---|---|---|---|---|---|---|

WESCO-NC,
INDUSTRIAL VENTURES II
2900 GRAY FOX RD
MONROE, NC 28110

Claim Number: 3742
Claim Date: 03/14/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $151264.72 | Scheduled: | $149929.20 UNLIQ | Allowed: | $151264.72 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| WESCO-OR,<br>PO BOX 890942<br>CHICAGO, IL 60693 | | | Claim Number: 3737<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $145908.37 | Scheduled: | $44194.09 UNLIQ | Allowed: | $145908.37 |
| WESCO-TN,<br>112 SHERLAKE RD<br>KNOXVILLE, TN 37922 | | | Claim Number: 3741<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $14153.50 | Scheduled: | $14224.68 UNLIQ | Allowed: | $14153.50 |
| WESCO-TX<br>PO BOX 890942<br>CHICAGO, IL 60693 | | | Claim Number: 3744<br>Claim Date: 03/14/2003<br>Debtor: HBOS MANUFACTURING, LP | | | |
| UNSECURED | Claimed: | $47597.76 | Scheduled: | $45614.54 UNLIQ | Allowed: | $47597.76 |
| WEST ALA. GAZET<br>DBA:WEST ALABAMA GAZETTE<br>P.O. BOX 249<br>MILLPORT, AL 35576 | | | Claim Number: 8681<br>Claim Date: 11/19/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $120.00 | | | | |
| WEST ALA. GAZET,<br>DBA:WEST ALABAMA GAZETTE<br>P.O. BOX 249<br>MILLPORT, AL 35576 | | | Claim Number: 1780<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 | Allowed: | $120.00 |
| WEST COAST APPLIANCE<br>DBA WEST COAST APPLIANCE<br>6439 CRATER LAKE HWY<br>CENTRAL POINT, OR 97502 | | | Claim Number: 8295<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| ADMINISTRATIVE | Claimed: | $1578.93 | | | | |
| WEST GEORGIA SHOPPER,<br>DBA THE WEST GEORGIA SHOPPER<br>1O4 KINGSBRIDGE DR<br>CARROLLTON, GA 30117 | | | Claim Number: 1969<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | |
| UNSECURED | Claimed: | $472.84 | Scheduled: | $156.94 | Allowed: | $472.84 |
| WEST OAKS MHP,<br>DBA WEST OAKS MHP<br>15337 N BRENTWOOD<br>CHANNELVIEW, TX 77539 | | | Claim Number: 4281<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC | | | |
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 DISP | Allowed: | $100.00 |

---

WEST OLIVE ESTATES LLC
PO BOX 278
GRANDVILLE, MI 49468

Claim Number: 2588
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $832.50 |

---

WEST PRESSURE WASHING,
DBA WEST PRESSURE WASHING
3252 POOH PLACE
LENOIR, NC 28645

Claim Number: 6339
Claim Date: 04/02/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $100.00 | | | | |
| UNSECURED | | | Scheduled: | $100.00 | Allowed: | $100.00 |

WEST ROBERT,
107 ROBERT WEST RD
CURRIE, NC 28435

Claim Number: 2023
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2200.00 | Scheduled: | $2200.00 | Allowed: | $2200.00 |

WEST STATES RECYCLING-CA,
1206 W STRUCK
ORANGE, CA 92867

Claim Number: 3291
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $648.00 | Scheduled: | $648.00 | Allowed: | $648.00 |

WEST VIRGINIA RADIO CORP,
1251 EARL CORE RD
MORGANTOWN, WV 26505

Claim Number: 1014
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3272.63 | Scheduled: | $3256.35 | Allowed: | $3272.63 |

WEST VIRGINIA STATE TAX DEPARTMENT,
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 7432
Claim Date: 06/23/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7808 (05/20/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $263526.00 | | Allowed: | $30210.00 |

WEST VIRGINIA STATE TAX DIVISION
PO BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 2624
Claim Date: 02/28/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $6000.00 | | | |
| UNSECURED | | | | Allowed: | $6000.00 |

---

WEST VIRGINIA STATE TAX DIVISION
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 2625
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $218000.00 |
|---|---|---|

---

WEST VIRGINIA STATE TAX DIVISION
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 2626
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| PRIORITY | Claimed: | $100.00 |
|---|---|---|

---

WEST VIRGINIA STATE TAX DIVISION
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 2627
Claim Date: 02/28/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $50.00 |
|---|---|---|

---

WEST VIRGINIA STATE TAX DIVISION
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 2628
Claim Date: 02/28/2003
Debtor: DREAMSTREET COMPANY, LLC
Comments: ALLOWED
DOCKET: 7808 (05/20/2005)

| PRIORITY | Claimed: | $1200.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $50.00 |

---

WEST VIRGINIA STATE TAX DIVISION
CHRISSY BROWN
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 9470
Claim Date: 03/31/2004
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 7808 (05/20/2005)

| PRIORITY | Claimed: | $5229.00 | | Allowed: | $2092.00 |
|---|---|---|---|---|---|

---

WEST, THOMAS E
PO BOX 368
ACE, TX 77326

Claim Number: 8292
Claim Date: 11/12/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4486 (09/03/2004)

| ADMINISTRATIVE | Claimed: | $3340.00 |
|---|---|---|

---

WESTAFF
ATTN: CREDIT
298 N WIGET LN
WALNUT CREEK, CA 94598

Claim Number: 7657
Claim Date: 07/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $3828.00 |
|---|---|---|

---

| WESTAFF (USA), INC.<br>ATTN: CREDIT DEPT<br>298 N WIGET<br>WALNUT CREEK, CA 94598 | Claim Number: 3053<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 2602 (11/20/2003) |
|---|---|

| UNSECURED | Claimed: | $5657.12 |
|---|---|---|

| WESTAR ENERGY<br>ATTN: BANKRUPTCY TEAM<br>PO BOX 208<br>WICHITA, KS 67201-0208 | Claim Number: 194<br>Claim Date: 01/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $831.96 |
|---|---|---|

| WESTAR ENERGY<br>ATTN: BANKRUPTCY TEAM<br>PO BOX 208<br>WICHITA, KS 67201-0208 | Claim Number: 195<br>Claim Date: 01/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $1268.78 |
|---|---|---|

| WESTAR ENERGY<br>PO BOX 208<br>WICHITA, KS 67202 | Claim Number: 9617<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7334 (11/17/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $121.28 | | Allowed: | $79.49 |
|---|---|---|---|---|---|

| WESTAR ENERGY<br>ATTN: BANKRUPTCY TEAM<br>PO BOX 208<br>WICHITA, KS 67201-0208 | Claim Number: 9828<br>Claim Date: 05/12/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $121.28 |
|---|---|---|

| WESTAR SYSTEMS INC<br>2702 OLD DALLAS RD<br>WACO, TX 76705-1771 | Claim Number: 8576<br>Claim Date: 11/17/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $1622.16 |
|---|---|---|

| WESTAR SYSTEMS, INC.<br>2702 OLD DALLAS RD<br>WACO, TX 76705 | Claim Number: 10415<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1622.16 |
|---|---|---|

| WESTAR SYSTEMS, INC.<br>2702 OLD DALLAS RD<br>WACO, TX 76705 | Claim Number: 10420<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1622.16 |
|---|---|---|

---

WESTAR SYSTEMS, INC.
2702 OLD DALLAS RD
WACO, TX 76705

Claim Number: 10421
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4491 (09/03/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1622.16 |

---

WESTBROOK WESLEY
PO BOX 872
ITALY, TX 76651

Claim Number: 3179
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 |
| UNSECURED | Claimed: | $1180.29 |

---

WESTBURYS ACE HARDWARE
PO BOX 1145
WALTERBORO, SC 29488

Claim Number: 4118
Claim Date: 03/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $203.38 | Scheduled: | $191.79 | Allowed: | $203.38 |

---

WESTCOTT, EDDIE D.
9890 HWY 27
UTICA, MS 391759100

Claim Number: 3194
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $7500.00 | | | |
| UNSECURED | | | | Allowed: | $2467.92 |

---

WESTERN HOME TRANSPORT
PO BOX 16494
BOISE, ID 83715

Claim Number: 9732
Claim Date: 05/06/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3060.00 |

---

WESTERN STATES FOREST PRODUCTS,
PO BOX 1929
CHEYENNE, WY 820031929

Claim Number: 4422
Claim Date: 03/21/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 7660 (04/05/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $70993.94 | |

---

WESTERN TOOL SUPPLY, INC
PO BOX 13466
SALEM, OR 97309

Claim Number: 8087
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1688.11 |

---

WESTERN TOOL SUPPLY, INC,
PO BOX 13466
SALEM, OR 97309

Claim Number: 1803
Claim Date: 02/25/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1688.11 | Scheduled: | $1715.05 | Allowed: | $1688.11 |
|---|---|---|---|---|---|---|

WESTERN WORLD ENTERPRISES
C. GREGORY MCNAIR
PO BOX 248
1185 BALTIMORE AVE SE
BANDON, OR 97411-0248

Claim Number: 397
Claim Date: 01/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $273.62 |
|---|---|---|

WESTLAND DIST
700 SOUTH 52ND STREET
TEMPE, AZ 85281

Claim Number: 2808
Claim Date: 03/03/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $1832.99 | Scheduled: | $1832.99 | Allowed: | $1832.99 |
|---|---|---|---|---|---|---|

WESTLAND DIST,
700 SOUTH 52ND STREET
TEMPE, AZ 85281

Claim Number: 2810
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $2835.67 | Scheduled: | $2835.67 | Allowed: | $2835.67 |
|---|---|---|---|---|---|---|

WESTLAND DISTR
700 S. 52ND ST.
TEMPE, AZ 85281

Claim Number: 1242
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $4668.66 |
|---|---|---|

WESTLAND DISTR,
P.O. BOX 140038
DENVER, CO 80214

Claim Number: 2809
Claim Date: 03/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3867.84 | Scheduled: | $2102.98 | Allowed: | $3867.84 |
|---|---|---|---|---|---|---|

WESTLAND ENERGY INC
PO BOX 916
HAYS, KS 67601

Claim Number: 880
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED

| UNSECURED | Claimed: | $988.85 |
|---|---|---|

WESTMORELAND CO
CIRCUIT COURT CLERK
P O BOX 307
MONTROSS, VA 22520

Claim Number: 2060
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WESTSTAR SYSTEMS, INC.<br>2702 OLD DALLAS ROAD<br>WACO, TX 76705 | | | Claim Number: 9643<br>Claim Date: 04/26/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1622.16 | | | | | |
| WESTSTAR SYSTEMS, INC.<br>2702 OLD DALLAS ROAD<br>WACO, TX 76705 | | | Claim Number: 9865<br>Claim Date: 05/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1622.16 | | | | | |
| WESTSTAR SYSTEMS, INC.<br>2702 OLD DALLAS ROAD<br>WACO, TX 76705 | | | Claim Number: 10419<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $1622.16 | | | | | |
| WET INC.<br>1460 PITTMAN AVE<br>SPARKS, NV 89431 | | | Claim Number: 7527<br>Claim Date: 07/01/2003<br>Debtor: PREFERRED HOUSING SERVICES, LP | | | | |
| UNSECURED | Claimed: | $1725.50 | Scheduled: | $1725.50 | Allowed: | $1725.50 | |
| WETHINGTON, DALINE S.<br>C/O DAVID PATRICK, ESQ.<br>321 SOUTH MAIN STREET<br>HARRODSBURG, KY 40330 | | | Claim Number: 4169<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: WITHDRAWN<br>DOCKET: 3597 (02/17/2004) | | | | |
| UNSECURED | Claimed: | $96000.00 | | | | | |
| WETHINGTON, DALINE S.<br>C/O DAVID PATRICK, ESQ.<br>321 SOUTH MAIN STREET<br>HARRODSBURG, KY 40330 | | | Claim Number: 4170<br>Claim Date: 03/18/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 3597 (02/17/2004) | | | | |
| UNSECURED | Claimed: | $96000.00 | | | | | |
| WEYGANDT LARRY,<br>37794 SHADY BEND RD NE<br>ALBANY, OR 97321 | | | Claim Number: 2642<br>Claim Date: 02/28/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1749.78 | Scheduled: | $1749.78 | Allowed: | $1749.78 | |

---

WHEATON, KRISTIN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3509
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10000.00 | | Allowed: | $2903.43 |

---

WHEATON, KRISTIN
123 CR 25
LOUIN, MS 39338

Claim Number: 9721
Claim Date: 05/04/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4213 (08/13/2004)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10000.00 |

---

WHEELER, GEORGE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3510
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |

---

WHEELER, GEORGE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7034
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

WHEELER, GREGORY
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5825
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

WHEELER, VIRGINIA
STEWART HICKS & FLEMING
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5004
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75000.00 UNLIQ |

---

WHIDBEY NEWS TIMES
DBA WHIDBEY NEWS TIMES
PO BOX 10
OAK HARBOR, WA 98277

Claim Number: 2084
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1223.28 | Scheduled: | $816.88 | Allowed: | $1223.28 |

---

---

| WHISPERING PINE<br>PO BOX 1711<br>FAIRVIEW, NC 28730 | Claim Number: 3685<br>Claim Date: 03/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $330.00 | Allowed: | $330.00 |

---

| WHITAKER RALPH<br>2285 PROGRESSIVE CHURCH<br>PRINCETON, NC 27569 | Claim Number: 3369<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1125.00 |
|---|---|---|

---

| WHITAKER, RALPH<br>2285 PROGRESSIVE CHURCH<br>PRINCETON, NC 27569 | Claim Number: 8477<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $1125.00 |
|---|---|---|

---

| WHITE EARLY W<br>2558 TALLOKAS RD<br>MOULTRIE, GA 31788 | Claim Number: 3688<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| WHITE OAK ISD, LONGVIEW ISD<br>5929 BALCONES DRIVE, SUITE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Number: 241<br>Claim Date: 01/08/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |
|---|---|

| SECURED | Claimed: | $2545.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $241.00 |

---

| WHITE SUE,<br>SOUTHWEST LA ASSOCIATES<br>PO BOX 223<br>STARKS, LA 70661 | Claim Number: 1385<br>Claim Date: 02/24/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED |
|---|---|

| PRIORITY | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1950.00 | Scheduled: | $1050.00 | Allowed: | $1950.00 |

---

| WHITE, ALMA<br>C/O EVAN LEWIS<br>LEGAL AID OF NORTH CAROLINA, INC.<br>PO BOX 7283<br>GREENVILLE, NC 27835 | Claim Number: 7361<br>Claim Date: 06/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $51000.00 |
|---|---|---|

---

WHITE, ALMA B. AND RICHARD T.
1905 RAMS HORN RD.
GREENVILLE, NC 27834

Claim Number: 10742
Claim Date: 05/04/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $7500.00 |
|-----------|----------|----------|

---

WHITE, APRIL
WHITE
1398 FINGER BRIDGE RD
HICKORY, NC 28602-7124

Claim Number: 7983
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $3240.00 |
|----------------|----------|----------|

---

WHITE, CONNIE V.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 6592
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $50000.00 | | |
|----------|----------|-----------|--------|-----------|
| UNSECURED | | | Allowed: | $14517.16 |

---

WHITE, DAVID
SOUTHEAST OHIO LEGAL SERVICES
1005 E STATE ST STE 10
ATHENS, OH 457012151

Claim Number: 7629
Claim Date: 07/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $29000.00 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|-----------|------------|-------------|

---

WHITE, DAVID J
9121 TROUT RUN RD
WARDENSVILLE, WV 26851

Claim Number: 8192
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4426 (08/19/2004)

| ADMINISTRATIVE | Claimed: | $720000.00 |
|----------------|----------|------------|

---

WHITE, ERNEST/DARLENE
P.O. BOX 404
SHUQUALAK, MS 39361

Claim Number: 629
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $10000.00 |
|-----------|----------|-----------|

---

WHITE, ERNEST/DARLENE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
JACKSON, MS 39205-0019

Claim Number: 2829
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 | | |
|----------|----------|-----------|--------|----------|
| UNSECURED | | | Allowed: | $2903.43 |

---

| | | |
|---|---|---|
| WHITE, JUDY<br>20294 SAMPSON RD #B<br>PEYTON, CO 80831 | Claim Number: 9541<br>Claim Date: 04/13/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4214 (07/30/2004) | |
| ADMINISTRATIVE | Claimed: | $54000.00 |
| WHITE, JUDY A<br>20294 SAMPSON RD B<br>PEYTON, CO 80831 | Claim Number: 10765<br>Claim Date: 08/05/2005<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $45078.40 |
| WHITE, JUDY A.<br>20294 SAMPSON ROAD B<br>PEYTON, CO 80831 | Claim Number: 5285<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8003 (08/08/2005) | |
| UNSECURED | Claimed: | $54000.00 |
| WHITE, L.R.<br>284 N. THORN<br>FRESNO, CA 93706 | Claim Number: 5565<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |
| UNSECURED | Claimed: | $2450.00 |
| WHITE, MARK A<br>16740 W COLLEGE ST, APT A5<br>PULASKI, TN 38478-9401 | Claim Number: 8450<br>Claim Date: 11/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3829 (03/16/2004) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| WHITE, MAURICE K<br>31233 COLEY FARM RD #16<br>ALBEMARLE, NC 28001 | Claim Number: 9032<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) | |
| ADMINISTRATIVE | Claimed: | $2220.57 |
| WHITE, RICHARD T.<br>C/O EVAN LEWIS<br>LEGAL AID OF NORTH CAROLINA, INC<br>PO BOX 7283<br>GREENVILLE, NC 27835 | Claim Number: 7362<br>Claim Date: 06/09/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) | |
| SECURED | Claimed: | $51000.00 |
| WHITE, RICHARD T. & ALMA B.<br>C/O EVAN LEWIS, LANC<br>P.O. BOX 7283<br>GREENVILLE, NC 27835 | Claim Number: 6635<br>Claim Date: 04/07/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $51000.00 |

---

WHITE, RICHARD T. & ALMA B.
EVAN LEWIS
LEGAL AID OF NORTH CAROLINA, INC.
PO BOX 7283
GREENVILLE, NC 27835

Claim Number: 7360
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: WITHDRAWN
DOCKET: 7743 (05/05/2005)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $51000.00 | | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ | |

---

WHITE, RICHARD T. & ALMA B.
C/O EVAN LEWIS
LEGAL AID OF NORTH CAROLINA, INC
PO BOX 7283
GREENVILLE, NC 27835

Claim Number: 7357
Claim Date: 06/09/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| | | |
|---|---|---|
| SECURED | Claimed: | $51000.00 |

---

WHITE, SUE
SOUTHWEST LA ASSOCIATES
PO BOX 223
STARKS, LA 70661

Claim Number: 8537
Claim Date: 11/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1950.00 |

---

WHITE, TERESA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7194
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

WHITEHEAD, WYLENE
186 PARKWAY DRIVE
SYRACUSE, NY 13207

Claim Number: 10648
Claim Date: 11/22/2004
Debtor: OAKWOOD HOMES CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5500.00 |

---

WHITELY ENGINEERING INC,
1015 NE HOSTMARK ST STE 102
POULSBO, WA 98370

Claim Number: 1698
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $813.02 | Scheduled: | $413.02 | Allowed: | $813.02 |

---

WHITFIELD, ARETHA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7195
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

WHITLEY ENGINER,
PO BOX 653
OAKBORO, NC 28129

Claim Number: 1642
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00 | Scheduled: | $250.00 | Allowed: | $250.00 |

WHITLOCK BUSINESS SYSTEMS
275 E. 12 MILE ROAD
MADISON HEIGHTS, MI 48071

Claim Number: 473
Claim Date: 02/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1035.64 |

WHITT, DANNIE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4264
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $15000.00 | | | Allowed: | $4355.15 |

WHITTEMORE, DANNY
20402 SUGAR BERRY DR
HENSLEY, AR 72065

Claim Number: 3195
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY UNSECURED | Claimed: | $25000.00 | | | Allowed: | $7258.58 |

WHITTEMORE, DANNY & KIMBERLY
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7035
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

WHITTEMORE, NELL
2104B OAK HOLLOW ST
LONGVIEW, TX 75604

Claim Number: 8211
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $600.00 |

WHITTINGTONS NOTARY SERVICE
990 EAST PINE STREET
PONCHATOULA, LA 70454

Claim Number: 925
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $250.00 | | | Allowed: | $250.00 |

WHOLESALE APPLIANCE CENTER LLC
209 ST JAMES AVE
GOOSE CREEK, SC 29445

Claim Number: 8714
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1330.10 | | | |
|---|---|---|---|---|---|

WHOLESALE SUPPL
CLEVELAND, TN 373204080

Claim Number: 1300
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1520.66 | | | Allowed: | $1520.66 |
|---|---|---|---|---|---|---|

WHOLESALE SUPPL,
CLEVELAND, TN 37320-4080

Claim Number: 1299
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $700.02 | Scheduled: | $2146.32 | Allowed: | $700.02 |
|---|---|---|---|---|---|---|

WHOLESALE SUPPLY GROUP, INC.
C/O JOHN E. BUFFALOE, JR.
201 4TH AVE N, SUITE 1300
NASHVILLE, TN 37219

Claim Number: 430
Claim Date: 02/03/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1618.66 | | | Allowed: | $1618.66 |
|---|---|---|---|---|---|---|

WHOLESOLE SUPPLY GROUP, INC.
P.O. BOX 4080
CLEVELAND, TN 37320-4080

Claim Number: 10077
Claim Date: 05/24/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
|---|---|---|---|---|---|

WICHITA EAGLE,
PO BOX 2487
825 E DOUGLAS
WICHITA, KS 67201

Claim Number: 5548
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $3704.14 | Scheduled: | $1685.00 | |
|---|---|---|---|---|---|

WICHITA FALLS ISD, WICHITA COUNTY
HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT
P.O. BOX 8188
WICHITA FALLS, TX 76307-8188

Claim Number: 2433
Claim Date: 02/20/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 4488 (09/03/2004)

| SECURED | Claimed: | $507.50 | | | Allowed: | $181.49 |
|---|---|---|---|---|---|---|

WICHITA REGENCY,
16171 W HWY 54
GODDARD, KS 67052

Claim Number: 4868
Claim Date: 03/26/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| SECURED | Claimed: | $1155.07 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1030.07 DISP | Allowed: | $1155.07 |

WICHITA REGENCY,
16171 W HWY 54
GODDARD, KS 67052

Claim Number: 5146
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED

| SECURED | Claimed: | $1155.07 | | | |
|---|---|---|---|---|---|

WICHITA SOUTHEAST KANSAS INC,
2600 FLYNN DRIVE
PARSONS, KS 67357

Claim Number: 896
Claim Date: 02/19/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $155.14 |
|---|---|---|---|---|

WIDMAN, PAUL & PATRICIA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7036
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

WIHIS, REBECCA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7199
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

WILCKS LAKE SHEDS
DBA WILCKS LAKE SHEDS
2113 W THIRD ST
FARMVILLE, VA 23901

Claim Number: 1891
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $89.81 | | Allowed: | $89.81 |
|---|---|---|---|---|---|

WILCOX LEONARD A
1535 FAIRWIND CT
ALPHARETTA, GA 30004

Claim Number: 2684
Claim Date: 03/03/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $146.30 | | Allowed: | $146.30 |
|---|---|---|---|---|---|

WILCOX LEONARD A
1535 FAIRWIND CT
ALPHARETTA, GA 30004

Claim Number: 9195
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $31.51 |
|---|---|---|

WILCOX, LEONARD A.
1535 FAIRWIND CT.
ALPHARETTA, GA 30004

Claim Number: 9194
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $114.79 |
|---|---|---|

WILCOX, STEVE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7196
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

WILKENS MANUFACTURING INC
1480 HWY 183
STOCKTON, KS 67669

Claim Number: 1945
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $52.37 | | Allowed: | $52.37 |
|---|---|---|---|---|---|

WILKERSON KRISTA
133 BROWARD AVE
MARION, TX 78124

Claim Number: 3963
Claim Date: 03/14/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4168.00 |
|---|---|---|

WILKERSON, HARLEY J
144 HUDSON CREEK RD
COLFAX, LA 71417

Claim Number: 8078
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

| ADMINISTRATIVE | Claimed: | $4500.00 |
|---|---|---|

WILKES COUNTY DEPUTY TAX COLLECTOR
WILKES COUNTY OFFICE BUILDING
110 NORTH ST.
WILKESBORO, NC 28697

Claim Number: 9288
Claim Date: 12/17/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1045.05 |
|---|---|---|

WILKES COUNTY TAX DEPT.
COLLECTOR
110 NORTH STREET
WILKESBORO, NC 28697

Claim Number: 4505
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| SECURED | Claimed: | $531.67 | | Allowed: | $518.30 |
|---|---|---|---|---|---|

WILKES HEATING & AIR CONDITIONING INC,
P O BOX 1688
NORTH WILKESBORO, NC 28659

Claim Number: 4504
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $1558.00 | Scheduled: | $891.00 | Allowed: | $1558.00 |
|---|---|---|---|---|---|---|

WILKES HEATING & AIR CONDITIONING INC,
P O BOX 1688
NORTH WILKESBORO, NC 28659

Claim Number: 4518
Claim Date: 03/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1446.00 |
|---|---|---|

WILKES MOBILE HOME SUPPLY
DBA WILKES MOBILE HOME SUPPLY
P.O. BOX 9067
HICKORY, NC 28603

Claim Number: 3460
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2069.76 |
|---|---|---|

WILKESBORO TOWN,
P.O. BOX 1056
WILKESBORO, NC 28697-1056

Claim Number: 1658
Claim Date: 02/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| PRIORITY | Claimed: | $1155.81 | Scheduled: | $0.00 UNLIQ | Allowed: | $853.24 |
|---|---|---|---|---|---|---|

WILLIAM B SPARKS
TRANSFEROR: OVERTUF, NORMA J.
QUALITY HOME IMPROVEMENTS
8046 SUMMIT ROAD S.W.
PATASKALA, OH 43062

Claim Number: 4962
Claim Date: 03/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $117034.08 | | | Allowed: | $12500.00 |
|---|---|---|---|---|---|---|

WILLIAM B STEINMEYER INC
280 EAST THOUSAND OAKS BLVD SUITE A
THOUSAND OAKS, CA 91360

Claim Number: 3267
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $1597.50 |
|---|---|---|

WILLIAM E WATSON JR, INC-GA,
1326 BETHANY CHURCH RD SW
CRAWFORDVILLE, GA 306312713

Claim Number: 2543
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP
Comments: WITHDRAWN

| UNSECURED | Claimed: | $23568.00 | Scheduled: | $23568.00 | Allowed: | $23568.00 |
|---|---|---|---|---|---|---|

WILLIAM H. BOND ENGINEERING
3524 CONWAY RD
FARMINGTON, MO 63640

Claim Number: 7744
Claim Date: 08/08/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $25.00 | | | Allowed: | $25.00 |
|---|---|---|---|---|---|---|

WILLIAM JOSEPH MOBLEY TRUST
CHRISTOPHER HOLMES
PO BOX 1743
WACO, TX 76703-1743

Claim Number: 4959
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2592.12 |
|---|---|---|

WILLIAM PRICE
PO BOX 192
TRAIL, OR 97541

Claim Number: 4435
Claim Date: 03/21/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $21756.88 |
|---|---|---|

WILLIAM, AUDREY
3034 CORBOR RD
FAYETTE, MS

Claim Number: 630
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7748 (05/05/2005)

| UNSECURED | Claimed: | $15000.00 |
|---|---|---|

WILLIAM, EARTHILA
108 EVERGREEN
PORT GIBSON, MS

Claim Number: 631
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN
DOCKET: 7749 (05/05/2005)

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

WILLIAM, EARTHILA
ROUTE 2, BOX 102
PORT GIBSON, MS 39150

Claim Number: 8179
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

WILLIAMS ENTERPRISES INC,
PO BOX 2229
GALLUP, NM 87305

Claim Number: 3231
Claim Date: 03/06/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $9449.28 | Scheduled: | $9864.95 | Allowed: | $9449.28 |
|---|---|---|---|---|---|---|

WILLIAMS FARM SERVICE
P O BOX 301
CHADBOURN, NC 28431

Claim Number: 751
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $135.47 | Scheduled: | $5.22 | Allowed: | $135.47 |
|---|---|---|---|---|---|---|

WILLIAMS FORREST
FORREST WILLIAMS
60 ALLEY ST
KINGS MOUNTAI, KY 404429747

Claim Number: 9183
Claim Date: 11/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $600.00 |
|---|---|---|

WILLIAMS GLENN,
4008 E UPPER RIVER RD
SOMERVILLE, AL 35670

Claim Number: 3714
Claim Date: 03/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $280.00 | Scheduled: | $280.00 DISP | Allowed: | $280.00 |
|---|---|---|---|---|---|---|

WILLIAMS JOHN H IV
6505 BURDOCK
SANTA FE, TX 77510

Claim Number: 4443
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $500.00 | | | Allowed: | $500.00 |
|---|---|---|---|---|---|---|

---

| WILLIAMS MOBILE HOME SERVICE INC<br>P.O. BOX 88<br>SILVERHILL, AL 36576 | Claim Number: 9846<br>Claim Date: 05/14/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14164.98 |
|---|---|---|

---

| WILLIAMS MOBILE HOME SERVICE INC<br>P.O. BOX 88<br>SILVERHILL, AL 36576 | Claim Number: 10499<br>Claim Date: 06/28/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14164.98 |
|---|---|---|

---

| WILLIAMS WAYNE,<br>384 KNOLL DRIVE<br>NEWPORT, TN 37821 | Claim Number: 1968<br>Claim Date: 02/25/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 DISP | Allowed: | $450.00 |
|---|---|---|---|---|---|---|

---

| WILLIAMS, AUDREY<br>3034 CORBAN RD<br>FAYETTE, MS 39069-0260 | Claim Number: 2828<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $15000.00 | | Allowed: | $4355.15 |
|---|---|---|---|---|---|

---

| WILLIAMS, BENNIE AND RUTH WILLIAMS<br>4337 W LEE ST.<br>ELOY, AZ 85231 | Claim Number: 9365<br>Claim Date: 02/10/2004<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4188 (06/25/2004) |
|---|---|

| SECURED | Claimed: | $5000.00 |
|---|---|---|

---

| WILLIAMS, BOOKER T.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5826<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

| WILLIAMS, EARTHILA<br>108 EVERGREEN<br>PORT GIBSON, MS | Claim Number: 2827<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

---

---

| WILLIAMS, EARTHILA<br>423 SOUTH OREMILL ROAD<br>PORT GIBSON, MS 39150 | Claim Number: 9573<br>Claim Date: 04/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

| WILLIAMS, ELNORA J.<br>C/O BYRD AND ASSOCIATE, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 6594<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
|---|---|---|

| PRIORITY | Claimed: | $75000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $21775.73 |

---

| WILLIAMS, FRANKIE & DIANE<br>C/O SUZANNE KEYS<br>BYRD, GIBBS & MARTIN PLLC<br>P.O. BOX 19<br>JAKCSON, MS 39205 | Claim Number: 10739<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
|---|---|---|

| UNSECURED | Claimed: | $2903.43 | Allowed: | $2903.43 |
|---|---|---|---|---|

---

| WILLIAMS, FRANKIE L.<br>DIANE WALLACE<br>P.O. BOX 163<br>UNION CHURCH, MS 39668 | Claim Number: 6314<br>Claim Date: 04/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|

| UNSECURED | Claimed: | $10000.00 | | |
|---|---|---|---|---|

---

| WILLIAMS, FRANKIE L.<br>DIANE WALLACE<br>P.O. BOX 163<br>UNION CHURCH, MS 39668 | Claim Number: 6315<br>Claim Date: 04/01/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |
|---|---|---|

| PRIORITY | Claimed: | $10000.00 | | |
|---|---|---|---|---|

---

| WILLIAMS, GLORIA B.<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205--009 | Claim Number: 3511<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | |
|---|---|---|

| UNSECURED | Claimed: | $2500.00 | Allowed: | $1016.20 |
|---|---|---|---|---|

---

| WILLIAMS, JOHN<br>206 EAST CHICAGO BLVD.<br>WHITE PIGEON, MI 49099 | Claim Number: 5101<br>Claim Date: 03/25/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 7811 (05/20/2005) | |
|---|---|---|

| PRIORITY | | | Scheduled: | $3075.79 | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3075.79 | | | Allowed: | $3075.79 |

---

WILLIAMS, JOYCE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7197
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN ET AL
218 COMMERCE ST., P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 6717
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7677 (04/07/2005)

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN ET AL
218 COMMERCE ST., P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 6718
Claim Date: 04/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4489 (09/03/2004)

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQUIRE, BEASLEY
ALLEN CROW METHVIN PORTIS & MILES, P.C.
218 COMMERCE STREET, P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 6770
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN ET AL
218 COMMERCE ST., P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 6769
Claim Date: 04/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN PORTIS
& MILES-218 COMMERCE ST-PO BOX 4160
MONTGOMERY, AL 36103-4100

Claim Number: 6815
Claim Date: 04/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN ET AL
218 COMMERCE ST., P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 6816
Claim Date: 04/24/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $200000.00 UNLIQ |

---

WILLIAMS, MARION
C/O C. GIBSON VANCE, ESQ.
BEASLEY ALLEN CROW METHVIN ET AL
218 COMMERCE ST., P.O. BOX 4160
MONTGOMERY, AL 36103-4160

Claim Number: 10693
Claim Date: 01/27/2005
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $10000.00 |

---

---

WILLIAMS, MARK & BRENDA
C/O PATRICK U. SMATHERS, ESQ.
2 CHURCH STREET
CANTON, NC 28716

Claim Number: 4780
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $10000.00 UNLIQ |
|---|---|---|

---

WILLIAMS, MARK & BRENDA
C/O PATRICK U. SMATHERS, ESQ.
2 CHURCH ST
CANTON, NC 28716

Claim Number: 9386
Claim Date: 02/19/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $6851.00 |
|---|---|---|

---

WILLIAMS, MARK W. & BRENDA W.
C/O PATRICK U. SMATHERS, ATTY
2 CHURCH STREET
CANTON, NC 28716

Claim Number: 9356
Claim Date: 01/17/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $6851.00 |
|---|---|---|

---

WILLIAMS, PATRICK/NICOLE
53 EAGLES NEST ROAD
NATCHEZ, MS 39120

Claim Number: 632
Claim Date: 02/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $5000.00 |
|---|---|---|

---

WILLIAMS, PATRICK/NICOLE
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 2826
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $5000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $1742.06 |

---

WILLIAMS, PRISCILLA
620 3RD ST S.E.
MOULTRIE, GA 31768

Claim Number: 6247
Claim Date: 03/31/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

WILLIAMS, PRISCILLA
620 3RD ST S.E.
MOULTRIE, GA 31768

Claim Number: 8699
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

| WILLIAMS, PRISCILLA<br>620 3RD ST S.E.<br>MOULTRIE, GA 31768 | Claim Number: 10224<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:     $0.00 UNDET | | | |

| WILLIAMS, RALIN KEITH<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5827<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) | | |
|---|---|---|---|
| PRIORITY     Claimed:     $4650.00 UNLIQ<br>UNSECURED     Claimed:     $1368.75 UNLIQ | | | |

| WILLIAMS, REGINALD<br>100 N. GAGE STREET<br>CRYSTAL SPRINGS, MS 39059 | Claim Number: 6682<br>Claim Date: 04/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | |
|---|---|---|---|
| PRIORITY     Claimed:     $105649.00 | | | |

| WILLIAMS, REGINALD & GEORGETTE<br>C/O SUZANNE KEYS<br>BYRD, GIBBS & MARTIN PLLC<br>P.O. BOX 19<br>JAKCSON, MS 39205 | Claim Number: 10740<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| UNSECURED     Claimed:     $30674.46 | | Allowed:     $30674.46 | |

| WILLIAMS, ROGER<br>C/O BYRD & ASSOCIATES<br>ATTN: SUZANNE KEYS<br>PO BOX 19<br>JACKSON, MS 39205-0019 | Claim Number: 4263<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | |
|---|---|---|---|
| UNSECURED     Claimed:     $2500.00 | | Allowed:     $1016.20 | |

| WILLIAMS, TERRY & DONNA<br>AMEN LAW FIRM<br>9525 BISSONNET ST<br>HOUSTON, TX 77036 | Claim Number: 10680<br>Claim Date: 12/15/2004<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|
| UNSECURED     Claimed:     $19000.00 | | | |

| WILLIAMS, WAYNE<br>384 KNOLL DRIVE<br>NEWPORT, TN 37821 | Claim Number: 9093<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4186 (06/25/2004) | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:     $450.00 | | | |

---

WILLIAMSBURG COUNTY TAX COLLECTOR
ATTN NORMA L CYRUS
P O BOX 477
KINGSTREE, SC 29556

Claim Number: 10162
Claim Date: 06/01/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| SECURED | Claimed: | $877.67 |
|---|---|---|

---

WILLIS GREGORY P
1232 E UNITAH
COLORADO SPRINGS, CO 80909

Claim Number: 2463
Claim Date: 02/28/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $3000.00 |
|---|---|---|

---

WILLIS INDEPENDENT SCHOOL DISTRICT
MICHAEL J DARLOW
1235 NORTH LOOP WEST, STE 600
HOUSTON, TX 77008

Claim Number: 7225
Claim Date: 05/14/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| SECURED | Claimed: | $5848.57 |
|---|---|---|

---

WILLIS INDEPENDENT SCHOOL DISTRICT
YOLANDA M. HUMPHREY
PERDUE BRANDON FIELDER COLLINS & MOTT
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

Claim Number: 10102
Claim Date: 05/26/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7334 (11/17/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $2418.28 UNLIQ |

---

WILLIS, RONALD & LAVETA
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 6595
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $35000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $10162.01 |

---

WILLIS, SHIRLEY
WILLIS MOBILE HOME PARK
550 JONES RD
FLETCHER, NC 28732

Claim Number: 1768
Claim Date: 02/25/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $300.00 DISP |
|---|---|---|---|---|

---

WILLMAR OVERHEAD DOOR SALES,
213 WEST HWY 40
WILLMAR, MN 56201

Claim Number: 2458
Claim Date: 02/28/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $1074.89 | Scheduled: | $1079.58 | Allowed: | $1074.89 |
|---|---|---|---|---|---|---|

---

---

| WILLMAR OVERHEAD DOOR SALES, <br> 213 WEST HWY 40 <br> WILLMAR, MN 56201 | Claim Number: 10151 <br> Claim Date: 06/01/2004 <br> Debtor: HBOS MANUFACTURING, LP <br> Comments: EXPUNGED <br> DOCKET: 4492 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1074.89 |
|---|---|---|

---

| WILLOW OAK ESTA <br> DBA WILLOW OAK ESTATES <br> 448 ANDREW SINK RD <br> LEXINGTON, NC 27295 | Claim Number: 8050 <br> Claim Date: 11/07/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $240.00 |
|---|---|---|

---

| WILLOW TREE INVESTMENTS <br> DBA DESERT VILLA MOBILE HOME PARK <br> 1359 HWY 28 NW #28 <br> EPHRATA, WA 98823 | Claim Number: 9646 <br> Claim Date: 04/26/2004 <br> Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $400.00 |
|---|---|---|

---

| WILLOW TREE INVESTMENTS <br> DBA DESERT VILLA MOBILE HOME PARK <br> 1359 HWY 28 NW #28 <br> EPHRATA, WA 98823 | Claim Number: 10197 <br> Claim Date: 06/04/2004 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

---

| WILSON ART-AZ, <br> 75 REMITTANCE DR <br> SUITE 1011 <br> CHICAGO, IL 60675 | Claim Number: 2485 <br> Claim Date: 02/28/2003 <br> Debtor: HBOS MANUFACTURING, LP <br> Comments: ALLOWED |
|---|---|

| PRIORITY UNSECURED | Claimed: | $116.37 | Scheduled: | $116.37 | Allowed: | $116.37 |
|---|---|---|---|---|---|---|

---

| WILSON COUNTY <br> TRUSTEE <br> P.O. BOX 865 <br> LEBANON, TN 37088 | Claim Number: 4683 <br> Claim Date: 03/25/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $99.65 | Allowed: | $77.78 |
|---|---|---|---|---|

---

| WILSON COUNTY <br> DAVID G. AELVOET <br> LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> 711 NAVARRO, SUITE 300 <br> SAN ANTONIO, TX 78205 | Claim Number: 366 <br> Claim Date: 02/04/2003 <br> Debtor: OAKWOOD HOMES CORPORATION <br> Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $2512.81 UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| WILSON COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 438<br>Claim Date: 01/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| SECURED | Claimed: | $2512.81 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WILSON COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 3045<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8506 (03/24/2006) | |

| SECURED | Claimed: | $3958.75 |
|---|---|---|

| | | |
|---|---|---|
| WILSON COUNTY<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | Claim Number: 9159<br>Claim Date: 11/21/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4212 (08/13/2004) | |

| ADMINISTRATIVE | Claimed: | $2371.86 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WILSON HARRY A<br>1347 FAIMOUNT CT<br>SAINT LOUIS, MO 63139 | Claim Number: 841<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION | |

| UNSECURED | Claimed: | $175.00 | | Allowed: | $175.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| WILSON WORLD INC,<br>115 E MAIN ST<br>LEBANON, TN 37087-2777 | Claim Number: 2882<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | |

| UNSECURED | Claimed: | $297.50 | Scheduled: | $59.50 | Allowed: | $297.50 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| WILSON, CHRISTOPHER L.<br>8 CHEYENNE TRAIL<br>HUTCHINS, TX 75141 | Claim Number: 9077<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) | |

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

| | | |
|---|---|---|
| WILSON, HARRY<br>1347 FAIRMOONT CT<br>SAINT LOUIS, MO 63139 | Claim Number: 10246<br>Claim Date: 06/07/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7661 (04/05/2005) | |

| ADMINISTRATIVE | Claimed: | $150.00 |
|---|---|---|

| | | |
|---|---|---|
| WILSON, HARRY A<br>1347 FAIMOUNT CT<br>SAINT LOUIS, MO 63139 | Claim Number: 8256<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

| ADMINISTRATIVE | Claimed: | $175.00 |
|---|---|---|

| | | |
|---|---|---|
| WILSON, HELEN<br>C/O OAKWOOD ACCEPTANCE CORPORATION<br>P.O. BOX 35807<br>GREENSBORO, NC 27425-587 | Claim Number: 4133<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $8000.00

| | | |
|---|---|---|
| WILSON, JEFF<br>JEFFERS DANIELSON SONN & AYLWARD PS<br>2600 CHESTER KIMM RD<br>ATTORNEYS FOR JEFF WILSON<br>WENATCHEE, WA 98807 | Claim Number: 5039<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $100000.00

| | | |
|---|---|---|
| WILSON, JEFF<br>JEFFERS DANIELSON SONN & AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE, WA 98807 | Claim Number: 5508<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $100000.00

| | | |
|---|---|---|
| WILSON, JOHN & MYRA<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7037<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN | |

UNSECURED          Claimed:          $74999.00          Allowed:          $74999.00

| | | |
|---|---|---|
| WILSON, LARRY<br>BOX 141 JOHN BARBER ROAD<br>RAY, OH 45672 | Claim Number: 5082<br>Claim Date: 03/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $30000.00

| | | |
|---|---|---|
| WILSON, LAVETIA S.<br>2287 HIGHWAY 12<br>BELZONI, MS 39038 | Claim Number: 4262<br>Claim Date: 03/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7745 (05/05/2005) | |

UNSECURED          Claimed:          $35000.00

| | | |
|---|---|---|
| WILSON, LORETTA<br>JEFFERS DANIELSON SONN & AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE, WA 98807 | Claim Number: 5040<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | |

UNSECURED          Claimed:          $100000.00

| | | |
|---|---|---|
| WILSON, THOMAS G.<br>124 LAZY OAK LANE<br>ROSEVILLE, CA 95661 | Claim Number: 9003<br>Claim Date: 11/25/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: DOCKET: 7661 (04/05/2005) | |

ADMINISTRATIVE          Claimed:          $34324.25

---

WILSON, THOMAS G.
124 LAZY OAK LANE
ROSEVILLE, CA 95661

Claim Number: 9004
Claim Date: 11/25/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: EXPUNGED
DOCKET: 8588 (06/16/2006)

| ADMINISTRATIVE | Claimed: | $34324.25 |
|---|---|---|

---

WILSON, THOMAS G.
124 LAZY OAK LANE
ROSEVILLE, CA 95661

Claim Number: 10859
Claim Date: 11/17/2006
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $7500.00 |
|---|---|---|

---

WILSON, TRACEY
C/O BYRD & ASSOCIATES
ATTN: SUZANNE KEYS
PO BOX 19
JACKSON, MS 39205-0019

Claim Number: 4261
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $7500.00 | | Allowed: | $2467.92 |
|---|---|---|---|---|---|

---

WILSON-REED, CELESTE
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7198
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

WILTSE APPRAISALS
526 SIMPSON RD
KISSIMMEE, FL 34744

Claim Number: 1333
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $650.00 | | Allowed: | $650.00 |
|---|---|---|---|---|---|

---

WILTSE APPRAISALS
526 SIMPSON RD
KISSIMMEE, FL 34744

Claim Number: 8486
Claim Date: 11/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $650.00 |
|---|---|---|

---

WIMBERLEY ISD
JOHN T. BANKS
PURDUE BRANDON FIELDER COLLINS & MOTT
3301 NORTHLAND DRIVE SUITE 505
AUSTIN, TX 78731

Claim Number: 3176
Claim Date: 03/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| SECURED | Claimed: | $1287.44 |
|---|---|---|

---

WIMES, WILLIE C
PO BOX 466
MEIGS, GA 31765

Claim Number: 8497
Claim Date: 11/14/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3829 (03/16/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

| WINAT PROPERTIE<br>10450 CHARING CROSS ROAD<br>LOS ANGELES, CA 90024 | Claim Number: 8499<br>Claim Date: 11/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $51578.86 UNLIQ |
|---|---|---|

| WINAT PROPERTIES,<br>10450 CHARING CROSS ROAD<br>LOS ANGELES, CA 90024 | Claim Number: 1371<br>Claim Date: 02/24/2003<br>Debtor: HBOS MANUFACTURING, LP |
|---|---|

| UNSECURED | Claimed: | $109607.78 |
|---|---|---|

| WINBURY, CHARLES & BOBBY<br>IRA M. LEVEE, ESQ.<br>LOWENSTEIN SANDLER, P.C.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 7038<br>Claim Date: 05/13/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

| WINCE, APRIL LYNN<br>657 N BAKER AVE APT C304<br>EAST WENATCHE, WA 98802-7641 | Claim Number: 8158<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| PRIORITY | Claimed: | $589.00 |
|---|---|---|

| WINCE, APRIL LYNN<br>657 N BAKER AVE APT C304<br>EAST WENATCHE, WA 98802-7641 | Claim Number: 8159<br>Claim Date: 11/07/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $589.00 |
|---|---|---|

| WINDFORD SR, LEONARD<br>192 EDWIN CIRCLE<br>LEXINGTON, NC 27295 | Claim Number: 8315<br>Claim Date: 11/12/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $675.00 |
|---|---|---|

| WINDHAM, DAMON<br>C/O EUGENE TULLOS<br>P O BOX 74<br>RALEIGH, MS 39153 | Claim Number: 5355<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4210 (08/13/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | Allowed: | $3500.00 |
|---|---|---|---|---|---|

| WINDHAM, DAMON<br>C/O EUGENE TULLOS<br>P O BOX 74<br>RALEIGH, MS 39153 | Claim Number: 5356<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

WINDHAM, PAULETTE
130 CONWAY RD
CANTON, MS 39046-9563

Claim Number: 6593
Claim Date: 04/17/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $2500.00 |
|---|---|---|

---

WINDHAM, PAULETTE
C/O SUZANNE KEYS
BYRD, GIBBS & MARTIN PLLC
P.O. BOX 19
JAKCSON, MS 39205

Claim Number: 10741
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $1016.20 | | | Allowed: | $1016.20 |
|---|---|---|---|---|---|---|

---

WINDOW MART INC-OR,
1721 YEAGER AVE
LA VERNE, CA 91750

Claim Number: 5148
Claim Date: 03/27/2003
Debtor: PREFERRED HOUSING SERVICES, LP
Comments: ALLOWED

| PRIORITY | Claimed: | $60.19 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $60.19 | Allowed: | $60.19 |

---

WINDOW MART INC-OR,
1721 YEAGER AVE
LA VERNE, CA 91750

Claim Number: 5147
Claim Date: 03/27/2003
Debtor: HBOS MANUFACTURING, LP
Comments: ALLOWED
DOCKET: 2904 (12/30/2003)

| PRIORITY | Claimed: | $16816.52 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16816.52 | Allowed: | $16816.52 |

---

WINFORD, LENA MAE
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3196
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $25000.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $7258.58 |

---

WINGATE INN
402 SECOND AVE
CHARLESTON, WV 25303

Claim Number: 3719
Claim Date: 03/14/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $1053.52 | Scheduled: | $1053.52 |
|---|---|---|---|---|

---

WINGATE, ODETTA
836 HIGH HILL RD
DARLINGTON, SC 29532

Claim Number: 8713
Claim Date: 11/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7661 (04/05/2005)

| ADMINISTRATIVE | Claimed: | $140.00 |
|---|---|---|

---

---

| WINN, WILLIAM AND EVA GAE | Claim Number: 10834 |
| C/O J ROBERT PLANALP | Claim Date: 02/17/2006 |
| PO BOX 1 | Debtor: OAKWOOD HOMES CORPORATION |
| BOZEMAN, MT 59771 | |

| UNSECURED | Claimed: | $25000.00 |

---

| WINSTON COUNTY JOURNAL, | Claim Number: 895 |
| DBA WINSTON COUNTY JOURNAL | Claim Date: 02/19/2003 |
| P O BOX 469 | Debtor: OAKWOOD MOBILE HOMES, INC. |
| LOUISVILLE, MS 39339 | |

| UNSECURED | Claimed: | $415.25 | Scheduled: | $347.00 | Allowed: | $415.25 |

---

| WINTER FIRE INC | Claim Number: 5538 |
| PO BOX 142 | Claim Date: 03/27/2003 |
| PROSPERITY, WV 25909 | Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $8853.22 | | | Allowed: | $8853.22 |

---

| WINTER'S LAKESIDE COMMUNITY | Claim Number: 219 |
| 2625 S. WEST #326 | Claim Date: 01/14/2003 |
| WICHITA, KS 67217 | Debtor: OAKWOOD HOMES CORPORATION |

| SECURED | Claimed: | $1390.00 |

---

| WINTERGARDEN GROUNDWATER CONSERVATION | Claim Number: 4783 |
| WATER DISTRICT | Claim Date: 03/25/2003 |
| JAMES E. CABELLO | Debtor: OAKWOOD HOMES CORPORATION |
| P.O. BOX 6158 | |
| SAN ANTONIO, TX 78209 | |

| SECURED | Claimed: | $32.41 |

---

| WISE CAD | Claim Number: 5286 |
| ELIZABETH WELLER | Claim Date: 03/25/2003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: OAKWOOD HOMES CORPORATION |
| 2323 BRYAN STREET, SUITE 1600 | Comments: ALLOWED |
| DALLAS, TX 75201 | DOCKET: 8506 (03/24/2006) |

| SECURED | Claimed: | $446.69 UNLIQ | | Allowed: | $446.69 |

---

| WISE CAD | Claim Number: 10822 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Claim Date: 02/08/2006 |
| ATTN: E WELLER, S KNIGHTON, L SPINDLER | Debtor: OAKWOOD HOMES CORPORATION |
| 2323 BRYAN ST, STE 1600 | Comments: ALLOWED |
| DALLAS, TX 75201-2691 | DOCKET: 8506 (03/24/2006) |

| ADMINISTRATIVE | Claimed: | $436.51 |

---

| WISE COUNTY | Claim Number: 174 |
| ELIZABETH WELLER | Claim Date: 12/30/2002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: OAKWOOD HOMES CORPORATION |
| 2323 BRYAN ST 1720 UNIVISION CTR | Comments: ALLOWED |
| DALLAS, TX 75201-2644 | DOCKET: 8506 (03/24/2006) |

| SECURED | Claimed: | $283.27 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WISE COUNTY CLERK<br>PO BOX 359<br>200 N TRINITY<br>DECATUR, TX 76234 | | | Claim Number: 395<br>Claim Date: 01/24/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | | |
| UNSECURED | Claimed: | $77.00 | | | | | |
| WISE OIL CO<br>PO BOX 21<br>HILLSBORO, TX 76645 | | | Claim Number: 7923<br>Claim Date: 11/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| ADMINISTRATIVE | Claimed: | $268.00 | | | | | |
| WISE OIL CO,<br>PO BOX 1521<br>HILLSBORO, TX 76645 | | | Claim Number: 4174<br>Claim Date: 03/18/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: ALLOWED | | | | |
| PRIORITY | Claimed: | $280.00 | | | | | |
| UNSECURED | | | Scheduled: | $268.00 | Allowed: | $280.00 | |
| WISE OIL COMPANY<br>P.O. BOX 1521<br>ATTN: C.W. WISE<br>HILLSBORO, TX 76645 | | | Claim Number: 10478<br>Claim Date: 06/17/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4492 (09/03/2004) | | | | |
| ADMINISTRATIVE | Claimed: | $288.10 | | | | | |
| WISLON, LORETTA<br>JEFFERS DANILESON SONN & AYLWARD PS<br>2600 CHESTER KIMM RD<br>WENATCHEE, WA 98807 | | | Claim Number: 5509<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $100000.00 | | | | | |
| WKWI,<br>DBA:WKWI<br>BOX 819<br>KILMARNOCK, VA 22482 | | | Claim Number: 2475<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. | | | | |
| UNSECURED | Claimed: | $211.00 | Scheduled: | $211.05 | Allowed: | $211.00 | |
| WM OF FLORENCE,<br>C/O WASTE MANAGEMENT, INC.<br>1001 FANNIN STE 4000<br>HOUSTON, TX 77002 | | | Claim Number: 7727<br>Claim Date: 08/11/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $578.31 | Allowed: | $578.31 | |

---

WNC INSULATION SERVICES
P.O. BOX 237
CANDLER, NC 28715

Claim Number: 9771
Claim Date: 05/10/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1427.00 |
|---|---|---|

---

WOLFE WANDA
42613 N RIVER DR
SWEET HOME, OR 97386

Claim Number: 4756
Claim Date: 03/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $481.80 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $481.80 |

---

WOLFE, ESTELLA
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5003
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |
|---|---|---|

---

WOLFE, II, DALE
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5828
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

WONDRACK DISTRIBUTTING INC
PO BOX 2775
TRI-CITIES, WA 99302-2775

Claim Number: 4074
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2709.52 |
|---|---|---|

---

WOOD EDWARD O
22822 FRITZ LANE
SPRING, TX 77389

Claim Number: 990
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $2400.00 | | Allowed: | $576.93 |
|---|---|---|---|---|---|

---

WOOD TERMITE & PEST CONTROL
P O BOX 1831
SMITHFIELD, NC 27577

Claim Number: 7975
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $353.20 |
|---|---|---|

---

---

WOOD, EDWARD O
22822 FRITZ LANE
SPRING, TX 77389

Claim Number: 7961
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1250.00 |
|---|---|---|

---

WOOD, SUZANNE H.
6100 GREAT OAKS DRIVE
SUMMERFIED, NC 27358

Claim Number: 5422
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $10417.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

WOOD, SUZANNE H.
6100 GREAT OAKS DRIVE
SUMMERFIELD, NC 27358

Claim Number: 5628
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $10417.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

WOOD, SUZANNE H.
6100 GREAT OAKS DRIVE
SUMMERFIELD, NC 27358

Claim Number: 6351
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $10417.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

---

WOODALL, JOSEPH
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7200
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

WOODALL, JOSEPH & SHEILA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7039
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | Allowed: | $74999.00 |
|---|---|---|---|---|---|

---

WOODALL, JOSEPH & SHEILA ET AL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 6889
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4188 (06/25/2004)

| UNSECURED | Claimed: | $50000000.00 UNLIQ |
|---|---|---|

---

---

WOODALL, JOSEPH AND SHEILA, ET AL
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, PC
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 8630
Claim Date: 11/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
WOODALL SETTLEMENT

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $200000000.00 | | | |
| UNSECURED | Claimed: | $50000000.00 | | Allowed: | $10000000.00 |

---

WOODFORD PLYWOOD INC
PO BOX 50007
ALBANY, GA 31703-0007

Claim Number: 7987
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8378.37 |

---

WOODGRAIN MILLW
P.O. BOX 566
FRUITLAND, ID 83619

Claim Number: 2947
Claim Date: 03/10/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 2903 (12/30/2003)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $41458.67 | | | |
| UNSECURED | Claimed: | $82150.68 | | Allowed: | $92257.36 |

---

WOODGRAIN MILLWORK INC-CA,
PO BOX 566
FRUITLAND, ID 83619

Claim Number: 2946
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9982.68 | | |
| UNSECURED | Claimed: | $12546.95 | Scheduled: | $22541.41 |

---

WOODGRAIN MILLWORK INC-IN,
PO BOX 566
FRUITLAND, ID 83619

Claim Number: 2945
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $245.00 | | |
| UNSECURED | Claimed: | $4273.97 | Scheduled: | $4153.66 |

---

WOODGRAIN MILLWORK INC-KS
PO BOX 566
FRUITLAND, ID 83619

Claim Number: 2943
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1558.81 | | |
| UNSECURED | Claimed: | $694.70 | Scheduled: | $2757.87 |

---

WOODGRAIN MILLWORK INC-MN,
PO BOX 566
FRUITLAND, ID 83619

Claim Number: 2944
Claim Date: 03/10/2003
Debtor: HBOS MANUFACTURING, LP
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3658.81 | | |
| UNSECURED | Claimed: | $16282.76 | Scheduled: | $19898.53 |

---

| WOODGRAIN MILLWORK INC-OR,<br>PO BOX 566<br>FRUITLAND, ID 83619 | Claim Number: 2968<br>Claim Date: 03/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $7549.93 | | |
| UNSECURED | Claimed: | $9038.20 | Scheduled: | $16417.13 |

| WOODGRAIN MILLWORK INC-PA,<br>PO BOX 566<br>FRUITLAND, ID 83619 | Claim Number: 2969<br>Claim Date: 03/10/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 4187 (06/25/2004) |
|---|---|

| PRIORITY | Claimed: | $18463.44 | | |
| UNSECURED | Claimed: | $39314.10 | Scheduled: | $56248.85 |

| WOODGRAIN MILLWORK, INC.<br>P.O. BOX 566<br>FRUITLAND, ID 83655 | Claim Number: 10044<br>Claim Date: 05/21/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $32916.64 |

| WOODS HALL COMMUNITY<br>DBA WOODS HALL COMMUNITY<br>3302 HWY 150 EAST<br>GREENSBORO, NC 27455 | Claim Number: 3923<br>Claim Date: 03/15/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $2130.00 |

| WOODS HOYLE INC<br>PO BOX 9902<br>GREENSBORO, NC 27429 | Claim Number: 3104<br>Claim Date: 03/05/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $11300.00 |

| WOODS MAXINE F<br>PO BOX 3055<br>MARTINSVILLE, VA 24115 | Claim Number: 7839<br>Claim Date: 11/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4491 (09/03/2004) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4231.26 |

| WOODS SUPERMARKET<br>P.O. BOX 098<br>VIDOR, TX 77670 | Claim Number: 6233<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $500.00 |

---

WOODS, ABBIE B.
C/O BYRD AND ASSOCIATES, PLLC
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3512
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2500.00 | | Allowed: | $1016.20 |
|---|---|---|---|---|---|

WOODS, GARY A.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4260
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $35000.00 | | Allowed: | $10162.01 |
|---|---|---|---|---|---|

WOODS, MAXINE F.
P.O. BOX 3055
MARTINSVILLE, VA 24115-3055

Claim Number: 10473
Claim Date: 06/17/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $5000.00 UNLIQ |
|---|---|---|

WOODS, MAXINE FRENC
P.O. BOX 3055
MARTINSVILLE, VA 24115-3055

Claim Number: 10627
Claim Date: 10/12/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7444 (12/21/2004)

| ADMINISTRATIVE | Claimed: | $5000.00 |
|---|---|---|

WOOLVERTON, BUFORD L
4415 CR 3157 W
MOUNT ENTERPRISE, TX 75681

Claim Number: 8006
Claim Date: 11/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $40.00 |
|---|---|---|

WOOTEN & HART
ATTN: DAVID HART
PO BOX 12247
ROANOKE, VA 24024

Claim Number: 7463
Claim Date: 06/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $1296.80 | | Allowed: | $1215.30 |
|---|---|---|---|---|---|

WOOTEN & HART
ATTN: DAVID HART
PO BOX 12247
ROANOKE, VA 24024

Claim Number: 7929
Claim Date: 11/04/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4214 (07/30/2004)

| ADMINISTRATIVE | Claimed: | $1296.80 |
|---|---|---|

WOOTEN, CAROLYN
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 4259
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $5000.00 | | Allowed: | $1742.06 |
|---|---|---|---|---|---|

---

WOOTEN, YVONNE
69 JANET DRIVE
ROSSVILLE, GA 30741

Claim Number: 9063
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

---

| ADMINISTRATIVE | Claimed: | $640.00 | | | | | |
|---|---|---|---|---|---|---|---|

WORLD LIFT TRUCK, INC,
PO BOX 983
HEWITT, TX 76643

Claim Number: 1749
Claim Date: 02/24/2003
Debtor: HBOS MANUFACTURING, LP

---

| UNSECURED | Claimed: | $3865.56 | Scheduled: | $3259.62 | Allowed: | $3865.56 |
|---|---|---|---|---|---|---|

WORLDCOM, INC.
MARILYN LOVELACE
8003 WESTPARK DR
MC LEAN, VA 22102

Claim Number: 6113
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $651365.25 | | | | |
|---|---|---|---|---|---|---|

WORLDCOM, INC.
C/O VERIZON BUSINESS
500 CLINTON CENTER D
CLINTON, MS 39056-5630

Claim Number: 6820
Claim Date: 05/05/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7431 (12/15/2004)

---

| UNSECURED | Claimed: | $713294.10 | Scheduled: | $598335.35 | Allowed: | $665739.25 |
|---|---|---|---|---|---|---|

WORLDWIDE REFINISHING SYSTEMS
5155 HUBER RD
SEGUIN, TX 78155

Claim Number: 1011
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION

---

| UNSECURED | Claimed: | $390.00 | | | Allowed: | $390.00 |
|---|---|---|---|---|---|---|

WORLEY, JOHNETTE L
2316 RIDGE ROAD
ROANOKE, VA 24014

Claim Number: 8187
Claim Date: 11/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4164 (06/18/2004)

---

| ADMINISTRATIVE | Claimed: | $2838.00 | | | | |
|---|---|---|---|---|---|---|

WRAY, ROBERT
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7040
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

WRIGHT & ADGER, LLP
ALEX & SHEILA COSLETT
C/O ALLEN H. ADGER, ESQ.
BOX 646
BASALT, CO 81621

Claim Number: 10444
Claim Date: 06/18/2004
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7331 (11/17/2004)

---

| ADMINISTRATIVE | Claimed: | $25000.00 | | | | |
|---|---|---|---|---|---|---|

WRIGHT & ADGER, LLP
ALEX & SHEILA COSLETT
C/O ALLEN H. ADGER, ESQ.
BOX 646
BASALT, CO 81621

| | | | | Claim Number: 10559 |
| | | | | Claim Date: 08/09/2004 |
| | | | | Debtor: OAKWOOD HOMES CORPORATION |

| ADMINISTRATIVE | Claimed: | $2500.00 |

WRIGHT ARCHER ENGINEERING,
403 NORTH HOLDEN ROAD
GREENSBORO, NC 27410

Claim Number: 2534
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY | Claimed: | $450.00 | | | | | |
| UNSECURED | | | Scheduled: | $450.00 | Allowed: | $450.00 |

WRIGHT ARCHER ENGINEERING,
403 NORTH HOLDEN ROAD
GREENSBORO, NC 27410

Claim Number: 2535
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $450.00 |

WRIGHT GERALD F
67 WHITETAIL TRL
MARION, NC 287528189

Claim Number: 879
Claim Date: 02/19/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED

| PRIORITY | Claimed: | $925.00 | | | |
| UNSECURED | | | | Allowed: | $925.00 |

WRIGHT'S MOBILE HOMEMOVERS
13475 SWAMP FOX HWY
TABOR CITY, NC 28463

Claim Number: 6528
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $3100.00 |

WRIGHT, BETTY, DALE & SHANNA
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7041
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |

WRIGHT, JAMES & LISA
C/O DAVID A. MAXFIELD, ATTORNEY
1701 RICHLAND STREET
COLUMBIA, SC 29201

Claim Number: 10656
Claim Date: 12/01/2004
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $8000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WRIGHT, JOYCE ANN<br>C/O BYRD AND ASSOCIATES, PLLC<br>ATTN: SUZANNE KEYS<br>P.O. BOX 19<br>JACKSON, MS 39205-0019 | | | Claim Number: 3197<br>Claim Date: 05/27/2005<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7766 (05/27/2005) | | | |
| PRIORITY | Claimed: | $10000.00 | | | | |
| UNSECURED | | | | | Allowed: | $2903.43 |
| WRIGHT, LINDSEY & JENNINGS, LLP<br>C/O JUDY S. HENRY<br>200 WEST CAPITOL AVE., SUITE 2300<br>LITTLE ROCK, AR 72201 | | | Claim Number: 6361<br>Claim Date: 03/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments:<br>Claim out of balance | | | |
| SECURED | Claimed: | $34607.04 UNDET | | | | |
| UNSECURED | Claimed: | $47004.96 UNDET | | | | |
| TOTAL | Claimed: | $0.00 UNDET | | | | |
| WSI ALTOONA HAULING INC,<br>PO BOX 136<br>HOPEWELL, PA 16650 | | | Claim Number: 1018<br>Claim Date: 02/19/2003<br>Debtor: HBOS MANUFACTURING, LP<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) | | | |
| UNSECURED | Claimed: | $2945.00 | Scheduled: | $2945.00 | Allowed: | $2945.00 |
| WSIC WFMX<br>1117 RADIO RD<br>STATESVILLE, NC 28677 | | | Claim Number: 8251<br>Claim Date: 11/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4164 (06/18/2004) | | | |
| ADMINISTRATIVE | Claimed: | $1195.00 | | | | |
| WTU RETAIL ENERGY LP<br>P.O. BOX 180<br>TULSA, OK 74101-4330 | | | Claim Number: 2392<br>Claim Date: 02/20/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $137.97 | | | | |
| WYATT APPRAISAL SERVICE<br>P O BOX 1478<br>CROSSVILLE, TN 38557 | | | Claim Number: 3776<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | | |
| UNSECURED | Claimed: | $1500.00 | | | Allowed: | $1500.00 |
| WYATT APPRAISAL SERVICE<br>P O BOX 1478<br>CROSSVILLE, TN 38557 | | | Claim Number: 3777<br>Claim Date: 03/14/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $1500.00 | | | | |

| | | |
|---|---|---|
| WYATT, DARRELL<br>305 RIDGEMONT ST<br>BRISTOL, TN 37620 | | Claim Number: 6195<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |

| PRIORITY | Claimed: | $1425.00 |
|---|---|---|

| | | |
|---|---|---|
| WYATT, GARY M.<br>C/O JOHN P. BRODY, JR.<br>1083 SW BAY STREET<br>PORT ORCHARD, WA 98366 | | Claim Number: 6228<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $120000.00 |
|---|---|---|

| | | |
|---|---|---|
| WYATT, GARY M.<br>C/O JOHN P. BRODY, JR.<br>1083 SW BAY STREET<br>PORT ORCHARD, WA 98366 | | Claim Number: 6465<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $120000.00 |
|---|---|---|

| | | |
|---|---|---|
| WYATT, GARY M.<br>C/O JOHN P. BRODY, JR.<br>1083 SW BAY STREET<br>PORT ORCHARD, WA 98366 | | Claim Number: 7458<br>Claim Date: 06/23/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $120000.00 |
|---|---|---|

| | | |
|---|---|---|
| WYATT, R.L.<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 5829<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

| | | |
|---|---|---|
| WYCOFF PAUL<br>PO BOX 292<br>SALISBURY, NC 28145 | | Claim Number: 3610<br>Claim Date: 03/11/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $1200.00 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| WYE ELECTRIC INC<br>PO BOX 215<br>WEST MONROE, LA 71294 | | Claim Number: 9107<br>Claim Date: 11/26/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3677 (02/27/2004) |

| ADMINISTRATIVE | Claimed: | $147.83 |
|---|---|---|

| WYTHE CO TREAS<br>225 S 4TH ST ROOM 104<br>WYTHEVILLE, VA 24382 | | | Claim Number: 916<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7328 (11/17/2004) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3848.63 | | Allowed: | $3148.25 |
| UNSECURED | Claimed: | $561.79 | | | |

| WYTHEVILLE OFFICE SUPPLY, INC.<br>146 WEST MAIN ST.<br>PO BOX 40<br>WYTHEVILLE, VA 24382 | | | Claim Number: 10150<br>Claim Date: 06/01/2004<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $66.86 | |

| WYYD<br>3807 BRANDON AVE. SW<br>SUITE 2350<br>ROANOKE, VA 24018 | | | Claim Number: 2820<br>Claim Date: 03/03/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|---|---|
| UNSECURED | Claimed: | $3000.00 | |

| XCEL ENERGY<br>DENNIS A SCHIPPER<br>1030 W 3RD AVE #A<br>DENVER, CO 80223-1337 | | | Claim Number: 3988<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1724.84 | | Allowed: | $1724.84 |

| XYZ SURVEY INC,<br>3011 COLUMBUS ST #202<br>GROVE CITY, OH 43123 | | | Claim Number: 6336<br>Claim Date: 04/02/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED |
|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | |

| XYZ SURVEY SERVICE, INC.<br>3011 COLUMBUS ST, SUITE 202<br>GROVE CITY, OH 43123 | | | Claim Number: 9621<br>Claim Date: 04/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4213 (08/13/2004) |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $450.00 | |

| YAKIMA COUNTY T,<br>PO BOX 22530<br>YAKIMA, WA 98907 | | | Claim Number: 2284<br>Claim Date: 02/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|---|---|
| SECURED | Claimed: | $17408.80 | |
| UNSECURED | | | Scheduled: $857.74 |

| YAKIMA COUNTY T,<br>PO BOX 22530<br>YAKIMA, WA 98907 | Claim Number: 3030<br>Claim Date: 02/27/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $17408.80 |
|---|---|---|

| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907-2530 | Claim Number: 4640<br>Claim Date: 03/21/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: ALLOWED<br>DOCKET: 7445 (12/21/2004) |
|---|---|

| SECURED | Claimed: | $21439.83 |
|---|---|---|

| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907-2530 | Claim Number: 6756<br>Claim Date: 04/28/2003<br>Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC<br>Comments: EXPUNGED<br>DOCKET: 7329 (11/16/2004) |
|---|---|

| SECURED | Claimed: | $1215.33 |
|---|---|---|

| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>ATTN: ILENE THOMSON, COUNTY TREASURER<br>YAKIMA, WA 98907-2530 | Claim Number: 10640<br>Claim Date: 11/08/2004<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7658 (04/05/2005) |
|---|---|

| SECURED | Claimed: | $348.58 |
|---|---|---|

| YAKIMA HERALD-R<br>PO BOX 9668<br>YAKIMA, WA 98909 | Claim Number: 998<br>Claim Date: 02/19/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1768.80 |
|---|---|---|

| YALE CAROLINAS, INC<br>PO BOX 32457<br>CHARLOTTE, NC 28232 | Claim Number: 3269<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION |
|---|---|

| UNSECURED | Claimed: | $590.04 |
|---|---|---|

| YANEZ, ARMANDO<br>STEVEN K. KORTANEK, ESQ.<br>KLEHR HARRISON HARVEY BRANZBURG ELLERS<br>919 N MARKET ST. SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 5830<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3827 (03/16/2004) |
|---|---|

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $412.50 UNLIQ |

---

YARBROUGH ESTATES MOBILE HOME PARK,
DBA YARBROUGH ESTATES MOBILE HOME
PARK 4231 OLYMPIC LANE
COLUMBUS, GA 31907

Claim Number: 927
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $150.00 | Scheduled: | $250.00 DISP | Allowed: | $150.00 |
|---|---|---|---|---|---|---|

---

YARBROUGH ESTATES MOBILE HOME PARK,
DBA YARBROUGH ESTATES MOBILE HOME
PARK 4231 OLYMPIC LANE
COLUMBUS, GA 31907

Claim Number: 7868
Claim Date: 11/03/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $125.00 |
|---|---|---|

---

YATES APPRAISAL
DBA YATES APPRAISAL
PO BOX 1163
GRAYSON, KY 41143

Claim Number: 9086
Claim Date: 11/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3677 (02/27/2004)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

YATES, MICHAEL
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5831
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $1256.25 UNLIQ |

---

YAVAPAI COUNTY TREASURER
1015 FAIR ST
PRESCOTT, AZ 86305

Claim Number: 949
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| PRIORITY | Claimed: | $2622.00 |
|---|---|---|

---

YEATTS THOMAS LEWIS,
1968 RIDDLE ROAD
CHATHAM, VA 24531

Claim Number: 5641
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: ALLOWED

| PRIORITY UNSECURED | Claimed: | $1700.00 | Scheduled: | $1700.00 | Allowed: | $1700.00 |
|---|---|---|---|---|---|---|

---

YELLOW TRANSPORTATION, INC.
C/O D&B/RMS BANKRUPTCY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 187
Claim Date: 01/06/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $4954.48 |
|---|---|---|

---

---

YOAKUM HERALD TIMES,
P O BOX 798
YOAKUM, TX 77995

Claim Number: 2652
Claim Date: 02/28/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $287.60 | Scheduled: | $287.60 | Allowed: | $287.60 |

---

YOCHAM, GARY DON
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5832
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $1818.75 UNLIQ |

---

YODER OIL COMPANY-IN
PO BOX 1097
ELKHART, IN 46515

Claim Number: 2730
Claim Date: 03/03/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $7499.42 | Scheduled: | $7499.42 | Allowed: | $7499.42 |

---

YODER, ROBIN D.
C/O CHRISTOPHER C. MYERS
809 S. CALHOUN ST.
STE 400
FT. WAYNE, IN 46802

Claim Number: 6323
Claim Date: 04/01/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $100000.00 UNLIQ |

---

YORK COUNTY TAX
P.O. BOX 116
YORK, SC 29745

Claim Number: 4482
Claim Date: 03/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7445 (12/21/2004)

| UNSECURED | Claimed: | $3199.00 | | | Allowed: | $66.76 |

---

YOUNG'S PLUMBING, INC.
121 AVERY ST.
CLINTON TWP, MI 48036

Claim Number: 1356
Claim Date: 02/24/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| UNSECURED | Claimed: | $3463.68 |

---

YOUNG, ANTOINE B.
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3198
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| PRIORITY | Claimed: | $10000.00 |
| UNSECURED | | | | | Allowed: | $2903.43 |

---

YOUNG, GLEEN
STEWART & HICKS PC
1206 DAUPHIN ST
MOBILE, AL 366042514

Claim Number: 5109
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $75000.00 UNLIQ |

YOUNG, JACQUELINE R
C/O BYRD AND ASSOCIATES, PLLC
ATTN: SUZANNE KEYS
P.O. BOX 19
JACKSON, MS 39205-0019

Claim Number: 3513
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| UNSECURED | Claimed: | $2500.00 | | | Allowed: | $1016.20 |

YOUNGBLOOD, FRED
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5833
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| PRIORITY | Claimed: | $4650.00 UNLIQ |
| UNSECURED | Claimed: | $2662.50 UNLIQ |

YOUNGS RACING,
DBA YOUNGS RACING
321 STRATFORD RD
EDEN, NC 27288

Claim Number: 2024
Claim Date: 02/25/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 | Allowed: | $500.00 |

YOUR WAY HOUSING
PO BOX 246
SNEADS FERRY, NC 28460

Claim Number: 3567
Claim Date: 03/11/2003
Debtor: OAKWOOD HOMES CORPORATION

| UNSECURED | Claimed: | $2993.00 |

YOW, EDDIE
107 TUCKER ST.
STANFIELD, NC 28163

Claim Number: 4041
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| UNSECURED | Claimed: | $12900.00 |

YUDOVITZ, GERALD & SARAH
LAW OFFICE F. TERRY CALLAHAN, PC
311 W LAUREL
SAN ANTONIO, TX 78212-4334

Claim Number: 4915
Claim Date: 03/26/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4211 (08/13/2004)

| UNSECURED | Claimed: | $12000.00 |

| | | | |
|---|---|---|---|
| YUDOVITZ, GERALD L. AND SARAH<br>LAW OFFICE OF F. TERRY CALLAHN, P.C.<br>311 WEST LAUREL<br>SAN ANTONIO, TX 78212-4334 | | | Claim Number: 9387<br>Claim Date: 02/20/2004<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $8000.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| YUMA COUNTY<br>410 MAIDEN LANE<br>SUITE C<br>YUMA, AZ 85364 | | | Claim Number: 6470<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4211 (08/13/2004) |

| SECURED | Claimed: | $1355.00 |
|---|---|---|

| | | | |
|---|---|---|---|
| YUMA COUNTY TREASURER<br>410 MAIDEN LANE<br>SUITE C<br>YUMA, AZ 85364 | | | Claim Number: 6223<br>Claim Date: 03/31/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| SECURED | Claimed: | $1355.90 |
|---|---|---|

| | | | |
|---|---|---|---|
| YUMA DAILY SUN<br>DBA"YUMA DAILY SUN<br>PO BOX 271<br>YUMA, AZ 85366 | | | Claim Number: 5156<br>Claim Date: 03/27/2003<br>Debtor: OAKWOOD HOMES CORPORATION |

| UNSECURED | Claimed: | $337.09 |
|---|---|---|

| | | | |
|---|---|---|---|
| YUMA PUMP & DRILLING,<br>P O BOX 728<br>YUMA, AZ 85366 | | | Claim Number: 3136<br>Claim Date: 03/06/2003<br>Debtor: OAKWOOD MOBILE HOMES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8486 (03/15/2006) |

| UNSECURED | Claimed: | $10100.00 | Scheduled: | $10100.00 | Allowed: | $10100.00 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Z V PATE INC<br>PO BOX 159<br>LAUREL HILL, NC 28351 | | | Claim Number: 2899<br>Claim Date: 03/04/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: ALLOWED |

| PRIORITY<br>UNSECURED | Claimed: | $167.03 | | | Allowed: | $167.03 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ZADELL, JAMES M<br>C/O PHYLISS ALDERSON, ESQ.<br>1031 JUSTIN LANE<br>GOODVIEW, VA 24095 | | | Claim Number: 3247<br>Claim Date: 03/10/2003<br>Debtor: OAKWOOD HOMES CORPORATION<br>Comments: EXPUNGED |

| SECURED | Claimed: | $3300.00 |
|---|---|---|

---

ZANSTRA, DOUGLAS
11665 GLASGOW RD
SMITHS GROVE, KY 42171

Claim Number: 3199
Claim Date: 05/27/2005
Debtor: OAKWOOD HOMES CORPORATION
Comments: ALLOWED
DOCKET: 7766 (05/27/2005)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10000.00 | | | |
| UNSECURED | | | | Allowed: | $2903.43 |

---

ZAVALA, JAVIER
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5834
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

ZAVALA, JOSE OLIVERIO
STEVEN K. KORTANEK, ESQ.
KLEHR HARRISON HARVEY BRANZBURG ELLERS
919 N MARKET ST. SUITE 1000
WILMINGTON, DE 19801

Claim Number: 5835
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 3827 (03/16/2004)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4650.00 | UNLIQ |
| UNSECURED | Claimed: | $1368.75 | UNLIQ |

---

ZAVALETTA BROADCASTING GROUP,
2334 BOCA CHICA BLVD
BROWNSVILLE, TX 78521-2268

Claim Number: 2190
Claim Date: 02/26/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1650.00 | Scheduled: | $1650.00 | Allowed: | $1650.00 |

---

ZEE SERVICE CO
PO BOX 18008
GREENSBORO, NC 274198008

Claim Number: 652
Claim Date: 02/18/2003
Debtor: OAKWOOD HOMES CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $393.02 | | Allowed: | $393.02 |

---

ZEE SERVICE CO,
PO BOX 18008
GREENSBORO, NC 27419-8008

Claim Number: 903
Claim Date: 02/19/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $128.97 | Scheduled: | $128.97 | Allowed: | $128.97 |

---

ZEE SERVICE CO,
PO BOX 18008
GREENSBORO, NC 27419-8008

Claim Number: 905
Claim Date: 02/19/2003
Debtor: OAKWOOD MOBILE HOMES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52.34 | Scheduled: | $52.34 | Allowed: | $52.34 |

ZELLER, JULIA (&BEAU GALLE)
IRA M. LEVEE, ESQ.
LOWENSTEIN SANDLER, P.C.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

Claim Number: 7042
Claim Date: 05/13/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: WITHDRAWN

| UNSECURED | Claimed: | $74999.00 | | | Allowed: | $74999.00 |
|---|---|---|---|---|---|---|

ZESIGER LISA
6936 RIDGETOP DR
KEIZER, OR 97303

Claim Number: 6526
Claim Date: 04/07/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED

| PRIORITY | Claimed: | $1282.93 |
|---|---|---|

ZIA SHADOWS MHP
209 CHINOOK
LAS CRUCES, NM 88007

Claim Number: 2069
Claim Date: 02/25/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 7659 (04/05/2005)

| SECURED | Claimed: | $940.00 |
|---|---|---|

ZIEGLER & GUNNOE,
110 JAMES ST
HINTON, WV 25951

Claim Number: 1814
Claim Date: 02/25/2003
Debtor: OAKWOOD SHARED SERVICES, LLC

| UNSECURED | Claimed: | $2645.47 | Scheduled: | $2645.47 | Allowed: | $2645.47 |
|---|---|---|---|---|---|---|

ZIEMAN MFG-AZ,
PO BOX 8550
PHOENIX, AZ 85066

Claim Number: 4192
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $21772.00 | Scheduled: | $21772.00 | Allowed: | $21772.00 |
|---|---|---|---|---|---|---|

ZIEMAN MFG-CA,
PO BOX 280
RIALTO, CA 92377

Claim Number: 4191
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $67160.24 | Scheduled: | $67160.24 | Allowed: | $67160.24 |
|---|---|---|---|---|---|---|

ZIEMAN MFG-OR,
PO BOX 662
MCMINNVILLE, OR 97128

Claim Number: 4190
Claim Date: 03/18/2003
Debtor: HBOS MANUFACTURING, LP

| UNSECURED | Claimed: | $110719.51 | Scheduled: | $110719.51 | Allowed: | $110719.51 |
|---|---|---|---|---|---|---|

ZIEMAN MFG. CO.
26062 MERIT CIR STE 110
LAGUNA HILLS, CA 926537013

Claim Number: 9920
Claim Date: 05/19/2004
Debtor: OAKWOOD HOMES CORPORATION

| ADMINISTRATIVE | Claimed: | $131406.35 |
|---|---|---|

---

ZURICH AMERICAN INS. CO.
A/K/A AMERICAN GUARANTEE & LIABILITY INS
ATTN: MARY PERLICK
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 4336
Claim Date: 03/18/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: WITHDRAWN
DOCKET: 8576 (05/07/2006)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

ZURICH AMERICAN INS. CO.
A/K/A AMERICAN GUARANTEE & LIABILITY INS
ATTN: MARY PERLICK
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 4337
Claim Date: 03/18/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

ZURICH AMERICAN INS. CO.
A/K/A AMERICAN GUARANTEE & LIABILITY INS
ATTN: MARY PERLICK
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 4338
Claim Date: 03/18/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

ZWOSTA,NORBERT & SHARON
6440 SOUTH LEWIS BRIDGEPORT II
SUITE 2200
ATTN: H.L. HOLTMAN LAW OFFICE, P.C.
TULSA, OK 74136-1032

Claim Number: 5523
Claim Date: 03/27/2003
Debtor: OAKWOOD MOBILE HOMES, INC.
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $300000.00 |
|---|---|---|

---

ZWOSTA,NORBERT & SHARON
H L HOLTMANN LAW OFFICE PC
5232 E 69TH PL
TULSA, OK 741363407

Claim Number: 5524
Claim Date: 03/27/2003
Debtor: OAKWOOD MDH4, LLC
Comments: EXPUNGED
DOCKET: 7441 (12/21/2004)

| UNSECURED | Claimed: | $300000.00 |
|---|---|---|

---

ZWOSTA,NORBERT & SHARON
6440 SOUTH LEWIS BRIDGEPORT II
SUITE 2200
ATTN: H.L. HOLTMAN LAW OFFICE, P.C.
TULSA, OK 74136-1032

Claim Number: 5525
Claim Date: 03/27/2003
Debtor: OAKWOOD ACCEPTANCE CORPORATION LLC
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $300000.00 |
|---|---|---|

---

ZWOSTA,NORBERT & SHARON
6440 SOUTH LEWIS BRIDGEPORT II
SUITE 2200
ATTN: H.L. HOLTMAN LAW OFFICE, P.C.
TULSA, OK 74136-1032

Claim Number: 5526
Claim Date: 03/27/2003
Debtor: OAKWOOD HOMES CORPORATION
Comments: EXPUNGED
DOCKET: 4187 (06/25/2004)

| UNSECURED | Claimed: | $300000.00 |
|---|---|---|

---

ZWOSTA,NORBERT & SHARON
C/O H.L. HOLTMAN LAW OFFICE, P.C.
5232 E. 69TH PLACE
TULSA, OK 74136

Claim Number: 10602
Claim Date: 09/24/2004
Debtor: OAKWOOD MDH4, LLC
Comments: ALLOWED
DOCKET: 7441 (12/21/2004)

| PRIORITY | Claimed: | $28133.54 | | |
|---|---|---|---|---|
| UNSECURED | | | Allowed: | $28133.54 |

---

---

ZYDOR THOMAS G,
DBA ZYCOM
18661 ST MARY'S ST
LAUREL HILL, NC 28351

Claim Number: 3855
Claim Date: 03/15/2003
Debtor: HBOS MANUFACTURING, LP

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $367.11 | Scheduled: | $367.11 | Allowed: | $367.11 |

## Summary Page

Total Number of Filed Claims:          10889

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $38242227.30 | $2330348.44 |
| Priority: | $234013576.58 | $1248537.71 |
| Secured: | $42425377.14 | $398478.20 |
| Unsecured: | $2388192132.99 | $72538807.48 |
| Total: | $2702873314.01 | $76516171.83 |